UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ECOLAB, INC., *et al.*, | ) | |
| | ) | Case No. 1:22-cv-050-TRM-SKL |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY RIDLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND NOTICE OF HEARING

A hearing on Plaintiffs' motion to compel [Doc. 95] will be held **Friday, February 3, 2023 at 2:00 p.m. [Eastern]** before U.S. Magistrate Judge Susan K. Lee at the United States District Court, 900 Georgia Avenue, 4th Floor Courtroom, Chattanooga, Tennessee.[1]

The parties are strongly encouraged not to file any additional briefs in connection with the motion to compel in advance of the hearing. If the parties mutually agree that a hearing is not necessary, they may so notify the Court at least **48 hours** in advance of the hearing and the hearing will be cancelled.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court does not typically hire a court reporter for, or create an official record of, civil motion hearings/conferences. If you intend to present evidence for the Court's consideration at the event noticed herein, you must contact the Clerk's Office to request that an official recording (typically an audio recording) be made of the hearing/conference at least 24 hours in advance of the hearing. Information regarding obtaining a copy of any requested recording can be found at https://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule. Counsel desiring the presence of a court reporter should make their own arrangements.