# Lance Pope

| | |
|---|---|
| **From:** | Lance Pope |
| **Sent:** | Thursday, February 16, 2023 9:41 PM |
| **To:** | Winsman, Edward; Walton, David; Mirmira, Vidya; Homesley, Troy |
| **Cc:** | Grisham, Greg; Uppal, Pavneet; Lund, Juli; Jeremy Cothern; Michael O'Neill |
| **Subject:** | Ecolab et al. v. Ridley et al. - Follow-Up to Today's Meet and Confer Regarding Ridley's First RFPs to Plaintiffs |

Ed –

I wanted to follow up on today's meet and confer call regarding Ecolab's responses and objections to Ridley's First Requests for Production Nos 28, 45, 46, 55, and 56 (related to Ecolab's privilege objections) and RFP No 53 related to the fact packs and Nalco's attrition reports.

Regarding the RFPs above you indicated that you all had located an asset report from Insight that provides more detail than the screenshot previously produced (which we didn't look at but I think is Plaintiffsr-696). You indicated that you would try to produce the additional report tomorrow (2-16) or Monday (2-20). We discussed that the asset report would be responsive to Ridley's First RFP No 45, 46, 55, 56.

We discussed Plaintiffs' privilege objections to Ridley's RFP No 28, 45, 46, 55, and 56 and I asked if Plaintiffs were also going to produce email communications or any other documents between Plaintiffs' counsel or Ecolab representatives and individuals at Tyger Forensics or Insight regarding Plaintiffs' or Plaintiffs' counsels' investigation or analysis of the DLP Report, Ridley's activities, or the devices referenced in those RFPs. You indicated Plaintiffs were not producing those documents.

We also discussed the fact pack produced as Plaintiffsr-697. Again, thank you for being patient with me today as we went through that spreadsheet. We discussed that, in addition to the fact packs, Nalco might also track its losses on what are referred to as attrition reports. You indicated that you were looking to see what other fact packs you could locate from around the time Ridley moved from Nalco to Ecolab (around October 2020) and I told you I wanted to compare those earlier fact packs to the later report you all produced. You also indicated that you would follow up and see what you could learn about the attrition reports. We discussed these documents in the context of their responsiveness to Ridley's RFP No 53.

We agreed to have a quick follow up call tomorrow at 11:00 to touch base again just on those additional fact packs and the attrition reports.

I'll generate a zoom invite tomorrow morning for the 11:00 call.

Thanks.

LWP

> **Lance W. Pope**
> Attorney
>
> ***Patrick, Beard, Schulman & Jacoway, P.C.***
>
> **Phone**: (423) 756-7117
> **Fax**: (423) 267-5032
> **Email**: lpope@pbsjlaw.com



537 Market Street, Suite 300
Chattanooga, Tennessee 37402
**www.pbsjlaw.com**

CONFIDENTIALITY STATEMENT: This message from the law firm of Patrick, Beard, Schulman & Jacoway, P.C. contains information which is privileged and confidential and is solely for the use of the intended recipient. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this in error, please destroy it immediately and notify us at 423-756-7117.