```
 1           UNITED STATES DISTRICT COURT

 2           EASTERN DISTRICT OF TENNESSEE

 3

 4   ECOLAB Inc., and NALCO COMPANY,)
     LLC d/b/a Nalco Water, an      )
 5   Ecolab Company and/or Nalco    )
     Water,                         )
 6                                  )
                                    )
 7              Plaintiffs,         )
                                    ) CONFIDENTIAL
 8   vs.                            )
                                    ) Case No.
 9   ANTHONY RIDLEY, and CHEMTREAT, ) 1:22-cv-00050-TRM-
     INC.,                          ) SKL
10                                  )
                                    )
11              Defendants.         )
     ---------------------------------

12

13

14           C O N F I D E N T I A L

15             (ATTORNEYS' EYES ONLY)

16

17            Videotaped Deposition of

                     BENJAMIN IRWIN
18
              Taken on behalf of the
19
                      Defendants
20
                    March 7, 2023
21
                      9:05 a.m.
22

23

                    Reported by:
24            Harpeth Court Reporters
                Franklin, Tennessee
25            Ariela Kelley, LCR, CSR
```

```
 1    APPEARANCES:

 2    For the Plaintiffs:

 3         FISHER PHILLIPS
           BY:  DAVID J. WALTON, ESQ.
 4         (Admitted pro hac vice)
           Two Logan Square
 5         100 North 18th Street
           12th Floor
 6         Philadelphia, Pennsylvania 19103
           610.230.6105
 7         Dwalton@fisherphillips.com

 8
      For the Defendant ChemTreat, Inc.:
 9
            WILLIAMS & CONNOLLY, LLP
10          BY:  MR. TROY C. HOMESLEY, ESQ.
            (Admitted pro hac vice)
11          BY:  MS. JULI ANN LUND, ESQ.
            (Admitted pro hac vice)
12          680 Maine Avenue SW
            Washington, DC 20024
13          202.434.5000
            thomesley@wc.com
14          jlund@wc.com

15
      For the Defendant Anthony Ridley:
16
            PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.
17          BY:  LANCE W. POPE, ESQ.
            537 Market Street
18          Suite 300
            Chattanooga, Tennessee 37402
19          423.756.7117
            lpope@pbsjlaw.com
20

21    ALSO PRESENT:

22          ASHLEY OWNBY, VIDEOGRAPHER

23

24

25
```

(615) 933-6786
www.harpethcourtreporters.com
Case 1:22-cv-00050-TRM-SKL   Document 189-1   Filed 03/20/23   Page 2 of 7   PageID #: 2874
2

1        THE WITNESS:  I didn't look at his files until
2   after he quit.
3   BY MR. POPE:
4   Q.     Okay.
5   A.     And I gained access to the OneDrive directly.
6   Q.     All right.  And then on December the 3rd at
7   10:39 a.m. you ask Anthony a follow-up question about
8   Austin's files.  "Since he left the company, where did
9   those proposals and such end up?"  And you say, "Seems
10  like the gap is mainly around Nashville."
11         At 9 -- mine says 9:57 a.m.  I don't know if
12  you guys were on different time zones, but --
13  A.     We were.
14  Q.     Okay.  Makes sense.  Just a few minutes later,
15  it looks like -- less than 20 minutes later, Anthony
16  replies and says, "Ben, all of Austin's files were
17  transferred to Patrick Sweeney and Bob McClure.  Those
18  gentlemen transferred them to John Miller."
19         Did you ever with your own eyes look at
20  Patrick Sweeney's OneDrive account?
21  A.     No.
22  Q.     And what about Bob McClure, did you ever look
23  at Bob McClure's OneDrive account?
24  A.     No.  I had conversations with John Miller.  He
25  showed me what files he had.  We reviewed them, but he

(615) 933-6786
www.harpethcourtreporters.com
232
Case 1:22-cv-00050-TRM-SKL   Document 189-1   Filed 03/20/23   Page 3 of 7   PageID #: 2875

