# EXHIBIT 1

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF TENNESSEE
2               CHATTANOOGA DIVISION

   _____
3                                      :
   ECOLAB INC., and NALCO COMPANY   :
4  LLC d/b/a Nalco Water, an Ecolab : Civil Action No.
   Company and/or Nalco Water,       :
5                                     : 1:22-cv-00050-TRM-SKL
           Plaintiffs,               :
6                                     :
               vs.                    :
7                                     :
   ANTHONY RIDLEY, and CHEMTREAT   :
8  INC.,                             :
                                      :
9          Defendants.               :
   _____:
10
11          DEPOSITION OF ANTHONY RIDLEY
12               APRIL 17, 2023
13
14          Oral sworn video-recorded deposition of
15     ANTHONY RIDLEY, taken at the law offices of
16     Patrick, Beard, Schulman & Jacoway, P.C., 537
17     Market Street, Suite 300, Chattanooga, TN 37402,
18     before Lane C. Butler, RPR, CRR, CCR, and
19     Patricia R. Frank, RMR, CRR, CCR, Notaries Public
20     (Court Reporters appearing remotely), commencing
21     at 9:26 a.m. EDT, on the above date.
22
23                    _  _  _
24

Case 1:22-cv-00050-TRM-SKL  Document 222-1  Filed 04/21/23  Page 2 of 27  PageID #:
3907

1    and other company property in his

2    possession."  Do you see that?

3        A.    Yes.

4        Q.    Okay.  Upon your termination

5    from Ecolab, did you return all Nalco Ecolab

6    business information that was in your

7    possession?

8        A.    Upon my resignation, I returned

9    everything that I knew I had at the time.

10        Q.    What do you mean, everything

11    that you knew you had at the time?

12        A.    Everything I could remember

13    having, and I was -- my memory was assisted

14    by the documents provided by Ecolab HR which

15    was kind of a checklist, no a kind of, it was

16    a checklist of things to return.  That's what

17    I used to go off of.  And I returned

18    everything that I remembered having during --

19    upon reading the document provided by Ecolab

20    HR.

21        Q.    Okay.  Sitting here today, are

22    you aware of any Nalco or Ecolab company data

23    that you did not return after your separation

24    from the company?

1          MR. POPE:  Objection to form.

2          THE WITNESS:  Yes.

3     BY MR. WALTON:

4          Q.    What?

5          A.    There were three thumb drives.

6          Q.    Anything else?

7          A.    There were documents found on

8     an external hard drive which have all been

9     deleted.

10         Q.    When were they deleted?

11         A.    When they were found on the

12    external hard drive.

13         Q.    When were they found?

14         A.    There were a couple of

15    occasions which that occurred.

16         THE COURT REPORTER:  There were

17    a couple what?

18         THE WITNESS:  There were a

19    couple of occasions which that occurred.

20    BY MR. WALTON:

21         Q.    When was the first occasion

22    that that occurred?

23         A.    Sometime in August of 2021.

24         Q.    When was the second occasion?

1          A.      The second occasion was also in
2     August of 2021.
3          Q.      When was the next occasion?
4          A.      September of 2021.
5          Q.      When was the next occasion?
6          A.      And then lastly, in January of
7     2022.
8          Q.      So starting at the first
9     occasion in August of 2021, what documents
10    were deleted from the external drive?
11                  MR. POPE:  Object to form.
12                  THE WITNESS:  The -- I cannot
13    recall all of them.  I found some documents.
14    They were checked to see if the -- I was
15    surprised to find the documents on there.  I
16    did not remember they were on there, because
17    the WD was used at times -- I've had this WD
18    drive for years, and it was used to back up
19    my computer before Nalco -- and I say Nalco
20    specifically, before Nalco was even purchased
21    by Ecolab.  It was used to back up my company
22    computer, and it was used as essentially a
23    dump.  I would grab -- I would grab files in
24    -- from my -- from my PC file explorer, drag