1  showed them to me on Teams.  I didn't access the file.
2  Q.     Okay.
3  A.     Until he quit, at which point I copied
4  John Miller's files over to my OneDrive.
5  Q.     Right.  I understand.  And you've talked about
6  that being sort of your standard practice to copy the
7  files when a rep or an account manager was leaving to
8  your OneDrive so that you would have them?
9  A.     Yeah.  Unless it's, like, pictures of their
10 kids or something that you obviously don't need, you
11 might not transfer those over, I guess, but,
12 typically, you grab the whole file so you have it, and
13 then you may just keep those files forever until
14 someone else needs them.
15 Q.     Right.  You also testified earlier that
16 Anthony sent you a ShareFile link for his WL121 files;
17 is that right?
18 A.     It was labeled "WL121 files."  So there wasn't
19 much substance to it.
20 Q.     Did you follow your practice and copy over
21 that entire folder that Anthony sent you to your
22 OneDrive?
23        MR. WALTON:  Objection.  Asked and answered.
24        You can answer again.
25        THE WITNESS:  I believe so, yes.

(615) 933-6786
www.harpethcourtreporters.com
233
Case 1:22-cv-00050-TRM-SKL   Document 189-1   Filed 03/20/23   Page 4 of 7   PageID #: 2876

1  BY MR. POPE:
2  Q.    Do you think you still have those files?
3  A.    I believe I do.
4  Q.    And are they saved in the same folder
5  structure in your OneDrive as they were when Anthony
6  granted you access?
7  A.    I haven't renamed anything, so, yes, it would
8  have just copied over.
9  Q.    Okay. So when Anthony left the company and
10 you received that e-mail terminating your access to
11 the link, it didn't prevent you from accessing those
12 files in any way; correct?
13 A.    The files that he shared with me, the download
14 files that I saw, I never gained access to those
15 files.
16 Q.    I'm talking about the files that he shared
17 with you.
18 A.    So I have those files.
19 Q.    And so when you received the e-mail that you
20 referenced earlier saying that your access to that
21 OneDrive link was terminated and no longer valid, it
22 did not prevent from you accessing the files that
23 Anthony did share; is that right?
24 A.    That is right.
25       MR. POPE: That's all the follow-up I have.

(615) 933-6786
www.harpethcourtreporters.com
Case 1:22-cv-00050-TRM-SKL   Document 189-1   Filed 03/20/23   Page 5 of 7   PageID #: 2877
234

1        MR. WALTON:  No further questions.  You're
2 done.
3        THE VIDEOGRAPHER:  This concludes today's
4 testimony.  The time is 4:38.
5
6   (Whereupon, the deposition concluded at 4:38 p.m.)

(615) 933-6786
www.harpethcourtreporters.com
235
Case 1:22-cv-00050-TRM-SKL   Document 189-1   Filed 03/20/23   Page 6 of 7   PageID #: 2878

```
 1                    REPORTER'S CERTIFICATE
 2             I, Ariela Kelley, Court Reporter, do hereby
 3   certify that I recorded to the best of my skill and
 4   ability by machine shorthand all the proceedings in
 5   the foregoing transcript, and that said transcript is
 6   a true, accurate, and complete transcript to the best
 7   of my ability.
 8             I further certify that I am not an attorney
 9   or counsel of any of the parties, nor a relative or
10   employee of any attorney or counsel connected with the
11   action, nor financially interested in the action.
12    SIGNED this 9th day of March 2023.
13
14                    *Ariela Kelley* (signature)
15            ---------------------------------
                  Ariela Kelley, LCR, CSR
16                Tennessee LCR No. 736
                  Expires:  6/30/2023
17
```

(615) 933-6786
www.harpethcourtreporters.com
237
Case 1:22-cv-00050-TRM-SKL   Document 189-1   Filed 03/20/23   Page 7 of 7   PageID #: 2879