Case 1:22-cv-00050-TRM-SKL  Document 222-1  Filed 04/21/23  Page 5 of 27  PageID #: 3910

```
 1      BY MR. WALTON:
 2              Q.      And that was during your first
 3      session, or the first time that you found
 4      them in August of 2021?
 5              A.      Yes.
 6              Q.      And like, how specifically did
 7      you find these documents?  I mean, what --
 8      you know, what I'm asking is, like what
 9      computer were you using when you were
10      accessing the WD external drive?
11              A.      A ChemTreat computer.
12              Q.      So, why were you -- so, why did
13      you -- why were you hooking up this WD drive
14      to your ChemTreat computer?
15                      MR. POPE:  Object to the form.
16                      THE WITNESS:  That's the
17      computer I had to use at the time.
18      BY MR. WALTON:
19              Q.      Okay.  But why were you -- but
20      why did you hook up or connect this old WD
21      drive to your ChemTreat computer?  What were
22      you trying to find on that drive?
23              A.      I was looking for -- I was
24      looking for some pictures.
```

1          in regards to -- no, never mind.  Go ahead.

2               Q.     What did you -- what did you

3      need me to clarify?

4               A.     Once again, confusing --

5      confusion of dates.  Go ahead.

6               Q.     Okay.  So in 2020, in September

7      2020 is the last time that you saved Nalco

8      information to that WD drive; correct?

9               A.     Prior to September of 2020.

10              Q.     Okay.  Was it in 2020, though?

11              A.     Yes.

12              Q.     Okay.  And in 2020, how often

13     did you save information to that drive?

14                   MR. POPE:  Objection to form.

15                   THE WITNESS:  Very rarely.

16     BY MR. WALTON:

17              Q.     Why were you saving information

18     to that drive?

19              A.     The reason I say the

20     information was saved is there was a document

21     that was shown to be accessed in 2020.  And

22     it was somehow discovered in -- on my WD, and

23     it should not have been there, but it was.

24     And that's one of the documents that I found.

1      It was -- I was surprised that it was there,

2      and it was deleted.

3              Q.     Wait, I'm -- I'm confused about

4      that answer.  So, what do you mean, a

5      document that was shown to be accessed in

6      2020?

7              A.     A document from 2020.

8              Q.     Okay.  So -- and when did it --

9      when was it shown to be accessed?  I'm not

10     sure what you mean by that.

11             A.     It was accessed on a ChemTreat

12     computer because I -- I was shocked.  I was

13     confused why the document was there on the

14     WD.  So when I looked to confirm that the

15     file was -- that the information contained

16     within the document was accurate based upon

17     the file name, then I just deleted it.

18             Q.     And what document was that?

19             A.     It was a -- it was a service

20     report, a personal service report -- you

21     would see the acronym PSR -- created by Quint

22     McCreary, which worked for me, who's my

23     direct report.

24             Q.     Okay.  So back to the documents

1    that you saved to the WD drive in 2020, I

2    think my question was why were you saving

3    those documents to the WD drive.

4         A.    Okay.  Let me -- let me give

5    you a chronological answer to that, if I

6    could.

7         Q.    Yeah.

8         A.    The WD drive was used more

9    often prior to Ecolab, Nalco Water

10   implementing OneDrive.

11        Q.    Okay.

12        A.    And I'm very specific on that

13   because even when we -- Ecolab made the move

14   from Dropbox to OneDrive, there was a lot of

15   concern within the company, within Ecolab at

16   the time, that all the files would be

17   transferred accurately.  And prior to that,

18   everyone kept -- it was -- it was common

19   practice, it was preferred practice, it was

20   encouraged practice that people back up their

21   hard drives, back up their files from their

22   work computer and keep a backup copy with

23   them.  That -- it was encouraged to the point

24   that the company sent out the LaCie drives,

1    LaCie drives, ever -- what name do you want

2    me to use for --

3         Q.    It doesn't matter to me.

4         A.    -- for commonality within this

5    conversation?  Because we're going to look at

6    that at some point, I'm sure.

7         Q.    Yes, sir.

8         A.    Which -- which name would you

9    like for me to use?

10        Q.    I'd like to use the name that

11   you're comfortable with.

12        A.    I'll let you pick, dealer's

13   choice.

14        Q.    LaCie drive.

15        A.    LaCie drive, fine.  They were

16   actually sent out, and mine, the one that I

17   sent back to Ecolab actually had a sticker on

18   the back of it that said, "Property of Nalco

19   Company."

20             So it was -- it was common to

21   back up your computer onto an external drive.

22   The LaCie drives were not large enough to

23   take a -- an entire dump of documents from

24   our hard drives, or they were not big enough

1     to take multiple dumps, or multiple transfers

2     from the hard drive to the external hard

3     drive.  So I purchased with my own money a --

4     the WD drive, which was much larger, I

5     believe it was a terabyte or -- or larger, I

6     believe.  And at one point I could grab and

7     -- the way I would do it is I would go to my

8     file explorer, click on a group of files,

9     drag and drop into the connected device.  In

10    some cases, it was the WD.  In the case where

11    I was segregating files, it was the LaCie

12    drive.  I would drag --

13             THE WITNESS:  I cannot hear

14    you, Lane.  I can see you.

15             MR. WALTON:  Lane, can you hear

16    us?  Yeah.  We cannot hear you at all.

17             THE WITNESS:  I'm not touching

18    the computer because I'm not IT-proficient.

19             THE VIDEOGRAPHER:  Should we go

20    off the record?

21             THE WITNESS:  "Can we go off

22    the record."

23             MR. WALTON:  Yes, we can go off

24    the record.

Case 1:22-cv-00050-TRM-SKL  Document 222-1  Filed 04/21/23  Page 11 of 27  PageID #: 3916

1                    THE VIDEOGRAPHER:  It's 12:59.
2      We're back on the record.
3      BY MR. WALTON:
4           Q.    Mr. Ridley, we had a massive
5      break here due to some technical issues, so I
6      just want to make sure that you still
7      understand that you are under oath.
8           A.    Yes.
9           Q.    Okay.  Just want to go back
10     over some issues just to make sure it's all
11     clear.
12                    We were talking about a WD
13     drive, right?
14          A.    Yes.
15          Q.    WD, would you agree with me, is
16     Western Digital?
17          A.    That I don't know.
18          Q.    Okay.  Would you agree with me
19     that that is a drive that you connect to a
20     computer through a USB port?
21          A.    Yes.
22          Q.    Okay.  And you purchased that
23     drive a few years ago, right?
24          A.    Many years ago.

1          Q.    Okay.  Now, at the time you

2     purchased the drive, had you already been in

3     possession of the LaCie drive that was issued

4     to you by Nalco?

5          A.    No.

6          Q.    Okay.  And it was a

7     one-terabyte drive, correct?

8          A.    I do not know the size.  I do

9     know it was large.  Well, much larger than

10    the LaCie drive.

11         Q.    And the LaCie drive was around

12    80 gigs?

13         A.    I believe that is accurate.

14         Q.    And you used this -- the

15    Western Digital drive while you were at Nalco

16    to back up your computer, correct?

17         A.    Yes.

18              MR. POPE:  Objection to form.

19    BY MR. WALTON:

20         Q.    And you -- now, I want to make

21    sure, when -- in terms of backing up the

22    computer, did you back up your entire

23    computer to it or just selected files and

24    folders?

```
 1            A.      The computer that I would have
 2      backed up using the WD drive was my Nalco
 3      computer, and that would have been an entire
 4      backup of the files that were on the
 5      computer.
 6            Q.      Okay.  And you also used a WD
 7      drive for personal things, right?
 8            A.      That was its primary use.
 9            Q.      Okay.  Now, when you backed up
10      your W -- I'm sorry, sir.
11                    When you backed up your Nalco
12      computer, was there more than one backup on
13      there at a time?
14            A.      Yes.
15            Q.      And so you would back up your
16      computer.  Then when you backed it up again,
17      would you delete the old backup?
18            A.      No.
19            Q.      How many times did you back up
20      your Nalco computer to the WD drive?
21            A.      Several.  I do not know -- I do
22      not recall an exact number.
23            Q.      I understand, but I'm going to
24      follow up and ask you what you mean by
```

1    "several."  By "several," when you use that
2    term, do you mean more than five?
3           A.     Yes.
4           Q.     Do you mean more than ten?
5           A.     No.
6           Q.     So somewhere between five and
7    ten; is that fair?
8           A.     That would be fair, yes.
9           Q.     And you saved documents to that
10   WD drive as late as 2020, correct?
11          A.     Yes.
12          Q.     And that was after you had the
13   LaCie drive, correct?
14          A.     Yes.
15          Q.     Okay.  So in 2020, what
16   documents did you save to the WD drive?
17                 MR. POPE:  Objection to form.
18   He can of course answer to the best of his
19   recollection.
20                 MR. WALTON:  Yeah, sure.
21                 THE WITNESS:  Clarify, please.
22   BY MR. WALTON:
23          Q.     Sure.  What do you need me to
24   clarify?

1         A.     Restate the question.

2         Q.     Sure.  In 2020, what Nalco

3   documents did you save to the WD drive?

4         A.     I do not recall all of the

5   documents that were saved to the WD drive in

6   2020.

7         Q.     In 2020, when you were saving

8   Nalco information to the WD drive, was that a

9   complete backup of the computer?

10        A.     I do not believe it was.  To my

11  recollection, that was -- that did not occur.

12        Q.     So why were you saving Nalco

13  files to the WD drive after you had received

14  the LaCie drive?

15        A.     The -- any backup that would

16  have been done to the WD drive would have

17  been done solely because it had a larger

18  capacity than the LaCie drive.

19        Q.     So is it fair to say that, if

20  you were backing up files in 2020 to the WD

21  drive, backing up Nalco files, you were using

22  the WD drive because it had a larger capacity

23  than the LaCie drive, right?

24        A.     Yes.

1          Q.     Okay.  And so that means that
2     you were saving perhaps more documents, more
3     Nalco documents, to the WD drive than you
4     believed the LaCie drive could handle --
5               MR. POPE:  Objection to form.
6     BY MR. WALTON:
7          Q.     -- from a storage standpoint.
8          A.     No.
9               MR. POPE:  Objection to form.
10              THE WITNESS:  No.
11     BY MR. WALTON:
12         Q.     Why do you say no?
13         A.     The -- as shown, when I
14     segregated the files, the Ecolab files and
15     the Nalco Water files, the LaCie drive could
16     handle one backup of the Ecolab laptop.  It
17     could not handle multiple.
18         Q.     Okay.  So back to my question,
19     though, does that -- does that -- was the
20     LaCie drive already full in 2020 when you
21     were backing up files to the WD drive?
22         A.     I do not -- I do not remember.
23         Q.     Okay.  So you just backed up
24     these files to the WD drive and you just

```
 1     chose to do that because it had a bigger
 2     capacity; is that fair?
 3            A.     Yes.
 4            Q.     And sitting here today, you
 5     don't remember if you even looked at the
 6     LaCie drive to see how full it was, right?
 7                   MR. POPE:  Objection to form.
 8                   THE WITNESS:  Yes, that's
 9     correct.
10     BY MR. WALTON:
11            Q.     And so when you -- so when you
12     saved documents to the WD drive, you did that
13     from a Nalco -- in 2020, you did that from a
14     Nalco computer, correct?
15            A.     No.
16            Q.     No?
17            A.     That's not accurate.
18            Q.     Okay.  So why is that not
19     accurate?
20            A.     Because it was -- at that time
21     Nalco was owned by Ecolab, so that would have
22     been technically an Ecolab piece of property.
23            Q.     Okay.  So it was from a
24     Nalco --
```

```
 1                    THE COURT REPORTER:  I'm sorry.
 2      You said, "Because it was -- at that time
 3      Nalco was owned by Ecolab, so that would have
 4      been technically ..."
 5                    THE WITNESS:  An Ecolab
 6      computer.
 7                    MR. WALTON:  You have a
 8      tendency to trail off a touch at the end of
 9      your answers.  If you could just maybe
10      remember to kind of enunciate then towards
11      the end.  I do the same thing, and I'll try
12      to remember the same thing, okay?
13                    THE WITNESS:  Sure.  No.  That
14      was -- that -- technically that would have
15      been an Ecolab device.
16                    MR. WALTON:  Okay.  Fair
17      enough.
18      BY MR. WALTON:
19           Q.    And so is it fair to say that
20      there was a lot of Nalco/Ecolab files that
21      you saved on that WD drive in 2020?
22           A.    Clarify the question for me,
23      please.
24           Q.    What do you need clarification
```

    1      on?

    2             A.     Restate the question.

    3             Q.     Sure.  Is it fair to say that

    4      you saved several potential files -- or

    5      strike that.

    6                    Is it fair to say you saved

    7      several files, Nalco/Ecolab files, on your WD

    8      drive in 2020?

    9                    MR. POPE:  Objection.  Form.

   10      "Several."

   11                    THE WITNESS:  I do not recall

   12      saving that many.  The standard practice or

   13      the standard operation would be to not save a

   14      lot in 2020.

   15      BY MR. WALTON:

   16             Q.     Okay.  And can you give me an

   17      estimate of the number that you saved to the

   18      LaCie drive in 2020?

   19                    MR. POPE:  Objection to form.

   20      Speculation.

   21      BY MR. WALTON:

   22             Q.     Can you give me an estimate?

   23             A.     In 2020 I did not save any

   24      documents to the LaCie drive.

1          Q.    I thought we just went down --
2    so you didn't save any -- so now you're
3    saying you didn't save any Nalco or Ecolab
4    documents to -- I'm sorry.  I screwed up.
5                In 2020 did you save any
6    documents, Nalco or Ecolab files, to the WD
7    drive?
8          A.    Yes.
9          Q.    Okay.  What was the number --
10   can you give me an estimate of the number
11   that you saved to the WD drive in 2020?
12         A.    There were very few.
13               MR. POPE:  And I object to the
14   form of the question.
15   BY MR. WALTON:
16         Q.    And very few, less than ten?
17               MR. POPE:  Object to the form.
18               THE WITNESS:  I don't know.
19   BY MR. WALTON:
20         Q.    And what documents did you
21   specifically save?
22         A.    The only one that I know was
23   saved was a service report or personal
24   service report that was created by Quint

Case 1:22-cv-00050-TRM-SKL  Document 222-1  Filed 04/21/23  Page 21 of 27  PageID #: 3926

 1        McCreary.
 2                Q.      Did you not have access to the
 3        document on your OneDrive --
 4                A.      Yes.
 5                Q.      -- at Nalco?
 6                A.      Yes.
 7                Q.      So why did you need to save it
 8        to the WD, too?
 9                A.      That -- I am not sure why that
10        document was on my WD drive in 2020.  I do
11        not recall saving it in 2020.
12                Q.      Well, the same question, for
13        all the other documents that you saved on the
14        WD drive in 2020, is it fair to say that
15        there were also available to you on Nalco's
16        OneDrive account?
17                A.      Yes.
18                Q.      And for those other documents,
19        can you tell me why specifically you would
20        choose to save them to the WD drive if they
21        were already on the OneDrive account?
22                        MR. POPE:  Objection to form.
23        Vague.  What other documents?
24                        MR. WALTON:  I'm talking about

1      these other documents that he downloaded in
2      2020 to -- or he copied in 2020 to the WD
3      drive.
4                   MR. POPE:   Same objection.
5      BY MR. WALTON:
6            Q.      You can answer.
7            A.      Restate your question, please.
8            Q.      Sure.   In 2020 the documents
9      that you down -- that you copied to the WD
10     drive, they were all available to you on the
11     OneDrive, correct?
12           A.      Yes.
13           Q.      If those documents were
14     available to you on the OneDrive, why did you
15     also copy them to the WD drive?
16           A.      It is my opinion that those
17     documents got copied to the WD drive in
18     error.   There was no reason for them to be on
19     there.
20           Q.      What was the specific error?
21           A.      The method that I used to
22     select on a file and drag and drop, if you
23     hover over a file, it could -- or you hover
24     over a device, you can accidentally drop one

Case 1:22-cv-00050-TRM-SKL   Document 222-1   Filed 04/21/23   Page 23 of 27   PageID #: 3928

```
 1        into a device mistakenly.
 2              Q.    All right.  So you're saying
 3        that those files, the files that you copied
 4        to the WD drive in 2020 from Nalco, were
 5        accidentally placed on there.
 6                    MR. POPE:  Objection to form.
 7        Misstates his testimony.
 8    BY MR. WALTON:
 9              Q.    Isn't that what you just told
10        me?
11              A.    I'm saying that there wasn't a
12        whole lot of reason for me to duplicate those
13        files in 2020, and I believe it was done in
14        error.
15              Q.    It was done by accident.  Is --
16                    MR. POPE:  Objection to form.
17    BY MR. WALTON:
18              Q.    Is there a difference in your
19        mind between error and accident?
20              A.    No.  Error and accident, in my
21        definition, would be the same.
22              Q.    All right.  So then we're
23        talking about how you then still had that
24        drive -- well, just let me back up on the
```

1      W -- when is the last time you remember

2      backing up your entire Nalco computer to the

3      WD drive?

4              A.      2017/2018 timeframe.  And

5      that's an estimate --

6              Q.      Sure.

7              A.      -- Mr. Walton.

8              Q.      Just to the best of your

9      recollection, sir.

10             A.      2017, 2018.  For a full backup.

11             Q.      Okay.  So the last backup that

12     you recall putting -- of your Nalco computer

13     that you recall putting on the WD drive is in

14     2017 or 2018, right?

15             A.      The last full backup.

16             Q.      Okay.  Did you ever do partial

17     backups?

18             A.      Potentially.

19             Q.      When did you do those?

20             A.      I cannot recall.

21             Q.      What in your mind is a partial

22     backup?

23             A.      Less than a full backup.

24             Q.      So when you say "potentially,"

1      would that have been potentially after 2017

2      and 2018?

3              A.      Potentially, yes.

4              Q.      Had you ever checked the drive

5      since the beginning of this lawsuit to see

6      what backups are on there?

7              A.      I have not had that drive in

8      months.

9              Q.      Okay.  So you gave that to your

10     first attorney?

11             A.      That is correct.

12             Q.      And since then, you have not

13     had access to the drive at all?

14             A.      That is correct.

15             Q.      How did you get your pictures

16     off there?  Or strike that.

17                     Did you get your pictures and

18     your personal stuff off that drive?

19             A.      No.

20             Q.      Did you have another copy of

21     those pictures and your personal stuff

22     somewhere else other than that drive?

23             A.      No.

24             Q.      Okay.  So the last full backup

Case 1:22-cv-00050-TRM-SKL  Document 222-1  Filed 04/21/23  Page 26 of 27  PageID #:
3931

1          Q.      What's the last date that you
2     had access to the Western Digital drive, to
3     the WD drive?
4          A.      I am not certain what date I
5     e-mailed -- I'm sorry -- what date I mailed
6     that device to Ryan Holt.
7          Q.      Who was your first counsel.
8          A.      Yes.
9          Q.      Would that have been sometime
10    in May 2022?
11         A.      No.
12         Q.      Would that have been sometime
13    in April 2022?
14         A.      No.
15         Q.      What month was it, if you
16    recall?
17         A.      It -- February.
18         Q.      February of 2022.
19         A.      Yes.
20         Q.      Was that also when you first
21    notified ChemTreat that you had the WD drive,
22    in February?
23              MS. LUND:  Objection.  Assumes
24    facts not in evidence.