EXHIBIT C



fisherphillips.com

**Memphis**
1715 Aaron Brenner Drive
Suite 312
Memphis, TN  38120

(901) 526-0431 Tel
(901) 526-8183 Fax

**Writer's Direct Dial:**
901-333-2076
**Writer's E-mail:**
ggrisham@fisherphillips.com

March 18, 2023

*Via E-Mail*

Lance W. Pope
Jeremy M. Cothern
Patrick, Beard, Schulman & Jacoway, P.C.
537 Market Street, Suite 300
Chattanooga, TN 37402
lpope@pbsjlaw.com
jcothern@pbsjlaw.com

>       Re:      *Ecolab et al v. Ridley and ChemTreat*
>                Docket No: 1-22-CV-00050

Counsel:

We are in receipt of your March 14, 2023 Objections to Plaintiffs' Request to Inspect Ridley's Devices including Plaintiffs' request to inspect and forensically copy certain electronically stored information in Ridley's possession.

## A.  Ridley's Objections Are Misplaced

Plaintiffs' objections to Plaintiffs' Request for Inspection lack merit.   As a general matter, forensic imaging "is not uncommon in the course of civil discovery." *John B. v. Goetz*, 531 F.3d 448, 459 (6th Cir. 2008) (citing *Balboa Threadworks v. Stucky*, No. 05-1157-JTM-DWB, 2006 WL 763668, at *3 (D. Kan. Mar. 24, 2006)). In fact, federal courts "have assumed that the provisions of Rule 34(a) concerning inspection, copying, and testing of tangible objects are sufficient to authorize a court to order reproduction of an entire hard drive using the 'mirror image' method." *Diepenhorst v. City of BattleCreek*, No. 1:05-cv-734, 2006 WL 1851243, at *2 (W.D. Mich. June 30, 2006) (citing *Simon Property Group, LP v. MySimon, Inc*., 194 F.R.D. 639, 640-41 (S.D. Ind. 2000)).

For each of Plaintiffs' requests, Ridley largely provides the same objections.  Ridley claims that any information sought after March 18, 2022 is irrelevant because Ridley's last day of employment with ChemTreat was March 18, 2022.  Plaintiffs disagree with this assertion.  The

relevant time period includes information through the present because Plaintiffs are entitled to access data that may have been modified or altered between Ridley's last day of employment and today's date. Such a limitation on the documents requested is unreasonable. The parties have also not agreed to such a limited time frame for any of the other discovery in this case.

Ridley also objects to each request because "Ridley has complied with his discovery obligations and any alleged deficiencies have been resolved by motion to compel practice and a resultant order." This is not a proper objection. The Rule 34 request was propounded on February 13, 2023, and is discovery that is not the subject of any pending motion to compel. Ridley cannot claim he has now – after the court ordered him to fully respond to other discovery requests – complied with all discovery in perpetuity.

Ridley also asserts that because Ecolab "spoliated the central evidence in this dispute when Ridley returned the Nalco/Ecolab issued laptop and LaCie drive to Nalco/Ecolab per its instructions, which deprived Ridley of exonerating evidence." (Letter at 4.) This objection is meritless. First, Ridley's initial counsel has an image of Ridley's external hard drive that Ridley used to back up his Ecolab computer. Ridley himself is in possession of the evidence he claims was spoliated. In any event, even if there were any issues of spoliation, Ridley's claim is no basis for an objection to Plaintiffs' legitimate discovery request. The discovery rules "do not permit one party to condition his discovery obligations on the other party's discovery responses." *Grant v. Target Corp.*, 281 F.R.D. 299, 313 (S.D. Ohio 2012) (quoting *Moses v. Sterling Commerce (America), Inc.*, No. Civ.A. 2:99-CV-1357, 2003 WL 23412984, *3 (S.D. Ohio July 1, 2003)). Ridley's assertion that Plaintiffs are allegedly deficient in their discovery obligations is irrelevant to Ridley's obligation.

Ridley also claims that because there are no specific allegations about his personal cellphone, iCloud backup, or related requests, he is not required to produce any information on his personal cellphone. This also lacks any foundation in law or logic. Plaintiffs may request discovery from numerous sources even if those specific sources are not outlined specifically in a Complaint or Answer. *See* Fed. R. Civ. P. 34.

Ridley further argues that because Plaintiffs' expert has confirmed that the Digital Guardian Report contains more than sufficient amount of information for him to conclude that Ridley misappropriated thousands of Ecolab files, he is under no further discovery obligations. The ample evidence of certain misconduct does not preclude Plaintiffs from discovery as to the extent of Ridley's transgressions and to locate the thousands of files that Ridley downloaded and then deleted from his Ecolab OneDrive.

Plaintiffs submit that the inspection and forensic copying requested is necessary to identify the full extent of Ridley's theft and misappropriation. The Digital Guardian report contains indisputable evidence that Ridley possessed Ecolab data within Ridley's **personal** Microsoft email and OneDrive account. ChemTreat identified the fact that Ridley sent Ecolab data from Ridley's personal Microsoft account to Ridley's former ChemTreat email account, which ChemTreat claimed as the basis for terminating Ridley. Plaintiffs cannot have full knowledge of Ridley's actions, including whether he deleted or otherwise manipulated certain data on his personal devices without proceeding with the forensic imaging of the devices. The value of the exfiltrated thousands

2

of files must exceed the cost to image and analyze Ridley's personal devices and accounts, and it is entirely Ridley's fault that he exfiltrated and then later used the exfiltrated Ecolab information while employed at ChemTreat.

Please withdraw your baseless objections.

## B. Proposed Inspection and Analysis

Plaintiffs appreciate Ridley's assertions that some of the devices and information requested may contain either privileged or personal information that is irrelevant to the lawsuit. In an effort to compromise, Plaintiffs propose the following parameters for the inspection and forensic analysis:

- Sources of Information: Plaintiffs' request to forensically image and search the following:
  - o Ridley's personal iPhone 13, serial number _____.
  - o All iCloud mobile backups of Ridley's personal iPhone 13, serial number_____.
  - o Ridley's laptop computer, serial number _____.
  - o Ridley's Western Digital model My Book, serial number_____, external USB drive.
  - o Ridley's AmazonBasics serial number 180129000600, external USB drive.
  - o Ridley's Microsoft email account data associated with the email address aridley75@hotmail.com
  - o Ridley's Microsoft OneDrive account data associated with the email address aridley75@hotmail.com.
  - o Ridley's Google anthony.ridley22@gmail.com email account data.
  - o Ridley's Google Drive data associated with the email address anthony.ridley22@gmail.com.
  - o Ridley's DropBox account data associated with the email addresses aridley75@hotmail.com or anthony.ridley22@gmail.com.

(Collectively referred to as "Sources").

- With respect to the search, Plaintiffs propose the date range and keywords identified on Exhibit A which is attached to this Letter. Plaintiffs propose that the date range and keywords shall be utilized as the scope of the permitted search of any electronic data.

- Defendant's counsel, or a representative, shall deliver the Sources to the agent for computer forensic company Tyger Forensics, Inc. ("Tyger") at 53 West Blvd, Suite 609, Chicago Illinois 60604.

- Tyger will then create a forensic image of the Sources to a newly purchased hard drive. A second forensic image of the Sources will be created as a backup immediately following the creation of the first forensic image. The Sources will then be returned Defendant's counsel, or a representative. Tyger shall not alter the contents of the Sources in any way. A third working copy of the Sources will then be created and examined by

3

the technicians at Tyger with its contents identified and categorized.

- Plaintiff's counsel, or a representative, shall deliver the screen lock password for Ridley's Apple iPhone 13 to Tyger. Ridley may change his Apple iPhone 13 screen lock password to a temporary password before providing that temporary password to Tyger. A representative of Tyger will call Ridley after the collection of the iPhone is complete so that Ridley may change his screen lock code to a screen lock code only known by Ridley.

- Plaintiff's counsel, or a representative, shall deliver the password for Ridley's Apple iCloud account to Tyger. Ridley may change his Apple iCloud account password to a temporary password before providing that temporary password to Tyger. At the time of collection, Ridley will immediately email Tyger any two factor codes required to access the iCloud account. A representative of Tyger will call Ridley after the collection of the iCloud account data is complete so that Ridley may change his temporary password to a password only known by Ridley.

- Plaintiffs propose that the parties develop and agree upon search terms reasonably calculated to lead to admissible evidence, such as the names of specific files Ridley exfiltrated.

- Plaintiff's counsel, or a representative, shall deliver the password for Ridley's [aridley75@hotmail.com](mailto:aridley75@hotmail.com) email account to Tyger. Ridley may change his [aridley75@hotmail.com](mailto:aridley75@hotmail.com) email account password to a temporary password before providing that temporary password to Tyger. At the time of collection, Ridley will immediately email Tyger any two factor codes required to access the email account. A representative of Tyger will call Ridley after the collection of the aridley75@hotmail.com Forest Ridge email account and OneDrive data is complete so that Ridley may change his temporary password to a password only known by Ridley.

- Plaintiff's counsel, or a representative, shall deliver the password for Ridley's [anthony.ridley22@gmail.com](mailto:anthony.ridley22@gmail.com) email account to Tyger. Ridley may change his [anthony.ridley22@gmail.com](mailto:anthony.ridley22@gmail.com) email account password to a temporary password before providing that temporary password to Tyger. At the time of collection, Ridley will immediately email Tyger any two factor codes required to access the email account. A representative of Tyger will call Ridley after the collection of the [anthony.ridley22@gmail.com](mailto:anthony.ridley22@gmail.com) Forest Ridge email and Google Drive account data is complete so that Ridley may change his temporary password to a password only known by Ridley

- Plaintiff's counsel, or a representative, shall deliver the password for Ridley's DropBox account to Tyger. Ridley may change his DropBox account password to a temporary password before providing that temporary password to Tyger. At the time of collection, Ridley will immediately email Tyger any two factor codes required to access the DropBox account. A representative of Tyger will call Ridley after the collection of the DropBox data is complete so that Ridley may change his temporary password to a password only known by Ridley.

- Tyger, at the direction of Plaintiff's counsel, will perform an analysis of the Sources using the forensic images to report on such activities as file creation, file printing, email creation, receipt and sending, file copying and deletion. Reports generated by Tyger will be provided to both Plaintiff's counsel and Defendant's counsel by email. The costs of the imaging, analysis, examination, reporting, testimony and all billable activities perform by Tyger, shall be split 50-50 by Plaintiffs and Ridley.

- To the extent any privileged documents are inadvertently produced, Ridley's counsel may rely on the appropriate clawback procedures in the Court's Protective Order to retrieve any produced documents.

- If any data exists but does not fall within the scope of for production as identified above by the keywords need not be produced. However, that electronic data must be maintained so that if a dispute arises at a later point in time about whether that data should or should not be produced in accordance with the Court's local rules, the Federal Rules of Civil Procedure, and any applicable federal or state law, the preserved data can be identified.

- Plaintiffs propose the date of inspection to be on or before **Friday, March 24, 2023.**

Should you wish to discuss this proposal, please contact me at your earliest convenience.

Sincerely,

FISHER & PHILLIPS LLP

/s/ J. Gregory Grisham
  J. Gregory Grisham

cc:   Vidya Are Mirmira (VMirmira@wc.com)
      Juli Ann Lund (jlund@wc.com)
      Troy C. Homesley (thomesley@wc.com)
      Michael R. O'Neill (moneil@simsfunk.com)
      W. Scott Sims (ssims@simsfunk.com)
      David J. Walton (dwalton@fisherphillips.com)
      Pavneet Uppal (puppal@fisherphillips.com)
      Edward G. Winsman (ewinsman@fisherphillips.com)

5

<u>EXHIBIT A</u>

I.  Date Range:   08/01/2020 12:00AM EDT – 03/18/2023 11:59PM EDT

II.  Key Terms:

"ADM - Southern Cellulose"
"Alstom Sodexo"
"Arnold's Airforce Base"
"Arnold Airforce Base"
"Arch Plastic"
Bunge
Cargill
Caertainteed
Coca-Cola
Conagra
"Country Delite"
Duracell
"Erlanger Health Systems"
"General Mills"
"Georgia Pacific"
Hexcel
"IAC Dayton"
"International Paper"
Knauf
La-Z-Boy
M&M
"Masterfoods USA"
"Mayfield Dairy"
"Nucor Tubular Products"
"Pilgrims Pride"
Smurfit-Stone
"Southeastern Container"
"SRI Surgical"
"Supreme Resources"
"The Chattanoogan"
"TVA"
"University of Tennessee"
Volkswagen
AGC
"Auburn University"
"Berry Plastics"
"Brown Mechanical"
"Buffalo Rock"

1

"Embassy Suites"
"Frito Lay"
"Heritage Plastics"
Homeyer
IAC
JLL
Kamtek
"LP Hanceville"
Magotteaux
Marriott
Mercedes
MGA
"Mitchell Plastics"
"Nordic Cold Storage"
NTS
"OK Foods"
"One Stop Environmental"
"Pilgrim's Pride"
Rehau
Remington
"Ridge Park"
"Riverchase Galleria"
UAB
"University of Alabama"
"US Gypsum"
"Voestalpine Automotive"
WKW
Yorozu
"WL121 District"
"George A Dickel"
Pepsi
"River Valley Ingredients"
"shaw Ind"
"Stevison Ham"
"Tate Lyle"
"Tennessee Tanning"
Toray
Tyson
"U. Of Tennessee"
VI-Jon
Nalco
Ecolab
"bridge by components"
"bridge plantemplate"
"district bridge data"
"region bridge"

2

"business plan"
"district tax form"
"price plan"
"transition playbook"
playbook
"value creation"
"role play"
"csp review"
scorecard
"sales accelerator"
"best practices"
recirculating
accucide
"boiler operator"
"operator training"
"rep training"
"training presentation"
"pac 1 training"
"fact pack"
"sales incentives"
"sales incentives details report"
"copy of bridge by components - wl121 2017.xlsx"
"2017 wl121 dm bridge plantemplate-final.pptx"
"district bridge data - 2017.xlsx"
"2020 nc region bridge v2.xlsx"
"wl121 - 2020 dm business plan.pptx"
"wl14x business plan.pptx"
"district tax form v2.0.xlsx"
"wl166 - 2020 dm business plan.pptx"
"copy of wl166 2020 price plan.xlsx"
"copy of wl121 2020 price plan.xlsx"
"adm transition playbook.docx"
"the sales leaders playbook-2019.pdf"
"industrial-manager-playbook_2ndedition-interactive-pdf.pdf"
"me-interactive-pdf-playbook-2019 pdf.pdf"
"value creation - role play set up and csp review.pptx"
"role play scorecard.pptx"
"2018 nalco water fb_mn regional sales accelerator (conv role) plan.docx"
"01-best practices general closed systems v2013.pptx"
"recirculating layup best practices example letter.docx"
"best practices for accucide mn applic in closed cooling 111511.docx"
"copy of nalco pilgrims best practice implementation 4.24.18 for quint mccreary.xlsx"
"smurfit-stone boiler operator training.ppt"
"la-z-boy operator training book coversheet.ppt"
"la-z-boy- cc&s boiler operator training.ppt"
"la-z-boy boiler operator training.ppt"

3

"georgia pacific operator training.ppt"
"duracell operator training.ppt"
"nalco water rep training.docx"
"spd mtr training.pptx"
"tt training presentation.pptx"
"wl121 pac 1 training - august 2016.pdf"
"12 - combined district fact pack wl121 wl166 december 2019.xlsb"
"06 - district fact pack wl121 june 2020.xlsb"
"03 - district fact pack wl166 march 2020.xlsb"
"03 - march region fact pack wl east central march 2020.xlsb"
"09 - region fact pack wl east central september 2020.xlsb"
"03 - march region fact pack wl east central march 2020.xlsb"
"03 - district fact pack wl166 march 2020.xlsb"
"06 - district fact pack wl121 june 2020.xlsb"
"12 - combined district fact pack wl121 wl166 december 2019.xlsb"
"jack stone 04 - 2017 nalco sales incentives details report.xlsx"
"patrick sweeney 03 - 2017 nalco sales incentives details report.xlsx"
"robert mcclure 05 - 2017 nalco sales incentives details report.xlsx"
"patrick sweeney 03 - 2017 nalco sales incentives details report.xlsx"
"jack stone 04 - 2017 nalco sales incentives details report.xlsx"
city water microbio analysis july 07.pdf
wna west plant - nalco 360 report - 02.17.2014.xl
wna east plant - nalco 360 report - 01.28.2013.xls
wna east plant - nalco 360 report - 05.06.2013.xls
wna west plant - nalco 360 report - 11.11.2013.xls
wna west plant - nalco 360 report - 03.25.2013.xls
wna west plant - nalco 360 report - 12.30.2013.xls
wna west plant - nalco 360 report - 08.26.2013.xls
wna west plant - nalco 360 report - 12.09.2013.xls
wna east plant - nalco 360 report - 06.10.2013.xls
wna east plant - nalco 360 report - 11.12.2012.xl
wna west plant - nalco 360 report - 10.20.2014.xl
wna east plant - nalco 360 report - 07.08.2013.xls
wna inc chattanooga facility - east plant - 01.15.13
wna inc chattanooga facility - west plant 10-28-2015
water analysis 11.05.pdf
wna east plant - nalco 360 report - 10.21.2013.xls
wna east plant - nalco 360 report - 01.14.2013.xls
wna west plant - nalco 360 report - 01.28.2013.xls
wna inc chattanooga facility - west plant - 06.26.20
wna east plant - nalco 360 report - 04.22.2013.xls
wna east plant - nalco 360 report - 08.12.2013.xls
wna west plant - nalco 360 report - 01.07.2013.xls
wna, inc., chattanooga facility 03.19.10.docx
waddington north americachattanooga - west plant closed loop - parti
wna, inc., chattanooga facility 06.10.11.docx

4

wna inc chattanooga facility - east plant 09-28-2015
wna, inc., chattanooga facility 11.19.09.docx
wna west plant - nalco 360 report - 11.19.2012.xl
wna west plant - nalco 360 report - 07.22.2013.xls
wna inc chattanooga facility - west plant - 04.30.20
wna, inc., chattanooga facility 12.01.09.docx
wna, inc., chattanooga facility 10.21.09.docx
wna east plant - nalco 360 report - 09.16.2013.xls
wna, inc., chattanooga facility 12.02.11.docx
wna west inc chattanooga facility 07.20.12.docx
wna west inc chattanooga facility 12.12.12.docx
wna east plant - nalco 360 report - 12.02.2013.xls
wna east plant - nalco 360 report - 11.11.2013.xls
wna west plant - nalco 360 report - 02.11.2013.xls
wna east plant - nalco 360 report - 07.22.2013.xls
wna east plant - nalco 360 report - 07.29.2013.xls
wna east plant - nalco 360 report - 10.14.2013.xls
wna inc chattanooga facility - east plant 06-18-2015
wna inc chattanooga facility - west plant - 08.05.13
wna east plant - nalco 360 report - 12.04.2012.xl
wna west plant - nalco 360 report - 03.11.2013.xls
wna west plant - nalco 360 report - 01.20.2014.xl
wna inc chattanooga facility - west plant - 01.15.13
wna, inc., chattanooga facility 06.03.09.docx
wna east plant - city water microbio analysis - second test - june 2
city water microbio analysis march 2010.pdf
wna, inc., chattanooga facility 09.23.09.docx
wna inc chattanooga facility - west plant 09-28-2015
wna west plant - nalco 360 report - 03.03.2014.xl
wna west plant - nalco 360 report - 12.17.2012.xl
wna3dttwr110410.xls
wna, inc., chattanooga facility 03.05.09.doc
wna east plant - nalco 360 report - 11.25.2013.xls
wna west plant - nalco 360 report - 04.01.2013.xls
wna west inc chattanooga facility 08.17.12.docx
enu - waddington north america chattanooga - nb052972 - 01178431.pdf
enu - waddington north americachattanooga - west plant closed loop -
wna inc chattanooga facility - east plant - 05.29.20
wna east plant - nalco 360 report - 12.24.2012.xl
wna west plant - nalco 360 report - 03.18.2013.xls
wna east plant - nalco 360 report - 12.17.2012.xl
wna east plant - nalco 360 report - 11.18.2013.xls
wna, inc., chattanooga facility 01.18.10.docx
wna east plant - nalco 360 report - 10.07.2013.xls
wna3dttwr120210.xls
wna inc chattanooga facility - east plant - 07.18.20

*5*

wna east plant - nalco 360 report - 04.01.2013.xls
wna east plant - nalco 360 report - 09.23.2013.xls
wna east plant - nalco 360 report - 04.08.2013.xls
wna west plant - nalco 360 report - 02.25.2013.xls
wna west plant - nalco 360 report - 11.18.2013.xls
wna west plant - nalco 360 report - 12.16.2013.xls
wna east plant - nalco 360 report - 09.09.2013.xls
wna east plant - nalco 360 report - 04.14.2014.xl
wna, inc., chattanooga facility 04.23.10.docx
wna east inc chattanooga facility 02.02.12.docx
enu - waddington north america chattanooga - nb052524 - 01167104.pdf
wna east plant - nalco 360 report - 05.27.2013.xls
wna east plant - nalco 360 report - 03.31.2014.xl
wna east plant - nalco 360 report - 04.15.2013.xls
wna west plant - nalco 360 report - 12.04.2012.xl
wna east plant - nalco 360 report - 04.07.2014.xl
wna inc chattanooga facility - east plant 04-29-2015
wna, inc., chattanooga facility 02.16.10.docx
wna east inc chattanooga facility 12.12.12.docx
wna west plant - nalco 360 report - 09.09.2013.xls
wna east plant - nalco 360 report - 06.24.2013.xls
wna inc chattanooga facility - west plant - 05.29.20
wna west plant - nalco 360 report - 01.21.2013.xls
waddington north america chattanooga - city water microbio analysis
wna east plant - nalco 360 report - 05.20.2013.xls
city water microbio analysis july 2009.pdf
wna, inc., chattanooga facility 01.06.11.docx
wna inc chattanooga facility - west plant - 07.02.20
wna west plant - nalco 360 report - 10.14.2013.xls
wna inc chattanooga facility - west plant 12-30-2014
wna, inc., chattanooga facility 08.12.10.docx
wna west plant - nalco 360 report - 05.27.2013.xls
wna west plant - nalco 360 report - 04.22.2013.xls
wna inc chattanooga facility - west plant 05-21-2015
wna east plant - nalco 360 report - 01.27.2014.xl
wna, inc., chattanooga facility 05.06.11.docx
wna inc chattanooga facility - east plant 05-27-2015
enu - waddington north america chattanooga - nb042667 - 00939786.pdf
wna east plant - nalco 360 report - 06.17.2013.xls
wna east plant - nalco 360 report - 02.10.2014.xl
wna east plant - nalco 360 report - 03.17.2014.xl
wna west plant - nalco 360 report - 09.03.2013.xls
wna inc chattanooga facility - east plant 08-20-2015
wna east plant - nalco 360 report - 01.20.2014.xl
wna east plant - nalco 360 report - 03.03.2014.xl
wna, inc., chattanooga facility 08.24.09.docx

6

wna inc chattanooga facility - west plant 04-15-2015
wna west plant - nalco 360 report - 10.27.2014.xl
wna west plant - nalco 360 report - 04.08.2013.xls
wna west plant - nalco 360 report - 09.23.2013.xls
wna east plant - nalco 360 report - 11.19.2012.xl
wna inc chattanooga facility - east plant - 04.30.20
wna west plant - nalco 360 report - 11.26.2012.xl
wna east plant - nalco 360 report - 03.04.2013.xls
wna west plant - nalco 360 report - 10.28.2013.xls
wna, inc., chattanooga facility 09.16.10.docx
wna east plant - nalco 360 report - 11.05.2012.xl
wna inc chattanooga - west plant closed loop - march 2012.pdf
wna west plant - nalco 360 report - 02.03.2014.xl
wna west plant - nalco 360 report - 10.21.2013.xls
wna inc chattanooga facility - east plant 02-18-2015
wna east plant - nalco 360 report - 12.16.2013.xls
wna east plant - nalco 360 report - 08.05.2013.xls
wna, inc., chattanooga facility 11.04.10.docx
wna east plant - nalco 360 report - 07.15.2013.xls
wna west plant - nalco 360 report - 07.29.2013.xls
wna west plant - nalco 360 report - 04.29.2013.xls
wna east plant - nalco 360 report - 01.14.2014.xl
wna east plant - nalco 360 report - 03.24.2014.xl
wna west plant - nalco 360 report - 01.14.2013.xls
wna, inc., chattanooga facility 02.02.11.docx
wna east plant - nalco 360 report - 01.07.2013.xls
wna west plant - nalco 360 report - 09.30.2013.xls
wna west plant - nalco 360 report - 12.29.2014.xl
mild steel coupon analysis 9.04
wna west plant - nalco 360 report - 08.19.2013.xls
wna west plant - nalco 360 report - 09.29.2014.xl
wna east plant - nalco 360 report - 04.29.2013.xls
wna east plant - nalco 360 report - 11.26.2012.xl
wna east plant - nalco 360 report - 02.25.2013.xls
wna east plant - nalco 360 report - 09.03.2013.xls
wna inc chattanooga facility - east plant 12-30-2014
wnacooltower011810.xls
wna inc chattanooga facility - west plant - 09.05.13
wna inc chattanooga facility - east plant - 06.26.20
wna west plant - nalco 360 report - 05.13.2013.xls
wna west plant - nalco 360 report - 12.31.2012.xl
enu - waddington north america chattanooga - nb052525 - 01167105.pdf
wna east plant - nalco 360 report - 01.21.2013.xls
wna, inc., chattanooga facility 04.08.11.docx
wna east plant - nalco 360 report - 12.23.2013.xls
wna east plant - nalco 360 report - 12.10.2012.xl

FP 46615307.1

enu - waddington north americachattanooga - west plant closed loop -
wna east plant - nalco 360 report - 08.19.2013.xls
wna inc chattanooga facility - west plant 02-04-2015
wna inc chattanooga facility - east plant 01-30-2015
wna, inc., chattanooga facility 05.29.09.docx
waddington north americachattanooga - west plant closed loop - glyco
wna west plant - nalco 360 report - 01.06.2014.xl
wna, inc., chattanooga facility 03.03.11.docx
wna east plant - nalco 360 report - 05.13.2013.xls
enu - waddington north americachattanooga - front chilled water clos
wna west plant - nalco 360 report - 03.10.2014.xl
wna west plant - nalco 360 report - 06.17.2013.xls
wna west plant - city water microbio analysis june 2014.pdf
wna east plant - nalco 360 report - 02.18.2013.xls
wna east plant - nalco 360 report - 02.17.2014.xl
wna west plant - nalco 360 report - 11.12.2012.xl
wna east plant - nalco 360 report - 09.15.2014.xl
wnachattanooga.mdb
wna west plant - nalco 360 report - 04.07.2014.xl
wna west plant - nalco 360 report - 07.15.2013.xls
wna west plant - nalco 360 report - 08.05.2013.xls
water analysis 11.05
wna east plant - nalco 360 report - 03.25.2013.xls
wna west plant - nalco 360 report - 12.10.2012.xl
wna3dttwr020211.xls
wna, inc., chattanooga facility 12.02.10.docx
wna west plant - nalco 360 report - 05.06.2013.xls
wna west plant - nalco 360 report - 12.23.2013.xls
wna east plant - nalco 360 report - 12.09.2013.xls
wna west plant - nalco 360 report - 03.17.2014.xl
wna east inc chattanooga facility 07.20.12.docx
wna, inc., chattanooga facility 02.03.09.doc
wna west plant - nalco 360 report - 01.14.2014.xl
wna west plant - nalco 360 report - 06.10.2013.xls
wna west plant - nalco 360 report - 09.16.2013.xls
wna east plant - nalco 360 report - 09.22.2014.xl
enu - waddington north america chattanooga - nb049903 - 01107581.pdf
city water analysis july 07.pdf
wna east plant - nalco 360 report - 10.27.2014.xl
enu - waddington north americachattanooga - west plant closed loop -
wna east plant - nalco 360 report - 03.10.2014.xl
microbiological analysis 11.05.pdf
wna east plant - nalco 360 report - 03.11.2013.xls
wna, inc., chattanooga facility 07.07.11.docx
wna east plant - nalco 360 report - 02.24.2014.xl
wna west plant - nalco 360 report - 08.12.2013.xls

8

wna west plant - nalco 360 report - 02.24.2014.xl
wna west plant - nalco 360 report - 09.15.2014.xl
wna inc chattanooga facility - west plant 01-30-2015
wna3dttwr 05.06.11.xls
wna east inc chattanooga facility 08.17.12.docx
wna east plant - nalco 360 report - 02.03.2014.xl
wna inc chattanooga facility - west plant 06-30-2015
wna west plant - nalco 360 report - 04.14.2014.xl
wna inc chattanooga facility - east plant 10-12-2015
wna west plant - nalco 360 report - 02.18.2013.xls
city water microbio analysis august 2013.pdf
wna west plant - nalco 360 report - 10.07.2013.xls
wna west plant - nalco 360 report - 03.31.2014.xl
wna east plant - nalco 360 report - 09.29.2014.xl
wna east plant - nalco 360 report - 02.11.2013.xls
wna west plant - nalco 360 report - 07.08.2013.xls
wna east plant - nalco 360 report - 01.06.2014.xl
wna east plant - nalco 360 report - 09.30.2013.xls
enu - waddington north america chattanooga - nb036004 - 00777533.pdf
wna west plant - nalco 360 report - 12.02.2013.xls
wna west plant - nalco 360 report - 11.04.2013.xls
wna inc chattanooga facility - west plant 08-20-2015
wna east plant - nalco 360 report - 12.31.2012.xl
waddington north america chattanooga - west plant closed loop - dma
wna inc chattanooga facility - east plant - 08.30.13
wna east plant - nalco 360 report - 10.28.2013.xls
wna west plant - nalco 360 report - 12.24.2012.xl
wna east plant - nalco 360 report - 12.30.2013.xls
wna, inc., chattanooga facility 04.15.09.doc
wna inc chattanooga facility - east plant 03-11-2015
wna west plant - nalco 360 report - 02.10.2014.xl
wna, inc., chattanooga facility 06.02.11.docx
wna east plant - nalco 360 report - 08.26.2013.xls
wna west plant - nalco 360 report - 09.22.2014.xl
wna west plant - nalco 360 report - 11.25.2013.xls
wna west plant - nalco 360 report - 03.24.2014.xl
wna east plant - nalco 360 report - 11.04.2013.xls
wna west plant - nalco 360 report - 05.20.2013.xls
wna inc. - city water microbio analysis july 2011.pdf
wna east plant - nalco 360 report - 01.27.2014.xl
wna west plant 3dtrasar cooling tower data 09.25.13.
wna east plant - city water microbio analysis june 2014.pdf
wna3dttwr010611.xls
wna west plant - nalco 360 report - 04.15.2013.xls
wna west plant - nalco 360 report - 06.24.2013.xls
wna, inc., chattanooga facility 08.04.11.docx

9

wna east plant - nalco 360 report - 03.18.2013.xls
wna west plant 3dtrasar cooling tower data 05.29.201
wna inc chattanooga facilitychattanooga.mdb
wna east plant 3dtrasar cooling tower data 08.30.13.
wna west plant 3dtrasar cooling tower data 04.30.201
wna inc. chattanooga facilitychattanooga.mdb
wna west plant 3dtrasar cooling tower data 08.05.13.
wna east plant 3dtrasar cooling tower data 05.29.201
wna 3dtrasar cooling tower data 07.07.11.xls
wna 3dtrasar cooling tower data 11.24.08.xls
wna 3dtrasar cooling tower data 11.04.10.xls
wna 3dtrasar cooling tower data 09.08.08.xls
wna 3dtrasar cooling tower data 12.01.09.xls
wna 3dtrasar cooling tower data 06.02.11.xls
wna 3dtrasar cooling tower data 10.21.08.xls
wna 3dtrasar cooling tower data 08.04.11.xls
wna east plant 3dtrasar cooling tower data 04.30.201
wna 3dtrasar cooling tower data 09.23.09.xls
wna 3dtrasar cooling tower data 12.02.10.xls
wna 3dtrasar cooling tower data 09.16.10.xls
wna 3dtrasar cooling tower data 08.24.09.xls
wna 3dtrasar closed loop data 07.07.11.xls
wna 3dtrasar cooling tower data 01.06.11.xls
wna 3dtrasar cooling tower data 05.28.10.xls
wna3d trasar closed loop data 02.02.11.xls
wna 3dtrasar closed loop data 08.04.11.xls
wna 3dtrasar cooling tower data 02.03.09.xls
wna 3dtrasar closed loop data 06.02.11.xls
wna 3d trasar cooling tower data 06.03.09.xls
wna 3dtrasar closed loop data 04.07.11.xls
wna inc. chattanooga facilityeast plant.mdb
wna 3dtrasar cooling tower data 03.19.10.xls
wna 3dtrasar cooling tower data 03.03.11.xls
wna 3dtrasar closed loop data 05.05.11.xls
wna3dtloop120210.xls
wna 3dtrasar closed loop data 03.03.11.xls
wna 3dtrasar closed loop data 05.28.10.xls
wna 3dtrasar closed loop data 12.02.10.xls
wna 3dtrasar closed loop data 06.25.10.xls
wna 3dtrasar closed loop data 11.04.10.xls
wna 3dtrasar closed loop data 01.06.11.xls
wna 3dtrasar closed loop data 09.16.10.xls
wna3dtloop110410.xls
wna 3dtrasar closed loop data 03.19.10.xls
wna 3dtrasar closed loop data 01.18.10.xls
wna 3dtrasar closed loop data 06.03.09.xls

10

wna 3dtrasar closed loop data 12.01.09.xls
wna west 3dtrasar closed loop data 05.29.2014.xls
wna west 3dtrasar closed loop data 04.30.2014.xls
wna 3dtrasar closed loop data 02.03.09.xls
wna east 3dtrasar closed loop data 05.29.2014.xls
american plastics 3dtrasar data 6.2.06.xls
wna east 3dtrasar closed loop data 04.30.2014.xls
wna incchattanooga.mdb
american plastics 3dtrasar data 07.18.07.xls
american plasticschattanooga tn.mdb
wna 3dtrasar closed loop data 10.21.08.xls
wna inc. chattanooga facilityeast plant.mdb
wna 3dtrasar closed loop data 09.08.08.xls
wna east 3dtrasar closed loop data 08.30.13.xls
volkswagen water analysis log sh
volkswagen water analysis log sh
wna service plan 2012.xls
volkswagen water analysis log sh
wna american plastics 05.06.05.doc
volkswagen - media center - chilled w
wna inc., chattanooga facility water treatment contract wo
american plastics 04.27.07.doc
volkswagen water analysis log sh
http___en.wikipedia.pdf
nonconformance report for anthony ridley 09-aug-2011.xls
volkswagen water analysis log sh
american plastics 01.16.06.doc
wnachattanooga.mdb
chilled water closed loop operating parameters.docx
wna, inc. scope of work for 2010-2011 water treatment cont
volkswagen water analysis log sh
pmw american plastics 2011-2012 for both plants.pdf
volkswagen water analysis log sh
pma worksheet american plastics (dec.1, 2003 to jan 31, 20
american plastics tower calculations.xls
volkswagen water analysis log sh
volkswagen - media center - weld wate
american plastics 07.18.07.doc
wna american plastics 12.14.04.doc
weld water closed loop operating parameters.docx
volkswagen - media center - quarterl
volkswagen - body shop wwcl diagram.xlsx
wna service plan 2014.xlsx
volkswagen water analysis log sh
volkswagen - media center - chilled w
volkswagen water analysis log sh

11

FP 46615307.1

volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen water analysis log sh
american plastics 10.20.05.doc
chilled water cooling tower operating parameters.pdf
wna inc., water treatment contract - scope of work 2009-20
wna inc. - quote for softener service and rebuild - 08.16.2011.doc
pmw american plastics 2011-2012 for both plants.xls
volkswagen water analysis log sh
nalco 3d trasar monitoring logsheet.docx
volkswagen water analysis log sh
pvc corrosion coupon rack spec sheet.pdf
volkswagen water analysis log sh
pmw american plastics 2010-2011.xls
wna american plastics 01.11.05.doc
volkswagen water analysis log sh
volkswagen water analysis log sh
nalco 3d trasar monitoring logsheet.pdf
volkswagen - media center - chilled w
wna, inc., chattanooga facility 07.07.08.doc
volkswagen water analysis log sh
wna inc., chattanooga facility water treatment contract wo
chilled water closed loop operating parameters.pdf
american plastics log sheet for closed loop (back).xls
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen water analysis log sh
wna american plastics 06.02.04.doc
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen group of america - media bu
volkswagen water analysis log sh
volkswagen water analysis log sh
american plastics 3d trasar starter form730.doc
wna people survey.ppt
volkswagen water analysis log sh
american plastics 08.17.07.doc
wna inc., chattanooga facility cooling tower system diagram.docx
volkswagen water analysis log sh
pmw american plastics 2012-2013 for both plants.xls
volkswagen - media center - chilled w
volkswagen water analysis log sh
wna, inc. scope of work for 2014-2015 east and west water
volkswagen water analysis log sh
volkswagen - media center - action pl

FP 46615307.1

volkswagen water analysis log sh
volkswagen water analysis log sh
example tower calculations for american plastic west.xls
volkswagen water analysis log sh
volkswagen water analysis log sh
wna american plastics 07.28.04.doc
volkswagen water analysis log sh
wma american plastics 04.08.04.doc
wna inc. - quote for softener service and rebuild - 08.16.2011.pdf
wna quote for chilled water closed loop biocide - 10.05.2011.pdf
wna american plastics 07.14.05.doc
volkswagen - media center - chilled w
http___www.mycheme.pdf
hot water cooling tower operating parameters.docx
volkswagen water analysis log sh
pmw - american plastics -chattanooga,tn -nw54 -4-1-06.xls
volkswagen water analysis log sh
american plastics 06.12.06.doc
volkswagen water analysis log sh
volkswagen - body shop wwcl diagram with sample points.xlsx
wnachattanooga.mdb
weld water closed loop operating parameters.pdf
volkswagen water analysis log sh
wna american plastics 08.04.05.doc
volkswagen water analysis log sh
wna inc., chattanooga facility cooling tower system diagram.pdf
volkswagen water analysis log sh
volkswagen water analysis log sh
wna, inc. scope of work for 2012-2013 east and west water
weld water closed loop system survey form.xlsx
volkswagen water analysis log sh
american plastics 03.26.08.doc
39m.pdf
copper corrosion coupon analsis 9.04
volkswagen water analysis log sh
wna inc., chattanooga facility water treatment contract wo
american plastics 03.16.07.doc
chilled water cooling tower operating parameters.docx
american plastics 01.21.08.doc
volkswagen water analysis log sh
american plastics 09.01.05.doc
wna american plastics 03.11.05.doc
volkswagen water analysis log sh
volkswagen water analysis log sh
american plastics log sheet for closed loop (front).xls
volkswagen - body shop wwcl diagram with colored sample points.xlsx

13

volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen water analysis log sh
weld water cooling tower operating parameters.pdf
volkswagen water analysis log sh
volkswagen water analysis log sh
american plastics 2003-2004 twma agreement.doc
pma-american plastics 2005-2006.xls
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen water analysis log sh
wna, inc., chattanooga facility 11.24.08.doc
wna, inc. scope of work for 2014-2015 east and west water
wna inc., water treatment contract - scope of work 2011-20
wwcl engineering report .docx
volkswagen water analysis log sh
wna american plastics 02.18.05.doc
wma american plastics 03-04-04.doc
american plastics 02.15.08.doc
volkswagen water analysis log sh
volkswagen water analysis log sh
wna american plastics 11.12.04.doc
volkswagen - media center - weld wate
wna, inc., chattanooga facility 09.08.08.doc
pmw american plastics 2009-2010.xls
pmw american plastics 2011-2012 for both plants.pdf
american plastics 02.23.07.doc
wna inc. pam.pdf
volkswagen water analysis log sh
volkswagen water analysis log sh
american plastics 09.27.07.doc
american plastics 05.17.06.doc
volkswagen water analysis log sh
volkswagen - media center - weld wate
wna cooling tower operating parameters.pdf
volkswagen water analysis log sh
wna american plastics 08.30.04.doc
tech18.pdf
volkswagen water analysis log sh
hot water cooling tower operating parameters.pdf
wna incoming city water analysis march 2010.pdf
wna inc. pam.docx
volkswagen water analysis log sh
volkswagen water analysis log sh

14

weld water cooling tower operating parameters.docx
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen - media center - chilled w
american plastics 10.13.06.doc
american plastics 09.28.06.doc
volkswagen water analysis log sh
american plasticschattanooga tn.mdb
american plastics service plan 2006.xls
volkswagen water analysis log sh
wna service plan 2012.pdf
volkswagen water analysis log sh
wma american plastics 05.04.04.doc
american plastics 11.27.06.doc
wna american plastics 06.16.05.doc
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen group of america - media bu
american plastics 01.29.07.doc
wna quote for chilled water closed loop biocide - 10.05.2011.doc
volkswagen water analysis log sh
wna american plastics west 10.12.04.doc
volkswagen water analysis log sh
wna inc. chattanooga facility proposal 05-24-2011.doc
pmw amer plastics 2006-2007 with trasar lease.xls
wna water treatment contract calculation sheet - 2014.pdf
wna, inc., chattanooga facility 10.21.08.doc
nalco engineering survey report.pdf
volkswagen - media center - chilled w
american plastics cooling water proposal.doc
wna, inc. scope of work for 2013-2014 east and west water
wna inc._1080256_chattanooga, tennessee 37421_softener filter resinmedia
replacement_9132011_sor
pma worksheet american plastics 2003-2004.xls
volkswagen - media center - chilled w
volkswagen - body shop wwcl diagram headers with colored sample points .xls
volkswagen water analysis log sh
volkswagen - media center - chilled w
american plastics 08.31.06.doc
volkswagen water analysis log sh
volkswagen water analysis log sh
american plastics 07.24.06.doc
volkswagen water analysis log sh
american plastics 05.25.07.doc
wna american plastics 04.15.05.doc
form730el equipment request forwna, inc. chattanooga facility - 3dtrasar starter 06.01.08.doc

15

volkswagen - body shop wwcl diagram with colored deadheads.xlsx
wna, inc., chattanooga facility 04.29.08.doc
pmw american plastics 2008-2009.xls
wna american plastics 10.01.04.doc
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen water analysis log sh
http___www.necoequipment.com_pdfs_velocitychart.pdf
nalco_39m_uscueg.pdf
pmw american plastics 2007-2008.xls
volkswagen - media center - chilled w
wna, inc., chattanooga facility 07.15.08.doc
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen water analysis log sh
volkswagen water analysis log sh
pmw american plastics 2011-2012.xls
volkswagen water analysis log sh
wna, inc. scope of work for 2015-2016 east, central and we
volkswagen water analysis log sh
nalco engineering survey report.docx
softener tank quote.doc
volkswagen - media center - chilled w
wna, inc. scope of work for 2011-2012 east and west water
volkswagen water analysis log sh
volkswagen water analysis log sh
wna service plan 2014.pdf
volkswagen water analysis log sh
american plastics pf feasibility checklist.doc
american plastics 11.05.07.doc
volkswagen water analysis log sh
wna cooling tower operating parameters.docx
weld water closed loop system survey form.pdf
american plastics 11.07.05.doc
volkswagen water analysis log sh
volkswagen water analysis log sh
american plasticschattanooga tn.mdb
wna, inc., chattanooga facility 05.30.08.doc
volkswagen quote for analytical analysis - 04.30.2012.pdf
volkswagen quote for coil flo cleaning - daily cost breakdown -
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for nalco 1338.33 07.02.2015.pdf
volkswagen quote for ion exchange bottle service -softener back-u
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for 3dt260.91 02.08.2011.pdf

16

volkswagen quote for nalco 8105.15 - 05.21.2014.docx
volkswagen quote for hot water closed loop inhibitor - nalco trac
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for 12.5% sodium hypochlorite 10.28.2013.pdf
volkswagen quote for nalco 8105.61 - 05.21.2014.pdf
volkswagen quote for entire replacement softener system - 11.29.2
volkswagen quote for e-coat biocide 2.04.2011.doc
volkswagen revised quote for closed loop treatment package 2.08.2
volkswagen quote for analytical analysis - 04.30.2013.docx
volkswagen quote for nalco 1338.33 11.01.2012.pdf
volkswagen spare parts list and price breakdown.pdf
volkswagen - notes for corrosion coupon rack quote - 04.15.2013.p
volkswagen quote for hot water closed loop inhibitor - trac101.15
volkswagen quote for 3d trasar maintenance materials - 09.20.201
volkswagen quote for 3dt260.33 09.24.2015.pdf
volkswagen quote for closed loop inhibitors - trac100.15 and cnqr
volkswagen quote for hot water closed loop inhibitor - nalco trac
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for 3dt260.31 06.27.2013.pdf
nalco analytical equipment worksheet 2012.pdf
volkswagen quote for cooling tower and closed loop biocides - 11
volkswagen water analysis log sh
volkswagen quote for bulk tank piping and replacement 3d trasar j
volkswagen quote for 12.5% sodium hypochlorite 12.04.2012.doc
volkswagen spare parts list and price breakdown - ver 2.pdf
volkswagen quote for e-coat biocide (1) 07.31.2012.pdf
volkswagen quote for annual analytical analysis 08.17.2015.pdf
volkswagen quote for clean ahu unit 5-ahu-4 in rb2.pdf
volkswagen quote for e-coat biocide 2.04.2011.pdf
volkwagen coil cleaning equipment and chemical package proposal
volkswagen quote for assembly coil flo cleaning - breakdown - 12
volkswagen quote for chilled water closed loop inhibitor - trac10
volkswagen quote for coil flo cleaning - daily cost breakdown -
volkswagen quote for e-coat biocide (4) 03.09.2012.doc
target pricing template - nalco - august 15, 2013 (ver.2).xlsx
volkswagen quote for air supply house biocide - nalco 7330 chemic
volkswagen quote for hardness test kit and additional spare parts
pricing_matrix_bidders - comparing 2015 to 2016 pricing.pdf
volkswagen quote for 12.5% sodium hypochlorite 11.17.2011.doc
volkswagen water analysis log sh
volkswagen quote for 3dt260.33 10.31.2013.pdf
volkswagen quote for small closed loop inhibitor - trac100.11 -
volkswagen quote for nalco onsite analytical testing equipment -
volkswagen quote for air supply house biocide - nalco 7330.15 - 0
volkswagen quote for weld water closed loop biocide - nalco 77352
volkswagen analytical quote sheet 2011.pdf

17

volkswagen coil cleaning equipment and chemical package proposal

volkswagen hvac performance service proposal updated 11-5-13 (3).

volkswagen quote for analytical analysis - 04.30.2013.pdf

volkswagen water analysis log sh

volkswagen quote for hot water closed loop inhibitor - nalco trac

volkswagen water analysis log sh

volkswagen water analysis log sh

volkswagen quote for 8105 coag. - lmi chemical pump with 4-20 - 0

volkswagen quote for weld water closed loop inhibitor - trac100.1

volkswagen quote for chilled water closed loop inhibitor - trac10

vw hvac performance service proposal updated 09-04-2014.pdf

volkswagen quote for analytical analysis - 05.06.2014.docx

volkswagen quote for softener system rebuild kits - 11.29.2012 ve

volkswagen spare parts list and price breakdown.xls

volkswagen quote for e-coat biocide (4) 07.31.2012.doc

volkswagen quote for e-coat biocide (4) 03.09.2012.pdf

volkswagen quote for coil flo cleaning - annual cost breakdown -

volkswagen quote for 3d trasar materials - 02.13.2015.pdf

volkswagen quote for 3dt260.91 09.08.2011.doc

volkswagen quote for 3dt260.33 06.10.2015.pdf

volkswagen quote for hot water closed loop inhibitor - nalco trac

volkswagen__chattanooga, tn 37416_coil-flo cf500 service 11.15.20

volkswagen quote for weld water closed loop inhibitor - trac100.1

volkswagen quote for coil flo cleaning - annual cost breakdown -

volkswagen water analysis log sh

volkswagen quote for annual analytical analysis 08.17.2015.docx

volkswagen quote for 12.5% sodium hypochlorite 08.04.2014.docx

volkswagen water analysis log sh

volkswagen quote for small closed loop inhibitor - trac200.11 -

volkswagen quote for chilled water closed loop inhibitor - trac10

volkswagen water analysis log sh

volkswagen__chattanooga, tn 37416_coil-flo cf500 service_1152013_

volkswagen - quote for weld water closed loop system survey 10.20

volkswagen quote for 3dt260.31 10.09.12.pdf

volkswagen quote for 5 gal pot feeder and ash biocide 06.09.2014.

volkswagen quote for body shop coil flo cleaning - breakdown - 1

volkswagen quote for weld water closed loop inhibitor - trac100.1

volkswagen quote for analytical analysis - 08.09.2011.pdf

volkswagen quote for trace hardness test kit 02.07.13.pdf

nalco final 2016 spare parts bid.xlsx

volkswagen water analysis log sh

vw hvac performance service proposal updated 11-5-13 (3).doc

volkswagen quote for 3dt260.31 10.09.2012.doc

volkswagen quote for coil flo cleaning chemicals - 10.15.2015.do

volkswagen quote for water treatment inhibitor and biocides - 12.

nalco budgetary cost for water leak test booth.xls

18

volkswagen quote for corrosion coupon rack (ver-2b) - 04.15.2013.
volkswagen revised quote for closed loop treatment package 2.08.2
vw hvac performance service proposal updated 08-08-14.pdf
vw hvac performance service proposal updated 09-04-2014.docx
volkswagen quote for conductivity probe for hhw - 12.11.2012.doc
volkswagen quote for nalco 7330.15 - 06.23.2015.pdf
volkswagen quote for 3dt260.33 09.24.2015.docx
volkswagen quote for metallurgy analytical analysis - 05.01.2012.
volkswagen quote for coil flo cleaning - daily cost breakdown -
volkswagen for 8105 coag. - lmi chemical pump - 05.21.2014
volkswagen quote for e-coat biocide 08.12.2014.docx
volkswagen quote for e-coat biocide (4) 10.09.2012.doc
volkswagen water analysis log sh
volkswagen quote for coil flo cleaning - annual cost breakdown -
volkswagen quote for e-coat biocide (4) 10.09.12.pdf
volkswagen quote for 3dt260.33 06.10.2015.docx
volkswagen quote for metallurgy analytical analysis - 05.01.2012.
volkswagen quote for 3dt calibration solution 2015 - nalcodirect.
volkswagen quote for analytical analysis - 04.11.2012.doc
volkswagen quote for e-coat biocide 02.26.2014.docx
volkswagen quote for closed loop biocide - nalco 77352na.15 - 11.
volkswagen quote for analytical analysis - 05.03.2013.pdf
volkswagen quote for e-coat biocide - nalcodirect 04.08.2014.pdf
volkswagen quote for entire replacement softener system - 11.29.2
volkswagen quote for legionella analytical testing 09.24.2015.do
volkswagen quote for hot water closed loop inhibitor - nalco trac
volkswagen quote for chilled water closed loop inhibitor - trac10
volkswagen water analysis log sh
volkswagen quote for 3dt260.91 trac105.15 - 02.22.2011.doc
volkswagen water analysis log sh
volkswagen quote for softener system rebuild kits - 05.19.2015.pd
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for 5 gal pot feeder 09.08.2014.docx
volkswagen spare parts list for media building 11.02.2012.pdf
volkswagen quote for 10 portable water analytical analysis - 05.
volkswagen spare parts list and price breakdown - august 8, 2013.
volkswagen water analysis log sh
volkswagen - quote for weld water closed loop system survey 10.20
volkswagen quote for 5 gal pot feeder and ash biocide 06.09.2014.
volkswagen water analysis log sh
volkswagen spare parts list for media building 11.02.2012.xls
volkswagen quote for closed loop inhibitors - trac100.15 and cnqr
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for 5 gal pot feeder for fire-security building
volkswagen quote for e-coat biocide 10.18.2011.pdf
vw hvac performance service proposal updated 11-5-13 (3).pdf

FP 46615307.1

volkswagen quote for nalco 8105.15 - 05.21.2014.pdf
volkswagen quote for corrosion coupon rack - 03.22.2013.pdf
volkswagen quote for 3dt260.91 02.08.2011.doc
volkswagen quote for 12.5% sodium hypochlorite 11.17.2011.pdf
volkswagen quote for cooling tower inhibitor - nalco 3dt260.33 -
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for chilled water closed loop inhibitor - trac10
volkswagen quote 1.05.2011.pdf
volkswagen quote for metallurgy analytical analysis - 03.14.2013.
volkswagen water analysis log sh
volkswagen quote for nalco onsite analytical testing equipment -
volkswagen quote for e-coat biocide 01.28.2013.docx
volkswagen quote for e-coat biocide (1) 07.31.2012.doc
volkswagen quote for nalco 1338.33 11.25.2014.docx
volkswagen quote for e-coat biocide 2.07.2011.doc
volkswagen quote for chilled water closed loop inhibitor - trac10
volkswagen quote for 3dt260.31 06.27.2013.doc
volkswagen quote for coil flo cleaning - daily cost breakdown -
volkswagen quote for weld water closed loop biocide - nalco 77352
volkswagen quote for analytical analysis - 05.03.2013.docx
volkswagen quote for e-coat biocide (1) 03.09.2012.pdf
volkswagen quote for hot water closed loop inhibitor - nalco trac
volkswagen quote for bulk tank piping and replacement 3d trasar j
volkswagen quote for 3dt260.33 08.05.2015.docx
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for previously preformed analytical analysis - 0
volkswagen quote for cooling tower nonoxidizing biocide - nalco 7
volkswagen quote for nalco 8105 chemical injection pump - 05.21.2
volkswagen quote for corrosion coupon rack (ver-2b) - 04.15.2013.
volkswagen quote for chilled water closed loop inhibitor - trac10
volkswagen quote for 3d trasar materials - 02.13.2015.docx
volkswagen quote for ion exchange bottle service -softener back-u
volkswagen quote for 3dt260.31 07.31.2012.doc
volkswagen quote for nalco 8105 chemical injection pump with 4-20
volkswagen quote for hot water closed loop inhibitor - nalco trac
volkswagen quote for 3dt260.91 trac105.15 - 02.22.2011.pdf
volkswagen quote for 12.5% sodium hypochlorite 10.28.2013.docx
volkswagen quote for nalco 3d trasar annual maintenance package -
volkswagen quote for corrosion coupon rack (ver-2a) - 04.15.2013.
round 9 meeting minutes 0001 - nalco spare parts equipment.pdf
volkswagen quote for water treatment inhibitor and biocides - 12.
volkswagen facility maintenance spend with nalco - 2014.xlsx
volkswagen quote for remote water meter readers - 12.13.2011.doc
volkswagen quote for e-coat biocide 04.08.2014.pdf
volkswagen quote for hot water closed loop inhibitor and biocide
volkswagen quote for hot water closed loop inhibitor - trac101.15

20

volkswagen water analysis log sh
volkswagen quote for cooling tower and closed loop biocides - 11
nalco analytical equipment worksheet 2012.xlsx
volkswagen quote for e-coat biocide (4) 07.31.2012.pdf
volkswagen quote for hot water closed loop oxygen scavenger and m
volkswagen water analysis log sh
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen group of america 2014 pricing letter - january 2014.do
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for remote water meter readers - 12.13.2011.pdf
volkswagen quote for 5 gal pot feeder for fire-security building
volkswagen quote for replacement softener and entire system rebui
volkwagen coil cleaning equipment and chemical package proposal
volkswagen quote for 3d trasar maintenance materials - 09.20.201
volkswagen quote 1.05.2011.doc
volkswagen quote for trace hardness test kit 02.07.2013.docx
volkswagen quote for coil flo cleaning chemicals - 03.11.2015.pd
volkswagen quote for 3dt260.33 08.05.2015.pdf
volkswagen quote for 10 portable water analytical analysis - 05.
volkswagen quote for softener brine valves - 06.10.2015.docx
volkswagen quote for metallurgy analytical analysis - 03.14.2013.
volkswagen quote for e-coat biocide 08.12.2014.pdf
volkswagen quote for analytical analysis - 04.30.2012.doc
volkswagen quote for nalco 1338.33 11.01.2012.doc
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for nalco 1338.33 11.25.2014.pdf
volkswagen facility maintenance spend with nalco - 2013.xlsx
volkswagen quote for coil flo cleaning - annual cost breakdown -
volkswagen spare parts list and price breakdown - august 8, 2013.
volkswagen quote for hot water closed loop inhibitor and biocide
nalco pricing worksheet (3).xlsx
volkswagen quote for cooling tower nonoxidizing biocide - nalco 7
volkswagen quote for small closed loop inhibitor - trac100.11 -
volkwagen coil cleaning equipment and chemical package proposal
volkswagen quote for nalco 1338.33 07.16.2013.pdf
vw hvac performance service proposal updated 11-5-13 (3).docx
volkswagen quote for nalco 8105 chemical injection pump - 05.21.2
volkswagen quote for hot water closed loop inhibitor - nalco trac
volkswagen quote for analytical analysis - 04.11.2012.pdf
volkswagen quote for 6 portable water analytical analysis - micro
volkswagen quote for 71d5 plus.11- 05.07.2013.pdf
volkswagen quote for corrosion coupon rack - 03.22.2013.docx
volkswagen water analysis log sh
volkswagen quote for cooling tower inhibitor - nalco 3dt260.33 -
volkswagen quote for hot water closed loop oxygen scavenger and m
volkswagen quote for previously preformed analytical analysis - 0

21

volkswagen quote for 3dt260.33 11.04.2014.pdf
volkswagen spare parts list and price breakdown - ver 2.xls
volkswagen quote for hot water closed loop inhibitor - nalco trac
volkswagen quote for assembly coil flo cleaning - breakdown - 12
volkswagen quote for softener system rebuild kits - 11.29.2012 ve
volkswagen quote for bleach pump parts - 05.13.2014.pdf
volkswagen quote for 71d5 plus.11- 05.07.2013.docx
volkswagen quote for hardness test kit and replacement reagents 0
volkswagen water analysis log sh
volkswagen quote for chilled water closed loop inhibitor - trac10
volkswagen quote for 3dt260.33 11.04.2014.docx
volkswagen quote for e-coat biocide 2.07.2011.pdf
volkswagen quote for 3dt260.91 09.08.2011.pdf
volkswagen quote for closed loop biocide - nalco 77352na.15 - 11.
volkswagen facility maintenance spend with nalco - 2012.xlsx
volkswagen quote for 5 gal pot feeder 09.08.2014.pdf
volkswagen quote for analytical analysis - 08.09.2011.doc
volkswagen quote for cooling tower and closed loop biocides - 11
volkswagen quote for deposit analytical analysis - 05.01.2012.doc
volkswagen quote for nalco 7330.15 - 06.23.2015.docx
volkswagen quote for deposit analytical analysis - 05.01.2012.pdf
volkswagen group of america 2014 pricing letter - january 2014.pd
vw r3.pptx
volkswagen quote for 12.5% sodium hypochlorite 08.04.2014.pdf
volkswagen quote for corrosion coupon rack (ver-2a) - 04.15.2013.
volkswagen quote for chilled water closed loop inhibitor - trac10
volkswagen quote for softener brine valves - 06.10.2015.pdf
volkswagen quote for analytical analysis - 05.06.2014.pdf
volkswagen quote for 12.5% sodium hypochlorite 12.04.2012.pdf
volkswagen__chattanooga, tn 37416_coil-flo cf500 service 12.09.20
volkswagen quote for nalco 8105 chemical injection pump with 4-20
volkswagen quote for body shop coil flo cleaning - breakdown - 1
volkswagen quote for chilled water closed loop inhibitor - trac10
volkswagen quote for hot water closed loop inhibitor - nalco trac
volkswagen quote for chilled water closed loop inhibitor - trac10
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for hardness test kit 11.18.2012.doc
volkswagen quote for bleach pump parts - 05.13.2014.docx
volkswagen quote for e-coat biocide 01.28.2013.pdf
volkswagen quote for air supply house biocide - nalco 7330.12 - 0
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for nalco 8105.61 - 05.21.2014.docx
volkswagen quote for cooling tower and closed loop biocides - 11
volkswagen quote for chilled water and hot water closed loop inhi
volkswagen quote for legionella analytical testing 09.24.2015.pd
volkswagen quote for cooling tower and closed loop biocides - 05

volkswagen - notes for for analytical analysis quote - 05.03.2013
volkswagen quote for deposit analysis 2.08.2011.pdf
volkswagen quote for e-coat biocide 02.26.2014.pdf
volkswagen quote for air supply house biocide - lmi chemical pump
volkswagen quote for nalco 1338.33 07.16.2013.docx
volkswagen quote for nalco 1338.33 07.02.2015.docx
volkswagen quote for e-coat biocide (1) 03.09.2012.doc
volkswagen quote for softener system rebuild kits - 05.19.2015.do
volkswagen quote for deposit analysis 2.08.2011.doc
volkswagen quote for cooling tower and closed loop biocides - 05
volkswagen group of america, i__chattanooga, tn 37416_coil-flo cf
volkswagen quote for nalco 3d trasar annual maintenance package -
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for chilled water closed loop inhibitor - trac10
volkswagen water analysis log sh
volkswagen quote for replacement softener and entire system rebui
volkswagen quote for hardness test kit and additional spare parts
vw hvac performance service proposal updated 08-08-14.docx
volkswagen quote for hot water closed loop inhibitor - nalco trac
volkswagen quote for hot water closed loop oxygen scavenger and m
volkswagen - quote for weld water closed loop system survey - par
volkswagen quote for nalco 1338.33 10.31.2013.pdf
nalco 2016 rebid general stores pricing sheet.xlsx
volkswagen quote for nalco 1338.33 10.31.2013.docx
volkswagen quote for conductivity probe for hhw - 12.11.2012.pdf
volkswagen quote for e-coat biocide 04.08.2014.docx
volkswagen quote for hardness test kit and replacement reagents 0
volkswagen quote for 3dt260.31 07.31.2012.pdf
volkswagen quote for hot water closed loop oxygen scavenger and m
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen water analysis log sh
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for coil flo cleaning chemicals - 03.11.2015.do
volkswagen - quote for weld water closed loop system survey - par
volkswagen quote for 6 portable water analytical analysis - micro
volkswagen quote for 3dt260.33 10.31.2013.docx
volkswagen quote for chilled water closed loop inhibitor - trac10
volkswagen quote for coil flo cleaning chemicals - 10.15.2015.pd
volkswagen quote for hardness test kit 11.18.2012.pdf
volkswagen quote for e-coat biocide 10.18.2011.doc
volkswagen water analysis log sh
volkswagen quote for weld water closed loop inhibitor - trac100.1
volkswagen quote for small closed loop inhibitor - trac200.11 -
po6000055203 - coilflo cleaning of 9 coils in assembly - december 13,
2014 nalco pricing for volkswagen group of america_jb.pdf
nalco 2014 - 2015 wwt bid pricing sheet - wwt chemicals master pr

ultrasand plus introductory flyer rev4-1-06.pdf
po6000066858 - reconcile analytical testing.pdf
po6000035390 - nalco 3dt260.31.pdf
po6000038489 - hot water conductivity probes.pdf
po6000018968 - bleach.pdf
po6000087246 - 1700 brine valves - june 2015.pdf
po6000054311 - nalco trac101 - november 15, 2013 - 3 drums.pdf
body 6 in dead end col d4 (small).jpg
material approval request form - 1338.doc
po6000052234 - trac100 for wwcl refill - october 2013.pdf
product bulletin_ trac105.pdf
nalco company 04.30.13 benchmark rfq wwt chemicals - ver2.xls
volkswagen group of america chatt
vw quote l211-318 standard ultrasand plus.doc
volkswagen media building maintenance contractor bid letter 04.23.2010.docx
product bulletin_ 71d5 plus.pdf
spec-240.pdf
product bulletin_ schweitzer chemie st-dos h-390_ small chill
nalco cooling water technology brochure.pdf
profi room (2).jpg
po6000017549 - nalco 3d trasar maintenance kits.pdf
w.j. oneil cleaning and passivation quote 06.07.10.pdf
body hip at g2.jpg
09242009 f. pokornik bleach tank rev 1.doc
po6000040767 - water hardness test kit - not ordered - incorrect amou
iwaki walchem chemical pump nalco part number 121_pj4006.88 br
ultrasand plus article.2011-05-06.pdf
w.j. oneil cleaning and passivation quote 06.07.10.docx
volksw~1.pdf
profi room (3).jpg
po6000031822 - spare parts - 0.75 inch cold water meter.pdf
volkswagen media building 2012 estimated chemical treatment cost.pdf
copy of nalco - confirmed rates - october 2104.xlsx
jake marshall - wwcl survey p.o..docx
po6000044401 - nalco trac100 - 04.25.2013.pdf
chiller evaporator tube 1.jpg
chiller evaporator tube 2.jpg
po6000085947 - trac100.15 - may 2015.pdf
spec-211.pdf
po6000031615 - e coat biocide.pdf
po6000054012 - cpvc piping and 3d trasar junction box covers.pdf
po6000026468 - 2012 qrtly analyses samples media ctr.pdf
product bulletin_ trac101.pdf
3d trasar spec sheet b-601.pdf
po6000012196 - nalco blanket for lab analysis.pdf
volkswagen and ssoe cleaning, passivation, and treatment quote 06.02.10.docx

volkswagen group of americachatta
bulk tank - spec-341 -1.pdf
spec-302 - pot feeder.pdf
bypass near profi room.jpg
po6000090892 - cooling tower and closed loop and makeup analytical te
body hip at g2 (small).jpg
po6000017692 - nalco spare parts.pdf
po6000040781 - replacement water softener.pdf
corrosion coupon rack scope of work - 04.04.2013.docx
volkswagen- ssoe-cleaning, passivation, and treatment quote 09.08.10.pdf
hach nickel 8150 test procedures.pdf
volkswagen- ssoe-jake marshall cleaning, passivation, and treatment quote 06.07.10.
po6000066861 - trac101.15.pdf
dsc00293.jpg
body hip# for g2.jpg
po6000083371 - coil cleaning chemistry - april 2015.pdf
jake marshall quote 9.22.2011.doc
dsc00292 (small).jpg
corrosion coupon rack scope of work - 04.04.2013.pdf
nalco 2014 - 2015 wwt & ro bid letter.docx
volkswagen and ssoe cleaning, passivation, and treatment quote 06.02.10.pdf
material approval request form - trac 101.doc
volkswagen- proposal for extra closed loop inhibitor 12.06.10.docx
volkswagen- ssoe-w.j. oneil cleaning, passivation, and treatment quote 06.07.10.do
product bulletin_ trac108.pdf
po6000087790 - nalco 1338.33 - 07.02.2015.pdf
body shop col j2.jpg
fm sylvan chilled water cleaning and passivation quote worksheet.xls
drawings for 2 in. valve head system.pdf
po6000024893_ e-coat biocide.pdf
walchem boiler conductivity controller.pdf
spec-472.pdf
body 6 in dead end col d4.jpg
dsc00314.jpg
po6000012221 - nalco weld water closed loop biocide.pdf
po6000038406 - nalco 1338 - h-550 - trac101.pdf
aramar~1.pdf
po6000080006 - nalco trac100.15 february 2015.pdf
product bulletin_ 7330.pdf
volkswagen- ssoe-cleaning, passivation, and treatment quote 09.08.10. ver-2.docx
8 in weld water lines (2).jpg
product bulletin_ 3dtrasar 3dt7.pdf
po6000031821 - spare parts - promient bleach pump.pdf
pulsatron_pump manual_e_eplus.pdf
vw cover page 2009 proposal - 1.pdf
pulsatron chemical pump spec-353 -1.pdf

FP 46615307.1

spec 619 - base tanks for acid - isothiazolone.pdf
po6000004009 - closed loop water system treatment.pdf
nalco 3d trasar product brochure.pdf
po6000040889 - water hardness test kit.pdf
nalco - rebid 2015 general stores pricing sheet.xlsx
po6000038180 - bleach.pdf
cs cc cm series softener and filter 08_07.pdf
copy of vw quote request 8 3 2015.xlsx
po6000019316 - nalco trac100 & nalco cnqr3485.pdf
po6000054321 - nalco 77352na - november 15, 2013 - 2 drums.pdf
po6000080007 - nalco 3d trasar calibration solution february 2015.pdf
product bulletin_ h-550.pdf
volkswagen group of america chatt
volkswagen - spreadsheet to calculate system volumes based upon inhibitor dosage.xl
po6000069669 - nalco 3dt260.33.pdf
cleaning, passivating, and start up chemical cost.xls
e00118_ew-ek11_manual.pdf
sample cooler spec sheet.pdf
cooling tower and closed loop cleaning and passivation letter.pdf
2012 nalco pricing for volkswagen group of america.xlsx
water meter spec sheet - spec-211.pdf
2013 nalco pricing for volkswagen group of america_jb.pdf
volkswagen group of america - cha
po6000075626 - nalco 7330 - 77352na - trac101 november 2014.pdf
spec-410 - sidestream filtration systems.pdf
col f7-f8 dead end.jpg
dfm quote - volkswagen closed loop quote 09.21.2012.pdf
dsc00291 (small).jpg
po6000093174 - bleach - 10.05.2015.pdf
vw softwater quote 3.02.10.doc
product bulletin_ 8338.pdf
po6000031829 - spare parts - ncm copper corrosion probe for 3d trasar
po6000094967 - trac100.15 - nov 2015.pdf
material approval request form - nalco 8349.doc
volkswagen and ssoe cleaning, passivation, and treatment quote 06.02.10. ver-3.docx
po6000042570 - metallurgy analysis.pdf
po6000067037 - ash biocide and feed system.pdf
po6000031825 - spare parts - ncm mild steel corrosion probe for 3d tr
volkswagen 7330.15 quote - 3.09.12.pdf
po6000069045 - bleach bulk.pdf
ultrasoft li alt specs-2.pdf
product bulletin_ nalcon 60505.pdf
2013 nalco pricing for volkswagen group of america_jb.xlsx
po6000036626 - nalco 1338.pdf
po6000031867 - spare parts - 1 inch blowdown solenoid valves.pdf
volkswagen- ssoe-w.j. oneil cleaning, passivation, and treatment quote 06.07.10.pd

FP 46615307.1

po6000051594 - 3d trasar maintenance and calibration parts 2013.pdf
nalco 2014 - 2015 wwt & ro bid letter.pdf
po6000035230 - e coat biocide.pdf
po6000050267 - nalco biocide 7330 - paint shop - 08302013.pdf
nalco 2014 - 2015 wwt bid pricing sheet - wwt chemicals master pr
volkswagen media building 2012 estimated chemical treatment cost.docx
dsc00290 (small).jpg
po6000045991 - wwt & ro specialized chemical service package - april
po6000095560 - nalco 3dt260.33 - nov. 2015.pdf
po6000019832 - nalco remote meters.pdf
material approval request form - 7768.doc
nalco company 04.30.13 benchmark rfq wwt chemicals.xls
vw softwater quote 3.02.10.pdf
po6000075898 - nalco 1338.33 december 2014.pdf
po6000027349 - metallurgy and deposit analysis.pdf
dfm quote - volkswagen closed loop quote 09.21.2012.doc
photo.jpg
col g9 (2).jpg
dfm quote - volkswagen closed loop quote and invoice 11.02.2012.pdf
material approval request form - 77352na.doc
installer qualifcations letter.docx
material approval request form - bleach.doc
material approval request form - trac 105.doc
3d trasar spec sheet b-601 -1.pdf
2014 nalco pricing for volkswagen group of america_jb.xlsx
vw cover page 2009 proposal - 1.docx
po6000044998 - 2013 analytical testing supplies and equipment.pdf
jake marshall - wwcl survey p.o..pdf
po6000092239 - legionella testing and chemicals 09.28.2015.pdf
spec-268.pdf
ultrasoft li alt specs-2a.pdf
po6000090531 - trac100.15 - qty 2 - august 2015.pdf
po6000031820 - spare parts - 2 inch hot water meter.pdf
material approval request form - 3dt701.doc
volkswagen 2012 chemical budget number calculations worksheet.pdf
po6000074553 - nalco 3dt260.33 - november 2014.pdf
po6000015035 - nalco chilled water closed loop inhibitor.pdf
po6000071154 - trac200.11 september 2014.pdf
nalco 360 overview brochure.pdf
po6000092221 - nalco 3dt260.33 - 09.24.2015.pdf
example of drum storage pallet.pdf
fm sylvan - fire station chilled water closed loop cleaning and passivation letter.
product bulletin_ trac100.pdf
body 8 in labeled incorrectly. col f4.jpg
8 in weld water lines (1).jpg
7b_ultrasand%20plus%20service%20proposal.pdf

27

f-950.pdf
po6000013597 - nalco cooling tower chemicals.pdf
volkswagen group of americachatta
https___sso.volkswagen.pdf
po6000074466 - nalco trac100 - november 2014.pdf
po6000053738 - 500 gallon bleach order.pdf
dsc00290.jpg
po6000070257 - nalco 7330.61 e-coat biocide.pdf
material approval request form - pc-191t.doc
product bulletin_ 8349.pdf
jake marshall - vw bid letter 04072009.pdf
vw bid excel worksheet april 7, 2009.xls
vw quote l211-318 standard ultrasand plus.pdf
body shop col g2.jpg
dsc00313.jpg
po6000093833 - coil cleaning chemistry - 10.15.2015.pdf
po6000031817 - spare parts - bleach injection quills.pdf
material approval request form - 7408.doc
po6000017552 - 1st phase weld water testing body shop.pdf
po6000089834 - nalco 3dt260.33 - august 2015.pdf
po6000031824 - spare parts - orp probe for 3d trasar.pdf
iwaki walchem chemical pump nalco part number 121_pj4011.88 br
po6000059017 - pot feeder for fire building 2014.pdf
product bulletin_ cnqr3485.pdf
po6000054303 - coilflo cleaning for body shop.pdf
hach zinc 8009 test procedures.pdf
fm sylvan - fire station chilled water closed loop cleaning and passivation letter.
jake marshall - vw bid letter 04072009.docx
po6000005224 - weld water inhibitor chemicals.pdf
po6000063997 - nalco 7330.15 and nalco 77352na.15 - june 2014.pdf
po6000075897 - nalco 7330 - 77352na - trac101 december 2014.pdf
material approval request form 3dt260.doc
po6000015685 - biocide.pdf
nalquill injector, 316 ss spec-253.pdf
material approval request form - 3dt120.doc
po6000060967 - trac100 (3 drums) april 2014.pdf
dsc00315.jpg
po6000094750 - 3d trasar maintenance equipment - nov 2015.pdf
po6000036231 - nalco trac101 and h-550.pdf
dsc00292.jpg
b-693.pdf
po6000071139 - ahu coil cleaning september 2014.pdf
po6000031858 - spare parts - 1 inch cold water meter.pdf
nalco - target price template - 2015 spare parts list.xlsx
cleaning, passivating, and start up chemical cost.xlsx
po6000005939 - foreign matter in hot water pump.pdf

FP 46615307.1

po6000040781 - revision to water softener p.o..pdf
po6000031819 - spare parts - 316ss injection quill with check valve.p
8 in weld water lines (1) (small).jpg
volkswagen 7330.15 (4) quote - 3.09.12.pdf
product bulletin_ 73924.pdf
bulk tank - spec-341.pdf
installer qualifcations letter.pdf
po6000035469 - trac100.pdf
po6000009219 - nalco chemicals for weld water.pdf
po6000015607 - nalco hot water chemicals.pdf
volkswagen- ssoe-cleaning, passivation, and treatment quote 10.20.10. ver-1.docx
po6000055422 - nalco 3dt260.33 and nalco 1338.33 - december 09, 2013.
jake marshall - closed loop spend est vs. ytd 06.11.2010.pdf
po6000080668 - pot feeder for air supply house - march 2015.pdf
po6000031826 - spare parts - 1.5 inch blowdown solenoid valves.pdf
po6000005964 - sales tax for p.o. 6000004009.pdf
jake marshall - vw bid letter 07152009.docx
cooling tower and closed loop cleaning and passivation letter.docx
volkswagen- ssoe-cleaning, passivation, and treatment quote 09.08.10. ver-2.pdf
volkswagen- ssoe-cleaning, passivation, and treatment quote 10.20.10. ver-1.pdf
volkswagen- ssoe-jake marshall cleaning, passivation, and treatment quote 06.07.10.
po6000066857 - tests for 2nd round of potable water samples - microbi
ultrasand plus brochure b-559.pdf
po6000020807 - 2nd phase weld water testing body shop.pdf
po6000031619 - nalco 7330 and nalco 3dt260.31.pdf
po6000063291 - analytical analysis on 10 potable water samples.pdf
po6000006461 - nalco chemicals for water treatment.pdf
volkswagen group of america - cha
po6000031816 - spare parts - 3d trasar cooling water controller.pdf
dsc00293 (small).jpg
jake marshall - closed loop spend est vs. ytd 06.11.2010.docx
product bulletin_ 77352na.pdf
col g9 (1).jpg
po6000012387 - nalco hot water chemicals.pdf
material approval request form - trac 100.doc
jake marshall quote 9.22.2011.pdf
om0108-3d trasar 5500 i & o manual ver. 8.0-compre
dsc00291.jpg
2012 nalco pricing for volkswagen group of america.pdf
material approval request form - h-550.doc
po6000005904 - chemical for cleaning.pdf
water softener spec b-469.pdf
po6000066859 - trac100.15.pdf
product bulletin_ nalprep iii.pdf
nalco company 04.30.13 benchmark rfq wwt chemicals - ver3.xls
po6000088945 - trac101 - 07.23.2015.pdf

FP 46615307.1

8 in weld water lines (2) (small).jpg
volkswagen- ssoe-cleaning, passivation, and treatment quote 09.08.10.docx
jake marshall - vw bid letter 07152009.pdf
col g9 (3).jpg
po6000062032 - e coat biocide.pdf
po6000031835 - spare parts - 2 inch cold water meter.pdf
po6000086625 - nalco 3dt260.33 - june 2015.pdf
volkswagen quote 1.05.2011.pdf
profi room (1).jpg
product bulletin_ pc-191t.pdf
volkswagen- proposal for extra closed loop inhibitor 12.06.10.pdf
jakema~1.pdf
po6000031823 - spare parts - ph probe for 3d trasar.pdf
material approval request form - 7338.doc
vo3c97~1.xls
vo6872~1.xls
vo150c~1.xls
vo37ea~1.xls
vo5ced~1.xls
vof3cf~1.xls
vo59cb~1.xls
voa2c8~1.xls
vo18c3~1.xls
enu - volkswagen group of america - chattanooga - location b13-5 - nw129609 - 0116452
voe323~1.xls
enu - volkswagen group of america - chattanooga - location a8-5 - nw129613 - 01164561
vo20f9~1.xls
voc39f~1.xls
vo5605~1.xls
volkswagen - weld water closed lo
vo1304~1.xls
enu - abednego enivro svcs llcchattanooga - ro feedwater - nw107263 - 00982225.pdf
volksw~3.xls
vo63fa~1.xls
vod95f~1.xls
volkswagen group of america - cha
vof683~1.xls
vo6d25~1.xls
volkswagen group of america - chattanooga - 00106493.zip
volkswagen - weld water closed loop- body welder hip
vo5e8e~1.xls
vo0713~1.xls
volkswagen group of america - cha
vo8795~1.xls
vo2ec3~1.xls
dsc00265.jpg

FP 46615307.1

volksw~1.xls
volksw~4.xls
dsc00266.jpg
vod4d4~1.xls
enu - abednego enivro svcs llcchattanooga - ro concentrate - nw122865 - 01107340.pdf
vo6688~1.xls
vo11f3~1.xls
vo15b0~1.xls
vo86b1~1.xls
vo0779~1.xls
vo395c~1.xls
vo8ab7~1.xls
vo67c1~1.xls
volkswagen group of america - cha
volkswagen group of america - cha
vo5a6a~1.xls
volkswagen group of america chatt
vo2f13~1.xls
vo4536~1.xls
vo9b5e~1.xls
vo6ed7~1.xls
volkswagen - weld water closed loop - particle analy
volkswagen - weld water closed loop - particle and w
vo93a9~1.xls
vo334c~1.xls
voa944~1.xls
voa2e8~1.xls
enu - volkswagen group of america - chattanooga - water leak test booth 1 lp stage - n
volkswagen group of americachattanooga - chilled water closed loop - 08.23.2013.pdf
volkswagen - body welder hip 1b12 - 103h501 june 201
vo89f2~1.xls
volkswagen group of america - for 655e - april 15, 2013.pdf
volkswagen group of america chatt
vob23a~1.xls
enu - volkswagen group of america - chattanooga - water leak test booth 1 lp stage - n
vo4cee~1.xls
vof9ec~1.xls
voaed6~1.xls
weld water closed loop 3dt controller sample - water
vo2644~1.xls
vo03dd~1.xls
voefb3~1.xls
vo7c19~1.xls
vo642f~1.xls
vo6942~1.xls
vo9d12~1.xls

FP 46615307.1

vo2083~1.xls

vo7fa6~1.xls

volkswagen group of america - cha

volkswagen group of america - cha

vo999f~1.xls

vo3540~1.xls

voa12a~1.xls

vodf31~1.xls

vo17ad~1.xls

volkswagen group of america - metallographic analysis - april 2013.pdf

enu - volkswagen group of america - chattanooga - location a8 10-2 - nw129610 - 01164

volksw~2.xls

vo8ca8~1.xls

volksw~2.xls

volksw~4.xls

volksw~4.xls

vo873f~1.xls

enu analytical report volkswagen group of america chattanooga 00868584.pdf

vo582b~1.xls

vo9c33~1.xls

vo82f4~1.xls

vo2ee1~1.xls

weld water closed loop 3dt controller sample - water

vo7e65~1.xls

volksw~2.xls

vo4b6a~1.xls

vof25d~1.xls

vod8ef~1.xls

vo4071~1.xls

vo0eff~1.xls

vobaf3~1.xls

volkswagen - hot water closed loo

vof03c~1.xls

vod012~1.xls

vo6c8d~1.xls

vo95cb~1.xls

enu - volkswagen group of america - chattanooga - water leak test booth 1 hp stage - n
mod connector 2.jpg

vod972~1.xls

vo6862~1.xls

vo7c1a~1.xls

voc969~1.xls

vod972~1.xls

fire station domestic water sample - microbiological

enu - volkswagen group of america - chattanooga - location a13-10 - nw129617 - 011645

volksw~4.xls

volksw~2.xls
vo16ee~1.xls
enu - abednego enivro svcs llcchattanooga - ro influent - nw123005 - 01123407.pdf
explanation water tests - volkswagen.docx
vo3b84~1.xls
voe37b~1.xls
vo2bf7~1.xls
vo1559~1.xls
enu - volkswagen group of america - chattanooga - location b14-5 - nw129615 - 0116456
voeccf~1.xls
volksw~4.xls
vo44e3~1.xls
volkswagen - chilled water closed loop - particle an
vo3f5b~1.xls
volkswagen group of america - ro influent water @ cf
vo81c5~1.xls
vo1322~1.xls
volkswagen group of america - ro reject water - may
vo5829~1.xls
vof0ff~1.xls
vo929a~1.xls
volksw~3.xls
volkswagen group of america - chattanooga - 00106803.zip
vobbf1~1.xls
vobc4b~1.xls
vo4ce8~1.xls
vob26f~1.xls
voc99a~1.xls
vof30b~1.xls
voc7d7~1.xls
vo33a2~1.xls
volksw~3.xls
vo4fb0~1.xls
voee68~1.xls
vo7aa7~1.xls
volkswagen - chilled water coolin
vobd3c~1.xls
vo6d26~1.xls
vo4e7a~1.xls
vo1fb5~1.xls
voaaed~1.xls
vo302a~1.xls
weld water closed loop 3dt controller - deposit anal
vo8bfa~1.xls
vo0384~1.xls
vodb01~1.xls

33

enu - volkswagen group of americachattanooga - vw domestic water - nw121008 - 01095579.

vof403~1.xls

voa334~1.xls

vo0411~1.xls

vo0522~1.xls

vo67d3~1.xls

enu - volkswagen group of america - chattanooga - location b1-10 - nw129611 - 0116455

vo3f79~1.xls

vo92b8~1.xls

volkswagen group of americachattanooga - hot water closed loop - 08.23.2013.pdf

volksw~1.xls

vofbf5~1.xls

volkswagen - chilled water closed

vo8ebc~1.xls

vo13f5~1.xls

vo240c~1.xls

volksw~1.xls

volkswagen - weld water cooling t

vob02a~1.xls

vo1a61~1.xls

voa6db~1.xls

enu - volkswagen group of america - chattanooga - location b4-5 - nw129608 - 01164525

volksw~3.xls

enu - abednego enivro svcs llcchattanooga - volkswagen domestic water - nw081522 - 0080

vocadb~1.xls

voff08~1.xls

enu - volkswagen group of americachattanooga - vw kitchen (main cafeteria) - nw120685 -

voc7d6~1.xls

volksw~2.xls

enu - volkswagen group of americachattanooga - vw paint b-22 restroom - nw120683 - 0109

vo187d~1.xls

volkswagen - weld water closed loop secondary - micr

vo8af8~1.xls

vo9903~1.xls

vob7c3~1.xls

volkswagen group of america chatt

vof970~1.xls

vob3b7~1.xls

volkswagen group of america - for 655e - april 15, 2013.docx

vo5420~1.xls

vo55dc~1.xls

voc3c4~1.xls

vo2392~1.xls

vob73a~1.xls

vo82f3~1.xls

volksw~1.xls

volkswagen group of america - cha

voc536~1.xls

mod connector in rip 2 .jpg

vo9db6~1.xls

vo08b9~1.xls

vo8919~1.xls

vo640e~1.xls

vof82e~1.xls

vo8e6b~1.xls

voaaf4~1.xls

volksw~3.xls

vob671~1.xls

vof5cf~1.xls

enu - volkswagen group of america - chattanooga - location a8-10-1 - nw129612 - 01164

vod666~1.xls

vob15e~1.xls

vo6e66~1.xls

vo0d92~1.xls

vo88b3~1.xls

vobb36~1.xls

volksw~1.xls

mod connector 1.jpg

vo08c4~1.xls

vo13b7~1.xls

vo1dac~1.xls

volkswagen - weld water closed loop - microbiologica

vo8dc0~1.xls

vob949~1.xls

vo9dcf~1.xls

vo67aa~1.xls

vo3d88~1.xls

volksw~3.xls

dsc00264.jpg

volksw~2.xls

vo264b~1.xls

enu - volkswagen group of america - chattanooga - location a6-10 - nw129616 - 0116456

vo5f7b~1.xls

vo619d~1.xls

vofccc~1.xls

enu - volkswagen group of america chattanooga - nb052230 - 01158530.pdf

vo3702~1.xls

volkswagen group of americachattanooga - weld water closed loop - 08.23.2013.pdf

vo4242~1.xls

volkswagen group of america - cha

vo4f04~1.xls

vo4681~1.xls

FP 46615307.1

vo5cb4~1.xls
volksw~2.xls
vo3eb9~1.xls
vo4bf7~1.xls
volksw~4.xls
volkswagen - media building syste
vo92d0~1.xls
vob69f~1.xls
vo563a~1.xls
vo79e8~1.xls
vo072a~1.xls
volksw~2.xls
voa5d1~1.xls
vo4a2b~1.xls
volksw~1.xls
vo0917~1.xls
voeb00~1.xls
vo722f~1.xls
vo6d72~1.xls
hot water closed loop primary pump deposit analysis
vo3a40~1.xls
vo062a~1.xls
volksw~1.xls
voc79b~1.xls
volkswagen group of america - chattanooga - wwt grey water - october 2014.pdf
weld water closed loop 3dt controller sample - micro
volkswagen - industrial make-up w
enu - volkswagen group of america - chattanooga - location a11-10 - nw129614 - 011645
enu - volkswagen group of america - chattanooga - water leak test booth 1 hp stage - n
vo321b~1.xls
volkswagen- hot water closed loop - particle analysi
vo9c69~1.xls
volksw~4.xls
volkswagen group of america - hot water closed loop
vo6c03~1.xls
vo16b9~1.xls
vo6e5d~1.xls
enu - volkswagen group of america chattanooga - nb039275 - 00867387.pdf
volksw~3.xls
vo2256~1.xls
vo7fc4~1.xls
vo0c47~1.xls
vo3d48~1.xls
vo9a91~1.xls
vo91a8~1.xls
volkswagen group of america - metallographic analysi

vo1035~1.xls
voe573~1.xls
vo02f3~1.xls
vo4858~1.xls
vod3e0~1.xls
vo5aef~1.xls
vob341~1.xls
vo1b92~1.xls
vo22ef~1.xls
vof36e~1.xls
volksw~3.xls
vo30d4~1.xls
vo1349~1.xls
vo2cb9~1.xls
weld water closed loop - underbody gfo2 welder 2040r
volkswagen - weld water closed loop - january 2011.p
hot water closed loop system - water analysis with t
vo0748~1.xls
vof010~1.xls
vof5c1~1.xls
vofdfb~1.xls
volkswagen group of america - for 655e - may 2012.doc
vo2fb4~1.xls
vobac7~1.xls
explanation water tests - volkswagen.pdf
voa15f~1.xls
vo6080~1.xls
vo2cbc~1.xls
vo46e9~1.xls
vo4fde~1.xls
dsc00268.jpg
vocf65~1.xls
vo9aad~1.xls
vo4793~1.xls
vo9067~1.xls
volkswagen - weld water closed lo
vod254~1.xls
vo8625~1.xls
volkswagen group of america - cha
voa55a~1.xls
vobde9~1.xls
vod3a5~1.xls
vo2662~1.xls
vo5681~1.xls
voccf3~1.xls
volksw~1.xls

FP 46615307.1

volksw~4.xls
voda1e~1.xls
volkswagen - chilled water closed
enu - abednego enivro svcs llcchattanooga - ro cleaning tank lines - nw081523 - 0080044
voefa8~1.xls
volkswagen - wwcl and hhw make-up
vo9aee~1.xls
vo9f4a~1.xls
voc6e0~1.xls
vodb69~1.xls
voa5cb~1.doc
volksw~1.xls
vo8775~1.doc
voca9a~1.doc
vo5c26~1.xls
volksw~3.xls
voaabe~1.pdf
volksw~2.doc
volksw~4.pdf
vo4d52~1.doc
vo6c3a~1.xls
vo202b~1.xls
vo2d97~1.doc
vo0f04~1.doc
vo6ffc~1.xls
vodc99~1.xls
vofe4f~1.doc
voc970~1.xls
voc864~1.pdf
vo237f~1.doc
vof22d~1.pdf
vob877~1.doc
vo093c~1.doc
volksw~3.doc
voa9ed~1.doc
vo500f~1.doc
vod458~1.doc
vo964e~1.xls
volksw~3.xls
vo6d4f~1.doc
vo523f~1.xls
vo41b1~1.xls
vo6ab6~1.pdf
vo179d~1.doc
vob0a2~1.doc
vod9ec~1.doc

38

vo8a87~1.doc
vod25b~1.doc
vofbcb~1.doc
voa667~1.pdf
vo90a6~1.doc
voed54~1.doc
vo1ab4~1.xls
vof5ed~1.doc
vo229f~1.doc
voe2cb~1.doc
vo797b~1.pdf
vo37e8~1.xls
vo2ac8~1.xls
vo67a8~1.doc
vob2c7~1.xls
vo38eb~1.doc
vob897~1.doc
voeda1~1.xls
voc34e~1.doc
vo80b3~1.xls
vo6ccc~1.xls
vo22e6~1.doc
vob6a1~1.doc
vo021a~1.doc
volkswagen - training
vod716~1.doc
voeb5e~1.xls
vo2609~1.doc
vof180~1.xls
vo9905~1.doc
vo78b2~1.pdf
vo89ba~1.doc
vo11cd~1.doc
volksw~3.doc
vo5445~1.doc
vo6a00~1.doc
vo67ba~1.pdf
vo9064~1.pdf
vo9c87~1.xls
vod5de~1.doc
voe86a~1.doc
vo922d~1.pdf
volksw~4.doc
vobff4~1.xls
vo17f1~1.xls
voe967~1.xls

39

vo3320~1.pdf
vo6c2e~1.doc
vob50e~1.pdf
vo3f41~1.xls
vodc67~1.doc
vo0127~1.xls
vo35e9~1.xls
vo8cd4~1.pdf
vofe93~1.doc
vo798e~1.doc
voba7f~1.xls
voc122~1.pdf
vo824b~1.doc
vo93e8~1.doc
voba34~1.doc
vo75f8~1.pdf
vo7fb9~1.doc
vo9b20~1.pdf
vo4398~1.xls
vo465a~1.doc
vob74a~1.xls
vo9d13~1.doc
vo1a93~1.doc
vobe97~1.doc
volksw~2.pdf
vob108~1.doc
vo4acb~1.doc
vo3741~1.doc
vo2abc~1.doc
vobd3e~1.pdf
vof232~1.xls
vo70c7~1.doc
vo4480~1.xls
volksw~4.xls
vo2730~1.doc
voea67~1.doc
vo94d4~1.doc
vocc21~1.pdf
voc0de~1.doc
vo415d~1.doc
vocf7d~1.doc
vocc33~1.xls
volksw~2.xls
vo7bd0~1.xls
vof3be~1.doc
voa985~1.xls

FP 46615307.1

volkswagen - training
voac4d~1.doc
voff7f~1.doc
volksw~2.xls
vo35d8~1.doc
vof611~1.doc
voc9ba~1.doc
voccb0~1.doc
vo2627~1.doc
vodf68~1.pdf
vo795d~1.pdf
vo93e7~1.xls
vob25f~1.doc
vo09c2~1.xls
vo2f49~1.doc
volksw~1.xls
vo5d30~1.pdf
vofbfd~1.doc
vo1d2d~1.doc
vo1f9d~1.xls
vo9ed0~1.xls
vofa0c~1.doc
vocbe7~1.doc
voa4ef~1.doc
vode1d~1.doc
vo0600~1.xls
vof13a~1.doc
volksw~1.doc
vo4704~1.xls
vo4f06~1.xls
vo2d97~1.pdf
voae95~1.xls
vo02eb~1.doc
vof5bb~1.doc
volksw~2.doc
vo3384~1.xls
vo1e26~1.doc
voc235~1.doc
volksw~1.pdf
volksw~3.pdf
voe960~1.doc
vo5521~1.doc
vo3e82~1.doc
vob635~1.xls
vo7d9c~1.xls
vobf65~1.xls

FP 46615307.1

vo6116~1.doc
vodff8~1.doc
voc2d0~1.doc
vo2664~1.xls
voce02~1.doc
vo8b0b~1.doc
voccf0~1.doc
vo2ae6~1.xls
voe39b~1.xls
voc3cd~1.doc
voefce~1.doc
vo1764~1.doc
voabe8~1.doc
vo657c~1.doc
vo76a3~1.doc
vo7d04~1.doc
vodc75~1.doc
voa199~1.doc
volksw~4.xls
volksw~4.doc
vo8323~1.doc
voe164~1.doc
vof6b4~1.xls
volksw~1.doc
vo81cd~1.pdf
vo1bce~1.pdf
vo0e3c~1.pdf
vo96fb~1.doc
volkswagen media center chemical treatme
volkswagen - nalco action plan scorecard - 11.10.20
volkswagen people survey.docx
volkswagen wwct 3dt data 10.08.13.xls
volkswagen service plan 2016.xlsx
voacfe~1.doc
volksw~4.doc
voe9fc~1.doc
vo654f~1.doc
volksw~2.doc
volkswagen - nalco action plan scorecard - 09.09.20
volkswagen service plan 2011.xls
vob63e~1.doc
volksw~3.doc
volkswagen - nalco action plan scorecard - 09.02.20
volkswagen abr 2014.pptx
vo0fd1~1.doc
volkswagen service plan 2012.pdf

FP 46615307.1

vo2019~1.doc
vo44fa~1.doc
volkswagenmedia center building.mdb
volkswagen abr 2013.pptx
volkswagen group of america - cmv plan 2012.xlsm
vod41e~1.doc
vo9b63~1.doc
voc0b4~1.doc
volkswagen media center city water line
vo42fe~1.doc
vo5307~1.doc
voa9bf~1.doc
volksw~1.doc
vo4531~1.doc
volkswagen service plan 2012.xls
vo36f6~1.doc
volkswagen people survey.pdf
volkswagen - nalco action plan scorecard - 11.10.20
voa24d~1.doc
vo9449~1.doc
volkswagen media center flow meter sched
vobb3e~1.doc
vo861a~1.doc
vo18a6~1.doc
vo5cdc~1.doc
volksw~3.doc
volksw~1.doc
volkswagen - nalco action plan scorecard - 09.02.20
volkswagen - nalco action plan scorecard - 09.09.20
volksw~2.doc
vobfe5~1.doc
microsoft powerpoint - volkswagen abr 2013.pdf
vo7fe7~1.doc
voabbb~1.doc
volkswagen wwct 3dt data 12.10.13.xls
volkswagen group of america - cmv plan 2014.xlsx
volkswagen service plan 2015.pdf
volkswagen wwct 3dt data 10.29.13.xls
vo82fe~1.doc
vo1f20~1.doc
vo65a6~1.doc
volkswagen service plan 2014.pdf
volkswagen media center weld water open
volkswagen service plan 2016.pdf
volksw~4.doc
volkswagen wwct 3dt data 06.05.14.xls

43

vo025d~1.doc
volkswagen service plan 2015.xlsx
volkswagen - media cente
vob662~1.doc
volkswagen median center chilled water c
volksw~2.doc
volkswagen group of america - cmv plan 2013.xlsm
volkswagen media center chilled water cl
volkswagen - nalco action plan scorecard - 08.26.20
vof8c3~1.doc
volkswagen service plan 2013.pdf
vob767~1.doc
volkswagen abr 2014.pdf
volkswagen media center hot water closed
voc6f2~1.doc
vo8693~1.doc
vod1fd~1.doc
vo13e7~1.doc
vo1562~1.doc
volkswagen service plan 2013.xlsx
vo78cd~1.doc
vof8c2~1.doc
vof373~1.doc
vo5f20~1.doc
vo0266~1.doc
volkswagen - nalco action plan scorecard - 08.26.20
volkswagen group of america - exec summary 2nd quarter 2013.pdf
volkswagen group of america pam.doc
volksw~3.doc
volkswagen group of america - exec summary 2nd quarter 2014.pdf
volkswagen group of america pam.pdf
vo3525~1.doc
vo46cd~1.doc
volkswagen media center weld water close
vof1c7~1.doc
volkswagen service plan 2014.xlsx
volksw~1.doc
volksw~4.doc
vo378b~1.doc
voeefc~1.doc
volkswagen wwct 3dt data 01.03.13.xls
volkswagen wwct 3dt data 06.06.13.xls
volkswagen wwct 3dt data 07.31.13.xls
volkswagen wwct 3dt data 07.03.13.xls
volkswagen wwct 3dt data 02.05.13.xls
volkswagen wwct 3dt data 08.30.13.xls

FP 46615307.1

volkswagen wwct 3dt data 05.02.13.xls
volkswagen wwct 3dt data 03.28.13.xls
volkswagenmedia center building.mdb
volkswagen wwct 3dt data 03.02.13.xls
volkswagen wwct 3dt data 11.07.12.xls
volkswagen wwct 3dt data 06.01.12.xls
volkswagen wwct 3dt data 10.04.12.xls
volkswagen wwct 3dt data 08.03.12.xls
volkswagen wwct 3dt data 08.30.12.xls
volkswagen wwct 3dt data 06.28.12.xls
volkswagen wwct 3dt data 02.29.12.xls
volkswagen wwct 3dt data 03.28.12.xls
volkswagen wwct 3dt data 04.30.12.xls
volkswagen wwct 3dt data 01.31.12.xls
volkswagen weld water ct 3dt data 12.30.1
volkswagen weld water ct 3dt data 11.30.1
volkswagen weld water ct 3dt data 09.29.1
volkswagenmedia center building.mdb
volkswagen weld water ct 3dt data 10.27.1
volkswagen weld water ct 3dt data 09.02.1
volkswagen weld water ct 3dt data 04.29.1
volkswagen weld water ct 3dt data 06.30.1
volkswagen weld water ct 3dt data 05.26.1
volkswagen weld water ct 3dt data 07.29.1
volkswagen weld water ct 3dt data 08.16.1
volkswagen weld water ct 3dt data 01.28.1
volkswagen weld water ct 3dt data 03.31.1
vw.wct.12.20.10..xls
volkswagen weld water ct 3dt data 10.21.1
volkswagen weld water ct 3dt data 03.04.1
jake marshallmedia center building.mdb
volkswagen weld water ct 3dt data 09.20.1
volkswagen condenser water ct 3dt da
volkswagenmedia center - volkswagen.
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagenmedia center building.mdb
volkswagen hwcl 3dt data 05.26.11.xls
volkswagen condenser water ct 3dt da
volkswagen weld water ct 3dt data 05.24.1
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da

45

volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagenmedia center - volkswagen.
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagenmedia center - volkswagen.
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagenmedia center - volkswagen.
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
vw.ctw.12.20.10..xls
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
jake marshallmedia center - volkswag
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
volkswagen condenser water ct 3dt da
jake marshallmedia center - volkswagen.mdb
volkswagen wwcl 3dt data 06.05
volkswagen wwcl 3dt data 04.30
volkswagenmedia center - volkswagen.mdb
volkswagen condenser water ct 3dt da
volkswagenmedia building.mdb
volkswagen wwcl 3dt data 12.10

46

FP 46615307.1

volkswagen wwcl 3dt data 01.07
volkswagen wwcl 3dt data 01.28
volkswagen wwcl 3dt data 02.26
volkswagen wwcl 3dt data 03.28
volkswagenmedia building.mdb
volkswagen wwcl 3dt data 06.06
volkswagen wwcl 3dt data 07.03
volkswagen wwcl 3dt data 07.31
volkswagen wwcl 3dt data 08.30
volkswagen wwcl 3dt data 10.29
volkswagen wwcl 3dt data 10.08
volkswagen wwcl 3dt data 03.28
volkswagen wwcl 3dt data 01.03
volkswagenmedia building.mdb
volkswagen wwcl 3dt data 05.02
volkswagen wwcl 3dt data 02.05
volkswagen wwcl 3dt data 03.02
volkswagen wwcl 3dt data 11.07
volkswagen wwcl 3dt data 10.04
volkswagen wwcl 3dt data 09.20
volkswagen wwcl 3dt data 04.30
volkswagen wwcl 3dt data 08.30
volkswagen wwcl 3dt data 06.28
volkswagen wwcl 3dt data 06.01
volkswagen wwcl 3dt data 08.03
volkswagen wwcl 3dt data 03.28
volkswagen wwcl 3dt data 02.29
volkswagen wwcl 3dt data 10.27
volkswagenmedia building.mdb
volkswagen wwcl 3dt data 12.30
volkswagen wwcl 3dt data 01.31
volkswagen wwcl 3dt data 11.30
volkswagen wwcl 3dt data 06.30
volkswagen wwcl 3dt data 09.02
volkswagen wwcl 3dt data 07.29
volkswagen wwcl 3dt data 09.29
volkswagen wwcl 3dt data 08.26
volkswagen wwcl 3dt data 05.26
vw.ww.12.20.10..xls
jake marshallmedia center buil
volkswagen wwcl 3dt data 03.31
volkswagen wwcl 3dt data 10.21
volkswagen wwcl 3dt data 04.29
volkswagen wwcl 3dt data 12.20
volkswagen wwcl 3dt data 01.28
volkswagen wwcl 3dt data 01.12

volkswagen wwcl 3dt data 03.04
volkswagen wwcl 3dt data 07.01
volkswagen wwcl 3dt data 09.20
volkswagen wwcl 3dt data 08.23
volkswagen wwcl 3dt data 06.8.
volkswagen wwcl 3dt data 05.24
volkswagen wwcl 3dt data 06.03
volkswagen wwcl 3dt data 08.09
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen wwcl 3dt data 04.23
jake marshallmedia center building.mdb
volkswagenmedia building.mdb
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagenmedia center - volkswag
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagenmedia center - volkswag
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagenmedia center - volkswag
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
vw.chw.12.20.10..xls

48

volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
jake marshallmedia center - volks
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt d
volkswagen chilled water cl 3dt data 04.30.
volkswagenmedia center - volkswagen.mdb
volkswagen chilled water cl 3dt d
08.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
05.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-h6-00d-e704.pdf
w.j. o'neil company - volkswagen
04.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-eg-m4-01d-f110.pdf
6200-00005-dg-h2-01d-e141.pdf
01.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
04.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-eg-m4-00d-f701.pdf
09.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
abm engineering services - volks
6200-00005-dg-h2-02d-e142.pdf
6200-00005-h2-d5-02d-m141.pdf
6200-00005-eg-d5-02d-m111.pdf
6200-00005-h2-d5-01d-m140.pdf
01.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-h6-00d-e650.pdf
6200-00005-eg-d4-02d-p121.pdf
04.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
volkswagen chemical inventory.xls
6200-00007-00-d4-00d-i312.pdf
6200-00005-h2-d4-01d-p140.pdf
6200-00005-eg-h2-03d-e112.pdf
copy of monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
linc facility services - volkswa
02.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-h6-00d-e632.pdf
06.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl

FP 46615307.1

11.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-h6-00d-e001.pdf
6200-00005-eg-d4-00d-p007.pdf
05.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
05.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
aramark company - volkswagen med
07.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-eg-d4-03d-p122.pdf
11.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-h6-00d-e612.pdf
6200-00005-u1-d6-01d-p010.pdf
aramark company - volkswagen aca
07.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
09.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
09912.pdf
06.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-h6-00d-e636.pdf
6200-00005-eg-h2-01d-e110.pdf
6200-00005-h2-d4-03d-p142.pdf
04.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-000n1-00-m3-00d-r306.pdf
maclellan - volkswagen media bui
maclellan integrated service - v
07.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
maclellan integrated service - v
6200-00005-eg-h2-02d-e111.pdf
6200-00005-eg-d4-01d-p110.pdf
02.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
jake marshall llc. - volkswagen
devon facility management - volk
6200-00005-eg-d4-03d-p112.pdf
6200-00005-eg-d4-00d-p005.pdf
6200-00005-00-h6-00d-e634.pdf
03.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-eg-d4-02d-p111.pdf
03.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
w.j. o'neil company - volkswagen
6200-00005-00-d5-00d-m300.pdf
maclellan - volkswagen media bui
6200-00005-eg-m4-00d-f301.pdf
03.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-h6-00d-e705.pdf
6200-000n1-00-m3-00d-r310.pdf
12.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
02.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-d5-00d-m601.pdf

6200-000n1-00-m3-00d-r305.pdf
06.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-000n1-00-m3-00d-r307.pdf
11.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
02.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
05.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
05.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
08.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-eg-d4-00d-p510.pdf
6200-00005-00-h6-00d-e605.pdf
02.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-eg-d5-01d-m110.pdf
media mechanical construction specs.pdf
06.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
09.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
07.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-eg-m4-00d-f510.pdf
6200-000n1-00-m3-00d-r308.pdf
12.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-eg-m4-00d-f702.pdf
6200-00005-00-d5-00d-m001.pdf
06.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
jake marshall llc. - volkswagen
6200-00005-00-h6-00d-e635.pdf
w.j. o'neil company - volkswagen
12.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
09.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
08.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
08.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
01.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
12.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
linc facility service - volkswag
jake marshallmedia center - volkswagen.mdb
devon facility management - volk
6200-000n1-00-m3-00d-r309.pdf
6200-000n1-00-m3-00d-r302.pdf
11.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-eg-a3-02d-p211.pdf
6200-00005-h2-d4-02d-p141.pdf
03.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
linc facility services - volkswa
08.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
jake marshallmedia center - volkswagen.mdb
abm engineering services - volks
6200-00005-eg-m4-00d-f700.pdf
01.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl

devon facility management - volk
10.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-h6-00d-e631.pdf
6200-00005-eg-d4-01d-p120.pdf
10.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-000n1-00-m3-00d-r311.pdf
6200-00005-eg-d4-00d-p006.pdf
aramark company - volkswagen med
6200-00005-eg-m4-02d-f111.pdf
6200-00005-eg-a3-01d-p210.pdf
w.j. o'neil company - volkswagen
6200-000n1-00-m3-00d-r304.pdf
6200-00005-u1-d6-02d-p011.pdf
07.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-000n1-00-m3-00d-r303.pdf
01.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-d5-00d-m400.pdf
04.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-h6-00d-e633.pdf
abm engineering services - volks
6200-00005-00-m4-00d-f001.pdf
6200-00005-00-l9-00d-d003.pdf
abm engineering services - volks
6200-00005-00-d5-00d-m700.pdf
10.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-00-h6-00d-e611.pdf
6200-000n1-00-m3-00d-r301.pdf
jake marshall - volkswagen media
6200-00005-00-d5-00d-m600.pdf
03.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
10.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
6200-00005-eg-m4-00d-f005.pdf
linc facility service - volkswag
09.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xl
nalco 2014 - 2015 wwt bid pricing sheet - wwt chemicals master pricing sheet - ver 2.xlsx
image 18.jpeg
nalco chemical ordering and delivery procedures and checklist.xlsx
image 5.jpeg
volkswagen - nalco action plan scorecard march 2014.xls
image 20.jpeg
6200-00005-00-d4-00d-p308.pdf
6200-00005-00-d4-00d-p303.pdf
volkswagen - ahu cleaning data.xlsx
abednego quote - nalco 7408.15 12.13.2011.doc
jake marshall pricing.pdf
6200-00005-00-d4-00d-p305.pdf

FP 46615307.1

image 16.jpeg
pricing_matrix_bidders - nalco 2014.xlsx
6200-00005-00-d4-00d-p405.pdf
abednego quote - nalco 9901.04 12.13.2011.pdf
era environmental consulting 9827 executed.pdf
nalco 2014 - 2015 wwt bid pricing sheet - wwt chemicals master pricing sheet.xlsx
volkswagen water analysis log sheet for service engineer.docx
6200-00005-00-d4-00d-p704.pdf
image 27.jpeg
abednego quote - nalco 71d5 plus.12 - 05.07.2013.pdf
6200-00005-00-d4-00d-p401.pdf
6200-00005-00-d4-00d-p306.pdf
6200-00005-00-d4-00d-i300.pdf
copy of copy of volkswagencenter coil-flovalue delivery eroi 2012-rev1 8-13-13 (autosaved) (3).xlsm
6200-00005-00-d4-00d-p700.pdf
6200-00005-00-d4-00d-p707.pdf
jake marshall cost breakdown as of nov 2010 and december projected billing.doc
6200-00005-00-d4-00d-p300.pdf
volkswagen 500069408 pf agreement.docx
volkswagen - abednego wwt chem pricing quote 2012.xls
image 30.jpeg
image 23.jpeg
volkswagen group of america water treatment - nalco proposal 10.30.2015.pdf
km - treatment of closed loop hot water[1].pdf
vwoa_2014_000876-20141125.zip
volkswagen wwt reuse project meeting 02.10.2015.pptx
6200-00005-00-d4-00d-p400.pdf
6200-00005-00-d4-00d-p600.pdf
abednego - chemical order 7408.61 - 9.14.2010.pdf
6200-00005-00-d4-00d-i302.pdf
image 12.jpeg
6200-00005-00-d4-00d-p701.pdf
volkswagen - cooling tower cleaning procedure.docx
6200-00005-00-d4-00d-p702.pdf
nalco 3d trasar monitoring logsheet - 1.docx
nalco chemical ordering and delivery procedures and checklist.pdf
image 14.jpeg
image 15.jpeg
volkswagen - coi instructions and sample submission form version 13 - november 10, 2014.docx
6200-00005-00-d4-00d-i307.pdf
abednego 3dtfm proposal - december 2013.pdf
abednego - ro permeate - 8.31.2011.pdf
6200-00003-01-d4-01d-p524.pdf
abednego quote - nalco 7408.15 12.13.2011.pdf
abednego quote - microbiological supplies 10.05.2011.pdf

FP 46615307.1

corporation stop injection.pdf
volkswagen program agreement 2016.docx
vw round 9 quote price sheet - nalco.xls
6200-00005-00-d4-00d-p403.pdf
volkswagen chemical treatment calculations.pdf
volkswagen - cooling tower cleaning procedure.pdf
volkswagen 500069408 pf agreement (3).pdf
image 17.jpeg
image 2.jpeg
image 9.jpeg
6200-00005-00-d4-00d-i701.pdf
6200-00005-00-d4-00d-p402.pdf
6200-00005-00-d4-00d-i702.pdf
6200-00005-00-d4-00d-i704.pdf
jake marshall - vw warranty letter 05012010.docx
6200-00005-00-d4-00d-p309.pdf
6200-00005-00-d4-00d-p705.pdf
volkswagen - nalco utility water treatment performance specification 07-2014.docx
image 28.jpeg
image 7.jpeg
6200-00005-00-d4-00d-p601.pdf
6200-00005-00-d4-00d-p302.pdf
6200-00005-00-d4-00d-p301.pdf
6200-00005-00-d4-00d-i703.pdf
image 4.jpeg
image 29.jpeg
6200-00005-00-d4-00d-i310.pdf
information_sheet.file.pdf
abednego 08.31.11.docx
6200-00003-00-d4-00d-p403.pdf
na auto training 2012 - auto industry overview and nalco auto strategy.pptx
volkswagen group of america water treatment - nalco proposal 11.25.2014.docx
abednego 3dtfm proposal - december 2013.docx
passivation information (2).docx
abednego quote - nalco pc-77.15 - 08.09.2012.pdf
6200-00005-00-d4-00d-i306.pdf
chemical treatment rfq.docx
6200-00003-00-d4-00d-p402.pdf
image 31.jpeg
abednego quote 1.13.2011.pdf
6200-00003-hg-d4-01d-p525.pdf
image 26.jpeg
volkswagen - nalco action plan scorecard october 2015.xlsx
permacare - global - ro12_5_201.pdf
6200-00005-00-d4-00d-p706.pdf
6200-00005-00-d4-00d-p603.pdf

FP 46615307.1

6200-00005-00-d4-00d-i311.pdf
volkswagen presentation 8.28.09.ppt
ultrasand plus intro presentation rev02-01-09.ppt
volkswagen hardship_language.docx
volkswagen group of america water treatment - nalco proposal 10.30.2015.docx
image 11.jpeg
image 3.jpeg
image 24.jpeg
image 8.jpeg
abednego quote - nalco 9901.04 12.13.2011.doc
image 19.jpeg
nalco 3d trasar monitoring logsheet - 2.docx
volkswagen - chilled water open loop (current chemical treatment program).pdf
6200-00005-00-d4-00d-p703.pdf
image 21.jpeg
image 10.jpeg
volkswagen water treatment specifications - with recommendations v1.docx
volkswagen - nalco action plan scorecard.pdf
annual chemical treatment requirements for facilities 2015.docx
260-abednego environmental services - 500067709-discovery-agreement.docx
6200-00005-00-d4-00d-p304.pdf
volkswagen & nalco meeting minutes from 2016 water treatment bid with terms and conditions - signed.pdf
microsoft powerpoint - volkswagen presentation 8.28.09.pdf
volkswagen - nalco action plan scorecard.xls
volkswagen - chilled water open loop with acid feed - ver2.pdf
6200-00005-00-d4-00d-i303.pdf
image 1.jpeg
nalco recommended ro membrane cleaning procedures.doc
volkswagen group of america water treatment - nalco proposal 11.25.2014.pdf
6200-00005-00-d4-00d-i308.pdf
6200-00005-00-d4-00d-i309.pdf
modifications to drawing p307.pdf
volkswagon 9764 executed.pdf
6200-00005-00-d4-00d-i301.pdf
volkswagen water treatment seminar.ppt
media mechanical construction specs 15720 chemical.pdf
pricing_matrix_bidders - comparing 2015 to 2016 pricing.xlsx
6200-00005-00-d4-00d-i305.pdf
volkswagen - chilled water open loop with soft water make-up.pdf
volkswagen group of america water treatment - nalco proposal 11.25.2014.docx
abednego - raw city water - 8.31.2011.pdf
volkswagen - chemcial water treatment bid specs.docx
volkswagen program agreement 2016.pdf
volkswagen - bulk tank volumes.xls
gate 1 access form - cammi kirk nalco.xls

FP 46615307.1

6200-00005-00-d4-00d-p406.pdf
6200-00005-00-d4-00d-p404.pdf
6200-00005-00-d4-00d-p602.pdf
nalco 2014 - 2015 wwt & ro bid letter.pdf
6200-00005-00-d4-00d-i304.pdf
image 6.jpeg
image 25.jpeg
volkswagen - chemcial water treatment bid specs.pdf
abednego and nalco punch list vw 8 25 10.docx
volkswagen - chilled water open loop with acid feed.pdf
abednego enviromental services_500067709_chattanooga tn 37416__10232013_sor5.xls
image 13.jpeg
abednego quote - nalco pc-77.15 - 08.09.2012.doc
6200-00005-00-d4-00d-p307.pdf
6200-00005-00-d4-00d-p407.pdf
abednego quote 1.13.2011.doc
b2b_agreement_english.pdf
albertville feed mill psr 06-21-2017.xlsx
albertville feed mill psr 07-12-2017 (1).xlsx
albertville processing psrwpfp 09-21-2017.xlsx
albertville processing psr 11-08-2016 (1).xlsx
confidentiality agreement request form for era.pdf
albertville feed mill psr 02-08-2017.xlsx
albertville processing psr 12-02-2016 (1).xlsx
albertville feed mill psr 05-16-2017.xlsx
albertville processing psr 11-22-2016.xlsx
albertville processing psr 01-21-2017.xlsx
albertville processing psr 03-02-2016.xlsx
cold water turbine water meter.pdf
albertville feed mill psr 04-01-2017.xlsx
albertville processing psr 04-01-2016.xlsx
albertville processing psr 09-22-2016.xlsx
vi jon smyrna oms comprehensive 06.12.17.docx
albertville processing psr 09-08-2016.xlsx
albertville feed mill psr 08-08-2017.xlsx
tyson calcs - albertville - blountsville - attalla.xlsx
albertville processing psr 06-07-2016.xlsx
albertville processing psr 12-12-2016 (1).xlsx
cooling tower inspection guidelines.pdf
albertville processing psr 02-02-2017.xlsx
here are the federal government guidelines for boiler opera.doc
albertville feed mill psr 02-22-2017.xlsx
albertville processing psr 12-12-2016.xlsx
albertville feed mill psr 07-31-2017.xlsx
utc sustainability update - november 2015.pdf
boiler survey.doc

utc 06-12-03.doc
chapter 8 - unit prices for vw bid april 7, 2009.docx
albertville processing psr 02-08-2017.xlsx
albertville processing psr 11-08-2016.xlsx
femp steam system analyzer.xls
anthony coupon racks.doc
albertville processing psr 02-08-2016.xlsx
anthony ridley gate 1 access request form.pdf
albertville feed mill psr 01-21-2017.xlsx
albertville processing psr 01-21-2016.xlsx
albertville processing psr 10-03-2016.xlsx
confidentiality agreement request form for volkswagen.doc
coi report for volkswagen - december 2014.pdf
albertville processing psr 03-22-2016.xlsx
albertville feed mill psr 05-02-2017 (1).xlsx
chemical usage 2016 vs 2017 vs plan - ridley's version 1.xlsx
cleaning and passivation of new cooling system.pdf
albertville processing psr 12-02-2016.xlsx
albertville processing psr 01-05-2016.xlsx
albertville processing psr 10-17-2016.xlsx
albertville processing psr 08-24-2017.xlsx
albertville processing psr 11-22-2016 (1).xlsx
coi report - volkswagen - december 2014.docx
albertville processing psr 10-17-2016 (1).xlsx
albertville feed mill psrwpfp 09-21-2017.xlsx
albertville processing psr 07-31-2017.xlsx
automotive assembly plant training powerpoint.htm
barry phillips gate 1 access request form.pdf
albertville feed mill psr 03-22-2017.xlsx
albertville processing psr 10-03-2016 (1).xlsx
3dtrasar cooling system passivation program.docx
albertville processing psr 07-12-2016.xlsx
albertville processing psr 07-28-2016.xlsx
albertville processing psr 05-16-2016.xlsx
albertville feed mill psr 06-07-2017 (1).xlsx
albertville processing psr 08-26-2016.xlsx
albertville processing psr 01-05-2017.xlsx
confidentiality agreement request form for era.doc
utc 11-21-02.doc
albertville processing psr 05-02-2016.xlsx
albertville feed mill psr 03-02-2017.xlsx
albertville processing psr 06-21-2016.xlsx
federal energy management program for cooling towers.doc
albertville processing psr 02-22-2016.xlsx
albertville processing psr 08-09-2016.xlsx
coi report for volkswagen - december 2014.docx

FP 46615307.1

toray carbon fibers - sales and volume report.xlsx
nalco water smart approach to wastewater management - including new ad-pas_.pptx
albertville feed mill psr 03-22-2016.xlsx
tyson blountsville tpa project list.pdf
albertville feed mill psr 02-08-2016.xlsx
albertville feed mill psr 01-05-2017.xlsx
tyson psr evaluation.xlsx
albertville feed mill psr 04-01-2016.xlsx
nalco water smart approach to wastewater management - including new ad-pas .pptx
tyson bloutsville - total plant assessment gap analysis - sept 2017.pdf
albertville feed mill psr 07-28-2016.xlsx
albertville feed mill psr 10-17-2016.xlsx
fw nalco.msg
fw report psr's 2016.msg
fw psr's for 2017.msg
img_0075.jpg
albertville feed mill psr 03-02-2016.xlsx
fw psr's for 2017 (1).msg
albertville feed mill psr 09-08-2016.xlsx
albertville feed mill psr 01-05-2016.xlsx
albertville feed mill psr 09-22-2016.xlsx
257742 tyson cincinati oh tpa 0611b final.pdf
albertville feed mill psr 10-03-2016 - copy.xlsx
albertville feed mill psr 06-21-2016.xlsx
fw nalco (1).msg
tyson amarillo tpa final (6-4-15).pdf
albertville feed mill psr 11-22-2016.xlsx
2018 estill springs boiler calculations.xls
albertville feed mill psr 10-03-2016.xlsx
img_0072.jpg
volkswagen group of america - media building 08-05-2015.pdf
albertville feed mill psr 06-07-2016.xlsx
tyson albertville - total plant assessment gap analysis - sept 2017.pdf
albertville feed mill psr 02-22-2016.xlsx
tyson boiler training 7.12.2016.doc
albertville feed mill psr 08-26-2016.xlsx
img_0081.jpg
albertville feed mill psr 12-12-2016.xlsx
tyson blountsville - freese's meeting minutes.pdf
tyson forest ms tpa 0213 final.pdf
albertville feed mill psr 08-09-2016.xlsx
albertville feed mill psr 07-12-2016.xlsx
albertville feed mill psr 12-02-2016.xlsx
fw nalco .msg
albertville feed mill psr 05-02-2016.xlsx
albertville feed mill psr 05-16-2016.xlsx

FP 46615307.1

psr date comparison.xlsx
albertville feed mill psr 11-08-2016.xlsx
the chattanoogan 01.05.12.doc
sri surgical 04.24.2014.docx
the chattanoogan 02.17.11.doc
the chattanoogan 02-16-2015.pdf
the chattanoogan abr 2015 - draft.pptx
7.16.09 st40 order.pdf
the chattanoogan water treatment contract july 2015 - june 2016 signed agreement.pdf
the chattanoogan abr 2015 - draft.pdf
the chattanoogan water treatment contract july 2015 - june 2016.xlsx
the chattanoogan 10.08.2014.docx
sri surgical 09.30.13.docx
the chattanoogan 06.22.07.doc
the chattanoogan 09.02.11.doc
the chattanoogan 01.07.11.doc
the chattanoogan 10.07.11.doc
the chattanoogan 08-10-2015.pdf
the chattanoogan 01.14.2014.docx
the chattanoogan - service engineer template.doc
coi report - tennessee tanning co - customer report.pdf
sps the chattanoogan nw154.xls
the chattanoogan 08.06.11.doc
d__aridley_local settings_tem...e5_gdae1rcv_ml_preview[3].pdf
the chattanoogan 09-15-2015.pdf
volkswagen group of america - media building 07-29-2015.pdf
the chattanoogan 12.10.07.doc
the chattanoogan 12-10-2014.pdf
the chattanoogan 06.05.13.docx
the chattanoogan 11.05.13.docx
dupont tl cooling water systems report september 29 2020-1.xlsx
the chattanoogan 01.18.08.doc
dupont tl usage vs target - february 2020.xls
the chattanoogan logsheet.doc
dupont tl usage vs target - july 2020.xls
the chattanoogan 08.10.07.doc
synerty health psr - chattanooga - 11.05.2013.docx
stevison ham october 2019 invoice.pdf
the chattanoogan 05.19.06.doc
the chattanoogan 07.06.12.doc
dupont tate and lyle summary september 2020_20201006.pdf
the chattanoogan 07.20.07.doc
the chattanoogan 10.06.09.doc
the chattanoogan 01.03.13.docx
the chattanoogan - nalco 3dt260 quote 01.09.2012.pdf
synergy health - sri 08-27-2015.pdf

*59*

tate and lyle report august 25 2020.xlsx
the chattanoogan 09.24.07.doc
the chattanoogan quote for trac108 2.08.2011.doc
itc call report - tate & lyle 120815.pdf
the chattanoogan 04.01.11.doc
the chattanoogan 08.09.12.doc
the chattanoogan 07-02-2015.pdf
sri surgical 11.05.13.docx
sri psr 01-14-2015.pdf
the chattanoogan 07.09.2014.docx
the chattanoogan 08.13.13.docx
the chattanoogan 06.01.12.doc
the chattanoogan 10.17.08.doc
the chattanoogan - st70 quote 01.09.2012.pdf
the chattanoogan 11-06-2014.pdf
the chattanoogan proposal.doc
the chattanoogan 05.25.07.doc
tate and lyle loudon monthly cost analysis - usage vs target - august 2020 .xls
the chattanoogan water treatment contract jan - june 2015.xlsx
the chattanoogan 03 04 11.doc
the chattanoogan 02.01.13.docx
the chattanoogan water treatment contract 2014.xlsx
the chattanoogan 06.21.06.doc
dupont tl cooling water systems report august 25 2020.xlsx
the chattanoogan water treatment contract jan - june 2015 signed agreement.pdf
the chattanoogan 02.03.12.doc
sri surgical 08.20.13.docx
the chattanoogan 06.02.11.doc
tate and lyle report september 29 2020 -1.xlsx
the chattanoogan 02.15.08.doc
the chattanoogan 02.16.10.doc
sri surgical 12.03.13.docx
the chattanoogan 04-08-2015.pdf
the chattanoogan 09.09.10.doc
sri surgical 02.05.2014.docx
the chattanoogan 06.04.2014.docx
dupont tl usage vs target - august 2020.xls
the chattanoogan 10.09.06.doc
the chattanoogan quote for trac108 2.08.2011.pdf
chattanoogan 201018759 - st40.11.pdf
dupont tl cooling water systems report february 29 2020 2-25-2020.xls
the chattanoogan 05.02.08.doc
tate and lyle report february 29 2020 2-25-20.xlsx
the chattanoogan 08.21.08.doc
the chattanoogan 03.14.07.doc
mayfield abr 2015 - draft.pptx

60

the chattanoogan - august 2010 reagent order.pdf
dupont tate and lyle summary august 2020_20200901.pdf
the chattanoogan 11.27.06.doc
the chattanoogan - nalco 3dt260 quote 07.19.2013.pdf
the chattanoogan 05 06 11.doc
tennessee tanning co - tullahoma - 00144540.zip
synergy health - sri 06-18-2015.pdf
the chattanoogan 06-03-2015.pdf
the chattanoogan 05.10.13.docx
the chattanoogan 02.18.09.doc
dupont tate and lyle - sales and volume report.xlsx
tate lyle monthly report - july 2020_20200803.pdf
the chattanoogan 12.01.11.doc
the chattanoogan 07.15.09.docx
tate and lyle - sales and volume report.xlsx
the chattanoogan water treatment contract jan - june 2015.pdf
the chattanoogan 07.26.06.doc
the chattanoogan water treatment contract scope of work - july 2015 - june 2016.pdf
sri surgical 03.28.2014.docx
synergy health - sri 09-15-2015.pdf
the chattanoogan 03-11-2015.pdf
the chattanoogan water treatment contract 2014.pdf
stevison ham sales and volume report 2015 - 2019.xlsx
the chattanoogan 07.19.13.docx
dupont tl usage vs target - september 2020.xls
the chattanoogan 03.06.13.docx
the chattanoogan quote for nalco st70 06.09.2011.pdf
the chattanoogan 07.22.08.doc
tate lyle monthly report - august 2020_20200901.pdf
synergy health - sri 12-19-2014.pdf
the chattanoogan pam.pdf
sri psr 03-18-2015.pdf
the chattanoogan 10-14-2015.pdf
the chattanoogan 08.11.09.doc
the chattanoogan 11.02.12.doc
the chattanoogan 09.07.12.docx
the chattanoogan 09.03.2014.docx
form730el equipment request for the chattanoogan 06.11.07.doc
the chattanoogan quote 2.04.2011.doc
the chattanoogan 01.05.10.doc
the chattanoogan 05.14.2014.docx
the chattanoogan 02.22.07.doc
the chattanoogan 05-13-2015.pdf
the chattanoogan 11.06.08.doc
stevison ham november 2019 invoice.pdf
the chattanoogan 11.04.11.doc

FP 46615307.1

the chattanoogan 02.05.2014.docx
tate and lyle report july 28 2020.xlsx
the chattanoogan 09.23.08.doc
the chattanoogan 11.03.09.doc
synergy health - sri 04-13-2015.pdf
tate and lyle loudon monthly cost analysis - usage vs target - february 2020.xl
dupont tl cooling water systems report july 28 2020.xlsx
chattanoogan 201079703.pdf
synergy health - sri 11-14-2014.pdf
sri surgical 06.18.2014.docx
chattanoogan cover sheet proposal 2006.doc
the chattanoogan - nalco 3dt260 quote 08.19.2013.pdf
the chattanoogan pam.docx
8365 plus.15 sample order.pdf
the chattanoogan cooling tower system diagram.docx
synergy health - sri 05-21-2015.pdf
dupont tate and lyle summary february 2020_20200228.pdf
chattanoogan 201018757 - st40.12.pdf
the chattanoogan 08.02.06.doc
the chattanoogan 08.06.2014.docx
the chattanoogan 08.12.10 ver1.doc
dupont tate and lyle summary july 2020_20200803.pdf
the chattanoogan 05.07.12.doc
coi report - tennessee tanning co - nalco internal report.docx
the chattanoogan 01-07-2015.pdf
the chattanoogan cooling tower system diagram.pdf
tennessee tanning co - tullahoma - 00144155.zip
the chattanoogan 12.02.09.doc
the chattanoogan 10.04.12.doc
sri psr 02-18-2015.pdf
the chattanoogan 09.02.09.docx
sri surgical 10.22.13.docx
the chattanoogan quote 2.04.2011.pdf
tate lyle monthly report - february 2020_20200228.pdf
tennessee tanning co - tullahoma - 00144694.zip
the chattanoogan 01.09.07.doc
tate and lyle loudon monthly cost analysis - usage vs target - july 2020 .xls
the chattanoogan 12.04.12.doc
the chattanoogan 09.30.13.docx
the chattanoogan 03.02.12.doc
the chattanoogan 04.05.12.doc
the chattanoogan 04.05.13.docx
coi report - tennessee tanning co - customer report.docx
the chattanoogan 07.08.11.doc
tate lyle monthly report - september 2020_20201006.pdf
the chattanoogan 12.03.13.docx

the chattanoogan 04.02.2014.docx
the chattanoogan 11.02.07.doc
sri surgical 01.07.2014.docx
the chattanoogan 01.21.09.doc
tate and lyle loudon monthly cost analysis - usage vs target - september 2020 .
enu analytical report tennessee tanning co tullahoma 01319884.docx
pmw southeastern container -cleveland, tn -nw54 5-1-06 3d trasar
3d trasar vs competitive offerings - sept 2012 final.pptx
nalco service report for southeastern container cleveland tn 09.11.2015-i
dsc00632.jpg
southeastern container 3d trasar data 02.25.08.xls
southeastern container 07.27.06.doc
pmw southeastern container -cleveland, tn -nw54 5-1-07 3d trasar
southeastern container 3d trasar data 07.11.08.xls
southeastern container 02.26.07.doc
sec cooling tower dma 2.1.07.pdf
southeastern container 3d trasar data 11.01.07.xls
sri surgical 07.25.13.docx
southeastern container 03.12.08.doc
chemtreat solutions brochure.pdf
southeastern container 09.06.07.doc
w0600834.pdf
sps -southeastern container -clevelan, tn -nw54 8.01.07.xls
southeastern container psr 06.29.05.xls
southeastern container 08.31.06.doc
dsc00633.jpg
southeastern container 3d trasar data 05.23.08.xls
southeastern container 11.01.07.doc
southeastern container 3d trasar data 01.17.08.xls
southeastern container 09.21.06.doc
southeastern container 05.23.07.doc
southeastern containercleveland tn.mdb
race overview presentation rev 042210bm.ppt
southeastern container 05.23.08.doc
southeastern container dma 7.06.2006.pdf
dsc00634.jpg
nalco service report for southeastern container cleveland tn 10.14.2015.p
southeastern container 07.11.08.doc
sec closed loop dma 2.1.07.pdf
southeastern container 03.08.07.doc
southeastern container 06.18.07.doc
pma southeastern container 2006-2007 with 3d trasar lease no che
sec cooling tower dma jan.07.pdf
closed loop analysis.pdf
southeastern container 01.31.07.doc
southeastern container 06.08.06.doc

63

nalco service report for southeastern container cleveland tn 09.11.2015.p
dsc00939.jpg
southeastern container 3d trasar data 03.12.08.xls
w0600952.pdf
southeastern container 3d trasar data 06.12.08.xls
southeastern container 02.25.08.doc
dsc00638.jpg
southeastern container 05.03.06.doc
sps -southeastern container -clevelan, tn -nw54 -9-25-06.xls
dsc00641.jpg
southeastern container 08.05.08.doc
southeastern container 05.06.doc
southeastern container 06.12.08.doc
dsc00640.jpg
southeastern container 07.13.07.doc
dsc00938.jpg
dsc00639.jpg
southeastern container 04.09.08.doc
sec closed loop dma jan. 07.pdf
southeastern container 01.17.08.doc
southeastern container 08.02.07.doc
pmw southeastern container -cleveland, tn -nw54 5-1-08 3d trasar
southeastern container 09.12.06.doc
sec closed loop water analysis 2.2.07.pdf
southeastern container make-up analysis.pdf
cooling tower sump analysis.pdf
dsc00631.jpg
southeastern container 12.20.07.doc
southeastern container 3d trasar data 08.05.08.xls
dsc00937.jpg
southeastern container 04.25.07.doc
dsc00635.jpg
southeastern container 10.20.06.doc
southeastern container 3d trasar data 6.29.06.xls
southeastern container 3d trasar data 7.27.06.xls
southeastern container 3d trasar data 08.02.07.xls
southeastern container 3d trasar data 09.06.07.xls
southeastern container 3d trasar data 6.2.06.xls
southeastern container 3d trasar data 04.25.07.xls
southeastern container 3d trasar data 9.21.06.xls
southeastern container 3d trasar data 11.29.06.xls
southeastern container 3d trasar data 10.20.06.xls
southeastern container 3d trasar data 02.02.07.xls
southeastern container 3d trasar data 12.21.06.xls
dsc00162.jpg
dsc01965 (small).jpg

64

dsc01692.jp
dsc01400.jp
dsc02149.jp
dsc02080.jpg
dsc02147.jp
pepsi - 0068413337_n.pdf
dsc01701.jp
dsc02087.jpg
georgia pacific cleveland 12.09.10.doc
recyc systems 2019-2020.xls
georgia pacific cleveland 08.13.10.doc
georgia pacific cleveland 05.11.11.doc
ok foods -waste water program proposal form - revised (2) - without pumps.xlsx
dsc01940 (small).jpg
georgia pacific - cleveland tn 06-02-2015.pdf
dsc01640.jpg
pepsi - 0068509738_n.pdf
o.k. foods plant 2 wwt trial proposal without misc equipment 09.10.2020.docx
dsc02084.jpg
gp 4.14.11 fw at temp orp graph.xls
dsc00183.jp
dsc00167.jpg
georgia pacific_boiler room_boiler room_general_2011051103
dsc02152.jp
dsc00164.jpg
dsc01068.jpg
georgia pacific cleveland 04.16.09.docx
georgia pacific fin mgmt svc llc_cleveland, tn_boiler syst
georgia pacific cleveland 05.14.08.doc
dsc00169.jpg
hanceville, al - nalco water analyticals.zip
dsc010~1.jpg
dsc02077.jpg
georgia pacific_boiler room_boiler room_general_2010110209
georgia pacific cleveland 06.26.07.doc
pepsi - 0068434695_n.pdf
ok foods ww overview 2020.08.21.pptx
dsc01067.jpg
dsc00157.jpg
dsc01964.jpg
dsc01044.jpg
dsc01695 (w
georgia pacific_boiler room_boiler room_general_2011022301
dsc00165.jpg
dsc01403.jp
dsc01066.jpg

dsc01963.jpg

dsc01941 (small).jpg

hexcel - sales and volume report.xlsx

dsc00161.jpg

southeastern containercleveland tn.mdb

georgia pacific c

georgia pacific cleveland 02.25.2014.docx

dsc01650.jpg

02 02 2006 092119southeastern container_cleveland, tn_cooling tower.xml

georgia pacific fin mgmt svc llc_cleveland, tn_boiler syst

dsc01964 (small).jpg

dsc00182.jp

ok foods -waste water program proposal form - caf ver. 1.xlsx

dsc01053.jpg

dsc00156.jpg

georgia pacific cleveland 03.25.2014.docx

dsc01943.jpg

dsc01654.jpg

dsc01039.jpg

dsc00160.jpg

georgia pacific cleveland 02.18.10.doc

dsc01698.jp

pepsi - 0068297004_n.pdf

dsc01944.jpg

georgia pacific cleveland 06.04.07.doc

o.k. foods contract worksheet - april 2019.xlsx

georgia pacific cleveland 11.06.09.doc

georgia pacific_boiler room_boiler room_general_2011032401

georgia pacific cleveland 06.10.2014.docx

shaw plant d5 - sales and volume report.xlsx

dsc00159.jpg

georgia pacific fin mgmt svc llc_cleveland, tn_boiler syst

pepsi - 0086840599_n.pdf

copy of flowrates july 15.sept 5 2019.xlsx

georgia pacific cleveland 01.13.11.doc

georgia pacific cleveland 11.21.07.doc

dsc01948 (small).jpg

dsc01690.jp

georgia pacific cleveland 04.14.11 - draft.doc

dsc00181.jp

georgia pacific cleveland 02.10.11.doc

o.k. foods plant 2 wwt trial proposal without ph meter and misc equipment 09.10.2020.docx

nalco treatment quote -ok foods - albertville plant 1.docx

deposit analysis from mold machines.pdf

adpass and 3dtfww costing for o.k. foods.xlsx

dsc01704.jp

FP 46615307.1

dsc01966 (small).jpg
dsc01040.jpg
georgia pacific cleveland 08.27.07.doc
dsc01406.jp
dsc01052.jpg
dsc02073.jpg
georgia pacific cleveland 10.14.08.doc
o.k. foods plant 2 wwt trial contract.xlsx
dsc016~2.jpg
georgia pacific cleveland 01.09.08.doc
georgia pacific cleveland 10.17.07.doc
georgia pac
dsc01703.jp
dsc01695.jp
pepsi - 0068246456_n.pdf
dsc01047.jpg
dsc01967.jpg
dsc01046.jpg
ok foods -waste water program proposal form - revised version 1.xlsx
dsc01041.jpg
georgia pacific - cleveland tn 04-07-2015.pdf
dsc01691 (w
o.k. foods trial summary - september 2019.pdf
o.k. foods sales and volume report - march 2019 - august 2020.xlsx
adem letter of 4-24-20.pdf
georgia pacific cleveland 04.03.2014.docx
dsc01689.jp
dsc00154.jpg
dsc01945.jpg
dsc02141.jp
dsc02146.jp
georgia pacificboiler room.mdb
o.k. foods sales and volume report - feb 2019 to june 2020.xlsx
dsc01065.jpg
dsc01653.jpg
dsc01969.jpg
georgia pacific cleveland 03.10.09.docx
georgia pacific cleveland 09.22.08.doc
ok foods -waste water program proposal form - revised (2).xlsx
sec cost spreadsheet.xls
gp 4.14.11 fw cond graph.xls
georgia pacific cleveland 08.19.08.doc
georgia pacific_boiler room_boiler room_general_2010111812
ok foods -waste water program proposal form - revised version 2.xlsx
adpass and 3dtfww costing for o.k. foods version 2.xlsx
georgia pacific - cleveland tn 01-29-2015.pdf

67

dsc01704 (w

dsc01690 (w

pepsi - 0068632755_n.pdf

georgia pacific c

dsc01963 (small).jpg

dsc01965.jpg

dsc01397.jp

georgia pacific cleveland 03.17.11.doc

georgia pacific cleveland 08.05.09.doc

dsc01962.jpg

georgia pacific cleveland 06.16.08.doc

dsc01042.jpg

dsc01691.jp

dsc01946.jpg

dsc02150.jp

southeastern container proposal cover sheet.ppt

sec abr 2007.ppt

dsc01946 (small).jpg

dsc02079.jpg

dsc00179.jp

dsc01941.jpg

dsc01696.jp

dsc01396.jp

proposal cover letter.doc

dsc01644.jpg

dsc01969 (small).jpg

dsc01398.jp

georgia pacific fin mgmt svc llc_cleveland, tn_boiler syst

dsc01051.jpg

dsc02086.jpg

dsc02139.jp

georgia pacific - cleveland tn 05-08-2015.pdf

dsc00163.jpg

georgia pacific cleveland 03.25.08.doc

dsc01949.jpg

dsc01968 (small).jpg

shaw plant d7 - sales and volume report.xlsx

dsc01649.jpg

gp 4.14.11 vantage report.xls

dsc02151.jp

dsc01060.jpg

dsc01693.jp

o.k. foods plant 2 wwt trial proposal 09.10.2020.docx

pepsi - 0069173482_n.pdf

nalco water proposal for tyson ampro plants (7-17-19)r2.docx

dsc01651.jpg

dsc01064.jpg
dsc01399.jp
dsc01652.jpg
dsc016~1.jpg
dsc01949 (small).jpg
georgia pacific - cleveland tn 12-12-2014.pdf
dsc01401.jp
new business template for caf - o.k. foods 05.01.2019.xlsx
dsc01043.jpg
dsc01947.jpg
dsc02153.jp
georgia pacific cleveland 11.10.10.doc
dsc00184.jp
dsc02083.jpg
dsc01702 (w
dsc01646.jpg
dsc01045.jpg
o.k. foods sales and volume report - september 2019.xlsx
dsc01638.jpg
dsc01968.jpg
sec cooling tower 3d trasar optimizer - may 2015.xlsx
dsc01637.jpg
ok foods ww overview 2020.08.31.pptx
draft permit-2020.pdf
dsc01948.jpg
dsc01699.jp
dsc01694.jp
o.k. foods trial summary - september 2019.docx
dsc01655.jpg
georgia pacific - cleveland tn 10-21-2015.pdf
georgia pacific cleveland 05.16.2014.docx
dsc02078.jpg
dsc01395.jp
georgia pacific cleveland 02.09.09.doc
georgia pacific fin mgmt svc llc_cleveland, tn_boiler syst
representative experience.doc
southeastern containercleveland tn.mdb
dsc02076.jpg
dsc010~2.jpg
dsc02154.jp
georgia pacific cleveland 07.23.07.doc
georgia pacific cleveland 01.06.10.doc
georgia pacific - cleveland tn 09-25-2015.pdf
dsc00158.jpg
dsc01966.jpg
dsc02142.jp

FP 46615307.1

dsc01950.jpg
georgia pacific - cleveland tn 03-04-2015.pdf
georgia pacific cleveland 12.04.09.doc
pepsi - 0068385197_n.pdf
dsc01688.jp
dsc01940.jpg
dsc01962 (small).jpg
georgia pacific cleveland 01.28.09.doc
georgia pacific cleveland 08.04.08 - safety not
re american proteins hanceville plant.msg
dsc01648.jpg
georgia pacific_boiler room_boiler room_general_2011041412
dsc01647.jpg
georgia pacific cleveland 05.29.07.doc
dsc01405.jp
dsc00185.jp
dsc01404.jp
dsc01944 (small).jpg
georgia pacific cleveland 05.19.09.docx
georgia pacific cleveland 11.18.08.doc
dsc016~3.jpg
southeastern container 2007 abr cover sheet.ppt
dsc01700.jp
dsc00178.jp
dsc01967 (small).jpg
southeastern container proposal.doc
southeastern container pricing - may 2015.pdf
dsc02085.jpg
dsc01643.jpg
dsc01656.jpg
gp 4.14.11 fw nalco 22310 graph.xls
dsc016~4.jpg
dsc02148.jp
dsc01947 (small).jpg
georgia pacific cleveland 05.09.07.doc
dsc02140.jp
georgia pacific cleveland 05.19.10 draft.doc
dsc01702.jp
dsc01699 (w
georgia pacific fin mgmt svc llc_cleveland, tn_boiler syst
dsc01689 (w
dsc00166.jpg
dsc00180.jp
georgia pacific cleveland 02.07.08.doc
dsc00155.jpg
dsc01942.jpg

FP 46615307.1

george dickel 04.28.11.docx
george dickel 04.22.2014.docx
george dickel 08.01.06.doc
george dickel 07.26.11.docx
proposal and scope of work for diageo 7 year ro program august 2018 v2.doc
george dickel 12-22-03.doc
gp bidsheet nalco.xls
george dickel 02.28.13.docx
georgia pacific - cleveland - 3d trasar boiler technology presentation - plant manager.ppt
george dickel 02.09.2015.docx
george dickel 07.8.04.doc
george dickel 11.19.07.doc
george dickel 04.23.2010.docx
georgia pacific billing arrangement worksheet.xls
gp cleveland, tn boiler best practices 05.27.08.xls
quote for george dickel ro 101617 - for tim releford.docx
george dickel ro quote 10.31.2011.doc
george dickel 01.10.05.doc
george dickel 09.17.09.docx
george dickel 09.30.08.doc
george dickel 02-26-03 chemical pump.doc
george dickel 11.04.04.doc
georgia pacific plant survey 2014.pdf
dsc01391 (wince).jpg
george dickel 4-18-02.doc
georgia pacific fin mgmt svc llc_cleveland, tn_boiler syst
george dickel 10.07.2010.docx
george dickel 02.07.12.docx
george dickel 9-26-02.doc
copy of rops 7 year bb for george dickel 121417 rev2 ridley copy.xlsx
dsc01392 (wince).jpg
george dickel 07.24.2014.docx
georgia pacific - 100ml graduated cylinder - 05.19.2015.pdf
georgia pacific pam.doc
george dickel 11.09.06.doc
george dickel 06.20.2014.docx
george dickel 01.22.09.doc
george dickel 04.07.06.doc
george dickel 02-13-04.doc
george dickel 03.13.2015.docx
george dickel 02.24.09.doc
george dickel 03.20.09.docx
georgia pacific - nalco injection quills - 02.21.2016.pdf
georgia pacific plant survey 2014.docx
george dickel 01.28.10.docx
george dickel 04.19.12.docx

FP 46615307.1

georgia pacific - ph buffer solutions quote - 06.19.2015.pdf
quote for george dickel ro 101617.docx
proposal and scope of work for diageo 7 year ro program october 2018 v3.pd
3d trasar for boiler quote - ver3.doc
george dickel 02.20.2014.docx
george dickel 06.7.04.doc
george dickel 01-15-03.doc
wbl_manual.pdf
george dickel 10.22.09.docx
george dickel 11.24.09.docx
george dickel 09.27.11.docx
3d trasar for boiler quote.doc
georgia pacific - cleveland signed porta-feed agreement.pdf
pmw-georgia pacific-cleveland tn-nw154.xls
george dickel 10.06.05.doc
ultrasoft li duplex alternating 2 inch.pdf
george dickel 05.5.04.doc
george dickel 11.20.2014.docx
george dickel 07.29.2010.docx
george dickel 02.03.06.doc
gp - cleveland, tn boiler best practices november 09.xls
george dickel 08.21.08.doc
pts-n-17-0316 55f.pdf
georgia pacific - ph buffer solutions quote - 12.16.2014.pdf
george dickel 07.10.08.doc
george dickel 12.12.05.doc
dow filmtec xle-440.609-00245-0606.pdf
george dickel 08.16.04.doc
pmw-georgia pacific-cleveland tn-nw154 2008-2009.xls
gp pkg boiler scorecard - georgia pacific - cleveland, tn.xls
gp boiler survey metric for cleveland.doc
ultrasonic tank level sensor spec sheet.pdf
george dickel 04.20.07.doc
e8-108k-dlx-60.pdf
3d trasar boilers preliminary account survey for gp in clevland, tn.doc
george dickel 08.17.09.docx
george dickel 10.02.12.docx
george dickel 03.07.05.doc
e4h-series fact sheet.pdf
base tank agreement for_ geogia.pdf
george dickel 11.01.11.docx
george dickel - boiler psr 05-15-2015.pdf
george dickel 12.13.12.docx
george dickel 03.03.06.doc
george dickel 06.16.06.doc
ge spec 4h-43k-ecn-60 (1).pdf

FP 46615307.1

3d trasar technology for boilers cost justif.doc
george dickel 03.07.07.doc
dsc01393 (wince).jpg
3d trasar for boiler quote - ver3.pdf
george dickel 01.27.2015.docx
3d trasar for boiler quote - ver2.doc
georgia pacific - nalco injection quills - 02.21.2016.docx
george dickel 03-18-04.doc
gp - cleveland pen order form - final doc.doc
george dickel 06.03.05.doc
georgia pacific - cleveland - 3d trasar boiler technology presentation.ppt
georgia pacific - spare chemical injection pump - 08.12.2014.pdf
dsc01394 (wince).jpg
george dickel 05.28.09.docx
georgia pacific cleveland application engineer service guide.docx
proposal and scope of work for diageo 7 year ro program august 2018 v2.pdf
georgia pacific 3d trasar boiler trial data.doc
pen order form - final doc.doc
george dickel 02-26-03.doc
george dickel 07.07.06.doc
george dickel 05.17.11.docx
georgia pacific quote for ph standard solutions 06.19.2015.docx
george dickel 01.12.07.doc
george dickel 11.16.05.doc
george dickel 01-19-04.doc
george dickel 05.11.07.doc
georgia pacific pam 2014.pdf
george dickel 02.04.05.doc
xl-4l(3-4h) ro-nalco.pdf
3d trasar technology for boilers cost justif.pdf
georgia pacific fin mgmt svc llccleveland, tn.mdb
george dickel 10.19.06.doc
george dickel 02.24.11.docx
proposal for george dickel 7 year ro program 100118 october 2018 - from em
george dickel 08.20.2014.docx
nalco gp contact list r1 status xlsx.xls
george dickel 05.27.2010.docx
george dickel 12.08.04.doc
george dickel 02.24.2010.docx
george dickel 06.05.08.doc
george dickel 01.16.08.doc
proposal for george dickel 7 year ro program 061818.docx
geogia pacific - cleveland, tn 3dtb pre-installation checklist final rev 3-31-10.doc
george dickel 03.29.12.docx
george dickel 06.09.09.docx
george dickel 07.23.09.docx

73

FP 46615307.1
Case 1:22-cv-00050-TRM-SKL   Document 225-6   Filed 04/23/23   Page 79 of 334   PageID #: 4134

george dickel 07.27.05 boiler inspection.doc
xl_ro_brochure_v1.0.pdf
georgia pacific - boiler conductivity probe with atc quote - 08.16.2011.doc
3d trasar for boiler quote - ver2.pdf
george dickel 09.07.07.doc
geogia pacific_150127003_cleveland, tn 37364_trasar assembly and startup - 3dt for boilers_42320
georgia pacific pam 2014.docx
george dickel 02.09.07.doc
george dickel 12.15.06.doc
b-950.pdf
george dickel 04.28.08.doc
george dickel 10.23.2014.docx
georgia pacific operator training.ppt
georgia pacifit logsheet.doc
george dickel 10.19.07.doc
george dickel 09.15.06.doc
george dickel - boiler psr 08-11-2015.pdf
george dickel 09.09.05.doc
george dickel logsheet info and graph.xls
dsc01393.jpg
george dickel 09.26.07 nebreska boiler inspection.doc
dsc01391.jpg
george dickel 10-27-02.doc
george dickel 01.31.13.docx
george dickel 08.03.07.doc
pmw-georgia pacific-cleveland tn-nw154 2009-2010.xls
georgia pacific - quote of boiler conductivity probes & nalco 3dtfb filters & ncsm kit - 03.25.2
ultraro water form for boiler feedwater ro.doc
george dickel 09.14.04.doc
george dickel 03.28.11.docx
dsc01392.jpg
george dickel 12.10.09.docx
3d trasar boiler.pdf
george dickel 03.27.2014.docx
george dickel 11.20.08.doc
george dickel 01.06.06.doc
george dickel 08.30.11.docx
contingency guide for georgia pacific.doc
george dickel 10.08.04.doc
george dickel 08.05.05.doc
george dickel 04.28.09.docx
pts-n-17-0316 65f.pdf
george dickel 05.05.05.doc
george dickel 10.25.08.doc
george dickel 05.29.2014.docx

FP 46615307.1

george dickel 05.17.12.docx
george dickel 04-14-04.doc
george dickel 12.06.11.docx
dsc01394.jpg
georgia pacific - reagent order 9.14.2010.pdf
george dickel ro quote 10.31.2011.pdf
georgia pacific - ph buffer solutions quote - 06.19.2015.docx
george dickel 04.04.05.doc
george dickel 09.16.2010.docx
georgia pacific - boiler conductivity probe with atc quote - 08.16.2011.pdf
suez ro e8 series 60hz fact sheet.pdf
george dickel block_diagram_design_wkst.doc
proposal and scope of work for diageo 7 year ro program october 2018 v3.do
diageo north america inc_tullahoma, tn_boiler system_general_20130926024149.xls
diageo north america inc_tullahoma, tn_boiler system_general_20121030031756.xls
diageo north america inc_tullahoma, tn_boiler system_general_20130131121349.xls
diageo north america inc_tullahoma, tn_boiler system_general_20130228012740.xls
dsc00501.jpg
dsc00494.jpg
dsc00504.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20130326125650.xls
diageo north america inc_tullahoma, tn_boiler system_general_20140422041038.xls
diageo north america inc_tullahoma, tn_boiler system_general_20121213105528.xls
dsc00492.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20140327121731.xls
burkert ds8620-mxcontrol-eu-en for suez ro.pdf
dsc01084.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20150313123730.xls
dsc01087.jpg
dsc01086.jpg
dsc01088.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20140820080507.xls
dsc01093 (wince).jpg
diageo north america inc_tullahoma, tn_boiler system_general_20121002011547.xls
dsc00505.jpg
dsc00507.jpg
dsc01092.jpg
dsc00500.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20150811113149.xls
dsc00498.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20130425122210.xls
dsc00502.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20130530114723.xls
dsc01093.jpg
dsc01092 (wince).jpg
diageo north america inc_tullahoma, tn_boiler system_general_20141023114559.xls

FP 46615307.1

dsc01085.jpg
dsc00496.jpg
dsc01091.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20140529013139.xls
dsc01090 (wince).jpg
dsc00497.jpg
dsc01089.jpg
dsc00493.jpg
dsc01091 (wince).jpg
diageo north america inc_tullahoma, tn_boiler system_general_20150127043554.xls
dsc00506.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20140327122106.xls
diageo north america inc_tullahoma, tn_boiler system_general_20150515110230.xls
dsc00499.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20140220021657.xls
dsc01086 (wince).jpg
dsc01090.jpg
fda letter for george_dickel 22311 1720.pdf
snap0030.jpg
ro water analysis for dickel.pdf
dickel service plan 2004.xls
contingency guide for gaylord marriott boilers.pdf
annual~1.pdf
anthon~1.pdf
snap0033.jpg
nalcoÂ® 1720 - nexguardÂ® 22310 - fda - george dickel distillery 2012 - .pdf
general mills sweeney - wastewater survey.doc
george dickel 3d trasar boiler pic 3.jpg
snap0037.jpg
proposal for george dickel ro program 121417ec (002) - december 2017.pdf
snap0034.jpg
george dickel contract worksheet - with ro 2017.xlsx
ppdann~1.pdf
sample cooler information.pdf
annual~1.doc
george dickel product letter ver-2.doc
chiller 6 - 2016.jpg
snap0016.jpg
george dickel plant survey 2013.docx
george dickel contract worksheet - boiler chemicals and 3dtfb lease for 2018.xlsx
conductivity quote.doc
snap0000.jpg
snap0015.jpg
gaylord opryland - nalco water action plan 02.2017.xlsx
chiller 4 - 2 - 2016.jpg
annual~1.doc

76

contingency guide for gaylord marriott boilers.docx
person~1.pdf
dsc00320.jpg
wbl 300 & 310 manual.pdf
ppdann~1.pdf
george dickel - conductivity & ph meter quote 11.08.2013.pdf
snap0009.jpg
snap0012.jpg
annual~1.doc
snap0031.jpg
chiller 3 - 2 - 2016.jpg
snap0018.jpg
nalco montly summary - gaylord opryland -december 2016.docx
dsc00322.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20120814045736.xls
snap0007.jpg
chiller 3 - 2016.jpg
chiller 3 - top tubes - 2016.jpg
salesp~1.doc
annual~1.doc
snap0004.jpg
george dickel - nalco boiler products fda letter - april 1, 2016.pdf
snap0036.jpg
annual~1.doc
avendra-ecolab-nalco property level scope of service - gaylord opryland resort 2019 utility water
tr
snap0023.jpg
snap0028.jpg
george dickel product letter ver-2.pdf
barryp~1.doc
annual~1.pdf
snap0039.jpg
george dickel pam 2014.pdf
commissary boiler 3.jpg
gaylord opryland - boiler-chiller inspections.pptx
chiller 1 - 3 - 2016.jpg
commissary boiler 2.jpg
gmsh - abr 08.21.2018.pptx
snap0045.jpg
tommyr~1.pdf
tommyr~1.doc
mullin~1.doc
sales and volume - general mills.xlsx
snap0042.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20121002011317.xls
chiller 4 - 2016.jpg

FP 46615307.1

20171025_080632.jpg
dsc00323.jpg
snap0025.jpg
george dickel service plan 2006.xls
annual~1.pdf
george dickel contract worksheet - with ro 2017 from b1.xlsx
person~1.pdf
2015-1~1.pdf
salesp~1.doc
chiller 7 - 3 - 2016.jpg
snap0006.jpg
avendra-ecolab-nalco property level scope of service - gaylord opryland resort 2019 utility water
tr
ridley~1.pdf
20171025_080749.jpg
gaylord opryland resort - january executive meeting 01.26.2017.pdf
george dickel pam 2014.docx
gmsh - abr 08.21.2018.pdf
servic~1.doc
snap0017.jpg
gaylord opryland contract worksheet march 2019.xlsx
barryp~1.pdf
snap0003.jpg
chiller 6 - 4 -2016.jpg
chiller 2 - 2 - 2016.jpg
george dickel - nalco boiler products fda letter - january 2015.pdf
chiller 2 2016.jpg
general mills daf specs.pdf
proposal for george dickel ro program 121417ec (002) - december 2017.docx
snap0008.jpg
20190618_090417.jpg
george dickel - nalco boiler products fda letter - may 2013.pdf
snap0024.jpg
f-963-us energy & water savings calculations v9.0.xls
nalco montly summary - gaylord opryland -october 2016.docx
snap0013.jpg
nalco montly summary - gaylord opryland -feburary 2017.docx
chiller 1 2016.jpg
ro equipment proposal.doc
snap0001.jpg
fw daf specs.msg
snap0022.jpg
equipment proposal.doc
gaylord - boiler inspection review email - 10.27.2017.msg
snap0027.jpg
chiller 6 - 2 - 2016.jpg

78

diageo north america inctullahoma, tn.mdb
nalco 3d trasar boiler.pdf
george dickel 3d trasar boiler pic 1.jpg
snap0029.jpg
chiller 1 - 2 - 2016.jpg
snap0002.jpg
ppdann~1.pdf
george dickel contract worksheet - boiler chemicals and 3dtfb lease for 2018 from b1.xlsx
snap0021.jpg
snap0026.jpg
snap0040.jpg
annual~1.pdf
george dickel plant survey 2014.pdf
chiller 7 2016.jpg
greneral mills scope of work 10-7.docx
snap0043.jpg
20171025_080514.jpg
snap0044.jpg
snap0035.jpg
george dickel logsheet.doc
gaylord opryland resort - january executive meeting 01.26.2017.pptx
snap0005.jpg
annual~1.pdf
chiller 6 - 3 - 2016.jpg
general mills proposal - revised.docx
nalco polymer down time.msg
chiller 3 - 3 - 2016.jpg
nalco montly summary - gaylord opryland -november 2016.docx
snap0038.jpg
george dickel - boiler conductivity probe order confirmation 01.2015.pdf
ro proposal 2.doc
george dickel - quote for metal filter on 3dtfb sample conditioning system - 06.03.2014.pdf
chiller 7 - 2 - 2016.jpg
george a dickel people survey.ppt
george dickel - nalco boiler products fda letter - may 2013.docx
ppdann~1.pdf
george dickel product letter.pdf
nalco proposal for general mills murfreesboro utilities rev 9-19-19 .pdf
annual~2.doc
snap0014.jpg
justif~1.doc
boiler and ro data 1.xls
snap0020.jpg
george dickel analytical equipment quote 02.12.2013.pdf
george dickel product letter.doc
commissary boiler.jpg

george dickel 3d trasar boiler picture with notes.docx
george dickel energy water saving calculations for boiler 2014.xls
george dickel energy & water saving calculations for boiler.xls
snap0011.jpg
spec-472.pdf
george dickel - nalco boiler products fda letter - january 2015.docx
dsc00321.jpg
gaylord opryland service plan 2017.xlsx
george dickel - boiler conductivity probe quote 04.2015.pdf
example - plastic fill in tubes.jpg
george dickel - nalco boiler products fda letter - april 1, 2016.docx
snap0019.jpg
anthon~1.doc
chemical pump splash guard.jpg
george dickel 3d trasar boiler pic 2.jpg
gaylord opryland service plan 2017.pdf
2015-1~1.doc
snap0032.jpg
snap0010.jpg
contingency guide for george a. dickel.doc
commissary boiler 4.jpg
george dickel - nalco 22310 and 1720 order confirmation 12.2014.pdf
form730 for george dickel.doc
diageo brands.pdf
duracell - mouse creek boiler 05.24.13.docx
duracell - pack center 06-02-2015.pdf
person~1.pdf
duracell - tasso facility 02.10.11.docx
duracell-mouse creek tower 06.10.11.docx
duracell - tasso facility 03.24.11 - draft.docx
duracell - pack center - 02.14.2014.docx
duracell - mouse creek boiler 02.08.13.docx
ppdann~1.pdf
duracell - tasso facility 01.15.10.docx
ppdann~1.pdf
annual~1.pdf
duracell - mouse creek boiler 03.13.13.docx
period~1.pdf
duracell - tasso facility 09.27.13.docx
sherri~1.pd
duracell - pack center - 04.29.2014.docx
person~1.pdf
duracell - mouse creek boiler 03 24 11.doc
duracell - cell make - cooling tower 08-13-2015.pdf
welcom~2.pdf
duracell - tasso facility 10.14.11.docx

FP 46615307.1

duracell - mouse creek boiler 05.18.12.doc
duracell - pack center - cooling water 10-06-2015.pdf
person~1.pdf
jerryd~1.doc
duracell - tasso facility 05.24.13.docx
duracell-mouse creek tower 12.16.10.docx
duracell-mouse creek tower 05.12.11.docx
ppdann~1.pdf
ppdann~1.pdf
cammik~1.pdf
person~1.pdf
duracell - mouse creek boiler 03.12.12.doc
person~1.pdf
duracell- cell make cooling tower - 06.30.2014.docx
person~1.pdf
duracell - pack center 05-06-2015.pdf
duracell-mouse creek tower 11.27.13.docx
welcom~1.doc
duracell-mouse creek tower 03.12.12 draft.docx
duracell - tasso facility 08.11.11.docx
hr-28r~1.pdf
potent~1.xls
duracell - cell make - cooling tower 06-30-2015.pdf
duracell - tasso facility 08.10.12.docx
duracell-mouse creek tower 01.24.11.docx
duracell - mouse creek boiler 04.21.11.doc
duracell-mouse creek tower 07.15.11.docx
duracell-mouse creek tower 09.16.13.docx
ppdann~1.pdf
duracell - cell make boiler system - 02.25.2014.docx
person~1.pdf
duracell-mouse creek tower 02.08.13.docx
ppdann~1.pdf
duracell - pack center 12-12-2014.pdf
duracell-mouse creek tower 03.24.11.docx
jerryd~1.pdf
duracell - cell make - cooling tower 07-28-2015.pdf
person~1.pdf
duracell - tasso facility 01.12.12.docx
duracell-mouse creek tower 07.13.12.docx
person~1.pdf
duracell-mouse creek tower 06.10.11.docx
ppdann~1.pdf
duracell - tasso facility 09.22.11.docx
duracell-mouse creek tower 02.24.11.docx
potent~2.xls

FP 46615307.1

duracell - pack center 08-24-2015.pdf
jackst~1.doc
duracell - pack center 11-06-2014.pdf
duracell - pack center - 03.24.2014.docx
duracell-mouse creek tower 09.16.10.docx
duracell - pack center - 06.26.2014.docx
wl121a~2.pdf
duracell-mouse creek tower 10.09.13.docx
duracell - pack center 02-23-2015.pdf
duracell - tasso facility 03.12.12.docx
duracell - cell make - cooling tower 12-18-2014.pdf
duracell - pack center - 01.31.2014.docx
duracell - mouse creek boiler 06.10.11.doc
patric~1.pdf
duracell - cell make boiler system - 02.07.2014.docx
person~1.pdf
period~1.pdf
duracell - mouse creek boiler 02.24.11.doc
duracell - pack center 07.26.13.docx
annual~1.doc
duracell-mouse creek tower 04.21.11.docx
annual~1.doc
duracell - pack center 09.27.13.docx
person~1.pdf
duracell - tasso facility 11.11.11.docx
person~1.pdf
duracell-mouse creek tower 03.12.12.docx
ppdann~1.pdf
duracell - pack center - 05.09.2014.docx
duracell - cell make - cooling tower 02-19-2015.pdf
welcom~2.doc
priory~1.pdf
jackst~1.pdf
duracell - mouse creek boiler 01.20.11.doc
duracell- cell make cooling tower - 04.11.2014.docx
duracell-mouse creek tower 05.24.13.docx
duracell - mouse creek front boiler inspection 10.09.2013.docx
duracell-mouse creek tower 05.12.11.docx
ppdann~1.pdf
duracell- cell make cooling tower - 09.11.2014.docx
ppdann~1.pdf
deford~1.doc
2015-1~1.doc
duracell - tasso facility 04.21.11 - draft.docx
duracell- cell make cooling tower - 03.31.2014.docx
wl121a~1.pdf

82

wl121a~1.pdf
jackst~1.pdf
ppdann~1.pdf
duracell - tasso facility 08.11.11 - draft.docx
duracell - mouse creek boiler 05.12.11.doc
ppdann~1.pdf
duracell - tasso facility 05.18.12.docx
person~1.pdf
ppdann~1.pdf
duracell-mouse creek tower 03.13.13.docx
duracell - cell make - cooling tower 10-06-2015.pdf
duracell - tasso facility 02.08.13.docx
duracell - cell make - cooling tower 01-29-2015.pdf
duracell - mouse creek boiler 09.16.13.docx
duracell - pack center 01-15-2015.pdf
duracell - pack center 03-12-2015.pdf
duracell - pack center - 08.15.2014.docx
ridley~1.pdf
ppdann~1.pdf
person~1.pdf
duracell - cell make - cooling tower 03-26-2015.pdf
duracell - tasso facility 01.13.11 - draft.docx
duracell - tasso facility 02.15.12.docx
2015-1~1.pdf
duracell - tasso facility 11.10.10.docx
duracell-mouse creek tower 05.18.12.docx
welcom~1.pdf
duracell - mouse creek boiler 07.15.11.doc
duracell - tasso facility 03.13.13.docx
duracell-mouse creek tower 07.15.11.docx
duracell - mouse creek boiler 02.16.12.doc
priory~1.pdf
duracell-mouse creek tower 02.16.12.docx
mcclur~1.pd
duracell - pack center - 09.11.2014.docx
duracell - pack center 01.08.13.docx
duracell - cell make - cooling tower 09-16-2015.pdf
duracell - cell make boiler system - 03.31.2014.docx
philli~1.pd
person~1.pdf
ppdann~1.pdf
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
dsc01756.jpg
duracell 09-12-02 tasso.doc
duracell - cell make - cooling tower - 7daynalco3

83

duracell - cell make - cooling tower - 7daynalco3

dsc00858.jpg

duracell -tasso facility 8.24.04.doc

dsc01445.jpg

dsc00861.jpg

duracell - pack center - cooling tower - 7dayna

dsc01790.jpg

dsc00524.jpg

dsc00823.jpg

duracell - cell make - cooling tower - 7daynalco3

p7030052.jpg

duracell chiller efficiency study for 500 ton (3-2) at mous.xls

dsc00175.jpg

duracell - cell make - cooling tower - 7daynalco3

duracell - mouse creek boiler 06.25.10.doc

p7250075.jpg

dsc01431.jpg

duracell - mouse creek boiler 01.25.05.doc

duracell - mouse creek boiler 07.21.05.doc

duracell - pack center - cooling tower - 7dayna

duracell - pack center - cooling tower - 7dayna

dsc00204.jpg

duracell - tasso facility 04.29.09.docx

dsc01459 (wince).jpg

dsc01428.jpg

duracell 06-19-02 mouse creek.doc

duracell 10-30-02 mouse creek boiler.doc

duracell - tasso facility 04.24.07.doc

dsc00589.jpg

duracell - cell make - cooling tower - 7daynalco3

duracell - pack center - cooling tower - 7dayna

dsc00274.jpg

duracell - cell make - cooling tower - 7daynalco3

dsc02155.jpg

duracell 3-16-04 tasso.doc

dsc00201.jpg

dsc02156.jpg

duracell - cell make - cooling tower - 7daynalco3

dsc00170.jpg

dsc00177.jpg

dsc01783.jpg

duracell - cell make - cooling tower - 7daynalco3

duracell - pack center - cooling tower - 7dayna

mouse creek service plan 2009.xls

duracell 01-14.03 mouse creek boiler.doc

duracell 3-26-04 mouse creek.doc

duracell 05-23-03 mouse creek boiler.doc
dsc02163.jpg
dsc02157.jpg
dsc00174.jpg
dsc01761.jpg
duracell make-up water analysis.pdf
duracell - pack center - cooling tower - 7dayna
duracell - mouse creek boiler 01.26.07.doc
duracell - tasso facility 02.03.09.docx
duracell ( mouse creek) - water treatment contract scope of work 2011-2012
duracell chiller efficiency study for tasso 5-22-03.xls
duracell chiller efficiency study for tasso 6-25-03.xls
duracell - mouse creek cooling towers 01.13.06.doc
duracell 10-08-03 mouse creek boiler.doc
duracell - cell make - cooling tower - 7daynalco3
duracell 06-25-03 mouse creek.doc
pmw duracell coppertop 2006 (6 months).xls
duracell 02-19-03 tasso.doc
dsc01788.jpg
duracell - mouse creek boiler 09.16.10.doc
duracell - mouse creek boiler 07.29.08.doc
duracell - cell make - cooling tower - 7daynalco3
duracell - tasso facility 10.14.08.doc
duracell - tasso facility 12.11.09.docx
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek boiler 12.16.10.doc
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
dsc02159.jpg
dsc00270.jpg
duracell 2-12-04 tasso.doc
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell 02-15-02.doc
duracell - tasso facility 11.01.07.doc
proctor & gamble price increase letter 2011.pdf
pmw - duracell intl - (pack center)- cleveland, tn -wp-127 -7-1-12.xlsx
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
pmw - duracell intl inc - ( cell make & pack center) - cleveland tn - wl12
duracell - pack center - cooling tower - 7dayna
duracell - cell make - cooling tower - 7daynalco3
duracell - pack center - cooling tower - 7dayna
dsc01461.jpg
duracell annual business review 2015.pdf
duracell 12.17.04 mouse creek.doc

FP 46615307.1

pmw duracell- mouse creek 2006 (6 months).xls
duracell - mouse creek boiler 09.24.09.doc
dsc00511.jpg
dsc00590.jpg
dsc00821.jpg
dsc01430.jpg
duracell annual business review 2009.doc
duracell - mouse creek boiler 02.24.06.doc
dsc00868.jpg
duracell 06-26-02 tasso.doc
duracell - cell make - cooling tower - 7daynalco3
duracell 10-22-02 mouse creek.doc
p7030045.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell 05-07-02 tasso.doc
duracell -tasso facility 6.22.04.doc
duracell annual business review 2005.doc
duracell - pack center - cooling tower - 7dayna
duracell annual business review 2011.pdf
p7250071.jpg
dsc00168.jpg
duracell 09-13-02 mouse creek.doc
duracell - mouse creek boiler 10.27.06.doc
duracell 04-25-03 mouse creek.doc
pmw - duracell intl - (coppertop)- cleveland, tn -nw54 -7-1-06.xls
pmw - duracell intl - (coppertop)- cleveland, tn -nw54 -7-1-08.xls
duracell - cell make - cooling tower - 7daynalco3
duracell - pack center - cooling tower - 7dayna
dsc00197.jpg
duracell ( mouse creek) - water treatment contract scope of work 2009-2010
duracell - pack center - cooling tower - 7dayna
duracell - pack center - cooling tower - 7dayna
duracell -tasso facility 07.14.05.doc
dsc01762.jpg
pmw - duracell intl inc( mouse creek) - cleveland tn - wp-127 -7-1-10.xls
duracell 6.22.04 mouse creek.doc
dsc00200.jpg
dsc01749.jpg
duracell -tasso facility 08.11.05.doc
duracell 10.21.04 mouse creek boiler.doc
duracell - mouse creek cooling towers 02.24.06.doc
duracell - tasso facility 10.16.06.doc
duracell - pack center - cooling tower - 7dayna
dsc01748.jpg
duracell - cell make - cooling tower - 7daynalco3

FP 46615307.1

duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
pmw - duracell intl - (coppertop)- cleveland, tn -wp-127 -7-1-09.xls
duracell - pack center - cooling tower - 7dayna
duracell - cell make - cooling tower - 7daynalco3
duracell tasso service report 2.17.06.xls
dsc01440.jpg
p7030040.jpg
duracell - tasso facility 08.19.08.doc
duracell - cell make - cooling tower - 7daynalco3
duracell - coppertop - scope of work 07.01.10.pdf
p7250074.jpg
dsc00594.jpg
pmw duracell- mouse creek 2006-2007.xls
duracell - mouse creek cooling towers 08.18.06.doc
duracell - cell make - cooling tower - 7daynalco3
p7030042.jpg
dsc00518.jpg
3d trasar @ tasso 08.15.14.xls
dsc00865.jpg
duracell 02-04-03 mouse creek boiler.doc
duracell - mouse creek boiler 09.30.05.doc
duracell -tasso facility 09.13.05.doc
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek cooling towers 09.30.05.doc
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek boiler 05.13.05.doc
duracell 7.23.04 mouse creek boiler.doc
dsc01759.jpg
dsc00820.jpg
duracell 09-25-03 tasso.doc
dsc01760.jpg
duracell - cell make - cooling tower - 7daynalco3
dsc01452.jpg
duracell chiller efficiency study for 500 (2).xls
duracell - cell make - cooling tower - 7daynalco3
p7030036.jpg
dsc00517.jpg
duracell - mouse creek boiler 10.20.05.doc
dsc00867.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek - scope of work 07.01.10.pdf
duracell - mouse creek boiler 04.08.05.doc
duracell 5.27.04 mouse creek.doc
duracell - mouse creek boiler 11.15.05.doc
duracell 5-27-04 mouse creek boiler.doc

87

dsc00850.jpg
dsc00192.jpg
dsc00202.jpg
dsc01456.jpg
dsc01439.jpg
pmw - duracell intl inc - ( cell make & pack center) - cleveland tn - wp-1
duracell 12.17.04 mouse creek boiler.doc
dsc00173.jpg
dsc01778.jpg
pmw - duracell intl inc( mouse creek) - cleveland tn - wp-127 -7-1-09.xls
pma worksheet duracell 2004 mouse creek.xls
pmw - duracell intl - (pack center scope of work)- cleveland, tn -wp-127 -
dsc01745.jpg
duracell 10-03-02 mouse creek.doc
pmw - duracell intl - (pack center and cell make scope of work)- cleveland
duracell -tasso facility 03.14.06.doc
dsc01789.jpg
dsc01780.jpg
dsc01758.jpg
duracell - mouse creek cooling towers 04.11.07.doc
dsc00851.jpg
dsc00853.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell chiller efficiency study for 500 ton (3-3) at mous.xls
dsc00866.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek boiler 08.09.07.doc
duracell - cell make - cooling tower - 7daynalco3
duracell annual business review 2004.doc
duracell - pack center - cooling tower - 7dayna
duracell - pack center - cooling tower - 7dayna
duracell - tasso facility 08.02.07.doc
duracell - cell make - cooling tower - 7daynalco3
duracell 1-20-04 tasso.doc
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell 02-05-02 tasso.doc
duracell - mouse creek back boiler inspection
duracell 12-17-02 tasso.doc
duracell - pack center - cooling tower - 7dayna
pmw - duracell intl - (pack center)- cleveland, tn -wp-127 -7-1-11.xls
dsc00273.jpg
duracell - cell make - cooling tower - 7daynalco3
dsc00196.jpg
3d trasar @ tasso 06.26.14.xls

88

duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell 8.12.04 back boiler inspection.doc
duracell - pack center - cooling tower - 7dayna
dsc01459.jpg
pma-duracell intl-coppertop ln-cleveland, tn-nw154 2005.xls
dsc01444.jpg
duracell -tasso facility 02.16.05.doc
duracell - mouse creek boiler 12.20.05.doc
duracell -tasso facility 10.21.04.doc
duracell - mouse creek boiler 04.16.08.doc
duracell 9.21.04 mouse creek.doc
duracell 01-21-03 tasso.doc
duracell - pack center - cooling tower - 7dayna
duracell 02-04-03 mouse creek.doc
duracell - pack center - cooling tower - 7dayna
dsc00854.jpg
duracell - cell make - cooling tower - 7daynalco3
dsc01751.jpg
dsc00269.jpg
pmw - duracell intl - (pack center and cell make scope of work)- cleveland
pmw duracell coppertop 2006-2007.xls
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell 7.23.04 mouse creek.doc
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell - pack center - cooling tower - 7dayna
duracell 09-11-03 mouse creek.doc
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek boiler 02.12.10.doc
duracell 9.2.04 front boiler inspection.doc
duracell 2-25-04 mouse creek boiler.doc
dsc00822.jpg
duracell -tasso facility 11.03.05.doc
dsc00869.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - pack center - cooling tower - 7dayna
duracell - mouse creek cooling towers 03.04.05.doc
duracell - mouse creek boiler 11.12.09.doc
dsc01433.jpg
duracell - tasso facility 09.21.07.doc
duracell - mouse creek boiler 06.23.06.doc
dsc01434.jpg
duracell 03-31-03 mouse creek boiler.doc

89

duracell - cell make - cooling tower - 7daynalco3
duracell chiller efficiency study for 400 ton chiller at mo.xls
dsc00199.jpg
duracell 05-23-03 mouse creek.doc
p7030044.jpg
dsc01098.jpg
duracell - tasso facility 06.21.07.doc
tasso service plan 2009.xls
duracell -tasso facility 01.24.05.doc
p7030039.jpg
duracell - mouse creek boiler 01.15.10.doc
duracell - cell make - cooling tower - 7daynalco3
duracell -tasso facility 4.12.04.doc
duracell 2-25-04 mouse creek.doc
dsc01099.jpg
duracell 04-17-02 tasso.doc
dsc00591.jpg
duracell - tasso facility 11.07.08.doc
mouse creek service plan 2004.xls
duracell - cell make - cooling tower - 7daynalco3
pmw - duracell intl inc - ( cell make) - cleveland tn - wp-127 -7-1-12.xls
duracell 05-07-02.doc
duracell mouse creek twma 2004.doc
dsc00195.jpg
duracell - tasso facility 07.31.07.doc
dsc00593.jpg
dsc00852.jpg
p7030054.jpg
duracell - mouse creek cooling towers 10.31.08
pma-duracell intl-mouse creek cleveland, tn-nw154 2005.xls
dsc01454.jpg
duracell - pack center - cooling tower - 7dayna
pmw - duracell intl - (coppertop)- cleveland, tn -nw54 -7-1-07.xls
duracell ( cell make) - water treatment contract scope of work 2012-2013.p
dsc00172.jpg
dsc00514.jpg
duracell - pack center - cooling tower - 7dayna
dsc00525.jpg
dsc00173.jpg
duracell 10-20-03 tasso.doc
pma worshee duracell 2004 coppertopt.xls
duracell - mouse creek cooling towers 11.15.05.doc
duracell annual business review 2008.doc
duracell - mouse creek cooling towers 03.31.06.doc
dsc01453.jpg
duracell 11-15-02 tasso.doc

90

dsc00169.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell - notes for 2013-2014 water treatment contract renewal.pdf
duracell - pack center - cooling tower - 7dayna
duracell ( pack center) - water treatment contract scope of work 2012-2013
dsc00515.jpg
duracell - mouse creek boiler 03.31.06.doc
dsc00857.jpg
pmw - duracell intl inc( mouse creek) - cleveland tn - nw54 -7-1-06.xls
duracell efficiency monitoring 2004.doc
duracell - cell make - cooling tower - 7daynalco3
duracell 09-11-03 mouse creek boiler.doc
p7030051.jpg
duracell roi calculation 06.17.05.xls
duracell - cell make - cooling tower - 7daynalco3
duracell - tasso facility 04.18.08.doc
dsc00859.jpg
dsc00171.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell 12-17-02 mouse creek.doc
duracell 05-08-03 mouse creek boiler.doc
duracell - tasso facility 12.06.07.doc
dsc01456 (wince).jpg
duracell 07-26-02 tasso.doc
dsc01781.jpg
duracell - mouse creek cooling towers 04.16.08
duracell - mouse creek cooling towers 05.13.05.doc
duracell 04-25-03 tasso.doc
duracell 10-03-02 tasso.doc
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek boiler 08.18.06.doc
dsc01747.jpg
duracelltasso.mdb
duracell - mouse creek boiler 05.20.09.doc
increase in boiler cycles psr.xls
duracell -tasso facility 9.21.04.doc
dsc00870.jpg
dsc01441.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - tasso facility 09.29.06.doc
duracell - mouse creek cooling towers 06.17.05.doc
dsc00855.jpg
duracell - tasso facility 05.18.09.docx
duracell - pack center - cooling tower - 7dayna
duracell - tasso facility 03.10.09.docx

FP 46615307.1

dsc00508.jpg
duracell - tasso facility 11.11.09.docx
duracell - mouse creek cooling towers 05.27.08
dsc01755.jpg
duracell - tasso facility 10.15.09.docx
duracell - cell make - cooling tower - 7daynalco3
3d trasar @ tasso 05.09.14.xls
3d trasar @ tasso 09.11.2014.xls
dsc02158.jpg
pmw - duracell intl - (pack center and cell make scope of work)- cleveland
duracell 08-24-02 mouse creek.doc
dsc00198.jpg
duracell - pack center - cooling tower - 7dayna
duracell - mouse creek cooling towers 11.26.07.doc
duracell 01-22-02.doc
duracell - mouse creek boiler 11.26.07.doc
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
p7030041.jpg
duracell - pack center - cooling tower - 7dayna
p7250070.jpg
duracell 3-26-04 mouse creek boiler.doc
dsc01765.jpg
p7030057.jpg
duracell 08-14-03 tasso.doc
duracell ( tasso) - water treatment contract scope of work 2008-2009.pdf
duracell 05-22-03 tasso.doc
dsc00816.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek cooling towers 06.21.07.doc
duracell - tasso facility 02.26.08.doc
duracell ( tasso) - water treatment contract scope of work 2011-2012.pdf
dsc00205.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell 10.21.04 mouse creek.doc
p7030046.jpg
duracell - mouse creek cooling towers 08.05.08
duracell - cell make - cooling tower - 7daynalco3
dsc01433 (wince).jpg
dsc00271.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell -tasso facility 05.13.05.doc
pmw - duracell intl inc - ( cell make & pack center) - cleveland tn - wp-1
duracell - cell make - cooling tower - 7daynalco3
duracell (cell make and pack center) - water treatment contract scope of w

92

duracell - pack center - cooling tower - 7dayna

dsc00171.jpg

condensate return psr for duracell.xls

dsc00815.jpg

p7250072.jpg

dsc01442.jpg

dsc00194.jpg

dsc01436.jpg

duracell 04-17-02.doc

duracell - tasso facility 06.24.09.docx

p7030058.jpg

duracell - mouse creek cooling towers 06.09.08

duracell - mouse creek boiler 11.03.08.doc

p7030053.jpg

dsc00860.jpg

duracell - mouse creek boiler 03.31.10.doc

duracell - pack center - cooling tower - 7dayna

duracell - mouse creek boiler 10.31.08.doc

dsc01786.jpg

dsc00817.jpg

duracell - cell make - cooling tower - 7daynalco3

dsc01782.jpg

3d trasar letter for duracell.doc

dsc01777.jpg

dsc01451.jpg

duracell 11-12-03 tasso.doc

dsc01457.jpg

duracell - mouse creek boiler 12.11.09.doc

dsc00276.jpg

dsc00819.jpg

duracell - cell make - cooling tower - 7daynalco3

dsc01785.jpg

duracell 08-11-03 mouse creek boiler.doc

pmw - duracell intl - (coppertop)- cleveland, tn -wp-127 -7-1-10.xls

duracell - tasso - january 2010 service project.docx

dsc01764.jpg

3d trasar @ tasso 11.27.13.xls

dsc01094.jpg

dsc02162.jpg

duracell 03-26-03 tasso.doc

duracell - cell make - cooling tower - 7daynalco3

duracell - mouse creek boiler 02.16.05.doc

duracell - cell make - cooling tower - 7daynalco3

duracell 10-21-02 tasso.doc

duracell - pack center - cooling tower - 7dayna

duracell - pack center - cooling tower - 7dayna

duracell tasso twma 2004.doc
duracell - mouse creek front boiler inspection
p7030043.jpg
duracell - mouse creek cooling towers 08.09.07.doc
duracell - mouse creek cooling towers 12.14.07.doc
duracell 06-05-02 tasso.doc
duracell - mouse creek boiler 10.15.09.doc
dsc01097.jpg
dsc00856.jpg
dsc01750.jpg
dsc01458.jpg
pmw - duracell intl - (pack center and cell make scope of work)- cleveland
dsc01754.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - tasso facility 12.15.08.doc
duracell - tasso facility 05.27.08.doc
duracell - cell make - cooling tower - 7daynalco3
duracell 10-08-03 mouse creek.doc
duracell 11-27-02 mouse creek boiler.doc
duracell - mouse creek cooling towers 01.26.07.doc
p7030038.jpg
p7030035.jpg
duracell - mouse creek cooling towers 08.12.05.doc
duracell -tasso facility 04.14.05.doc
duracell - cell make - cooling tower - 7daynalco3
p7030049.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell tower cleaning psr at tasso 5-31-03.doc
dsc00516.jpg
dsc00588.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell tasso twma.doc
p7250073.jpg
dsc00863.jpg
dsc00519.jpg
dsc01450.jpg
dsc01791.jpg
mouse creek service plan 2006.xls
pmw - duracell intl inc( mouse creek) - cleveland tn - nw54 -7-1-07.xls
p7030047.jpg
duracell 4.22.04 mouse creek.doc
duracell ( tasso) - water treatment contract scope of work 2009-2010.pdf
dsc00203.jpg
duracell - pack center - cooling tower - 7dayna
duracell 1-20-04 mouse creek.doc

94

duracelltassotwr02.18.13.xls
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek cooling towers 06.23.06.doc
duracell annual business review 2007.doc
duracell - mouse creek boiler 04.24.07.doc
duracell tasso service report 6.22.06.xls
duracell 01-10-03 mouse creek.doc
3d trasar @ tasso 04.29.14.xls
duracell -tasso facility 10.19.05.doc
duracell chemical cost for 2003.doc
duracell -tasso facility 5.18.04.doc
dsc01100.jpg
dsc00510.jpg
duracell - mouse creek cooling towers 02.06.08
dsc00871.jpg
duracell 06-25-03 tasso.doc
duracell - pack center - cooling tower - 7dayna
duracell - cell make - cooling tower - 7daynalco3
dsc00509.jpg
duracell -tasso facility 7.13.04.doc
dsc00170.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell annual business review 2015.pptx
dsc01095.jpg
duracell - mouse creek cooling towers 02.16.05.doc
duracell - mouse creek boiler 06.21.07.doc
p7030034.jpg
dsc01096.jpg
duracell - cell make - cooling tower - 7daynalco3
dsc00520.jpg
duracell - tasso facility 09.18.09.docx
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek cooling towers 01.21.05 .doc
dsc02164.jpg
p7250076.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell 11-12-03 mouse creek.doc
duracell 8.12.05 back boiler inspection.doc
duracell - mouse creek cooling towers 04.08.05.doc
p7030037.jpg
duracell - pack center - cooling tower - 7dayna
duracell annual business review 2011.doc
dsc01787.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek cooling towers 12.20.05.doc

95

duracell - cell make - cooling tower - 7daynalco3
duracell chiller efficiency study for tasso 4-25-03.xls
duracell mouse creek twma.doc
dsc01752.jpg
duracell - pack center - cooling tower - 7dayna
dsc01763.jpg
p7030056.jpg
dsc00275.jpg
duracell 07-02-02 back boiler inspection.doc
duracell - cell make - cooling tower - 7daynalco3
dsc00172.jpg
duracell 8.31.04 mouse creek.doc
dsc01460.jpg
dsc01434 (wince).jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - pack center - cooling tower - 7dayna
dsc01455.jpg
duracell - mouse creek boiler 02.29.08.doc
duracell annual business review 2003.doc
duracell - cell make - cooling tower - 7daynalco3
dsc00176.jpg
duracell - mouse creek boiler 05.27.08.doc
dsc01431 (wince).jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower - 7daynalco3
duracell - cell make - cooling tower (3d trasar recirc line) - may 2012.pdf
duracell annual business review 2012.pdf
dsc01443.jpg
pmw - duracell intl inc - ( cell make) - cleveland tn - wp-127 -7-1-11.xls
duracell-mouse creek tower 06.25.10.docx
dsc00864.jpg
duracell -tasso facility 12.15.05.doc
tasso service plan 2004.xls
duracell - cell make - cooling tower - 7daynalco3
duracell -tasso facility 12.01.04.doc
p7030048.jpg
pma worksheet duracell coppertop 2005.xls
duracell 6.22.04 mouse creek boiler.doc
tasso service plan 2006.xls
3d trasar @ tasso 02.14.14.xls
dsc00595.jpg
pmw - duracell intl inc( mouse creek) - cleveland tn - nw54 -7-1-08.xls
duracell - pack center - cooling tower - 7dayna
duracell - cell make - cooling tower - 7daynalco3
pma worksheet duracell mouse creek 2005.xls
duracell 08-20-02 tasso.doc

duracell - cell make - cooling tower - 7daynalco3
duracell - tasso facility 08.11.09.docx
duracell - pack center - cooling tower - 7dayna
duracell 07-30-02 mouse creek.doc
duracell - pack center - cooling tower - 7dayna
duracell 06-25-03 mouse creek boiler.doc
duracell - mouse creek cooling towers 10.20.05.doc
duracell - mouse creek cooling towers 07.21.05.doc
duracell - pack center - cooling tower - 7dayna
duracell - mouse creek cooling towers 10.27.06.doc
duracell-tasso contract 2003-2004.xls
duracell - pack center - cooling tower - 7dayna
dsc00862.jpg
duracell 4-22-04 mouse creek boiler.doc
dsc00193.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek cooling towers 07.08.08
duracell ( mouse creek) - water treatment contract scope of work 2008-2009
duracell - cell make - cooling tower - 7daynalco3
duracell - pack center - cooling tower - 7dayna
dsc00272.jpg
duracell -tasso facility 03.22.05.doc
duracell 11-27-02 mouse creek.doc
duracell 11-07-03 mouse creek boiler.doc
duracell - pack center - cooling tower - 7dayna
duracell annual business review 2012.doc
duracell - pack center - cooling tower - 7dayna
dsc00526.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - mouse creek boiler 03.09.05.doc
dsc00872.jpg
duracell - pack center - cooling tower - 7dayna
duracell 05-31-02.doc
dsc01746.jpg
duracell 8.25.06 back boiler inspection.doc
dsc01766.jpg
dsc01429.jpg
duracell - pack center - cooling tower - 7dayna
duracell 08-11-03 mouse creek.doc
duracell - mouse creek cooling towers 09.15.08
pmw - duracell intl - (pack center and cell make scope of work)- cleveland
duracell tasso service report 8.10.06.xls
duracell - cell make - cooling tower - 7daynalco3
duracell -tasso facility 06.29.05.doc
duracell-mouse creek contract 2003-2004.xls
duracell - pack center - cooling tower - 7dayna

97

dsc01784.jpg
dsc02161.jpg
3d trasar @ tasso 03.24.14.xls
dsc00825.jpg
dsc00512.jpg
duracell - cell make - cooling tower - 7daynalco3
duracell - tasso facility 07.08.08.doc
duracell 9.21.04 mouse creek boiler.doc
dsc00818.jpg
duracell - pack center - cooling tower - 7dayna
duracell 03-18-03 mouse creek.doc
dsc01779.jpg
duracell - pack center - cooling tower - 7dayna
dsc00174.jpg
dsc02160.jpg
duracelltasso.mdb
3d trasar @ tasso 02.10.11.xls
3d trasar @ tasso 08.11.09.xls
3dtdata121010.xl.xls
3d trasar @ tasso 12.11.09.xls
3d trasar @ tasso 01.15.10.xls
3d trasar @ tasso 09.27.13.xls
3d trasar @ tasso 01.13.11.xls
3d trasar @ tasso 11.12.09.xls
3d trasar @ tasso 07.26.13.xls
3d trasar @ tasso 05.27.10.xls
3d trasar @ tasso 03.31.10.xls
3dtdata111010.xl.xls
3d trasar @ tasso 10.16.09.xls
duracelltasso.mdb
duracelltasso.mdb
3d trasr @ tasso 02.26.08.xls
3d trasr @ tasso 04.29.09.xls
3d trasar @ tasso 05.18.09.xls
3d trasr @ tasso 10.14.08.xls
3d trasr @ tasso 05.27.08.xls
duracelltasso.mdb
3d trasr @ tasso 07.08.08.xls
3d trasr @ tasso 12.15.08.xls
3d trasr @ tasso 04.18.08.xls
3d trasar @ tasso 06.24.09.xls
3d trasr @ tasso 08.19.08.xls
3d trasr @ tasso 12.06.07.xls
3d trasr @ tasso 03.10.09.xls
3d trasr @ tasso 11.07.08.xls
3d trasr @ tasso 02.03.09.xls

FP 46615307.1

3d trasar @ mousecreek 06.30.14.xls
3d trasar @ mousecreek 10.09.13.xls
3d trasar @ mousecreek 02.25.14.xls
3d trasr @ tasso 11.30.06.xls
3d trasr @ tasso 06.21.07.xls
3d trasr @ tasso 09.21.07.xls
duracelltasso.mdb
3dtdata01.20.11.xl.xls
3d trasar @ mousecreek 03.31.14.xls
3d trasar @ mousecreek03.31.10.xls
3d trasar @ mousecreek 02.18.13.xls
3d trasr @ tasso 08.02.07.xls
3d trasar @ mousecreek 04.11.14.xls
3d trasar @ mousecreek01.15.10.xls
duracell- mouse creekcleveland tn.mdb
3d trasar @ mousecreek 09.11.14.xls
3d trasar @ mousecreek 09.16.13.xls
3d trasar @ mousecreek08.05.10.xls
3d trasr @ tasso 04.24.07.xls
3dtdata12.16.10.xl.xls
3d trasar @ mousecreek 11.27.13.xls
3d trasr @ tasso 12.21.06.xls
duracell- mouse creekcleveland tn.mdb
3d trasr @ tasso 11.01.07.xls
3d trasr @ mouse creek 07.14.09.xls
3d trasar @ mouse creek 08.20.09.xls
3d trasr @ mouse creek 05.20.09.xls
3d trasr @ mouse creek 04.29.09.xls
3d trasar @ mousecreek 11.18.10.xls
3d trasr @ mouse creek 03.16.09.xls
3d trasr @ mouse creek 12.15.08.xls
3d trasar @ mouse creek 12.11.09.xls
3d trasr @ mouse creek 10.31.08.xls
3d trasr @ mouse creek 07.08.08.xls
3d trasr @ mouse creek 02.06.09.xls
duracell- mouse creekcleveland tn.mdb
3d trasr @ mouse creek 09.15.08.xls
3d trasr @ mouse creek 12.14.07.xls
tasso cooling tower water analysis.pdf
spec-470.pdf
w-9 0125.pdf
proctor & gamble - global cmv 2012 roll up.xls
3d trasr @ mouse creek 06.21.07.xls
3d trasr @ mouse creek 04.16.08.xls
proctor gamble duracell cmv june 2014.xls
quote for contract reconciliation 10.01.2012.pdf

99

support letter for switch to nalco 9901.pdf
3d trasr @ mouse creek 08.09.07.xls
3d trasr @ mouse creek 11.30.06.xls
3d trasr @ mouse creek 12.14.06.xls
duracell- mouse creekcleveland tn.mdb
3d trasr @ mouse creek 10.01.07.xls
quote for contract reconciliation 10.1.2012.doc
3d trasr @ mouse creek 02.06.08.xls
wp127_06_duracell intl inc_2181228_208 coppertop ln_cleveland_tn - october 2013.xls
3d trasr @ mouse creek 11.26.07.xls
representations, certifications, and acknowledgemen
ata 02.16.2015 building 1103.docx
conagra - 0086846530_n.pdf
conagra - 0086815239_n.pdf
chattanooga coca-cola - chlorine dioxide chemistry quote - 09.19.2013.pdf
chattanooga coca-cola - ro antiscalant chemistry quote - 12.17.2014.pdf
duracell people survey 2012.pdf
bunge decatur transition_service plan september 2017 ver 2.docx
bunge chemical shipments january - may 2019.xlsx
dsc01539.jpg
bunge decatur - nalco water scope of work 2020.pdf
duracell efficiency monitoring.doc
conagra - 0067942549_n.pdf
stg certainteed hq call report 051319.docx
boiler lay-up procedures for plant.pdf
bunge contract worksheet - ridley version (caf) june 2019.xlsx
stabrex_st70_uscueg.pdf
bunge decatur - nalco water scope of work 2018.docx
chattanooga coca-cola rops calculation sheet june 2015.pdf
2019 12 bob evans wastewater jar testing results.doc
contract renewal and reconciliation notes - november 2016.pdf
268 ms 6,04.pdf
bunge quarterly executive summary - july 2019.pptx
chattanooga coca-cola cover page - 3d trasar membranes - october 20, 2014.pdf
chattanooga coca-cola - quote for damaged chlorine dioxide analyzer part - 12.17.2014.pdf
ata 01.27.14 building 1088.docx
chattanooga coca-cola - quote for injection quills - 06.05.2014.pdf
ata 01.27.2015 building 1103.docx
image10.jpg
ata - chemical injection for raw water treatment p
chattanooga coca cola sales and volume report june 2015 to april 2020.xlsx
chattanooga coca-cola - chlorine dioxide chemistry quote - 06.06.2014.pdf
portafeed agreement nalco water 2016 - bunge decatur - signed.docx.pdf
image4.jpg
spec-532 3d trasar technology for membranes.pdf
bunge contract calculation and notes.docx

100

ata 11.07.2014 building 1088.docx
chattanooga coca-cola - notes for cooling tower proposal 2013.pdf
pmw - cargill - guntersville al- wl121 -12.01.2016.xlsx
dean foods contract billing adjustment form - new condenser 2016 - update by a.ridley on 01.17.201
ata 02.16.2015 building 1103.pdf
bunge quarterly executive summary - august 2018.pptx
nalco company - bunge decatur service agreement - clean - december 2017.docx
dsc01537.jpg
3dt sample effluent line (medium).jpg
nalco 9901 coa - 09.19.2014.pdf
ata - chemical injection for raw water treatment p
contingency guide for duracell boilers.doc
dosage calculation worksheet.xls
bunge qes 2019 06 04.pptx
ata 02.16.2015 building 1088.docx
arnold air force base - cooling tower psr 08-11-2015.pdf
conagra - 0086831787_n.pdf
bunge north america projects 2021.pptx
ata 03.13.2015 building 1103.docx
dsc01534.jpg
chattanooga coca-cola accucide psr 0
duracell plant audit (mouse creek).doc
duracell insight photo 2.jpg
duracell roi case study 2007.doc
duracell - us energy & water saving calculations.xls
conagra - 0068317831_n.pdf
dsc01540.jpg
duracell tasso logsheet.xls
example water report.pdf
ccbcu chattanooga - proposal 3dtfm ro services pc-191t - revised.pdf
nalco company - bunge decatur service agreement - clean - december 2017.pdf
representations, certifications, and acknowledgemen
duracell operator training.ppt
ata 04.15.2014 building 1103.docx
marley 2019 06 17-programoptimization-us-20190617t142921.pdf
alkalinity, chlorides, hardness, and sulfite test procedures.pdf
conagra - 0069062012_n.pdf
coca cola questions 1.25.17.docx
bunge decatur al psr 1-12-2021_20210112 (2).pdf
conagra - 0086738258_n.pdf
chattanooga coca-cola accucide priority 1 - step 1 service report.pdf
promag 50 & 53 tech bulletin.pdf
ata - chemical treatment program for pwt proposal
stabrex_st20_uscueg.pdf
nalquill spec sheet.pdf

FP 46615307.1

ata pwt cooling water psr - 05.29.2014.docx
ata 02.16.2015 building 1088.pdf
duracell - di conductivity controller quote 03.25.2011.doc
biocide offer letter vs2 022717.docx
porta-feed senior comparison, composite vs. stainless steel.pdf
nalco company - bunge decatur service agreement - bunge signed - january 2018.pdf
ata 02.21.14 building 1103.docx
contingency guide for bunge - decatur boilers.pdf
image9.jpg
dsc01536.jpg
bunge - nalco water project list.xlsx
duracell - operator training _short version.ppt
duracell people survey 2011.pdf
bunge decatur transition plan template.xlsx
3dt sample effluent line.jpg
duracell - quote for boiler conductivity probe - december 2014.pdf
3d trasar equipment purchase for duracel (mouse creek).doc
certainteed rus biocide assessment py 020420.ppt
chattanooga coca-cola visitor and contractor safety and enviromental policy - nalco water 2017.pdf
leaflet - supplier guide - quick rfx - en.pdf
bunge decatur - nalco water scope of work 2019 rev. 2.pdf
duracell - boiler logsheet workbook.pdf
chattanooga coca-cola cover page.doc
spec-453.pdf
contingency guide for duracell boilers.pdf
ata 03.26.2014 building 1103.docx
bunge decatur transition plan.xlsx
9901 coa.pdf
2098102 duracell ytd august.xls
plastic porta-feed 1.pdf
3d_trasar_3dt265_uscueg.pdf
duracell tower cleaning procedure.pdf
ata - chemical injection for raw water treatment p
bunge - reconciliation worksheet - october 2018.xlsx
3d trasar starter.pdf
aedc proposal for purchasing - hvac cooling towers
representations, certifications, and acknowledgements 2007-2008.doc
arnold afb quote for third pump and 3dt disconnect
duracelltasso.mdb
wireless gateway spec sheet.pdf
spec-578 - reverse osmosis chemical feed system.pdf
chattanooga coca-cola proposal 08-06-08.doc
ccbcu chattanooga - rops proposal with 3dtfm - pc-191t - accucide maintenance 06.12.2015.docx
chattanooga coca-cola accucide priority 1 - step 1 service report page 2.pdf
conagra - 0086753198_n.pdf

102

dosage calculation worksheet - ver2.xls
bunge decatur - nalco water scope of work 2019.pdf
aedc proposal for purchasing 2009-2010 (hvac system
ata - chemical injection for raw water treatment p
bunge resin quote - april 2019.pdf
bunge - decatur cooling tower operating parameters.pdf
cargill - ba margin report.xlsx
2009 gsa federal supply schedule.doc
certainteed-russellville selecticide 012820.xlsx
ata - chemical treatment program for pwt proposal.
arnold afb quote for third pump and 3dt disconnect
accucide brochure.pdf
certainteed sales and volume report - 2013 to 2020.xlsx
cargill guntersville - sales and volume report.xlsx
conagra - 0086722191_n.pdf
cargill - guntersville al- scope of work 01.01.2017.pdf
duracell tower cleaning procedure.doc
chattanooga coca-cola - quote for accucide spare parts 07.25.2014.docx
duracell tower cleaning psr.doc
ata pwt cooling water psr - 07.11.2014.docx
chattanooga coca-cola - quote for replacement accucide catalyst column 02.12.2015.pdf
representations, certifications, and acknowledgements 2008-2009.doc
sg suppliers charter_english_french.pdf_doc891879.pdf
ata 08.20.2014 building 1103.docx
chattanooga coca-cola - ro 3dtfm discovery form - 06.2014.pdf
chattanooga coca-cola_150206467_chattanooga tn 37401_3d trasarÂ® -
membrane_7102014_sor6.xls
nalco bulk tank - spec-341.pdf
ata 07.11.2014 building 1103.docx
duracell's water treatment cost graph 2002-2005.xls
image2.jpg
bunge marley packaging cooling tower ez form.xlsm
raw water trial proposal.ppt
9901 vs 7768 wet strength comparison 022420.pdf
duracell letter.doc
duracell (tasso facility) porta-feed feasibility checklist.doc
duracell drum safety 1.jpg
accucide for chattanooga coca-cola plant.xlsx
ata - chemical injection for raw water treatment p
bunge - reconciliation worksheet - 2018.xlsx
ata pwt cooling water psr - 06.19.2014.docx
portafeed agreement nalco water 2016 - bunge decatur.docx
chattanooga coca-cola ammonia condenser 3d trasar optimizer worksheet.xlsx
bunge quarterly executive summary - november 2019.pptx
duracell - qes - 3rd quarter.pdf
ata 03.13.2015 building 1103.pdf

bob evans - wastewater notes.msg
ata 07.11.2014 building 1088.docx
plant audit notes - 10.03.2017.docx
ata proposal for purchasing 2007-2008 (towerbrom 960).doc
ata 09.25.2014 building 1103.docx
ccbcu chattanooga - rops proposal with 3dtfm - pc-191t - accucide maintenance 06.12.2015.pdf
porta-feed program, sustainable packaging system.pdf
porta-feed senior composite.pdf
pmw - cargill - guntersville al- wl121 -12.01.2016 with 3dt230.33.xlsx
duracell cooling tower system diagram.pdf
bunge decatur - 2019 chemicals allocated vs. shipped with graph.xlsx
duracell - qes - 2nd quarter 2014.docx
nalco 9901 coa - 08.12.2014.pdf
ata 01.27.2015 building 1088.pdf
duracell - di conductivity controller quote 03.25.2011.pdf
bunge - decatur product order by month.xlsx
ata - chemical injection for raw water treatment p
conagra - 0086799885_n.pdf
conagra - 0086770070_n.pdf
chattanooga coca-cola - quote for third accucide pump 03.18.2014.pdf
certainteed-russellville selecticide 012820.xlsx
prominent pumps - spec 452.pdf
duracell pam.doc
nalco 9901 coa - 09.19.2014 ver.2.pdf
pr-243.pdf
arnold air force base - cooling tower psr 07-21-2015.pdf
duracell - qes - 3rd quarter.doc
conagra - 0069062013_n.pdf
bunge contract worksheet w reconcile sheet.xlsx
ccr 2009-10 cert.pdf
duracell's dma on mouse creek.pdf
ata 09.25.2014 building 1088.docx
cargill guntersville 3 yr usage by product.xlsx
ata 12.15.2014 building 1103.pdf
9987-wscomparison_nalco company - bunge na 171213 - red lined copy - december 2017.docx
image6.jpg
ata 06.19.2014 building 1088.docx
dsc01543.jpg
chattanooga coca-cola proposal 05-10-2013.docx
ata 02.21.14 building 1088.docx
ata 03.13.2015 building 1088.pdf
p&g 1e css supplier letter.doc
ata - chemical injection for raw water treatment p
ata - chemical injection for raw water treatment p
saint gobain nalco overview meetings 012120.ppt
b63 discharge 2 5,02.pdf

104

duracell- mouse creekcleveland tn.mdb
bunge north america - decatur, al safety training certificate.pdf
duracell - ultrasand filter quote - 03.17.2016.pdf
conagra - 0086690855_n.pdf
bunge contract worksheet - ridley version.xlsx
chlorinescavengerstoichiometry - ver 2.pdf
duracell pam.pdf
duracell - qes - 2nd quarter 2014.pdf
microsoft word - 3d trasar boiler technology north american pricing and part numbers -
september 2016.pdf
duracell boiler logsheet.pdf
ata pwt cooling water psr - 04.22.2014.docx
amendment 1 (fy11).doc
duracell - boiler logsheet workbook.xls
chattanooga coca-cola cover page - 3d trasar membranes - october 20, 2014.doc
chattanooga coca-cola - quote for damaged chlorine dioxide analyzer part - 02.12.2015.pdf
image3.jpg
feb - dec 2019 volume report.xlsx
nalco 8185 trial logsheet.xls
bunge decatur - nalco water scope of work 2020.docx
chattanooga coca-cola - quote for accucide spare parts 07.23.2014.pdf
pulsafeeder pulsatron series e spec.pdf
mod approval.pdf
steam plant 02.07.13.docx
ata 03.13.2015 building 1088.docx
2383 pulv coa.pdf
lmi pump spec - spec 475.pdf
bunge - decatur cooling tower operating parameters.docx
duracell cooling tower system diagram.docx
17-05-01 decatur pcaf_drm_pf_ro.pdf
image8.jpg
chattanooga coca-cola - quote for extra accucide pump tubing and pump rebuild kits
09.23.2013.pdf
ccbcu chattanooga - proposal 3dtfm ro services pc-191t - meeting draft.pdf
nalco 9901 coa - 06.23.2014.pdf
ata 06.19.2014 building 1103.docx
representations, certifications, and acknowledgements 2006-2007.doc
9901 specs.doc
duracell cooling tower operating parameters.pdf
porta-feed transfer service q&a.pdf
conagra - 0068326246_n.pdf
arnold afb - quote for third pump and disconnect -
ata 03.26.2014 building 1088.docx
conagra - 0068230748_n.pdf
cargill catalog - confidential - for internal nalco use only.xlsx
chattanooga coca-cola - quote for accucide spare parts 07.25.2014.pdf

FP 46615307.1

scope of work_doc894479.pdf
dsc01533.jpg
cargill - variance report.xlsx
chattanooga coca-cola accucide priority 1 - step 1 service report.xlsx
duracell porta-feed feasibility checklist boiler products.doc
membrane peformance management general terms and conditions - execution copy final.docx
bunge contract worksheet - from ryan sarb.xlsx
dosage calculation worksheet - ver3.xls
duracell porta-feed feasibility checklist.doc
cargill - ba margin report 2016.xlsx
proctor gamble duracell cmv january 2012.xls
3d trasar equipment request for duracell.doc
conagra - 0069062011_n.pdf
arnold air force base - cooling tower psr 05-15-2015.pdf
duracell cooling tower operating parameters.docx
conagra - 0086794235_n.pdf
ata 11.07.2014 building 1103.docx
ata 05.15.2014 building 1088.docx
chattanooga coca-cola - chlorine dioxide chemistry quote - 03.07.2014.pdf
ata 12.15.2014 building 1103.docx
bunge decatur - nalco water scope of work 2018.pdf
example water report.docx
b63 intake 5,02.pdf
chattanooga coca cola sales and volume report january 2015 to april 2020.xlsx
conagra - 0086706686_n.pdf
ammonia condenser 2019 06 17-programoptimization-us-20190617t141739.pdf
duracell insight photo 3.jpg
chattanooga coca-cola - quote for replacement accucide catalyst column 03.18.2014.pdf
duracell (mouse creek boilers) logsheet.doc
certainteed russellville white water selecticide and cycle study.msg
dsc01535.jpg
bunge north america projects 2021.pdf
conagra - 0069193900_n.pdf
bunge decatur transition_service plan september 2017.docx
dsc01538.jpg
representations, certifications, and acknowledgemen
bcp request questionnaire 9901 07jul08.doc
2015 setup _u0066__u006f__u0072__u006d__u0073_ - customer - spa - contract -
portafeeds.xlsx
chattanooga coca-cola fill line & pet 5 3d trasar optimizer worksheet.xlsx
ata 01.27.2015 building 1103.pdf
drawing for chemical treatment system for small section of cooling water loop - proposa
bunge quarterly review - november 2020.pptx
bunge decatur - sale and volume jan 2018 thru aug 2019.xlsx
duracell insight photo.jpg
9987-wscomparison_nalco company - bunge na 171128 - revision from 11.27.2017.docx

FP 46615307.1

ata 08.20.2014 building 1088.docx
bunge packaging towers quote 2019 06 17.xlsx
ccbcu chattanooga - proposal 3dtfm ro services pc-191t.docx
chattanooga coca-cola - quote for catalyst column jaco fittings - 05.21.2015.pdf
dsc01541.jpg
ata 05.15.2014 building 1103.docx
duracell international 28may2008.pdf
duracell drum safety 2.jpg
17-05-4 bunge decatur al proposal.pdf
chattanooga coca-cola - quote for extra accucide pump tubing 09.23.2013.pdf
image5.jpg
ata 01.27.14 building 1103.docx
ata 04.15.2014 building 1088.docx
duracell boiler logsheet.doc
bunge decatur - sale and volume jan 2013 thru september 2020.xlsx
chattanooga coca-cola - quote for third accucide pump 09.23.2013.pdf
duracell proposal.doc
duracell - cell make uet site survey form.xlsx
contingency guide for bunge - decatur boilers.docx
ata 01.27.2015 building 1088.docx
mychart.jpg
plastic porta feed 2.pdf
bunge decatur - sale and volume jan 2018 thru june 2019.xlsx
image7.jpg
chattanooga coca-cola proposal 05-10-2013.doc
chattanooga coca-cola - quote for clo2 reference electrode - 08.06.2014.pdf
02-next gen 3d trasar cooling water reference guide and process (2).docx
ata - chemical treatment program for pwt proposal
pr-314 - reverse osmosis performance services.pdf
bunge trial decatur al 2015.05.03.docx
ezcwo na us - duracell cell make - nalco 3dt289 change to nalco 3dt230.xlsx
bunge decatur - nalco water scope of work 2019.docx
image1.jpg
chlorinescavengerstoichiometry - ver 2.doc
duracell - quote for wwt cooling tower biocide pump - may 2014.pdf
aedc proposal for purchasing - hvac cooling towers
cargill - reconciliation worksheet - 2016.xlsx
ata 10.23.2014 building 1103.docx
envirox for chattanooga coca-cola plant.xlsx
bunge wastewater sop 10-20-15.doc
dsc01542.jpg
cargill - boiler treatment cost calculator - 2016.xlsx
ata proposal for purchasing 2008-2009 (towerbrom 960).doc
boiler supply - 3dtb proposal.doc
pr-243.pdf
acs 02-26-03 buld. 1088.doc

107

mini plastic vs ss comparison.doc
psw100 (particle size analysis report) example.pdf
boiler supply - 3dtb proposal.pdf
acs 04-30-03 buld. 1103.doc
arnold engineering arnold afb - softener a - december 2010.pdf
3d trasar spec sheet.pdf
automated towerbrom biocide feeders - spec479.pdf
aedc proposal for purchasing 2005-2006 (hvac systems).doc
arnold afb softener effluent 3-09.pdf
enu - arnold engineering dev centerarnold afb - building 700 hot water loop
nexguard test procedures- dr-890.pdf
aedc 03-07-02 f-1088.doc
ata raw water clarification.pdf
general services administration - gsa pricing 02.01.2017.pdf
acs 11-25-03 buld. 1088.doc
gsa catalog updated for 08.01.2017.pdf
nexguard residual.xls
pr-227.pdf
j-6 boiler deposit analysis.pdf
arnold engineering arnold afb - condensate polisher 1 - december 2010.pdf
05-b-0013.pdf
arnold afb-bio- membrane system assessment form .doc
acs 01-15-03 buld. 1088.doc
acs 10-25-02 buld. 1103.doc
published price list for nalco's 3d trasar controllers.doc
pr-157 jr. porta-feed information.pdf
product bulletin_ 1700.pdf
ata - softener b effluent 1-28-2010 water analytical report.pdf
aafb acs f-1088 03-08-02.pdf
arnolds plant survey.pdf
enu - arnold engineering dev center - arnold afb - carbon filter a - ni003
arnolds ro effluent analytical report 09-02.pdf
resin analysis on softener b.doc
enu - arnold engineering dev center - arnold afb - building 700 chilled wat
pr-151porta-feed transfer service information.pdf
wl121 sales and volume report - jan 2013 to sept 2020.xlsx
sur-guard test for dr890.pdf
product bulletin_ 1257.pdf
lay-up of boilers.zip
arnold afb cooling tower operating parameters.pdf
acs 09-25-02 buld. 1103.doc
enu - arnold engineering dev centerarnold afb - pwt - cooling water system -
3d trasar information.pdf
polyethylene porta-feed spec sheet 2.pdf
arnold air force basearnold afb.mdb
polyethylene porta-feed spec sheet.pdf

108

acs proposal for customer.ppt
acs 05-28-03 buld. 1088.doc
enu - arnold engineering arnold afb - da sample point - 3dt boiler - nw08564
enu - arnold engineering dev center - arnold afb - carbon filter a - nd0224
copy of arnold afbcontract worksheet - potable water sole source - december 2017.xlsx
pr-159 max porta-feed information.pdf
aedc building f-1088 03-05-02.pdf
nalco recommended ro membrane cleaning procedures.doc
enu - arnold engineering dev center arnold afb - nb037849 - 00833528.pdf
arnold afb cooling tower operating parameters.docx
arnold afb - nalco action plan scorecard.xlsx
quote for 3d trasar installation.doc
industrial boiler - 3dtb proposal template.doc
acs 09-25-03 buld. 1103.doc
ata - 3dtb proposal.doc
acs 11-25-03 buld. 1103.doc
acs 07-11-03 buld. 1088.doc
pr-158 sr. porta-feed information.pdf
acs 10-30-03 buld. 1088.doc
acs 08-19-03 buld. 1088.doc
published price list for nalco's 3d trasar controllers.pdf
acs 04-30-03 buld. 1088.doc
arnold engineering arnold afb - condensate polisher 2 - december 2010.pdf
acs 10-30-03 buld. 1103.doc
enu - arnold engineering dev center - arnold afb - carbon filter a - ni003
bl5523bh model (1).pdf
3d trasar information 2.pdf
arnold engineering arnold afb - softener b - december 2010.pdf
gsa mod approval contract and pricing.pdf
3d trasar boiler manual ver 4.2 11-10-10.zip
ata - ro1 effluent 1-28-2010 water analytical report.pdf
enu - arnold engineering dev center arnold afb - nb038355 - 00846287.pdf
lay-up of boilers.pdf
nexguardautomationprimer.doc
arnold afb-scale- membrane system assessment form .doc
raw water proposal august 2007.ppt
acs 05-28-03 buld. 1103.doc
acs 07-11-03 buld. 1103.doc
ata - 3dtb proposal.pdf
porta-feed transfer overview.pdf
pc-11.pdf
acs service plan steam plant.xls
mini plus porta-feed spec sheet.pdf
acs 01-15-03 buld. 1103.doc
resin analysis on softener a.doc
arnold afb - nalco action plan scorecard.pdf

FP 46615307.1

enu - arnold engineering dev centerarnold afb - building 100 hot water close

product bulletin_ pc-98.pdf

industrial boiler - 3dtb proposal .pdf

arnolds plant survey.doc

acs 03-27-03 buld. 1088.doc

boiler blowdown control 101 ver 1.1 2-12-10.pdf

enu - arnold engineering dev center - arnold afb - building 700 chilled wat

nalco recommended ro membrane cleaning procedures.pdf

arnold afb rosa projection bw30-40034i.pdf

arnold afb 3d trasar boiler worksheet for proposal.pdf

3d_trasar_3dt265_uscueg.pdf

acs proposal.ppt

ata - boiler #3 (failed tube) deposit sample - may 2010.pdf

3d trasar boiler manual ver 4.2 11-10-10.pdf

rcpc1000.doc

bl_frame_views model (1).pdf

acs 08-19-03 buld. 1103.doc

j - 6 boiler softener resin - form74 ion exchange analysis - october 2014.doc

arnold engineering dev center - arnold afb - 00118785.zip

acs 03-27-03 buld. 1103.doc

arnold afbcontract worksheet - potable water sole source - december 2017.xlsx

acs 12-06-02 buld. 1088.doc

2005 gsa federal supply schedule.doc

acs 09-25-02 buld. 1088.doc

arnold afb effluent from softeners 9-02.pdf

arnold afb potable water analysis march 2009.pdf

acs 02-26-03 buld. 1103.doc

warranty 3dt bw + cw 2-22-11.pdf

industrial boiler - 3dtb proposal.pdf

raw water analysis.pdf

acs 09-04-02 buld. 1088.doc

sur-gard test for 2010.pdf

acs 09-04-02 buld. 1103.doc

ata raw water clarification.doc

nexguard automation selection guide rev 052002.ppt

acs 10-25-02 buld. 1088.doc

acs 09-25-03 buld. 1088.doc

sur-gard testing procedures - dr-890.pdf

enu - arnold engineering dev center - arnold afb - building 100 closed loop

product bulletin_ 2536 plus.pdf

enu - arnold engineering arnold afb - accumlators - nw006670 - 00215225.pdf

quote for automated towerbrom biocide feeder.pdf

condensate polishers resin analysis december 2007 arnold engineering arnold

acs 12-06-02 buld. 1103.doc

aedc proposal for purchasing 2006-2007 (hvac systems).doc

representations, certifications, and acknowledgements 2011 - ver2.pdf

membrane system assessment form rev 2_09.doc
district fact pack wl121r mccreary march 2018.xlsb
06 - district fact pack wl121 june 2020.xlsb
03 - march region fact pack wl east central march 2020.xlsb
08 - district fact pack wl121 august 2020.xlsb
09 - region fact pack wl east central september 2020.xlsb
district fact pack wl121 with territory moves.xlsb
04 - district fact pack wl166 april 2020.xlsb
07 - district fact pack wl121 july 2020.xlsb
06 - district fact pack wl121 june 2020 - for kaytie haytie.xlsb
04 - district fact pack wl121 april 2020.xlsb
fbmn reps forced ranking - q1 2020 .xlsx
05 - district fact pack wl121 may 2020.xlsb
2018 dm metrics-final.xlsx
03 - district fact pack wl166 march 2020.xlsb
12 - combined district fact pack wl121 wl166 december 2019.xlsb
12 - district fact pack wl121 december 2017.xlsb
02 - district fact pack wl166 february 2020.xlsb
12 - district fact pack wl121 december 2018.xlsb
12 - district fact pack wl121 december 2019.xlsb
fbmn district manager metrics-2019.xlsx
ec sales reps-5 year performance - 2019.xlsx
12 - district fact pack wl121 december 2017 - revised with manual update.xlsb
03 - district fact pack wl121 march 2020.xlsb
12 - district wl121 fact pack december 2016.xlsb
12 - district fact pack wl166 december 2019.xlsb
district fact pack wl121 2017 restatement.xlsb
district fact pack wl166 december 2019 restated.xlsb
district wl121 fact pack december 2016 restatement.xlsb
district fact pack wl121 december 2019 restated.xlsb
wl121 wl126 temp fact pack restatement march 2015.xlsb
01 - district fact pack wl121 january 2020.xlsb
02 - district fact pack wl121 february 2020.xlsb
fbmn reps forced ranking - final 2019.xlsx
district fact pack wl121 december 2018 restatement.xlsb
district wl121 fact pack december 2014.xlsx
district wl121 fact pack december 2015 restatement.xlsx
12 - district wl121 fact pack december 2015.xlsx
district wl121 fact pack december 2014 - from trevor in 2015.xlsx
district wl121 fact pack december 2014 restatement.xlsx
12 district wl121 fact pack december 2015.xlsx
wp127 fact pack december 2013.xlsx
12 - wp127 fact pack december 2013.xlsx
12 - district wl121 fact pack december 2014.xlsx
wp127 fact pack all-in-one 201211.xlsx
nw 151 yoy with svc org breakout - usd 2007.xls

FP 46615307.1

nw 151 yoy with svc org breakout - usd 2006.xls
nw151 yoy 200812 bi raw.xls
nw151 yoy report usd dec 2004.xls
wp127 district fact pack 200912.xls
wp127 fact pack 2011-12.xlsx
nw151 yoy report usd dec 2005.xls
wp127 yoy 200912 formatted.xls
wp127 fact pack revision 2010-12.xls
20180621_fact pack season update v2.xlsx
tracide basic intro.ppt
winterizing 3d trasar solids units.docx
trasar trac104 closed system treatment.docx
3m clean-trace flyer.pdf
3d trasar 3dts68 cooling water corrosion and deposit inhibitor.docx
adv-1740 save water by increasing tower cycles.pdf
increase condensate return - customer instructions.docx
nalco 2513 corrosion inhibitor.docx
differential microbiological analysis guide 2a.pdf
dma analytical letter 2.doc
quote template for c.docx
legionellosis guideline best practices for control of legionella.pdf
pac-3b--once through cooling water technology and benefits ver2.docx
adv-1738 controlling scale in firetube boilers.pdf
chemtreat solutions brochure - boiler case study.pdf
increase condensate return - sales rep instructions.docx
water energy savings from closed loop leaks (v1.0).xlsm
pac-3d--biocides product presection.docx
closed system product guide.xlsx
na biocide product guide.xls
accuvator 100a.docx
nalco 7330 cooling water treatment biocide.docx
3d trasar 3dt260 multifunctional cooling water treatment.docx
insight systems reliability center_src.pdf
staÂ·brÂ·extm st70 microorganism control chemical.docx
energy savings from scale removal in ammonia condensers (v1.0).xlsm
nalco 2840 cooling water biocide (1).docx
best practices for closed loop chill water systems.docx
trasar trac108 closed loop corrosion inhibitor.docx
trasar trac102 traced closed system treatment.docx
closed loop best practices.ppt
pac-3b--once through cooling water technology and benefits.docx
b-1208 cleaning disinfection of cooling towers.pdf
flow diagrams - actibrom.xls
energy water savings from steam leaks (v1.0).xlsm
cl-127 ph balanced coil cleaner.docx
acti-brom calculator.xlsx

nalco 23299 dosage test kit procedures.pdf
3d trasar 3dt230 cooling water corrosion and deposit inhibitor.docx
water savings by increasing tower cycles(v1.0).xlsm
firetube boiler energy savings from scale control (v1.0).xlsm
truesense case ch-1114.pdf
optimize tower cycles - customer instructions.docx
3d trasar 3dt487 cooling water corrosion and deposit inhibitor.docx
3d trasar 3dt118 cooling water scale inhibitor and dispersant.docx
dma analytical letter 2.docx
nalco 7000 cpp.docx
value creation - role play set up and csp review.pptx
cooling water biocide product presection guide.doc
3d trasar 3dt222 corrosion inhibitor.docx
cooling water scale and corrosion inhibitor product selection guide.doc
accucide 101a.docx
cooling system on-lineboff-line iron clean-up programs.doc
tower_calculations.xls
hospitality corp. account tower c&d pricing quotation (9-23-2014).docm
wet or dry lay up of cooling and closed systems.docx
savings from reduced corrosion rates(v1.0).xlsm
hpac water treatment guidelines.pdf
application chemistry guidelines.doc
01-best practices general closed systems v2013.pptx
truesense news release.docx
insight knowledge mgt solutions.pdf
nalco 73924 iron corrosion cleaner.docx
cl-50 corrosion and deposit inhibitor.docx
ap-015-890 - zinc.pdf
slide - 3d-trasar vs ge truesense.pptx
3d trasar 3dt701 cooling system passivation treatment.docx
dma analytical letter.doc
optimize tower cycles - sales rep instructions.docx
3d trasar 3dt289 cooling water corrosion and deposit inhibitor.docx
trasar trac200 closed system corrosion inhibitor.docx
recirculating layup best practices example letter.docx
re little dipper webmaster .msg
epri ccw mb control.doc
truesense vs 3d distilled version - may 08_2014 used in ichamp presenta....xlsx
acti-brom 1338 bromine biocide dispersant.docx
solidbionox.docx
nalco 2840 cooling water biocide.docx
boiler water energy savings by increasing cycles (v 1.0).xlsm
checkmate ge water technologies v1.pptx
adv-1741 savings from reduced corrosion rates.pdf
chlorinescavengerstoichiometry.doc
cooling calc nalco 2001.xls

optimize boiler cycles - customer instructions.docx
3d trasar 3dt198 corrosion inhibitor.docx
dma analytical letter 2.pdf
steam & cooling calculations updated.xls
optimize ammonia condenser due to scale - sales rep instructions.docx
cooling water wet storage lay up.docx
ca hospitality tower c&d price tool (rev 9-19-14).pdf
differential microbiological analysis.pdf
trasar trac101 traced closed system treatment.docx
chemtreat ctvista bulletin - complete.pdf
3d trasar 3dt199 corrosion inhibitor.docx
white rust application guide ver ag2 rev 032312.docx
adv-1742 water energy svgs from closed loop leaks.pdf
7000 label.pdf
fw ge controller is sucking wind.msg
best practices for accucide mn applic in closed cooling 111511.docx
3d trasar 3dt231 cooling water corrosion and deposit inhibitor.docx
tower lay up.pptx
trasar 23299 cooling water diagnostic program.docx
adv-1739 energy water svgs from steam leaks.pdf
nalco 8357 dispersant.docx
cp1150en - ge insight security faq.pdf
nalco 73361 closed system corrosion inhibitor.docx
optimize ammonia condenser due to scale - customer instructions.docx
insight_tank_monitoring_en.pdf
adv-1743 reducing scale in ammonia condensers.pdf
towerbrom 960 cooling water biocide.docx
nalco 7346 tab biocide.docx
cl-122 alkaline coil cleaner.docx
optimize boiler cycles - sales rep instructions.docx
guideline for cooling tower cnd work processguideline for cooling tower cnd work process.pdf
trasar trac100 closed system corrosion inhibitor.docx
h-550 cooling water microbicide.docx
boiler water energy savings by increasing condensate return (v1.0).xlsm
3d trasar program selection for cooling water.pptx
chemistry testing guidelines quick view.xls
introducing 3dt231 replacement for 3dt289.docx
adv-885-pac-3 cooling water.pdf
3d trasarÂ® 3dt265cooling water scale and corrosion inhibitor.docx
3d trasar 3dt283 cooling water corrosion inhibitor.docx
adv-1736 increasing boiler cycles.pdf
role play scorecard.pptx
permaclean pc-98 membrane cleaning compound.docx
pilgrims pride live oak 11-15-16.doc
pilgrim's pride sanford proposal 7-16-15.docx
vicksburg gantt chart.xlsx

FP 46615307.1

trident seafoods wastewater proposal 2-4-16.doc
chobani waste water treatment proposal 2014 (3).doc
contingency guide for boilers.doc
isonova social circle ga 3-27-14.doc
permatreat pc-191t membrane antiscalant.docx
asmefeedwatererrata.doc.rtf
energy & water saving calculations 5.7 form 963 locked.xls
pilgrim's-jbs boiler operator training final 4kwk.ppt
how to protect your boiler during shutdown.pdf
sur-gard 1700 oxygen scavenger.docx
nalmet 1691.docx
nalco cv941 - aqueous ammonia - condensate corrosion inhibitor.docx
testing turbidity procedure.docx
condensate system protection information.pdf
nalco 1722 chemical oxygen scavenger.docx
na pac 1 product compendeum 17jun2009.xls
nalco bc1011 chemical oxygen scavenger.docx
deatempprofile.doc
nexguard 22310 boiler internal treatment.docx
asme boiler limits.doc
ad-pas manual.pdf
florida distillers proposal - waste water treatment.pdf
coagulant make down procedure.docx
nalco 1721 pulv oxygen scavenger.docx
deaerator survey form.doc
steam table.xls
contingency guide.doc
example wwt proposal using jar testing.doc
nalclear 7768 anionic flocculant.docx
nalco bc2036t with trasar3.docx
boiler boil-out.doc
spec-523.pdf
coagulant cheat sheet.xlsx
nalco 7680 cpp.docx
3dtb condensate monitoring basics ver 1.0 4-18-11.pdf
adv-885-pac-1 quickrefguide.pdf
tyson ww operators manual.docx
condensate q&a.pdf
flocculant cheat sheet.xlsx
contingency guide.docx
conquorÂ® 3588condensate corrosion inhibitor.docx
tyson vicksburg wwt dosages and use cost template.xlsx
nalco 1720 chemical oxygen scavenger.docx
pac1 salesservicetools(pig) mar07.zip
dissolved oxygen vs temp.xls
venting rates tray and spray da.doc

FP 46615307.1

nalco 2567 alkaline cleaner.docx
tri-act 1830 condensate corrosion inhibitor.docx
pac1pignov05.xls
adv-885-pac-2 quickrefguide.pdf
nalco 7408 dechlorination chemical.docx
nalco 359 condensate corrosion inhibitor.docx
tri-act 1820 condensate corrosion inhibitor.docx
w&wcalcs-blank.xls
nalstrip 7577 alkaline boilout additive and high foaming cleaner.docx
topsoxygenexcursiontop115.doc
09 - september 2018 turndoc incentive invoice.xlsx
christmas list 2011.doc
05 - may 2017 turndoc incentive invoice.xlsx
10 - october 2015 turndoc incentive invoice.xlsx
jack stone 02 - 2017 nalco sales incentives details report.xlsx
06 - june 2017 turndoc incentive invoice.xlsx
11 - november 2018 turndoc incentive invoice.xlsx
02 - february 2015 turndoc incentive invoice.xlsx
ridley and weeks building cost estimate.xls
chilled water cooling tower sep 2016.pdf
05 08 gm closed loop welder water system specs.doc
04.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
copy of monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen quote for annual analytical analysis 08.17.2015.docx
volkswagen quote for weld water closed loop analytical testing 01.26.2016.docx
07.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
03.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen quote for bleach pump rebuild kits - 10.27.2016.docx
nalco fact sheet - legionella remedial action guide.pdf
volkswagen quote for weld water closed loop analytical testing 01.26.16.pdf
invoice report for blanket po 6000110290 thru 072417.xlsx
04.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen quote for pulsafeed pump rebuild kits - 10.14.2015.pdf
hot water closed loop sep 2016.pdf
volkswagen quote for 12.5% sodium hypochlorite 06.15.2016.docx
volkswagen quote for pulsafeed pump rebuild kits - 10.14.2015.docx
05.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
02.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen quote for new bleach pump 01.31.17.pdf
volkswagen quote for closed loop inhibitor and biocide - 04.12.2016.pdf
volkswagen quote for nalco trac100 and 77352na 102816.docx
wwcl deposit from strainer in body shop 01-27-16.pdf
07.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen quote for new bleach pump 01.31.17.docx
legionella chain of custody form.docx
volkswagen quote for 3dt260.33 11.23.2015.pdf

FP 46615307.1

volkswagen quote for 3d trasar maintenance materials - 11.09.2015.docx
volkswagen group of america water treatment - nalco proposal 10.30.2015.pdf
8300 series ct-07 submittal.pdf
volkswagen quote for 3dt260.31 08.19.2016.docx
nalco quote for it server room water treatment.pdf
09.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
03.2016 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
instructions for entering volkwagen inventory into the era database.docx
11.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
06.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
04.2016 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
turner supply quote for nalco 7330.15 - 04.17.2017.docx
vw cooling tower corrosion coupons jan 2017.pdf
revised nalco mm-2.pdf
09.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen group of america water treatment - nalco proposal 10 30 2015.pdf
nalco brent fiddler gate 1 access form filled in.xls
01.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
invoice report sep 2016 to aug 22 2017.xlsx
volkswagen quote for pulsafeed pump rebuild kits - 03.20.2016.docx
volkswagen quote for nalco 3dt260.31 102816.docx
chattanooga - contractor plant access request form cammi kirk nalco.xls
07.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
nalco pricing_matrix_bidders.xlsx
cooling towers - clean disinfect lp test.pdf
11.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen quote for 12.5% sodium hypochlorite 10.05.2015.pdf
06.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
invoice report jan to dec 2014.xlsx
meeting_minutes_nalco.pdf
01.2016 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
01.2017 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
fact sheet-legionnaires.pdf
annual facilities water treatment quote for volkswagen chattanooga 08.08.17.docx
nalco mm - 8-19.pdf
pot feeder spec sheet spec-302.pdf
volkswagen quote for closed loop inhibitor and biocide - 01.26.16.pdf
volkswagen chemical inventory.xls
11.2016 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
02.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen quote for nalco 1338.33 121316.docx
04.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
15144 chilled water piping.docx
turner supply quote for nalco 7330.61 - 04.12.2017.docx
07.2016 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen quote for nalco gateway 3g - 05.12.2016.docx

117

ldf room loop water bio analysis june 2017.pdf
chilled water closed loop sep 2016.pdf
08.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
invoice report jan to sep 2015.xlsx
vw bid pricing from bosak.pdf
mb-pp-03 chiller submittal part 3 of 3.pdf
vw chattanooga domestic water testing for upchurch 071316.doc
contractor plant access request form brent fiddler nalco.xls
nalco final 2016 spare parts bid.xlsx
02.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
05.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
weld water closed loop sep 2016.pdf
era computer setup steps_rev2.pdf
weld water cooling tower sep 2016.pdf
annual bio analyses for all systems sep 2016.pdf
volkswagen quote for 3d trasar maintenance materials - 10.12.16.docx
01.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
12.2016 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
12.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen quote for it server room water treatment 05.18.17.docx
utc facilities org chart.pdf
vw rev and lbs report 2016 vs 2017 ytd 072417.xlsx
wwcl water fr media analytical report 01-27-16.pdf
volkswagen quote for bleach - 09.21.2015.docx
04.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
mb-pp-03 chiller submittal part 2 of 3.pdf
ehs-wsp request (na).docx
order acknowledgement for trac100 and 77352na w new pricing 020216.pdf
volkswagen quote for annual analytical analysis 08.08.2016.docx
volkswagen quote for annual analytical testing 08.08.2016.pdf
vw usa opportunities 22-06-2015.xlsx
volkswagen quote for annual analytical analysis 08.17.2015.pdf
annual facilities water treatment quote for volkswagen chattanooga 08.08.17.pdf
05.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
pricing_matrix_bidders.xlsx
volkswagen quote for 3dt260.31 05.24.2016.docx
08.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
annual chemical treatment requirements for facilities.docx
turner supply quote for nalco 7330.15 - 04.17.2017.pdf
06.2016 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
nalco 2016 rebid general stores pricing sheet.xlsx
utc sustainability update - november 2015.pdf
volkswagen quote for nalco gateway 3g - 05.12.2016.pdf
07.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
appa conference contact list utc 2015.pdf
vw quarterly vendor batch update instructions.doc

118

03.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
nalco's recommendation for volkswagen mm - 08.19.2016.pdf
06.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen quote for nalco 1338.33 051016.pdf
nalco cl-122 coil cleaner sds.pdf
volkswagen quote for bulk tank fills closed loop inhibitor and biocide 10.27.2016.docx
revised part# nalco final 2016 spare parts bid (3).xlsx
iso suppliers meeting november 2016.pdf
city water makeup sep 2016.pdf
10.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
09.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
02.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
gate 1 access form cammi kirk nalco.xls
chardon labs report for weld water vw p3.doc
volkswagen quote for nalco 1338.31 102816.docx
vw 3 year contract meeting minutes signed aug 2016.pdf
chemical_treament_year_two_quote.pdf
10.2016 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
southeastern container 01.31.07.doc
southeastern container 05.06.doc
sec cooling tower dma jan.07.pdf
dsc00938.jpg
nalco-powder binder.xlsx
sps -southeastern container -clevelan, tn -nw54 -9-25-06.xls
southeastern container 09.12.06.doc
dsc00641.jpg
southeastern container 06.18.07.doc
dsc00635.jpg
2016-06-vitalsigns.pdf
dsc00639.jpg
southeastern container 11.01.07.doc
southeastern container 07.13.07.doc
southeastern container 03.08.07.doc
southeastern container 10.20.06.doc
dsc00632.jpg
southeastern container 07.27.06.doc
southeastern container 3d trasar data 09.06.07.xls
pma southeastern container 2006-2007 with 3d trasar lease no chemical.xls
southeastern container 02.26.07.doc
closed loop analysis.pdf
southeastern container 08.05.08.doc
pmw southeastern container -cleveland, tn -nw54 5-1-08 3d trasar.xls
southeastern container 03.12.08.doc
dsc00638.jpg
sec closed loop dma jan. 07.pdf
sps -southeastern container -clevelan, tn -nw54 8.01.07.xls

FP 46615307.1

southeastern container 05.03.06.doc
w0600834.pdf
15-15772 coa poly powder lot gr5c0030.pdf
ap-138 organic phosphate test procedure.pdf
2015 shipment report supreme resources.xlsx
southeastern container 04.25.07.doc
southeastern container 3d trasar data 08.05.08.xls
pmw southeastern container -cleveland, tn -nw54 5-1-06 3d trasar.xls
southeastern container 12.20.07.doc
synergy health pam checklist order form january 2016.doc
nalco response to 9901 price decrease request 04-20-16.doc
dsc00939.jpg
southeastern container dma 7.06.2006.pdf
southeastern container 06.12.08.doc
dsc00631.jpg
sec cooling tower dma 2.1.07.pdf
southeastern container 05.23.07.doc
southeastern container make-up analysis.pdf
southeastern container 3d trasar data 02.25.08.xls
dsc00640.jpg
southeastern container 04.09.08.doc
southeastern container 3d trasar data 05.23.08.xls
420-c0385p hardness drop test procedure.pdf
southeastern container 01.17.08.doc
dsc00633.jpg
nalco response to 9901 lot number issue 11-19-15.doc
southeastern container 3d trasar data 06.12.08.xls
sec closed loop water analysis 2.2.07.pdf
southeastern container 3d trasar data 01.17.08.xls
pmw southeastern container -cleveland, tn -nw54 5-1-07 3d trasar.xls
southeastern container 05.23.08.doc
southeastern containercleveland tn.mdb
southeastern container 09.21.06.doc
ap-148 alkalinity test procedure.pdf
southeastern container 02.25.08.doc
southeastern container 06.08.06.doc
sec closed loop dma 2.1.07.pdf
nalco service report synergy health - sri 8-31-18_20180831.pdf
nalco service report synergy health - sri 9-28-18_20180928 (1).pdf
nalco response to 9901 lot number issue 11-19-15.pdf
dsc00937.jpg
southeastern container 09.06.07.doc
w0600952.pdf
nalco response to 9901 price decrease request 04-20-16..pdf
southeastern container psr 06.29.05.xls
southeastern container 08.31.06.doc

FP 46615307.1

southeastern container 08.02.07.doc
dsc00634.jpg
southeastern container 3d trasar data 03.12.08.xls
southeastern container 3d trasar data 11.01.07.xls
cooling tower sump analysis.pdf
southeastern container 07.11.08.doc
southeastern container 3d trasar data 07.11.08.xls
southeastern container bus review mar 20 2017.pdf
southeastern container 3d trasar data 02.02.07.xls
southeastern container proposal cover sheet.ppt
02 02 2006 092119southeastern container_cleveland, tn_cooling tower.xml
southeastern container 3d trasar data 7.27.06.xls
southeastern container 2007 abr cover sheet.ppt
southeastern container abr notes mar 21 2017.jpg
nalco service report for southeastern container cooling water systems july 2016.pdf
proposal cover letter.doc
southeastern container proposal.doc
southeastern container 3d trasar data 12.21.06.xls
southeastern container 3d trasar data 04.25.07.xls
nalco service report for southeastern container cooling water systems aug 2016.pdf
southeastern container 3d trasar data 6.29.06.xls
southeastern container 3d trasar data 9.21.06.xls
representative experience.doc
southeastern container 3d trasar data 10.20.06.xls
sec cooling tower 3d trasar optimizer - may 2015.xlsx
southeastern container 3d trasar data 08.02.07.xls
sec cost spreadsheet.xls
southeastern container review mar 20 2017.docx
southeastern container 3d trasar data 6.2.06.xls
sec abr 2007.ppt
deposit analysis from mold machines.pdf
southeastern container 3d trasar data 11.29.06.xls
nalco service report for southeastern container mar 2020.pdf
southeastern container cmv aug 2016.xls
southeastern container cleveland proposal worksheet.xlsx
nalco 7346 tab biocide cpp.docx
nalco water treatment proposal for iac dayton plant 1 jan 2015.pdf
nalco 3d trasar solids - product bulletin b-1365.pdf
wl12106 - la z boy - 9135497 renewal spreadsheet.xlsx
pilgrims chattanooga complex product usage worksheet oct 2016 ver 2.xlsx
img_0667.jpg
la-z-boy water treatment service completion letter - 02.2016.docx
nalco h550 msds.pdf
img_0654.jpg
mayfield dairy farms - boiler psr 08-20-2015_20150820.pdf
envision psr notes sept 2015.docx

FP 46615307.1

iac dayton invoice list jan to mar 2016.xlsx
international paper business review may 2016.pdf
nalco 22310 and 1720 quote 062016.pdf
img_0670.jpg
nalco annual review lazboy dayton may 2020.doc
ellijay proposal april 2008.pdf
southeastern container cooling water systems automated report_20160620.pdf
condenser inspection report mayfield athens tn 031616.xls
chilled water leak savings calculator.xlsm
dean foods contract billing adjustment form.xls
la-z-boy water service completion letter - 08.2015.docx
la-z-boy water service completion letter - 12.2015.docx
mayfield invoice list report jan - dec 2015.xlsx
ultrasoft softener bulletin b-469.pdf
nalco 7346 tab biocide msds.pdf
nalco quote for ammonia chemical feed pump and quill 02.24.17.pdf
faq2 advancements in boiler boil-out.docx
7469 water-based defoamer bulletin.pdf
nalco 2567 boiler cleaner msds.pdf
nalco services quote for iac dayton plant 2 121216.pdf
la-z-boy water treatment service completion letter - 12.2016 01.2017.pdf
mayfield shipment report mar - july 2017.xlsx
chattanooga marriott downtown propsoal 07-14-2014.pdf
staÂ·brÂ·ex st70 microorganism control chemical bulletin.pdf
nalco 3dt260 inhibitor bulletin.pdf
img_0674.jpg
international paper pam 2016.docx
marriott franchise pricing (avendra pricing - ave).pdf
la-z-boy water treatment service completion letter - 01.2016.docx
img_0661.jpg
st70 microorganism control chemical cpp.docx
img_0638.jpg
img_0675.jpg
southeastern container chilled loop june2016.pdf
copy of pilgrims proposal 10 26 16_chattanooga 1.xlsx
img_0630.jpg
img_0636.jpg
nalco annual review iac dayton tn sep 2016.doc
shipment report m&m 2014 to july 2016.xlsx
3dt231 cpp.docx
apn-019_ls_drum_mounted_models.pdf
o ring deposit analysis chilled loop dec 2015.pdf
ultrasoft li series duplex spec-559.pdf
nalco service report for mayfield dairy athens 071116.pdf
nalco 1720 order acknowledgement 073115.pdf
fleck 3200 nxt service manual.pdf

la-z-boy water treatment service completion letter - 11.2016.docx
iac dayton cooling tower dec 2015.pdf
mueller chattanooga proposal january 19 2016.docx
iac dayton water treatment recommendations jan 2015.pptx
jbs pilgrims 3d trasar automation v2.0.pptx
m&m invoice list sept to dec 2015.xlsx
southeastern container remote service report_20200410.pdf
nalquill injector spec-253.pdf
trasar trac104 closed system treatment cpp.docx
img_0668.jpg
m&m industry water treatment contract scope 2015 - 2016.xlsx
po12335912rev-0 may 2020.pdf
dean foods ci summary report feb 2016.xlsx
assembly drawing for filter usp 116ss50 50140 rev1.pdf
2009 night of knights pilgrims pride purch contact.pdf
oasis 904 sds cad-english.pdf
nalco portafeed base tank agreement for sec.pdf
po1627804rev-0.pdf
surveypp 2008.xls
img_0632.jpg
img_0655.jpg
mayfield athens tn dean foods contract billing adjustment form feb 2016.xls
nalco quote for back cooling tower controller and sand filter.pdf
southeastern container_150105831_cleveland, tn 37311_pre-treatment -
softenerfilter_7212016_sor8.xls
la-z-boy water treatment completion letter -may 2020.pdf
signed portafeed base tank agreement july 2015.jpg
mayfield dairy farms cooling tower operating parameters.pdf
copy of sec cooling tower 3d trasar optimizer - may 2015.xlsx
nalco cv941 msds.pdf
la-z-boy water treatment service completion letter - 05.2016.docx
southeastern container cooling water systems automated report_20160314.pdf
7 day report - mayfield dairy farms athens tn - 150208291 - condenser towers - 36631 - 3d trasar
for cooling water _20160321.pdf
la-z-boy water treatment service completion letter - 08.2016.docx
img_0650.jpg
nalco 18 in injection quill quote.pdf
img_0658.jpg
img_0686.jpg
16 01 iac dayton - cost analysis worksheet.xls
pilgrims chattanooga feed mill 150207896 survey sor 11-16-16.xlsm
img_0683.jpg
ppc rfp plant contact list.xls
pilgrims chattanooga kill plant 150207898 survey sor 11-16-16.xlsm
nalco service report for mayfield dairy athens 091916.pdf
img_0645.jpg

zurn boiler sidewall header material removed on shutdown may 2017.pdf
nalco water treatment agreement scope oct 2015 - sep 2016.pdf
dean foods 3dt survey sept 2015.xlsx
la-z-boy water treatment service completion letter - 01.2016.pdf
nalco ultrasand filter spec-675[1].pdf
nalco 1720 quote 071715.pdf
draft la z boy dayton boiler water system assurance e-z setup form.xlsm
img_0644.jpg
mayfield invoice report 2014.xlsx
img_0678.jpg
o ring deposit chilled loop injection mold dec 2015.pdf
international paper cleveland cmv workbook 2015.xlsx
nalco cv941 fda compliance letter 2017.pdf
brenntag mid-south - order confirmation jan 2016.pdf
m&m industry water treatment contract scope june 2016 to may 2017.xlsx
po1720814rev-0 june 2015.pdf
img_0665.jpg
m and m upper plant mold deposit- chilled h2o.pdf
la-z-boy water service completion letter - 12.2015.pdf
nalco business review - international paper cleveland tn may 2017.docx
img_0676.jpg
n2567cpp.pdf
ngg info.jpg
img_0669.jpg
quote for 3dtrasar maintenance package jan 2016.pdf
img_0685.jpg
iac dayton tn cooilng tower cooling water system assurance e-z setup form v1-na_only (2).xlsm
prominent concept pump spec-490.pdf
sec cooling tower 3dt004025 chilled water closed system assurance e-z setup form v1-na_only.7z
img_0640.jpg
ip service expectations 2017.pptx
replacement sand part numbers for diamond filter fr b chambers.pdf
mueller boiler water dec 2015.pdf
img_0646.jpg
la z boy dayton boiler water system assurance e-z setup form.xlsm
southeastern container chilled loop july 2015.pdf
shipped invoice report 2018-2020.xlsx
img_0631.jpg
programming notes softener 3200 nxt.doc
la-z-boy water treatment service completion letter - 06.2016.docx
img_0649.jpg
may june july 2020 purchase order - nalco water treatment.pdf
la-z-boy water treatment service completion letter - 11.2016.pdf
iac dayton chemical usage calcs.xlsx
mayfield dairy farms - boiler system survey 2016.pdf

124

metal samples aluminum coupon quote qt#112301.pdf
iac dayton fixed ba po mar 2016 to feb 2017.pdf
nalco 22310 us fda compliance letter 2016.pdf
nalco 3dtrasar technology b-1425.pdf
surveypp elberton.xls
img_0628.jpg
boiler conductivity meter quote 062716.pdf
ecolab_nalco water care contract billing adjustment form 06_16_16.pdf
nalco ultrasoft li series twin alternating softener 1 in spec-569.pdf
la-z-boy water treatment contract with 3dt for boiler 2015-2016.xlsx
sulfuric acid 93 label from brenntag.pdf
proposal pricing email from murasky jan 2016.pdf
img_0637.jpg
img_0671.jpg
nalco softener installation quote aug 2016.pdf
international paper cleveland tn plant survey april 2016.pdf
chilled water corrosion coupons steel and alum dec 2016.pdf
elastomer analysis of seals from texas childrens hospital 09142012.docx
14 04 iac corporate -nalco business presentation.pptx
15 10 iac - nalco plant survey process.pptx
mayfield abr mar 2016 - draft.pptx
nalco ammonia feed pump quote 032217.pdf
redoxx 60 procedure v2 proposal 1.pdf
la-z-boy water treatment service completion letter - 09.2016.docx
la-z-boy water treatment service completion letter - 03.2016.docx
la-z-boy water treatment service completion letter - 07.2016.pdf
surveypp ellijay.xls
cooling water system assurance e-z setup form m & m back cooling tower.7z
nalco 2567 boiler cleaner quote jan 2016.pdf
dean foods kpi's 2016.xlsx
furnace cooling tower dec 2015.pdf
nalco 22310 quote 032516.pdf
3d trasar solids marriott 2014 shipments.xlsx
white residue on floor by krones.jpg
la-z-boy water service completion letter - 11.2015.docx
img_0648.jpg
la-z-boy water treatment completion letter -may 2020.docx
sec cleveland line 4 cooling line deposit june 4 2016.pdf
mayfield abr may 2017.pdf
mayfield dairy farms-athens tn tower cleaning scope 06-15-17.xlsm
nalco 77352na cooling water treatment biocide cpp.docx
la-z-boy water treatment service completion letter - 03.2016.pdf
nalco 1720 and 22310 refill quote 010417.pdf
mar 2017 to feb 2018 po iac dayton.pdf
m&m industry water treatment contract scope june 2016 to may 2015.xlsx
16 03 iac - kpi's by application.pptx

FP 46615307.1

img_0653.jpg
tri-act 1803 condensate corrosion inhibitor.docx
la-z-boy water service completion letter - 10.2015.pdf
mayfield athens dean foods kpi's 2016.xlsx
trac100 msds.pdf
pilgrims chattanooga sold to locations.pdf
mueller makeup water dec 2015.pdf
mayfield abr may 2017.pptx
nalco scorecard q1 2016 ip cleveland tn.xlsx
nalco uv lamp order feb 1 2016.pdf
la-z-boy water treatment service completion letter - 04.2016.pdf
m&m industry water treatment contract scope june 2016 to may 2017.pdf
pilgrims chattanooga utilities and wastewater proposal by plant 11-10-16.xlsx
oasis 904 sds.pdf
nalco annual review lazboy dayton may 2020.pdf
mayfield abr mar 2016 - final.pptx
26 05 2015 southeastern container inc cleveland tn sec cooling tower sec cooling tower.xlsm
la-z-boy water treatment service completion letter - 08.2016.pdf
recommendations for stand alone chiller treatment 2016.pdf
iac dayton cmv workbook aug 2016.xls
iac dayton chilled water dec 2015.pdf
nalco 77352na cooling water treatment biocide bulletin.pdf
paul puckorius report.docx
mayfield cmv workbook june 2016.xls
cooling tower sand filter name plate.jpg
southeastern container pricing - may 2015.pdf
acid feed pump po 2016 pom-1601140.rtf
la z boy cleveland program review mar 2017.docx
16 07 iac & master service agreement overview.pptx
m&m industry water treatment contract scope 2015 - 2016.pdf
nalco myron 4p instrument order acknowledgement.pdf
img_0673.jpg
nalco 1720 us fda compliance letter 2016.pdf
la-z-boy water treatment service completion letter - 03.2017.pdf
southeastern container cooling tower july 2015.pdf
img_0672.jpg
bleach peristaltic pump tubing part number.pdf
iac dayton - nalco service report_20160303.pdf
dean foods ci summary report oct 2015.xlsx
nalco annual review iac dayton tn sep 2016.pdf
nalco 1720 quote 02-08-16.pdf
redoxx 60 sds english-french.pdf
international paper cleveland tn plant survey april 2016.docx
la-z-boy water service completion letter - 11.2015.pdf
la-z-boy dayton tn people survey january 2017.ppt
dean foods kpi's water treatment master.xlsx

FP 46615307.1

new 3g ngg info.jpg
la-z-boy water treatment service completion letter - 02.2016.pdf
mayfield dairy farms cooling tower operating parameters.docx
nalco 3dt231 msds.pdf
sec cleveland white residue fr floor analysis mar 2016.pdf
la z boy boiler blowdown setup.jpg
odor control and oasis 904 guide.pdf
sec cooling tower 3dt004025 chilled water closed system assurance e-z setup form v1-na_only.xlsm
img_0687.jpg
international paper business review may 2016.docx
chattanooga marriott downtown proposal calculation notes 12-2014.pdf
la-z-boy water treatment service completion letter - 03.2017.docx
img_0641.jpg
img_0657.jpg
nalco ammonia injection quill options 032217.pdf
oasis 904 nalco product bulletin.pdf
media note fmn-020 wwtp-c.pdf
surveypp gainesville.xls
nalco water scope of work for la z boy may 2020 - apr 2021.pdf
softener quote for chilled water makeup 1.5 inch july 2016.pdf
chilled water chemical feed pump quote 1-27-16.pdf
pilgrims tech fund costs by location 11-8-16.xlsx
pilgrims calhoun logsheet july 2015.jpg
la-z-boy water treatment service completion letter - 02.2017.docx
nalco 29208.pdf
la z boy scope of work 2020.xlsx
3dt260 cpp.docx
oasis 904 sds cad-french.pdf
white residue inside krones machine.jpg
mueller chattanooga cooling tower cycles savings.pdf
sec cooling tower 3dt003955 cooling water system assurance e-z setup form v1-na_only.7z
chattanooga survey.docx
nalco services quote for iac dayton plant 2 121216.xlsx
71d5 plus defoamer bulletin.pdf
iac dayton po for closed loop chemical pump 032416.pdf
16 06 extended payment term request form.xls
nalco service report - carson ca -1-27-2017- no issues_20170127.pdf
nalco business review - international paper cleveland tn april 2017.pdf
pulsafeeder a plus series pump spec-614.pdf
mayfield dairy farms - boiler system survey 2016.docx
programming notes 3200 nxt.doc
nalco 22310 us fda compliance letter 2017.pdf
softener quote 120616.pdf
2nd po for $4000 for ba.pdf
may 2020 - april 2021 innovation po12335919rev-0.pdf

2016 po for 3dt lease.pdf
nalco cv941 bulletin.pdf
fire tube boiler boil out procedure info fr g totura.pdf
nalco 7346 tab biocide bulletin.pdf
la-z-boy main and innovation contract worksheet 5-2020 ridley.xlsx
international paper cleveland service plan 2016.xlsx
cooling water system assurance e-z setup form m & m upper cooling tower.xlsm
mayfield dairy farm athens tn service plan 2016.xlsx
cleveland city water.pdf
re_ revised nalco water scope of work for boiler treatment .msg
nalco pilgrims baseline utility data.xlsx
nalco 3dt260 inhibitor msds.pdf
nalco ultrasoft li series twin alternating softener spec-570.pdf
pp survey questions.doc
b-1416 sweet water best practices.pdf
mayfield cmv workbook march 2016.xls
pam cover example.pptx
nalco st70 msds.pdf
mayfield athens tn dean foods contract billing adjustment june 2016.jpg
back cooling tower 1 year trend dec 15 2015 to july 13 2016.pdf
international paper plant survey 2016.ppt
copy of ppc boiler locations.xlsx
dean foods critical closed loop - survey april 2016.xlsx
trasar trac100 closed system corrosion inhibitor cpp.docx
img_0635.jpg
oasis 904 odor neutralizer product bulletin.pdf
softener quote 082616.pdf
chem feed pump quote jan 2016.pdf
mayfield abr mar 2016 - final.pdf
16 07 iac & nalco n.a. contact list - update jul 2016.xlsx
img_0677.jpg
la-z-boy water service completion letter - 10.2015.docx
pilgrims chattanooga complex product usage worksheet oct 2016.xlsx
img_0662.jpg
cooling water system assurance e-z setup form m & m back cooling tower.xlsm
boiler conductivity probe quote.pdf
nalco 7469 defoamer sds.pdf
mueller chattanooga proposal february 2016.docx
southeastern container chattanooga proposal may 2015.docx
img_0642.jpg
nalco water treatment agreement scope with sand filter 2015 - 2016.xlsx
ecolab_nalco water care contract adjustment form with qa sign 12_05_2016.pdf
la-z-boy water treatment service completion letter - 10.2016.docx
usp sidestream installation rev1.pdf
zurn june 2017.jpg
la z boy business review march 2017.pptx

FP 46615307.1

img_0634.jpg
nalco base tank agreement for signature feb 2016.pdf
ultrasand filter bulletin b-1356.pdf
nalco chemical pumps quote 061815.pdf
img_0633.jpg
img_0660.jpg
m & m back cooling tower particle analysis jul 2016.pdf
la-z-boy water treatment service completion letter - 10.2016.pdf
la-z-boy water treatment service completion letter - 07.2016.docx
img_0629.jpg
quote replacement media for front cooling tower filter.pdf
img_0639.jpg
img_0664.jpg
img_0666.jpg
nalco 1820 quote 12-11-15.pdf
nalco quote for replacement sand jan 2016.pdf
line 29 mold deposit mineral analysis jan 2017.pdf
la-z-boy water treatment service completion letter - 12.2016 01.2017.docx
pilgrim's presentation - chattanooga nov 10-final.pptx
img_0681.jpg
southeastern container_150105831_cleveland tn 37311_pre-treatment -
softenerfilter_7212016_sor8 (2).xlsm
la-z-boy water treatment service completion letter - 06.2016.pdf
img_0651.jpg
chilled loop inhibitor concentration 3 day trend.jpg
ip cleveland qes dec 2015.pdf
nalco base tank mini plus portafeed spec.pdf
iac chilled water lmi pump not working - nalco part numbers.docx
upper cooling tower chem pump quote.pdf
lmi metering pump quote for back tower.pdf
img_0663.jpg
nalco water scope of work for la z boy innovation center may 2020 - apr 2021.pdf
cb-2.pdf
la-z-boy water treatment service completion letter - 05.2016.pdf
dean foods condenser inspection report.xls
sec controller 3dt004025 chilled water closed system assurance e-z setup form v1-na_only.xlsm
1803 pump model number.jpg
nalco service report for sec cleveland oct 2015 w notes on water loss.pdf
la-z-boy water treatment service completion letter - 04.2016.docx
nalco water treatment proposal for mueller chattanooga february 2016.pdf
iac dayton chilled water w particle analysis dec 2015.pdf
copy of pilgrims proposal 10 26 16_chattanooga ver 2.xlsx
m and m - back cooling tower- machine 23 deposit jul 14 2016.pdf
softener quote for chilled water makeup 1 inch july 2016.pdf
boiler conductivity probe quote feb 2016.pdf
img_0682.jpg

129

sweetwater critical closed loop - survey jan 2016.xlsx
15 12 iac - update on nalco proposed commercial offer.pptx
mayfield cmv workbook june 2015.xls
pom-1601140.rtf
pilgrims chattanooga debone plant 150207895 survey sor 11-16-16.xlsm
marriott corporate corrosion results 2015.docx
16 07 iac corp - nalco tier i auto capabilities & msa implementation.pptx
signed base tank agreement iac dayton feb 2016.pdf
nalco automated report for dayton tn cooling tower_20160414.pdf
southeastern line 4 chilled water deposit june 2016.pdf
ip psr requirements outlined.docx
nalco 71d5 plus defoamer sds.pdf
ultrasoft softener spec spec-561.pdf
nalco oasis 904 odor control product bulletin.pdf
proposal worksheet for mueller chattanooga dec 2015.xlsx
dayton city water analysis 2004.pdf
southeastern container revised nalco invoice july 2017 86326987.pdf
nalco personal service report nov 2016.pdf
nalco 1720 us fda compliance letter 2017.pdf
img_0659.jpg
img_0643.jpg
3dt231 bulletin.pdf
chattanooga marriott downtown proposal - june 12, 2015.pdf
water analytical report nw0802215 pilgrims pride elijay.pdf
img_0652.jpg
iac dayton cooling tower w particle analysis dec 2015.pdf
img_0647.jpg
make up water instructions for potable chillers using trac104 (no aluminum).docx
alabama specialty metals corrosion coupon receipt july 2016.pdf
la-z-boy water treatment service completion letter - 09.2016.pdf
redoxx 60 sds cad-english.pdf
nalco trac100 pail quote dec 2016.pdf
nalco water scope of work for la z boy may 2020 - apr 2021.docx
iac anniston al - cooling water overview system audit.pptx
nalco s0613 reagent quote 100415.pdf
redoxx 60 sds english.pdf
quote replacement sand and media for sand filter jan 2016.pdf
international paper pam 2016.pdf
mayfield cmv workbook sep 2016.xls
line 29 mold deposit bio analysis jan 2017.pdf
nalco water treatment agreement scope with sand filter 2015 - 2016.pdf
la-z-boy water treatment service completion letter - 02.2017.pdf
chattanooga survey sep 2016.docx
img_0656.jpg
sec cooling tower 3dt003955 cooling water system assurance e-z setup form v1-na_only.xlsm
nalco 1820 quote 031317.pdf

la-z-boy main and innovation center contract worksheet 5-2020.xlsx
sec cleveland chilled water corrosion coupons june 2016.pdf
nalco 22310 quote 092915.pdf
georgia pacific - ph buffer solutions quote - 06.19.2015.docx
ccbcu uv system quote from nalco june 2015.pdf
nalco system assurance center b-1448.pdf
ccbcu invoice report 05-2019 to 04-2020.xlsx
img_0838.jpg
georgia pacific cleveland boiler water system assurance e-z setup form.xlsm
img_0715.jpg
img_0826.jpg
img_0693.jpg
nalco introductory meeting key slides.pdf
pmw - duracell intl inc - ( cell make & pack center) - cleveland tn - wl121 -1-1-16.xlsx
img_0716.jpg
nalco sample cooler 500-531063.88 quote.pdf
wl121_wl126 2015-mn georgia pacific pkg bas - june expirations-csg with new ba nbrs.xlsx
img_0719.jpg
img_0690.jpg
img_0714.jpg
img_0832.jpg
nalco ecolab projection.pdf
img_0689.jpg
p&i sbv300.pdf
accuvator 100a sds.pdf
nalco aquafine uv system pid pi sbv300.pdf
img2164.jpg
img2174.jpg
softener part quote oct 2016.pdf
revised coca cola bottling (full)_150206467_chattanooga tn 37401_pre-treatment ro_592016_sor8 (2).xls
ecolab media policy reminder.docx
nalco 3dtrasar next gen cooling water controller bulletin b-1407.pdf
img_0828.jpg
georgia pacific plant survey 2016.pdf
invoice report jan 2015 to dec 2015.xlsx
nalco water treatment scope and quote duracell pack center cleveland tn 3-22-16.pdf
m13176-01-h.pdf
accucide 101a msds.pdf
img_0846.jpg
pmw - duracell intl inc - ( cell make) - cleveland tn wl121 3-22-16.xlsx
coca cola bottling (full)_150206467_chattanooga, tn 37401_pre-treatment ro_592016_sor8.xls
img_0626.jpg
nalco water treatment program budget options 032717.docx
duracell cleveland invoice report march 2015 to march 2016.xlsx
img2163.jpg

FP 46615307.1

duracell cell make plant nalco 2017 water treatment scope and quote.xlsx

duracell annual business review 2016 notes.jpg

ehs-wsp offer erlanger health systems - chattanooga tn.pdf

duracell pack center nalco 2017 scope and quote.xlsx

tsg 286b-12 swiftbeverage marketing brief.pdf

nalco quote for new amine pump and injection quill 02.20.17.pdf

scope of work duracell intl -pack center and cell make- cleveland, tn -wl121 -1-1-16.pdf

nalco water treatment scope and quote duracell cell make cleveland tn 3-22-16.pdf

copy of 16 01 iac dayton - cost analysis worksheet modified by ck.xls

nalco membrane and installation services quote 082116.pdf

91512114_coke-chattanooga_mp visit_6-14-2016.pdf

coca cola cleveland pam 2016.doc

boiler conductivity probe quote oct 2016.pdf

91498878_coke-chattanooga_mp visit_5-24-2016.pdf

img_0839.jpg

91441822_coke-chattanooga_mp visit_12-16-2015.pdf

nalco water treatment 2017 scope and quote for duracell pack center.pdf

global automotive value proposition for denso athens 092215.pptx

gp cleveland po for new ngg june 2016.pdf

nalco membrane quote july 2015.pdf

img_0841.jpg

91520862_coke-chattanooga_mp visit_8-18-2016.pdf

duracell february 2016 invoice.pdf

img_0831.jpg

ccbcu chattanooga ro feed analysis feb 28 2017.pdf

om-0226_accucide manual.pdf

om-0257_ultrasoft li softener manual_122712.pdf

coke cleveland abr sep 2016.ppt

duracell - cell make cleveland project tracker march 2017.xlsx

ccbcu uv system.doc

duracell invoice report sep - nov 2015.xlsx

g0-48384-1-b.pdf

ccr water treatment pricing 3.15.xlsx

nalco portafeed tank and delivery system bulletin.pdf

pmw - duracell intl - (pack center)- cleveland, tn -wp-121 -3-22-16.xlsx

coca cola cleveland tn plant survey 2016.xls

boiler 2 deposit january 2016.

trisep membrane spec.pdf

duracell ensur website info email w login and password.pdf

img_0627.jpg

scope of work duracell intl -pack center and cell make- cleveland, tn -wl121 -1-1-16.xlsx

img_0845.jpg

duracell annual business review 2016.pptx

quote for accucide solution tank no lid.pdf

img_0688.jpg

gp pkg boiler scorecard - georgia pacific - cleveland, tn nov 2015.xls

FP 46615307.1

coca cola cleveland contractor handbook1.doc
gp cleveland tn boiler best practices score report nov 2015.xls
walchem boiler controller spec-472.pdf
softener valve and adapter quote 060517.pdf
img_0623.jpg
gp sulfite pump part numbers.docx
img_0830.jpg
spec-470 nalco sample coolers.pdf
5837-coca cola-signed rops agreement 070815.pdf
img2168.jpg
img2169.jpg
pmw - duracell intl - (pack center and cell make scope of work)- cleveland, tn -wl121 -7-1-
15.pdf
coca cola questions 1.25.17.docx
duracell - ultrasand filter quote - 03 17 2016 (2).pdf
m13176-04-w.pdf
91548570_coke-chattanooga_mp visit_9-12-2016.pdf
img_0724.jpg
nalco service report for coca cola cleveland 20160921.pdf
img_0836.jpg
img_0722.jpg
img2172.jpg
coke cleveland softener part 011-sldfveax.88.docx
16 06 iac - cooling system fitration survey.xlsx
copy of wl121_wl166 2016-q2-coca cola adjustment-csg-with comments.xlsx
nalco chemical feed pump quote 01-27-16.pdf
accucide 101a sds.pdf
erlanger vendor_classification_form11.doc
coke chattanooga rops aug 2019 invoice 0086706831_n.pdf
img_0691.jpg
ccbcu shipment report all 2015 - may 2020.xlsx
pmw - duracell intl inc - cell make - cleveland tn 3-12-17.xlsx
accucide manual omo226 final version h final dfh fd.doc
nalco 960 msds.pdf
nalco quote for walchem boiler controller 030916.pdf
91476158_coke-chattanooga_mp visit_3-15-2016.pdf
img_0829.jpg
nalco membrane and installation services 082116.docx
grundfos clo2 analyzer manual aqc-d11 io.pdf
coca cola cleveland pam 2016.pdf
8040-sb20-tsfa.pdf
sanitation of carbon towers.docx
img_0721.jpg
img_0840.jpg
coca cola bottling (ccbcu)_150206467_chattanooga, tn 37401_pre-treatment ro_592016_sor8.xls
boiler 2 conductivity probe quote 010617.pdf

133

91456741_coke-chattanooga_mp visit_1-13-2016.pdf
img2165.jpg
sodium chlorite safety video.docx
sodium chlorite stewardship review.pptx
duracell cell make shipment report jan - dec 2016.xlsx
nalco softener replacement head quote 3 in duplex unit.pdf
img_0624.jpg
georgia pacific business review september 2016.docx
nalco membrane and installation services quote 082116.docx
img2166.jpg
img_0825.jpg
duracell cell make book price quote 12 mo.pdf
img_0692.jpg
ip address for 3d.jpg
quote for contract extension july 2015.pdf
duracell cell make plant nalco 2017 water treatment scope and quote.pdf
coke chattanooga ro permeate supply header particle tss turb may 2015.pdf
chlorine dioxide in water sds.pdf
browne labs tank setup in back boiler room june 2017.jpg
nalco contractor risk assessment 2016.jpg
ccbcu uv system quote.doc
cell make cooling twr sludge fr ct2 oct 2015.pdf
img_0844.jpg
img_0842.jpg
pack center cooling tower cooling water system assurance e-z setup form v1-na_only (3).xlsm
img2167.jpg
img_0837.jpg
img_0717.jpg
georgia pacific cleveland logsheet 02.13.17.pdf
georgia pacific - cleveland tn 7-7-17_20170707.pdf
georgia pacific plant survey 2016.docx
duracell cell make program scope mar 9 2017.docx
georgia pacific cleveland logsheet 02.13.17.doc
shipment detail 2013-2014.xlsx
level switch wire sequence.jpg
softener valve replacement quote 112916.pdf
duracell pack center 2017 scope quote.xlsx
sodium chlorite audit form may 2016.log
duracell pack center 2016 purchase order.pdf
duracell pack center 2017 po 7100018556.pdf
91524150_coke-chattanooga_mp visit_7-12-2016.pdf
new ngg info gp cleveland july 2016.jpg
duracell business review march 2017.pptx
georgia pacific pam 2016.pdf
img_0827.jpg
georgia pacific business review september 2016.pdf

134

nalco service report for coca cola cleveland 20160720.pdf
img_0834.jpg
vendor training for ensur website.pdf
w9_nalco company llc_1jan16.pdf
img_0718.jpg
coke chattanooga invoice report june 2015 to june 2016.xlsx
91418848_coke-chattanooga_mp visit_10-29-2015.pdf
coke chattanooga invoice report jan to apr 2017.xlsx
img_0625.jpg
img_0720.jpg
contractor handbook pg 23 signed by nalco company.jpg
img_0723.jpg
po_9500063303 for chem feed pumps.pdf
3dt208 cpp.docx
georgia pacific pam 2016.docx
img2171.jpg
91487661_coke-chattanooga_mp visit_4-14-2016.pdf
coca cola refreshments cleveland tn coi 2016.pdf
contractor handbook pg 24 signed by nalco company.jpg
91430419_coke-chattanooga_mp visit_11-18-2015.pdf
coke chattanooga shipment detail aug 2015 to sep 2016.xlsx
coca cola shipment report 2015.xlsx
procedure for sodium hydroxide disinfection.pdf
copy of 2020 5-5 coca cola ba renewals.xlsx
hvac performance services b-1338.pdf
the chattanoogan water treatment contract scope of work july 2016 - june 2017.pdf
91664583 - coke-chattanooga - rops visit - 15 aug 17.pdf
trac100 cpp.docx
2017 arch plastics po for water treatment.pdf
ccbcu chattanooga - nalco scope of work update eff july 2020.pdf
copy of 91487661_coke-chattanooga_mp visit_4-14-2016.xlsm
wastewater trial po oct 2015.pdf
grundfos proposed acid pump dda_wiring_diagram.pdf
coca cola chattanooga_150206467_chattanooga, tn 37401_ro perfomance svc-system manager_8212015_sor8.xls
the chattanoogan cmv workbook aug 2016.xls
ion exchange resin selection guide - resin selection guide - ion exchange resins - (powered by cubecart).html
ccbcu chattanooga - rops proposal with 3dtfm - pc-191t - accucide maint year 2 06.23.2016.docx
91413828_coke-chattanooga_mp visit_08-21-2015.pdf
psr for rops v2.1 012617.xlsm
trace hardness test kit ap-151.pdf
mbr feed analysis nov 2015.pdf
img950957.jpg
2017 nalco water treatment scope for arch plastics packaging chattanooga tn.pdf
dosage controller diagram.pdf

FP 46615307.1

process flow - img_20140729_123913_914.jpg
ccbcu chattanoogs rops rev cost summary 2015.xlsx
puropass sstc60 resin replacement project final savings.pdf
accucide 101a sodium chlorite bulletin.pdf
adm chattanooga softener quote form may 10 2016.xlsm
contingency guide for adm southern cellulose boilers.pdf
adm chattanooga process pfd w info fr a taylor jan 2017.pdf
2016 nalco ro technical seminar bulletin adv-801.pdf
101a chlorine dioxide calculation.pdf
standard operational procedure 1 for sanitizing nf system.doc
sodexo alstom chattanooga chem usage june 2015 survey.xlsx
ccbcu chattanooga - nalco scope of work update may 2020.docx
dr2400 brochure.pdf
2016 nalco water treatment scope for arch plastics packaging chattanooga tn.pdf
28301_coca cola_rops_5-1-20_psr.pdf
adm chattanooga 4-1-15.docx
460-s0614 soln st-2 dropwise sulfite liquid reagent sds.pdf
cocacola_chattanooga_ph_5_5_03_2017 membrane projection.docx
prominent update.zip
28301_coke-chattanooga_accuside_5-1-20_psr.pdf
clo2 generator peristaltic pump replacement tubing 6-21-20.pdf
adm chattanooga pretreatment quote form v2014-1.xlsm
ccbcu chattanooga - nalco scope of work update eff july 2020.docx
91641072 - coke-chattanooga - rops visit - 31 may 17 - normalization log - editable.xlsm
removal of iron from nf water system.doc
cocacola_chattanooga_ph_7 03_2017 membrane projection.docx
purolite softener resin c100 na cycle eng bulletin 0910.pdf
nalco quote for purolite c100na softener resin aor 2016.pdf
clo2 generator chem quote 6-19-20.pdf
91664583 - coke-chattanooga - rops visit - 15 aug 17.xlsm
chlorine dioxide analyzer part quote.pdf
membrane peformance management general terms and conditions - execution copy final.docx
antifoam 60096 on kosher product list 2015-08.pdf
_coke-chattanooga_mp visit_07-17-2015.pdf
nalco quote for purolite c100na softener resin.pdf
# 2678-coca cola-chattanooga, tennessee-ro-train b -sytsem assurance center weekly report- 2nd june 2016.pdf
3dtfm io mapping for chattanooga coca-cola_chattanooga,usa_ro.xlsx
91413828_coke-chattanooga_mp visit_09-30-2015.pdf
nalco 1720 sulfite msds.pdf
2016 po for arch plastics.tif
coca cola cake recipe from arlene.pdf
standard operational procedure 3 for sanitizing nf system.doc
img950956.jpg
accucide safety nov 2016.ppt
accucide leaks feb 21 2017.jpg

FP 46615307.1

doug glanz meeting notes coke chatt 04-17-19.docx
91558595_coke-chattanooga_mp visit_10-12-2016.pdf
91664583 - coke-chattanooga - rops visit - 19 july 17.pdf
img950955.jpg
nalco water treatment proposal for cargill chattanooga july 2015.pdf
91641072 - coke-chattanooga - rops visit - 31 may 17 - normalization log.xlsm
nalco duplex alternating softener spec spec-559[1].pdf
img_1840.jpg
accuvator 100a bulletin.pdf
91569202_coke-chattanooga_mp visit_11-10-2016.pdf
total hardness liquid indicator 420-c0375l.pdf
total hardness powder indicator 420-c0385p.pdf
91653952 - coke-chattanooga - rops visit - 21 june 17.xlsm
deposit leaking from chiller pump apr 2016.pdf
trasar 8000 manual.pdf
91413828_coke-chattanooga_mp visit_07-17-2015.pdf
accucide brochure.pdf
softener resin quote - no 2 process softener.pdf
ccbcu chattanooga - nalco scope of work update may 2020.pdf
91569202_coke-chattanooga_mp visit_11-10-2016.xlsm
notes from membrane health meeting may 2016.jpg
signal converter data sheet.pdf
nalco 60096 antifoam quote 050916.pdf
ww jar testing w patrick tss results 091815.pdf
flow meter_gf signet_concentrate flow.pdf
chattanooga coca-cola accucide priority 1 - step 1 service report.pdf
506649.pdf
91641072 - coke-chattanooga_rops visit_06-21-2017 corrected.xlsm
img_1837.jpg
clo2 chemical breakdown fr d hobro.pdf
signed scope of work for 070115 to 063016.pdf
adm chattanooga 9-18-15 v2 w corrected ph and product.docx
nalco coke corp resolution process ccbcu chatt.xls
pmw - arch plastics packaging -chattanooga,tn -wl121 01-1-2016.xlsx
the chattanoogan cmv workbook june 2016.xls
nalco water treatment proposal for cargill chattanooga july 2015.docx
dscn0032.jpg
copy of 91641072 - coke-chattanooga - rops visit - 31 may 17 - normalization log.xlsm
nalco quote for media for ccbcu chattanooga nov 2015.pdf
nalco 8105 coag 55 gal drum quote.pdf
ge membrane spec feb 18 2017 change osmo_bev_ca_en (3).pdf
adm chattanooga 9-18-15 (2).docx
orifice plate info_osmonics_drawings & info.pdf
nalco quote for media for ccbcu chattanooga nov 2015.doc
ccbcu chattanooga tn follow up audit report edit 1 t barnhouse.docx
91607594_coke-chattanooga_mp visit_02-28-2017_psr.pdf

91607594_coke-chattanooga_mp visit_02-28-2017_psr.xlsm
nalco 1820 msds.pdf
2ph, 2orp.zip
accucide leaks 2 feb 21 2017.jpg
softener resin quote - boiler room.pdf
pmw - arch plastics packaging -chattanooga,tn -wl121 01-1-2017.xlsx
ro permeate analysis nov 2015.pdf
coke-chattanooga_mp visit_07-17-2015.xlsm
ca membrane spec fr doug glanz.pdf
mbr permeate analysis nov 2015.pdf
460-s0613 soln st-1 dropwise sulfite power reagent sds.pdf
chiller water small tank 2016.pdf
91584422_coke-chattanooga_mp visit_12-13-2016.xlsm
the chattanoogan water treatment contract july 2016 - june 2017.xlsx
91641072 - coke-chattanooga_rops visit_05-31-2017 corrected.xlsm
3dtfm installation document for - chattanooga coca-cola_chattanooga,usa_ro.pdf
ccbcu chattanooga ro review 030917.docx
nalco water services review ccbcu chattanooga 05-2020.pptx
invoice report arch plastics nov 15 to jan 16.xlsx
signed scope of work for 0701316 to 063017.pdf
2ph, 1orp.zip
91664583 - coke-chattanooga - rops visit - 19 july 17.xlsm
nalco 60096 foam control agent bulletin.pdf
img_1839.jpg
analytical charges summary - customer - 0500084136 - between 1-jan-2016 and 21-aug-2017.xlsx
puropass iex plant survey program.pdf
sulfite test procedures.pdf
ultratreat hi softeners spec-488.pdf
ccbcu chattanooga - rops proposal with 3dtfm - pc-191t - accucide maintenance 06.12.2015.pdf
ccbcu chattanooga_sor matrix_ro services.xlsx
coke chattanooga membrane permeate quality action levels.pdf
# 2678-coca cola-chattanooga, tennessee-ro-train a -sytsem assurance center weekly report- 2nd june 2016.pdf
3dtfm scope of services from 2017 agreement.pdf
ccbcu chattanooga - rops proposal with 3dtfm - pc-191t - accucide maint year 2 06.23.2016.pdf
ccbcu parts list may 2020.docx
3dtfm installation document for - chattanooga coca-cola_chattanooga,usa_ro.doc
img_1838.jpg
the chattanoogan abr 2016.pdf
coca cola chattanooga_150206467_chattanooga, tn 37401_3d trasar® - membrane_8212015_sor8.xls
delta pacl product descriptions.xlsx
nalco water scope of work ccbcu chattanooga may 2020.docx
accupro us price tool 2020.xlsx
nalco 22310 msds.pdf

dow marathon water softening resin guide.pdf
ccbcu chattanooga ro review 030917.pdf
nf1 concentrate orifice plate flow control device.jpg
adm clarifier chattanooga 4-1-15.docx
2678-coca cola-chattanooga,tennessee-ro-train b-system assurance center weekly normalized report.pdf
nalco ultrasoft bulletin b-469.pdf
sodexo alstom tmg proposal 06292015.doc
cocacola_chattanooga_ph_4 03_2017 membrane projection.docx
anthony ridley_coca-cola_cost breakdown.xlsx
clarifier graver pfd.jpg
nalco 60096 foam control agent cpp.docx
molybdenum comparator test ap-057.pdf
ca membrane hydrolysis rate.docx
3dtfm installation document for-chattanooga coca-cola_chattanooga-usa.doc
91584422_coke-chattanooga_mp visit_12-13-2016.pdf
coca cola chattanooga cmv aug 2016.xls
accucide precursor tubing part numbers.pdf
accucide quote june 2013 cah061309 quote (3) chat tn.pdf
standard operational procedure 2 for sanitizing nf system.doc
img_0733.jpg
blank adm location area monthly inventory & kpi v2.xlsx
email summary of adm request for pitch control brightness improvement trial jan 2017.pdf
yyyy-qx blank adm plant name qes.docx
admcontract kpi checklist.xlsx
img_0726.jpg
adm boiler calculator 25 to 50 cycles 4.00 fuel cost.xlsm
img_0737.jpg
bsw install (400).jpg
nalco pensurf 74418 quote mar 13 2017.pdf
img_0727.jpg
jr-sr transfer procedure and oswar procedure.pdf
boiler 1 jun 09 2017.pdf
quote polymer makedown system w tank and solution pump.pdf
adm pricing and maximo numbers for customer.docx
adm well water minerals and toc sep 2016.pdf
nalco pensurf 74418 x 3 quote 11.13.17.pdf
boiler chemical pump w analog capable quote 032017.pdf
inventory table for psr may 2016.xlsx
direct online polymer feeder spec-488.pdf
nalco pac2 tech manual da section bk 2 sec 2.7.pdf
nalco biomanage one point lessons.pdf
nalco 60096 antifoam bulletin.pdf
bol 133610970.pdf
quote for st-2 reagent 060616.pdf
water treatment considerations for cond econ.pdf

FP 46615307.1

stylesheet.css
nalco flocculant 61768 quote 102816.pdf
total and calcium hardness test kit 420-c0395.pdf
walchem boiler conductivity controller spec-472.pdf
2016q1 adm safety moment.pptx
adm chattanooga whitewater mar 24 2016.pdf
elution study service report adm chattanooga no 1 softener 3-23-16.pdf
adm southern cellulose - sulfite test and conductivity standard quote - 05.19.2015.docx
conductivity meter and cal solution quote 091916.pdf
nalco 1820 amine product bulletin.pdf
nalco pulp and paper analytical test list.pdf
nalco flocculant 61768 quote 030617.pdf
adm chattanooga utility scope document - september 2016.xlsx
utility scope revision from adam taylor - march 2015.pdf
adm chattanooga boiler energy savings with ro.pdf
nalco 61768 flocculant quote 031816.pdf
nalco 61768 core shell cationic emulsion flocculant for the pulp _ paper industry_docx.mht
bsw install (167) - copy.jpg
nalco 1393 sds.pdf
adm boiler calculator 25 to 75 cycles 0.67 fuel cost.pdf
nalco analytical test report template.docx
inventory table for psr.xlsx
nalco 1720 and reagents quote 021616.pdf
boiler reagent quote 072515.pdf
product compatibility risk assessment2.doc
16.03.24 steam analysis report.pdf
nalco7396 msds.pdf
nalco reagent order 081616.pdf
existing neat polymer pump plate.jpg
copy of 2016-10 adm chattanooga project sign off form.xlsx
nalco reagent quote 032117.pdf
img_0736.jpg
nalco 22310 refill quote 032816.pdf
adm chattanooga utility scope document - june 2017.xlsx
replacement sulfite pump quote w options.pdf
adm white water minerals and toc sep 2016.pdf
adm chattanooga boiler treatment monthly inventory & kpi v2.xlsx
nalkleen 2619 boilout additive bulletin.pdf
adm chattanooga boiler softener #3 mar 24 2016.pdf
f-017 chemical feed line hang tag order form.xlsx
natural gas unit conversions.docx
adm pitch reduction trial meeting feb 10 2017.docx
corrected nalco 1720 and 1820 refill quote 012017.pdf
inventory table for psr july 2016.xlsx
inventory table for psr dec 2015.xlsx
inventory table for psr updated 082817.xlsx

140

inventory table for psr nov 2015.xlsx
vent rate calc - orifice sizing for adm chattanooga.xlsx
waterside capo4 deposit explanation fr g totura.pdf
inventory table.xlsx
pensurf 74418 digester additive cpp.docx
nalco 60096 antifoam quote 030416.pdf
nalco 1820 refill quote sep 2016.pdf
wl12106 sold to ship to custlist 01042017.xlsx
bsw install (402).jpg
bsw install (395).jpg
lmi pump spec-475.pdf
product stewardship request form halal certification 05-10-17.docx
adm boiler calculator 25 to 75 cycles 0.67 fuel cost.xlsm
blender pitch test procedure d owens.doc
adm chattanooga project 4-18.xlsx
financial analysis - adm chattanooga alternative boiler makeup.xlsx
img_0731.jpg
adm invoice report sep 2015 to aug 2016.xlsx
hydrophobicity test kit quote to adm.pdf
nalco 1820 refill quote sep 20 2016.pdf
annual steam production 6-2016 to 5-2017.pdf
hollow fiber membrane layout.jpeg
tabstrip.htm
adm contract kpi checklist.pdf
copy of inventory table for psr.xlsx
fw_ adm contract requirements.pdf
nalco 22310 200 gal refill quote 040116.pdf
hardness indicator powder quote 02.26.16.pdf
nalco 1720 and 1820 refill quote 102816.pdf
adm cmv 500084136.xls
nalco project form for adm chattanooga hollow fiber membrane 09-2017.pdf
nalco 1720 sulfite cpp.docx
inventory table for psr sep 2016.xlsx
nalco 61768 flocculant bulletin.pdf
img_0729.jpg
nalco 1393 scale inhibitor bulletin.pdf
all water sample tests.xlsx
2017-04 adm price list.pdf
replacement flocculant pump 011317.pdf
adm boiler calculator 18 to 75 cycles for ro justification.xlsm
nalco hardness indicator and buffer quote 050616.pdf
blank corrosion coupon monitoring results.xls
inventory table for psr april 2016.xlsx
brown stock washer final shower mar 2017.pdf
chemical pump guarding.pdf
1001_adm 2-1-2016 final price list.xlsx

141

inventory table for psr aug 2016.xlsx
img_0734.jpg
total hardness test kit procedure.pdf
firetube boiler energy savings from scale control (v1.0) (2).xlsm
nalco 74418 quote x 3 mar 26 2018.pdf
invoice report june 2015 to may 2016.xlsx
1820 po nov 2015.pdf
nalco polymer and sulfite order 042117.pdf
2017 service ba_po_y3389362_email63621465736094.pdf
quote for 1404 jan 14 2016.pdf
da vent optimization.pdf
02-27-14 process flow diagram.pdf
pfd w temps press by a taylor jan 2017.pdf
nalco 22310 refill quote may 2016.pdf
new chemical pump splash guards feb 2017.jpg
nalco 22310 refill quote 021017.pdf
nalco 1820 refill quote may 2016.pdf
nalco 74418 pensurf quote jan 8 2018.pdf
nalco adm pricing and maximo numbers aug 2016.pdf
pensurf 74418 digester additive bulletin.pdf
f-872 product stewardship.doc
nalco 1393 scale inhibitor cpp.docx
adm chattanooga boiler #2 fireside deposit oct 2016.pdf
soft water jun 09 2017.pdf
boiler feedwater jun 09 2017.pdf
02-27-14 process flow diagram (1).pdf
inventory table for psr june 2016.xlsx
adm chattanooga well water-pump on line mar 24 2016.pdf
a & f piston pump for 74418 program.pdf
hollow fiber membrane project info fr m hayne 09-2017.pdf
boiler reagent quote 120215.pdf
blank adm location project sign off & detailed action plan form.xlsx
southern cellouse adm location area utility scope document -updated dec 2016.xlsx
nexguard 22310 boiler internal treatment cpp.docx
adm chattanooga process softener mar 24 2016.pdf
adm chattanooga report from daoust 5-11-16.pdf
nalco 1720 and 1820 refill quote 011817.pdf
adm sheet plant headbox water microbio jan 19 2017.pdf
nalco pensurf 74418 quote 052217.pdf
adm cmv 500084136.xlsm
adm shipment report sep 2015 to aug 2016.xlsx
adm value delivery communication - 2016.pdf
22310 po august 2015.pdf
nalco 1820 refill and sulfite reagent quote 062116.pdf
nalco 22310 and 1720 refill quote 081016.pdf
polymer makedowm unit spec-529.pdf

FP 46615307.1

inventory table for psr march 2016.xlsx
boiler deposit service report q4 2016.pdf
inventory table for psr jan 2016.xlsx
natural gas cost email fr mark carrol.pdf
boiler chemical materials compatibility.docx
be safe card.pdf
kosher product list 2015-08 nalco america corporate loc.pdf
adm qes 500084136 march 2016.pdf
nalco adm pricing and maximo numbers aug 2016.docx
adm chattanooga project sign off detailed action plan form.xlsx
chloride corrosion cracking - ss.tif
adm boiler chem usage may to aug 2016.xlsx
adm pricing june 2016.pdf
adm chattanooga boiler energy savings with ro.xls
digester additive trial report-to vendors a taylor 2014.pdf
compact polymer makedown unit spec-630.pdf
nalco 61768 flocculant msds.pdf
fireside deposit explanation fr g totura.pdf
nalco proposal for pitch dispersant 74418 a ridley 2013.docx
2015-05 kosher nalco america corporate loc.pdf
invoice report march 2015 to march 18 2016.xls
adm invoice report jan - aug 2017.xlsx
rcra tote informaiton.pdf
3dtrasar for boiler installation drawing.pdf
qes template - adm.docx
nalco adm pricing and maximo numbers oct 2016.docx
nalco blender pitch test procedure.pdf
sheet001.htm
nalkleen 2657 paper machine boilout additive bulletin.pdf
nalco 1820 and reagents quote 06-09-17.pdf
adm chattanooga city water mar 24 2016.pdf
filelist.xml
adm chattanooga business review sept 2016.pptx
nalco quote 74418.61 qty 3 090617.pdf
nalco itc d owens trip report adm chattanooga oct 2013.docx
dcpro hydrophobicity procedures june 2011.pdf
adm boiler calculator 18 to 75 cycles for ro justification.pdf
nalco trace hardness procedure ap-151.pdf
ap-151 trace hardness test kit.pdf
bsw install (415).jpg
nalco 61768 core shell cationic emulsion flocculant cpp.docx
adm halal and kosher certification info 2017.zip
adm plant name safety health check action plan.xlsx
adm chattanooga value plan cmv mar 31 2017.pdf
tco expectations & cadence calls 08-2016.pptx
prominent sigma spec-615.pdf

143

adm sheet deposit microbio jan 19 2017.pdf
adm chattanooga utilities costs email from adam.pdf
abr projects email aug 2016.pdf
img_0728.jpg
adm boiler calculator 25 to 10 cycles 0.67 fuel cost 0.25 makeup.xlsm
blank adm location area utility scope document.xlsx
adm sheet plant spray bar deposit microbio jan 19 2017.pdf
img_0730.jpg
adm chattanooga project sign off form 09-2017.xlsx
adm chattanooga boiler treatment monthly inventory & kpi 2016.xlsx
adm invoice report boiler chemicals only sep 2015 aug 2016.xlsx
nalco order ack for 22310 and 1720 081116.pdf
adm chattanooga well water-pump start mar 24 2016.pdf
vent rate calc - orifice sizing.xlsx
inventory table for psr feb 2016.xlsx
adm chattanooga tn - 2017 q3 qes.docx
adm chattanooga boiler water energy savings by increasing cycles.xlsx
adm chattanooga value plan cmv mar 31 2017.docx
paper itc trip report re pitch dispersant trial d owens 2013.docx
img_0735.jpg
project email fr frank and energy savings calc sheet.pdf
adm deerfield - 2013q1 qes.docx
nalco 7396 scalecorrosion inhibitor.pdf
img_0732.jpg
chemical certification form.pdf
email fr adam re pan filter washers.pdf
inventory table for psr oct 2016.xlsx
adm chatt existing raw water floc makedown system.jpg
adm oilseed plant chemical feed system safety audit and action plan - due date - october 2nd..pdf
adm chattanooga boiler #1 and #2 waterside deposit oct 2016.pdf
econotech 438148.pdf
adm chattanooga project sign off form updated 02.09.17.xlsx
adm chattanooga utility scope document - nov 2016 w updated pricing.xlsx
copy of cgc_ industiral_rates_3-01-16.xlsx
img_0725.jpg
inventory table for psr nov 2016.xlsx
adm pitch reduction trial meeting feb 10 2017.pdf
adm chattanooga business review august 2017.pptx
nalco washer screen cleaning procedure.docx
adm service plan v2.xls
2015-02 adm mankato da vent $31,733.pdf
nalco pensurf 74418 sds.pdf
elution study service report adm chattanooga no 1 softener 3-23-16.xls
adm boiler calculator 25 to 50 cycles 0.67 fuel cost.xlsm
tyson goodlettsville - sales and volume report - 2013 - 2020.xlsx
general mills usage worksheet.xlsx

FP 46615307.1

adm - southern cellulose service plan - ver3.xls
adm - jar test report 08.13.2020.docx
adm corporate account conversion tracking reps final.pptx
admpitchctlpropoct2013 - ver2.docx
contingency guide for adm southern cellulose boilers.doc
nalco pp10-3148 msds.pdf
adm - southern cellulose service plan - ver2.xls
closed loop scope document.pdf
adm transition plan.xls
adm - stratus foods service plan - january 2020.xls
adm - southern cellulose service plan - ver2.pdf
pensurf 74418 digester additive.docx
adm boiler calculations.xls
adm - jar test report 09.18.2020.docx
admnalcotransitionplanexecsummary.docx
boiler system scope document.pdf
adm transition playbook.docx
adm - southern cellulose service plan.pdf
southern cellouse adm location area utility scope document - march 2015.xlsx
adm - southern cellulose service plan.xls
nalco pp10-3148.docx
contingency guide for adm southern cellulose boilers.docx
southern cellouse adm location area utility scope document - march 2015.pdf
cooling tower scope document.pdf
nalco waste water scope document2.pdf
admnalcotransitionplanforplantsfinal.pptx
adm boiler chemical pricing for 2015.pdf
nalco waste water scope document2.xlsx
adm - sourthern cellulose - krofta lab sample pad revised - 03.18.2014.doc
nalco waste water scope document2a.pdf
nalco pp10-3148 cpp.docx
admpitchctlpropoct2013.docx
nalco product bulletin_pp10-3148.pdf
adm corporate account conversion tracking definitions.pdf
adm - southern cellulose service plan - ver3.pdf
nucor tubular products - sales and volume report - oct 2016 -may 2020.xlsx
nucor tubular products contract worksheet - may 2020.xlsx
pepsi knoxville sales and volume report march 2017 thru february 2020.xlsx
wna inc chattanooga facility - east plant - 04.30.2014.docx
wna east plant - nalco 360 report - 04.22.2013.xls
wna east plant - nalco 360 report - 03.17.2014.xls
wna east plant - nalco 360 report - 12.10.2012.xls
wna inc chattanooga facility - east plant 12-30-2014.pdf
wna east plant - nalco 360 report - 11.12.2012.xls
wna west plant - nalco 360 report - 03.03.2014.xls
wna west plant - nalco 360 report - 02.18.2013.xls

145

wna inc chattanooga facility - west plant - 09.05.13.docx
wna west plant - nalco 360 report - 07.22.2013.xls
wna east plant - nalco 360 report - 12.16.2013.xls
enu - waddington north america chattanooga - nb052972 - 01178431.pdf
wna west plant - nalco 360 report - 04.29.2013.xls
wna west plant - nalco 360 report - 07.15.2013.xls
wna west plant - nalco 360 report - 09.30.2013.xls
wna inc chattanooga facility - east plant - 07.18.2014.docx
wna east plant - nalco 360 report - 05.13.2013.xls
wna west plant - nalco 360 report - 09.22.2014.xls
wna east inc chattanooga facility 02.02.12.docx
wna east inc chattanooga facility 12.12.12.docx
wna inc chattanooga facility - east plant - 05.29.2014.docx
wna, inc., chattanooga facility 06.02.11.docx
wna inc. - city water microbio analysis july 2011.pdf
wna inc chattanooga facility - west plant 04-15-2015.pdf
wna west plant - nalco 360 report - 10.07.2013.xls
wna east plant - nalco 360 report - 09.29.2014.xls
wna east plant - nalco 360 report - 03.11.2013.xls
wna west plant - nalco 360 report - 12.29.2014.xls
wna east plant - nalco 360 report - 06.17.2013.xls
wna east plant - nalco 360 report - 10.28.2013.xls
wna west plant - nalco 360 report - 10.20.2014.xls
wna west plant - nalco 360 report - 10.28.2013.xls
wna inc chattanooga facility - east plant 04-29-2015.pdf
wna west plant - nalco 360 report - 04.08.2013.xls
wna west plant - nalco 360 report - 08.26.2013.xls
city water microbio analysis march 2010.pdf
wna east plant - nalco 360 report - 01.07.2013.xls
wna inc chattanooga facility - west plant 02-04-2015.pdf
wna west plant - nalco 360 report - 05.20.2013.xls
wna, inc., chattanooga facility 08.12.10.docx
wna west plant - nalco 360 report - 09.29.2014.xls
wna west plant - nalco 360 report - 09.09.2013.xls
wna east plant - nalco 360 report - 08.19.2013.xls
wna west plant - nalco 360 report - 08.05.2013.xls
wna east plant - nalco 360 report - 05.06.2013.xls
microbiological analysis 11.05.pdf
enu - waddington north americachattanooga - west plant closed loop - nw108903 - 00991716.pdf
wna west plant - nalco 360 report - 02.03.2014.xls
wna east plant - nalco 360 report - 10.21.2013.xls
wna west plant - nalco 360 report - 12.02.2013.xls
wna east plant - nalco 360 report - 10.27.2014.xls
wna, inc., chattanooga facility 05.06.11.docx
wna west plant - nalco 360 report - 01.28.2013.xls
wna west plant - nalco 360 report - 03.24.2014.xls

FP 46615307.1

wna east plant - nalco 360 report - 11.26.2012.xls

enu - waddington north americachattanooga - front chilled water closed loop - nw122866 - 01107341.pdf

wna west plant - nalco 360 report - 12.17.2012.xls

wna, inc., chattanooga facility 02.02.11.docx

wna east plant - nalco 360 report - 04.15.2013.xls

wna east plant - nalco 360 report - 09.09.2013.xls

wna west plant - nalco 360 report - 02.24.2014.xls

wna west plant - nalco 360 report - 11.25.2013.xls

wna east plant - nalco 360 report - 02.10.2014.xls

wna east plant - nalco 360 report - 02.18.2013.xls

water analysis 11.05.pdf

wna, inc., chattanooga facility 09.16.10.docx

wna east plant - nalco 360 report - 12.09.2013.xls

wna inc chattanooga facility - west plant - 07.02.2014.docx

wna inc chattanooga facility - east plant 06-18-2015.pdf

wna east plant - nalco 360 report - 09.16.2013.xls

wna east plant - nalco 360 report - 06.10.2013.xls

enu - waddington north america chattanooga - nb036004 - 00777533.pdf

wna east plant - nalco 360 report - 01.21.2013.xls

wna inc chattanooga facility - east plant 03-11-2015.pdf

wna west plant - nalco 360 report - 03.11.2013.xls

wna east plant - nalco 360 report - 01.14.2013.xls

mild steel coupon analysis 9.04

waddington north americachattanooga - west plant closed loop - particle analysis and glycol test - 06.2013.pdf

wna east plant - nalco 360 report - 12.24.2012.xls

wna west inc chattanooga facility 08.17.12.docx

wna west plant - nalco 360 report - 04.01.2013.xls

wna west plant - nalco 360 report - 01.20.2014.xls

wna east plant - nalco 360 report - 12.30.2013.xls

wna east plant - nalco 360 report - 03.03.2014.xls

wna west plant - nalco 360 report - 05.13.2013.xls

wna, inc., chattanooga facility 07.07.11.docx

wna west plant - nalco 360 report - 09.16.2013.xls

wna east plant - nalco 360 report - 06.24.2013.xls

wna east plant - city water microbio analysis - second test - june 2014.pdf

enu - waddington north america chattanooga - nb049903 - 01107581.pdf

wna inc chattanooga facility - east plant 08-20-2015.pdf

wna west plant - nalco 360 report - 01.14.2014.xls

wna east plant - nalco 360 report - 02.17.2014.xls

wna, inc., chattanooga facility 04.23.10.docx

enu - waddington north america chattanooga - nb052525 - 01167105.pdf

wna west plant - nalco 360 report - 10.21.2013.xls

wna west plant - nalco 360 report - 03.31.2014.xls

waddington north americachattanooga - west plant closed loop - glycol test - 12.2012.pdf

147

wna inc chattanooga facility - west plant 05-21-2015.pdf
wna, inc., chattanooga facility 11.04.10.docx
wna west plant - nalco 360 report - 11.11.2013.xls
wna east plant - nalco 360 report - 08.26.2013.xls
wna east plant - nalco 360 report - 02.03.2014.xls
wna west plant - nalco 360 report - 08.19.2013.xls
wna west plant - nalco 360 report - 09.03.2013.xls
wna, inc., chattanooga facility 12.02.10.docx
wna west plant - nalco 360 report - 09.23.2013.xls
wna west plant - nalco 360 report - 12.04.2012.xls
wna inc chattanooga facility - east plant 02-18-2015.pdf
wna west plant - nalco 360 report - 03.25.2013.xls
wna east plant - nalco 360 report - 01.20.2014.xls
wna inc chattanooga facility - west plant 12-30-2014.pdf
wna inc chattanooga facility - west plant - 06.26.2014.docx
wna east plant - nalco 360 report - 12.23.2013.xls
wna east plant - nalco 360 report - 11.11.2013.xls
wna east plant - nalco 360 report - 01.27.2014.xls
wna inc chattanooga facility - west plant 06-30-2015.pdf
wna east plant - nalco 360 report - 05.20.2013.xls
wna east plant - nalco 360 report - 03.18.2013.xls
city water microbio analysis july 07.pdf
wna west plant - nalco 360 report - 03.17.2014.xls
wna west plant - nalco 360 report - 07.29.2013.xls
wna west plant - nalco 360 report - 04.15.2013.xls
wna east plant - nalco 360 report - 12.02.2013.xls
wna west plant - nalco 360 report - 11.04.2013.xls
wna west plant - nalco 360 report - 10.27.2014.xls
wna west plant - nalco 360 report - 03.10.2014.xls
wna west plant - nalco 360 report - 04.07.2014.xls
wna west plant - nalco 360 report - 01.21.2013.xls
enu - waddington north americachattanooga - west plant closed loop - nw078940 - 00777718.pdf
wna west plant - nalco 360 report - 12.23.2013.xls
wna inc chattanooga - west plant closed loop - march 2012.pdf
wna east plant - nalco 360 report - 11.04.2013.xls
wna inc chattanooga facility - west plant 01-30-2015.pdf
wna west plant - nalco 360 report - 02.25.2013.xlsx
wna east plant - nalco 360 report - 11.18.2013.xls
wna inc chattanooga facility - east plant - 06.26.2014.docx
wna east plant - nalco 360 report - 03.24.2014.xls
enu - waddington north america chattanooga - nb052524 - 01167104.pdf
wna west plant - nalco 360 report - 02.11.2013.xls
wna west plant - nalco 360 report - 04.14.2014.xls
waddington north america chattanooga - city water microbio analysis - september 2012.pdf
wna inc chattanooga facility - east plant - 08.30.13.docx
wna east plant - nalco 360 report - 08.12.2013.xls

148

wna east plant - nalco 360 report - 07.15.2013.xls
wna, inc., chattanooga facility 01.06.11.docx
wna west plant - nalco 360 report - 04.22.2013.xls
wna west plant - nalco 360 report - 12.31.2012.xls
wna east plant - nalco 360 report - 12.17.2012.xls
wna west plant - nalco 360 report - 03.18.2013.xls
wna west plant - nalco 360 report - 08.12.2013.xls
wna west plant - nalco 360 report - 12.30.2013.xls
wna, inc., chattanooga facility 04.08.11.docx
wna east plant - nalco 360 report - 12.31.2012.xls
wna east plant - nalco 360 report - 02.11.2013.xls
wna east inc chattanooga facility 07.20.12.docx
wna west plant - nalco 360 report - 12.24.2012.xls
wna west plant - nalco 360 report - 11.18.2013.xls
wna west plant - nalco 360 report - 02.17.2014.xls
wna east plant - nalco 360 report - 03.10.2014.xls
wna east plant - nalco 360 report - 01.06.2014.xls
wna east plant - nalco 360 report - 07.22.2013.xls
wna, inc., chattanooga facility 03.03.11.docx
city water microbio analysis august 2013.pdf
wna east plant - nalco 360 report - 03.31.2014.xls
wna west plant - nalco 360 report - 01.06.2014.xls
wna east plant - nalco 360 report - 03.04.2013.xls
wna west plant - nalco 360 report - 09.15.2014.xls
wna inc chattanooga facility - east plant - 01.15.13.docx
city water microbio analysis july 2009.pdf
wna west plant - nalco 360 report - 06.17.2013.xls
wna east plant - nalco 360 report - 10.07.2013.xls
wna inc chattanooga facility - east plant 01-30-2015.pdf
wna west plant - nalco 360 report - 01.27.2014.xls
wna east plant - nalco 360 report - 04.07.2014.xls
wna, inc., chattanooga facility 12.02.11.docx
wna east plant - nalco 360 report - 09.15.2014.xls
wna, inc., chattanooga facility 06.10.11.docx
wna east plant - nalco 360 report - 03.25.2013.xls
wna east plant - nalco 360 report - 01.28.2013.xls
wna west inc chattanooga facility 07.20.12.docx
wna inc chattanooga facility - west plant - 08.05.13.docx
enu - waddington north america chattanooga - nb042667 - 00939786.pdf
wna west plant - nalco 360 report - 07.29.2013.xls
wna west plant - nalco 360 report - 02.10.2014.xls
wna east plant - city water microbio analysis june 2014.pdf
wna east plant - nalco 360 report - 04.29.2013.xls
waddington north america chattanooga - west plant closed loop - dma - 12.2012.pdf
wna east inc chattanooga facility 08.17.12.docx
wna east plant - nalco 360 report - 12.04.2012.xls

149

city water analysis july 07.pdf
wna west plant - nalco 360 report - 10.14.2013.xls
wna west plant - nalco 360 report - 07.08.2013.xls
enu - waddington north americachattanooga - west plant closed loop - nw095844 - 00902263.pdf
wna west plant - nalco 360 report - 11.12.2012.xls
wna west plant - nalco 360 report - 05.27.2013.xls
wna east plant - nalco 360 report - 04.08.2013.xls
wna inc chattanooga facility - east plant 05-27-2015.pdf
wna west plant - nalco 360 report - 06.10.2013.xls
wna inc chattanooga facility - west plant - 01.15.13.docx
wna east plant - nalco 360 report - 04.14.2014.xls
wna east plant - nalco 360 report - 11.19.2012.xls
wna east plant - nalco 360 report - 02.24.2014.xls
wna east plant - nalco 360 report - 09.22.2014.xls
wna west plant - nalco 360 report - 01.07.2013.xls
wna east plant - nalco 360 report - 02.25.2013.xlsx
wna east plant - nalco 360 report - 09.30.2013.xls
wna west plant - nalco 360 report - 12.16.2013.xls
wna west plant - nalco 360 report - 12.09.2013.xls
wna inc chattanooga facility - west plant - 04.30.2014.docx
wna west plant - nalco 360 report - 12.10.2012.xls
wna east plant - nalco 360 report - 07.08.2013.xls
wna west plant - nalco 360 report - 11.26.2012.xls
wna east plant - nalco 360 report - 09.23.2013.xls
wna east plant - nalco 360 report - 09.03.2013.xls
wna west plant - nalco 360 report - 06.24.2013.xls
wna east plant - nalco 360 report - 11.25.2013.xls
wna east plant - nalco 360 report - 01.14.2014.xls
wna west inc chattanooga facility 12.12.12.docx
wna west plant - nalco 360 report - 05.06.2013.xls
wna west plant - nalco 360 report - 11.19.2012.xls
water analysis 11.05
wna east plant - nalco 360 report - 04.01.2013.xls
wna west plant - city water microbio analysis june 2014.pdf
wna east plant - nalco 360 report - 08.05.2013.xls
wna inc chattanooga facility - west plant - 05.29.2014.docx
wna east plant - nalco 360 report - 05.27.2013.xls
wna east plant - nalco 360 report - 11.05.2012.xls
wna, inc., chattanooga facility 08.04.11.docx
wna west plant - nalco 360 report - 01.14.2013.xls
wna east plant - nalco 360 report - 10.14.2013.xls
wna3dttwr110410.xls
wna east plant 3dtrasar cooling tower data 04.30.2014.xls
wna, inc., chattanooga facility 03.05.09.doc
wna3dttwr 05.06.11.xls
wna inc. chattanooga facilitychattanooga.mdb

150

wna east plant 3dtrasar cooling tower data 05.29.2014.xls
wna, inc., chattanooga facility 10.21.09.docx
wna, inc., chattanooga facility 03.19.10.docx
wna3dttwr020211.xls
wna west plant 3dtrasar cooling tower data 04.30.2014.xls
wna3dttwr120210.xls
wna, inc., chattanooga facility 02.16.10.docx
wna east plant 3dtrasar cooling tower data 08.30.13.xls
wna, inc., chattanooga facility 05.29.09.docx
wna, inc., chattanooga facility 09.23.09.docx
wna inc chattanooga facilitychattanooga.mdb
wna west plant 3dtrasar cooling tower data 05.29.2014.xls
wnachattanooga.mdb
wna west plant 3dtrasar cooling tower data 09.25.13.xls
wna, inc., chattanooga facility 12.01.09.docx
wna, inc., chattanooga facility 08.24.09.docx
wna3dttwr010611.xls
wna, inc., chattanooga facility 06.03.09.docx
wna, inc., chattanooga facility 11.19.09.docx
wna, inc., chattanooga facility 01.18.10.docx
wna, inc., chattanooga facility 02.03.09.doc
wnacooltower011810.xls
wna west plant 3dtrasar cooling tower data 08.05.13.xls
wna, inc., chattanooga facility 04.15.09.doc
wna 3dtrasar cooling tower data 09.23.09.xls
wna 3dtrasar cooling tower data 09.16.10.xls
wna 3dtrasar cooling tower data 06.02.11.xls
wna 3dtrasar cooling tower data 08.04.11.xls
wna 3dtrasar cooling tower data 12.02.10.xls
wna 3dtrasar cooling tower data 07.07.11.xls
wna 3dtrasar cooling tower data 08.24.09.xls
wna 3dtrasar cooling tower data 11.04.10.xls
wna 3dtrasar cooling tower data 12.01.09.xls
wna 3dtrasar cooling tower data 10.21.08.xls
wna 3dtrasar cooling tower data 05.28.10.xls
wna 3dtrasar cooling tower data 09.08.08.xls
wna 3dtrasar cooling tower data 11.24.08.xls
wna 3d trasar cooling tower data 06.03.09.xls
wna 3dtrasar cooling tower data 03.19.10.xls
wna inc. chattanooga facilityeast plant.mdb
wna 3dtrasar closed loop data 07.07.11.xls
wna 3dtrasar cooling tower data 02.03.09.xls
wna 3dtrasar closed loop data 08.04.11.xls
wna3d trasar closed loop data 02.02.11.xls
wna 3dtrasar closed loop data 06.02.11.xls
wna 3dtrasar cooling tower data 01.06.11.xls

151

wna 3dtrasar cooling tower data 03.03.11.xls
wna 3dtrasar closed loop data 05.05.11.xls
wna 3dtrasar closed loop data 04.07.11.xls
wna3dtloop110410.xls
wna 3dtrasar closed loop data 05.28.10.xls
wna 3dtrasar closed loop data 01.06.11.xls
wna3dtloop120210.xls
wna 3dtrasar closed loop data 09.16.10.xls
wna 3dtrasar closed loop data 12.02.10.xls
wna 3dtrasar closed loop data 06.25.10.xls
wna 3dtrasar closed loop data 03.03.11.xls
wna 3dtrasar closed loop data 11.04.10.xls
wna 3dtrasar closed loop data 01.18.10.xls
wna west 3dtrasar closed loop data 05.29.2014.xls
wna 3dtrasar closed loop data 12.01.09.xls
wna 3dtrasar closed loop data 02.03.09.xls
wna 3dtrasar closed loop data 06.03.09.xls
wna 3dtrasar closed loop data 03.19.10.xls
wna west 3dtrasar closed loop data 04.30.2014.xls
volkswagen - body shop wwcl diagram with sample points.xlsx
american plastics 11.27.06.doc
american plastics 05.17.06.doc
volkswagen quote for metallurgy analytical analysis - 03.14.2013.pdf
vw hvac performance service proposal updated 09-04-2014.docx
wna american plastics 11.12.04.doc
volkswagen spare parts list for media building 11.02.2012.pdf
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - nalco direct
05.26.2015.pdf
volkswagen quote for hot water closed loop oxygen scavenger and metal passivator - nalco
cnqr3485.15 - 08.09.2011.pdf
weld water cooling tower operating parameters.docx
american plastics log sheet for closed loop (front).xls
wna american plastics 08.30.04.doc
american plasticschattanooga tn.mdb
volkswagen quote for nalco onsite analytical testing equipment - 11.30.2012.pdf
wna american plastics 08.04.05.doc
volkswagen quote for small closed loop inhibitor - trac100.11 - 08.01.2014.pdf
wwcl engineering report .docx
volkswagen quote for hot water closed loop oxygen scavenger and metal passivator - nalco
cnqr3485.15 - 08.09.2011.doc
wna american plastics 05.06.05.doc
volkswagen quote for softener system rebuild kits - 11.29.2012 ver.2.doc
wna american plastics 07.28.04.doc
volkswagen quote for nalco 1338.33 07.16.2013.docx
volkswagen quote for remote water meter readers - 12.13.2011.pdf
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 06.24.2014.docx

FP 46615307.1

wna american plastics 03.11.05.doc
wna inc. chattanooga facility proposal 05-24-2011.doc
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 10.29.2014.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 09.18.2013.pdf
nalco 3d trasar monitoring logsheet.docx
american plastics cooling water proposal.doc
wna inc. pam.docx
volkswagen spare parts list and price breakdown.xls
volkswagen quote for hot water closed loop inhibitor and biocide - trac101.15 and h-550.15 - 10.25.2012.doc
wna inc. - quote for softener service and rebuild - 08.16.2011.pdf
wna, inc., chattanooga facility 05.30.08.doc
volkswagen quote for replacement softener and entire system rebuild kit - 11.29.2012.doc
american plastics 03.16.07.doc
weld water closed loop system survey form.pdf
wna american plastics 10.01.04.doc
wna quote for chilled water closed loop biocide - 10.05.2011.pdf
vw hvac performance service proposal updated 08-08-14.pdf
volkswagen quote for nalco 1338.33 11.01.2012.doc
volkswagen quote for softener system rebuild kits - 05.19.2015.pdf
wna american plastics 01.11.05.doc
copper corrosion coupon analsis 9.04
volkswagen quote for nalco 8105.15 - 05.21.2014.pdf
volkswagen quote for hardness test kit and additional spare parts 11.18.2012.pdf
volkswagen quote for softener system rebuild kits - 05.19.2015.docx
form730el equipment request forwna, inc. chattanooga facility - 3dtrasar starter 06.01.08.doc
american plastics 02.23.07.doc
volkwagen coil cleaning equipment and chemical package proposal 10-13-2014.docx
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 03.11.2013.pdf
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 06.24.2014.pdf
volkswagen quote for weld water closed loop biocide - nalco 77352na.15 - 08.09.2011.doc
volkswagen spare parts list and price breakdown - ver 2.pdf
american plastics 07.24.06.doc
wna american plastics 04.15.05.doc
pmw american plastics 2012-2013 for both plants.xls
volkswagen quote for nalco onsite analytical testing equipment - 11.30.2012.doc
http___www.necoequipment.com_pdfs_velocitychart.pdf
wna, inc. scope of work for 2011-2012 east and west water treatment contract .pdf
volkswagen revised quote for closed loop treatment package 2.08.2011.pdf
wna inc. pam.pdf
american plastics log sheet for closed loop (back).xls
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 05.26.2015.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 04.24.2013.pdf
volkswagen quote for nalco 1338.33 11.25.2014.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 07.18.2011.pdf
hot water cooling tower operating parameters.pdf

FP 46615307.1

wna, inc. scope of work for 2013-2014 east and west water treatment contract.pdf
pmw amer plastics 2006-2007 with trasar lease.xls
pmw american plastics 2011-2012 for both plants.pdf
volkswagen quote for nalco 8105 chemical injection pump with 4-20ma control - 05.21.2014.docx
wna, inc. scope of work for 2015-2016 east, central and west water treatment contract.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 08.17.2015.docx
wna american plastics 06.16.05.doc
wna service plan 2012.pdf
volkswagen quote for nalco 8105.15 - 05.21.2014.docx
volkswagen quote for hardness test kit 11.18.2012.doc
american plastics 2003-2004 twma agreement.doc
volkswagen spare parts list and price breakdown - august 8, 2013.pdf
american plastics 09.01.05.doc
volkswagen spare parts list and price breakdown - ver 2.xls
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 06.24.2014.pdf
volkswagen quote for trace hardness test kit 02.07.13.pdf
39m.pdf
volkswagen spare parts list for media building 11.02.2012.xls
american plastics 08.17.07.doc
wna american plastics west 10.12.04.doc
volkswagen__chattanooga, tn 37416_coil-flo cf500 service 12.09.2013 sor5.xls
volkswagen quote for nalco 8105 chemical injection pump with 4-20ma control - 05.21.2014.pdf
wna quote for chilled water closed loop biocide - 10.05.2011.doc
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 10.29.2014.docx
hot water cooling tower operating parameters.docx
volkswagen quote for previously preformed analytical analysis - 08.09.2011.doc
http___en.wikipedia.pdf
american plastics 09.28.06.doc
american plastics 3dtrasar data 6.2.06.xls
pmw american plastics 2010-2011.xls
http___www.mycheme.pdf
volkwagen coil cleaning equipment and chemical package proposal 10-13-2014.pdf
volkswagen quote for previously preformed analytical analysis - 08.09.2011.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 07.18.2011.doc
example tower calculations for american plastic west.xls
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 02.13.2015.pdf
wna east 3dtrasar closed loop data 08.30.13.xls
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 09.18.2013.docx
volkswagen quote for nalco 3d trasar annual maintenance package - 10.27.2011.pdf
nalco 3d trasar monitoring logsheet.pdf
pma worksheet american plastics (dec.1, 2003 to jan 31, 2005).xls
volkswagen quote for nalco 8105.61 - 05.21.2014.docx
volkswagen quote for weld water closed loop biocide - nalco 77352na.15 - 08.09.2011.pdf
wna 3dtrasar closed loop data 10.21.08.xls
volkswagen quote for hardness test kit and replacement reagents 06.27.2013.pdf

154

wna cooling tower operating parameters.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 10.09.2012.doc
nalco_39m_uscueg.pdf
wna service plan 2014.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 09.07.2011.pdf
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 03.11.2013.docx
chilled water closed loop operating parameters.docx
volkswagen quote for ion exchange bottle service -softener back-up plan - 11.29.2012.pdf
volkswagen quote for replacement softener and entire system rebuild kit - 11.29.2012.pdf
weld water cooling tower operating parameters.pdf
american plastics 01.21.08.doc
american plastics 11.05.07.doc
weld water closed loop operating parameters.docx
volkswagen quote for nalco 8105 chemical injection pump - 05.21.2014.docx
volkwagen coil cleaning equipment and chemical package proposal 10-28-2014.pdf
american plastics pf feasibility checklist.doc
wna water treatment contract calculation sheet - 2014.pdf
volkswagen__chattanooga, tn 37416_coil-flo cf500 service 11.15.2013 sor5.xls
volkswagen quote for nalco 8105.61 - 05.21.2014.pdf
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 08.08.2013.docx
american plastics service plan 2006.xls
wna, inc., chattanooga facility 11.24.08.doc
wna east 3dtrasar closed loop data 04.30.2014.xls
pma worksheet american plastics 2003-2004.xls
wna, inc., chattanooga facility 07.15.08.doc
pmw american plastics 2011-2012 for both plants.xls
wna, inc. scope of work for 2010-2011 water treatment contract.pdf
american plastics 07.18.07.doc
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 08.17.2015.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 09.07.2011.doc
volkswagen quote for hot water closed loop oxygen scavenger and metal passivator - nalco cnqr3485.15 - 10.13.2011.doc
pmw american plastics 2007-2008.xls
volkswagen quote for e-coat biocide 2.07.2011.pdf
nonconformance report for anthony ridley 09-aug-2011.xls
volkswagen - body shop wwcl diagram.xlsx
wna inc., water treatment contract - scope of work 2011-2012.pdf
wna, inc., chattanooga facility 07.07.08.doc
vw hvac performance service proposal updated 11-5-13 (3).pdf
volkswagen quote for hot water closed loop oxygen scavenger and metal passivator - nalco cnqr3485.15 - 10.13.2011.pdf
american plastics 11.07.05.doc
american plastics 09.27.07.doc
american plastics 08.31.06.doc
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 05.26.2015.docx
volkswagen quote for softener brine valves - 06.10.2015.docx

FP 46615307.1

pmw american plastics 2011-2012.xls
american plastics 10.20.05.doc
volkswagen quote for hardness test kit 11.18.2012.pdf
wna service plan 2012.xls
chilled water closed loop operating parameters.pdf
volkswagen quote for metallurgy analytical analysis - 05.01.2012.doc
volkswagen quote for hot water closed loop inhibitor and biocide - trac101.15 and h-550.15 - 10.25.2012.pdf
weld water closed loop system survey form.xlsx
volkswagen quote for water treatment inhibitor and biocides - 12.04..2012.pdf
vw hvac performance service proposal updated 08-08-14.docx
volkswagen quote for nalco 1338.33 07.16.2013.pdf
volkswagen quote for metallurgy analytical analysis - 03.14.2013.docx
wna 3dtrasar closed loop data 09.08.08.xls
american plastics 06.12.06.doc
volkswagen quote for small closed loop inhibitor - trac100.11 - 08.01.2014.docx
american plastics 3d trasar starter form730.doc
wna, inc. scope of work for 2014-2015 east and west water treatment contract.pdf
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 08.09.2011.pdf
volkswagen quote for nalco 8105 chemical injection pump - 05.21.2014.pdf
nalco engineering survey report.pdf
wna, inc., chattanooga facility 09.08.08.doc
wna american plastics 12.14.04.doc
volkswagen - body shop wwcl diagram with colored deadheads.xlsx
volkswagen quote for softener system rebuild kits - 11.29.2012 ver.2.pdf
american plastics 03.26.08.doc
wma american plastics 04.08.04.doc
american plastics 04.27.07.doc
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 08.09.2011.doc
wna east 3dtrasar closed loop data 05.29.2014.xls
american plastics 01.29.07.doc
wna inc., chattanooga facility water treatment contract worksheet 2013-2014 for both plants.xlsx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 02.13.2015.docx
wna cooling tower operating parameters.docx
volkswagen spare parts list and price breakdown.pdf
volkswagen quote for hardness test kit and replacement reagents 06.27.2013.doc
american plastics 3dtrasar data 07.18.07.xls
volkswagen quote for nalco 1338.33 07.02.2015.pdf
wna, inc., chattanooga facility 10.21.08.doc
volkswagen quote for e-coat biocide 2.07.2011.doc
volkwagen coil cleaning equipment and chemical package proposal 10-28-2014.docx
nalco engineering survey report.docx
volkswagen revised quote for closed loop treatment package 2.08.2011.doc
wna american plastics 07.14.05.doc
wna inc._1080256_chattanooga, tennessee 37421_softener filter resinmedia replacement_9132011_sor41.xls

156

volkswagen quote for small closed loop inhibitor - trac200.11 - 09.09.2014.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 10.09.12.pdf
wna inc., chattanooga facility cooling tower system diagram.pdf
wna inc., chattanooga facility water treatment contract worksheet 2014-2015 for both plants.xlsx
wna, inc., chattanooga facility 04.29.08.doc
softener tank quote.doc
volkswagen quote for nalco 1338.33 10.31.2013.docx
chilled water cooling tower operating parameters.docx
wna, inc. contract worksheet chemical estimations for 2013-2014 east and west water treatment contract.pdf
pmw - american plastics -chattanooga,tn -nw54 -4-1-06.xls
tech18.pdf
wna service plan 2014.xlsx
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 11.11.2013.docx
wma american plastics 03-04-04.doc
volkswagen quote for remote water meter readers - 12.13.2011.doc
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 11.11.2013.pdf
volkswagen quote for nalco 3d trasar annual maintenance package - 10.27.2011.doc
wna american plastics 06.02.04.doc
wna american plastics 02.18.05.doc
american plastics 05.25.07.doc
volkswagen quote for nalco 1338.33 07.02.2015.docx
volkswagen quote for nalco 1338.33 11.25.2014.pdf
wna incoming city water analysis march 2010.pdf
wna, inc. scope of work for 2012-2013 east and west water treatment contract .pdf
volkswagen quote for entire replacement softener system - 11.29.2012 ver.2.pdf
volkswagen quote for nalco 1338.33 11.01.2012.doc
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 06.24.2014.docx
volkswagen quote for hot water closed loop inhibitor - trac101.15 - 07.23.2015.docx
vw hvac performance service proposal updated 09-04-2014.pdf
wna, inc. scope of work for 2014-2015 east and west water treatment contract - signed.pdf
wna inc. - quote for softener service and rebuild - 08.16.2011.doc
volkswagen quote for entire replacement softener system - 11.29.2012 ver.2.doc
volkswagen quote for small closed loop inhibitor - trac200.11 - 09.09.2014.pdf
pma-american plastics 2005-2006.xls
chilled water cooling tower operating parameters.pdf
volkswagen spare parts list and price breakdown - august 8, 2013.xlsx
volkswagen quote for trace hardness test kit 02.07.2013.docx
volkswagen quote for nalco 1338.33 10.31.2013.pdf
wna inc., water treatment contract - scope of work 2009-2010.pdf
volkswagen quote for metallurgy analytical analysis - 05.01.2012.pdf
pvc corrosion coupon rack spec sheet.pdf
volkswagen - body shop wwcl diagram headers with colored sample points .xlsx
volkswagen quote for hot water closed loop inhibitor - trac101.15 - 07.23.2015.pdf
wna incchattanooga.mdb
wna inc., chattanooga facility cooling tower system diagram.docx

FP 46615307.1

pmw american plastics 2008-2009.xls
american plastics 02.15.08.doc
american plastics 10.13.06.doc
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 04.24.2013.docx
volkswagen - body shop wwcl diagram with colored sample points.xlsx
vw hvac performance service proposal updated 11-5-13 (3).docx
volkswagen quote for hardness test kit and additional spare parts 11.18.2012.doc
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 08.08.2013.pdf
volkswagen quote for nalco 7330.15 - 06.23.2015.docx
volkswagen quote for nalco 7330.15 - 06.23.2015.pdf
american plastics tower calculations.xls
volkswagen quote for water treatment inhibitor and biocides - 12.04.2012.doc
wna inc., chattanooga facility water treatment contract worksheet 2015-2016 for all three plants.xlsx
pmw american plastics 2009-2010.xls
vw hvac performance service proposal updated 11-5-13 (3).doc
wna people survey.ppt
wma american plastics 05.04.04.doc
volkswagen quote for ion exchange bottle service -softener back-up plan - 11.29.2012.doc
volkswagen quote for softener brine valves - 06.10.2015.pdf
weld water closed loop operating parameters.pdf
volkswagen__chattanooga, tn 37416_coil-flo cf500 service_1152013_sor5.xls
american plastics 01.16.06.doc
po6000063291 - analytical analysis on 10 potable water samples.pdf
2014 nalco pricing for volkswagen group of america_jb.xlsx
volkswagen quote for 3dt260.91 02.08.2011.pdf
volkswagen quote for 5 gal pot feeder for fire-security building 02.19.2014.docx
jake marshall - vw bid letter 07152009.pdf
volkswagen quote for cooling tower and closed loop biocides - 05.13.2014.pdf
volkswagen quote for conductivity probe for hhw - 12.11.2012.pdf
volkswagen quote for closed loop biocide - nalco 77352na.15 - 11.11.2013.pdf
volkswagen quote for e-coat biocide 04.08.2014.docx
volkswagen and ssoe cleaning, passivation, and treatment quote 06.02.10.docx
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 06.19.2012.pdf
volkswagen quote for analytical analysis - 05.03.2013.pdf
cleaning, passivating, and start up chemical cost.xlsx
volkswagen quote for coil flo cleaning - daily cost breakdown - 08.08.2014.docx
volkswagen - notes for corrosion coupon rack quote - 04.15.2013.pdf
po6000067037 - ash biocide and feed system.pdf
po6000070257 - nalco 7330.61 e-coat biocide.pdf
volkswagen quote for assembly coil flo cleaning - breakdown - 12.02.2013.pdf
volkswagen facility maintenance spend with nalco - 2012.xlsx
po6000063997 - nalco 7330.15 and nalco 77352na.15 - june 2014.pdf
volkswagen- ssoe-w.j. oneil cleaning, passivation, and treatment quote 06.07.10.pdf
fm sylvan - fire station chilled water closed loop cleaning and passivation letter.pdf
po6000071139 - ahu coil cleaning september 2014.pdf

FP 46615307.1

volkswagen quote for cooling tower nonoxidizing biocide - nalco 7330.15 - 07.31.2011.doc
volkswagen quote for e-coat biocide (4) 10.09.2012.doc
volkswagen quote for 3dt260.33 08.05.2015.docx
volkswagen quote for 3dt260.33 11.04.2014.pdf
volkswagen 2012 chemical budget number calculations worksheet.pdf
volkswagen quote for chilled water closed loop inhibitor - trac101.15 and h-550.15 - 06.19.2012.doc
2013 nalco pricing for volkswagen group of america_jb.pdf
volkswagen quote for corrosion coupon rack (ver-2a) - 04.15.2013.pdf
jake marshall - vw bid letter 04072009.docx
volkswagen quote for corrosion coupon rack (ver-2b) - 04.15.2013.docx
volkswagen quote for e-coat biocide 01.28.2013.docx
vw quote l211-318 standard ultrasand plus.doc
volkswagen- ssoe-cleaning, passivation, and treatment quote 09.08.10.pdf
volkswagen quote for analytical analysis - 04.30.2013.pdf
volkswagen - notes for for analytical analysis quote - 05.03.2013.pdf
volkswagen quote 1.05.2011.pdf
volkswagen and ssoe cleaning, passivation, and treatment quote 06.02.10.pdf
volkswagen quote for chilled water closed loop inhibitor - trac101.15 and h-550.15 - 06.19.2012.pdf
volkswagen quote for deposit analytical analysis - 05.01.2012.doc
volkswagen- proposal for extra closed loop inhibitor 12.06.10.pdf
2012 nalco pricing for volkswagen group of america.xlsx
volkswagen group of america, i__chattanooga, tn 37416_coil-flo cf500 service_872013_sor5.xls
volkswagen- ssoe-jake marshall cleaning, passivation, and treatment quote 06.07.10.docx
volkswagen quote for e-coat biocide 2.04.2011.doc
volkswagen quote for coil flo cleaning - daily cost breakdown - 09.04.2014.docx
volkswagen quote for e-coat biocide 02.26.2014.pdf
volkswagen quote for e-coat biocide (4) 10.09.12.pdf
jake marshall quote 9.22.2011.pdf
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 10.04.2011.pdf
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - nalcodirect 2015.pdf
volkswagen quote for bulk tank piping and replacement 3d trasar junction box covers - 10.31.2013.pdf
volkswagen- ssoe-cleaning, passivation, and treatment quote 09.08.10. ver-2.pdf
volkswagen quote for 3dt260.33 10.31.2013.docx
volkswagen quote for 3dt calibration solution 2015 - nalcodirect.pdf
nalco analytical equipment worksheet 2012.pdf
volkswagen quote for coil flo cleaning - daily cost breakdown - 08.08.2014.pdf
volkswagen quote for e-coat biocide (4) 03.09.2012.doc
volkswagen quote for e-coat biocide (1) 07.31.2012.pdf
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 08.09.2011.doc
po6000069045 - bleach bulk.pdf
jake marshall - wwcl survey p.o..docx
volkswagen quote for 3dt260.91 09.08.2011.doc
volkswagen quote for 3dt260.31 07.31.2012.pdf

159

FP 46615307.1

volkswagen quote for body shop coil flo cleaning - breakdown - 11.12.2013.docx
cooling tower and closed loop cleaning and passivation letter.docx
po6000080006 - nalco trac100.15 february 2015.pdf
nalco pricing worksheet (3).xlsx
volkswagen quote for 12.5% sodium hypochlorite 08.04.2014.pdf
volkswagen quote for analytical analysis - 05.03.2013.docx
volkswagen - spreadsheet to calculate system volumes based upon inhibitor dosage.xls
po6000086625 - nalco 3dt260.33 - june 2015.pdf
volkswagen group of america 2014 pricing letter - january 2014.docx
po6000071154 - trac200.11 september 2014.pdf
po6000069669 - nalco 3dt260.33.pdf
volkswagen quote for cooling tower inhibitor - nalco 3dt260.33 - 08.12.2014.pdf
volkswagen quote for closed loop inhibitors - trac100.15 and cnqr 3485 - 11.29.2011.doc
volkswagen quote for 3dt260.91 09.08.2011.pdf
volkswagen quote for 3d trasar maintenance materials - 09.20.2013.docx
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 08.08.2013.docx
volkswagen quote for coil flo cleaning - daily cost breakdown - 09.04.2014.pdf
volkswagen - quote for weld water closed loop system survey - part 2 - 01.02.12.pdf
volkswagen - quote for weld water closed loop system survey 10.20.11.docx
nalco company 04.30.13 benchmark rfq wwt chemicals.xls
volkswagen quote for cooling tower inhibitor - nalco 3dt260.33 - 08.12.2014.docx
volkswagen quote for analytical analysis - 05.06.2014.pdf
vw softwater quote 3.02.10.pdf
volkswagen quote for air supply house biocide - nalco 7330.15 - 04.28.2014 - nalcodirect.pdf
cooling tower and closed loop cleaning and passivation letter.pdf
vw softwater quote 3.02.10.doc
jake marshall - closed loop spend est vs. ytd 06.11.2010.pdf
vw cover page 2009 proposal - 1.pdf
volkswagen quote for 3dt260.33 08.05.2015.pdf
volkswagen quote for bulk tank piping and replacement 3d trasar junction box covers - 10.31.2013.docx
nalco - rebid 2015 general stores pricing sheet.xlsx
volkswagen quote for analytical analysis - 04.30.2012.pdf
volkswagen quote for e-coat biocide 08.12.2014.docx
volkswagen quote for corrosion coupon rack (ver-2b) - 04.15.2013.pdf
volkswagen quote for 3d trasar materials - 02.13.2015.pdf
po6000055203 - coilflo cleaning of 9 coils in assembly - december 13, 2013.pdf
installer qualifcations letter.pdf
w.j. oneil cleaning and passivation quote 06.07.10.pdf
volkswagen 7330.15 (4) quote - 3.09.12.pdf
volkswagen- ssoe-cleaning, passivation, and treatment quote 09.08.10. ver-2.docx
volkswagen quote for 5 gal pot feeder and ash biocide 06.09.2014.pdf
nalco company 04.30.13 benchmark rfq wwt chemicals - ver3.xls
fm sylvan - fire station chilled water closed loop cleaning and passivation letter.docx
volkswagen and ssoe cleaning, passivation, and treatment quote 06.02.10. ver-3.docx
volkswagen quote for coil flo cleaning chemicals - 03.11.2015.pdf

160

target pricing template - nalco - august 15, 2013 (ver.2).xlsx
volkswagen quote for 5 gal pot feeder for fire-security building 02.19.2014.pdf
po6000060967 - trac100 (3 drums) april 2014.pdf
volkswagen quote for e-coat biocide 2.04.2011.pdf
volkswagen quote for 3dt260.31 07.31.2012.doc
volkswagen quote for e-coat biocide 04.08.2014.pdf
volkswagen quote for air supply house biocide - lmi chemical pump - 04.28.2014 - nalcodirect.pdf
po6000090531 - trac100.15 - qty 2 - august 2015.pdf
jake marshall - closed loop spend est vs. ytd 06.11.2010.docx
vw bid excel worksheet april 7, 2009.xls
nalco company 04.30.13 benchmark rfq wwt chemicals - ver2.xls
volkswagen quote for 3dt260.33 06.10.2015.pdf
volkswagen quote for e-coat biocide - nalcodirect 04.08.2014.pdf
po6000080007 - nalco 3d trasar calibration solution february 2015.pdf
volkswagen quote for analytical analysis - 08.09.2011.pdf
volkswagen quote for assembly coil flo cleaning - breakdown - 12.02.2013.docx
po6000080668 - pot feeder for air supply house - march 2015.pdf
nalco - target price template - 2015 spare parts list.xlsx
volkswagen media building 2012 estimated chemical treatment cost.pdf
dfm quote - volkswagen closed loop quote and invoice 11.02.2012.pdf
volkswagen quote for coil flo cleaning - annual cost breakdown - 10.13.2014.docx
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - nalcodirect may 2015.pdf
volkswagen quote for analytical analysis - 04.11.2012.pdf
volkswagen quote for 3dt260.31 10.09.12.pdf
po6000066857 - tests for 2nd round of potable water samples - microbio only.pdf
volkswagen media building maintenance contractor bid letter 04.23.2010.pdf
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 03.20.2014.pdf
volkswagen quote for 3dt260.31 10.09.2012.doc
volkswagen - quote for weld water closed loop system survey 10.20.11.pdf
jake marshall quote 9.22.2011.doc
copy of nalco - confirmed rates - october 2104.xlsx
volkswagen quote for e-coat biocide (1) 03.09.2012.doc
volkswagen quote for analytical analysis - 04.30.2013.docx
volkswagen quote for 6 portable water analytical analysis - microbio only - 06.18.2014.pdf
volkswagen quote for 71d5 plus.11- 05.07.2013.docx
po6000062032 - e coat biocide.pdf
volkswagen quote for deposit analytical analysis - 05.01.2012.pdf
volkswagen quote for coil flo cleaning chemicals - 03.11.2015.docx
volkswagen- ssoe-cleaning, passivation, and treatment quote 09.08.10.docx
volkswagen quote for 3d trasar maintenance materials - 09.20.2013.pdf
corrosion coupon rack scope of work - 04.04.2013.pdf
volkswagen quote for 3d trasar materials - 02.13.2015.docx
volkswagen quote for closed loop inhibitors - trac100.15 and cnqr 3485 - 11.29.2011.pdf
volkswagen- proposal for extra closed loop inhibitor 12.06.10.docx
2014 nalco pricing for volkswagen group of america_jb.pdf

FP 46615307.1

jake marshall - vw warranty letter 05012010.pdf
po6000059017 - pot feeder for fire building 2014.pdf
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 10.04.2011.doc
nalco 2014 - 2015 wwt & ro bid letter.docx
volkswagen - quote for weld water closed loop system survey - part 2 - 01.02.12.docx
volkswagen quote for 3dt260.91 02.08.2011.doc
vw quote l211-318 standard ultrasand plus.pdf
volkswagen quote for 5 gal pot feeder 09.08.2014.pdf
volkswagen analytical quote sheet 2011.pdf
volkswagen quote for 8105 coag. - lmi chemical pump - 05.21.2014 - nalcodirect.pdf
volkswagen quote for cooling tower and closed loop biocides - 11.04.2014.pdf
volkswagen- ssoe-cleaning, passivation, and treatment quote 10.20.10. ver-1.pdf
volkswagen quote for chilled water and hot water closed loop inhibitor - trac100.15 - 07.18.2011.doc
volkswagen quote for coil flo cleaning - annual cost breakdown - 10.28.2014.pdf
po6000087246 - 1700 brine valves - june 2015.pdf
volkswagen quote for analytical analysis - 05.06.2014.docx
volkswagen quote for 12.5% sodium hypochlorite 08.04.2014.docx
volkswagen quote for 10 portable water analytical analysis - 05.06.2014.pdf
volkswagen media building 2012 estimated chemical treatment cost.docx
po6000055422 - nalco 3dt260.33 and nalco 1338.33 - december 09, 2013.pdf
2012 nalco pricing for volkswagen group of america.pdf
volkswagen quote for body shop coil flo cleaning - breakdown - 11.12.2013.pdf
po6000066859 - trac100.15.pdf
volkswagen group of america 2014 pricing letter - january 2014.pdf
nalco 2014 - 2015 wwt & ro bid letter.pdf
volkswagen quote for 5 gal pot feeder 09.08.2014.docx
volkswagen quote for e-coat biocide (1) 07.31.2012.doc
volkswagen quote for 3dt260.33 10.31.2013.pdf
volkswagen quote for air supply house biocide - nalco 7330.12 - 04.28.2014 - nalcodirect.pdf
volkswagen quote for cooling tower and closed loop biocides - 11.21.2014.pdf
po6000075898 - nalco 1338.33 december 2014.pdf
volkswagen quote for corrosion coupon rack (ver-2a) - 04.15.2013.docx
copy of vw quote request 8 3 2015.xlsx
volkswagen quote for 3dt260.33 06.10.2015.docx
nalco budgetary cost for water leak test booth.xls
volkswagen- ssoe-cleaning, passivation, and treatment quote 10.20.10. ver-1.docx
volkswagen quote for bleach pump parts - 05.13.2014.docx
jake marshall - vw bid letter 07152009.docx
volkswagen quote for 3dt260.33 11.04.2014.docx
volkswagen quote for air supply house biocide - nalco 7330 chemical tanks with containment - 04.28.2014 - nalcodirect.pdf
volkswagen quote for clean ahu unit 5-ahu-4 in rb2.pdf
volkswagen facility maintenance spend with nalco - 2014.xlsx
volkswagen hvac performance service proposal updated 11-5-13 (3).pdf
volkswagen quote for 3dt260.91 trac105.15 - 02.22.2011.pdf

162

volkswagen quote for conductivity probe for hhw - 12.11.2012.doc
volkswagen quote for e-coat biocide 02.26.2014.docx
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 08.09.2011.pdf
volkswagen quote for corrosion coupon rack - 03.22.2013.pdf
volkswagen quote for 12.5% sodium hypochlorite 10.28.2013.pdf
nalco analytical equipment worksheet 2012.xlsx
volkswagen quote for e-coat biocide (1) 03.09.2012.pdf
volkswagen quote for bleach pump parts - 05.13.2014.pdf
fm sylvan chilled water cleaning and passivation quote worksheet.xls
volkswagen quote for e-coat biocide (4) 07.31.2012.doc
volkswagen quote for cooling tower nonoxidizing biocide - nalco 7330.15 - 07.31.2012.pdf
volkswagen quote 1.05.2011.doc
volkswagen quote for cooling tower and closed loop biocides - 11.21.2014.docx
volkswagen quote for 3dt260.31 06.27.2013.doc
volkswagen quote for analytical analysis - 08.09.2011.doc
volkswagen quote for e-coat biocide 10.18.2011.pdf
volkswagen quote for 71d5 plus.11- 05.07.2013.pdf
volkswagen quote for coil flo cleaning - annual cost breakdown - 10.13.2014.pdf
volkswagen quote for analytical analysis - 04.30.2012.doc
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 08.08.2013.pdf
volkswagen quote for corrosion coupon rack - 03.22.2013.docx
corrosion coupon rack scope of work - 04.04.2013.docx
volkswagen quote for 6 portable water analytical analysis - microbio only - 06.18.2014.docx
cleaning, passivating, and start up chemical cost.xls
jake marshall - vw bid letter 04072009.pdf
volkswagen media building maintenance contractor bid letter 04.23.2010.docx
po6000075897 - nalco 7330 - 77352na - trac101 december 2014.pdf
po6000074466 - nalco trac100 - november 2014.pdf
w.j. oneil cleaning and passivation quote 06.07.10.docx
volkswagen quote for e-coat biocide 10.18.2011.doc
dfm quote - volkswagen closed loop quote 09.21.2012.doc
volkswagen facility maintenance spend with nalco - 2013.xlsx
volkswagen- ssoe-w.j. oneil cleaning, passivation, and treatment quote 06.07.10.docx
nalco 2014 - 2015 wwt bid pricing sheet - wwt chemicals master pricing sheet.xlsx
volkswagen quote for 5 gal pot feeder and ash biocide 06.09.2014.docx
volkswagen quote for 12.5% sodium hypochlorite 11.17.2011.pdf
po6000066861 - trac101.15.pdf
volkswagen quote for cooling tower and closed loop biocides - 11.04.2014.docx
volkswagen quote for 8105 coag. - lmi chemical pump with 4-20 - 05.21.2014 - nalcodirect.pdf
volkswagen quote for e-coat biocide (4) 07.31.2012.pdf
po6000066858 - reconcile analytical testing.pdf
po6000083371 - coil cleaning chemistry - april 2015.pdf
volkswagen quote for 3dt260.91 trac105.15 - 02.22.2011.doc
volkswagen- ssoe-jake marshall cleaning, passivation, and treatment quote 06.07.10.pdf
po6000074553 - nalco 3dt260.33 - november 2014.pdf
volkswagen quote for 12.5% sodium hypochlorite 11.17.2011.doc

FP 46615307.1

volkswagen quote for closed loop biocide - nalco 77352na.15 - 11.11.2013.docx
volkswagen quote for 3dt260.31 06.27.2013.pdf
volkswagen quote for analytical analysis - 04.11.2012.doc
nalco 2014 - 2015 wwt bid pricing sheet - wwt chemicals master pricing sheet - ver 2.xlsx
vw cover page 2009 proposal - 1.docx
volkswagen quote for 12.5% sodium hypochlorite 12.04.2012.pdf
volkswagen quote for e-coat biocide 01.28.2013.pdf
jake marshall - wwcl survey p.o..pdf
volkswagen quote for e-coat biocide 08.12.2014.pdf
round 9 meeting minutes 0001 - nalco spare parts equipment.pdf
installer qualifcations letter.docx
po6000075626 - nalco 7330 - 77352na - trac101 november 2014.pdf
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 06.19.2012.doc
2013 nalco pricing for volkswagen group of america_jb.xlsx
volkswagen quote for 10 portable water analytical analysis - 05.06.2014.docx
volkswagen quote for deposit analysis 2.08.2011.pdf
volkswagen quote for deposit analysis 2.08.2011.doc
volkswagen quote for 12.5% sodium hypochlorite 12.04.2012.doc
po6000085947 - trac100.15 - may 2015.pdf
volkswagen 7330.15 quote - 3.09.12.pdf
volkswagen quote for coil flo cleaning - annual cost breakdown - 10.28.2014.docx
volkswagen quote for cooling tower and closed loop biocides - 05.13.2014.docx
volkswagen quote for e-coat biocide (4) 03.09.2012.pdf
dfm quote - volkswagen closed loop quote 09.21.2012.pdf
volkswagen quote for 12.5% sodium hypochlorite 10.28.2013.docx
https___sso.volkswagen.pdf
po6000035230 - e coat biocide.pdf
po6000015035 - nalco chilled water closed loop inhibitor.pdf
enu - abednego enivro svcs llcchattanooga - ro feedwater - nw107263 - 00982225.pdf
po6000031822 - spare parts - 0.75 inch cold water meter.pdf
po6000040767 - water hardness test kit - not ordered - incorrect amount.pdf
volkswagen - wwct - nalco 360 report 09.23.2013.xls
po6000006461 - nalco chemicals for water treatment.pdf
volkswagen - wwct - nalco 360 report 10.14.2013.xls
hot water closed loop system - water analysis with ti - may 2011.pdf
volkswagen - hot water closed loop - water analysis march 2012.pdf
po6000053738 - 500 gallon bleach order.pdf
spec-240.pdf
enu - volkswagen group of america chattanooga - nb039275 - 00867387.pdf
dsc00315.jpg
volkswagen group of america chattanooga - wwcl cwcl wwct cwct dma - 06.25.2012.pdf
volkswagen - weld water closed loop secondary - microbiological analysis - august 2011.pdf
hach nickel 8150 test procedures.pdf
po6000035390 - nalco 3dt260.31.pdf
pulsatron_pump manual_e_eplus.pdf
7b_ultrasand%20plus%20service%20proposal.pdf

164

po6000019316 - nalco trac100 & nalco cnqr3485.pdf
weld water closed loop - underbody gfo2 welder 2040r04 - water analysis - november 2010.pdf
dsc00314.jpg
po6000035469 - trac100.pdf
po6000031835 - spare parts - 2 inch cold water meter.pdf
enu - volkswagen group of america - chattanooga - location b1-10 - nw129611 - 01164559.pdf
body shop col g2.jpg
volkswagen group of america - hot water closed loop primary pumps deposit sample - may 2012.pdf
volkswagen group of america - chattanooga - chilled water cooling tower - 09.23.2012.pdf
explanation water tests - volkswagen.docx
volkswagen group of america - metallographic analysis - may 2012 .pdf
8 in weld water lines (2).jpg
bulk tank - spec-341 -1.pdf
enu - volkswagen group of america - chattanooga - location a8 10-2 - nw129610 - 01164558.pdf
material approval request form - bleach.doc
product bulletin_ trac100.pdf
enu - volkswagen group of americachattanooga - vw kitchen (main cafeteria) - nw120685 - 01093378.pdf
nalco 3d trasar product brochure.pdf
po6000031867 - spare parts - 1 inch blowdown solenoid valves.pdf
material approval request form 3dt260.doc
example of drum storage pallet.pdf
8 in weld water lines (2) (small).jpg
body 6 in dead end col d4.jpg
photo.jpg
po6000042570 - metallurgy analysis.pdf
po6000038180 - bleach.pdf
enu - abednego enivro svcs llcchattanooga - ro influent - nw123005 - 01123407.pdf
volkswagen - weld water closed loop - particle and water analysis january 2012.pdf
nalquill injector, 316 ss spec-253.pdf
po6000017692 - nalco spare parts.pdf
09242009 f. pokornik bleach tank rev 1.doc
product bulletin_ cnqr3485.pdf
volkswagen - industrial make-up water - water analysis march 2012.pdf
hot water closed loop primary pump deposit analysis march 2011.pdf
po6000031817 - spare parts - bleach injection quills.pdf
volkswagen group of america - chattanooga - chilled water cooling tower - 06.25.2012.pdf
ultrasoft li alt specs-2a.pdf
volkswagen - wwct - nalco 360 report 09.09.2013.xls
dsc00313.jpg
enu - volkswagen group of america chattanooga - nb052230 - 01158530.pdf
enu - volkswagen group of america - chattanooga - location b13-5 - nw129609 - 01164526.pdf
po6000020807 - 2nd phase weld water testing body shop.pdf
po6000040781 - replacement water softener.pdf
po6000031820 - spare parts - 2 inch hot water meter.pdf

165

po6000031823 - spare parts - ph probe for 3d trasar.pdf
ultrasand plus brochure b-559.pdf
spec-211.pdf
explanation water tests - volkswagen.pdf
volkswagen group of america - ro influent water @ cf101 - june 2012 .pdf
dsc00265.jpg
enu - abednego enivro svcs llcchattanooga - ro cleaning tank lines - nw081523 - 00800441.pdf
mod connector 1.jpg
enu - volkswagen group of america - chattanooga - location a13-10 - nw129617 - 01164565.pdf
po6000031819 - spare parts - 316ss injection quill with check valve.pdf
volkswagen group of america - chattanooga - chilled water closed loop - 06.25.2012.pdf
enu - volkswagen group of america - chattanooga - location a8-10-1 - nw129612 - 01164560.pdf
spec 619 - base tanks for acid - isothiazolone.pdf
po6000004009 - closed loop water system treatment.pdf
volkswagen group of americachattanooga - chilled water closed loop - 08.23.2013.pdf
volkswagen group of america - chattanooga - weld hot water closed loop makeup - 09.23.2012.pdf
profi room (2).jpg
enu - volkswagen group of americachattanooga - vw paint b-22 restroom - nw120683 - 01093376.pdf
volkswagen - chilled water closed loop - water analysis march 2012.pdf
volkswagen group of america - ro reject water - may 2012 .pdf
volkswagen - weld water closed loop - particle and water analysis august 2011.pdf
po6000018968 - bleach.pdf
material approval request form - 7408.doc
volkswagen - wwct - nalco 360 report 07.29.2013.xls
material approval request form - 3dt120.doc
volkswagen - wwct - nalco 360 report 08.19.2013.xls
e00118_ew-ek11_manual.pdf
po6000036231 - nalco trac101 and h-550.pdf
volkswagen - wwct - nalco 360 report 11.11.2013.xls
volkswagen - weld water cooling tower - water analysis march 2012.pdf
enu - volkswagen group of america - chattanooga - location b14-5 - nw129615 - 01164563.pdf
po6000038489 - hot water conductivity probes.pdf
col g9 (2).jpg
volkswagen - wwcl and hhw make-up water - water analysis march 2012.pdf
po6000031826 - spare parts - 1.5 inch blowdown solenoid valves.pdf
product bulletin_ 73924.pdf
body hip# for g2.jpg
volkswagen group of america - chattanooga - weld water cooling tower - 09.23.2012.pdf
volkswagen group of america - chattanooga - hot water closed loop - 06.25.2012.pdf
ultrasand plus introductory flyer rev4-1-06.pdf
volkswagen - wwct - nalco 360 report 11.18.2013.xls
po6000031821 - spare parts - promient bleach pump.pdf
po6000031824 - spare parts - orp probe for 3d trasar.pdf
dsc00291 (small).jpg

FP 46615307.1

mod connector 2.jpg
ultrasoft li alt specs-2.pdf
po6000013597 - nalco cooling tower chemicals.pdf
nalco cooling water technology brochure.pdf
material approval request form - 7338.doc
po6000015607 - nalco hot water chemicals.pdf
po6000031858 - spare parts - 1 inch cold water meter.pdf
material approval request form - 1338.doc
chiller evaporator tube 1.jpg
drawings for 2 in. valve head system.pdf
3d trasar spec sheet b-601 -1.pdf
po6000005224 - weld water inhibitor chemicals.pdf
iwaki walchem chemical pump nalco part number 121_pj4011.88 brochure.pdf
po6000015685 - biocide.pdf
volkswagen group of america - chattanooga - 00106803.zip
volkswagen - wwct - nalco 360 report 09.16.2013.xls
volkswagen group of america - metallographic analysis - april 2013.pdf
volkswagen - weld water closed loop - january 2011.pdf
dsc00292.jpg
po6000050267 - nalco biocide 7330 - paint shop - 08302013.pdf
volkswagen - wwct - nalco 360 report 11.04.2013.xls
product bulletin_ trac101.pdf
volkswagen - wwct - nalco 360 report 12.02.2013.xls
volkswagen - weld water closed loop - microbiological analysis - august 2011.pdf
dsc00291.jpg
product bulletin_ 8338.pdf
product bulletin_ trac108.pdf
po6000036626 - nalco 1338.pdf
volkswagen group of america - chattanooga - industrial water - 09.23.2012.pdf
weld water closed loop 3dt controller - deposit analysis - november 2010.pdf
po6000031816 - spare parts - 3d trasar cooling water controller.pdf
volkswagen group of america chattanooga - microbio analysis for all cooling water system -
march 2012 .pdf
enu - abednego enivro svcs llcchattanooga - ro concentrate - nw122865 - 01107340.pdf
po6000027349 - metallurgy and deposit analysis.pdf
volkswagen - wwct - nalco 360 report 08.05.2013.xls
po6000005904 - chemical for cleaning.pdf
spec-302 - pot feeder.pdf
volkswagen- hot water closed loop - particle analysis may 2011.pdf
profi room (3).jpg
dsc00293.jpg
8 in weld water lines (1).jpg
enu - volkswagen group of america - chattanooga - location a6-10 - nw129616 - 01164564.pdf
volkswagen - chilled water closed loop - particle analysis may 2011 .pdf
po6000044998 - 2013 analytical testing supplies and equipment.pdf
material approval request form - trac 105.doc

FP 46615307.1

dsc00290 (small).jpg

enu - abednego enivro svcs llcchattanooga - volkswagen domestic water - nw081522 - 00800115.pdf

bypass near profi room.jpg

iwaki walchem chemical pump nalco part number 121_pj4006.88 brochure.pdf

body shop col j2.jpg

walchem boiler conductivity controller.pdf

product bulletin_ nalprep iii.pdf

volkswagen - weld water closed loop- body welder hip 1b12 june 2011-.pdf

volkswagen - wwct - nalco 360 report 07.08.2013.xls

po6000026468 - 2012 qrtly analyses samples media ctr.pdf

ultrasand plus article.2011-05-06.pdf

bulk tank - spec-341.pdf

weld water closed loop 3dt controller sample - microbiological analysis - november 2010.pdf

volkswagen - wwct - nalco 360 report 10.28.2013.xls

product bulletin_ pc-191t.pdf

nalco 360 overview brochure.pdf

f-950.pdf

product bulletin_ nalcon 60505.pdf

volkswagen - wwct - nalco 360 report 09.30.2013.xls

dsc00268.jpg

material approval request form - 77352na.doc

po6000045991 - wwt & ro specialized chemical service package - april 2013.pdf

product bulletin_ 8349.pdf

enu - volkswagen group of america - chattanooga - location a11-10 - nw129614 - 01164562.pdf

volkswagen - media building systems differential microbiological analysis - march 2012.pdf

po6000040889 - water hardness test kit.pdf

3d trasar spec sheet b-601.pdf

enu - volkswagen group of america - chattanooga - water leak test booth 1 hp stage - nd029316 - 01153424.pdf

col f7-f8 dead end.jpg

weld water closed loop 3dt controller sample - water analysis - november 2010 ver2.pdf

spec-472.pdf

volkswagen - wwct - nalco 360 report 08.26.2013.xls

spec-410 - sidestream filtration systems.pdf

volkswagen - weld water closed loop - particle analysis may 2011.pdf

po6000054321 - nalco 77352na - november 15, 2013 - 2 drums.pdf

po6000019832 - nalco remote meters.pdf

product bulletin_ schweitzer chemie st-dos h-390_ small chiller inhibitor and spec sheet.pdf

volkswagen group of america - chattanooga - hot water + weld water closed loop makeup - 06.25.2012.pdf

product bulletin_ 77352na.pdf

material approval request form - trac 100.doc

volkswagen group of americachattanooga - hot water closed loop - 09.23.2012.pdf

po6000044401 - nalco trac100 - 04.25.2013.pdf

water softener spec b-469.pdf

168

enu - volkswagen group of america - chattanooga - water leak test booth 1 hp stage - nd029316 - 01153424 attachment_1.pdf
volkswagen - wwct - nalco 360 report 08.12.2013.xls
po6000031615 - e coat biocide.pdf
po6000054012 - cpvc piping and 3d trasar junction box covers.pdf
volkswagen - wwct - nalco 360 report 12.09.2013.xls
po6000005964 - sales tax for p.o. 6000004009.pdf
enu - volkswagen group of america - chattanooga - location a8-5 - nw129613 - 01164561.pdf
dsc00292 (small).jpg
po6000017549 - nalco 3d trasar maintenance kits.pdf
volkswagen - wwct - nalco 360 report 10.07.2013.xls
po6000024893_ e-coat biocide.pdf
volkswagen - wwct - nalco 360 report 12.16.2013.xls
body hip at g2 (small).jpg
volkswagen - wwct - nalco 360 report 07.15.2013.xls
volkswagen - body welder hip 1b12 - 103h501 june 2011.pdf
volkswagen - weld water closed loop - water analysis march 2012.pdf
enu - volkswagen group of america - chattanooga - water leak test booth 1 lp stage - nd029315 - 01153062.pdf
product bulletin_ h-550.pdf
volkswagen - wwct - nalco 360 report 09.03.2013.xls
po6000038406 - nalco 1338 - h-550 - trac101.pdf
product bulletin_ 71d5 plus.pdf
product bulletin_ 7330.pdf
material approval request form - pc-191t.doc
volkswagen - chilled water closed loop - particle and water analysis january 2012.pdf
po6000009219 - nalco chemicals for weld water.pdf
enu analytical report volkswagen group of america chattanooga 00868584.pdf
pulsatron chemical pump spec-353 -1.pdf
po6000005939 - foreign matter in hot water pump.pdf
body 6 in dead end col d4 (small).jpg
po6000054311 - nalco trac101 - november 15, 2013 - 3 drums.pdf
weld water closed loop 3dt controller sample - water analysis including unfiltered - november 2010.pdf
8 in weld water lines (1) (small).jpg
dsc00293 (small).jpg
po6000052234 - trac100 for wwcl refill - october 2013.pdf
po6000031619 - nalco 7330 and nalco 3dt260.31.pdf
om0108-3d trasar 5500 i & o manual ver. 8.0-compressed.pdf
material approval request form - trac 101.doc
volkswagen group of america - for 655e - april 15, 2013.docx
volkswagen group of america - chattanooga - wwt grey water - october 2014.pdf
volkswagen group of americachattanooga - chilled water closed loop - 09.23.2012.pdf
material approval request form - h-550.doc
po6000012221 - nalco weld water closed loop biocide.pdf
body 8 in labeled incorrectly. col f4.jpg

FP 46615307.1

material approval request form - 3dt701.doc
spec-268.pdf
enu - volkswagen group of america - chattanooga - water leak test booth 1 lp stage - nd029315 - 01153062 attachment_1.pdf
fire station domestic water sample - microbiological analysis - october 2010.pdf
mod connector in rip 2 .jpg
volkswagen - wwct - nalco 360 report 10.21.2013.xls
col g9 (3).jpg
profi room (1).jpg
dsc00266.jpg
volkswagen group of america chattanooga - wwct - cwct - cwcl dma - 09.23.2012.pdf
volkswagen group of america - chattanooga - weld water cooling tower - 06.25.2012.pdf
col g9 (1).jpg
sample cooler spec sheet.pdf
dsc00264.jpg
volkswagen group of americachattanooga - hot water closed loop - 08.23.2013.pdf
volkswagen group of america - for 655e - may 2012.doc
po6000051594 - 3d trasar maintenance and calibration parts 2013.pdf
material approval request form - 7768.doc
po6000031825 - spare parts - ncm mild steel corrosion probe for 3d trasar.pdf
volkswagen - wwct - nalco 360 report 07.22.2013.xls
product bulletin_ 3dtrasar 3dt7.pdf
po6000040781 - revision to water softener p.o..pdf
enu - volkswagen group of americachattanooga - vw domestic water - nw121008 - 01095579.pdf
body hip at g2.jpg
b-693.pdf
volkswagen group of america chattanooga - industrial water - 06.25.2012.pdf
material approval request form - nalco 8349.doc
dsc00290.jpg
volkswagen group of america - chattanooga - weld water closed loop - 06.25.2012.pdf
volkswagen group of america - for 655e - april 15, 2013.pdf
volkswagen - wwct - nalco 360 report 11.25.2013.xls
volkswagen group of america - chattanooga - 00106493.zip
po6000012387 - nalco hot water chemicals.pdf
po6000031829 - spare parts - ncm copper corrosion probe for 3d trasar.pdf
volkswagen - chilled water cooling tower - water analysis march 2012.pdf
volkswagen group of americachattanooga - weld water closed loop - 08.23.2013.pdf
hach zinc 8009 test procedures.pdf
cs cc cm series softener and filter 08_07.pdf
po6000054303 - coilflo cleaning for body shop.pdf
volkswagen group of america chattanooga - wwcl - ww make-up tank dma - 09.23.2012.pdf
water meter spec sheet - spec-211.pdf
po6000017552 - 1st phase weld water testing body shop.pdf
product bulletin_ trac105.pdf
volkswagen group of america - chattanooga - weld water closed loop - 09.23.2012.pdf
enu - volkswagen group of america - chattanooga - location b4-5 - nw129608 - 01164525.pdf

FP 46615307.1

po6000012196 - nalco blanket for lab analysis.pdf
chiller evaporator tube 2.jpg
volkswagen - media center - weld water system 01.03.13.docx
volkswagen - media center - weld water system 01.31.13.docx
volkswagen water analysis log sheet for service engineer 11.26.2014.docx
volkswagen - wwcl - nalco 360 report - 04.29.2013.xls
volkswagen - wwct - nalco 360 report - 10.29.2012.xls
volkswagen - wwcl - nalco 360 report - 08.12.2013.xls
volkswagen - media center - chilled water system 02.24.12.docx
volkswagen cwct - nalco 360 report - 10.21.2013.xls
volkswagen - media center - weld water system 06.14.12.docx
volkswagen - wwct - nalco 360 report 06.24.2013.xls
volkswagen - media center - chilled water system 10.11.12.docx
volkswagen - media center - chilled water system 02.03.12.docx
volkswagen water analysis log sheet for service engineer 03-18-2015.docx
volkswagen - wwct - nalco 360 report 06.10.2013.xls
volkswagen cwct - nalco 360 report - 04.16.2012.xls
volkswagen water analysis log sheet for service engineer 06.14.12.docx
volkswagen - wwct - nalco 360 report 04.08.2013.xls
volkswagen - cwcl - nalco 360 report 07.08.2013.xls
volkswagen - media center - chilled water system 01.27.12.docx
volkswagen - wwct - nalco 360 report - 05.21.2012.xls
volkswagen water analysis log sheet for service engineer 05.02.13.docx
volkswagen - cwcl - nalco 360 report 05.13.2013.xls
volkswagen - media center - weld water system 05.14.2014.docx
volkswagen - wwcl - nalco 360 report - 03.11.2013.xls
volkswagen water analysis log sheet for service engineer 12.13.12.docx
volkswagen - media center - weld water system 09.06.12.docx
volkswagen - media center - chilled water system 01.24.13.docx
volkswagen - wwct - nalco 360 report - 05.14.2012.xls
volkswagen - wwcl - nalco 360 report - 12.17.2012.xls
volkswagen water analysis log sheet for service engineer 11.26.13.docx
volkswagen - media center - chilled water system 11.28.12.docx
volkswagen cwct - nalco 360 report - 10.15.2012.xls
volkswagen - wwcl - nalco 360 report - 03.25.2013.xls
volkswagen water analysis log sheet for service engineer 07.26.12.docx
volkswagen - condenser water open loop c&p report 03.17.10.docx
volkswagen service plan 2013.pdf
volkswagen - media center - weld water system 08.30.12.docx
volkswagen - media center - weld water system 11.08.12.docx
volkswagen - wwcl - nalco 360 report - 06.24.2013.xls
volkswagen cwct - nalco 360 report - 05.14.2012.xls
volkswagen cwct - nalco 360 report - 09.03.2013.xls
volkswagen water analysis log sheet for service engineer 11.28.12.docx
volkswagen median center chilled water cooling tower line diagram - p303.pdf
volkswagen - media center - weld water system 07.12.12.docx

171

volkswagen - wwcl - nalco 360 report - 08.05.2013.xls
volkswagen - wwcl - nalco 360 report - 11.12.2012.xls
volkswagen - media center - weld water system 08.31.11.docx
volkswagen service plan 2012.xls
volkswagen - wwcl - nalco 360 report - 11.04.2013.xls
volkswagen - cwcl - nalco 360 report 10.14.2013.xls
volkswagen - media center - chilled water system 07.26.12.docx
volkswagen cwct - nalco 360 report - 12.15.2014.xls
volkswagen - media center - chilled water system template.docx
volkswagen cwct - nalco 360 report - 02.24.2014.xls
volkswagen - wwcl - nalco 360 report - 03.17.2014.xls
volkswagen group of america - media building 08-12-2015.pdf
volkswagen cwct - nalco 360 report - 07.08.2013.xls
volkswagen - media center - chilled water system 05.29.2014.docx
volkswagen water analysis log sheet for service engineer 07.17.13.docx
volkswagen - wwct - nalco 360 report -12.10.xls
volkswagen cwct - nalco 360 report - 03.25.2013.xls
volkswagen - media center - weld water system 10.14.11.docx
volkswagen cwct - nalco 360 report - 06.18.2012.xls
volkswagen water analysis log sheet for service engineer 04.02.2014.docx
volkswagen cwct - nalco 360 report - 04.07.2014.xls
volkswagen cwct - nalco 360 report - 08.06.2012.xls
volkswagen cwct - nalco 360 report - 12.23.2013.xls
volkswagen group of america - media building 07-02-2015 - revision.pdf
volkswagen - media center - weld water system 08.05.11.docx
volkswagen - cwcl - nalco 360 report 04.01.2013.xls
volkswagen - media center - chilled water system 02.16.12.docx
volkswagen - media center - weld water system 03.28.12.docx
volkswagen - media center - weld water system 02.29.12.docx
volkswagen - wwct - nalco 360 report - 09.17.2012.xls
volkswagen - wwcl - nalco 360 report 02.11.13.xlsx
volkswagen water analysis log sheet for service engineer 01.10.13.docx
volkswagen - media center - weld water system 09.15.11.docx
volkswagen - cwcl - nalco 360 report 04.22.2013.xls
volkswagen - media center - chilled water system 11.10.11.docx
volkswagen - media center - chilled water system 09.26.12.docx
volkswagen cwct - nalco 360 report - 03.31.2014.xls
volkswagen - cwcl - nalco 360 report 10.20.2014.xls
volkswagen - wwcl - nalco 360 report - 11.18.2013.xls
volkswagen - cwcl - nalco 360 report 02.11.2013.xlsx
volkswagen - cwcl - nalco 360 report 08.12.2013.xls
volkswagen - wwcl - nalco 360 report - 01.20.2014.xls
volkswagen - training center.docx
volkswagen - media center - weld water system 04.16.2014.docx
volkswagen water analysis log sheet for service engineer 01-14-2015.docx
volkswagen cwct - nalco 360 report - 06.17.2013.xls

volkswagen - media center - chilled water system 10.05.12.docx
volkswagen water analysis log sheet for service engineer 05-13-2015.docx
volkswagen - media center - weld water system 12.20.12.docx
volkswagen cwct - nalco 360 report - 03.24.2014.xls
volkswagen - cwcl - nalco 360 report 04.14.2014.xls
volkswagen cwct - nalco 360 report - 02.10.2014.xls
volkswagen - wwcl - nalco 360 report - 08.27.2012.xls
volkswagen group of america - media building 02-25-2015.pdf
volkswagen - media center - weld water system 04.24.13.docx
volkswagen group of america - cmv plan 2013.xlsm
volkswagen - media center - weld water system 05.29.2014.docx
volkswagen cwct - nalco 360 report - 12.22.2014.xls
volkswagen - wwcl - nalco 360 report - 08.26.2013.xls
volkswagen - media center - chilled water system 04.02.2014.docx
volkswagen - wwcl - nalco 360 report - 09.04.2012.xls
volkswagen group of america - exec summary 2nd quarter 2013.pdf
volkswagen - cwcl - nalco 360 report 09.03.2013.xls
volkswagen - nalco action plan scorecard - 09.09.2011.pdf
volkswagen - wwcl - nalco 360 report - 12.23.2013.xls
volkswagen - wwct - nalco 360 report 03.18.2013.xls
volkswagen group of america pam.doc
volkswagen - media center - weld water closed loop 11.01.10.docx
volkswagen - media center - weld water system 05.17.12.docx
volkswagen - media center - weld water system 04.26.12.docx
volkswagen - media center - chilled water system 09.09.11.docx
volkswagen - media center - chilled water system 09.06.12.docx
volkswagen water analysis log sheet for service engineer 04-01-2015.docx
volkswagen - media center - chilled water system 08.26.11.docx
volkswagen - media center - weld water system 02.21.13.docx
volkswagen cwct - nalco 360 report 02.11.2013.xlsx
volkswagen water analysis log sheet for service engineer 03-11-2015.docx
volkswagen water analysis log sheet for service engineer 04.11.13.docx
volkswagen - training center 2.19.10.docx
volkswagen water analysis log sheet for service engineer 10.18.12.docx
volkswagen - wwct - nalco 360 report -11.05.xls
volkswagen - media center - chilled water system 05.19.2014.docx
volkswagen - media center - weld water system 05.10.12.docx
volkswagen - media center - chilled water system 03.21.13.docx
volkswagen - cwcl - nalco 360 report 04.29.2013.xls
volkswagen water analysis log sheet for service engineer 03.07.13.docx
volkswagen water analysis log sheet for service engineer 05.29.2014.docx
volkswagen - wwcl - nalco 360 report - 12.22.2014.xls
volkswagen - media center - weld water system 07.19.12.docx
volkswagen - media center - weld water system 07.05.12.docx
volkswagen - media center - chilled water system 06.14.12.docx
volkswagen - media center - chilled water system 10.14.11.docx

FP 46615307.1

volkswagen - media center - chilled water system 10.18.12.docx
volkswagen water analysis log sheet for service engineer 05.10.12.docx
volkswagen - media center - chilled water system 08.31.11.docx
volkswagen - cwcl - nalco 360 report 07.29.2013.xls
volkswagen - cwcl - nalco 360 report 11.18.2013.xls
volkswagen water analysis log sheet for service engineer 03.26.12.docx
volkswagen - media center - weld water system 10.27.11.docx
volkswagen - wwct - nalco 360 report 03.25.2013.xls
volkswagen - wwcl - nalco 360 report - 09.16.2013.xls
volkswagen - wwcl - nalco 360 report - 09.17.2012.xls
volkswagen cwct - nalco 360 report - 05.20.2013.xls
volkswagen - media center - quarterly microbio report 03.21.12.docx
volkswagen - wwct - nalco 360 report - 04.16.2012.xls
volkswagen - wwcl - nalco 360 report - 02.18.13.xls
volkswagen - wwcl - nalco 360 report - 02.17.2014.xls
volkswagen water analysis log sheet for service engineer 10.29.13.docx
volkswagen water analysis log sheet for service engineer 07.12.12.docx
volkswagen cwct - nalco 360 report - 12.09.2013.xls
volkswagen water analysis log sheet for service engineer 02.21.13.docx
volkswagen - media center - weld water system 06.21.12.docx
volkswagen - wwcl - nalco 360 report - 09.09.2013.xls
volkswagen cwct - nalco 360 report - 09.30.2013.xls
volkswagen - media center - chilled water system 08.12.11.docx
volkswagen water analysis log sheet for service engineer 08.03.12.docx
volkswagen - media center - weld water system tco saving report - 03.27.2014.docx
volkswagen cwct - nalco 360 report - 11.12.2012.xls
volkswagen water analysis log sheet for service engineer 05.14.2014.docx
volkswagen service plan 2014.xlsx
volkswagen cwct - nalco 360 report - 11.26.2012.xls
volkswagen - nalco action plan scorecard - 08.26.2011.xls
volkswagen cwct - nalco 360 report - 08.20.2012.xls
volkswagen group of america - media building 09-09-2015.pdf
volkswagen - media center - weld water system 10.25.12.docx
volkswagen - cwcl - nalco 360 report 10.21.2013.xls
volkswagen - media center - chilled water system 01.28.11.docx
volkswagen cwct - nalco 360 report - 06.10.2013.xls
volkswagen - cwcl - nalco 360 report 11.11.2013.xls
volkswagen - media center - chilled water system 05.31.12.docx
volkswagen cwct - nalco 360 report - 03.10.2014.xls
volkswagen - media center - chilled water system 04.30.2014.docx
volkswagen water analysis log sheet for service engineer 02.14.13.docx
volkswagen water analysis log sheet for service engineer 06.11.2014.docx
volkswagen - wwct - nalco 360 report - 08.13.2012.xls
volkswagen - cwcl - nalco 360 report 10.28.2013.xls
volkswagen - media center - weld water system 09.26.12.docx
volkswagen - cwcl - nalco 360 report 02.24.2014.xls

174

volkswagen - wwct - nalco 360 report 02.11.13.xlsx
volkswagen cwct - nalco 360 report - 10.07.2013.xls
volkswagen group of america - media building 08-20-2015.pdf
volkswagen - media center - weld water system 10.18.12.docx
volkswagen water analysis log sheet for service engineer 12.20.12.docx
volkswagen - media center - weld water system 08.16.12.docx
volkswagen water analysis log sheet for service engineer 07.16.2014.docx
volkswagen - wwcl - nalco 360 report - 03.31.2014.xls
volkswagen group of america - media building 02-04-2015.pdf
volkswagen cwct - nalco 360 report - 09.04.2012.xls
volkswagen water analysis log sheet for service engineer 12-10-14.docx
volkswagen - media center - weld water system 01.10.13.docx
volkswagen water analysis log sheet for service engineer 05-19-2015.docx
volkswagen - wwct - nalco 360 report -12.04.xls
volkswagen - wwcl - nalco 360 report - 07.23.2012.xls
volkswagen - cwcl - nalco 360 report 04.08.2013.xls
volkswagen water analysis log sheet for service engineer 11.01.12.docx
volkswagen cwct - nalco 360 report - 09.24.2012.xls
volkswagen service plan 2011.xls
volkswagen - media center - chilled water system 02.28.13.docx
volkswagen cwct - nalco 360 report - 04.09.2012.xls
volkswagen - wwcl - nalco 360 report - 04.15.2013.xls
volkswagen - media center - chilled water system 11.24.11.docx
volkswagen - wwcl - nalco 360 report - 01.07.2013.xls
volkswagen - media center - weld water system 10.20.11.docx
volkswagen cwct - nalco 360 report - 09.09.2013.xls
volkswagen - wwcl - nalco 360 report - 11.05.2012.xls
volkswagen - wwcl - nalco 360 report - 02.24.2014.xls
volkswagen cwct - nalco 360 report - 12.29.2014.xls
volkswagen - cwcl - nalco 360 report 02.17.2014.xls
volkswagen cwct - nalco 360 report - 01.27.2014.xls
volkswagen - media center - weld water system 05.07.2014.docx
volkswagen - cwcl - nalco 360 report 12.02.2013.xls
volkswagen - media center - chilled water system 07.29.11.docx
volkswagen cwct - nalco 360 report - 08.19.2013.xls
volkswagen cwct - nalco 360 report - 05.13.2013.xls
volkswagen - wwct - nalco 360 report - 07.30.2012.xls
volkswagen - wwct - nalco 360 report 01.07.2013.xls
volkswagen media center chemical treatment line diagram - p307.pdf
volkswagen - media center - chilled water system 08.07.13.docx
volkswagen water analysis log sheet for service engineer 03.21.13.docx
volkswagen cwct - nalco 360 report - 06.11.2012.xls
volkswagen cwct - nalco 360 report - 04.22.2013.xls
volkswagen - wwcl - nalco 360 report - 01.20.2014-in-5cg82658k7.xls
volkswagen water analysis log sheet for service engineer 05.30.13.docx
volkswagen water analysis log sheet for service engineer 10.01.13.docx

volkswagen - media center - chilled water system 04.23.2014.docx
volkswagen - weld water open loop c&p report 03.08.10.docx
volkswagen - cwcl - nalco 360 report 03.17.2014.xls
volkswagen - wwcl - nalco 360 report - 01.14.2013.xls
volkswagen - wwcl - nalco 360 report - 01.06.2014.xls
volkswagen - media center - chilled water system 07.12.12.docx
volkswagen - media center - weld water system 02.03.12.docx
volkswagen - wwct - nalco 360 report -11.12.xls
volkswagen cwct - nalco 360 report - 03.11.2013.xls
volkswagen - media center - weld water system 04.30.2014.docx
volkswagen - cwcl - nalco 360 report 04.07.2014.xls
volkswagen - wwcl - nalco 360 report - 12.29.2014.xls
volkswagen - wwct - nalco 360 report - 04.02.2012.xls
volkswagen - media center - chilled water system 03.25.11.docx
volkswagen - wwct - nalco 360 report - 10.22.2012.xls
volkswagen cwct - nalco 360 report - 05.28.2012.xls
volkswagen water analysis log sheet for service engineer 05-06-2015.docx
volkswagen water analysis log sheet for service engineer 08.16.12.docx
volkswagen - media center - weld water system 06.11.2014.docx
volkswagen water analysis log sheet for service engineer 08.10.12.docx
volkswagen - wwcl - nalco 360 report - 05.27.2013.xls
volkswagen water analysis log sheet for service engineer 04-29-2015.docx
volkswagen - wwct - nalco 360 report -11.26.xls
volkswagen media center flow meter schedule - p602.pdf
volkswagen cwct - nalco 360 report - 08.12.2013.xls
volkswagen water analysis log sheet for service engineer 01.17.13.docx
volkswagen - media center - chilled water system 05.07.2014.docx
volkswagen - wwcl - nalco 360 report - 12.10.2012.xls
volkswagen water analysis log sheet for service engineer 07.19.12.docx
volkswagen cwct - nalco 360 report - 05.06.2013.xls
volkswagen cwct - nalco 360 report - 07.15.2013.xls
volkswagen water analysis log sheet for service engineer 04.09.2014.docx
volkswagen water analysis log sheet for service engineer 03.14.13.docx
volkswagen - media center - weld water system 07.29.11.docx
volkswagen - wwct - nalco 360 report - 05.07.2012.xls
volkswagen - media center - weld water system 04.23.2014.docx
volkswagen - wwct - nalco 360 report - 10.08.2012.xls
volkswagen water analysis log sheet for service engineer 04.30.2014.docx
volkswagen - cwcl - nalco 360 report 12.23.2013.xls
volkswagen - media center - chilled water system 02.21.13.docx
volkswagen - cwcl - nalco 360 report 08.05.2013.xls
volkswagen - cwcl - nalco 360 report 03.03.2014.xls
volkswagen water analysis log sheet for service engineer 9.24.2013.docx
volkswagen - media center - chilled water system 04.24.13.docx
volkswagen water analysis log sheet for service engineer 9.10.2013.docx
volkswagen water analysis log sheet for service engineer 08.07.13.docx

FP 46615307.1

volkswagen water analysis log sheet for service engineer 07.09.2014.docx
volkswagen water analysis log sheet for service engineer 08.23.12.docx
volkswagen water analysis log sheet for service engineer 12-17-14.docx
volkswagen - cwcl - nalco 360 report 02.18.2013.xlsx
volkswagen - media center - weld water system 08.23.12.docx
volkswagen water analysis log sheet for service engineer 04-22-2015.docx
volkswagen - weld water closed loop c&p report 03.12.10.docx
volkswagen - wwcl - nalco 360 report - 05.20.2013.xls
volkswagen - media center - weld water system 09.29.11.docx
volkswagen - cwcl - nalco 360 report 11.04.2013.xls
volkswagen group of america pam.pdf
volkswagen - media center - weld water closed loop 01.12.11.docx
volkswagen - media center - chilled water system 12.13.12.docx
volkswagen water analysis log sheet for service engineer 04-08-2015.docx
volkswagen water analysis log sheet for service engineer 05.07.2014.docx
volkswagen - media center - chilled water system 05.23.12.docx
volkswagen - wwct - nalco 360 report 01.21.2013.xls
volkswagen - cwcl - nalco 360 report 01.28.2013.xls
volkswagen - media center - weld water system 11.15.12.docx
volkswagen - media center - weld water system 08.26.11.docx
volkswagen water analysis log sheet for service engineer 04-15-2015.docx
volkswagen - cwcl - nalco 360 report 06.10.2013.xls
volkswagen - media center - weld water system 08.07.13.docx
volkswagen - wwcl - nalco 360 report - 07.08.2013.xls
volkswagen - wwcl - nalco 360 report - 12.24.2012.xls
volkswagen - wwct - nalco 360 report - 04.23.2012.xls
volkswagen - wwct - nalco 360 report 05.20.2013.xls
volkswagen service plan 2014.pdf
volkswagen - wwct - nalco 360 report - 06.11.2012.xls
volkswagen - media center - chilled water system 05.14.2014.docx
volkswagen - cwcl - nalco 360 report 08.26.2013.xls
volkswagen - media center - weld water system 01.28.11.docx
volkswagen - media center - chilled water system 08.05.11.docx
volkswagen - media center - chilled water system 11.08.12.docx
volkswagen - media center - weld water system 02.24.11.docx
volkswagen water analysis log sheet for service engineer 06.04.2014.docx
volkswagen group of america - media building 03-11-2015.pdf
volkswagen water analysis log sheet for service engineer 04.04.13.docx
volkswagen - media center - weld water system 05.26.11.docx
volkswagen - media center - chilled water system 04.09.2014.docx
volkswagen - media center - chilled water system 02.24.11.docx
volkswagen - media center - chilled water system 08.19.11.docx
volkswagen cwct - nalco 360 report - 07.16.2012.xls
volkswagen - wwct - nalco 360 report 02.18.13.xlsx
volkswagen cwct - nalco 360 report - 04.30.2012.xls
volkswagen cwct - nalco 360 report - 08.05.2013.xls

FP 46615307.1

volkswagen - media center - chilled water system 10.25.12.docx
volkswagen water analysis log sheet for service engineer 01-21-2015.docx
volkswagen - media center - chilled water system 12.20.12.docx
volkswagen - media center 01.04.11.docx
volkswagen cwct - nalco 360 report - 03.18.2013.xls
volkswagen - cwcl - nalco 360 report 05.06.2013.xls
volkswagen - wwct - nalco 360 report 01.14.2013.xls
volkswagen - media center - chilled water system 05.17.12.docx
volkswagen - media center - chilled water system 01.31.13.docx
volkswagen water analysis log sheet for service engineer 11.15.12.docx
volkswagen - media center - chilled water system 01.03.13.docx
volkswagen - wwcl - nalco 360 report - 02.03.2014.xls
volkswagen - cwcl - nalco 360 report 03.10.2014.xls
volkswagen - media center - weld water system 02.16.12.docx
volkswagen - media center - weld water system 01.24.13.docx
volkswagen - wwct - nalco 360 report 04.29.2013.xls
volkswagen water analysis log sheet for service engineer 04.16.2014.docx
volkswagen - cwcl - nalco 360 report 03.24.2014.xls
volkswagen service plan 2013.xlsx
volkswagen - media center - chilled water system 05.26.11.docx
volkswagen cwct - nalco 360 report - 07.02.2012.xls
volkswagen water analysis log sheet for service engineer 08.13.2014.docx
volkswagen - cwcl - nalco 360 report 07.15.2013.xls
volkswagen - media center - chilled water system 08.23.12.docx
volkswagen cwct - nalco 360 report - 11.11.2013.xls
volkswagen water analysis log sheet for service engineer 01-07-2015.docx
volkswagen - media center - chilled water system 10.27.11.docx
volkswagen - wwcl - nalco 360 report - 07.30.2012.xls
volkswagen media center city water line diagram - p308.pdf
volkswagen media center weld water open loop line diagram - p305.pdf
volkswagen - media center - chilled water system 12.07.12.docx
volkswagen cwct - nalco 360 report 02.25.2013.xlsx
volkswagen - media center - chilled water system 08.10.12.docx
volkswagen - cwcl - nalco 360 report 02.25.2013.xlsx
volkswagen - media center - chilled water system 07.05.12.docx
volkswagen - wwcl - nalco 360 report - 07.22.2013.xls
volkswagen cwct - nalco 360 report - 10.08.2012.xls
volkswagen water analysis log sheet for service engineer 02-04-2015.docx
volkswagen media center hot water closed loop line diagram - p301.pdf
volkswagen - cwcl - nalco 360 report 01.27.2014.xls
volkswagen water analysis log sheet for service engineer 06.18.2014.docx
volkswagen water analysis log sheet for service engineer 12-31-14.docx
volkswagen water analysis log sheet for service engineer 01.31.13.docx
volkswagen - media center - weld water system 05.23.12.docx
volkswagen - wwct - nalco 360 report 04.15.2013.xls
volkswagen water analysis log sheet for service engineer 04.26.12.docx

178

volkswagen - nalco action plan scorecard - 09.02.2011.pdf
volkswagen - media center - chilled water system 05.10.12.docx
volkswagen water analysis log sheet for service engineer 02.07.13.docx
volkswagen - media center - weld water system 12.13.12.docx
volkswagen - wwcl - nalco 360 report - 03.10.2014.xls
volkswagen water analysis log sheet for service engineer 06.06.12.docx
volkswagen - wwcl - nalco 360 report - 09.24.2012.xls
volkswagen cwct - nalco 360 report - 12.10.2012.xls
volkswagen - cwcl - nalco 360 report 09.23.2013.xls
volkswagen - media center - chilled water system 04.26.12.docx
volkswagen water analysis log sheet for service engineer 05.23.12.docx
volkswagen - media center - chilled water system 04.11.13.docx
volkswagen cwct - nalco 360 report - 04.08.2013.xls
volkswagen cwct - nalco 360 report - 04.15.2013.xls
volkswagen - media center - weld water system 04.09.2014.docx
volkswagen - media center - chilled water system 03.07.13.docx
volkswagen water analysis log sheet for service engineer 02.28.13.docx
volkswagen - media center - weld water system 03.07.13.docx
volkswagen water analysis log sheet for service engineer 11.08.12.docx
volkswagen - wwcl - nalco 360 report - 10.28.2013.xls
volkswagen cwct - nalco 360 report - 09.23.2013.xls
volkswagen water analysis log sheet for service engineer 08.20.13.docx
volkswagen water analysis log sheet for service engineer 03.19.2014.docx
volkswagen cwct - nalco 360 report - 07.29.2013.xls
volkswagen - media center - chilled water system 03.14.13.docx
volkswagen - wwcl - nalco 360 report - 03.18.2013.xls
volkswagen - media center - weld water system 08.10.12.docx
volkswagen - media center - weld water system 01.17.13.docx
volkswagen - media center - weld water system 10.11.12.docx
volkswagen cwct - nalco 360 report - 11.04.2013.xls
volkswagen - media center - weld water system 11.04.11.docx
volkswagen - wwct - nalco 360 report - 07.02.2012.xls
volkswagen - wwcl - nalco 360 report 02.25.13.xlsx
volkswagen cwct - nalco 360 report - 12.16.2013.xls
volkswagen water analysis log sheet for service engineer 09.20.12.docx
volkswagen water analysis log sheet for service engineer 09.03.13.docx
volkswagen water analysis log sheet for service engineer 01.24.13.docx
volkswagen - wwcl - nalco 360 report - 10.14.2013.xls
volkswagen - wwcl - nalco 360 report - 10.21.2013.xls
volkswagen cwct - nalco 360 report - 01.14.2014.xls
volkswagen water analysis log sheet for service engineer 02.04.2014.docx
volkswagen - chilled water closed loop c&p report 03.29.10.docx
volkswagen - cwcl - nalco 360 report 12.16.2013.xls
volkswagen - wwcl - nalco 360 report - 01.28.2013.xls
volkswagen - cwcl - nalco 360 report 08.19.2013.xls
volkswagen water analysis log sheet for service engineer 08.06.2014.docx

FP 46615307.1

volkswagen service plan 2015.pdf
volkswagen - wwct - nalco 360 report - 07.23.2012.xls
volkswagen cwct - nalco 360 report - 05.07.2012.xls
volkswagen water analysis log sheet for service engineer 07.23.2014.docx
volkswagen - wwct - nalco 360 report 04.22.2013.xls
volkswagen cwct - nalco 360 report - 04.02.2012.xls
volkswagen cwct - nalco 360 report - 01.21.2013.xls
volkswagen cwct - nalco 360 report - 01.06.2014.xls
volkswagen - wwct - nalco 360 report 06.17.2013.xls
volkswagen water analysis log sheet for service engineer 11.12.13.docx
volkswagen - media center - weld water system 02.28.13.docx
volkswagen cwct - nalco 360 report - 07.23.2012.xls
volkswagen water analysis log sheet for service engineer 11.05.13.docx
volkswagen - media center 04.23.10.docx
volkswagen - wwcl - nalco 360 report - 04.08.2013.xls
volkswagen - media center - chilled water system 11.04.11.docx
volkswagen cwct - nalco 360 report 02.18.2013.xlsx
volkswagen - hot water closed loop c&p report 04.26.10.docx
volkswagen - media center - chilled water system 01.17.13.docx
volkswagen cwct - nalco 360 report - 10.14.2013.xls
volkswagen water analysis log sheet for service engineer 09.26.12.docx
volkswagen - wwcl - nalco 360 report - 01.14.2014.xls
volkswagen - wwcl - nalco 360 report - 07.29.2013.xls
volkswagen - wwct - nalco 360 report -11.19.xls
volkswagen - cwcl - nalco 360 report 09.16.2013.xls
volkswagen - wwcl - nalco 360 report - 07.15.2013.xls
volkswagen - media center - chilled water system 03.28.13.docx
volkswagen - nalco action plan scorecard - 09.09.2011.xls
volkswagen group of america - media building 03-18-2015.pdf
volkswagen cwct - nalco 360 report - 12.04.2012.xls
volkswagen - wwcl - nalco 360 report - 10.29.2012.xls
volkswagen - media center - chilled water system 08.16.12.docx
volkswagen cwct - nalco 360 report - 12.24.2012.xls
volkswagen water analysis log sheet for service engineer 01.08.2014.docx
volkswagen water analysis log sheet for service engineer 08.13.13.docx
volkswagen water analysis log sheet for service engineer 06.25.2014.docx
volkswagen - wwct - nalco 360 report 01.28.2013.xls
volkswagen - media center - chilled water system 06.21.12.docx
volkswagen water analysis log sheet for service engineer 03.28.12.docx
volkswagen - cwcl - nalco 360 report 09.09.2013.xls
volkswagen cwct - nalco 360 report - 04.23.2012.xls
volkswagen - wwcl - nalco 360 report - 02.10.2014.xls
volkswagen media center chilled water closed loop line diagram - p304.pdf
volkswagen water analysis log sheet for service engineer 03-25-2015.docx
volkswagen group of america - media building 01-28-2015.pdf
volkswagen - cwcl - nalco 360 report 11.25.2013.xls

180

volkswagen - media center - weld water system 09.20.12.docx
volkswagen - cwcl - nalco 360 report 06.17.2013.xls
volkswagen - media center - weld water system 04.02.2014.docx
volkswagen - media center - chilled water system 09.29.11.docx
volkswagen water analysis log sheet for service engineer 10.05.12.docx
volkswagen - wwct - nalco 360 report - 05.28.2012.xls
volkswagen cwct - nalco 360 report - 01.28.2013.xls
volkswagen - media center - weld water system 11.01.12.docx
volkswagen - cwcl - nalco 360 report 01.14.2014.xls
volkswagen - media center - 02.06.12.docx
volkswagen water analysis log sheet for service engineer 10.22.13.docx
volkswagen - wwcl - nalco 360 report - 09.30.2013.xls
volkswagen - wwct - nalco 360 report - 06.18.2012.xls
volkswagen cwct - nalco 360 report - 10.22.2012.xls
volkswagen - wwct - nalco 360 report - 08.20.2012.xls
volkswagen - wwcl - nalco 360 report - 09.10.2012.xls
volkswagen water analysis log sheet for service engineer 12.03.13.docx
volkswagen water analysis log sheet for service engineer 04.12.12.docx
volkswagen cwct - nalco 360 report - 09.16.2013.xls
volkswagen - wwct - nalco 360 report 03.04.2013.xls
volkswagen - media center - weld water system 11.24.11.docx
volkswagen water analysis log sheet for service engineer 05.31.12.docx
volkswagen - wwcl - nalco 360 report - 12.09.2013.xls
volkswagen - media center - weld water system 02.07.13.docx
volkswagen cwct - nalco 360 report - 06.24.2013.xls
volkswagen - wwcl - nalco 360 report - 12.30.2013.xls
volkswagen water analysis log sheet for service engineer 08.30.13.docx
volkswagen - wwct - nalco 360 report - 04.09.2012.xls
volkswagen - media center - chilled water system 09.15.11.docx
volkswagen group of america - media building 03-04-2015.pdf
volkswagen group of america - media building 02-04-2015.pdf
volkswagen water analysis log sheet for service engineer 06.21.12.docx
volkswagen - media center 07.11.11.docx
volkswagen cwct - nalco 360 report - 05.21.2012.xls
volkswagen - wwcl - nalco 360 report - 06.10.2013.xls
volkswagen - wwcl - nalco 360 report - 08.20.2012.xls
volkswagen - media center - weld water system 05.19.2014.docx
volkswagen - wwcl - nalco 360 report - 12.04.2012.xls
volkswagen - wwct - nalco 360 report -12.24.xls
volkswagen - media center - chilled water system 04.29.11.docx
volkswagen - cwcl - nalco 360 report 12.09.2013.xls
volkswagen - wwct - nalco 360 report - 09.04.2012.xls
volkswagen - media center - chilled water system 03.19.2014.docx
volkswagen group of america - media building 02-19-2015.pdf
volkswagen water analysis log sheet for service engineer 06-03-2015.docx
volkswagen cwct - nalco 360 report - 12.30.2013.xls

181

volkswagen water analysis log sheet for service engineer 12.07.12.docx
volkswagen - media center - weld water system 10.05.12.docx
volkswagen water analysis log sheet for service engineer 07.09.13.docx
volkswagen - cwcl - nalco 360 report 03.18.2013.xls
volkswagen water analysis log sheet for service engineer 01.03.13.docx
volkswagen cwct - nalco 360 report - 12.02.2013.xls
volkswagen - cwcl - nalco 360 report 03.11.2013.xls
volkswagen - wwcl - nalco 360 report - 05.13.2013.xls
volkswagen water analysis log sheet for service engineer 05.17.12.docx
volkswagen water analysis log sheet for service engineer 10.08.13.docx
volkswagen - cwcl - nalco 360 report 02.10.2014.xls
volkswagen - cwcl - nalco 360 report 05.27.2013.xls
volkswagen water analysis log sheet for service engineer 10.17.2013.docx
volkswagen water analysis log sheet for service engineer 07.02.2014.docx
volkswagen - media center - chilled water system 02.14.13.docx
volkswagen water analysis log sheet for service engineer 07.30.2014.docx
volkswagen cwct - nalco 360 report - 10.29.2012.xls
volkswagen cwct - nalco 360 report - 11.19.2012.xls
volkswagen - media center - chilled water system 08.03.12.docx
volkswagen - media center - chilled water system 10.20.11.docx
volkswagen - wwct - nalco 360 report - 10.15.2012.xls
volkswagen - wwcl - nalco 360 report - 10.22.2012.xls
volkswagen cwct - nalco 360 report - 03.03.2014.xls
volkswagen cwct - nalco 360 report - 02.03.2014.xls
volkswagen cwct - nalco 360 report - 03.17.2014.xls
volkswagen - wwct - nalco 360 report - 07.16.2012.xls
volkswagen cwct - nalco 360 report - 08.27.2012.xls
volkswagen cwct - nalco 360 report - 09.17.2012.xls
volkswagen cwct - nalco 360 report - 07.09.2012.xls
volkswagen - media center - weld water system 09.09.11.docx
volkswagen water analysis log sheet for service engineer 08.30.12.docx
volkswagen cwct - nalco 360 report - 09.10.2012.xls
volkswagen - wwcl - nalco 360 report - 05.06.2013.xls
volkswagen cwct - nalco 360 report - 11.25.2013.xls
volkswagen - wwcl - nalco 360 report - 12.15.2014.xls
volkswagen cwct - nalco 360 report - 02.17.2014.xls
volkswagen cwct - nalco 360 report - 01.20.2014.xls
volkswagen cwct - nalco 360 report - 12.31.2012.xls
volkswagen group of america - cmv plan 2012.xlsm
volkswagen - media center - chilled water system 08.30.12.docx
volkswagen people survey.pdf
volkswagen - media center - chilled water system 02.07.13.docx
volkswagen - cwcl - nalco 360 report 05.20.2013.xls
volkswagen - wwcl - nalco 360 report - 03.03.2014.xls
volkswagen cwct - nalco 360 report - 11.18.2013.xls
volkswagen - wwct - nalco 360 report - 09.10.2012.xls

182

volkswagen service plan 2012.pdf
volkswagen - wwct - nalco 360 report 05.06.2013.xls
volkswagen - wwcl - nalco 360 report - 12.02.2013.xls
volkswagen people survey.docx
volkswagen cwct - nalco 360 report - 08.26.2013.xls
volkswagen - cwcl - nalco 360 report 10.07.2013.xls
volkswagen cwct - nalco 360 report - 07.30.2012.xls
volkswagen - media center - weld water system 04.04.13.docx
volkswagen - media center - weld water system 02.24.12.docx
volkswagen - media center - weld water system 02.14.13.docx
volkswagen - media center - weld water system 04.11.13.docx
volkswagen cwct - nalco 360 report - 01.14.2013.xls
volkswagen - media center - weld water system 07.26.12.docx
volkswagen media center weld water closed loop line diagram - p306.pdf
volkswagen - wwcl - nalco 360 report - 10.07.2013.xls
volkswagen - cwcl - nalco 360 report 01.06.2014.xls
volkswagen cwct - nalco 360 report - 07.22.2013.xls
volkswagen - cwcl - nalco 360 report 06.24.2013.xls
volkswagen - wwcl - nalco 360 report - 11.11.2013.xls
volkswagen water analysis log sheet for service engineer 10.25.12.docx
volkswagen - wwct - nalco 360 report - 06.04.2012.xls
volkswagen water analysis log sheet for service engineer 10.11.12.docx
volkswagen - cwcl - nalco 360 report 07.22.2013.xls
volkswagen cwct - nalco 360 report - 10.20.2014.xls
volkswagen group of america - media building 01-28-2015.pdf
volkswagen - wwcl - nalco 360 report - 07.09.2012.xls
volkswagen - wwcl - nalco 360 report - 08.06.2012.xls
volkswagen - media center - weld water system 04.29.11.docx
volkswagen - wwct - nalco 360 report - 08.06.2012.xls
volkswagen cwct - nalco 360 report - 11.05.2012.xls
volkswagen - media center - weld water system 03.21.13.docx
volkswagen - media center - chilled water system 06.30.11.docx
volkswagen - media center - weld water system 11.10.11.docx
volkswagen - wwcl - nalco 360 report - 10.08.2012.xls
volkswagen group of america - media building 03-25-2015.pdf
volkswagen cwct - nalco 360 report - 08.13.2012.xls
volkswagen - media center - weld water system 03.14.13.docx
volkswagen - wwcl - nalco 360 report - 01.21.2013.xls
volkswagen - cwcl - nalco 360 report 03.31.2014.xls
volkswagen water analysis log sheet for service engineer 05.19.2014.docx
volkswagen - wwcl - nalco 360 report - 09.23.2013.xls
volkswagen water analysis log sheet for service engineer 03.28.13.docx
volkswagen - cwcl - nalco 360 report 02.03.2014.xls
volkswagen - media center - weld water system 03.28.13.docx
volkswagen - media center - chilled water system 03.28.12.docx
volkswagen cwct - nalco 360 report - 12.17.2012.xls

183

volkswagen water analysis log sheet for service engineer 05.23.13.docx
volkswagen - media center - chilled water system 04.04.13.docx
volkswagen - nalco action plan scorecard - 11.10.2011.xls
volkswagen - media center - weld water system 12.07.12.docx
volkswagen - cwcl - nalco 360 report 09.30.2013.xls
volkswagen - media center - chilled water system 09.20.12.docx
volkswagen water analysis log sheet for service engineer 01-28-2015.docx
volkswagen - wwct - nalco 360 report 03.11.2013.xls
volkswagen - media center - weld water system 03.25.11.docx
volkswagen - media center - chilled water system 06.06.12.docx
volkswagen - media center - chilled water system 07.19.12.docx
volkswagen - media center 03.09.10.docx
volkswagen - wwct - nalco 360 report 05.27.2013.xls
volkswagen cwct - nalco 360 report - 10.28.2013.xls
volkswagen water analysis log sheet for service engineer 03-04-2015.docx
volkswagen - cwcl - nalco 360 report 03.25.2013.xls
volkswagen - wwcl - nalco 360 report - 03.24.2014.xls
volkswagen - wwct - nalco 360 report 04.01.2013.xls
volkswagen - media center - weld water closed loop 08.23.10.docx
volkswagen - wwct - nalco 360 report - 04.30.2012.xls
volkswagen - wwcl - nalco 360 report - 11.26.2012.xls
volkswagen - nalco action plan scorecard - 08.26.2011.pdf
volkswagen - media center - weld water system 08.12.11.docx
volkswagen - media center - chilled water system 04.16.2014.docx
volkswagen cwct - nalco 360 report - 04.01.2013.xls
volkswagen - nalco action plan scorecard - 11.10.2011.pdf
volkswagen water analysis log sheet for service engineer 07.31.13.docx
volkswagen - media center - weld water system 06.06.12.docx
volkswagen group of america - media building 02-11-2015.pdf
volkswagen - wwcl - nalco 360 report - 12.16.2013.xls
volkswagen - media center - action plan for closed loops 11.19.10.docx
volkswagen water analysis log sheet for service engineer 07.05.12.docx
volkswagen - media center - weld water system 11.28.12.docx
volkswagen - wwcl - nalco 360 report - 06.17.2013.xls
volkswagen - media center - weld water system 06.30.11.docx
volkswagen - media center - chilled water system 01.10.13.docx
volkswagen - media center - chilled water system 02.29.12.docx
volkswagen - wwcl - nalco 360 report - 09.03.2013.xls
volkswagen - wwcl - nalco 360 report - 11.25.2013.xls
volkswagen cwct - nalco 360 report - 04.29.2013.xls
volkswagen - wwcl - nalco 360 report - 10.15.2012.xls
volkswagen - wwcl - nalco 360 report - 12.31.2012.xls
volkswagen - wwct - nalco 360 report - 09.24.2012.xls
volkswagen - media center - weld water system 05.31.12.docx
volkswagen water analysis log sheet for service engineer 05-27-2015.docx
volkswagen group of america - exec summary 2nd quarter 2014.pdf

184

volkswagen - media center - chilled water system 11.01.12.docx
volkswagen - media center - weld water system 03.19.2014.docx
volkswagen - wwcl - nalco 360 report - 08.19.2013.xls
volkswagen group of america - cmv plan 2014.xlsx
volkswagen cwct - nalco 360 report - 06.04.2012.xls
volkswagen - wwct - nalco 360 report - 08.27.2012.xls
volkswagen cwct - nalco 360 report - 01.07.2013.xls
volkswagen - nalco action plan scorecard - 09.02.2011.xls
volkswagen - wwcl - nalco 360 report - 08.13.2012.xls
volkswagen - media center - weld water system template.docx
volkswagen - media center - weld water system 08.03.12.docx
volkswagen - wwcl - nalco 360 report - 07.16.2012.xls
volkswagen - wwct - nalco 360 report 02.25.13.xlsx
volkswagen - cwcl - nalco 360 report 04.15.2013.xls
volkswagen - wwcl - nalco 360 report - 11.19.2012.xls
volkswagen water analysis log sheet for service engineer 11.19.13.docx
volkswagen - wwcl - nalco 360 report - 01.27.2014.xls
volkswagen - media center - chilled water system 11.15.12.docx
volkswagen - cwcl - nalco 360 report 12.30.2013.xls
volkswagen - wwcl - nalco 360 report - 04.01.2013.xls
volkswagen - media center - chilled water system 06.11.2014.docx
volkswagen water analysis log sheet for service engineer 09.06.12.docx
volkswagen - media center - weld water system 08.19.11.docx
volkswagen - cwcl - nalco 360 report 01.20.2014.xls
volkswagen water analysis log sheet for service engineer 04.24.13.docx
volkswagen water analysis log sheet for service engineer 04.23.2014.docx
volkswagen wwct 3dt data 12.10.13.xls
volkswagen wwct 3dt data 08.30.13.xls
volkswagen abr 2014.pdf
microsoft powerpoint - volkswagen abr 2013.pdf
volkswagen wwct 3dt data 06.05.14.xls
volkswagen wwct 3dt data 10.29.13.xls
volkswagen wwct 3dt data 10.08.13.xls
volkswagen wwct 3dt data 07.31.13.xls
volkswagen wwct 3dt data 07.03.13.xls
volkswagenmedia center building.mdb
volkswagen abr 2013.pptx
volkswagen abr 2014.pptx
volkswagen wwct 3dt data 06.06.13.xls
volkswagen wwct 3dt data 08.30.12.xls
volkswagen wwct 3dt data 08.03.12.xls
volkswagen wwct 3dt data 03.28.13.xls
volkswagen wwct 3dt data 10.04.12.xls
volkswagen wwct 3dt data 06.28.12.xls
volkswagen wwct 3dt data 05.02.13.xls
volkswagen wwct 3dt data 11.07.12.xls

185

volkswagen wwct 3dt data 01.03.13.xls
volkswagen wwct 3dt data 03.02.13.xls
volkswagen wwct 3dt data 02.05.13.xls
volkswagen wwct 3dt data 06.01.12.xls
volkswagen wwct 3dt data 02.29.12.xls
volkswagen wwct 3dt data 01.31.12.xls
volkswagen weld water ct 3dt data 09.29.11.xls
volkswagen weld water ct 3dt data 12.30.11.xls
volkswagen wwct 3dt data 03.28.12.xls
volkswagen weld water ct 3dt data 10.27.11.xls
volkswagen weld water ct 3dt data 11.30.11.xls
volkswagen wwct 3dt data 04.30.12.xls
volkswagen weld water ct 3dt data 07.29.11.xls
volkswagen hwcl 3dt data 05.26.11.xls
volkswagen weld water ct 3dt data 05.24.10.xls
volkswagen weld water ct 3dt data 03.04.11.xls
volkswagen weld water ct 3dt data 05.26.11.xls
volkswagen weld water ct 3dt data 09.20.10.xls
volkswagen weld water ct 3dt data 08.16.10.xls
volkswagen weld water ct 3dt data 04.29.11.xls
volkswagen weld water ct 3dt data 01.28.11.xls
volkswagen weld water ct 3dt data 09.02.11.xls
jake marshallmedia center building.mdb
volkswagen weld water ct 3dt data 06.30.11.xls
volkswagen weld water ct 3dt data 03.31.11.xls
volkswagenmedia center - volkswagen.mdb
volkswagen condenser water ct 3dt data 06.05.14.xls
volkswagen weld water ct 3dt data 10.21.10.xls
vw.wct.12.20.10..xls
volkswagen condenser water ct 3dt data 01.28.14.xls
volkswagen condenser water ct 3dt data 12.10.13.xls
volkswagen condenser water ct 3dt data 01.07.14.xls
volkswagen condenser water ct 3dt data 06.06.13.xls
volkswagen condenser water ct 3dt data 04.30.14.xls
volkswagen condenser water ct 3dt data 03.28.14.xls
volkswagen condenser water ct 3dt data 07.03.13.xls
volkswagen condenser water ct 3dt data 10.29.13.xls
volkswagen condenser water ct 3dt data 05.02.13.xls
volkswagen condenser water ct 3dt data 08.30.13.xls
volkswagen condenser water ct 3dt data 10.08.13.xls
volkswagen condenser water ct 3dt data 07.31.13.xls
volkswagen condenser water ct 3dt data 02.26.14.xls
volkswagen condenser water ct 3dt data 06.01.12.xls
volkswagen condenser water ct 3dt data 08.30.12.xls
volkswagen condenser water ct 3dt data 10.04.12.xls
volkswagen condenser water ct 3dt data 06.28.12.xls

volkswagen condenser water ct 3dt data 01.03.13.xls
volkswagen condenser water ct 3dt data 03.02.13.xls
volkswagen condenser water ct 3dt data 02.05.13.xls
volkswagen condenser water ct 3dt data 04.30.12.xls
volkswagen condenser water ct 3dt data 08.03.12.xls
volkswagen condenser water ct 3dt data 03.28.13.xls
volkswagen condenser water ct 3dt data 11.07.12.xls
volkswagen condenser water ct 3dt data 11.30.11.xls
volkswagen condenser water ct 3dt data 10.27.11.xls
volkswagen condenser water ct 3dt data 03.28.12.xls
volkswagen condenser water ct 3dt data 09.29.11.xls
volkswagen condenser water ct 3dt data 09.02.11.xls
volkswagen condenser water ct 3dt data 01.31.12.xls
volkswagen condenser water ct 3dt data 12.30.11.xls
volkswagen condenser water ct 3dt data 02.29.12.xls
volkswagen condenser water ct 3dt data 06.30.11.xls
vw.ctw.12.20.10..xls
volkswagen condenser water ct 3dt data 04.13.11.xls
volkswagen condenser water ct 3dt data 07.29.11.xls
volkswagen condenser water ct 3dt data 05.26.11.xls
volkswagen condenser water ct 3dt data 03.04.11.xls
volkswagen condenser water ct 3dt data 01.28.11.xls
jake marshallmedia center - volkswagen.mdb
volkswagen condenser water ct 3dt data 04.29.11.xls
volkswagen condenser water ct 3dt data 02.09.11.xls
volkswagen condenser water ct 3dt data 10.21.10.xls
volkswagen wwcl 3dt data 03.28.14.xls
volkswagen wwcl 3dt data 06.05.14.xls
volkswagen wwcl 3dt data 04.30.14.xls
volkswagenmedia building.mdb
volkswagen condenser water ct 3dt data 05.25.10.xls
volkswagen condenser water ct 3dt data 08.09.10.xls
volkswagen condenser water ct 3dt data 09.20.10.xls
volkswagen wwcl 3dt data 02.26.14.xls
volkswagen wwcl 3dt data 01.07.14.xls
volkswagen wwcl 3dt data 07.31.13.xls
volkswagen wwcl 3dt data 10.29.13.xls
volkswagen wwcl 3dt data 10.08.13.xls
volkswagen wwcl 3dt data 12.10.13.xls
volkswagen wwcl 3dt data 08.30.13.xls
volkswagen wwcl 3dt data 01.28.14.xls
volkswagen wwcl 3dt data 06.01.12.xls
volkswagen wwcl 3dt data 01.03.13.xls
volkswagen wwcl 3dt data 11.07.12.xls
volkswagen wwcl 3dt data 02.05.13.xls
volkswagen wwcl 3dt data 03.28.13.xls

volkswagen wwcl 3dt data 06.06.13.xls
volkswagen wwcl 3dt data 09.20.12.xls
volkswagen wwcl 3dt data 07.03.13.xls
volkswagen wwcl 3dt data 03.02.13.xls
volkswagen wwcl 3dt data 08.03.12.xls
volkswagen wwcl 3dt data 06.28.12.xls
volkswagen wwcl 3dt data 08.30.12.xls
volkswagen wwcl 3dt data 05.02.13.xls
volkswagen wwcl 3dt data 04.30.12.xls
volkswagen wwcl 3dt data 10.04.12.xls
volkswagen wwcl 3dt data 09.02.11.xls
volkswagen wwcl 3dt data 03.28.12.xls
volkswagen wwcl 3dt data 11.30.11.xls
volkswagen wwcl 3dt data 10.27.11.xls
volkswagen wwcl 3dt data 09.29.11.xls
volkswagen wwcl 3dt data 01.31.12.xls
volkswagen wwcl 3dt data 12.30.11.xls
volkswagen wwcl 3dt data 02.29.12.xls
volkswagen wwcl 3dt data 03.31.11.xls
volkswagen wwcl 3dt data 08.26.11.xls
volkswagen wwcl 3dt data 05.26.11.xls
volkswagen wwcl 3dt data 01.28.11.xls
volkswagen wwcl 3dt data 07.29.11.xls
volkswagen wwcl 3dt data 04.29.11.xls
volkswagen wwcl 3dt data 03.04.11.xls
volkswagen wwcl 3dt data 06.30.11.xls
volkswagen wwcl 3dt data 01.12.11.xls
volkswagen wwcl 3dt data 08.09.10.xls
volkswagen wwcl 3dt data 07.01.10.xls
volkswagen wwcl 3dt data 06.8.10.xls
volkswagen wwcl 3dt data 12.20.10.xls
volkswagen wwcl 3dt data 09.20.10.xls
vw.ww.12.20.10..xls
volkswagen wwcl 3dt data 10.21.10.xls
volkswagen wwcl 3dt data 06.03.10.xls
volkswagen wwcl 3dt data 08.23.10.xls
volkswagen wwcl 3dt data 05.24.10.xls
volkswagen chilled water cl 3dt data 06.05.14.xls
volkswagen chilled water cl 3dt data 01.28.14.xls
volkswagen wwcl 3dt data 04.23.10.xls
volkswagen chilled water cl 3dt data 03.28.14.xls
volkswagen chilled water cl 3dt data 02.26.14.xls
volkswagen chilled water cl 3dt data 07.31.13.xls
volkswagen chilled water cl 3dt data 10.29.13.xls
volkswagen chilled water cl 3dt data 01.07.14.xls
volkswagen chilled water cl 3dt data 10.08.13.xls

188

volkswagen chilled water cl 3dt data 08.30.13.xls
volkswagen chilled water cl 3dt data 12.10.13.xls
volkswagen chilled water cl 3dt data 06.06.13.xls
volkswagen chilled water cl 3dt data 03.02.13.xls
volkswagen chilled water cl 3dt data 05.02.13.xls
volkswagen chilled water cl 3dt data 03.28.13.xls
volkswagen chilled water cl 3dt data 07.03.13.xls
volkswagen chilled water cl 3dt data 01.03.13.xls
volkswagen chilled water cl 3dt data 08.03.12.xls
volkswagen chilled water cl 3dt data 08.30.12.xls
volkswagen chilled water cl 3dt data 11.07.12.xls
volkswagen chilled water cl 3dt data 10.04.12.xls
volkswagen chilled water cl 3dt data 02.05.13.xls
volkswagen chilled water cl 3dt data 06.01.12.xls
volkswagen chilled water cl 3dt data 02.29.12.xls
volkswagen chilled water cl 3dt data 04.30.12.xls
volkswagen chilled water cl 3dt data 06.28.12.xls
volkswagen chilled water cl 3dt data 03.28.12.xls
volkswagen chilled water cl 3dt data 01.31.12.xls
volkswagen chilled water cl 3dt data 09.29.11.xls
volkswagen chilled water cl 3dt data 07.29.11.xls
volkswagen chilled water cl 3dt data 09.02.11.xls
volkswagen chilled water cl 3dt data 11.30.11.xls
volkswagen chilled water cl 3dt data 10.27.11.xls
volkswagen chilled water cl 3dt data 05.26.11.xls
volkswagen chilled water cl 3dt data 04.29.11.xls
volkswagen chilled water cl 3dt data 03.04.11.xls
volkswagen chilled water cl 3dt data 02.09.11.xls
volkswagen chilled water cl 3dt data 06.30.11.xls
volkswagen chilled water cl 3dt data 04.13.11.xls
volkswagen chilled water cl 3dt data 09.20.10.xls
vw.chw.12.20.10..xls
volkswagen chilled water cl 3dt data 08.02.10.xls
volkswagen chilled water cl 3dt data 06.03.10.xls
volkswagen chilled water cl 3dt data 10.21.10.xls
volkswagen chilled water cl 3dt data 07.01.10.xls
6200-00005-h2-d4-01d-p140.pdf
6200-00005-00-h6-00d-e650.pdf
6200-000n1-00-m3-00d-r311.pdf
6200-00005-eg-m4-00d-f702.pdf
6200-00005-eg-h2-01d-e110.pdf
6200-00005-eg-d5-02d-m111.pdf
6200-00005-eg-d4-01d-p110.pdf
6200-000n1-00-m3-00d-r304.pdf
6200-000n1-00-m3-00d-r302.pdf
6200-00005-00-h6-00d-e612.pdf

189

6200-00007-00-d4-00d-i312.pdf
6200-00005-00-h6-00d-e001.pdf
6200-00005-00-h6-00d-e634.pdf
6200-00005-00-h6-00d-e705.pdf
6200-00005-eg-m4-00d-f301.pdf
6200-00005-dg-h2-01d-e141.pdf
6200-00005-00-h6-00d-e635.pdf
6200-00005-eg-d4-00d-p510.pdf
6200-00005-eg-d4-00d-p007.pdf
6200-000n1-00-m3-00d-r303.pdf
6200-00005-eg-d5-01d-m110.pdf
6200-00005-eg-d4-03d-p112.pdf
6200-00005-00-d5-00d-m601.pdf
6200-00005-h2-d5-01d-m140.pdf
6200-00005-eg-d4-00d-p005.pdf
6200-00005-00-h6-00d-e611.pdf
6200-00005-eg-d4-02d-p121.pdf
volkswagen chilled water cl 3dt data 04.30.14.xls
6200-00005-00-m4-00d-f001.pdf
6200-00005-eg-m4-01d-f110.pdf
6200-00005-eg-d4-01d-p120.pdf
6200-00005-00-h6-00d-e632.pdf
media mechanical construction specs.pdf
6200-000n1-00-m3-00d-r309.pdf
6200-00005-eg-a3-02d-p211.pdf
volkswagen chilled water cl 3dt data 05.25.10.xls
volkswagen chilled water cl 3dt data 04.23.10.xls
6200-00005-eg-d4-03d-p122.pdf
6200-00005-dg-h2-02d-e142.pdf
09912.pdf
6200-00005-h2-d4-02d-p141.pdf
6200-00005-eg-m4-00d-f005.pdf
6200-000n1-00-m3-00d-r310.pdf
6200-00005-eg-m4-00d-f701.pdf
6200-00005-00-d5-00d-m700.pdf
6200-00005-eg-d4-00d-p006.pdf
6200-000n1-00-m3-00d-r308.pdf
6200-00005-00-l9-00d-d003.pdf
6200-00005-eg-a3-01d-p210.pdf
6200-00005-00-h6-00d-e633.pdf
6200-00005-eg-m4-00d-f510.pdf
6200-00005-eg-h2-03d-e112.pdf
6200-00005-eg-m4-02d-f111.pdf
6200-00005-eg-h2-02d-e111.pdf
6200-000n1-00-m3-00d-r301.pdf
6200-00005-eg-d4-02d-p111.pdf

FP 46615307.1

6200-00005-00-h6-00d-e631.pdf
6200-00005-u1-d6-02d-p011.pdf
6200-00005-u1-d6-01d-p010.pdf
6200-00005-h2-d5-02d-m141.pdf
6200-000n1-00-m3-00d-r306.pdf
6200-00005-00-h6-00d-e704.pdf
6200-00005-00-h6-00d-e605.pdf
6200-000n1-00-m3-00d-r305.pdf
6200-00005-h2-d4-03d-p142.pdf
6200-00005-eg-m4-00d-f700.pdf
6200-000n1-00-m3-00d-r307.pdf
6200-00005-00-h6-00d-e636.pdf
6200-00005-00-d4-00d-p703.pdf
6200-00003-00-d4-00d-p402.pdf
6200-00005-00-d4-00d-i302.pdf
volkswagen - chemcial water treatment bid specs.docx
abednego quote - nalco 9901.04 12.13.2011.pdf
volkswagen - nalco action plan scorecard march 2014.xls
volkswagen 500069408 pf agreement.docx
6200-00003-01-d4-01d-p524.pdf
volkswagen - nalco utility water treatment performance specification 07-2014.docx
6200-00005-00-d4-00d-i703.pdf
po_6000110290.pdf
6200-00005-00-d4-00d-p403.pdf
6200-00005-00-d4-00d-p603.pdf
nalco chemical ordering and delivery procedures and checklist.pdf
6200-00005-00-d4-00d-p305.pdf
volkswagen - cooling tower cleaning procedure.docx
abednego quote 1.13.2011.pdf
nalco 3d trasar monitoring logsheet - 1.docx
6200-00005-00-d4-00d-p706.pdf
6200-00005-00-d4-00d-p705.pdf
image 8.jpeg
6200-00005-00-d4-00d-p302.pdf
volkswagen - chilled water open loop with soft water make-up.pdf
6200-00005-00-d4-00d-i701.pdf
image 4.jpeg
era environmental consulting 9827 executed.pdf
image 18.jpeg
abednego quote - microbiological supplies 10.05.2011.pdf
6200-00003-00-d4-00d-p403.pdf
volkswagen 500069408 pf agreement (3).pdf
nalco 2014 - 2015 wwt bid pricing sheet - wwt chemicals master pricing sheet.xlsx
image 11.jpeg
6200-00005-00-d4-00d-p600.pdf
6200-00005-00-d4-00d-p707.pdf

191

6200-00005-00-d4-00d-p405.pdf
image 9.jpeg
6200-00005-00-d4-00d-p404.pdf
abednego quote 1.13.2011.doc
image 19.jpeg
volkswagen - abednego wwt chem pricing quote 2012.xls
abednego quote - nalco 7408.15 12.13.2011.doc
volkswagen - chilled water open loop with acid feed - ver2.pdf
permacare - global - ro12_5_201.pdf
6200-00005-00-d4-00d-p702.pdf
6200-00005-00-d4-00d-p407.pdf
volkswagen - chemcial water treatment bid specs.pdf
6200-00005-00-d4-00d-p701.pdf
6200-00005-00-d4-00d-p700.pdf
6200-00005-00-d4-00d-p303.pdf
image 14.jpeg
volkswagen chemical treatment calculations.pdf
image 17.jpeg
jake marshall pricing.pdf
abednego - chemical order 7408.61 - 9.14.2010.pdf
nalco 3d trasar monitoring logsheet - 2.docx
media mechanical construction specs 15720 chemical.pdf
re rush rush rush volkswagen.msg
6200-00005-00-d4-00d-i301.pdf
6200-00005-00-d4-00d-i308.pdf
6200-00005-00-d4-00d-i310.pdf
volkswagen group of america water treatment - nalco proposal 11.25.2014.pdf
6200-00005-00-d4-00d-p704.pdf
vw round 9 quote price sheet - nalco.xls
nalco chemical ordering and delivery procedures and checklist.xlsx
image 28.jpeg
abednego and nalco punch list vw 8 25 10.docx
6200-00005-00-d4-00d-i311.pdf
image 30.jpeg
ultrasand plus intro presentation rev02-01-09.ppt
6200-00005-00-d4-00d-p307.pdf
information_sheet.file.pdf
6200-00005-00-d4-00d-p400.pdf
volkswagen - ahu cleaning data.xlsx
nalco 2014 - 2015 wwt bid pricing sheet - wwt chemicals master pricing sheet - ver 2.xlsx
volkswagen - bulk tank volumes.xls
image 25.jpeg
6200-00005-00-d4-00d-i303.pdf
modifications to drawing p307.pdf
6200-00005-00-d4-00d-i309.pdf
volkswagen - coi instructions and sample submission form version 13 - november 10, 2014.docx

abednego 08.31.11.docx
6200-00003-hg-d4-01d-p525.pdf
6200-00005-00-d5-00d-m300.pdf
6200-00005-00-d5-00d-m400.pdf
image 24.jpeg
6200-00005-00-d4-00d-i704.pdf
abednego quote - nalco 7408.15 12.13.2011.pdf
volkswagen water treatment specifications - with recommendations v1.docx
volkswagen wwt reuse project meeting 02.10.2015.pptx
volkswagen - chilled water open loop with acid feed.pdf
6200-00005-00-d4-00d-p602.pdf
abednego 3dtfm proposal - december 2013.docx
6200-00005-00-d4-00d-i307.pdf
vgoa mm final init..pdf
image 23.jpeg
6200-00005-00-d4-00d-p300.pdf
copy of copy of volkswagencenter coil-flovalue delivery eroi 2012-rev1 8-13-13 (autosaved) (3).xlsm
6200-00005-00-d4-00d-i300.pdf
image 6.jpeg
image 31.jpeg
abednego - ro permeate - 8.31.2011.pdf
nalco recommended ro membrane cleaning procedures.doc
6200-00005-00-d4-00d-p301.pdf
vwoa_2014_000876-20141125.zip
6200-00005-00-d4-00d-i306.pdf
image 26.jpeg
image 10.jpeg
volkswagen group of america water treatment - nalco proposal 11.25.2014.docx
image 2.jpeg
volkswagen water analysis log sheet for service engineer.docx
6200-00005-00-d4-00d-p308.pdf
6200-00005-00-d4-00d-i305.pdf
gate 1 access form - cammi kirk nalco.xls
6200-00005-00-d4-00d-p309.pdf
image 20.jpeg
jake marshall - vw warranty letter 05012010.docx
jake marshall cost breakdown as of nov 2010 and december projected billing.doc
6200-00005-00-d4-00d-p406.pdf
6200-00005-00-d5-00d-m001.pdf
6200-00005-00-d5-00d-m600.pdf
volkswagon 9764 executed.pdf
6200-00005-00-d4-00d-i304.pdf
volkswagen presentation 8.28.09.ppt
abednego 3dtfm proposal - december 2013.pdf
volkswagen water treatment seminar.ppt

193

image 15.jpeg
volkswagen - nalco action plan scorecard.xls
corporation stop injection.pdf
pricing_matrix_bidders - nalco 2014.xlsx
microsoft powerpoint - volkswagen presentation 8.28.09.pdf
6200-00005-00-d4-00d-p306.pdf
abednego - raw city water - 8.31.2011.pdf
6200-00005-00-d4-00d-p304.pdf
chemical treatment rfq.docx
6200-00005-00-d4-00d-p402.pdf
volkswagen - chilled water open loop (current chemical treatment program).pdf
abednego quote - nalco 71d5 plus.12 - 05.07.2013.pdf
volkswagen - cooling tower cleaning procedure.pdf
image 12.jpeg
image 16.jpeg
image 7.jpeg
volkswagen - nalco action plan scorecard.pdf
6200-00005-00-d4-00d-i702.pdf
6200-00005-00-d4-00d-p401.pdf
km - treatment of closed loop hot water[1].pdf
na auto training 2012 - auto industry overview and nalco auto strategy.pptx
passivation information (2).docx
abednego enviromental services_500067709_chattanooga tn 37416__10232013_sor5.xls
260-abednego environmental services - 500067709-discovery-agreement.docx
image 3.jpeg
image 29.jpeg
image 27.jpeg
abednego quote - nalco 9901.04 12.13.2011.doc
6200-00005-00-d4-00d-p601.pdf
abednego quote - nalco pc-77.15 - 08.09.2012.pdf
image 1.jpeg
abednego quote - nalco pc-77.15 - 08.09.2012.doc
image 21.jpeg
image 5.jpeg
image 13.jpeg
adm southern cellulose - boiler psr 08-14-2015.pdf
the chattanoogan abr 2015 - draft.pptx
barry phillips gate 1 access request form.pdf
the chattanoogan quote for trac108 2.08.2011.doc
cooling tower inspection guidelines.pdf
the chattanoogan 04-08-2015.pdf
sri surgical 03.28.2014.docx
adm southern cellulose - quote for nalco 22310 - 07.31.2015.docx
boiler survey.doc
adm southern cellulose - quote for nalco 22310 - 07.31.2015.pdf
the chattanoogan 09.07.12.docx

194

the chattanoogan 05-13-2015.pdf
confidentiality agreement request form for volkswagen.doc
synerty health psr - chattanooga - 11.05.2013.docx
adm southern cellulose - sulfite test and conductivity standard quote - 05.19.2015.pdf
the chattanoogan - st70 quote 01.09.2012.pdf
the chattanoogan water treatment contract jan - june 2015 signed agreement.pdf
products-image-bot.jpg
the chattanoogan 02.18.09.doc
confidentiality agreement request form for era.doc
here are the federal government guidelines for boiler opera.doc
adm southern cellulose - nalco 1720.31 - june 30, 2015.pdf
b2b_agreement_english.pdf
adm - coi report.docx
7326 mn wl121 volkswagen - signed (1).pdf
sri psr 02-18-2015.pdf
the chattanoogan - nalco 3dt260 quote 07.19.2013.pdf
the chattanoogan 04.05.12.doc
cleaning and passivation of new cooling system.pdf
confidentiality agreement request form for era.pdf
d__aridley_local settings_tem...e5_gdae1rcv_ml_preview[3].pdf
the chattanoogan 12-10-2014.pdf
the chattanoogan 08.10.07.doc
anthony ridley gate 1 access request form.pdf
the chattanoogan 06.01.12.doc
the chattanoogan - august 2010 reagent order.pdf
chattanoogan 201018759 - st40.11.pdf
the chattanoogan 08.13.13.docx
lightbox.js
the chattanoogan 09.23.08.doc
adm southern cellulose - boiler psr 03-25-2015.pdf
chemical treatment po.msg
the chattanoogan abr 2015 - draft.pdf
the chattanoogan 06.22.07.doc
grey-button.jpg
the chattanoogan 05.07.12.doc
southern cellouse adm location area utility scope document - 2013.pdf
the chattanoogan 07.06.12.doc
sri surgical 07.25.13.docx
the chattanoogan - nalco 3dt260 quote 01.09.2012.pdf
the chattanoogan 05.10.13.docx
the chattanoogan 11.02.12.doc
nalco service report for southeastern container cleveland tn 09.11.2015.pdf
adm southern cellulose - lmi chemical pump 0.58 gph quote - april 25, 2015.pdf
the chattanoogan water treatment contract july 2015 - june 2016 signed agreement.pdf
the chattanoogan 05 06 11.doc
enu - archer daniels midlandchattanooga - daf simulation effluent - nw125431 - 01161752.pdf

195

the chattanoogan 02.05.2014.docx
the chattanoogan 11.06.08.doc
the chattanoogan abr 2016.pptx
the chattanoogan 10.09.06.doc
enu - archer daniels midlandchattanooga - whitewater - nw128242 - 01161777.pdf
layout.css
adm southern cellulose - quote for nalco 1720.31 - 06.23.2015.pdf
the chattanoogan 09.09.10.doc
the chattanoogan 06.05.13.docx
adm chattanooga sales action plan.xlsx
the chattanoogan - nalco 3dt260 quote 08.19.2013.pdf
the chattanoogan 08.09.12.doc
chattanoogan cover sheet proposal 2006.doc
the chattanoogan 03.02.12.doc
sri psr 03-18-2015.pdf
the chattanoogan 12.10.07.doc
loading.gif
the chattanoogan proposal.doc
the chattanoogan quote 2.04.2011.pdf
the chattanoogan 05.02.08.doc
enu - archer daniels midlandchattanooga - daf simulation sludge - nw125433 - 01128779.pdf
effects.js
the chattanoogan 03.06.13.docx
the chattanoogan 02.01.13.docx
the chattanoogan quote for trac108 2.08.2011.pdf
the chattanoogan 08.06.11.doc
7.16.09 st40 order.pdf
sri surgical 09.30.13.docx
the chattanoogan 10.04.12.doc
synergy health - sri 04-13-2015.pdf
synergy health - sri 12-19-2014.pdf
the chattanoogan cooling tower system diagram.pdf
adm southern cellulose - sulfite reagent and conductivity standards quote - april 24, 2015.pdf
sri psr 01-14-2015.pdf
the chattanoogan 01-07-2015.pdf
enu - archer daniels midlandchattanooga - adm - southern cellulose wwt - nw121529 - 01107861.pdf
the chattanoogan 06.04.2014.docx
the chattanoogan 11.05.13.docx
coi report for volkswagen - december 2014.pdf
adm southern cellulose - quote for nalco 1720.31 - 06.23.2015.docx
adm coi audit form.docx
enu - archer daniels midlandchattanooga - table #1 black liquor stream - nw130767 - 01181841.pdf
the chattanoogan water treatment contract 2014.pdf
the chattanoogan 11.02.07.doc

196

sri surgical 04.24.2014.docx
the chattanoogan logsheet.doc
sri surgical 12.03.13.docx
the chattanoogan pam.pdf
the chattanoogan 03 04 11.doc
the chattanoogan 10.07.11.doc
form730el equipment request for the chattanoogan 06.11.07.doc
the chattanoogan 09.02.09.docx
the chattanoogan 05.25.07.doc
adm pricing and maximo numbers.docx
the chattanoogan quote 2.04.2011.doc
price-promise-new.jpg
style.css
adm southern cellulose - boiler psr 06-05-2015.pdf
femp steam system analyzer.xls
the chattanoogan 08.11.09.doc
the chattanoogan 05.19.06.doc
synergy health - sri 11-14-2014.pdf
the chattanoogan 09.24.07.doc
sri surgical 08.20.13.docx
the chattanoogan 07.09.2014.docx
prototype.js
sps the chattanoogan nw154.xls
the chattanoogan 10.17.08.doc
the chattanoogan 02.03.12.doc
the chattanoogan 11.27.06.doc
scriptaculous.js
the chattanoogan 06.02.11.doc
chapter 8 - unit prices for vw bid april 7, 2009.docx
the chattanoogan 11-06-2014.pdf
adm southern cellulose - boiler psr 04-15-2015.pdf
the chattanoogan 04.01.11.doc
3dtrasar cooling system passivation program.docx
enu - archer daniels midlandchattanooga - table 1 brown stock & black liquor - nw125444 -
01133700.pdf
iso-logo.jpg
southern cellouse adm location area utility scope document - 2013.xlsx
sri surgical 06.18.2014.docx
the chattanoogan water treatment contract 2014.xlsx
products-image.jpg
coi report for volkswagen - december 2014.docx
the chattanoogan 08.06.2014.docx
the chattanoogan 02-16-2015.pdf
the chattanoogan 08-10-2015.pdf
the chattanoogan 06.21.06.doc
sri surgical 01.07.2014.docx

FP 46615307.1

the chattanoogan 01.18.08.doc
the chattanoogan 08.12.10 ver1.doc
7326 mn wl121 volkswagen - signed.pdf
the chattanoogan 01.21.09.doc
the chattanoogan water treatment contract jan - june 2015.xlsx
the chattanoogan pam.docx
the chattanoogan 09.02.11.doc
mayfield abr 2015 - draft.pptx
jslibrary.js
adm southern cellulose - lmi chemical pump 0.21 gph quote - april 25, 2015.pdf
sri surgical 02.05.2014.docx
the chattanoogan 07.19.13.docx
the chattanoogan 07.15.09.docx
the chattanoogan 01.14.2014.docx
the chattanoogan cooling tower system diagram.docx
coi report - volkswagen - december 2014.docx
enu - archer daniels midlandchattanooga - raw sample as received - nw125430 - 01145385.pdf
close.gif
synergy health - sri 06-18-2015.pdf
utc 06-12-03.doc
the chattanoogan 12.02.09.doc
the chattanoogan 11.03.09.doc
the chattanoogan 07.08.11.doc
synergy health - sri 05-21-2015.pdf
basket.gif
the chattanoogan 03-11-2015.pdf
the chattanoogan 10.06.09.doc
the chattanoogan 07-02-2015.pdf
the chattanoogan 02.17.11.doc
the chattanoogan 02.15.08.doc
the chattanoogan 01.03.13.docx
chattanoogan 201018757 - st40.12.pdf
the chattanoogan 03.14.07.doc
the chattanoogan 07.22.08.doc
the chattanoogan 08.21.08.doc
the chattanoogan 04.05.13.docx
chattanoogan 201079703.pdf
enu - archer daniels midlandchattanooga - brown stock washer 1 effluent - nw126975 - 01139906.pdf
the chattanoogan 02.16.10.doc
the chattanoogan 01.05.12.doc
adm southern cellulose - hardness reagent quote - april 1, 2015.pdf
sri surgical 11.05.13.docx
adm - coi report - july 8, 2014.docx
enu - archer daniels midlandchattanooga - well water - nw128237 - 01147341.pdf
the chattanoogan 12.01.11.doc

198

warranty-new.jpg
8365 plus.15 sample order.pdf
the chattanoogan 01.07.11.doc
tva proposal 05-10-2012.doc
lightbox.css
the chattanoogan 09.03.2014.docx
cat-background.jpg
adm southern cellulose - boiler psr 07-28-2015.pdf
attachment b - locations and price schedule summary.xlsx
the chattanoogan water treatment contract july 2015 - june 2016.xlsx
cold water turbine water meter.pdf
adm southern cellulose - nalco 1720.15 - may 5, 2015.pdf
the chattanoogan 01.09.07.doc
the chattanoogan 04.02.2014.docx
the chattanoogan 12.04.12.doc
the chattanoogan 02.22.07.doc
the chattanoogan 08.02.06.doc
automotive assembly plant training powerpoint.htm
the chattanoogan - service engineer template.doc
federal energy management program for cooling towers.doc
builder.js
enu - archer daniels midlandchattanooga - daf simulation effluent - nw125432 - 01129493.pdf
tva proposal 05-10-2012.pdf
the chattanoogan 09.30.13.docx
the chattanoogan 12.03.13.docx
the chattanoogan 07.20.07.doc
sri surgical 10.22.13.docx
the chattanoogan water treatment contract scope of work - july 2015 - june 2016.pdf
the chattanoogan 10.08.2014.docx
utc 11-21-02.doc
the chattanoogan 01.05.10.doc
free-delivery-new.jpg
the chattanoogan 07.26.06.doc
archer daniels midland - chattanooga - 00137290.zip
the chattanoogan water treatment contract jan - june 2015.pdf
the chattanoogan 05.14.2014.docx
the chattanoogan 11.04.11.doc
anthony coupon racks.doc
the chattanoogan quote for nalco st70 06.09.2011.pdf
flag.gif
pmw southeastern container -cleveland, tn -nw54 5-1-07 3d trasar.xls
cooling tower sump analysis.pdf
southeastern container 3d trasar data 08.05.08.xls
southeastern container 3d trasar data 03.12.08.xls
southeastern container 3d trasar data 05.23.08.xls
sec cooling tower dma jan.07.pdf

southeastern container 3d trasar data 07.11.08.xls
sec cooling tower dma 2.1.07.pdf
southeastern container 3d trasar data 04.25.07.xls
sps -southeastern container -clevelan, tn -nw54 -9-25-06.xls
pmw southeastern container -cleveland, tn -nw54 5-1-06 3d trasar.xls
southeastern container 3d trasar data 08.02.07.xls
sec closed loop water analysis 2.2.07.pdf
southeastern container 3d trasar data 06.12.08.xls
southeastern container dma 7.06.2006.pdf
southeastern container 3d trasar data 11.01.07.xls
sps -southeastern container -clevelan, tn -nw54 8.01.07.xls
southeastern container 3d trasar data 02.02.07.xls
southeastern container 3d trasar data 01.17.08.xls
pmw southeastern container -cleveland, tn -nw54 5-1-08 3d trasar.xls
southeastern container 3d trasar data 09.06.07.xls
pma southeastern container 2006-2007 with 3d trasar lease no chemical.xls
southeastern container 3d trasar data 02.25.08.xls
rocktenn psr template - chris.docx
rocktenn 07.13.12.docx
dsc00053.jpg
smurfit-stone 02.23.2007.doc
smurfit-stone 02-12-2004.doc
southeastern container 3d trasar data 9.21.06.xls
mvc-041s.jpg
smurfit - stone chemistry testing guidelines quick view.xls
rocktenn 02.23.12.docx
contingency guide for smurfit-stone boilers.doc
smurfit-stone 05-19-07 boiler inspection.doc
rocktenn quote - n50 reagent -08.17.2012.pdf
smurfit-stone 12.22.2004.doc
dsc00980 (small).jpg
smurfit-stone service plan 2004.xls
dsc00052.jpg
smurfit-stone 11.10.2008.docx
smurfit-stone 09.19.2008.docx
smurfit-stone 07.21.11.docx
spec-483 - nalco trasar 3 pen fluorometer.pdf
rocktenn 03.07.13.docx
rocktenn - 3d trasar boiler quote - june 2013.docx
smurfit-stone 01-08-03.doc
mvc-048s.jpg
smurfit-stone 04-23-03.doc
smurfit-stone 07.14.2005.doc
rocktenn service plan 2013.xlsx
p5180004.jpg
mayfield 3d trasar data 11.22.2013.xls

200

smurfit-stone 08.24.2005.doc
smurfit-stone 06-21-02.doc
smurfit-stone 08-26-03.doc
smurfit-stone quote 04.05.2011.doc
dsc01266.jpg
smurfit-stone 07-11-03.doc
smurfit-stone quote 02.04.2011.doc
rocktenn quote 10.17.2012.pdf
rocktenn quote - sulfite reagent - 06.20.2012.pdf
smurfit-stone 05-01-04 boiler inspection.doc
mvc-041s (wince).jpg
dsc00980.jpg
mvc-042s (wince).jpg
smurfit-stone 01.11.2007.doc
smurfit-stone boiler operator training.ppt
pmw-smurfit-stone-chattanooga th-wp127 2009-2010.xls
dsc02261.jpg
dsc00050.jpg
smurfit-stone 04.29.2008.doc
rocktenn quote 01.23.2012.pdf
rocktenn 11.13.12.docx
scope of work for annual fixed billing water treatment contract - smurfit-stone-chattanooga, tn 2009-2010.pdf
smurfit-stone 11.12.2004.doc
mayfield dairyathens.mdb
smurfit-stone 03-20-02.doc
southeastern container 3d trasar data 11.29.06.xls
smurfit-stone service plan 2010.xls
dsc01266 (wince).jpg
smurfit-stone 07.28.2004.doc
smurfit-stone psr template.docx
smurfit-stone pam 2010.doc
dsc00976.jpg
dsc02262.jpg
rocktenn 08.07.13.docx
rocktenn plant survey 2013.docx
smurfit-stone pic1.jpg
smurfit-stone 12-19-03.doc
smurfit-stone 06.22.11.docx
contingency guide for smurfit - stone.doc
smurfit-stone 11.07.2005.doc
smurfit-stone 10.25.2004.doc
smurfit-stone quote 02.04.2011.pdf
smurfit-stone 09.24.2004.doc
p5180011.jpg
rocktenn cmv workbook.xlsx

FP 46615307.1

mayfield 3d trasar data 05.28.2013.xls
smurfit-stone 03.05.2009.doc
mvc-047s (wince).jpg
rocktenn 01.24.13.docx
p5180001.jpg
smurfit-stone quote 07.11.2011.pdf
smurfit-stone 03.07.11.docx
smurfit-stone 07.26.2006.doc
dsc00049.jpg
rocktenn - 3d trasar boiler quote - june 2013.pdf
smurfit-stone 10.13.2005.doc
smurfit-stone quote 1.21.2011.doc
smurfit-stone 09-24-03.doc
rocktenn pam 2013.pdf
smurfit-stone 04.15.2005.doc
dsc02260.jpg
rocktenn 12.15.11.docx
smurfit-stone 01.15.2009.doc
smurfit-stone 04.10.2006.doc
smurfit-stone 05-02-09 boiler inspection.doc
smurfit stone - blanket p.o. for 2009 4101590893.pdf
smurfit-stone 10-21-02.doc
rocktenn 04.05.12.docx
smurfit-stone boiler testing logsheet.doc
rocktenn cmv exce. summary - 2nd quarter 2013.pdf
rocktenn plant survey 2013.pdf
southeastern container 3d trasar data 12.21.06.xls
rocktenn quote - nexguard meter - 04.15.2013.pdf
special price sheet i&is smurfit-stone chattanooga 2004 2.xls
mayfield 3d trasar data 07.26.2013.xls
p5180005.jpg
mayfield 3d trasar data 03.18.2013.xls
rocktenn quote - chemical pump - 09.25.2013.pdf
smurfit - stone logsheet.doc
smurfit-stone quote 05.26.2011.doc
smurfit-stone 1-16-02.doc
p5180009.jpg
dsc00368 (small).jpg
smurfit-stone 07.18.2007.doc
smurfit-stone 07-19-02.doc
dsc01267.jpg
mvc-045s (wince).jpg
mvc-047s.jpg
rocktenn 09.24.13.docx
smurfit-stone quote 05.26.2011.pdf
smurfit-stone 11.04.2010.doc

202

Case 1:22-cv-00050-TRM-SKL   Document 225-6   Filed 04/23/23   Page 208 of 334   PageID #: 4263

dsc00978.jpg

smurfit-stone 01-09-2004.doc

rocktenn people survey.ppt

rocktenn 10.17.12.docx

smurfit-stone 08.13.2007.doc

dsc00975.jpg

smurfit-stone 02.15.2008.doc

mayfield 3d trasar data 04.16.2013.xls

rocktenn 05.03.12.docx

smurfit-stone 04.07.11.docx

southeastern container 3d trasar data 6.29.06.xls

smurfit-stone 01.21.2008.doc

smurfit-stone 10.21.2008.docx

dsc00984.jpg

southeastern container 3d trasar data 10.20.06.xls

smurfit-stone 02.25.2005.doc

special price sheet i&is smurfit-stone chattanooga 2007.xls

smurfit-stone 01.24.2005.doc

smurfit-stone quote 04.05.2011.pdf

smurfit-stone 09-13-02.doc

smurfit-stone 08-16-02.doc

rocktenn quote 09.22.2011.pdf

mvc-045s.jpg

p5180003.jpg

smurfit-stone 07.07.2008.docx

rocktenn 09.20.12.docx

dsc00979.jpg

smurfit-stone 01.07.11.docx

dsc01265.jpg

smurfit-stone 05.29.2008.doc

smurfit-stone 06.14.2005.doc

smurfit-stone 05.17.2006.doc

rocktenn 05.14.13.docx

smurfit-stone 10-29-03.doc

dsc00380 (wince).jpg

rocktenn pricing history 06072012.xlsx

smurfit-stone 04-26-02.doc

smurfit-stone boiler inspection may 3, 2003.zip

smurfit-stone12.09.10.docx

dsc00981.jpg

dsc01263 (wince).jpg

rocktenn 12.12.12.docx

special price sheet i&is smurfit-stone chattanooga 2004.xls

rocktenn quote 12.13.2012.pdf

dsc00980 (wince).jpg

selecticide document.doc

smurfit stone softener quote l205-210.doc
smurfit-stone pic 3.jpg
smurfit-stone 06-4-2004.doc
dsc02259.jpg
mayfield 3d trasar data 05.09.2013.xls
mvc-040s.jpg
rocktenn quote - reagents -08.16.2013.pdf
dsc00979 (small).jpg
smurfit-stone selecticide.ppt
smurfit stone service plan 2006.xls
dsc00974.jpg
rocktenn 06.07.12.docx
rocktenn 08.04.11.docx
dsc00977.jpg
dsc00051.jpg
smurfit-stone 03.18.2005.doc
rocktenn 01.19.12.docx
smurfit-stone 03.26.2008.doc
smurfit-stone 11.29.2006.doc
rocktenn quote - nalco 1720 - 08.22.2013.pdf
smurfit-stone 04-05-08 boiler inspection.doc
smurfit-stone 12.14.2005.doc
smurfit-stone quote 1.21.2011.pdf
rocktenn - chattanooga - condensed data gathering spreadsheets.xlsx
smurfit-stone 03-19-2004.doc
smurfit-stone 08.26.2004.doc
rocktenn quote for all nalco chemicals 03.16.2012.pdf
smurfit-stone 02-10-03.doc
smurfit-stone 02.08.2006.doc
rocktenn 01.19.12 (2).docx
dsc01262.jpg
smurfit-stone 11.05.2007.doc
rocktenn pam 2013.docx
copy of boiler water chemicals supplier rfi - rocktenn.xlsx
smurfit-stone11.04.10.docx
softener survey for smurfit-stone.doc
dsc02257.jpg
smurfit-stone 06-12-03.doc
dsc00984 (small).jpg
dsc00983.jpg
smurfit-stone 09.27.2007.doc
smurfit-stone 05-14-05 boiler inspection.doc
rocktenn 08.06.12.docx
rocktenn 02.11.13.docx
smurfit-stone 11-26-02.doc
smurfit-stone 11-19-03.doc

FP 46615307.1

smurfit-stone 03.31.2009.docx
smurfit-stone 09.28.2006.doc
mayfield 3d trasar data 09.09.2013.xls
smurfit-stone 03-05-03.doc
smurfit-stone 05.24.11.docx
special price sheet i&is smurfit-stone chattanooga 2005.xls
smurfit-stone 02.03.11.docx
rocktenn 09.16.11.docx
dsc02258.jpg
smurfit-stone 05-18-02.doc
dsc01261.jpg
southeastern container 3d trasar data 7.27.06.xls
p5180002.jpg
smurfit-stone 05-03-03 boiler inspection.doc
smurfit-stone 10.13.2006.doc
dsc01264.jpg
dsc01262 (wince).jpg
smurfit-stone 02-13-02.doc
smurfit-stone psr .docx
rocktenn quote - nalco 1820 - 04.15.2013.pdf
southeastern container 3d trasar data 6.2.06.xls
mvc-042s.jpg
smurfit-stone pic 2.jpg
rocktenn 11.16.11.docx
dsc01263.jpg
rocktenn quote 11.16.2011.pdf
smurfit-stone 08.31.2006.doc
rocktenn 03.17.12.docx
mf cleveland proposal (final) 3-7-06.doc
mayfield dairy farms - nalco 360 report - 09.08.2014.xls
mayfield dairy farms - condenser cooling tower 03.20.2014.docx
mayfield - nalco 22310 nsf product letter - 04.2014.pdf
mayfield dairy farms - nalco 360 report - 09.29.2014.xls
mayfield dairy farms - nalco 360 report - 12.29.2014.xls
mayfield dairy farms - condenser cooling tower 04.04.2014.docx
mayfield dairy farms y-number setup workbook.xls
masterfoods condensate return sample 2.1.06.pdf
dsc00749.jpg
dsc00760.jpg
mayfield exec. summary 2nd quarter 2014.pdf
mayfield dairy farms - nalco 360 report - 04.22.2013.xls
mayfield dairy farms - nalco 360 report - 04.08.2013.xls
dsc00771.jpg
dsc00784.jpg
mayfield dairy farms - boiler psr 03-31-2015.pdf
dsc00781.jpg

mayfield 3d trasar data 06.09.2014.xls
dean foods - nalco sw3220 nsf product letter - 01.2015.pdf
mayfield abr 2013.pptx
mayfield dairy farms - nalco 360 report - 04.15.2013.xls
mayfield - nalco 3dt222 nsf product letter - 01.2015.pdf
mayfield dairy farms - nalco 360 report - 02.03.2014.xls
dsc00756.jpg
dsc00778.jpg
mayfield dairy farms - cooling water systems 06-30-2015.pdf
mayfield dairy farms - nalco 360 report - 11.18.2013.xls
microsoft powerpoint - mayfield abr 2013.pdf
masterfood service plan 2006.xls
mayfield - nalco 1720 nsf product letter - 04.2014.pdf
mayfield dairy farms - nalco 360 report - 01.27.2014.xls
mayfield dairy farm service plan 2013.xlsx
mayfield dairy farms - condenser cooling tower 03.14.13.docx
mayfield dairy farms - nalco 360 report - 10.07.2013.xls
masterfoods presentation ii ver2.ppt
dsc00752.jpg
dsc00775.jpg
mayfield dairy farms - nalco 360 report - 09.23.2013.xls
dsc00783.jpg
mayfield dairy farms - nalco 360 report - 09.30.2013.xls
dsc00767.jpg
mayfield dairy farms - nalco 360 report - 12.09.2013.xls
m&m industry - front cooling tower 3d trasar data - 06.09.2014.xls
mayfield dairy farms - boiler system survey 2014.pdf
masterfood cooling tower sample 2.1.06.pdf
mf cleveland proposal draft 2-17.doc
mayfield dairy farms - nalco 360 report - 02.24.2014.xls
mayfield 3d trasar data 03.20.2014.xls
mayfield dairy farms - nalco 360 report - 03.24.2014.xls
mayfield dairy farms - nalco 360 report - 11.04.2013.xls
product bulletin_ 3dtbr06.pdf
wastewater treatment plant service proposal.ppt
masterfoods wwt sps 2006.xls
mayfield dairy farms - boiler psr 08-20-2015.pdf
mayfield dairy farms - nalco 360 report - 02.17.2014.xls
mayfield dairy farms - nalco 360 report - 06.24.2013.xls
mayfield dairy farms - quote for pulsa feeder pump with kynar - march 2014.pdf
fb cmv workbook example.xlsx
master foods_candy 2 (wince).jpg
dsc00769.jpg
mayfield dairy farms - nalco 360 report - 09.16.2013.xls
calculations.xls
mayfield cmv workbook.xls

FP 46615307.1

b-139.pdf
mayfield boiler psr template.docx
mayfield dairy farms - nalco 360 report - 03.17.2014.xls
dsc00754.jpg
porta feed_001 signed agreement.pdf
dsc00751.jpg
mayfield 04.10.13.docx
sps - masterfoods usa - cleveland tn - nw154 5-1-6.xls
dsc00776.jpg
dsc00786.jpg
mars - chemical order 7139 plus.61 - 08.25.09.pdf
mayfield dairy farms - cooling water systems 03-31-2015.pdf
dsc00759.jpg
dsc00777.jpg
mayfield dairy farms - nalco 360 report - 02.10.2014.xls
masterfood cover page (wastewater).doc
master foods_candy 2.jpg
dean foods - nalco bc1011 nsf product letter - 01.2015.pdf
mayfield dairy farms - boiler psr 06-30-2015.pdf
dsc00755.jpg
mayfield people survey.docx
mayfield dairy farms - cooling water systems 02-03-2015.pdf
mayfield dairy farms - 3d trasar boiler quote - june 2013.pdf
dsc00785.jpg
mayfield dairy farms - nalco 360 report - 12.16.2013.xls
masterfoods boiler blowdown sample 2.1.06.pdf
mayfield dairy farms - conductivity meter quote - 05.07.2013.pdf
masterfoods city water analysis 2.27.06.pdf
dsc00750.jpg
mayfield dairy farms - condenser cooling tower 02.27.2014.docx
mayfield dairy farms - nalco 360 report - 01.20.2014.xls
mayfield dairy farms - condenser cooling tower 03.27.2014.docx
mars- roi project worksheet 2009.xls
spec-570.pdf
mayfield dairy farms - nalco 360 report - 08.19.2013.xls
mf cleveland proposal 4-7-09.docx
mayfield dairy farms - nalco 360 report - 12.15.2014.xls
mayfield dairy farms - nalco 360 report - 09.09.2013.xls
mayfield dairy farms - cooling water systems 07-24-2015.pdf
dsc00757.jpg
masterfood plant survey data march 2006.pdf
mayfield dairy farms - boiler psr 05-14-2015.pdf
mars cooling water trial.pdf
masterfoods 05.23.2006.doc
dsc00761.jpg
mayfield - nalco 22310 nsf product letter - 01.2015.pdf

207

spec b-469.pdf
mars cooling water trial.docx
dean foods - nalco 22310 nsf product letter - 01.2015.pdf
mayfield dairy farms - cooling water systems 05-14-2015.pdf
mayfield - boiler 07.26.2013.docx
dsc00748.jpg
wastewater trial 2.16.06.xls
mayfield 3d trasar data 06.27.2014.xls
mayfield dairy farms - nalco 360 report - 05.20.2013.xls
dsc00643.jpg
mayfield dairy farms - nalco 360 report - 04.29.2013.xls
mayfield dairy farms - small cooling tower 05.20.2014.docx
mars - cleveland city water analysis 2009.pdf
dsc00644.jpg
mayfield dairy farms - nalco 360 report - 05.06.2013.xls
mayfield dairy farms - small cooling tower 06.27.2014.docx
mayfield dairy farms - nalco 360 report - 07.08.2013.xls
mayfield dairy farms - nalco 360 report - 05.27.2013.xls
mars snackfood eroi (q1 10) (nxpowerlite) ka.xls
mf cleveland proposal (wastewater treatment) 3-10-06.doc
dsc00768.jpg
mayfield dairy farms - nalco 360 report - 10.27.2014.xls
dsc00642.jpg
mayfield dairy farms - nalco 360 report - 06.10.2013.xls
mayfield - boiler 05.20.2014.docx
masterfoods sps 2006.xls
mayfield dairy farms - condenser cooling tower 08.20.2013.docx
mayfield 3d trasar data 01.22.2014.xls
mayfield dairy farms - nalco 360 report - 10.14.2013.xls
mayfield dairy farms - nalco 360 report - 03.10.2014.xls
mayfield dairy farms - nalco 360 report - 12.30.2013.xls
mayfield - nalco 3dt222 nsf product letter - 04.2014.pdf
mayfield dairy farms - boiler psr 02-27-2015.pdf
mayfield dairy farms - nalco 360 report - 01.06.2014.xls
dsc00764.jpg
mayfield - boiler 09.25.2013.docx
masterfoods wwt sps 2007.xls
benefits of polymer vs. phosphate.pdf
mayfield dairy farms - condenser cooling tower 09.09.2013.docx
masterfoods 06.22.2006.doc
mayfield - nalco 1720 nsf product letter - 01.2015.pdf
dsc00773.jpg
mayfield dairy farms - sample cooler and chemical pump quote - 05.20.2014.pdf
mayfield dairy farms - sample cooler and chemical pump quote - 12.11.2013.pdf
mayfield dairy farms - condenser cooling tower 07.26.2013.docx
masterfood cover page (wastewater service).doc

208

base tank agreement for_ mayfield dairy farms.pdf
mayfield dairy farms - cooling water systems 02-27-2015.pdf
mayfield dairy farms - nalco 360 report - 04.14.2014.xls
masterfoods cooling tower deposit sample 2.1.06.pdf
dsc00758.jpg
mayfield dairy farms - nalco 360 report - 10.21.2013.xls
wastewater calculations 8-06.xls
mayfield dairy farms - nalco 360 report - 09.22.2014.xls
dsc00780.jpg
mayfield dairy farms - nalco 360 report - 08.12.2013.xls
dsc00788.jpg
mayfield dairy farms - condenser cooling tower 10.11.2013.docx
mayfield dairy farms - condenser cooling tower 05.20.2014.docx
master foods_candy 1 (wince).jpg
mayfield dairy farms - nalco 360 report - 11.25.2013.xls
mayfield dairy farms - nalco 360 report - 01.14.2014.xls
dsc00766.jpg
dsc00787.jpg
mayfield dairy farms - nalco 360 report - 10.28.2013.xls
dsc00782.jpg
mayfield dairy farms - nalco 360 report - 04.01.2013.xls
dsc00753.jpg
master foods_candy 1.jpg
masterfoods closed loop sample 2.1.06.pdf
mayfield dairy farms - nalco 360 report - 05.13.2013.xls
mayfield - dean foods contract one-time billing adjustment form - december 2013.pdf
mayfield dairy farms - condenser cooling tower 04.16.2013.docx
mayfield dairy farms - nalco 360 report - 04.21.2014.xls
masterfood cover page (boiler and cooling water).doc
mayfield - dean foods contract one-time billing adjustment form - december 2013.xls
mayfield dairy farms - boiler system survey 2014.docx
mayfield dairy farms - nalco 360 report - 11.11.2013.xls
mayfield - nalco sw3220 nsf product letter - 04.2014.pdf
master foods program options.doc
mayfield dairy farms - nalco 360 report - 09.03.2013.xls
mayfield 03.14.13.docx
mayfield dairy farms - nalco 360 report - 07.15.2013.xls
mayfield dairy farms - nalco 360 report - 12.22.2014.xls
mayfield dairy farms - nalco 360 report - 07.29.2013.xls
dsc00779.jpg
dsc00765.jpg
dsc00762.jpg
mayfield dairy farms - nalco 360 report - 08.05.2013.xls
mayfield dairy farms - nalco 360 report - 06.17.2013.xls
mars snackfood roi (q2 09) (nxpowerlite).xls
mayfield 3d trasar data 08.20.2014.xls

FP 46615307.1

mayfield dairy farms - 3d trasar boiler quote - june 2013.docx
mayfield - boiler 04.08.2013.docx
dsc00789.jpg
mayfield dairy farms - cooling water systems 08-20-2015.pdf
mayfield dairy farms - nalco 360 report - 03.03.2014.xls
mayfield dairy farms - nalco 360 report - 03.31.2014.xls
mayfield dairy farms - nalco 360 report - 08.26.2013.xls
dsc00770.jpg
letter with chemical list and pricing 2008.doc
masterfoods usa _ value proposition_1.0.ppt
dsc00763.jpg
13 04 2009 00391010 mars_cleveland_cooling tower system.xls
mayfield dairy farms - nalco 360 report - 04.07.2014.xls
mayfield dairy farms - nalco 360 report - 09.15.2014.xls
product bulletin_ 23299.pdf
mf cleveland proposal 4-7-09 ver2.doc
dsc00772.jpg
mayfield - nalco sw3220 nsf product letter - 01.2015.pdf
mayfield dairy farms - nalco 360 report - 07.22.2013.xls
mayfield dairy farms - nalco 360 report - 12.23.2013.xls
mayfield dairy farms - nalco 360 report - 12.02.2013.xls
masterfoods 08.29.2006.doc
dsc00774.jpg
m&m industry - front cooling tower 3d trasar data - 7.30.2013.xls
m&m industry - front cooling tower 3d trasar data - 01.30.2014.xls
m&m industry - front cooling tower 3d trasar data - 10.10.2013.xls
m&m industry - front cooling tower 3d trasar data - 03.27.2014.xls
m and m industrychattanooga.mdb
m&m industry - front cooling tower 3d trasar data - 02.28.2014.xls
m and m industries 12-19-2014.pdf
m&m industry, inc. service report template.docx
m&m industry - nalco 360 report - 12.10.2012.xls
m&m industry - nalco 360 report - 08.26.2013.xls
m&m industry - nalco 360 report - 09.09.2013.xls
m & m industry inc.backtwr. 10.10.13.docx
m&m industry - nalco 360 report - 04.29.2013.xls
m&m industries pam.pdf
m&m industry - nalco 360 report - 03.17.2014.xls
m & m industry inc. backtwr 04.29.13.docx
m&m industry water treatment contract scope of work 2012-2013.pdf
m&m industry - nalco 360 report - 10.14.2013.xls
m&m industry water treatment contract 2014 - 2015.xlsx
m&m industry - nalco 360 report - 05.13.2013.xls
m and m industries 06-30-2015.pdf
m&m industry - nalco 360 report - 08.19.2013.xls
m&m industries - 3d trasar optimizer report.xlsx

210

m&m industry - nalco 360 report - 04.28.2014.xls
m&m industry - nalco 360 report - 04.21.2014.xls
m & m industry inc. 07.30.13.docx
m & m industry inc. 05.16.13.docx
m and m industries 05-27-2015.pdf
m&m industry - nalco 360 report - 02.18.2013.xls
m&m industry - nalco 360 report - 12.17.2012.xls
m&m industry - nalco 360 report - 05.27.2013.xls
m&m industry - nalco 360 report - 07.22.2013.xls
m&m industry - nalco 360 report - 09.03.2013.xls
m & m industry inc. 09.26.13.docx
m&m industry - nalco 360 report - 11.25.2013.xls
m&m industry - nalco 360 report - 09.30.2013.xls
m&m industry - nalco 360 report - 03.31.2014.xls
m & m industry inc. 08.28.13.docx
m&m industry - front cooling tower 3d trasar data - 09.26.2013.xls
m & m industry inc.backtwr. 05.16.13.docx
m&m industry - nalco 360 report - 05.05.2014.xls
m&m industry - nalco 360 report - 02.11.2013.xls
m & m industries inc.backtwr. 02.28.2014.docx
m&m industry - nalco 360 report - 10.21.2013.xls
m&m industry - nalco 360 report - 03.24.2014.xls
m&m industry - front cooling tower 3d trasar data - 08.28.2013.xls
m&m industries cooling tower operating parameters.docx
m&m industry - nalco 360 report - 03.03.2014.xls
m&m industry - nalco 360 report - 11.04.2013.xls
m & m industries inc.backtwr. 01.30.2014.docx
m&m industry - nalco 360 report - 07.15.2013.xls
m and m industries 11-21-2014 ver 1.pdf
m&m industry - nalco 360 report - 01.28.2013.xls
m and m industry - nalco 360 report - 09.29.2014.xls
m&m industry - nalco 360 report - 05.19.2014.xls
m&m industry - nalco 360 report - 05.20.2013.xls
m&m industry water treatment contract 2012-2013.xlsx
m & m industrieschattanooga - cooling tower sump - dma analysis - 09.23.2012.pdf
m&m industry - nalco 360 report - 05.12.2014.xls
m and m industries 11-21-2014.pdf
m&m industry - nalco 360 report - 03.11.2013.xls
m&m industry - nalco 360 report - 10.07.2013.xls
m&m industry - nalco 360 report - 07.29.2013.xls
m&m industry - nalco 360 report - 04.01.2013.xls
m&m industry - nalco 360 report - 12.02.2013.xls
mm industry - nalco 360 report - 12.22.2014.xls
m&m industry - nalco 360 report - 08.05.2013.xls
m & m industries inc.backtwr. 04.30.2014.docx
m&m industry - nalco 360 report - 12.23.2013.xls

211

m&m industry - nalco 360 report - 11.11.2013.xls
m&m industry water treatment contract scope of work 2014-2015.pdf
m&m industry - nalco 360 report - 09.15.2014.xls
m&m industry water treatment contract scope of work 2013-2014 - signed.pdf
m&m industry - nalco 360 report - 02.10.2014.xls
m&m industry - nalco 360 report - 07.08.2013.xls
m & m industry inc. 04.29.13.docx
m&m industry water treatment contract scope of work 2012-2013 ver2.pdf
m and m industries 02-18-2015.pdf
m&m industry - nalco 360 report - 06.24.2013.xls
m&m industry - nalco 360 report - 05.06.2013.xls
m&m industries propsoal 7-27-2012.doc
m&m industry - nalco 360 report - 12.09.2013.xls
m&m industry water treatment contract scope of work 2013-2014.pdf
m&m industry - nalco 360 report - 03.25.2013.xls
m and m industries pam.pdf
m&m industries - 3d trasar optimizer report.pdf
m&m industries - quote for original contract 2012-2013.pdf
m&m industry - nalco 360 report - 12.16.2013.xls
m&m industries cooling tower operating parameters.pdf
m&m industry - nalco 360 report - 08.12.2013.xls
m & m industries inc. 02.28.2014.docx
m and m industry water treatment contract scope of work 2014-2015 - copy.pdf
m&m industry - nalco 360 report - 10.20.2014.xls
m&m industry - nalco 360 report - 12.30.2013.xls
m&m industry - nalco 360 report - 01.01.2013.xls
m&m industries - quote for contract addition 2012-2013.pdf
m&m industry - nalco 360 report - 04.08.2013.xls
m & m industries inc. 03.27.2014.docx
m&m industry - nalco 360 report - 04.14.2014.xls
m&m industry - nalco 360 report - 06.10.2013.xls
m&m industry - nalco 360 report - 01.07.2013.xls
m & m industries inc.backtwr. 06.02.2014.docx
m and m industry - nalco 360 report - 09.15.2014.xls
m & m industry inc.backtwr. 09.26.13.docx
m&m industry - nalco 360 report - 09.23.2013.xls
m m industries chattanooga - makeup - 09.23.2012.pdf
m&m industry - nalco 360 report - 01.20.2014.xls
m&m industries - ultrasand plus 50gpm quote - 07.02.2013.pdf
m&m industry - nalco 360 report - 02.25.2013.xlsx
m&m industries - filter cartridge quote - 10.18.2012.pdf
m&m industry - nalco 360 report - 01.06.2014.xls
m and m industries 03-26-2015.pdf
m and m industry - nalco 360 report - 09.22.2014.xls
m&m industry - nalco 360 report - 05.26.2014.xls
m&m industry - nalco 360 report - 03.10.2014.xls

212

m & m industry inc. 02.27.13.docx
m&m industry - nalco 360 report - 12.24.2012.xls
m&m industries pam.docx
mm industry - nalco 360 report - 12.29.2014.xls
m&m industry water treatment contract 2013-2014.xlsx
m & m industry inc.backtwr. 08.28.13.docx
m&m industry - nalco 360 report - 01.14.2014.xls
m & m industries inc. 01.30.2014.docx
m&m industry - nalco 360 report - 12.31.2012.xls
m & m industry inc 01.08.13.docx
m and m industries 01-29-2015.pdf
m&m industry - nalco 360 report - 02.17.2014.xls
m&m industry - nalco 360 report - 04.22.2013.xls
m&m industry - nalco 360 report - 10.28.2013.xls
m&m industry - nalco 360 report - 01.27.2014.xls
m&m industry - nalco 360 report - 04.15.2013.xls
m&m industry - nalco 360 report - 02.24.2014.xls
m&m industries propsoal with requested revisions 7-27-2012.doc
m & m industries inc. 06.02.2014.docx
m&m industry - nalco 360 report - 04.07.2014.xls
m&m industry - nalco 360 report - 09.16.2013.xls
m&m industries - ultrasand plus 100gpm quote - 07.02.2013.pdf
m&m industry - nalco 360 report - 06.17.2013.xls
m and m industries 04-22-2015.pdf
m & m industry inc. 10.10.13.docx
m&m industry - nalco 360 report - 11.18.2013.xls
m&m industry - nalco 360 report - 03.18.2013.xls
m&m industry - nalco 360 report - 02.03.2014.xls
m&m industry water treatment contract scope of work 2012-2013 ver2 - signed.pdf
m & m industrieschattanooga - cooling tower sump - water and particle analysis - 09.23.2012.pdf
m & m industries inc. 04.30.2014.docx
m & m industries inc.backtwr. 03.27.2014.docx
enu - m & m industrieschattanooga - front cooling tower - nw090482 - 00868312.pdf
m&m industry water treatment contract 2012-2013 revision 2.xlsx
m&m industry - nalco 360 report - 01.14.2013.xls
m & m industry inc.backtwr. 07.30.13.docx
la-z-boy nalco 360 report - 09.10.2012.xls
la z boy - cooling tower psr 06-20-2015.pdf
dsc00261.jpg
dsc01308.jpg
dsc00132.jpg
dsc02071.jpg
dsc01491.jpg
zurn steamdrum 5.jpg
dsc02048.jpg
la-z-boy chair co - nalco360 7day report - cooling tower system - 07.29.2013.xls

p1010023.jpg
dsc01493.jpg
p1010019.jpg
la-z-boy nalco 360 report - 04.30.2012.xls
la-z-boy nalco 360 report - 09.24.2012.xls
dsc00912.jpg
p1010016.jpg
dsc00480.jpg
dsc01489.jpg
la-z-boy nalco 360 report - 06.18.2012.xls
la-z-boy nalco 360 report - 11.05.2012.xls
dsc01318.jpg
la-z-boy 06.08.11 - cooling tower.docx
dsc02066.jpg
p1010006.jpg
dsc01148.jpg
dsc00143.jpg
p7030030.jpg
dsc00461.jpg
la-z-boy 08.15.14 - zurn boiler.docx
dsc00467.jpg
la-z-boy nalco 360 report - 08.27.2012.xls
dsc00463.jpg
la-z-boy 01.09.14 - zurn boiler.docx
dsc01314 (wince).jpg
dsc00927.jpg
la z boy chair company - boiler psr 08-27-2015.pdf
dsc01147.jpg
p7010018.jpg
dsc01305.jpg
dsc02063.jpg
dsc00485.jpg
p1010009.jpg
dsc02049.jpg
la-z-boy 03.22.12 cooling tower.doc
dsc00269.jpg
la-z-boy 07.21.11 - zurn boiler.docx
dsc00267.jpg
dsc01023 (wince).jpg
p7010029.jpg
la-z-boy chair co - nalco360 7day report - cooling tower system - 08.05.2013.xls
dsc01289.jpg
p7010015.jpg
dsc02054.jpg
2001c.e. boiler inspection pic 9.jpg
la-z-boy chair co - nalco360 7day report - cooling tower system - 06.10.2013.xls

214

dsc01495.jpg
dsc00473.jpg
p1010021.jpg
ultracarb li gen specs.doc
dsc00916.jpg
la-z0boy cond 05.jpg
dsc01977.jpg
p7010011.jpg
la-z-boy nalco 360 report - 08.06.2012.xls
dsc01300 (wince).jpg
dsc01970.jpg
la z boy - nalco360 report - cooling tower - 11.03.2014.xls
dsc01285.jpg
nfzst_016.doc
la-z-boy 05.27.2014 - cooling water system.docx
dsc00926.jpg
dsc00488.jpg
dsc01973.jpg
dsc01019.jpg
la z boy chair company - boiler psr 01-09-2015.pdf
dsc01295.jpg
dsc02053.jpg
2001 c.e. boiler inspection pic 12.jpg
dsc01032.jpg
dsc00918.jpg
dsc00469.jpg
dsc01976.jpg
la-z-boy nalco 360 report - 08.20.2012.xls
dsc00491.jpg
2001 c.e. boiler inspection pic4.jpg
dsc00490.jpg
la-z-boy 09.18.2014 - cooling water system.docx
la-z-boy 09.18.14 - zurn boiler.docx
dsc00476.jpg
dsc01153 (wince).jpg
la-z-boy 07.27.12 - cooling tower.docx
la z boy - cooling tower psr 07-24-2015.pdf
la z boy chair company - boiler psr 02-06-2015.pdf
dsc00129.jpg
dsc00138.jpg
la-z-boy nalco 360 report - 07.30.2012.xls
la-z-boy 06.08.11 - zurn boiler.docx
zurn steamdrum 6.jpg
dsc01290 (wince).jpg
p7010019.jpg
dsc02072.jpg

215

dsc00140.jpg

2001 c.e. boiler inspection pic 1.jpg

la-z-boy 03.21.2014 - c.e. boiler.docx

dsc01290.jpg

dsc02067.jpg

dsc01311.jpg

dsc00917.jpg

la-z-boy nalco 360 report - 04.23.2012.xls

p7030026.jpg

dsc01015.jpg

ultraro v gen specs.doc

la-z-boy 04.27.12 - cooling tower.doc

dsc00263.jpg

dsc02061.jpg

dsc00932.jpg

dsc00460.jpg

la-z-boy chair co - nalco360 7day report - cooling tower system - 05.27.2013.xls

p7010005.jpg

la-z-boy chair co - nalco360 7day report - cooling tower system - 05.20.2013.xls

dsc01026 (wince).jpg

dsc01303.jpg

2001 c.e. boiler inspection pic 7.jpg

p7010014.jpg

la-z-boy chair company ro quote l204-510 rev1.doc

dsc01316.jpg

ultrasoft li twin gen specs.doc

dsc01971.jpg

dsc01315.jpg

2001 c.e. boiler inspection pic 11.jpg

dsc02062.jpg

dsc01286.jpg

2001 c.e. boiler inspection pic 2.jpg

dsc01155.jpg

dsc01288.jpg

dsc01022 (wince).jpg

la-z-boy 07.29.2013 - new cooling tower system.docx

dsc00924.jpg

la-z-boy 12.18.12 - zurn boiler.docx

la-z-boy 04.17.2014 - cooling water system.docx

dsc00470.jpg

dsc00270.jpg

dsc02046.jpg

la-z-boy 04.17.14 - c.e. boiler.docx

p7010017.jpg

dsc01306 (wince).jpg

dsc00262.jpg

FP 46615307.1

zurn steamdrum 1.jpg
dsc01026.jpg
dsc01152.jpg
dsc00929.jpg
dsc00142.jpg
la-z-boy 09.30.11 - zurn boiler.docx
dsc01972.jpg
dsc00131.jpg
la-z-boy 05.19.11 - cooling tower.docx
dsc00464.jpg
la-z-boy chair co - nalco360 7day report - cooling tower system - 06.17.2013.xls
2001 c.e. boiler inspection pic 3.jpg
la-z-boy 05.30.12 - c.e. boiler.docx
m and m industries - 3d trasar optimizer report.pdf
dsc01018.jpg
la-z-boy 06.23.2014 - cooling water system.docx
p7030018.jpg
dsc01145.jpg
dsc01023.jpg
dsc01028.jpg
dsc01315 (wince).jpg
dsc01488.jpg
la-z-boy chair co - nalco360 7day report - cooling tower system - 05.06.2013.xls
p7030021.jpg
dsc01293.jpg
dsc00913.jpg
la-z-boy 01.22.13 - zurn boiler.docx
dsc01029 (wince).jpg
la-z-boy04.26.12 cooling tower.doc
dsc01499.jpg
dsc01035.jpg
dsc00931.jpg
dsc00145.jpg
la-z-boy chair co - nalco360 7day report - cooling tower system - 04.15.2013.xls
dsc00465.jpg
la-z-boy nalco 360 report - 08.13.2012.xls
dsc01313.jpg
dsc01496.jpg
dsc01310.jpg
dsc01300.jpg
dsc02057.jpg
dsc01291.jpg
dsc01314.jpg
dsc01974.jpg
dsc01317.jpg
p1010022.jpg

FP 46615307.1

dsc01497.jpg

p7030020.jpg

dsc01030 (wince).jpg

dsc00486.jpg

p1010014.jpg

dsc01017.jpg

dsc00272.jpg

dsc01309.jpg

la-z-boy chair co - nalco360 7day report - cooling tower system - 07.22.2013.xls

dsc01311 (wince).jpg

la-z-boy 10.28.11 - zurn boiler.docx

la-z-boy nalco 360 report - 11.12.2012.xls

dsc01144.jpg

base tank agreement for_ m&m industry.pdf

la-z-boy condensate piping 1.jpg

zurn steamdrum 3.jpg

dsc00472.jpg

dsc00133.jpg

dsc00930.jpg

dsc01319.jpg

la-z-boy 02.06.13 - zurn boiler.docx

la-z-boy 03.22.12 - zurn boiler.docx

la-z-boy 02.27.14 - c.e. boiler.docx

nvrovc_06.doc

dsc00259.jpg

p7010027.jpg

p7030028.jpg

dsc01295 (wince).jpg

2001 c.e. boiler inspection pic 6.jpg

p7010006.jpg

la-z-boy 05.17.12 - cooling tower.doc

p7010028.jpg

la-z-boy nalco 360 report - 05.14.2012.xls

dsc01159.jpg

dsc00466.jpg

la-z-boy 03.22 13 - zurn boiler.docx

p7010022.jpg

la-z-boy chair co - nalco360 7day report - cooling tower system - 04.29.2013.xls

dsc01501.jpg

la-z-boy condensate piping 2.jpg

2001 c.e. boiler inspection pic5.jpg

ultrasand li gen specs.doc

nfzms_014.doc

p7010003.jpg

la-z-boy chair co - nalco360 7day report - cooling tower system - 05.13.2013.xls

la-z-boy nalco 360 report - 10.15.2012.xls

218

la-z-boy nalco 360 report - 10.22.2012.xls
p7010023.jpg
dsc01030.jpg
p7010025.jpg
la-z-boy nalco 360 report - 09.17.2012.xls
dsc02069.jpg
dsc01281.jpg
la-z-boy chair company ro quote l204-510 rev1(updated).doc
la-z-boy nalco 360 report - 10.01.2012.xls
dsc01307.jpg
dsc01020.jpg
boiler pic 2.jpg
p1010020.jpg
p1010017.jpg
dsc00934.jpg
dsc02060.jpg
dsc00481.jpg
dsc00933.jpg
dsc01285 (wince).jpg
la z boy - cooling tower psr 08-27-2015.pdf
dsc02070.jpg
dsc01033.jpg
dsc01312.jpg
la-z-boy nalco 360 report - 05.28.2012.xls
2001 c.e. boiler inspection pic6.jpg
la-z-boy 07.21.11 - cooling tower.doc
p1010015.jpg
m & m industries, owner's manual for filter serial no. 4450.pdf
la-z-boy 08.15.2014 - cooling water system.docx
p7030029.jpg
p7030022.jpg
dsc01297.jpg
dsc00922.jpg
dsc02055.jpg
la-z-boy nalco 360 report - 06.04.2012.xls
p7030025.jpg
dsc01151.jpg
dsc01153.jpg
dsc01159 (wince).jpg
p7030027.jpg
dsc00260.jpg
la-z-boy nalco 360 report - 04.16.2012.xls
dsc01022.jpg
dsc01287.jpg
la z boy chair company - boiler psr 11-14-2014.pdf
dsc01031.jpg

219

dsc01317 (wince).jpg
dsc00925.jpg
la-z-boy 05.19.11.docx
la-z-boy 04.26.12 - zurn boiler.docx
dsc01502.jpg
la-z-boy cond 06.jpg
dsc00484.jpg
dsc01016.jpg
dsc02068.jpg
la-z-boy nalco 360 report - 06.11.2012.xls
dsc00919.jpg
dsc02050.jpg
dsc01320.jpg
la-z-boy cond 01.jpg
p7010008.jpg
dsc01492.jpg
la-z-boy 09.09.13 - zurn boiler.docx
dsc00130.jpg
2001 c.e. boiler inspection pic 10.jpg
dsc01021.jpg
la-z-boy 04.26.12 - cooling tower.doc
la z boy - nalco360 report - cooling tower - 10.20.2014.xls
dsc00141.jpg
nfzcs_016.doc
la z boy chair company - boiler psr 05-19-2015.pdf
la-z-boy nalco 360 report - 07.02.2012.xls
la-z-boy nalco 360 report - 07.23.2012.xls
la-z-boy 09.30.11 - cooling tower.doc
dsc00928.jpg
la-z-boy chair co - nalco360 7day report - cooling tower system - 06.24.2013.xls
dsc00135.jpg
dsc02059.jpg
p7030024.jpg
la-z-boy 08.22.12 - cooling tower.docx
dsc00931 (wince).jpg
dsc00474.jpg
dsc01292.jpg
la-z-boy 01.20.12 - zurn boiler.docx
dsc00487.jpg
dsc01156.jpg
dsc00139.jpg
la-z-boy chair co - nalco360 7day report - cooling tower system - 07.08.2013.xls
p7010007.jpg
dsc01500.jpg
dsc00935.jpg
dsc01320 (wince).jpg

FP 46615307.1

p1010018.jpg
dsc01158.jpg
p7010009.jpg
p7030019.jpg
la-z-boy nalco 360 report - 05.07.2012.xls
la-z-boy 09.26.12 - cooling tower.docx
dsc00271.jpg
la-z-boy 07.27.12 -c.e. boiler.docx
p7010010.jpg
p7010024.jpg
p7010002.jpg
dsc00258.jpg
la-z-boy cond 03.jpg
dsc01494.jpg
la-z-boy 06.23.14 - c.e. boiler.docx
dsc01154.jpg
la z boy chair company - boiler psr 03-24-2015.pdf
p7010026.jpg
zurn mud drum 2.jpg
la-z-boy nalco 360 report - 10.29.2012.xls
dsc00479.jpg
dsc02051.jpg
dsc01025.jpg
dsc00134.jpg
dsc02065.jpg
dsc02047.jpg
la-z-boy nalco 360 report - 05.21.2012.xls
la-z-boy 05.27.14 - c.e. boiler.docx
la-z-boy chair co - nalco360 7day report - cooling tower system - 04.22.2013.xls
la-z-boy 11.16.11 - zurn boiler.docx
la-z-boy cond 04.jpg
la-z-boy 02.27.12 - zurn boiler.docx
dsc01034.jpg
la-z-boy 05.17.12 - cooling tower.doc.docx
la-z-boy nalco 360 report - 09.04.2012.xls
la-z-boy 07.29.13 - c.e. boiler.docx
dsc00483.jpg
p1010007.jpg
dsc01284.jpg
la-z-boy nalco 360 report - 10.08.2012.xls
dsc01288 (wince).jpg
dsc01029.jpg
dsc00471.jpg
dsc01282.jpg
dsc00482.jpg
la-z-boy chair co - nalco360 7day report - cooling tower system - 07.15.2013.xls

FP 46615307.1

dsc01031 (wince).jpg
la-z-boy cond 02.jpg
la-z-boy chair company membrane projections - 6gpm.pdf
dsc01487.jpg
la-z-boy 05.17.12 - zurn boiler.docx
dsc00489.jpg
dsc01498.jpg
zurn mud drum 3.jpg
dsc02064.jpg
dsc01306.jpg
la-z-boy 09.09.2013 - new cooling tower system.docx
dsc02056.jpg
dsc01149.jpg
dsc00462.jpg
p7030023.jpg
zurn steamdrum 2.jpg
dsc00478.jpg
p7010016.jpg
dsc02052.jpg
boiler pic 1.jpg
zurn mud drum 1.jpg
la-z-boy 07.12.2014 - cooling water system.docx
zurn steamdrum 4.jpg
dsc00137.jpg
dsc00136.jpg
dsc00923.jpg
p7010004.jpg
dsc01975.jpg
la-z-boy 05.30.12 - cooling tower.docx
dsc02058.jpg
2001 c.e. boiler inspection pic 8.jpg
dsc00459.jpg
la z boy - nalco360 report - cooling tower - 10.27.2014.xls
laz 09-03-03 c.e. boiler.doc
la-z-boy annual business review 2006.doc
laz 07-03-03(boiler insp).doc
la-z-boy water service completion letter - 07.2015.pdf
section 08 neutralizing amines.doc
la-z-boy water service completion letter - 04.2014.docx
la-z-boy pam.docx
la-z-boy water service completion letter - 04.2014.pdf
la-z-boy 04.08.11 - cooling tower.docx
laz 7-01-04(boiler insp).doc
la-z-boy safety training.ppt
la-z-boy abr 2012.ppt
la-z-boy water service completion letter - 08.2015.pdf

222

laz 02.24.05.doc
la-z-boy 03.02.07.doc
laz 05-07-03 cooling towers.doc
la-z-boy water services p.o. request letter - 03.2014.pdf
laz 11-20-02 cooling towers (front and sofa).doc
la-z-boy 02.22.10 - zurn boiler.docx
la-z-boy 02.15.06.doc
la-z-boy 07-05-07(july boiler insp).doc
la-z-boy 04.19.07.doc
la-z-boy 07-01-08(july boiler insp).doc
la-z-boy fixed billing arrangement letter - 10.2013.docx
la-z-boy 07.26.07.pdf
la-z-boy 12.09.04.doc
laz 09.20.05 cooling towers.doc
section 11 chemical safety and handling.doc
la-z-boy water services p.o. request letter - 02.2014.docx
laz 11-13-03.doc
la-z-boy operator training book coversheet.ppt
laz 06-06-02.doc
laz 01-22-03 cooling towers (front and sofa).doc
laz 05-21 & 29-03 zurn boiler.doc
la-z-boy water service completion letter - 06.2014.pdf
laz 11-06-02.doc
section 07 nexguard programs.doc
la-z-boy water services p.o. request letter - 07.2014.pdf
la-z-boy water services p.o. request letter - 03.2014.docx
la-z-boy water services p.o. request letter - 06.2014.pdf
la-z-boy fixed billing arrangement letter - 05.2013.pdf
la-z-boy 06.11.08 - cooling tower.doc
la-z-boy 01.11.06.doc
la-z-boy water service completion letter - 03.2014.docx
la-z-boy 2004 service reports.zip
la-z-boy abr 2007.ppt
la-z-boy 09.06.06.doc
la-z-boy 06.10.09 - cooling tower.doc
la-z-boy 10.13.05.doc
la-z-boy 11.17.10.doc
la-z-boy water service completion letter - 09.2014.docx
la-z-boy water service completion letter - 02.2015.pdf
laz 6.09.04 cooling towers.doc
laz 10-22-03 c.e. boiler.doc
la-z-boy 01-10-07(c.e. boiler insp).doc
la-z-boy water service completion letter - 03.2015.pdf
new cooling tower dma.pdf
la-z-boy abr 2008.ppt
laz 02-04-04 zurn boiler.doc

FP 46615307.1

la-z-boy water services p.o. request letter - 07.2014.docx
laz 02-07-02.doc
la-z-boy water services p.o. request letter - 02.2014.pdf
laz 07-1-02(boiler insp).doc
la-z-boy 05.04.06.doc
la-z-boy 03.22.07.doc
la-z-boy 3dtrasar data 07.12.14.xls
la-z-boy fixed billing arrangement letter - 12.2013.docx
la-z-boy water service completion letter - 06.2014.docx
la-z-boy 01.10.07.doc
la-z-boy fixed billing arrangement letter - 08.2013.docx
la-z-boy 06.05.07.doc
la-z-boy water service completion letter - 06.2015.pdf
la-z-boy plant survey.doc
la-z-boy- cc&s boiler operator training.ppt
la-z-boy water service completion letter - 09.2014.pdf
la-z-boy water service completion letter - 07.2015.docx
la z boy chair co_dayton, tn_la-z-boy boiler system_general_20141114105630.xls
la-z-boy abr 2007 (presented in feb).ppt
la-z-boy 01.23.08.doc
la-z-boy 06.14.06.doc
la-z-boy fixed billing arrangement letter - 05.2013.docx
laz 02-27-04.doc
laz 08-06-02.doc
la-z-boy 04.01.08.doc
laz 10-09-02 cooling towers (front and sofa).doc
laz 05.05.05 cooling towers.doc
la-z-boy 01 28 11.docx
la-z-boy 04.08.11.docx
laz 01.26.05 cooling towers.doc
la-z-boy 3dtrasar data 09.18.14.xls
la-z-boy fixed billing arrangement letter - 10.2013.pdf
old cooling tower dma.pdf
la-z-boy water services p.o. request letter - 01.2014.pdf
laz 12-04-02boiler.doc
section 06 boiler.doc
laz 04-10-02.doc
la-z-boy water service completion letter - 07.2014.pdf
laz 03-05-03.doc
la-z-boy water service completion letter - 01.2015.pdf
la-z-boy 09.24.10.doc
la-z-boy water service completion letter - 12.2014.pdf
la-z-boy 07.02.08 tower cleaning procedures.doc
la-z-boy water service completion letter - 02.2014.pdf
la-z-boy water services p.o. request letter - 04.2014.pdf

224

la-z-boy water services p.o. request letter - 06.2014.docx
la-z-boy annual business review 2004.doc
la-z-boy pam.doc
la-z-boy fixed billing arrangement letter - 11.2013.pdf
laz 5.06.04 cooling towers.doc
la-z-boy fixed billing arrangement letter - 08.2013.pdf
laz 06-26-02.doc
section 09 neutralizing filming amines.doc
la-z-boy water service completion letter - 10.2014.docx
la-z-boy 09.26.08 - cooling tower.doc
la-z-boy people survey.ppt
la-z-boy 08.13.08 - c.e. boiler.doc
la-z-boy 07-06-06(boiler insp).doc
la-z-boy tower cleaning psr6-30-03.doc
laz 01-23-02.doc
laz 7.14.04 cooling towers.doc
laz 03.23.05.doc
la-z-boy water services p.o. request letter - 05.2014.docx
la-z-boy 08.08.07.doc
la-z-boy 02.11.11.docx
la-z-boy water service completion letter - 08.2014.docx
la-z-boy 10.22.07.doc
la-z-boy 03.24.10 - zurn boiler.docx
la-z-boy fixed billing arrangement letter - 09.2013.pdf
la-z-boy water services p.o. request letter - 01.2014.docx
la-z-boy 04.12.06.doc
laz 03-06-02.doc
la-z-boy water service completion letter - 05.2015.docx
la-z-boy 05.06.04 c.e. boiler.doc
la-z-boy water services p.o. request letter - 05.2014.pdf
la-z-boy 3dtrasar data 05.27.14.xls
la-z-boy 01.08.09 - zurn boiler.doc
section 05 sur-gard.doc
la-z-boy 06.20.07.doc
la-z-boy water service completion letter - 01.2015.docx
la-z-boy 08.26.04.doc
la-z-boy 02.06.09 - zurn boiler.doc
la-z-boy water service completion letter - 02.2014.docx
laz 4.07.04 cooling towers.doc
section 01sodium zeolite softening.doc
laz 06-24-03 cooling towers.doc
la-z-boy 10.14.04.doc
la-z-boy water service completion letter - 05.2014.docx
la-z-boy 11.03.04.doc
la-z-boy br..ppt
la-z-boy water service completion letter - 05.2014.pdf

la-z-boy annual business review 2003.doc
la-z-boy 09.15.04.doc
la-z-boy 12.12.07.doc
la-z-boy water service completion letter - 04.2015.pdf
la-z-boy water service completion letter - 08.2014.pdf
la-z-boyservice plan 2004.xls
la-z-boy 06.10.09 - zurn boiler.doc
la-z-boy abr 2005 (has yet to be presented).ppt
la-z-boy 10.17.06.doc
laz 07-24-02 cooling tower.doc
la-z-boy 3dtrasar data 08.15.14.xls
la-z-boy 10.26.05.doc
la-z-boy boiler operator training.ppt
la-z-boy abr 2010.ppt
la-z-boy 08.12.04 c.e. boiler.doc
la-z-boy 08.30.07.doc
la-z-boy 01-09-02.doc
laz 05-06-02.doc
la-z-boy fixed billing arrangement letter - 09.2013.docx
laz 04-16-02.doc
laz 02-20-02.doc
la-z-boy powerhouse resin analysis 07-1-02.doc
laz 04.06.05 cooling towers.doc
la-z-boy fixed billing arrangement letter - 11.2013.docx
section 13 materials of compatibility.doc
la-z-boy 07.24.09 - zurn boiler.doc
la-z-boy 03.23.11.docx
la-z-boy water service completion letter - 04.2015.docx
laz 05.18.05 cooling towers.doc
la-z-boy water service completion letter - 03.2014.pdf
section 04 sulfite.doc
laz 08.10.05 cooling towers.doc
la-z-boy water service completion letter - 07.2014.docx
la-z-boy 05.10.07.doc
la-z-boy 09.28.06.doc
la-z-boy 08.14.06.doc
la-z-boy 03.17.04 c.e. boiler.doc
section 12 glossary of terms.doc
section 02 reverse osmosis.doc
laz 10-29-03.doc
laz 09-26-02.doc
laz 07-31-03 cooling towers.doc
la-z-boy 10.30.08 - zurn boiler.doc
laz 04-23-03 safety psr.doc
la-z-boy 12.15.10.doc
la-z-boy 02.28.08.doc

FP 46615307.1

laz 10-23-02boiler.doc
la-z-boy 07.24.09 - cooling tower.doc
la-z-boy 11.22.06.doc
la-z-boy water service completion letter - 03.2015.docx
section 10 nalco act.doc
la-z-boy 03.28.08.doc
la-z-boy plant survey.pdf
laz 09-11-02 cooling towers.doc
la-z-boy pam.pdf
la-z-boy water service completion letter - 11.2014.docx
laz 02-05-03 zurn boiler.doc
la-z-boy water service completion letter - 12.2014.docx
laz 12-31-02(boiler insp).doc
la-z-boy 07.29.05.doc
la-z-boy 05.15.08.doc
la-z-boy 03.11.09 - zurn boiler.doc
laz 7-11-05(boiler insp).doc
la-z-boy 11.08.06.doc
la-z-boy water services p.o. request letter - 04.2014.docx
la-z-boy 08.13.08 - cooling tower.doc
la-z-boy 3dtrasar data 06.23.14.xls
la-z-boy 11.06.07.doc
la-z-boy water service completion letter - 10.2014.pdf
la-z-boy fixed billing arrangement letter - 12.2013.pdf
section 03 deaerator.doc
laz 12-27-04(boiler insp).doc
la-z-boy water service completion letter - 06.2015.docx
la-z-boy water service completion letter - 11.2014.pdf
la-z-boy 04.13.05.doc
la-z-boy 06.11.08 - c.e. boiler.doc
la-z-boy water service completion letter - 05.2015.pdf
microsoft powerpoint - la-z-boy people survey.pdf
la-z-boy water service completion letter - 02.2015.docx
la-z-boy plan 2002-2003.xls
la-z-boy 02.14.08.doc
laz 09-18-03 cooling towers.doc
la z boy chair co_dayton, tn_la-z-boy boiler system_general_06.23.2014.xls
la-z-boy 3dtrasar data 09.09.13.xls
la-z-boy chair companydayton tennessee.mdb
la z boy chair co_dayton, tn_la-z-boy boiler system_general_08.15.2014.xls
la-z-boy 3d trasar data 08.23.11.xls
la-z-boy 3dtrasar data 04.26.12.xls
la-z-boy 3dtrasar data 07.29.13.xls
la z boy chair codayton, tn.mdb
la-z-boy 3d trasar data 07.21.11.xls
la z boy chair co_dayton, tn_la-z-boy boiler system_general_05.27.2014.xls

FP 46615307.1

la z boy chair co_dayton, tn_la-z-boy boiler system_general_09.18.2014.xls
la-z-boy 3d trasar quote 3.01.2011.doc
johnston coca-cola boiler 06.03.08.doc
la-z-boy water treatment contract calculation sheet - 2014.pdf
pr-243.pdf
la-z-boy 3d trasar for boiler quote 2011.pdf
johnston coca-cola cooling tower 01.14.10.docx
la-z-boy chair company 3dtb with ncsm & lpscs.xls
johnston coca-cola cooling tower 08.27.08.doc
la-z-boy chair company 3dtb with ncsm & hpscs.xls
la-z-boy water treatment contract with 3dt for boiler 2014-2015.pdf
la-z-boy quote for nalco 3dt265.36 and nalco trac108.15 - 07.31.2012.pdf
johnston coca-cola boiler 11.29.07.doc
johnston coca-cola boiler 11.10.08.doc
johnston coca-cola boiler 09.24.08.doc
la-z-boy water treatment contract with 3dt for boiler 2013-2014.xlsx
la-z-boy quote 4.21.2011.pdf
la-z-boy cost spreadsheet 2000-2009.xls
la-z-boy chair company ro quote l205-068.doc
dscn0597.jpg
w0705524.pdf
la-z-boy cost spreadsheet 2000-2007.xls
bacteria 2007.pdf
la-z-boy - quote for chilled water closed loop inhibitor - trac104.15 - 05.26.2015.docx
temp guage.jpg
la-z-boy quote 06.11.2012.doc
johnston coca-cola cooling tower 10.21.08.doc
la-z-boy quote 06.11.2012.pdf
carlon water meters.pdf
la-z-boy 3d trasar for boiler quote.doc
la-z-boy ro analysis survey form.doc
johnston coca-cola cooling tower 09.24.08.doc
la-z-boy - 3dt265.36 quote 03.27.2012.pdf
la-z-boy quote 2.23.2011.pdf
la-z-boy logsheet.doc
dscn0609.jpg
johnston coca-cola boiler 10.23.08.doc
la-z-boy quote for nalco 1803.36 - 03.08.2012.pdf
mvc-004f.jpg
la-z-boy quote 6.08.2011.pdf
la-z-boy quote for nalco 1721pulv.27 - 10.25.2012.pdf
johnston coca-cola boiler 01.14.08.doc
la-z-boy chemical list and pricing 2008.doc
b-495.pdf
la-z-boy - st70 quote 03.27.2012.pdf
la-z-boy quote for chemical pump- 05.21.2013.pdf

228

johnston coca-cola boiler 03.26.09.docx
la-z-boy water treatment contract with 3dt for boiler 2015-2016.pdf
la-z-boy 3d trasar for boiler quote 2011.doc
dscn0607.jpg
la-z-boy 2011 - 2012 contract worksheet.pdf
la-z-boy quote 4.21.2011.doc
johnston coca-cola cooling tower 11.25.08.doc
la-z-boy quote for nalco 22310.33 - 10.25.2012.pdf
la-z-boy quote for 3d trasar boiler filter cartridges 04.02.2014.pdf
dscn0596.jpg
dayton city water analysis.pdf
empty portafeed pickup request form 09-08-14.doc
johnston coca-cola cooling tower 04.09.08.doc
johnston coca-cola boiler 10.30.09.docx
johnston coca-cola cooling tower 03.12.08.doc
mvc-001e.jpg
la-z-boy water treatment contract 2015 - 2016
la-z-boy quote for 3dt265.12 - 08.19.2011.pdf
la-z-boy quote 2.07.2011.pdf
johnston coca-cola 3d trasar data 12.18.09.xls
la-z-boy chair company 3dtb with hpscs.xls
la-z-boy quote for nalco 1803.36 - 08.20.2012.pdf
johnston coca-cola cooling tower 09.25.09.docx
master water meters.pdf
la-z-boy quote for h-2 reagent 10.25.2012.pdf
dscn0598.jpg
la-z-boy quote 2.07.2011.doc
dscn0610.jpg
la-z-boy quote for 3dt265.36 - 08.19.2011.pdf
la-z-boy chair company 3dtb with lpscs.xls
la-z-boy water treatment contract with 3dt for boiler 2013-2014.pdf
johnston coca-cola cooling tower 11.11.09.docx
dscn0601.jpg
johnston coca-cola cooling tower 02.25.09.docx
la-z-boy quote for 3d trasar maintenance kit 3.16.2012.pdf
johnston coca-cola cooling tower 05.27.09.docx
w0705523.pdf
w0705919.pdf
la-z-boy quote 2.23.2011.doc
johnston coca-cola boiler 11.11.09.docx
la-z-boy service plan 2012.xls
la-z-boy quote for nalco 1720 pulv.27 - 03.08.2012.pdf
dscn0595.jpg
la-z-boy - quote for nalco 3dtfb scs filters - 03.25.2014.pdf
johnston coca-cola cooling tower 06.13.08.doc
la-z-boy quote 3.24.2011.pdf

FP 46615307.1

johnston coca-cola boiler 08.14.09.docx
dscn0602.jpg
la-z-boy quote for 3dt265.36 - 11.09.2012.pdf
la-z-boy chemical cost per year.xls
johnston coca-cola cooling tower 06.29.09.docx
la-z-boy quote 3.24.2011.doc
dscn0600.jpg
johnston coca-cola boiler 06.30.09.docx
la-z-boy 3d trasar pricing.doc
la z boy special price sheet 2006.xls
la-z-boy water treatment contract with 3dt for boiler 2014-2015.xlsx
la-z-boy billing letter.doc
la-z-boy boiler logsheet.xls
johnston coca-cola cooling tower 01.14.09.doc
johnston coca-cola boiler 02.20.09.docx
johnston coca-cola cooling tower 01.14.08.doc
la-z-boy quote for nalco st70.36 - 08.29.2011.pdf
johnston coca-cola boiler 07.25.08.doc
johnston coca-cola boiler 12.18.09.docx
johnston coca-cola boiler 03.25.08.doc
johnston coca-cola boiler 05.27.09.docx
la-z-boy - quote for chilled water closed loop inhibitor - trac104.15 - 05.26.2015.pdf
johnston coca-cola cooling tower 12.18.09.docx
johnston coca-cola boiler 03.12.08.doc
johnston coca-cola boiler 09.24.09.docx
la-z-boy service plan 2006.xls
empty portafeed pickup request form 8-14-13.doc
johnston coca-cola cooling tower 07.25.08.doc
mvc-003f.jpg
johnston coca-cola boiler 10.29.07.doc
la-z-boy 655eform2.doc
condensate analysis august 2006.pdf
johnston coca-cola 3d trasar data 11.30.09.xls
dscn0594.jpg
johnston coca-cola boiler 08.26.08.doc
la-z-boy 3d trasar quote 3.01.2011.pdf
johnston coca-cola cooling tower 03.26.09.docx
dscn0608.jpg
mvc-005f.jpg
new cooling tower operating parameters.docx
contract worksheet & billing lazboy.xls
la-z-boy order 08.11.2010.tif
la z boy chair co_dayton, tn_la-z-boy boiler system_general_20150324034830.xls
johnston coca-colacleveland.mdb
mvc-002f.jpg
johnston coca-cola boiler 04.29.09.docx

johnston coca-cola cooling tower 10.30.09.docx
la-z-boy quote for nalco 22310.33 and nalco 1803.36 - 08.19.2011.pdf
la-z-boy quote for nalco trac108.15 - 09.08.2011.pdf
water meters part numbers and pricing.doc
w0705920.pdf
lazboy rpt.pdf
johnston coca-cola cooling tower 04.29.09.docx
la-z-boy analytical reagent quote 7.11.2011.pdf
johnston coca-cola cooling tower 11.29.07.doc
la-z-boy reagent quote 01.04.2012.pdf
dscn0605.jpg
la-z-boy quote for trac108.15 - 03.16.2012.pdf
tower tubes.jpg
la-z-boy ro system flow diagram model.pdf
johnston coca-cola boiler 01.14.09.doc
b0701996.pdf
la-z-boy price letter.doc
johnston coca-cola cooling tower 08.14.09.docx
la-z-boy reagent and analytical equipment.doc
dscn0599.jpg
w0705921.pdf
johnston coca-cola cooling tower 10.29.07.doc
johnston coca-cola 3d trasar data 10.31.09.xls
johnston coca-cola 3d trasar data 10.21.08.xls
johnston coca-cola 3d trasar data 05.27.09.xls
johnston coca-cola 3d trasar data 06.30.09.xls
johnston coca-cola 3d trasar data 11.25.08.xls
johnston coca-cola 3d trasar data 02.26.09.xls
johnston coca-cola 3d trasar data 01.14.09.xls
johnston coca-cola 3d trasar data 04.29.09.xls
johnston coca-cola 3d trasar data 03.26.09.xls
johnston coca-cola 3d trasar data 01.14.08.xls
johnston coca-cola 3d trasar data 11.29.07.xls
johnston coca-cola 3d trasar data 03.12.08.xls
johnston coca-cola 3d trasar data 07.25.08.xls
johnston coca-cola 3d trasar data 06.13.08.xls
johnston coca-cola 3d trasar data 10.29.07.xls
johnston coca-cola 3d trasar data 02.15.10.xls
johnston coca-cola 3d trasar data 08.27.08.xls
johnston coca-cola 3d trasar data 09.24.08.xls
georgia pacific cleveland 05.29.07.doc
georgia pacific cleveland 02.18.10.doc
weyerhaeuser 06.21.05.doc
international paper quote - reagents and analytical item - 01.15.2014.pdf
international paper 09.22.11.docx
dsc00325.jpg

FP 46615307.1

johnston coca - account notes and tasks.docx
dsc01067.jpg
international paper - quote for h-2 reagent - 04.24.2015.pdf
weyerhaeuser 05.30.07.doc
dsc01064 (wince).jpg
dsc01193.jpg
weyerhaeuser 02.07.06.doc
dsc00331.jpg
weyerhaeuser boiler#1 2007 012 (wince).jpg
weyerhaeuser boiler#1 2007 005.jpg
georgia pacific - cleveland tn 05-08-2015.pdf
international paper pam 2009.doc
dsc01406.jpg
georgia pacific cleveland 02.25.2014.docx
weyerhaeuser boiler#1 2007 004.jpg
international paper 02.18.11.docx
dsc01967 (small).jpg
dsc01525 (wince) (2).jpg
mvc-057s.jpg
dsc02556.jpg
dsc01704.jpg
dsc01173.jpg
dsc01397.jpg
weyerhaeuser boiler#1 2007 003.jpg
international paper 07.24.12.docx
international paper cmv workbook.xlsx
international paper plant survey 2013.pdf
weyerhaeuser 07.11.08.doc
weyerhaeuser abr 2005.doc
dsc01932.jpg
dsc02241.jpg
dsc01695.jpg
dsc01521 (wince).jpg
dsc02685.jpg
dsc01192.jpg
03 - 2012 quarterly billing statement - march.doc
weyerhaeuser 11.28.06.doc
2009-2010 pmw international paper.xls
georgia pacific cleveland 11.06.09.doc
international paper 08.19.08.doc
dsc01931.jpg
international paper - cleveland tn 03-26-2015.pdf
dsc00181.jpg
dsc02080.jpg
dsc02559.jpg
weyerhaeuser 04.09.08.doc

FP 46615307.1

international paper scope of work for 2009-2010 water treatment contract.pdf
dsc02552.jpg
dsc01174.jpg
weyerhaeuser boiler #2 inspection report 03.10.07.doc
dsc02087.jpg
dsc02234.jpg
dsc01690.jpg
weyerhaeuser boiler #2 2007 005.jpg
georgia pacific - cleveland tn 12-12-2014.pdf
dsc01524.jpg
weyerhaeuser roi calculation for boiler2 02.03.05.xls
dsc01066.jpg
international paper 04.12.12.docx
dsc02148.jpg
international paper quote for lh-3 08.08.2013.pdf
feedwater usage based upon boiler cycles (graph).xls
2011-2012 pmw international paper.xls
international paper service plan.xlsx
dsc01655.jpg
dsc01527.jpg
georgia pacific cleveland 05.19.09.docx
weyerhaeuser 01.06.05.doc
international paper 01.12.12.docx
international paper- application engineer service guide.docx
weyerhaeuser boiler#1 2007 001.jpg
dsc02226.jpg
georgia pacific cleveland 08.27.07.doc
weyerhaeuser boiler#2 2006 pictures 095.jpg
pmw johnston coca-cola -cleveland, tn -nw54 09-1-08 3d trasar.xls
international paper boiler best practices for rep review - november 2012.xls
international paper quote 03.04.2013.pdf
dsc01928.jpg
dsc02239.jpg
dsc02249.jpg
international paper quote 10.16.2012.pdf
dsc02236.jpg
dsc01931 (small).jpg
international paper - quote for n50 reagent - 08.05.2014.pdf
dsc01185.jpg
weyerhaeuser boiler#1 2007 002.jpg
georgia pacific cleveland 01.06.10.doc
international paper - quote for pen fluorometer - 06.10.2014.pdf
dsc01691 (wince).jpg
dsc01966 (small).jpg
chemical reagent quote 02.28.12.pdf
2006-2007 pmw weyerhaeuser.xls

233

dsc01640.jpg
mvc-059s (wince).jpg
international paper - cleveland tn 01-29-2015.pdf
dsc02154.jpg
international paper quote 08.21.2014.pdf
dsc01690 (wince).jpg
georgia pacific cleveland 11.18.08.doc
dsc02560.jpg
international paper 06.13.12.docx
international paper 09.12.12.docx
dsc01528.jpg
weyerhaeuser boiler#1 2007 011.jpg
mvc-056s.jpg
dsc00169.jpg
international paper 12.08.11.docx
dsc02237.jpg
johnston coca-cola pen order form - final doc.doc
dsc01939.jpg
international paper - cleveland tn 12-12-2014.pdf
international paper qes - june 2014.pdf
weyerhaeuser roi calculation for boiler1 08.16.05.xls
international paper 10.20.11.docx
weyerhaeuser 04.27.07.doc
dsc02557.jpg
weyerhaeuser boiler #2 inspection report 3.01.08.doc
georgia pacific cleveland 09.22.08.doc
dsc02240.jpg
mvc-060s.jpg
dsc01646 (wince).jpg
weyerhaeuser 08.17.07.doc
weyerhaeuser roi calculation for boiler2 08.16.05.xls
mvc-054s.jpg
johnston coca-cola cleveland, tn proposal 08-16-07 revised.doc
weyerhaeuser proposal 2004.doc
johnston coca-cola abr 2008.ppt
international paper 12.18.08.doc
dsc02246.jpg
dsc01039.jpg
dsc01933.jpg
international paper 04.29.2014.docx
dsc01699 (wince).jpg
georgia pacific cleveland 11.10.10.doc
dsc02683.jpg
johnston coca-cola 2008 abr cover sheet.ppt
dsc02073.jpg
international paper 09.24.2014.docx

234

international paper 07.15.10.docx
international paper quote 07.30.2012.pdf
pma weyerhauser.cleveland.tn nw54.xls
georgia pacific cleveland boiler inspection report boiler#1 2007doc.doc
georgia pacific cleveland 10.14.08.doc
walchem boiler conductivty controller.pdf
dsc01691.jpg
weyerhaeuser boiler #1 inspection report 4.09.05.doc
dsc02231.jpg
dsc01930.jpg
weyerhaeuser boiler#2 2006 pictures 094.jpg
dsc01964 (small).jpg
dsc02675.jpg
international paper 11.11.10.docx
weyerhauser plant survey.doc
03 - 2011 quarterly billing statement - march.doc
georgia pacific - cleveland tn 03-04-2015.pdf
international paper 04.22.09.doc
dsc02684.jpg
weyerhaeuser boiler #2 2007 009.jpg
dsc00163.jpg
international paper 01.16.13.docx
dsc01043.jpg
weyerhaeuser boiler #2 2007 002.jpg
dsc01969.jpg
weyerhaeuser boiler #2 2007 001.jpg
dsc01522.jpg
weyerhaeuser boiler #2 inspection report 03.10.07.pdf
dsc01969 (small).jpg
georgia pacific - cleveland tn 01-29-2015.pdf
dsc02681.jpg
international paper 06.03.10.docx
international paper - cleveland tn 04-07-2015.pdf
dsc01695 (wince).jpg
international paper 09.11.09.docx
weyerhaeuser 07.23.07.doc
dsc01704 (wince).jpg
2001service plan.xls
international paper 02.19.13.docx
dsc01041.jpg
dsc01398.jpg
weyerhaeuser 03.09.06.doc
dsc01068.jpg
dsc01403.jpg
dsc02251.jpg
dsc01937 (small).jpg

FP 46615307.1

johnston coca-cola scope of work for 2009-2010 water treatment contract.pdf
international paper 08.17.11.docx
dsc01701.jpg
dsc01694.jpg
georgia pacific cleveland 06.10.2014.docx
chemical reagent order 7.28.09.pdf
dsc00330.jpg
dsc02553.jpg
weyerhaeuser 12.17.04.doc
pma worksheet rev 2004 weyerhaeuser 2004-2005.xls
weyerhaeuser boiler#1 2007 014.jpg
dsc01649.jpg
international paper quote 5.15.2012.pdf
weyerhaeuser 07.07.05.doc
international paper 03.14.12.docx
international paper - cleveland tn 02-13-2015.pdf
weyerhaeuser 09.06.05.doc
georgia pacific cleveland 06.16.08.doc
dsc01053.jpg
09 - 2010 quarterly billing statement - september.pdf
international paper 10.21.13.docx
international paper boiler #2 inspection report 05.02.09.doc
dsc02077.jpg
dsc02235.jpg
weyerhaeuser boiler#2 2006 pictures 090.jpg
dsc01929.jpg
international paper 04.21.10.docx
dsc02242.jpg
dsc02153.jpg
dsc02142.jpg
international paper 12.19.12.docx
bardcor-proposal.doc
dsc00427 (wince).jpg
johnston coca-cola cover page (boiler and cooling water).doc
international paper 09.10.10.docx
international paper pam 2013.docx
dsc02086.jpg
weyerhaeuser boiler#2 2006 pictures 091.jpg
weyerhaeuser boiler #2 inspection report 5.28.05.doc
dsc02551.jpg
dsc01399.jpg
dsc01647.jpg
mvc-050s.jpg
georgia pacific cleveland 03.25.08.doc
weyerhaeuser boiler#1 2007 009.jpg
weyerhaeuser logsheet.doc

dsc01194.jpg
12 - 2011 quarterly billing statement - december.doc
dsc02244.jpg
weyerhaeuser boiler#1 2007 012.jpg
dsc01396.jpg
international paper 07.15.13.docx
dsc00155.jpg
dsc01175.jpg
pmw johnston coca-cola -cleveland, tn -nw54 09-1-07 3d trasar.xls
international paper boiler #1 inspection report 3.20.10.doc
international paper - quote for sulfite reagents - 06.09.2014.pdf
dsc02256.jpg
dsc02085.jpg
dsc01924.jpg
dsc02150.jpg
weyerhaeuser boiler #2 2007 011 (wince).jpg
weyerhaeuser boiler#2 2006 pictures 102.jpg
dsc01647 (wince).jpg
microsoft powerpoint - international paper people survey.pdf
dsc02141.jpg
international paper scope of work for 2010 - 2011.pdf
dsc02248.jpg
dsc01934.jpg
weyerhaeuser boiler #2 2007 004.jpg
dsc02247.jpg
weyerhaeuser boiler#2 2006 pictures 107.jpg
georgia pacific cleveland 10.17.07.doc
dsc01185 (wince).jpg
dsc01650.jpg
dsc01638.jpg
international paper 05.15.13.docx
dsc02544.jpg
dsc01698.jpg
mvc-052s.jpg
georgia pacific cleveland 01.09.08.doc
weyco cleveland, tn - boiler room safety audit - april 20..pdf
international paper 06.09.11.docx
dsc02252.jpg
weyerhaeuser boiler#2 2006 pictures 101.jpg
dsc01064.jpg
weyerhaeuser 12.01.05.doc
georgia pacific cleveland 06.26.07.doc
dsc01925.jpg
georgia pacific cleveland 06.04.07.doc
06 - 2011 quarterly billing statement - june.doc
dsc02227.jpg

FP 46615307.1

dsc02672.jpg
dsc01648.jpg
dsc01968 (small).jpg
dsc01689.jpg
dsc01702.jpg
dsc01525.jpg
weyerhaeuser 09.26.06.doc
international paper - chemical order 5.13.2010.pdf
dsc00182.jpg
international paper 03.21.13.docx
dsc01699.jpg
johnston coca cola product letter.doc
international paper 07.22.09.doc
johnston coca-cola cleveland, tn proposal 05-16-07 revised.doc
dsc00154.jpg
dsc01963.jpg
international paper pam 2014.pdf
weyerhaeuser pam.doc
dsc01964.jpg
weyerhaeuser 09.20.07.doc
dsc02146.jpg
international paper 01.09.2014.docx
dsc01405.jpg
dsc01170.jpg
international paper 07.14.11.docx
weyerhaeuser boiler#1 2007 005 (small).jpg
dsc01646.jpg
09 - 2010 quarterly billing statement - september.doc
dsc02139.jpg
dsc02079.jpg
dsc01936.jpg
dsc01654.jpg
dsc02078.jpg
dsc00178.jpg
dsc02076.jpg
international paper 09.22.08.doc
international paper 04.15.11.docx
dsc01965 (small).jpg
dsc00159.jpg
03 - 2011 quarterly billing statement - march.pdf
international paper quote 10.17.2012.pdf
dsc01040.jpg
weyerhaeuser boiler#2 2006 pictures 103.jpg
international paper 11.26.12.docx
dsc02677.jpg
dsc01643.jpg

FP 46615307.1

dsc02151.jpg
georgia pacific cleveland 01.13.11.doc
dsc02243.jpg
dsc00319 (small).jpg
weyerhaeuser 07.25.06.doc
dsc01702 (wince).jpg
international paper 02.23.10.docx
georgia pacific cleveland 05.16.2014.docx
international paper 08.13.10.docx
georgia pacific cleveland 01.28.09.doc
weyerhaeuser boiler#2 2006 pictures 106.jpg
dsc02671.jpg
dsc01046.jpg
georgia pacific cleveland 12.09.10.doc
weyerhaeuser boiler #2 2007 003 (wince).jpg
dsc02538.jpg
international paper 05.11.11.docx
pmw weyerhaeuser - cleveland - 2006-2007.xls.tgz.zip
2005-2006 pmw weyerhaeuser.xls
weyerhaeuser 06.17.08.doc
johnston coca-cola cleveland, tn proposal 05-16-07.doc
international paper 01.13.11.docx
dsc01052.jpg
international paper quote - nalco 1720 - 12.18.2013.pdf
gp 4.14.11 fw at temp orp graph.xls
increase in boiler cycles psr.xls
dsc00327.jpg
dsc00164.jpg
dsc00179.jpg
dsc00328.jpg
dsc01656.jpg
dsc01653 (wince).jpg
johnston coca.doc
weyerhaeuser 11.02.05.doc
international paper quote - nalco 22310.36 - 05.19.2015.pdf
weyerhaeuser boiler #1 inspection report 2.24.07.pdf
international paper 11.06.09.docx
intl paper 200979194 - chemical reagent order 12-07-2009.pdf
dsc01529.jpg
international paper 10.04.10.docx
dsc02558.jpg
dsc01644.jpg
mvc-060s (wince).jpg
mvc-053s.jpg
dsc01404.jpg
dsc01042.jpg

FP 46615307.1

dsc00180.jpg
dsc01968.jpg
georgia pacific cleveland 05.09.07.doc
dsc01523.jpg
dsc01521.jpg
dsc01060.jpg
bardcor bg training.ppt
weyerhaeuser 01.04.06.doc
international paper 08.18.2014.docx
dsc01696.jpg
dsc01935 (small).jpg
weyerhaeuser boiler#1 2007 006.jpg
international paper 06.23.09.docx
dsc01186.jpg
pmw johnston coca-cola -cleveland, tn -nw54 09-1-09 3d trasar.xlsx
dsc01637.jpg
dsc02539.jpg
weyerhaeuser condensate return economics.xls
dsc02540.jpg
weyhaeuser nexguard hand order form.doc
dsc01926.jpg
dsc01927.jpg
georgia pacific - cleveland tn 06-02-2015.pdf
johnston coca cola product letter.pdf
dsc01045.jpg
georgia pacific cleveland 11.21.07.doc
international paper 08.05.09.doc
weyerhaeuser boiler#1 2007 010.jpg
georgia pacific cleveland 04.03.2014.docx
johnston coca-cola presentation ii ver2.ppt
dsc02674.jpg
international paper 10.18.12.docx
dsc02245.jpg
international paper survey 2013.docx
dsc01693.jpg
mvc-055s (wince).jpg
dsc01937.jpg
dsc02554.jpg
dsc02673.jpg
dsc01703.jpg
international paper 12.04.09.docx
georgia pacific cleveland boiler inspection report boiler#2 2009.doc
weyerhaeuser boiler#2 2006 pictures 092.jpg
dsc01656 (wince).jpg
international paper 02.10.11.docx
mvc-049s.jpg

240

weyerhaeuser boiler #1 inspection report 2.24.07.doc
international paper boiler #1 inspection report 3.14.09.doc
dsc00167.jpg
international paper people survey.pptx
gp 4.14.11 fw nalco 22310 graph.xls
dsc02676.jpg
weyerhaeuser boiler#1 2007 014 (wince).jpg
dsc01966.jpg
international paper 11.18.08.doc
dsc00160.jpg
dsc01169.jpg
dsc01930 (small).jpg
georgia pacific cleveland 03.17.11.doc
johnston coca-cola_500040736_cleveland, tn 37311_trasar assembly and startup - 3dt for
boilers_922009_seq.xls
dsc02679.jpg
dsc02238.jpg
dsc01170 (wince).jpg
international paper - cleveland tn 11-14-2014.pdf
weyerhaeuser 11.21.07.doc
georgia pacific cleveland 08.04.08 - safety notice.doc
weyerhaeuser 08.16.05.doc
dsc02149.jpg
international paper 08.15.12.docx
georgia pacific cleveland 03.25.2014.docx
weyerhaeuser boiler #2 2007 003.jpg
georgia pacific cleveland 02.07.08.doc
georgia pacific cleveland boiler inspection report boiler#1 2009.doc
weyerhaeuser 02.14.07.doc
international paper business review 2013.pdf
georgia pacific cleveland 02.09.09.doc
dsc01962.jpg
weyerhaeuser 09.09.04.doc
dsc02233.jpg
dsc00425 (wince).jpg
weyerhaeuser 04.05.05.doc
dsc01401.jpg
georgia pacific cleveland 03.10.09.docx
weyerhaeuser boiler#1 2007 013.jpg
chemical reagent order - 7.21.09.pdf
dsc01047.jpg
georgia pacific cleveland 05.14.08.doc
dsc01188.jpg
international paper 02.25.2014.docx
international paper 10.07.09.docx
weyerhaeuser 06.21.06.doc

241

dsc01935.jpg
dsc02250.jpg
international paper - plant survey 2009.doc
dsc00158.jpg
dsc01065.jpg
dsc02550.jpg
international paper 03.25.2014.docx
georgia pacific cleveland 04.14.11 - draft.doc
dsc02680.jpg
international paper 03.17.11.docx
weyerhaeuser boiler #2 2007 007 (wince).jpg
dsc00183.jpg
dsc00329.jpg
dsc00185.jpg
gp 4.14.11 vantage report.xls
dsc02545.jpg
weyerhaeuser 03.10.05.doc
international paper 02.15.12 .docx
international paper 11.10.11.docx
dsc01190.jpg
georgia pacific - cleveland tn 04-07-2015.pdf
weyerhaeuser 11.08.04.doc
weyerhaeuser boiler#2 2006pictures 104.jpg
georgia pacific cleveland 12.04.09.doc
dsc01051.jpg
dsc02232.jpg
international paper 08.01.13.docx
dsc00166.jpg
dsc01652.jpg
international paper 05.10.12.docx
dsc02555.jpg
dsc01688.jpg
dsc02084.jpg
dsc01400.jpg
dsc00157.jpg
weyerhaeuser boiler #2 2007 011.jpg
weyerhaeuser 05.23.08.doc
international paper 06.10.2014.docx
weyerhaeuser boiler #1 inspection report 2.16.08.doc
dsc01529 (wince).jpg
international paper 02.17.09.doc
weyerhaeuser boiler#1 2007 007.jpg
dsc01965.jpg
weyerhaeuser 04.11.06.doc
form730el equipment request forjohnston coca-cola - 3dtrasar for boilers 12.18.08.doc
dsc02152.jpg

FP 46615307.1

international paper scope of work for 2011 - 2012.pdf
mvc-055s.jpg
dsc02542.jpg
weyerhaeuser boiler #2 2007 008.jpg
weyerhaeuser boiler #2 inspection report 3.03.06.doc
georgia pacific cleveland 08.13.10.doc
international paper 01.06.10.docx
dsc01689 (wince).jpg
dsc02541.jpg
12 - 2010 quarterly billing statement - december.doc
georgia pacific cleveland 07.23.07.doc
dsc01923.jpg
dsc01060 (wince).jpg
dsc01176.jpg
dsc02543.jpg
dsc02678.jpg
dsc01700.jpg
2007-2008 pmw weyerhaeuser.xls
dsc02140.jpg
dsc01653.jpg
weyerhaeuser 10.12.06.doc
georgia pacific cleveland 04.16.09.docx
06 - 2011 quarterly billing statement - june.pdf
weyerhaeuser boiler#2 2006 pictures 093.jpg
dsc02083.jpg
georgia pacific cleveland 08.19.08.doc
international paper quote 07.11.2013.pdf
weyerhaeuser 02.03.05.doc
dsc00162.jpg
mvc-052s (wince).jpg
international paper business review 2013.docx
dsc00332.jpg
weyerhaeuser 08.11.06.doc
nalco capibilities presentation for johnston coca-cola.ppt
mvc-058s.jpg
dsc00161.jpg
gp 4.14.11 fw cond graph.xls
dsc02682.jpg
weyerhaeuser 05.18.06.doc
dsc00326.jpg
dsc01520.jpg
dsc00165.jpg
international paper pam 2014.docx
dsc00156.jpg
georgia pacific cleveland 02.10.11.doc
dsc01525 (wince).jpg

FP 46615307.1

2008-2009 pmw international paper.xls
international paper 12.09.10.docx
dsc01967.jpg
dsc01191.jpg
dsc02253.jpg
dsc01651.jpg
weyerhaeuser boiler#2 2006 pictures 100.jpg
international paper pam 2013.pdf
dsc01395.jpg
dsc01692.jpg
georgia pacific cleveland 05.11.11.doc
weyerhaeuser 10.11.05.doc
georgia pacific cleveland 05.19.10 draft.doc
international paper 10.16.08.doc
dsc00333.jpg
weyerhaeuser boiler #2 2007 006.jpg
weyerhaeuser 01.09.08.doc
weyerhaeuser boiler #2 2007 010.jpg
dsc01044.jpg
weyerhaeuser boiler #2 2007 007.jpg
weyerhaeuser boiler#2 2006 pictures 099.jpg
weyerhaeuser 10.07.04.doc
12 - 2009 quarterly billing statement - december.doc
international paper quote - nalco 1820.36 - 11.24.2014.pdf
dsc01177.jpg
weyerhaeuser 12.19.06.doc
mvc-059s.jpg
dsc00184.jpg
dsc01963 (small).jpg
2010-2011 pmw international paper.xls
international paper - cleveland tn 05-07-2015.pdf
contingency guide for internatioal paper boilers.doc
dsc02147.jpg
international paper 05.20.10.docx
international paper quote 5.19..2011.pdf
international paper service plan.pdf
form730el equipment request forjohnston coca-cola - 3dtrasar 08.17.07.doc
weyerhaeuser boiler#1 2007 008.jpg
georgia pacific cleveland 08.05.09.doc
duracell - mouse creek boiler 06.23.06.doc
duracell - mouse creek boiler 04.16.08.doc
duracell - tasso facility 12.11.09.docx
duracell tasso service report 6.22.06.xls
duracell - tasso facility 07.08.08.doc
duracell - pack center - 05.09.2014.docx
georgia pacific plant survey 2014.pdf

FP 46615307.1

duracell - mouse creek cooling towers 06.23.06.doc
duracell - tasso facility 08.10.12.docx
duracell-mouse creek tower 12.16.10.docx
duracell - tasso facility 09.22.11.docx
duracell tasso service report 8.10.06.xls
3d trasar technology for boilers cost justif.doc
duracell- cell make cooling tower - 09.11.2014.docx
duracell - mouse creek cooling towers 03.31.06.doc
duracell-mouse creek tower 07.15.11.docx
duracell -tasso facility 03.14.06.doc
duracell - tasso facility 12.15.08.doc
duracell -tasso facility 09.13.05.doc
georgia pacific plant survey 2014.docx
duracell - mouse creek front boiler inspection 10.06.08.doc
duracell roi calculation 06.17.05.xls
duracell - mouse creek boiler 05.18.12.doc
georgia pacific_boiler room_boiler room_general_20110324014520.xls
duracell - mouse creek cooling towers 04.16.08.doc
dsc01948.jpg
duracell - tasso facility 03.24.11 - draft.docx
georgia pacific_boiler room_boiler room_general_20101102090407.xls
duracell - mouse creek boiler 02.24.06.doc
georgia pacific - boiler conductivity probe with atc quote - 08.16.2011.doc
duracell-mouse creek tower 02.16.12.docx
georgia pacificboiler room.mdb
georgia pacific - cleveland signed porta-feed agreement.pdf
duracell - tasso facility 07.31.07.doc
georgia pacific - spare chemical injection pump - 08.12.2014.pdf
duracell - mouse creek boiler 09.16.13.docx
duracell - tasso facility 02.15.12.docx
duracell - mouse creek cooling towers 10.27.06.doc
duracell - tasso facility 01.13.11 - draft.docx
duracell - tasso facility 02.08.13.docx
duracell - tasso facility 05.24.13.docx
duracell - mouse creek cooling towers 08.09.07.doc
duracell - tasso facility 09.18.09.docx
duracell - tasso facility 11.11.11.docx
duracell - mouse creek cooling towers 08.05.08.doc
duracell - mouse creek boiler 05.27.08.doc
dsc01945.jpg
dsc01941.jpg
georgia pacific quote for ph standard solutions 06.19.2015.docx
duracell - cell make - cooling tower 03-26-2015.pdf
georgia pacific billing arrangement worksheet.xls
duracell-mouse creek tower 03.13.13.docx
duracell - mouse creek boiler 09.16.10.doc

FP 46615307.1

base tank agreement for_ geogia.pdf
dsc01393 (wince).jpg
duracell - tasso facility 11.07.08.doc
duracell - mouse creek boiler 03.12.12.doc
duracell 8.25.06 back boiler inspection.doc
gp - cleveland, tn boiler best practices november 09.xls
duracell - mouse creek boiler 12.11.09.doc
gp pkg boiler scorecard - georgia pacific - cleveland, tn.xls
duracell - mouse creek cooling towers 02.24.06.doc
duracell - tasso facility 08.02.07.doc
geogia pacific - cleveland, tn 3dtb pre-installation checklist final rev 3-31-10.doc
duracell - tasso facility 02.03.09.docx
dsc01940 (small).jpg
duracell-mouse creek tower 05.18.12.docx
duracell - pack center - 09.11.2014.docx
duracell- cell make cooling tower - 04.11.2014.docx
duracell - mouse creek boiler 09.24.09.doc
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new
ctrl_general_20140225032045.xls
duracell - mouse creek boiler 02.12.10.doc
duracell - tasso facility 02.10.11.docx
duracell-mouse creek tower 11.27.13.docx
duracell - mouse creek boiler 11.26.07.doc
duracell - mouse creek boiler 08.18.06.doc
duracell - tasso facility 10.14.08.doc
duracell - mouse creek cooling towers 10.31.08.doc
duracell - mouse creek boiler 06.25.10.doc
duracell - tasso facility 08.11.11 - draft.docx
duracell - tasso facility 05.18.09.docx
duracell - mouse creek boiler 02.16.12.doc
duracell - tasso facility 09.21.07.doc
georgia pacific - ph buffer solutions quote - 12.16.2014.pdf
dsc01394 (wince).jpg
duracell - tasso facility 08.11.09.docx
duracell - mouse creek cooling towers 04.11.07.doc
duracell - mouse creek cooling towers 01.13.06.doc
duracell - mouse creek cooling towers 12.14.07.doc
duracell-mouse creek tower 06.10.11.docx
duracell - mouse creek boiler 11.03.08.doc
duracell - pack center - 02.14.2014.docx
georgia pacific 3d trasar boiler trial data.doc
pmw-georgia pacific-cleveland tn-nw154 2009-2010.xls
georgia pacific - boiler conductivity probe with atc quote - 08.16.2011.pdf
duracell - mouse creek boiler 12.16.10.doc
duracell - pack center 06-02-2015.pdf
duracell - tasso facility 08.19.08.doc

duracell - tasso facility 04.21.11 - draft.docx
geogia pacific_150127003_cleveland, tn 37364_trasar assembly and startup - 3dt for boilers_4232010_seq.xls
dsc01962 (small).jpg
duracell - mouse creek boiler 03.13.13.docx
duracell - tasso facility 11.01.07.doc
duracell - pack center 12-12-2014.pdf
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new ctrl_general_20141106022104.xls
duracell-mouse creek tower 05.12.11.docx
duracell - tasso facility 05.27.08.doc
duracell - pack center 11-06-2014.pdf
duracell - cell make - cooling tower 07-28-2015.pdf
duracell - tasso facility 11.11.09.docx
duracell - cell make boiler system - 03.31.2014.docx
duracell - cell make - cooling tower 01-29-2015.pdf
duracell-mouse creek tower 03.24.11.docx
dsc01392 (wince).jpg
duracell - mouse creek cooling towers 06.09.08.doc
georgia pacific - cleveland - 3d trasar boiler technology presentation - plant manager.ppt
duracell - tasso facility 05.18.12.docx
duracell - tasso facility 03.12.12.docx
duracell -tasso facility 11.03.05.doc
duracell - cell make - cooling tower 12-18-2014.pdf
duracell - mouse creek boiler 06.10.11.doc
dsc01946.jpg
duracell - mouse creek cooling towers 08.18.06.doc
duracell - tasso facility 04.24.07.doc
duracell - mouse creek boiler 03.31.10.doc
duracell - pack center 01.08.13.docx
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new ctrl_general_20140325120532.xls
duracell - pack center 03-12-2015.pdf
nalco gp contact list r1 status xlsx.xls
duracell -tasso facility 06.29.05.doc
duracell - tasso facility 01.12.12.docx
duracell - tasso - january 2010 service project.docx
georgia pacific fin mgmt svc llccleveland, tn.mdb
dsc01942.jpg
3d trasar boilers preliminary account survey for gp in clevleand, tn.doc
gp bidsheet nalco.xls
dsc01948 (small).jpg
dsc01949.jpg
duracell - mouse creek boiler 01.20.11.doc
duracell - mouse creek boiler 04.21.11.doc
duracell - mouse creek boiler 06.21.07.doc

247

FP 46615307.1

contingency guide for georgia pacific.doc
duracell - tasso facility 10.16.06.doc
duracell-mouse creek tower 01.24.11.docx
georgia pacific_boiler room_boiler room_general_20110223014653.xls
duracell - mouse creek cooling towers 02.06.08.doc
duracell - mouse creek cooling towers 01.26.07.doc
duracell -tasso facility 10.19.05.doc
duracell - cell make - cooling tower 08-13-2015.pdf
duracell - tasso facility 06.21.07.doc
duracell - tasso facility 09.29.06.doc
gp cleveland, tn boiler best practices 05.27.08.xls
duracell -tasso facility 05.13.05.doc
duracell - mouse creek cooling towers 07.08.08.doc
dsc01944.jpg
dsc01394.jpg
duracell-mouse creek tower 05.24.13.docx
duracell - mouse creek boiler 04.24.07.doc
dsc01947.jpg
georgia pacific_boiler room_boiler room_general_20110511033042.xls
dsc01391 (wince).jpg
duracell - mouse creek boiler 03.31.06.doc
duracell - mouse creek boiler 02.24.11.doc
duracell - tasso facility 02.26.08.doc
dsc01947 (small).jpg
duracell - mouse creek cooling towers 05.27.08.doc
duracell - cell make boiler system - 02.25.2014.docx
duracell - pack center - 06.26.2014.docx
duracell - tasso facility 12.06.07.doc
duracell - mouse creek boiler 01.26.07.doc
duracell -tasso facility 02.16.05.doc
duracell - pack center 02-23-2015.pdf
dsc01944 (small).jpg
georgia pacific cleveland application engineer service guide.docx
duracell -tasso facility 03.22.05.doc
georgia pacific pam.doc
duracell - tasso facility 04.18.08.doc
georgia pacific_boiler room_boiler room_general_20101118124940.xls
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new
ctrl_general_20140923032607.xls
duracell - pack center - 08.15.2014.docx
georgia pacific - reagent order 9.14.2010.pdf
duracell - mouse creek cooling towers 09.15.08.doc
duracell - cell make - cooling tower 02-19-2015.pdf
duracell - tasso facility 10.14.11.docx
dsc01946 (small).jpg
duracell - tasso facility 03.13.13.docx

248

georgia pacific - cleveland - 3d trasar boiler technology presentation.ppt
duracell-mouse creek tower 04.21.11.docx
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new
ctrl_general_20140516101234.xls
duracell - pack center - 03.24.2014.docx
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new
ctrl_general_20131106032742.xls
duracell-mouse creek tower 09.16.13.docx
duracell - mouse creek cooling towers 11.26.07.doc
duracell - mouse creek back boiler inspection 09.15.08.doc
duracell - tasso facility 04.29.09.docx
duracell - pack center 07.26.13.docx
duracell-mouse creek tower 03.12.12 draft.docx
duracell - mouse creek cooling towers 06.21.07.doc
duracell - tasso facility 10.15.09.docx
duracell - pack center 01-15-2015.pdf
dsc01950.jpg
duracell-mouse creek tower 10.09.13.docx
gp - cleveland pen order form - final doc.doc
ultrasonic tank level sensor spec sheet.pdf
duracell - tasso facility 11.10.10.docx
wbl_manual.pdf
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new
ctrl_general_20140818020551.xls
duracell - mouse creek boiler 08.09.07.doc
duracell - pack center 05-06-2015.pdf
georgia pacific - ph buffer solutions quote - 06.19.2015.pdf
duracell - pack center - 01.31.2014.docx
duracell - mouse creek boiler 05.24.13.docx
duracell-mouse creek tower 06.25.10.docx
duracell - mouse creek boiler 07.15.11.doc
duracell tasso service report 2.17.06.xls
duracell-mouse creek tower 03.12.12.docx
dsc01392.jpg
dsc01943.jpg
duracell - mouse creek boiler 10.15.09.doc
duracell - mouse creek boiler 10.27.06.doc
duracell -tasso facility 04.14.05.doc
duracell - mouse creek boiler 11.12.09.doc
duracell -tasso facility 12.15.05.doc
duracell - tasso facility 03.10.09.docx
dsc01393.jpg
duracell- cell make cooling tower - 06.30.2014.docx
duracell - tasso facility 06.24.09.docx
georgia pacific - 100ml graduated cylinder - 05.19.2015.pdf
georgia pacific pam 2014.pdf

249

duracell-mouse creek tower 02.24.11.docx
duracell-mouse creek tower 09.16.10.docx
3d trasar technology for boilers cost justif.pdf
georgia pacific pam 2014.docx
duracell - tasso facility 01.15.10.docx
duracell-mouse creek tower 02.08.13.docx
duracell - mouse creek boiler 03 24 11.doc
georgia pacific - quote of boiler conductivity probes & nalco 3dtfb filters & ncsm kit - 03.25.2014.pdf
duracell - tasso facility 08.11.11.docx
dsc01940.jpg
duracell - mouse creek front boiler inspection 10.09.2013.docx
pmw-georgia pacific-cleveland tn-nw154 2008-2009.xls
duracell -tasso facility 07.14.05.doc
duracell - mouse creek boiler 10.31.08.doc
pen order form - final doc.doc
duracell - mouse creek boiler 01.15.10.doc
duracell - pack center 09.27.13.docx
duracell - cell make boiler system - 02.07.2014.docx
dsc01391.jpg
duracell-mouse creek tower 07.13.12.docx
duracell - mouse creek boiler 05.20.09.doc
georgia pacific_boiler room_boiler room_general_20110414125715.xls
duracell - pack center - 04.29.2014.docx
duracell - mouse creek boiler 05.12.11.doc
duracell - tasso facility 09.27.13.docx
duracell - cell make - cooling tower 06-30-2015.pdf
duracell - mouse creek boiler 07.29.08.doc
duracell- cell make cooling tower - 03.31.2014.docx
duracell - mouse creek boiler 02.29.08.doc
gp boiler survey metric for cleveland.doc
georgia pacific operator training.ppt
georgia pacifit logsheet.doc
dsc01949 (small).jpg
duracell -tasso facility 08.11.05.doc
duracell 8.12.05 back boiler inspection.doc
pmw-georgia pacific-cleveland tn-nw154.xls
duracell - mouse creek boiler 02.08.13.docx
dsc01941 (small).jpg
tasso service plan 2006.xls
duracell insight photo.jpg
duracell 10-30-02 mouse creek boiler.doc
3d trasar equipment request for duracell.doc
duracell letter.doc
duracell - mouse creek boiler 05.13.05.doc
arch plastics proposal.pdf

250

image9.jpg
pmw - duracell intl - (coppertop)- cleveland, tn -nw54 -7-1-06.xls
pmw duracell- mouse creek 2006-2007.xls
pma worksheet duracell 2004 mouse creek.xls
duracell chiller efficiency study for 500 (2).xls
duracell tower cleaning procedure.pdf
duracell mouse creek twma 2004.doc
duracell boiler logsheet.doc
duracell - boiler logsheet workbook.pdf
pma-duracell intl-mouse creek cleveland, tn-nw154 2005.xls
duracell - mouse creek cooling towers 01.21.05 .doc
duracell - mouse creek cooling towers 11.15.05.doc
duracell cooling tower system diagram.pdf
duracell -tasso facility 5.18.04.doc
chattanooga coca-cola - quote for accucide spare parts 07.25.2014.pdf
duracell 06-25-03 tasso.doc
pmw - arch plastics packaging -chattanooga,tn -nw54 -12-1-06.xls
duracell 8.12.04 back boiler inspection.doc
enu - coca colachattanooga - makeup ammonia cond ct - nw089642 - 00858996.pdf
pmw - arch plastics packaging -chattanooga,tn -wl121 01-1-2015.pdf
pmw - arch plastics packaging -chattanooga,tn -nw54 -01-1-12.xls
duracell- mouse creekcleveland tn.mdb
spec-578 - reverse osmosis chemical feed system.pdf
pmw - duracell intl inc - ( cell make & pack center) - cleveland tn - wp-127 -7-1-13.xlsx
duracell -tasso facility 01.24.05.doc
pmw - arch plastics packaging -chattanooga,tn -nw54 -01-1-10.xls
duracell 12.17.04 mouse creek boiler.doc
duracell ( tasso) - water treatment contract scope of work 2011-2012.pdf
arch plastics packaging 04-08-2015.pdf
duracell - quote for boiler conductivity probe - december 2014.pdf
duracell insight photo 3.jpg
p&g 1e css supplier letter.doc
image4.jpg
accucide for chattanooga coca-cola plant.xlsx
arch plastics packaging 02.05.14.docx
chattanooga coca-cola - ro 3dtfm discovery form - 06.2014.pdf
image7.jpg
chattanooga coca-cola - chlorine dioxide chemistry quote - 09.19.2013.pdf
chattanooga coca-cola - quote for damaged chlorine dioxide analyzer part - 12.17.2014.pdf
duracell 06-05-02 tasso.doc
duracell 03-18-03 mouse creek.doc
pmw - duracell intl inc( mouse creek) - cleveland tn - wp-127 -7-1-10.xls
coca cola - chattanooga - 00105800.zip
arch plastics packaging 05.07.2014.docx
duracell 05-22-03 tasso.doc
svnaa106_date_customer.xls

251

mouse creek service plan 2006.xls
duracell - mouse creek boiler 10.20.05.doc
pma worksheet duracell 2004 coppertopt.xls
duracell (mouse creek boilers) logsheet.doc
chattanooga coca-cola rops calculation sheet june 2015.pdf
pmw - arch plastics packaging -chattanooga,tn -nw54 -01-1-09.xls
duracell - mouse creek cooling towers 06.17.05.doc
chattanooga coca-cola fill line & pet 5 3d trasar optimizer worksheet.xlsx
duracell 1-20-04 mouse creek.doc
duracell pam.pdf
duracell -tasso facility 10.21.04.doc
chattanooga coca-cola - chlorine dioxide chemistry quote - 03.07.2014.pdf
pmw - duracell intl inc( mouse creek) - cleveland tn - nw54 -7-1-06.xls
duracell boiler logsheet.pdf
duracell 7.23.04 mouse creek.doc
duracell ( tasso) - water treatment contract scope of work 2008-2009.pdf
duracell 2-25-04 mouse creek boiler.doc
3d trasar equipment purchase for duracel (mouse creek).doc
image2.jpg
duracell 09-11-03 mouse creek boiler.doc
duracell 09-13-02 mouse creek.doc
duracell chemical cost for 2003.doc
2098102 duracell ytd august.xls
duracell - mouse creek cooling towers 02.16.05.doc
duracell cooling tower operating parameters.docx
duracell 05-07-02.doc
chattanooga coca-cola ammonia condenser 3d trasar optimizer worksheet.xlsx
duracell chiller efficiency study for 500 ton (3-3) at mous.xls
duracell - mouse creek cooling towers 04.08.05.doc
3dt sample effluent line (medium).jpg
duracell people survey 2011.pdf
arch plastics packaging 08.14.2014.docx
duracell 3-16-04 tasso.doc
duracell ( mouse creek) - water treatment contract scope of work 2008-2009.pdf
chattanooga coca-cola - quote for third accucide pump 09.23.2013.pdf
arch plastics packaging 01-29-2015.pdf
pmw - arch plastics packaging -chattanooga,tn -nw54 -01-1-11.xls
plastic porta-feed 1.pdf
duracell - mouse creek cooling towers 07.21.05.doc
duracell 11-07-03 mouse creek boiler.doc
duracell 10.21.04 mouse creek boiler.doc
arch plastic packaging 2014 water treatment contract scope of work.pdf
duracell - qes - 2nd quarter 2014.docx
spec-470.pdf
duracell 9.21.04 mouse creek boiler.doc
arch plastics packaging 06.26.2014.docx

FP 46615307.1

tasso service plan 2004.xls
duracell 03-31-03 mouse creek boiler.doc
pmw - duracell intl - (pack center and cell make scope of work)- cleveland, tn -wl121 -7-1-14.pdf
pmw - duracell intl inc( mouse creek) - cleveland tn - wp-127 -7-1-09.xls
chlorinescavengerstoichiometry - ver 2.pdf
duracell - cell make - cooling tower (3d trasar recirc line) - may 2012.pdf
arch plastics packaging 10-15-2014.pdf
chattanooga coca-cola proposal 05-10-2013.docx
pmw - duracell intl inc - ( cell make) - cleveland tn - wp-127 -7-1-12.xlsx
chattanooga coca-cola cover page - 3d trasar membranes - october 20, 2014.pdf
pmw - duracell intl - (pack center)- cleveland, tn -wp-127 -7-1-11.xls
duracell - us energy & water saving calculations.xls
duracell efficiency monitoring 2004.doc
duracell 08-11-03 mouse creek boiler.doc
duracell international 28may2008.pdf
duracell efficiency monitoring.doc
duracell 07-02-02 back boiler inspection.doc
duracell 1-20-04 tasso.doc
pmw - arch plastics packaging -chattanooga,tn -nw54 -01-1-08.xls
duracell 04-17-02 tasso.doc
pmw - duracell intl inc - ( cell make & pack center) - cleveland tn - wl121 -7-1-14.xlsx
duracell 08-11-03 mouse creek.doc
form730el equipment request for arch plastics packaging 12.12.06.doc
duracell 6.22.04 mouse creek boiler.doc
chattanooga coca-cola - quote for accucide spare parts 07.23.2014.pdf
duracell - mouse creek boiler 12.20.05.doc
duracell - mouse creek boiler 03.09.05.doc
duracell 08-14-03 tasso.doc
duracell (cell make and pack center) - water treatment contract scope of work 2013-2014.pdf
plastic porta feed 2.pdf
nalco 9901 coa - 08.12.2014.pdf
arch plastics packaging 07.23.2014.docx
image10.jpg
chattanooga coca-cola - quote for replacement accucide catalyst column 03.18.2014.pdf
duracell chiller efficiency study for 400 ton chiller at mo.xls
chattanooga coca-cola cover page - 3d trasar membranes - october 20, 2014.doc
duracell 08-24-02 mouse creek.doc
contingency guide for duracell boilers.doc
w-9 0125.pdf
duracell pam.doc
duracell roi case study 2007.doc
duracell 01-22-02.doc
duracell 8.31.04 mouse creek.doc
duracell - mouse creek cooling towers 10.20.05.doc
duracell 6.22.04 mouse creek.doc

253

duracell 01-14.03 mouse creek boiler.doc
duracell drum safety 1.jpg
duracell - mouse creek cooling towers 12.20.05.doc
duracell 09-25-03 tasso.doc
duracell tower cleaning psr at tasso 5-31-03.doc
duracell porta-feed feasibility checklist boiler products.doc
chattanooga coca-cola - ro antiscalant chemistry quote - 12.17.2014.pdf
duracell -tasso facility 8.24.04.doc
duracell 12-17-02 mouse creek.doc
duracell 11-12-03 mouse creek.doc
duracell -tasso facility 4.12.04.doc
duracell 04-17-02.doc
quote for contract reconciliation 10.01.2012.pdf
duracell 9.21.04 mouse creek.doc
mouse creek service plan 2009.xls
duracell 05-23-03 mouse creek.doc
duracell 10-08-03 mouse creek.doc
image1.jpg
duracell 09-11-03 mouse creek.doc
quote for contract reconciliation 10.1.2012.doc
image5.jpg
enu - coca cola chattanooga - nb039022 - 00860165.pdf
duracell - qes - 3rd quarter.doc
pmw duracell coppertop 2006 (6 months).xls
pmw - arch plastics packaging -chattanooga,tn -nw54 -01-1-14.xlsx
duracell 04-25-03 tasso.doc
duracell 02-15-02.doc
duracell ( mouse creek) - water treatment contract scope of work 2011-2012.pdf
duracell 05-31-02.doc
chattanooga coca-cola accucide priority 1 - step 1 service report.xlsx
pmw - duracell intl - (pack center scope of work)- cleveland, tn -wp-127 -7-1-13.xlsx
duracell 5-27-04 mouse creek boiler.doc
chattanooga coca-cola accucide psr 03.14.14.docx
enu - coca colachattanooga - pet 5 cooling tower - nw089641 - 00859081.pdf
duracell - mouse creek boiler 07.21.05.doc
duracell 05-23-03 mouse creek boiler.doc
envirox for chattanooga coca-cola plant.xlsx
duracell - mouse creek cooling towers 08.12.05.doc
ezcwo na us - duracell cell make - nalco 3dt289 change to nalco 3dt230.xlsx
enu - coca colachattanooga - none given - nw089644 - 00858997.pdf
duracell tasso logsheet.xls
arch plastic packaging 2015 water treatment contract scope of work.pdf
duracell 07-30-02 mouse creek.doc
duracell porta-feed feasibility checklist.doc
pma worksheet duracell coppertop 2005.xls
arch plastics packaging pam.doc

duracell 2-12-04 tasso.doc
arch plastics packaging 07-02-2015.pdf
chattanooga coca-cola - quote for clo2 reference electrode - 08.06.2014.pdf
condensate return psr for duracell.xls
duracell 02-04-03 mouse creek.doc
duracell 9.2.04 front boiler inspection.doc
pmw - duracell intl - (coppertop)- cleveland, tn -nw54 -7-1-07.xls
duracell -tasso facility 12.01.04.doc
duracell drum safety 2.jpg
duracell make-up water analysis.pdf
image3.jpg
duracell 12.17.04 mouse creek.doc
pma-duracell intl-coppertop ln-cleveland, tn-nw154 2005.xls
arch plastics packaging 04.24.2014.docx
duracell 03-26-03 tasso.doc
duracell 10-08-03 mouse creek boiler.doc
duracell tasso twma 2004.doc
ccbcu chattanooga - rops proposal with 3dtfm - pc-191t - accucide maintenance 06.12.2015.docx
duracell proposal.doc
duracell - mouse creek boiler 11.15.05.doc
3d trasar starter.pdf
duracell - mouse creek boiler 09.30.05.doc
pmw - duracell intl - (pack center)- cleveland, tn -wp-127 -7-1-12.xlsx
chattanooga coca-cola - quote for replacement accucide catalyst column 02.12.2015.pdf
duracell's water treatment cost graph 2002-2005.xls
duracell 11-12-03 tasso.doc
duracell ( cell make) - water treatment contract scope of work 2012-2013.pdf
duracell 10.21.04 mouse creek.doc
pmw - arch plastics packaging -chattanooga,tn -nw54 -04-29-09.xls
image8.jpg
duracell - quote for wwt cooling tower biocide pump - may 2014.pdf
chattanooga coca-cola - quote for third accucide pump 03.18.2014.pdf
duracell 4-22-04 mouse creek boiler.doc
chattanooga coca-cola cover page.doc
chattanooga coca-cola - quote for damaged chlorine dioxide analyzer part - 02.12.2015.pdf
alkalinity, chlorides, hardness, and sulfite test procedures.pdf
pmw - duracell intl - (pack center and cell make scope of work)- cleveland, tn -wp-127 -7-1-13.xlsx
pr-314 - reverse osmosis performance services.pdf
arch plastics packaging 02-16-2015.pdf
duracell 12-17-02 tasso.doc
chattanooga coca-cola - quote for injection quills - 06.05.2014.pdf
duracell 04-25-03 mouse creek.doc
boiler lay-up procedures for plant.pdf
enu - coca colachattanooga - filler line cooling tower - nw089677 - 00859089.pdf
duracell 01-21-03 tasso.doc

FP 46615307.1

chattanooga coca-cola proposal 05-10-2013.doc
ccbcu chattanooga - proposal 3dtfm ro services pc-191t - revised.pdf
duracell 11-15-02 tasso.doc
arch plastics packaging 03-11-2015.pdf
proctor & gamble - global cmv 2012 roll up.xls
duracell - mouse creek cooling towers 05.13.05.doc
support letter for switch to nalco 9901.pdf
duracell (tasso facility) porta-feed feasibility checklist.doc
duracell tower cleaning psr.doc
duracell -tasso facility 6.22.04.doc
contingency guide for duracell boilers.pdf
duracell 05-08-03 mouse creek boiler.doc
duracelltasso.mdb
pmw - duracell intl inc( mouse creek) - cleveland tn - nw54 -7-1-07.xls
mouse creek service plan 2004.xls
duracell 08-20-02 tasso.doc
duracell 02-19-03 tasso.doc
pmw - duracell intl - (coppertop)- cleveland, tn -wp-127 -7-1-09.xls
chattanooga coca-cola - quote for extra accucide pump tubing 09.23.2013.pdf
chattanooga coca-cola - notes for cooling tower proposal 2013.pdf
duracell's dma on mouse creek.pdf
ccbcu chattanooga - proposal 3dtfm ro services pc-191t.docx
chattanooga coca-cola_150206467_chattanooga tn 37401_3d trasarÂ® -
membrane_7102014_sor6.xls
duracell 01-10-03 mouse creek.doc
duracell - di conductivity controller quote 03.25.2011.pdf
duracell - cell make uet site survey form.xlsx
duracell plant audit (mouse creek).doc
duracell-mouse creek contract 2003-2004.xls
duracell ( pack center) - water treatment contract scope of work 2012-2013.pdf
pmw - duracell intl - (pack center and cell make scope of work)- cleveland, tn -wl121 -7-1-
14.xlsx
duracell 2-25-04 mouse creek.doc
duracell - mouse creek boiler 04.08.05.doc
arch plastics packaging 03.10.14 graphs and data.docx
chattanooga coca-cola proposal 08-06-08.doc
duracell 06-19-02 mouse creek.doc
nalco 9901 coa - 06.23.2014.pdf
duracell cooling tower system diagram.docx
tasso service plan 2009.xls
pmw - arch plastics packaging -chattanooga,tn -wl121 01-1-2015.xlsx
duracell - coppertop - scope of work 07.01.10.pdf
duracell 5.27.04 mouse creek.doc
pmw duracell- mouse creek 2006 (6 months).xls
duracell insight photo 2.jpg
duracell operator training.ppt

FP 46615307.1

arch plastics packaging 05-21-2015.pdf
proctor gamble duracell cmv june 2014.xls
duracell mouse creek twma.doc
duracell 10-22-02 mouse creek.doc
chattanooga coca-cola - quote for extra accucide pump tubing and pump rebuild kits 09.23.2013.pdf
duracell - notes for 2013-2014 water treatment contract renewal.pdf
wp127_06_duracell intl inc_2181228_208 coppertop ln_cleveland_tn - october 2013.xls
pmw duracell coppertop 2006-2007.xls
chattanooga coca-cola - quote for accucide spare parts 07.25.2014.docx
duracell people survey 2012.pdf
3d trasar letter for duracell.doc
bcp request questionnaire 9901 07jul08.doc
duracell chiller efficiency study for tasso 5-22-03.xls
nalco 9901 coa - 09.19.2014.pdf
duracell cooling tower operating parameters.pdf
chlorinescavengerstoichiometry - ver 2.doc
duracell - qes - 3rd quarter.pdf
duracell 02-04-03 mouse creek boiler.doc
pmw - duracell intl inc( mouse creek) - cleveland tn - nw54 -7-1-08.xls
duracell ( tasso) - water treatment contract scope of work 2009-2010.pdf
9901 coa.pdf
chattanooga coca-cola accucide priority 1 - step 1 service report page 2.pdf
arch plastics packaging 12-31-2014.pdf
duracell 06-26-02 tasso.doc
duracell 10-21-02 tasso.doc
pmw - arch plastics packaging -chattanooga,tn -nw54 -01-1-10 - rev1.xls
duracell chiller efficiency study for tasso 6-25-03.xls
duracell - operator training _short version.ppt
duracell - mouse creek boiler 02.16.05.doc
duracell - mouse creek boiler 01.25.05.doc
enu - coca cola chattanooga - nb045664 - 01000361.pdf
duracell ( mouse creek) - water treatment contract scope of work 2009-2010.pdf
pmw - duracell intl - (coppertop)- cleveland, tn -wp-127 -7-1-10.xls
duracell - mouse creek cooling towers 03.04.05.doc
duracell 06-25-03 mouse creek boiler.doc
ccbcu chattanooga - proposal 3dtfm ro services pc-191t - meeting draft.pdf
image6.jpg
duracell - mouse creek cooling towers 09.30.05.doc
duracell 02-05-02 tasso.doc
duracell 3-26-04 mouse creek boiler.doc
duracell - qes - 2nd quarter 2014.pdf
duracell 10-03-02 tasso.doc
duracell chiller efficiency study for tasso 4-25-03.xls
duracell - boiler logsheet workbook.xls
pma worksheet duracell mouse creek 2005.xls

FP 46615307.1

duracell 7.23.04 mouse creek boiler.doc
proctor & gamble price increase letter 2011.pdf
duracell -tasso facility 9.21.04.doc
pmw - duracell intl inc - ( cell make & pack center) - cleveland tn - wp-127 -7-1-13 rev.2.xlsx
9901 specs.doc
proctor gamble duracell cmv january 2012.xls
duracell - mouse creek - scope of work 07.01.10.pdf
pmw - arch plastics packaging -chattanooga,tn -nw54 -01-1-13.xlsx
chattanooga coca-cola - quote for catalyst column jaco fittings - 05.21.2015.pdf
tasso cooling tower water analysis.pdf
duracell 05-07-02 tasso.doc
duracell tower cleaning procedure.doc
duracell 11-27-02 mouse creek.doc
chattanooga coca-cola - chlorine dioxide chemistry quote - 06.06.2014.pdf
duracell 4.22.04 mouse creek.doc
2383 pulv coa.pdf
duracell -tasso facility 7.13.04.doc
duracell 06-25-03 mouse creek.doc
duracell - di conductivity controller quote 03.25.2011.doc
duracell 07-26-02 tasso.doc
duracell 11-27-02 mouse creek boiler.doc
duracell 10-20-03 tasso.doc
enu - coca colachattanooga - ammonia cond cooling tower - nw089643 - 00860055.pdf
pmw - duracell intl inc - ( cell make) - cleveland tn - wp-127 -7-1-11.xls
spec-532 3d trasar technology for membranes.pdf
duracell chiller efficiency study for 500 ton (3-2) at mous.xls
duracell tasso twma.doc
duracell-tasso contract 2003-2004.xls
arch plastics packagingchatt.mdb
pmw - duracell intl - (pack center and cell make scope of work)- cleveland, tn -wl121 -7-1-
15.xlsx
nalco 9901 coa - 09.19.2014 ver.2.pdf
duracell 10-03-02 mouse creek.doc
duracell 3-26-04 mouse creek.doc
pmw - duracell intl - (coppertop)- cleveland, tn -nw54 -7-1-08.xls
duracell 09-12-02 tasso.doc
3dt sample effluent line.jpg
service report technical notes.doc
calculate the value of condensate.ppt
boiler roi calculation 2001.xls
service report technical notes - ver.3.docx
pac1 calculations.xls
service report technical notes - ver.2.docx
nalco-stevison scope of work.docx
nalco's water treatment proposal - genera 2020.docx
rail knauf corporate 072619.xlsx

FP 46615307.1

rail knauf corporate 073019.xlsx
rail knauf corporate 011320.xlsx
9901 dry anionic flocculant pb.pdf
knauf nalco water treatment proposal vs8 043019.docx
knauf lanett nalco water treatment offer 043019.docx
rail knauf corporate 081219.xlsx
service check sheet adv-1681 r2.pdf
knauf draft transition plan to nalco 050119.xlsx
recommended spare parts lists ad-s5.doc
knauf insulation supply agreement fully executed 053019.pdf
scope of work - knauf lanett al - fca051902 rev2 052319.pdf
knauf - nalco transition product reference 061119.xlsx
james hardie proposal vs2 - september 2019.docx
b-974 3d trasar for bw technology.pdf
follow-up to jah prattville - bw and cw products and prices.msg
james hardie proposal - september 2019.docx
b-1407 3d trasar for cw technology.pdf
proposal product dosage price workbook 100219.xlsx
fiber cement sales training june 2018.pptx
nalco price adjustment james hardie letter 110119.docx
james hardie proposal vs2 - september 2019.pdf
fw albion cooling water - nalco overview.msg
james hardie price discussion 110119.pptx
wna east plant - nalco 360 report - 10.27.2014.xls
wna east plant - nalco 360 report - 04.14.2014.xls
wna east plant - nalco 360 report - 03.17.2014.xls
wna west plant - nalco 360 report - 02.24.2014.xls
wna west plant - nalco 360 report - 03.03.2014.xls
wna inc chattanooga facility - east plant 09-28-2015.pdf
wna inc chattanooga facility - east plant 04-29-2015.pdf
wna west plant - nalco 360 report - 03.17.2014.xls
wna inc chattanooga facility - east plant 05-27-2015.pdf
wna inc chattanooga facility - east plant 03-11-2015.pdf
wna inc chattanooga facility - west plant 02-04-2015.pdf
wna inc chattanooga facility - west plant 10-28-2015.pdf
enu - waddington north americachattanooga - west plant closed loop - nw095844 - 00902263.pdf
wna east plant - nalco 360 report - 01.27.2014.xls
wna inc chattanooga facility - west plant 09-28-2015.pdf
waddington north america chattanooga - city water microbio analysis - september 2012.pdf
wna west plant - nalco 360 report - 12.24.2012.xls
wna inc chattanooga facility - west plant 01-30-2015.pdf
wna east plant - nalco 360 report - 09.15.2014.xls
wna east plant - nalco 360 report - 02.25.2013.xlsx
wna west plant - nalco 360 report - 03.10.2014.xls
wna east plant - nalco 360 report - 04.07.2014.xls
wna inc chattanooga facility - east plant - 01.15.13.docx

wna west plant - nalco 360 report - 04.14.2014.xls
wna east plant - nalco 360 report - 01.20.2014.xls
enu - waddington north americachattanooga - front chilled water closed loop - nw122866 - 01107341.pdf
wna east plant - nalco 360 report - 02.24.2014.xls
wna inc chattanooga facility - east plant - 06.26.2014.docx
wna west plant - nalco 360 report - 03.24.2014.xls
wna east plant - nalco 360 report - 09.22.2014.xls
wna west plant - nalco 360 report - 02.10.2014.xls
wna inc chattanooga facility - east plant 06-18-2015.pdf
wna inc chattanooga facility - east plant - 04.30.2014.docx
wna inc chattanooga facility - west plant 08-20-2015.pdf
wna inc chattanooga facility - west plant - 01.15.13.docx
waddington north americachattanooga - west plant closed loop - glycol test - 12.2012.pdf
wna inc chattanooga facility - east plant 10-12-2015.pdf
enu - waddington north americachattanooga - west plant closed loop - nw078940 - 00777718.pdf
waddington north america chattanooga - west plant closed loop - dma - 12.2012.pdf
wna inc chattanooga facility - east plant 02-18-2015.pdf
wna inc chattanooga facility - east plant - 07.18.2014.docx
wna inc chattanooga facility - east plant - 05.29.2014.docx
wna inc chattanooga facility - east plant - 08.30.13.docx
wna east plant - city water microbio analysis - second test - june 2014.pdf
wna east plant - nalco 360 report - 09.29.2014.xls
wna west plant - nalco 360 report - 02.03.2014.xls
wna west plant - nalco 360 report - 09.29.2014.xls
wna west plant - nalco 360 report - 12.29.2014.xls
wna west plant - nalco 360 report - 02.25.2013.xlsx
wna west plant - nalco 360 report - 01.06.2014.xls
wna inc chattanooga facility - west plant - 08.05.13.docx
wna east plant - nalco 360 report - 02.17.2014.xls
wna inc chattanooga facility - west plant 05-21-2015.pdf
wna east plant - nalco 360 report - 02.03.2014.xls
wna inc chattanooga facility - west plant - 09.05.13.docx
wna west plant - nalco 360 report - 09.22.2014.xls
wna west plant - nalco 360 report - 01.14.2014.xls
wna east plant - nalco 360 report - 03.31.2014.xls
wna east plant - nalco 360 report - 02.10.2014.xls
wna west plant - nalco 360 report - 04.07.2014.xls
wna inc chattanooga facility - east plant 12-30-2014.pdf
wna inc chattanooga facility - west plant - 04.30.2014.docx
wna inc chattanooga facility - west plant - 05.29.2014.docx
wna west plant - nalco 360 report - 01.27.2014.xls
wna west plant - nalco 360 report - 12.31.2012.xls
wna west plant - nalco 360 report - 01.20.2014.xls
wna east plant - nalco 360 report - 03.10.2014.xls
wna east plant - nalco 360 report - 03.24.2014.xls

FP 46615307.1

wna inc chattanooga facility - east plant 08-20-2015.pdf
enu - waddington north americachattanooga - west plant closed loop - nw108903 - 00991716.pdf
wna inc chattanooga facility - west plant - 07.02.2014.docx
wna inc chattanooga facility - west plant 06-30-2015.pdf
wna west plant - nalco 360 report - 10.20.2014.xls
wna inc chattanooga facility - west plant - 06.26.2014.docx
wna east plant - nalco 360 report - 03.03.2014.xls
wna west plant - nalco 360 report - 09.15.2014.xls
wna inc chattanooga facility - west plant 04-15-2015.pdf
waddington north americachattanooga - west plant closed loop - particle analysis and glycol test - 06.2013.pdf
wna inc chattanooga facility - east plant 01-30-2015.pdf
wna west plant - nalco 360 report - 02.17.2014.xls
wna west plant - nalco 360 report - 10.27.2014.xls
wna east plant - nalco 360 report - 01.14.2014.xls
wna east plant - nalco 360 report - 01.06.2014.xls
wna inc chattanooga facility - west plant 12-30-2014.pdf
wna east plant - nalco 360 report - 03.31.2014.xls
aramark company - volkswagen academy-conference contractor bid letter 05.17.2010.pdf
volkswagen quote for chilled water closed loop inhibitor - trac101.15 and h-550.15 - 06.19.2012.doc
volkswagen water analysis log sheet for service engineer 08.07.13.docx
volkswagen - quote for weld water closed loop system survey 10.20.11.pdf
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 08.08.2013.pdf
volkswagen - media center - chilled water system 05.19.2014.docx
po6000088945 - trac101 - 07.23.2015.pdf
volkswagen quote for 5 gal pot feeder for fire-security building 02.19.2014.docx
volkswagen quote for coil flo cleaning chemicals - 10.15.2015.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 05.26.2015.docx
wna west plant 3dtrasar cooling tower data 09.25.13.xls
volkswagen quote for small closed loop inhibitor - trac200.11 - 09.09.2014.docx
po6000055422 - nalco 3dt260.33 and nalco 1338.33 - december 09, 2013.pdf
volkswagen water analysis log sheet for service engineer 05.07.2014.docx
volkswagen quote for coil flo cleaning chemicals - 03.11.2015.docx
volkswagen water analysis log sheet for service engineer 08.10.12.docx
volkswagen quote for entire replacement softener system - 11.29.2012 ver.2.pdf
volkswagen water analysis log sheet for service engineer 04.30.2014.docx
volkswagen water analysis log sheet for service engineer 08.16.12.docx
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 10.04.2011.doc
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 03.20.2014.pdf
wna east plant 3dtrasar cooling tower data 08.30.13.xls
volkswagen quote for weld water closed loop biocide - nalco 77352na.15 - 08.09.2011.pdf
volkswagen quote for nalco 8105 chemical injection pump with 4-20ma control - 05.21.2014.docx
volkswagen quote for previously preformed analytical analysis - 08.09.2011.pdf
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 11.11.2013.pdf

FP 46615307.1

volkswagen quote for 3dt260.33 09.24.2015.docx
volkswagen water analysis log sheet for service engineer 9.10.2013.docx
volkswagen quote for legionella analytical testing 09.24.2015.pdf
volkswagen quote for 3dt260.33 09.24.2015.pdf
volkswagen - media center - chilled water system 06.11.2014.docx
volkswagen group of america - media building 07-02-2015 - revision.pdf
volkswagen- ssoe-w.j. oneil cleaning, passivation, and treatment quote 06.07.10.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 10.09.2012.doc
wna inc., chattanooga facility water treatment contract worksheet 2014-2015 for both plants.xlsx
volkswagen quote for 5 gal pot feeder and ash biocide 06.09.2014.docx
volkswagen quote for hot water closed loop oxygen scavenger and metal passivator - nalco cnqr3485.15 - 08.09.2011.pdf
volkswagen water analysis log sheet for service engineer 12-31-14.docx
volkswagen quote for cooling tower and closed loop biocides - 05.13.2014.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 05.26.2015.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 06.24.2014.docx
volkswagen water analysis log sheet for service engineer 08.20.13.docx
volkswagen quote for previously preformed analytical analysis - 08.09.2011.doc
volkswagen quote for 5 gal pot feeder and ash biocide 06.09.2014.pdf
volkswagen quote for cooling tower and closed loop biocides - 11.04.2014.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 04.24.2013.docx
wna inc., chattanooga facility water treatment contract worksheet 2015-2016 for all three plants.xlsx
wna east plant - nalco 360 report - 11.05.2012.xls
volkswagen water analysis log sheet for service engineer 04.16.2014.docx
volkswagen water analysis log sheet for service engineer 10.01.13.docx
volkswagen quote for closed loop biocide - nalco 77352na.15 - 11.11.2013.docx
volkswagen quote for hot water closed loop oxygen scavenger and metal passivator - nalco cnqr3485.15 - 08.09.2011.doc
volkswagen water analysis log sheet for service engineer 05.10.12.docx
volkswagen quote for cooling tower and closed loop biocides - 11.04.2014.pdf
wna west plant - nalco 360 report - 12.17.2012.xls
nalco 2014 - 2015 wwt bid pricing sheet - wwt chemicals master pricing sheet.xlsx
volkswagen quote for coil flo cleaning - annual cost breakdown - 10.13.2014.pdf
po6000055203 - coilflo cleaning of 9 coils in assembly - december 13, 2013.pdf
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 08.08.2013.docx
volkswagen quote for coil flo cleaning - daily cost breakdown - 09.04.2014.pdf
volkswagen water analysis log sheet for service engineer 07.31.13.docx
volkswagen water analysis log sheet for service engineer 05-19-2015.docx
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - nalcodirect may 2015.pdf
volkswagen water analysis log sheet for service engineer 11.05.13.docx
volkswagen - quote for weld water closed loop system survey - part 2 - 01.02.12.pdf
wna inc., water treatment contract - scope of work 2009-2010.pdf
volkswagen quote for coil flo cleaning chemicals - 03.11.2015.pdf
volkswagen quote for nalco 8105 chemical injection pump with 4-20ma control - 05.21.2014.pdf
volkswagen quote for air supply house biocide - nalco 7330.15 - 04.28.2014 - nalcodirect.pdf

volkswagen quote for 3d trasar maintenance materials - 09.20.2013.docx
volkswagen water analysis log sheet for service engineer 07.17.13.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 02.13.2015.docx
volkswagen quote for coil flo cleaning - annual cost breakdown - 10.28.2014.docx
volkswagen- ssoe-w.j. oneil cleaning, passivation, and treatment quote 06.07.10.pdf
volkswagen water analysis log sheet for service engineer 02.04.2014.docx
volkswagen - media center - chilled water system 05.29.2014.docx
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - nalcodirect 2015.pdf
volkswagen quote for coil flo cleaning - daily cost breakdown - 08.08.2014.docx
volkswagen - media center - chilled water system 04.23.2014.docx
volkswagen water analysis log sheet for service engineer 01.03.13.docx
volkswagen quote for closed loop inhibitors - trac100.15 and cnqr 3485 - 11.29.2011.doc
volkswagen water analysis log sheet for service engineer 08.06.2014.docx
volkswagen quote for 3dt calibration solution 2015 - nalcodirect.pdf
po6000092221 - nalco 3dt260.33 - 09.24.2015.pdf
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 06.24.2014.pdf
volkswagen quote for coil flo cleaning - annual cost breakdown - 10.13.2014.docx
volkswagen quote for nalco 8105 chemical injection pump - 05.21.2014.docx
volkswagen quote for 3d trasar maintenance materials - 09.20.2013.pdf
volkswagen__chattanooga, tn 37416_coil-flo cf500 service 11.15.2013 sor5.xls
volkwagen coil cleaning equipment and chemical package proposal 10-13-2014.docx
volkswagen - media center - weld water closed loop 11.01.10.docx
volkswagen quote for bulk tank piping and replacement 3d trasar junction box covers -
10.31.2013.pdf
volkswagen water analysis log sheet for service engineer 04-15-2015.docx
wna, inc. scope of work for 2011-2012 east and west water treatment contract .pdf
volkswagen water analysis log sheet for service engineer 07.02.2014.docx
volkswagen water analysis log sheet for service engineer 02.14.13.docx
wna east plant 3dtrasar cooling tower data 04.30.2014.xls
volkswagen quote for metallurgy analytical analysis - 03.14.2013.pdf
volkswagen water analysis log sheet for service engineer 08.13.2014.docx
volkswagen quote for softener system rebuild kits - 05.19.2015.docx
volkswagen quote for softener system rebuild kits - 11.29.2012 ver.2.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 07.18.2011.pdf
volkswagen quote for 10 portable water analytical analysis - 05.06.2014.docx
volkswagen quote for assembly coil flo cleaning - breakdown - 12.02.2013.pdf
volkswagen water analysis log sheet for service engineer 05.30.13.docx
volkswagen - notes for corrosion coupon rack quote - 04.15.2013.pdf
volkswagen quote for closed loop biocide - nalco 77352na.15 - 11.11.2013.pdf
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 08.09.2011.pdf
volkswagen quote for weld water closed loop biocide - nalco 77352na.15 - 08.09.2011.doc
po6000040767 - water hardness test kit - not ordered - incorrect amount.pdf
wna, inc. scope of work for 2012-2013 east and west water treatment contract .pdf
volkswagen quote for assembly coil flo cleaning - breakdown - 12.02.2013.docx
po6000092239 - legionella testing and chemicals 09.28.2015.pdf
wna inc., water treatment contract - scope of work 2011-2012.pdf

FP 46615307.1

volkswagen - media center - chilled water system 05.14.2014.docx
volkswagen water analysis log sheet for service engineer 06.25.2014.docx
wna east plant 3dtrasar cooling tower data 05.29.2014.xls
volkswagen water analysis log sheet for service engineer 03-18-2015.docx
volkswagen quote for corrosion coupon rack (ver-2b) - 04.15.2013.pdf
volkswagen group of america, i__chattanooga, tn 37416_coil-flo cf500 service_872013_sor5.xls
volkswagen water analysis log sheet for service engineer 06.21.12.docx
volkswagen quote for nalco 3d trasar annual maintenance package - 10.27.2011.pdf
volkswagen hvac performance service proposal updated 11-5-13 (3).pdf
volkswagen water analysis log sheet for service engineer 05.02.13.docx
volkswagen quote for corrosion coupon rack (ver-2a) - 04.15.2013.docx
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 11.11.2013.docx
volkswagen water analysis log sheet for service engineer 01.24.13.docx
volkswagen water analysis log sheet for service engineer 11.01.12.docx
volkswagen water analysis log sheet for service engineer 02-04-2015.docx
wna, inc. scope of work for 2015-2016 east, central and west water treatment contract.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 07.18.2011.doc
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 06.24.2014.docx
volkswagen quote for air supply house biocide - lmi chemical pump - 04.28.2014 - nalcodirect.pdf
volkswagen quote for nalco onsite analytical testing equipment - 11.30.2012.pdf
volkswagen water analysis log sheet for service engineer 01-07-2015.docx
wna east plant - nalco 360 report - 12.10.2012.xls
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 08.09.2011.doc
volkswagen - notes for for analytical analysis quote - 05.03.2013.pdf
volkswagen water analysis log sheet for service engineer 10.29.13.docx
vw r3.pptx
volkswagen quote for metallurgy analytical analysis - 03.14.2013.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 09.18.2013.docx
po6000094750 - 3d trasar maintenance equipment - nov 2015.pdf
volkswagen water analysis log sheet for service engineer 03.14.13.docx
wna east plant - nalco 360 report - 12.17.2012.xls
volkswagen water analysis log sheet for service engineer 08.30.13.docx
volkswagen water analysis log sheet for service engineer 03.07.13.docx
volkswagen quote for bulk tank piping and replacement 3d trasar junction box covers - 10.31.2013.docx
volkswagen water analysis log sheet for service engineer 03.26.12.docx
volkswagen water analysis log sheet for service engineer 10.18.12.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 08.17.2015.docx
volkswagen water analysis log sheet for service engineer 04.26.12.docx
volkswagen quote for coil flo cleaning - daily cost breakdown - 08.08.2014.pdf
po6000093174 - bleach - 10.05.2015.pdf
volkswagen water analysis log sheet for service engineer 07.16.2014.docx
volkswagen - media center - chilled water system 05.07.2014.docx
po6000089834 - nalco 3dt260.33 - august 2015.pdf
volkswagen water analysis log sheet for service engineer 07.09.2014.docx

264

volkswagen water analysis log sheet for service engineer 04.09.2014.docx
volkswagen water analysis log sheet for service engineer 03-04-2015.docx
volkswagen water analysis log sheet for service engineer 05.17.12.docx
wna west plant 3dtrasar cooling tower data 05.29.2014.xls
volkswagen quote for hot water closed loop inhibitor - trac101.15 - 07.23.2015.pdf
po6000090892 - cooling tower and closed loop and makeup analytical testing - 09.01.2015.pdf
volkswagen quote for small closed loop inhibitor - trac100.11 - 08.01.2014.pdf
volkswagen quote for 8105 coag. - lmi chemical pump - 05.21.2014 - nalcodirect.pdf
wna, inc. scope of work for 2013-2014 east and west water treatment contract.pdf
volkswagen quote for hardness test kit and replacement reagents 06.27.2013.pdf
volkswagen water analysis log sheet for service engineer 01.10.13.docx
volkswagen water analysis log sheet for service engineer 04.02.2014.docx
volkswagen- ssoe-jake marshall cleaning, passivation, and treatment quote 06.07.10.docx
volkswagen quote for hot water closed loop inhibitor and biocide - trac101.15 and h-550.15 -
10.25.2012.pdf
volkswagen quote for hardness test kit and replacement reagents 06.27.2013.doc
volkswagen water analysis log sheet for service engineer 05.23.12.docx
volkswagen quote for entire replacement softener system - 11.29.2012 ver.2.doc
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 09.07.2011.pdf
volkswagen water analysis log sheet for service engineer 11.08.12.docx
po6000031829 - spare parts - ncm copper corrosion probe for 3d trasar.pdf
volkswagen water analysis log sheet for service engineer 07.09.13.docx
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 06.19.2012.pdf
volkswagen quote for cooling tower and closed loop biocides - 11.21.2014.docx
volkswagen water analysis log sheet for service engineer 12.07.12.docx
volkswagen water analysis log sheet for service engineer 01.08.2014.docx
volkswagen water analysis log sheet for service engineer 12.13.12.docx
wna west plant - nalco 360 report - 11.12.2012.xls
volkswagen quote for cooling tower inhibitor - nalco 3dt260.33 - 08.12.2014.pdf
volkswagen quote for body shop coil flo cleaning - breakdown - 11.12.2013.pdf
volkswagen water analysis log sheet for service engineer 07.19.12.docx
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 10.04.2011.pdf
volkswagen - spreadsheet to calculate system volumes based upon inhibitor dosage.xls
volkswagen water analysis log sheet for service engineer 11.26.2014.docx
volkswagen - media center - chilled water system 04.30.2014.docx
volkswagen - media center - action plan for closed loops 11.19.10.docx
wna west plant 3dtrasar cooling tower data 08.05.13.xls
volkswagen__chattanooga, tn 37416_coil-flo cf500 service_1152013_sor5.xls
volkswagen quote for chilled water and hot water closed loop inhibitor - trac100.15 -
07.18.2011.doc
volkswagen water analysis log sheet for service engineer 04.12.12.docx
wna, inc. scope of work for 2014-2015 east and west water treatment contract.pdf
wna east plant - nalco 360 report - 12.04.2012.xls
volkswagen - quote for weld water closed loop system survey 10.20.11.docx
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 03.11.2013.docx

265

volkswagen quote for coil flo cleaning chemicals - 10.15.2015.docx
nalco 2014 - 2015 wwt bid pricing sheet - wwt chemicals master pricing sheet - ver 2.xlsx
jake marshall - vw warranty letter 05012010.pdf
volkswagen quote for corrosion coupon rack (ver-2b) - 04.15.2013.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 06.24.2014.pdf
volkswagen water analysis log sheet for service engineer 04.23.2014.docx
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 08.09.2011.pdf
volkswagen water analysis log sheet for service engineer 04.04.13.docx
volkswagen quote for hardness test kit and additional spare parts 11.18.2012.pdf
volkswagen group of america - media building 07-08-2015 - revision.pdf
pricing_matrix_bidders - comparing 2015 to 2016 pricing.pdf
volkswagen quote for softener system rebuild kits - 05.19.2015.pdf
po6000087790 - nalco 1338.33 - 07.02.2015.pdf
wna east plant - nalco 360 report - 11.19.2012.xls
volkswagen water analysis log sheet for service engineer 09.03.13.docx
volkswagen water analysis log sheet for service engineer 08.03.12.docx
volkswagen quote for ion exchange bottle service -softener back-up plan - 11.29.2012.pdf
volkswagen quote for metallurgy analytical analysis - 05.01.2012.doc
volkswagen quote for replacement softener and entire system rebuild kit - 11.29.2012.pdf
volkswagen quote for water treatment inhibitor and biocides - 12.04..2012.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 02.13.2015.pdf
volkswagen water analysis log sheet for service engineer 12-10-14.docx
volkswagen quote for replacement softener and entire system rebuild kit - 11.29.2012.doc
volkswagen quote for cooling tower nonoxidizing biocide - nalco 7330.15 - 07.31.2012.pdf
volkswagen quote for cooling tower inhibitor - nalco 3dt260.33 - 08.12.2014.docx
volkswagen quote for coil flo cleaning - daily cost breakdown - 09.04.2014.docx
volkswagen quote for coil flo cleaning - annual cost breakdown - 10.28.2014.pdf
volkwagen coil cleaning equipment and chemical package proposal 10-28-2014.pdf
wna east plant - nalco 360 report - 11.26.2012.xls
wna, inc. scope of work for 2014-2015 east and west water treatment contract - signed.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 09.18.2013.pdf
volkswagen water analysis log sheet for service engineer 04-29-2015.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 08.17.2015.pdf
volkswagen water analysis log sheet for service engineer 03-25-2015.docx
volkswagen water analysis log sheet for service engineer 12.03.13.docx
fm sylvan - fire station chilled water closed loop cleaning and passivation letter.docx
volkswagen water analysis log sheet for service engineer 07.12.12.docx
volkswagen water analysis log sheet for service engineer 10.05.12.docx
volkswagen quote for water treatment inhibitor and biocides - 12.04.2012.doc
volkswagen water analysis log sheet for service engineer 02.21.13.docx
volkswagen quote for 10 portable water analytical analysis - 05.06.2014.pdf
volkswagen quote for hot water closed loop inhibitor and biocide - trac101.15 and h-550.15 - 10.25.2012.doc
volkswagen water analysis log sheet for service engineer 06.18.2014.docx
volkswagen water analysis log sheet for service engineer 08.23.12.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 10.09.12.pdf

FP 46615307.1

volkswagen water analysis log sheet for service engineer 01-21-2015.docx
po6000031825 - spare parts - ncm mild steel corrosion probe for 3d trasar.pdf
volkswagen water analysis log sheet for service engineer 11.26.13.docx
volkswagen water analysis log sheet for service engineer 03.19.2014.docx
volkswagen water analysis log sheet for service engineer 04-01-2015.docx
volkswagen water analysis log sheet for service engineer 9.24.2013.docx
volkswagen quote for nalco onsite analytical testing equipment - 11.30.2012.doc
volkswagen water analysis log sheet for service engineer 03.28.13.docx
volkswagen water analysis log sheet for service engineer 05.19.2014.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 10.29.2014.pdf
volkswagen water analysis log sheet for service engineer 07.26.12.docx
volkswagen quote for small closed loop inhibitor - trac100.11 - 08.01.2014.docx
volkswagen quote for nalco 8105 chemical injection pump - 05.21.2014.pdf
volkswagen water analysis log sheet for service engineer 04.24.13.docx
volkswagen quote for ion exchange bottle service -softener back-up plan - 11.29.2012.doc
volkswagen - body shop wwcl diagram headers with colored sample points .xlsx
volkswagen quote for legionella analytical testing 09.24.2015.docx
volkswagen - media center - weld water closed loop 08.23.10.docx
volkswagen quote for small closed loop inhibitor - trac200.11 - 09.09.2014.pdf
volkswagen quote for corrosion coupon rack (ver-2a) - 04.15.2013.pdf
volkswagen quote for hot water closed loop inhibitor - trac101.15 - 07.23.2015.docx
volkswagen water analysis log sheet for service engineer 12-17-14.docx
volkswagen quote for cooling tower and closed loop biocides - 11.21.2014.pdf
volkswagen water analysis log sheet for service engineer 06.04.2014.docx
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 03.11.2013.pdf
volkswagen water analysis log sheet for service engineer 08.13.13.docx
volkswagen quote for metallurgy analytical analysis - 05.01.2012.pdf
volkswagen water analysis log sheet for service engineer 07.30.2014.docx
wna east plant - nalco 360 report - 11.12.2012.xls
volkswagen- ssoe-jake marshall cleaning, passivation, and treatment quote 06.07.10.pdf
volkswagen water analysis log sheet for service engineer 10.11.12.docx
volkswagen water analysis log sheet for service engineer 05-27-2015.docx
volkswagen water analysis log sheet for service engineer 02.28.13.docx
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 04.24.2013.pdf
volkswagen - media center - quarterly microbio report 03.21.12.docx
volkswagen quote for air supply house biocide - nalco 7330 chemical tanks with containment - 04.28.2014 - nalcodirect.pdf
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 10.29.2014.docx
volkswagen water analysis log sheet for service engineer 10.25.12.docx
po6000066857 - tests for 2nd round of potable water samples - microbio only.pdf
wna inc., chattanooga facility water treatment contract worksheet 2013-2014 for both plants.xlsx
wna west plant - nalco 360 report - 11.26.2012.xls
po6000031819 - spare parts - 316ss injection quill with check valve.pdf
wna west plant - nalco 360 report - 12.10.2012.xls
volkswagen spare parts list and price breakdown - august 8, 2013.pdf
volkswagen water analysis log sheet for service engineer 07.05.12.docx

FP 46615307.1

volkswagen quote for hot water closed loop oxygen scavenger and metal passivator - nalco cnqr3485.15 - 10.13.2011.pdf
volkswagen quote for closed loop inhibitors - trac100.15 and cnqr 3485 - 11.29.2011.pdf
volkswagen water analysis log sheet for service engineer 09.20.12.docx
pma worksheet american plastics (dec.1, 2003 to jan 31, 2005).xls
volkswagen quote for chilled water closed loop inhibitor - trac101.15 and h-550.15 - 06.19.2012.pdf
volkswagen water analysis log sheet for service engineer 12.20.12.docx
volkswagen water analysis log sheet for service engineer 04-22-2015.docx
wna west plant 3dtrasar cooling tower data 04.30.2014.xls
volkswagen water analysis log sheet for service engineer 02.07.13.docx
volkswagen quote for 8105 coag. - lmi chemical pump with 4-20 - 05.21.2014 - nalcodirect.pdf
volkswagen water analysis log sheet for service engineer 11.12.13.docx
volkswagen water analysis log sheet for service engineer 04-08-2015.docx
volkswagen water analysis log sheet for service engineer 01.17.13.docx
volkswagen quote for body shop coil flo cleaning - breakdown - 11.12.2013.docx
volkswagen water analysis log sheet for service engineer 08.30.12.docx
volkswagen quote for hot water closed loop oxygen scavenger and metal passivator - nalco cnqr3485.15 - 10.13.2011.doc
volkswagen water analysis log sheet for service engineer 05.29.2014.docx
volkswagen spare parts list and price breakdown - august 8, 2013.xlsx
volkswagen water analysis log sheet for service engineer 09.26.12.docx
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 08.09.2011.doc
volkswagen - media center - weld water closed loop 01.12.11.docx
volkwagen coil cleaning equipment and chemical package proposal 10-28-2014.docx
volkswagen - media center - chilled water system 04.16.2014.docx
volkswagen quote for hardness test kit and additional spare parts 11.18.2012.doc
volkswagen water analysis log sheet for service engineer 03.21.13.docx
volkswagen water analysis log sheet for service engineer 11.15.12.docx
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - 08.08.2013.pdf
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 06.19.2012.doc
volkswagen quote for weld water closed loop inhibitor - trac100.15 - 09.07.2011.doc
volkswagen water analysis log sheet for service engineer 11.19.13.docx
volkswagen water analysis log sheet for service engineer 01-14-2015.docx
volkswagen revised quote for closed loop treatment package 2.08.2011.pdf
wna west plant - nalco 360 report - 11.19.2012.xls
volkswagen water analysis log sheet for service engineer 05-06-2015.docx
volkswagen water analysis log sheet for service engineer 06.14.12.docx
volkswagen quote for cooling tower and closed loop biocides - 05.13.2014.docx
volkswagen quote for 5 gal pot feeder for fire-security building 02.19.2014.pdf
volkswagen - media center - chilled water system 04.09.2014.docx
po6000095560 - nalco 3dt260.33 - nov. 2015.pdf
volkswagen water analysis log sheet for service engineer 07.23.2014.docx
volkswagen water analysis log sheet for service engineer 05-13-2015.docx
volkswagen water analysis log sheet for service engineer 01.31.13.docx
volkswagen__chattanooga, tn 37416_coil-flo cf500 service 12.09.2013 sor5.xls

FP 46615307.1

volkswagen water analysis log sheet for service engineer 01-28-2015.docx
volkswagen - media center - chilled water system 04.02.2014.docx
volkswagen quote for 6 portable water analytical analysis - microbio only - 06.18.2014.pdf
wna east plant - nalco 360 report - 12.31.2012.xls
volkswagen - media center - chilled water system 03.19.2014.docx
po6000094967 - trac100.15 - nov 2015.pdf
volkswagen water analysis log sheet for service engineer 03.28.12.docx
volkswagen media building maintenance contractor bid letter 04.23.2010.pdf
po6000093833 - coil cleaning chemistry - 10.15.2015.pdf
volkswagen quote for softener system rebuild kits - 11.29.2012 ver.2.doc
volkswagen water analysis log sheet for service engineer 06.11.2014.docx
volkswagen water analysis log sheet for service engineer 05.31.12.docx
volkswagen group of america 2014 pricing letter - january 2014.docx
volkswagen - quote for weld water closed loop system survey - part 2 - 01.02.12.docx
wna, inc. scope of work for 2010-2011 water treatment contract.pdf
volkswagen quote for chilled water closed loop inhibitor - trac100.15 - 08.08.2013.docx
wna inc._1080256_chattanooga, tennessee 37421_softener filter resinmedia
replacement_9132011_sor41.xls
volkswagen water analysis log sheet for service engineer 03-11-2015.docx
wna east plant - nalco 360 report - 12.24.2012.xls
volkswagen water analysis log sheet for service engineer 06.06.12.docx
volkwagen coil cleaning equipment and chemical package proposal 10-13-2014.pdf
volkswagen revised quote for closed loop treatment package 2.08.2011.doc
volkswagen water analysis log sheet for service engineer 10.17.2013.docx
volkswagen water analysis log sheet for service engineer 10.22.13.docx
volkswagen quote for hot water closed loop inhibitor - nalco trac101.15 - nalco direct
05.26.2015.pdf
volkswagen water analysis log sheet for service engineer 09.06.12.docx
volkswagen quote for nalco 3d trasar annual maintenance package - 10.27.2011.doc
volkswagen quote for cooling tower nonoxidizing biocide - nalco 7330.15 - 07.31.2011.doc
fm sylvan - fire station chilled water closed loop cleaning and passivation letter.pdf
volkswagen quote for air supply house biocide - nalco 7330.12 - 04.28.2014 - nalcodirect.pdf
po6000045991 - wwt & ro specialized chemical service package - april 2013.pdf
volkswagen water analysis log sheet for service engineer 04.11.13.docx
volkswagen water analysis log sheet for service engineer 11.28.12.docx
wna west plant - nalco 360 report - 12.04.2012.xls
volkswagen quote for 6 portable water analytical analysis - microbio only - 06.18.2014.docx
volkswagen group of america 2014 pricing letter - january 2014.pdf
volkswagen water analysis log sheet for service engineer 05.23.13.docx
volkswagen water analysis log sheet for service engineer 10.08.13.docx
volkswagen water analysis log sheet for service engineer 06-03-2015.docx
volkswagen - wwcl - nalco 360 report - 06.10.2013.xls
volkswagen - cwcl - nalco 360 report 02.17.2014.xls
volkswagen - wwct - nalco 360 report 08.12.2013.xls
volkswagen - wwcl - nalco 360 report - 07.23.2012.xls
volkswagen cwct - nalco 360 report - 12.17.2012.xls

FP 46615307.1

enu - abednego enivro svcs llcchattanooga - volkswagen domestic water - nw081522 - 00800115.pdf
volkswagen cwct - nalco 360 report - 10.29.2012.xls
volkswagen group of america - media building 03-04-2015.pdf
volkswagen - wwcl - nalco 360 report - 12.24.2012.xls
volkswagen - cwcl - nalco 360 report 10.07.2013.xls
volkswagen cwct - nalco 360 report - 08.19.2013.xls
volkswagen group of america - chattanooga - weld water cooling tower - 09.23.2012.pdf
volkswagen - cwcl - nalco 360 report 04.14.2014.xls
volkswagen - cwcl - nalco 360 report 02.03.2014.xls
volkswagen - wwct - nalco 360 report - 07.23.2012.xls
volkswagen - wwct - nalco 360 report - 08.20.2012.xls
volkswagen cwct - nalco 360 report - 01.14.2014.xls
volkswagen - wwct - nalco 360 report 11.11.2013.xls
volkswagen - wwcl - nalco 360 report - 03.03.2014.xls
volkswagen - training center.docx
volkswagen cwct - nalco 360 report - 08.05.2013.xls
volkswagen cwct - nalco 360 report - 10.21.2013.xls
volkswagen group of america - chattanooga - hot water + weld water closed loop makeup - 06.25.2012.pdf
volkswagen cwct - nalco 360 report - 07.23.2012.xls
volkswagen - cwcl - nalco 360 report 07.08.2013.xls
volkswagen cwct - nalco 360 report - 11.04.2013.xls
volkswagen - wwct - nalco 360 report 08.05.2013.xls
volkswagen - wwcl - nalco 360 report - 10.22.2012.xls
volkswagen cwct - nalco 360 report - 07.08.2013.xls
volkswagen - wwcl - nalco 360 report - 11.26.2012.xls
volkswagen - cwcl - nalco 360 report 04.07.2014.xls
volkswagen - wwct - nalco 360 report 03.25.2013.xls
volkswagen - wwct - nalco 360 report 12.16.2013.xls
volkswagen group of america - chattanooga - weld water cooling tower - 06.25.2012.pdf
volkswagen - weld water closed loop- body welder hip 1b12 june 2011-.pdf
volkswagen group of america - media building 06-24-2015.pdf
volkswagen - cwcl - nalco 360 report 11.25.2013.xls
volkswagen - wwct - nalco 360 report - 09.17.2012.xls
volkswagen - chilled water cooling tower - water analysis march 2012.pdf
enu - volkswagen group of america - chattanooga - water leak test booth 1 lp stage - nd029315 - 01153062.pdf
volkswagen - wwcl - nalco 360 report - 12.30.2013.xls
volkswagen - wwct - nalco 360 report - 06.11.2012.xls
volkswagen cwct - nalco 360 report - 02.17.2014.xls
volkswagen - wwct - nalco 360 report 01.21.2013.xls
volkswagen group of americachattanooga - chilled water closed loop - 09.23.2012.pdf
volkswagen group of america - chattanooga - chilled water closed loop - 06.25.2012.pdf
volkswagen - wwct - nalco 360 report - 04.23.2012.xls
volkswagen - training center 2.19.10.docx

270

volkswagen - wwcl - nalco 360 report - 01.07.2013.xls
volkswagen - wwct - nalco 360 report - 10.22.2012.xls
volkswagen cwct - nalco 360 report - 11.19.2012.xls
volkswagen cwct - nalco 360 report - 03.31.2014.xls
volkswagen - cwcl - nalco 360 report 10.20.2014.xls
volkswagen - cwcl - nalco 360 report 05.20.2013.xls
volkswagen cwct - nalco 360 report 02.25.2013.xlsx
enu - volkswagen group of america - chattanooga - location b14-5 - nw129615 - 01164563.pdf
volkswagen - wwcl - nalco 360 report - 09.23.2013.xls
volkswagen - wwcl - nalco 360 report - 09.03.2013.xls
volkswagen - wwct - nalco 360 report 10.21.2013.xls
volkswagen - cwcl - nalco 360 report 12.30.2013.xls
volkswagen - wwcl - nalco 360 report - 01.14.2014.xls
volkswagen - cwcl - nalco 360 report 10.28.2013.xls
enu - volkswagen group of america - chattanooga - location a8-10-1 - nw129612 - 01164560.pdf
volkswagen - wwct - nalco 360 report - 09.24.2012.xls
volkswagen group of america - ro reject water - may 2012 .pdf
volkswagen - wwcl - nalco 360 report - 05.06.2013.xls
volkswagen cwct - nalco 360 report - 05.20.2013.xls
volkswagen cwct - nalco 360 report - 01.14.2013.xls
volkswagen cwct - nalco 360 report - 12.02.2013.xls
volkswagen cwct - nalco 360 report - 09.16.2013.xls
volkswagen - wwcl - nalco 360 report - 03.31.2014.xls
volkswagen cwct - nalco 360 report - 08.26.2013.xls
volkswagen cwct - nalco 360 report - 04.16.2012.xls
volkswagen cwct - nalco 360 report - 05.07.2012.xls
volkswagen - cwcl - nalco 360 report 07.29.2013.xls
volkswagen group of america - chattanooga - industrial water - 09.23.2012.pdf
volkswagen - wwcl - nalco 360 report - 09.16.2013.xls
volkswagen group of america - media building 08-12-2015.pdf
volkswagen cwct - nalco 360 report - 03.18.2013.xls
volkswagen cwct - nalco 360 report - 12.24.2012.xls
enu - volkswagen group of america - chattanooga - location b13-5 - nw129609 - 01164526.pdf
volkswagen - cwcl - nalco 360 report 11.11.2013.xls
volkswagen group of america - media building 10-28-2015.pdf
volkswagen group of america - chattanooga - weld water closed loop - 06.25.2012.pdf
volkswagen group of america - media building 09-23-2015.pdf
volkswagen - cwcl - nalco 360 report 03.11.2013.xls
volkswagen cwct - nalco 360 report - 06.17.2013.xls
volkswagen - wwcl - nalco 360 report - 01.27.2014.xls
volkswagen - wwct - nalco 360 report - 06.18.2012.xls
volkswagen - wwct - nalco 360 report 10.07.2013.xls
weld water closed loop - underbody gfo2 welder 2040r04 - water analysis - november 2010.pdf
volkswagen - wwcl - nalco 360 report - 05.20.2013.xls
volkswagen cwct - nalco 360 report - 11.25.2013.xls
volkswagen cwct - nalco 360 report - 03.25.2013.xls

271

volkswagen - cwcl - nalco 360 report 05.27.2013.xls
volkswagen - wwct - nalco 360 report 05.20.2013.xls
volkswagen - cwcl - nalco 360 report 06.10.2013.xls
volkswagen cwct - nalco 360 report - 04.29.2013.xls
volkswagen cwct - nalco 360 report - 12.31.2012.xls
volkswagen - wwct - nalco 360 report 01.14.2013.xls
volkswagen - wwcl - nalco 360 report - 06.17.2013.xls
volkswagen - cwcl - nalco 360 report 10.14.2013.xls
volkswagen- hot water closed loop - particle analysis may 2011.pdf
volkswagen - wwcl - nalco 360 report - 10.28.2013.xls
volkswagen - wwcl - nalco 360 report - 07.08.2013.xls
volkswagen - wwct - nalco 360 report - 07.02.2012.xls
volkswagen cwct - nalco 360 report - 04.01.2013.xls
weld water closed loop 3dt controller sample - microbiological analysis - november 2010.pdf
volkswagen - weld water closed loop - particle and water analysis august 2011.pdf
volkswagen - wwcl - nalco 360 report - 02.03.2014.xls
volkswagen - wwcl - nalco 360 report - 01.14.2013.xls
volkswagen - wwct - nalco 360 report 01.07.2013.xls
volkswagen cwct - nalco 360 report - 04.09.2012.xls
volkswagen - wwct - nalco 360 report - 05.21.2012.xls
volkswagen - wwct - nalco 360 report 09.30.2013.xls
volkswagen - wwct - nalco 360 report 04.01.2013.xls
om0108-3d trasar 5500 i & o manual ver. 8.0-compressed.pdf
volkswagen - wwct - nalco 360 report 04.22.2013.xls
volkswagen - wwct - nalco 360 report 03.11.2013.xls
volkswagen - wwct - nalco 360 report 05.06.2013.xls
volkswagen - cwcl - nalco 360 report 04.01.2013.xls
volkswagen cwct - nalco 360 report - 09.10.2012.xls
volkswagen group of america - hot water closed loop primary pumps deposit sample - may 2012.pdf
volkswagen - wwct - nalco 360 report 08.19.2013.xls
volkswagen - wwcl - nalco 360 report - 12.02.2013.xls
volkswagen cwct - nalco 360 report - 08.13.2012.xls
volkswagen cwct - nalco 360 report - 06.10.2013.xls
volkswagen group of america chattanooga - microbio analysis for all cooling water system - march 2012 .pdf
enu - volkswagen group of america - chattanooga - location a8-5 - nw129613 - 01164561.pdf
volkswagen - cwcl - nalco 360 report 03.10.2014.xls
volkswagen - wwcl - nalco 360 report - 10.29.2012.xls
hot water closed loop primary pump deposit analysis march 2011.pdf
volkswagen cwct - nalco 360 report - 03.24.2014.xls
enu - abednego enivro svcs llcchattanooga - ro cleaning tank lines - nw081523 - 00800441.pdf
volkswagen - cwcl - nalco 360 report 08.05.2013.xls
volkswagen - cwcl - nalco 360 report 12.23.2013.xls
volkswagen group of america - media building 02-25-2015.pdf
volkswagen - wwcl - nalco 360 report - 07.16.2012.xls

272

volkswagen - wwct - nalco 360 report - 04.16.2012.xls
enu - volkswagen group of america - chattanooga - location b4-5 - nw129608 - 01164525.pdf
volkswagen cwct - nalco 360 report - 04.08.2013.xls
volkswagen - wwcl - nalco 360 report - 08.27.2012.xls
volkswagen - wwcl and hhw make-up water - water analysis march 2012.pdf
volkswagen - wwcl - nalco 360 report - 08.20.2012.xls
volkswagen - wwcl - nalco 360 report - 09.17.2012.xls
volkswagen group of america - ro influent water @ cf101 - june 2012 .pdf
volkswagen - wwct - nalco 360 report - 04.30.2012.xls
volkswagen - wwct - nalco 360 report - 07.09.2012.xls
volkswagen - cwcl nalco 360 report 01.14.2014.xls
volkswagen - wwcl - nalco 360 report - 09.24.2012.xls
enu - volkswagen group of america - chattanooga - water leak test booth 1 hp stage - nd029316 - 01153424.pdf
product bulletin_ schweitzer chemie st-dos h-390_ small chiller inhibitor and spec sheet.pdf
volkswagen - body welder hip 1b12 - 103h501 june 2011.pdf
volkswagen - wwcl - nalco 360 report - 02.18.13.xls
weld water closed loop 3dt controller - deposit analysis - november 2010.pdf
volkswagen - wwcl - nalco 360 report - 08.06.2012.xls
volkswagen - wwcl - nalco 360 report - 02.17.2014.xls
volkswagen cwct - nalco 360 report - 04.23.2012.xls
volkswagen - wwct - nalco 360 report - 07.30.2012.xls
volkswagen cwct - nalco 360 report - 11.11.2013.xls
volkswagen - wwct - nalco 360 report 07.08.2013.xls
volkswagen - wwct - nalco 360 report 03.18.2013.xls
volkswagen group of america - media building 03-25-2015.pdf
volkswagen - wwcl - nalco 360 report - 12.09.2013.xls
volkswagen - cwcl nalco 360 report 03.03.2014.xls
volkswagen - cwcl nalco 360 report 06.17.2013.xls
enu - volkswagen group of america - chattanooga - water leak test booth 1 hp stage - nd029316 - 01153424 attachment_1.pdf
volkswagen - media building systems differential microbiological analysis - march 2012.pdf
volkswagen - cwcl - nalco 360 report 02.11.2013.xlsx
volkswagen group of america chattanooga - wwct - cwct - cwcl dma - 09.23.2012.pdf
volkswagen group of america - media building 01-28-2015.pdf
volkswagen group of america - media building 09-09-2015.pdf
fire station domestic water sample - microbiological analysis - october 2010.pdf
volkswagen - wwcl - nalco 360 report - 09.09.2013.xls
volkswagen group of america - chattanooga - hot water closed loop - 06.25.2012.pdf
volkswagen - wwcl - nalco 360 report - 04.29.2013.xls
enu - volkswagen group of americachattanooga - vw domestic water - nw121008 - 01095579.pdf
volkswagen - wwct - nalco 360 report -11.19.xls
volkswagen cwct - nalco 360 report - 11.26.2012.xls
volkswagen cwct - nalco 360 report - 06.04.2012.xls
volkswagen - wwcl - nalco 360 report - 09.10.2012.xls
volkswagen group of america chattanooga - industrial water - 06.25.2012.pdf

273

volkswagen - media center - weld water system 05.29.2014.docx
volkswagen group of america - media building 02-19-2015.pdf
volkswagen - wwct - nalco 360 report 06.10.2013.xls
volkswagen group of america - chattanooga - chilled water cooling tower - 06.25.2012.pdf
volkswagen - wwcl - nalco 360 report - 08.19.2013.xls
volkswagen cwct - nalco 360 report - 10.15.2012.xls
volkswagen - cwcl nalco 360 report 08.12.2013.xls
volkswagen - wwcl - nalco 360 report - 02.24.2014.xls
enu - volkswagen group of america - chattanooga - location a11-10 - nw129614 - 01164562.pdf
volkswagen - wwcl - nalco 360 report - 04.01.2013.xls
volkswagen cwct - nalco 360 report - 10.20.2014.xls
volkswagen - wwcl - nalco 360 report - 05.27.2013.xls
volkswagen cwct - nalco 360 report - 07.02.2012.xls
weld water closed loop 3dt controller sample - water analysis including unfiltered - november 2010.pdf
volkswagen cwct - nalco 360 report - 01.28.2013.xls
volkswagen cwct - nalco 360 report - 02.24.2014.xls
volkswagen cwct - nalco 360 report 02.18.2013.xlsx
volkswagen - wwcl - nalco 360 report - 07.30.2012.xls
volkswagen cwct - nalco 360 report - 10.22.2012.xls
iwaki walchem chemical pump nalco part number 121_pj4006.88 brochure.pdf
volkswagen - wwcl - nalco 360 report - 03.18.2013.xls
volkswagen - cwcl - nalco 360 report 04.22.2013.xls
volkswagen cwct - nalco 360 report - 10.28.2013.xls
volkswagen - cwcl - nalco 360 report 09.03.2013.xls
volkswagen group of america chattanooga - wwcl - ww make-up tank dma - 09.23.2012.pdf
volkswagen cwct - nalco 360 report - 09.23.2013.xls
volkswagen group of america - media building 09-02-2015.pdf
volkswagen cwct - nalco 360 report - 08.12.2013.xls
volkswagen - wwcl - nalco 360 report - 11.25.2013.xls
volkswagen - wwcl - nalco 360 report - 12.22.2014.xls
volkswagen - cwcl - nalco 360 report 02.18.2013.xlsx
volkswagen cwct - nalco 360 report - 09.04.2012.xls
volkswagen group of america - media building 08-20-2015.pdf
volkswagen group of america - media building 06-18-2015.pdf
volkswagen - wwct - nalco 360 report 11.18.2013.xls
volkswagen - wwct - nalco 360 report -12.24.xls
volkswagen - chilled water closed loop - particle and water analysis january 2012.pdf
volkswagen - wwct - nalco 360 report - 08.13.2012.xls
volkswagen - cwcl - nalco 360 report 06.24.2013.xls
volkswagen - wwcl - nalco 360 report - 01.20.2014.xls
volkswagen cwct - nalco 360 report - 11.12.2012.xls
volkswagen cwct - nalco 360 report - 10.08.2012.xls
volkswagen group of america chattanooga - wwcl cwcl wwct cwct dma - 06.25.2012.pdf
volkswagen - cwcl - nalco 360 report 09.30.2013.xls
volkswagen - weld water closed loop - january 2011.pdf

274

volkswagen cwct - nalco 360 report - 02.10.2014.xls
volkswagen - wwct - nalco 360 report - 10.08.2012.xls
volkswagen group of america - media building 04-15-2015.pdf
volkswagen - cwcl - nalco 360 report 09.09.2013.xls
volkswagen group of america - media building 10-14-2015.pdf
volkswagen - wwcl - nalco 360 report - 11.05.2012.xls
volkswagen - wwcl - nalco 360 report - 04.08.2013.xls
enu - volkswagen group of americachattanooga - vw paint b-22 restroom - nw120683 -
01093376.pdf
volkswagen - cwcl - nalco 360 report 07.15.2013.xls
volkswagen - wwct - nalco 360 report 03.04.2013.xls
volkswagen cwct - nalco 360 report - 04.02.2012.xls
volkswagen cwct - nalco 360 report - 12.10.2012.xls
volkswagen - wwct - nalco 360 report 04.15.2013.xls
volkswagen - wwct - nalco 360 report 02.11.13.xlsx
volkswagen - wwcl - nalco 360 report - 12.15.2014.xls
volkswagen - wwct - nalco 360 report - 08.27.2012.xls
volkswagen cwct - nalco 360 report - 12.04.2012.xls
volkswagen - wwct - nalco 360 report - 04.09.2012.xls
volkswagen cwct - nalco 360 report - 01.20.2014.xls
enu - volkswagen group of americachattanooga - vw kitchen (main cafeteria) - nw120685 -
01093378.pdf
volkswagen cwct - nalco 360 report - 07.16.2012.xls
volkswagen - wwct - nalco 360 report - 08.06.2012-in-5cg82658k7.xls
volkswagen - wwcl - nalco 360 report - 12.10.2012.xls
volkswagen group of america - media building 04-08-2015.pdf
volkswagen group of america - media building 02-04-2015.pdf
volkswagen group of america - chattanooga - chilled water cooling tower - 09.23.2012.pdf
volkswagen cwct - nalco 360 report - 09.24.2012.xls
volkswagen - wwct - nalco 360 report -11.26.xls
volkswagen - media center - weld water system 06.11.2014.docx
volkswagen group of america - chattanooga - weld hot water closed loop makeup -
09.23.2012.pdf
volkswagen - wwcl - nalco 360 report 02.11.13.xlsx
volkswagen - cwcl - nalco 360 report 09.23.2013.xls
volkswagen - hot water closed loop - water analysis march 2012.pdf
volkswagen - wwct - nalco 360 report - 05.07.2012.xls
volkswagen cwct - nalco 360 report - 08.20.2012.xls
volkswagen cwct - nalco 360 report - 12.09.2013.xls
volkswagen cwct - nalco 360 report - 07.29.2013.xls
volkswagen - wwcl - nalco 360 report - 10.08.2012.xls
volkswagen - wwct - nalco 360 report 01.28.2013.xls
volkswagen group of america - metallographic analysis - may 2012 .pdf
volkswagen - wwct - nalco 360 report - 10.15.2012.xls
volkswagen - cwcl - nalco 360 report 03.24.2014.xls
volkswagen cwct - nalco 360 report - 07.30.2012.xls

275

volkswagen - wwcl - nalco 360 report - 07.09.2012.xls
volkswagen - wwct - nalco 360 report - 12.04.xls
volkswagen cwct - nalco 360 report - 05.13.2013.xls
volkswagen - wwcl - nalco 360 report - 12.04.2012.xls
volkswagen cwct - nalco 360 report - 07.15.2013.xls
volkswagen - cwcl - nalco 360 report 09.16.2013.xls
volkswagen group of america - media building 07-22-2015.pdf
volkswagen - wwct - nalco 360 report 06.17.2013.xls
volkswagen - cwcl - nalco 360 report 02.25.2013.xlsx
volkswagen group of america - chattanooga - weld water closed loop - 09.23.2012.pdf
volkswagen - wwct - nalco 360 report 09.09.2013.xls
volkswagen cwct - nalco 360 report - 01.06.2014.xls
volkswagen cwct - nalco 360 report - 06.18.2012.xls
volkswagen - wwcl - nalco 360 report - 12.29.2014.xls
volkswagen cwct - nalco 360 report - 12.23.2013.xls
volkswagen - wwct - nalco 360 report 11.04.2013.xls
volkswagen cwct - nalco 360 report - 08.06.2012.xls
volkswagen - wwct - nalco 360 report 08.26.2013.xls
volkswagen - cwcl - nalco 360 report 12.02.2013.xls
volkswagen cwct - nalco 360 report - 05.28.2012.xls
volkswagen cwct - nalco 360 report - 11.18.2013.xls
volkswagen - cwcl - nalco 360 report 01.28.2013.xls
volkswagen - wwcl - nalco 360 report - 10.15.2012.xls
volkswagen - wwcl - nalco 360 report - 08.12.2013.xls
volkswagen - wwcl - nalco 360 report - 11.04.2013.xls
volkswagen - wwcl - nalco 360 report - 03.25.2013.xls
volkswagen - cwcl - nalco 360 report 04.08.2013.xls
volkswagen cwct - nalco 360 report - 04.30.2012.xls
volkswagen cwct - nalco 360 report - 04.15.2013.xls
volkswagen group of americachattanooga - hot water closed loop - 09.23.2012.pdf
volkswagen group of america - media building 10-21-2015.pdf
volkswagen - cwcl - nalco 360 report 04.15.2013.xls
volkswagen - cwcl - nalco 360 report 03.17.2014.xls
volkswagen cwct - nalco 360 report - 06.11.2012.xls
volkswagen - wwct - nalco 360 report 12.09.2013.xls
volkswagen cwct - nalco 360 report - 12.30.2013.xls
volkswagen - wwcl - nalco 360 report - 11.11.2013.xls
volkswagen group of america - media building 07-15-2015.pdf
volkswagen cwct - nalco 360 report - 09.03.2013.xls
volkswagen - wwct - nalco 360 report - 09.10.2012.xls
volkswagen - wwct - nalco 360 report 12.02.2013.xls
volkswagen - cwcl - nalco 360 report 10.21.2013.xls
weld water closed loop 3dt controller sample - water analysis - november 2010 ver2.pdf
volkswagen - cwcl - nalco 360 report 03.18.2013.xls
volkswagen - wwcl - nalco 360 report - 08.26.2013.xls
volkswagen - wwcl - nalco 360 report - 01.06.2014.xls

276

volkswagen - wwct - nalco 360 report -12.10.xls
volkswagen - wwct - nalco 360 report 06.24.2013.xls
volkswagen - wwct - nalco 360 report - 10.29.2012.xls
volkswagen - wwcl - nalco 360 report - 02.10.2014.xls
volkswagen - weld water cooling tower - water analysis march 2012.pdf
volkswagen - wwcl - nalco 360 report - 11.18.2013.xls
volkswagen cwct - nalco 360 report - 12.29.2014.xls
volkswagen - cwcl - nalco 360 report 08.26.2013.xls
volkswagen cwct - nalco 360 report - 04.07.2014.xls
volkswagen - cwcl - nalco 360 report 04.29.2013.xls
volkswagen - wwcl - nalco 360 report - 09.30.2013.xls
volkswagen - wwcl - nalco 360 report - 07.29.2013.xls
volkswagen - wwcl - nalco 360 report - 07.22.2013.xls
volkswagen - wwcl - nalco 360 report - 01.28.2013.xls
volkswagen - wwcl - nalco 360 report - 03.17.2014.xls
volkswagen - wwcl - nalco 360 report - 12.31.2012.xls
volkswagen - cwcl - nalco 360 report 07.22.2013.xls
volkswagen - chilled water closed loop - water analysis march 2012.pdf
volkswagen - cwcl - nalco 360 report 01.20.2014.xls
volkswagen - wwct - nalco 360 report 10.28.2013.xls
volkswagen - wwct - nalco 360 report 05.27.2013.xls
volkswagen cwct - nalco 360 report - 08.27.2012.xls
volkswagen - wwct - nalco 360 report - 08.06.2012.xls
volkswagen - wwct - nalco 360 report 02.25.13.xlsx
volkswagen - cwcl - nalco 360 report 12.09.2013.xls
volkswagen - wwct - nalco 360 report - 07.16.2012.xls
volkswagen - wwct - nalco 360 report -11.05.xls
volkswagen cwct - nalco 360 report - 12.16.2013.xls
volkswagen - cwcl - nalco 360 report 08.19.2013.xls
volkswagen - wwcl - nalco 360 report - 07.15.2013.xls
volkswagen group of america - media building 09-16-2015.pdf
volkswagen - wwcl - nalco 360 report - 12.23.2013.xls
volkswagen - wwct - nalco 360 report 02.18.13.xlsx
volkswagen group of america - media building 08-05-2015.pdf
volkswagen cwct - nalco 360 report - 01.21.2013.xls
volkswagen - weld water closed loop secondary - microbiological analysis - august 2011.pdf
volkswagen - wwct - nalco 360 report - 11.19.2012.xls
volkswagen cwct - nalco 360 report 02.11.2013.xlsx
volkswagen - cwcl - nalco 360 report 11.04.2013.xls
volkswagen - wwct - nalco 360 report 07.15.2013.xls
enu - volkswagen group of america - chattanooga - location a8 10-2 - nw129610 - 01164558.pdf
enu - volkswagen group of america - chattanooga - location a13-10 - nw129617 - 01164565.pdf
volkswagen - wwcl - nalco 360 report - 03.24.2014.xls
volkswagen group of america - media building 10-07-2015.pdf
volkswagen cwct - nalco 360 report - 02.03.2014.xls
enu - volkswagen group of america - chattanooga - location b1-10 - nw129611 - 01164559.pdf

277

volkswagen - weld water closed loop - particle and water analysis january 2012.pdf
volkswagen cwct - nalco 360 report - 03.17.2014.xls
volkswagen - wwcl - nalco 360 report - 06.24.2013.xls
volkswagen - weld water closed loop - microbiological analysis - august 2011.pdf
volkswagen cwct - nalco 360 report - 06.24.2013.xls
volkswagen - wwct - nalco 360 report - 03.10.2014.xls
volkswagen - wwcl - nalco 360 report - 08.05.2013.xls
volkswagen cwct - nalco 360 report - 05.06.2013.xls
volkswagen - cwcl - nalco 360 report 11.18.2013.xls
volkswagen - wwct - nalco 360 report - 05.14.2012.xls
volkswagen cwct - nalco 360 report - 10.14.2013.xls
volkswagen group of america - media building 10-01-2015.pdf
volkswagen - weld water closed loop - water analysis march 2012.pdf
volkswagen - wwcl - nalco 360 report - 04.15.2013.xls
volkswagen - wwcl - nalco 360 report - 08.13.2012.xls
volkswagen - weld water closed loop - particle analysis may 2011.pdf
volkswagen - wwcl - nalco 360 report - 05.13.2013.xls
volkswagen cwct - nalco 360 report - 01.27.2014.xls
volkswagen - wwct - nalco 360 report - 09.04.2012.xls
volkswagen - wwct - nalco 360 report - 04.02.2012.xls
volkswagen - cwcl - nalco 360 report 02.24.2014.xls
volkswagen cwct - nalco 360 report - 09.09.2013.xls
volkswagen - wwcl - nalco 360 report - 10.14.2013.xls
volkswagen group of america - media building 02-11-2015.pdf
volkswagen cwct - nalco 360 report - 03.03.2014.xls
volkswagen - cwcl - nalco 360 report 03.25.2013.xls
volkswagen cwct - nalco 360 report - 05.21.2012.xls
volkswagen - cwcl - nalco 360 report 03.31.2014.xls
volkswagen - wwcl - nalco 360 report - 11.12.2012.xls
volkswagen cwct - nalco 360 report - 12.22.2014.xls
volkswagen cwct - nalco 360 report - 10.07.2013.xls
volkswagen - wwct - nalco 360 report 04.29.2013.xls
volkswagen group of america - media building 07-29-2015.pdf
volkswagen group of america - media building 03-18-2015.pdf
hot water closed loop system - water analysis with ti - may 2011.pdf
volkswagen - wwcl - nalco 360 report - 01.21.2013.xls
volkswagen - wwcl - nalco 360 report - 10.07.2013.xls
volkswagen cwct - nalco 360 report - 04.22.2013.xls
volkswagen - wwcl - nalco 360 report - 10.21.2013.xls
volkswagen - wwct - nalco 360 report - 05.28.2012.xls
volkswagen cwct - nalco 360 report - 12.15.2014.xls
enu - volkswagen group of america - chattanooga - water leak test booth 1 lp stage - nd029315 - 01153062 attachment_1.pdf
volkswagen - wwct - nalco 360 report 10.14.2013.xls
iwaki walchem chemical pump nalco part number 121_pj4011.88 brochure.pdf
volkswagen - wwcl - nalco 360 report 02.25.13.xlsx

278

volkswagen - cwcl - nalco 360 report 05.06.2013.xls
volkswagen - wwct - nalco 360 report - 06.04.2012.xls
volkswagen - media center - weld water system 05.19.2014.docx
volkswagen - wwct - nalco 360 report 07.29.2013.xls
volkswagen - wwct - nalco 360 report 09.16.2013.xls
volkswagen cwct - nalco 360 report - 11.05.2012.xls
volkswagen - wwct - nalco 360 report -11.12.xls
volkswagen - wwcl - nalco 360 report - 12.16.2013.xls
volkswagen - wwct - nalco 360 report 09.03.2013.xls
volkswagen - cwcl - nalco 360 report 02.10.2014.xls
volkswagen cwct - nalco 360 report - 03.11.2013.xls
volkswagen - wwcl - nalco 360 report - 03.11.2013.xls
volkswagen - wwcl - nalco 360 report - 12.17.2012.xls
volkswagen cwct - nalco 360 report - 07.22.2013.xls
volkswagen - cwcl - nalco 360 report 05.13.2013.xls
volkswagen cwct - nalco 360 report - 05.14.2012.xls
volkswagen - cwcl - nalco 360 report 01.27.2014.xls
volkswagen - cwcl - nalco 360 report 12.16.2013.xls
volkswagen - wwct - nalco 360 report 09.23.2013.xls
enu - volkswagen group of america - chattanooga - location a6-10 - nw129616 - 01164564.pdf
volkswagen cwct - nalco 360 report - 09.30.2013.xls
volkswagen group of america - media building 04-01-2015.pdf
volkswagen - cwcl - nalco 360 report 01.06.2014.xls
volkswagen - wwct - nalco 360 report 07.22.2013.xls
volkswagen cwct - nalco 360 report - 01.07.2013.xls
volkswagen - industrial make-up water - water analysis march 2012.pdf
volkswagen - wwct - nalco 360 report 11.25.2013.xls
volkswagen - wwct - nalco 360 report 04.08.2013.xls
volkswagen cwct - nalco 360 report - 09.17.2012.xls
volkswagen cwct - nalco 360 report - 03.10.2014.xls
volkswagen group of america - media building 03-11-2015.pdf
volkswagen - chilled water closed loop - particle analysis may 2011 .pdf
volkswagen - wwcl - nalco 360 report - 09.04.2012.xls
volkswagen - media center - chilled water system 03.28.12.docx
volkswagen - media center - weld water system 11.24.11.docx
volkswagen - media center - chilled water system 12.20.12.docx
volkswagen - media center - chilled water system 04.24.13.docx
volkswagen - media center - weld water system 12.07.12.docx
volkswagen - media center - chilled water system 07.26.12.docx
volkswagen - media center - weld water system 01.03.13.docx
volkswagen - media center - weld water system 05.26.11.docx
volkswagen - media center - chilled water system 07.05.12.docx
volkswagen - media center - weld water system 09.20.12.docx
volkswagen - media center - chilled water system 06.14.12.docx
volkswagen - media center - weld water system 07.29.11.docx
volkswagen - media center - chilled water system 11.24.11.docx

279

volkswagen - media center - chilled water system 01.03.13.docx
volkswagen media center flow meter schedule - p602.pdf
volkswagen - media center - chilled water system 11.28.12.docx
volkswagen - media center - chilled water system 05.23.12.docx
volkswagen - media center - chilled water system 12.13.12.docx
volkswagen - media center - weld water system 08.07.13.docx
volkswagen - media center - weld water system 05.10.12.docx
volkswagen - media center - chilled water system 01.27.12.docx
volkswagen - media center - weld water system 03.28.12.docx
volkswagen - media center - chilled water system 11.28.12.docx
volkswagen - weld water closed loop c&p report 03.12.10.docx
volkswagen - media center - weld water system 02.07.13.docx
volkswagen - media center - chilled water system 09.29.11.docx
volkswagen - nalco action plan scorecard - 11.10.2011.pdf
volkswagen - media center - weld water system 05.31.12.docx
volkswagen - media center - weld water system 07.26.12.docx
volkswagen - media center - weld water system 11.15.12.docx
volkswagen - media center - chilled water system 02.16.12.docx
volkswagen - media center - chilled water system 11.10.11.docx
volkswagen - media center - chilled water system 11.08.12.docx
volkswagen - media center - weld water system 04.11.13.docx
volkswagen - media center - weld water system 01.28.11.docx
volkswagen - media center - weld water system 04.23.2014.docx
volkswagen - media center - weld water system 12.20.12.docx
volkswagen - media center - chilled water system 12.07.12.docx
volkswagen - media center - weld water system 11.10.11.docx
volkswagen - media center - weld water system 04.04.13.docx
volkswagen - media center - chilled water system 04.11.13.docx
volkswagen - media center - weld water system tco saving report - 03.27.2014.docx
volkswagen - media center 03.09.10.docx
volkswagen - media center - chilled water system 05.17.12.docx
volkswagen - media center - weld water system 08.19.11.docx
volkswagen - media center - chilled water system 08.12.11.docx
volkswagen - media center - chilled water system 01.10.13.docx
volkswagen - hot water closed loop c&p report 04.26.10.docx
volkswagen - media center - weld water system 09.20.12.docx
volkswagen - media center - weld water system 05.14.2014.docx
volkswagen - media center - chilled water system 02.14.13.docx
volkswagen - media center - weld water system 10.20.11.docx
volkswagen - media center - weld water system 10.11.12.docx
volkswagen - nalco action plan scorecard - 09.09.2011.xls
volkswagen - media center - chilled water system 08.23.12.docx
volkswagen - media center - weld water system 03.19.2014.docx
volkswagen - media center - weld water system 01.31.13.docx
volkswagen - media center - weld water system 11.04.11.docx
volkswagen - nalco action plan scorecard - 08.26.2011.pdf

volkswagen - media center - weld water system 03.14.13.docx
volkswagen - media center - weld water system 09.15.11.docx
volkswagen - media center - weld water system 10.11.12.docx
volkswagen - media center 07.11.11.docx
volkswagen - media center - chilled water system 10.14.11.docx
volkswagen - media center - weld water system 12.13.12.docx
volkswagen - media center - weld water system 06.06.12.docx
volkswagen - media center - weld water system 02.24.11.docx
volkswagen - media center - weld water system 09.29.11.docx
volkswagen - media center - chilled water system 09.26.12.docx
volkswagen - media center - weld water system 07.12.12.docx
volkswagen - media center - chilled water system 07.29.11.docx
volkswagen - nalco action plan scorecard - 09.02.2011.pdf
volkswagen - media center - weld water system 08.10.12.docx
volkswagen - media center - chilled water system 03.25.11.docx
volkswagen - media center - chilled water system 09.15.11.docx
volkswagen - media center - chilled water system 11.04.11.docx
volkswagen - media center - weld water system 06.21.12.docx
volkswagen - media center - chilled water system 08.30.12.docx
volkswagen - media center - chilled water system 03.07.13.docx
volkswagen - media center - chilled water system 08.05.11.docx
volkswagen - weld water open loop c&p report 03.08.10.docx
volkswagen - media center - chilled water system 01.24.13.docx
volkswagen - media center - weld water system 08.30.12.docx
volkswagen - media center - weld water system 11.01.12.docx
volkswagen - media center - weld water system 08.03.12.docx
volkswagen - media center - chilled water system 07.12.12.docx
volkswagen - media center - 02.06.12.docx
volkswagen - chilled water closed loop c&p report 03.29.10.docx
volkswagen - media center - chilled water system 01.28.11.docx
volkswagen - media center - chilled water system 05.10.12.docx
volkswagen - media center - weld water system 02.28.13.docx
volkswagen - media center - weld water system 03.28.13.docx
volkswagen - media center - weld water system 08.12.11.docx
volkswagen - media center - chilled water system 08.10.12.docx
volkswagen - media center - weld water system 03.25.11.docx
volkswagen - media center - chilled water system 11.15.12.docx
volkswagen - media center - chilled water system 09.09.11.docx
volkswagen media center weld water closed loop line diagram - p306.pdf
volkswagen - media center - weld water system 10.27.11.docx
volkswagen - media center - weld water system 09.09.11.docx
volkswagen - media center - chilled water system 02.21.13.docx
volkswagen - media center - chilled water system template.docx
volkswagen - media center - weld water system 04.16.2014.docx
volkswagen - media center - weld water system 06.30.11.docx
volkswagen - media center - chilled water system 01.17.13.docx

281

volkswagen - media center - chilled water system 02.24.11.docx
volkswagen - nalco action plan scorecard - 09.09.2011.pdf
volkswagen - media center - weld water system 04.29.11.docx
volkswagen - media center - chilled water system 08.19.11.docx
volkswagen - media center 04.23.10.docx
volkswagen - media center - chilled water system 06.21.12.docx
volkswagen - media center - weld water system 05.23.12.docx
volkswagen - media center - weld water system 02.29.12.docx
volkswagen - media center - weld water system 02.16.12.docx
volkswagen - media center - weld water system 09.26.12.docx
volkswagen - media center - weld water system 07.05.12.docx
volkswagen - media center - chilled water system 09.06.12.docx
volkswagen - media center - chilled water system 03.14.13.docx
volkswagen media center city water line diagram - p308.pdf
volkswagen - media center - chilled water system 08.03.12.docx
volkswagen - media center - chilled water system 08.16.12.docx
volkswagen - media center - chilled water system 02.28.13.docx
volkswagen - media center - weld water system 10.14.11.docx
volkswagen - media center - weld water system 02.24.12.docx
volkswagen - media center - weld water system 07.19.12.docx
volkswagen media center weld water open loop line diagram - p305.pdf
volkswagen - nalco action plan scorecard - 11.10.2011.xls
volkswagen - media center - weld water system 01.17.13.docx
volkswagen - media center - chilled water system 02.29.12.docx
volkswagen - media center 01.04.11.docx
volkswagen - media center - weld water system 02.03.12.docx
volkswagen - media center - chilled water system 11.01.12.docx
volkswagen - media center - weld water system 04.24.13.docx
volkswagen - media center - weld water system 04.09.2014.docx
volkswagen media center chemical treatment line diagram - p307.pdf
volkswagen - media center - weld water system 03.07.13.docx
volkswagen - media center - chilled water system 07.19.12.docx
volkswagen - media center - chilled water system 10.27.11.docx
volkswagen - media center - chilled water system 04.04.13.docx
volkswagen - media center - chilled water system 02.03.12.docx
volkswagen - media center - chilled water system 01.31.13.docx
volkswagen - media center - weld water system 10.25.12.docx
volkswagen media center chilled water closed loop line diagram - p304.pdf
volkswagen - nalco action plan scorecard - 08.26.2011.xls
volkswagen - media center - weld water system 08.26.11.docx
volkswagen - media center - chilled water system 03.21.13.docx
volkswagen - media center - weld water system 08.31.11.docx
volkswagen - media center - weld water system 11.08.12.docx
volkswagen - media center - chilled water system 02.07.13.docx
volkswagen - media center - weld water system 05.17.12.docx
volkswagen - media center - chilled water system 10.18.12.docx

FP 46615307.1

volkswagen - media center - chilled water system 08.31.11.docx
volkswagen - media center - weld water system 09.06.12.docx
volkswagen - media center - chilled water system 04.26.12.docx
volkswagen - media center - chilled water system 06.06.12.docx
volkswagen - media center - weld water system 01.10.13.docx
volkswagen median center chilled water cooling tower line diagram - p303.pdf
volkswagen - media center - chilled water system 10.25.12.docx
volkswagen - media center - weld water system 01.24.13.docx
volkswagen - media center - weld water system 02.14.13.docx
volkswagen - media center - weld water system 05.07.2014.docx
volkswagen - media center - chilled water system 08.26.11.docx
volkswagen - media center - weld water system 10.18.12.docx
volkswagen media center hot water closed loop line diagram - p301.pdf
volkswagen - media center - weld water system 10.05.12.docx
volkswagen - media center - chilled water system 04.29.11.docx
volkswagen - media center - weld water system 04.02.2014.docx
volkswagen - media center - chilled water system 06.30.11.docx
volkswagen - media center - weld water system 06.14.12.docx
volkswagen - media center - chilled water system 08.05.11.docx
volkswagen - media center - chilled water system 10.05.12.docx
volkswagen - media center - chilled water system 03.28.13.docx
volkswagen - media center - weld water system 03.21.13.docx
volkswagen service plan 2016.xlsx
volkswagen - media center - chilled water system 05.26.11.docx
volkswagen - media center - chilled water system 05.31.12.docx
volkswagen - media center - weld water system 08.16.12.docx
volkswagen - media center - chilled water system 08.07.13.docx
volkswagen - media center - weld water system template.docx
volkswagen - media center - weld water system 04.30.2014.docx
volkswagen - media center - weld water system 04.26.12.docx
volkswagen - media center - weld water system 02.21.13.docx
volkswagen - nalco action plan scorecard - 09.02.2011.xls
volkswagen - condenser water open loop c&p report 03.17.10.docx
volkswagen - media center - chilled water system 10.20.11.docx
volkswagen - media center - chilled water system 02.24.12.docx
volkswagen - media center - weld water system 08.23.12.docx
11.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 06.06.13.xls
volkswagen chilled water cl 3dt data 01.03.13.xls
volkswagen wwcl 3dt data 09.20.12.xls
volkswagenmedia center - volkswagen.mdb
volkswagen weld water ct 3dt data 01.28.11.xls
11.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen chilled water cl 3dt data 05.25.10.xls
volkswagen condenser water ct 3dt data 05.26.11.xls
volkswagen chilled water cl 3dt data 04.30.14.xls

283

05.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 01.12.11.xls
04.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
11.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen chilled water cl 3dt data 08.30.13.xls
linc facility service - volkswagen academy-conference contractor bid letter 05.17.2010.docx
10.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
06.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 07.29.11.xls
volkswagen condenser water ct 3dt data 10.21.10.xls
12.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
10.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 05.02.13.xls
volkswagen condenser water ct 3dt data 05.25.10.xls
volkswagen wwcl 3dt data 07.03.13.xls
volkswagen condenser water ct 3dt data 01.03.13.xls
volkswagen wwcl 3dt data 06.30.11.xls
volkswagen wwcl 3dt data 08.03.12.xls
w.j. o'neil company - volkswagen academy-conference contractor bid letter 05.17.2010.pdf
volkswagen condenser water ct 3dt data 09.02.11.xls
volkswagen wwcl 3dt data 01.03.13.xls
jake marshallmedia center - volkswagen.mdb
volkswagen chilled water cl 3dt data 04.23.10.xls
volkswagen wwcl 3dt data 03.31.11.xls
volkswagen condenser water ct 3dt data 08.30.13.xls
volkswagen condenser water ct 3dt data 10.08.13.xls
volkswagen chilled water cl 3dt data 08.03.12.xls
volkswagen chilled water cl 3dt data 06.01.12.xls
volkswagen wwcl 3dt data 03.04.11.xls
volkswagen chilled water cl 3dt data 06.06.13.xls
volkswagen chilled water cl 3dt data 10.08.13.xls
volkswagen chilled water cl 3dt data 11.07.12.xls
03.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
12.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen weld water ct 3dt data 04.29.11.xls
volkswagen chilled water cl 3dt data 04.13.11.xls
volkswagen & nalco meeting minutes from 2016 water treatment bid with terms and conditions - signed.pdf
volkswagen weld water ct 3dt data 10.27.11.xls
volkswagen condenser water ct 3dt data 02.09.11.xls
01.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
09.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 04.30.14.xls
maclellan - volkswagen media building maintenance contractor bid letter 04.23.2010.docx
volkswagen condenser water ct 3dt data 08.09.10.xls
volkswagen chilled water cl 3dt data 10.04.12.xls

284

volkswagen wwcl 3dt data 09.20.10.xls
10.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
06.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen condenser water ct 3dt data 09.20.10.xls
pricing_matrix_bidders - comparing 2015 to 2016 pricing.xlsx
volkswagen chilled water cl 3dt data 04.30.12.xls
volkswagen weld water ct 3dt data 11.30.11.xls
volkswagen wwcl 3dt data 02.26.14.xls
volkswagen group of america water treatment - nalco proposal 10.30.2015.docx
04.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen chilled water cl 3dt data 02.26.14.xls
volkswagen weld water ct 3dt data 09.02.11.xls
volkswagen condenser water ct 3dt data 04.13.11.xls
volkswagen chilled water cl 3dt data 01.07.14.xls
07.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
09.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 07.31.13.xls
volkswagen wwcl 3dt data 08.30.13.xls
volkswagen chilled water cl 3dt data 06.30.11.xls
volkswagen condenser water ct 3dt data 10.04.12.xls
volkswagen condenser water ct 3dt data 07.29.11.xls
volkswagen chilled water cl 3dt data 01.28.14.xls
volkswagen wwcl 3dt data 04.30.12.xls
volkswagen wwcl 3dt data 07.01.10.xls
volkswagen condenser water ct 3dt data 12.10.13.xls
volkswagen wwcl 3dt data 04.29.11.xls
05.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen condenser water ct 3dt data 11.07.12.xls
12.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
jake marshallmedia center building.mdb
volkswagen chilled water cl 3dt data 09.02.11.xls
volkswagen chilled water cl 3dt data 05.02.13.xls
volkswagen chilled water cl 3dt data 02.05.13.xls
volkswagen condenser water ct 3dt data 06.01.12.xls
volkswagen wwcl 3dt data 03.28.13.xls
volkswagen condenser water ct 3dt data 09.29.11.xls
volkswagen condenser water ct 3dt data 10.29.13.xls
volkswagen condenser water ct 3dt data 03.28.14.xls
volkswagen wwcl 3dt data 10.21.10.xls
aramark company - volkswagen media building maintenance contractor bid letter
04.23.2010.docx
volkswagen chilled water cl 3dt data 08.30.12.xls
volkswagen chilled water cl 3dt data 12.10.13.xls
08.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen chilled water cl 3dt data 07.31.13.xls
volkswagen chilled water cl 3dt data 10.29.13.xls

285

volkswagen weld water ct 3dt data 09.20.10.xls
jake marshall llc. - volkswagen academy-conference contractor bid letter 05.17.2010.docx
volkswagen chilled water cl 3dt data 10.21.10.xls
05.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 08.23.10.xls
08.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 12.10.13.xls
devon facility management - volkswagen academy-conference contractor bid letter
05.17.2010.docx
volkswagen weld water ct 3dt data 10.21.10.xls
volkswagen condenser water ct 3dt data 03.02.13.xls
12.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
maclellan - volkswagen media building maintenance contractor bid letter 04.23.2010.pdf
volkswagen chilled water cl 3dt data 01.31.12.xls
volkswagen chilled water cl 3dt data 03.28.12.xls
volkswagen chilled water cl 3dt data 11.30.11.xls
volkswagen chilled water cl 3dt data 04.29.11.xls
w.j. o'neil company - volkswagen media building maintenance contractor bid letter
04.23.2010.docx
07.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
03.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 01.31.12.xls
volkswagen wwcl 3dt data 06.8.10.xls
volkswagen chilled water cl 3dt data 07.03.13.xls
volkswagen wwcl 3dt data 10.29.13.xls
volkswagen wwcl 3dt data 05.26.11.xls
volkswagen weld water ct 3dt data 03.04.11.xls
volkswagen wwcl 3dt data 02.29.12.xls
02.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
01.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
07.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
03.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
04.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen chilled water cl 3dt data 09.20.10.xls
volkswagen wwcl 3dt data 01.07.14.xls
02.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
04.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen condenser water ct 3dt data 03.28.12.xls
volkswagen condenser water ct 3dt data 01.07.14.xls
volkswagen wwcl 3dt data 12.30.11.xls
volkswagen wwcl 3dt data 04.23.10.xls
11.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen weld water ct 3dt data 06.30.11.xls
volkswagen chilled water cl 3dt data 03.28.13.xls
volkswagen weld water ct 3dt data 07.29.11.xls
02.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls

FP 46615307.1

02.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen condenser water ct 3dt data 03.28.13.xls
volkswagen wwcl 3dt data 09.29.11.xls
volkswagen wwcl 3dt data 09.02.11.xls
05.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen condenser water ct 3dt data 08.30.12.xls
volkswagen chilled water cl 3dt data 06.05.14.xls
volkswagen chilled water cl 3dt data 09.29.11.xls
volkswagen weld water ct 3dt data 09.29.11.xls
volkswagen weld water ct 3dt data 05.24.10.xls
01.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 06.01.12.xls
01.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 01.28.11.xls
w.j. o'neil company - volkswagen media building maintenance contractor bid letter
04.23.2010.pdf
abm engineering services - volkswagen academy-conference contractor bid letter 05.17.2010.pdf
volkswagen chilled water cl 3dt data 02.09.11.xls
volkswagen chilled water cl 3dt data 06.28.12.xls
06.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen condenser water ct 3dt data 06.05.14.xls
volkswagen wwcl 3dt data 12.20.10.xls
volkswagen chilled water cl 3dt data 03.02.13.xls
09.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen chilled water cl 3dt data 10.27.11.xls
aramark company - volkswagen media building maintenance contractor bid letter 04.23.2010.pdf
w.j. o'neil company - volkswagen academy-conference contractor bid letter 05.17.2010.docx
volkswagen condenser water ct 3dt data 10.27.11.xls
volkswagen hardship_language.docx
volkswagen condenser water ct 3dt data 07.03.13.xls
maclellan integrated service - volkswagen academy-conference contractor bid letter
05.17.2010.docx
volkswagen wwcl 3dt data 06.05.14.xls
volkswagen condenser water ct 3dt data 08.03.12.xls
abm engineering services - volkswagen media building maintenance contractor bid letter
05.17.2010.pdf
volkswagen condenser water ct 3dt data 03.04.11.xls
volkswagen wwcl 3dt data 03.28.12.xls
linc facility services - volkswagen media building maintenance contractor bid letter
05.17.2010.pdf
volkswagenmedia center - volkswagen.mdb
volkswagen wwcl 3dt data 05.24.10.xls
abm engineering services - volkswagen media building maintenance contractor bid letter
05.17.2010.docx
volkswagen chilled water cl 3dt data 02.29.12.xls
volkswagen weld water ct 3dt data 08.16.10.xls

287

volkswagen chilled water cl 3dt data 08.02.10.xls
volkswagen weld water ct 3dt data 12.30.11.xls
volkswagen wwcl 3dt data 06.28.12.xls
volkswagen condenser water ct 3dt data 05.02.13.xls
volkswagen wwcl 3dt data 10.27.11.xls
08.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen chilled water cl 3dt data 03.04.11.xls
volkswagen condenser water ct 3dt data 04.29.11.xls
volkswagen condenser water ct 3dt data 06.28.12.xls
volkswagen chilled water cl 3dt data 07.01.10.xls
volkswagen condenser water ct 3dt data 06.06.13.xls
linc facility service - volkswagen academy-conference contractor bid letter 05.17.2010.pdf
volkswagen wwcl 3dt data 08.30.12.xls
volkswagen wwcl 3dt data 03.28.14.xls
aramark company - volkswagen academy-conference contractor bid letter 05.17.2010.docx
05.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
08.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 01.28.14.xls
volkswagen condenser water ct 3dt data 01.28.14.xls
annual chemical treatment requirements for facilities 2015.docx
volkswagen condenser water ct 3dt data 04.30.14.xls
jake marshall llc. - volkswagen academy-conference contractor bid letter 05.17.2010.pdf
10.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 11.30.11.xls
volkswagen condenser water ct 3dt data 11.30.11.xls
volkswagen condenser water ct 3dt data 04.30.12.xls
volkswagen program agreement 2016.docx
jake marshall - volkswagen media building maintenance contractor bid letter 04.23.2010.pdf
06.2012 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 08.26.11.xls
09.2011 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 10.08.13.xls
04.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
03.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen weld water ct 3dt data 03.31.11.xls
linc facility services - volkswagen media building maintenance contractor bid letter
04.23.2010.docx
volkswagen wwcl 3dt data 11.07.12.xls
volkswagen condenser water ct 3dt data 01.31.12.xls
volkswagen wwcl 3dt data 06.03.10.xls
abm engineering services - volkswagen academy-conference contractor bid letter
05.17.2010.docx
devon facility management - volkswagen academy-conference contractor bid letter
05.17.2010.pdf
volkswagen chilled water cl 3dt data 03.28.14.xls
volkswagen condenser water ct 3dt data 01.28.11.xls

288

volkswagen condenser water ct 3dt data 02.26.14.xls
02.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen weld water ct 3dt data 05.26.11.xls
volkswagen chilled water cl 3dt data 06.03.10.xls
volkswagen wwcl 3dt data 03.02.13.xls
volkswagen condenser water ct 3dt data 02.05.13.xls
volkswagen condenser water ct 3dt data 02.29.12.xls
volkswagen condenser water ct 3dt data 06.30.11.xls
volkswagen chilled water cl 3dt data 07.29.11.xls
maclellan integrated service - volkswagen academy-conference contractor bid letter
05.17.2010.pdf
07.2014 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
09.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
jake marshallmedia center - volkswagen.mdb
07.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
01.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
devon facility management - volkswagen media building maintenance contractor bid letter
04.23.2010.pdf
08.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen chilled water cl 3dt data 05.26.11.xls
06.2013 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen wwcl 3dt data 08.09.10.xls
volkswagen condenser water ct 3dt data 07.31.13.xls
03.2015 monthly_cooling_towerclosed_loop_water_treatment_upload_for_era.xls
volkswagen condenser water ct 3dt data 12.30.11.xls
volkswagen wwcl 3dt data 02.05.13.xls
volkswagen wwcl 3dt data 10.04.12.xls
albertville processing psr 05-16-2016.xlsx
albertville processing psr 10-03-2016.xlsx
albertville processing psr 03-22-2016.xlsx
albertville processing psr 02-02-2017.xlsx
albertville feed mill psr 03-22-2016.xlsx
albertville processing psr 03-02-2016.xlsx
albertville processing psr 08-24-2017.xlsx
albertville feed mill psr 01-21-2017.xlsx
albertville processing psr 01-21-2016.xlsx
albertville processing psr 10-03-2016 (1).xlsx
albertville feed mill psrwpfp 09-21-2017.xlsx
albertville processing psr 01-05-2016.xlsx
albertville feed mill psr 07-28-2016.xlsx
tyson blountsville - freese's meeting minutes.pdf
albertville feed mill psr 10-03-2016 - copy.xlsx
albertville processing psr 06-07-2016.xlsx
img_0075.jpg
albertville processing psr 09-22-2016.xlsx
albertville feed mill psr 10-03-2016.xlsx

FP 46615307.1

albertville processing psr 11-22-2016 (1).xlsx
albertville feed mill psr 08-09-2016.xlsx
albertville processing psr 06-21-2016.xlsx
albertville feed mill psr 03-22-2017.xlsx
albertville processing psr 11-08-2016 (1).xlsx
tyson calcs - albertville - blountsville - attalla.xlsx
img_0081.jpg
257742 tyson cincinati oh tpa 0611b final.pdf
albertville feed mill psr 05-16-2016.xlsx
albertville feed mill psr 04-01-2016.xlsx
albertville processing psr 01-21-2017.xlsx
the chattanoogan 06-03-2015.pdf
the chattanoogan 10-14-2015.pdf
nalco water smart approach to wastewater management - including new ad-pas_.pptx
albertville feed mill psr 11-22-2016.xlsx
albertville processing psr 12-12-2016 (1).xlsx
albertville feed mill psr 11-08-2016.xlsx
albertville feed mill psr 08-08-2017.xlsx
albertville feed mill psr 07-31-2017.xlsx
albertville processing psr 02-08-2017.xlsx
albertville feed mill psr 01-05-2017.xlsx
albertville processing psr 12-02-2016 (1).xlsx
2018 estill springs boiler calculations.xls
albertville feed mill psr 01-05-2016.xlsx
fw report psr's 2016.msg
albertville processing psr 10-17-2016.xlsx
albertville feed mill psr 05-02-2017 (1).xlsx
albertville processing psr 02-22-2016.xlsx
albertville feed mill psr 10-17-2016.xlsx
tyson bloutsville - total plant assessment gap analysis - sept 2017.pdf
albertville processing psr 07-28-2016.xlsx
toray carbon fibers - sales and volume report.xlsx
tyson forest ms tpa 0213 final.pdf
img_0072.jpg
volkswagen group of america - media building 08-05-2015.pdf
the chattanoogan 09-15-2015.pdf
tyson amarillo tpa final (6-4-15).pdf
fw psr's for 2017.msg
psr date comparison.xlsx
chemical usage 2016 vs 2017 vs plan - ridley's version 1.xlsx
albertville feed mill psr 03-02-2017.xlsx
albertville processing psr 08-26-2016.xlsx
nalco water smart approach to wastewater management - including new ad-pas .pptx
albertville feed mill psr 06-21-2017.xlsx
tyson albertville - total plant assessment gap analysis - sept 2017.pdf
fw psr's for 2017 (1).msg

albertville processing psr 11-22-2016.xlsx
vi jon smyrna oms comprehensive 06.12.17.docx
tyson boiler training 7.12.2016.doc
albertville processing psr 01-05-2017.xlsx
albertville feed mill psr 03-02-2016.xlsx
albertville feed mill psr 06-21-2016.xlsx
tyson psr evaluation.xlsx
albertville feed mill psr 02-22-2017.xlsx
albertville feed mill psr 06-07-2016.xlsx
albertville processing psr 07-12-2016.xlsx
albertville processing psr 12-12-2016.xlsx
albertville processing psr 02-08-2016.xlsx
albertville feed mill psr 06-07-2017 (1).xlsx
albertville feed mill psr 07-12-2017 (1).xlsx
albertville processing psr 11-08-2016.xlsx
albertville feed mill psr 04-01-2017.xlsx
albertville processing psr 08-09-2016.xlsx
albertville feed mill psr 05-16-2017.xlsx
fw nalco (1).msg
albertville feed mill psr 12-02-2016.xlsx
albertville feed mill psr 02-08-2016.xlsx
fw nalco.msg
albertville processing psr 05-02-2016.xlsx
albertville feed mill psr 07-12-2016.xlsx
albertville feed mill psr 02-22-2016.xlsx
albertville processing psrwpfp 09-21-2017.xlsx
albertville feed mill psr 09-08-2016.xlsx
tyson blountsville tpa project list.pdf
albertville processing psr 07-31-2017.xlsx
albertville feed mill psr 09-22-2016.xlsx
albertville processing psr 04-01-2016.xlsx
albertville feed mill psr 05-02-2016.xlsx
albertville processing psr 12-02-2016.xlsx
albertville processing psr 10-17-2016 (1).xlsx
volkswagen group of america - media building 07-29-2015.pdf
albertville feed mill psr 02-08-2017.xlsx
fw nalco .msg
albertville feed mill psr 08-26-2016.xlsx
albertville feed mill psr 12-12-2016.xlsx
albertville processing psr 09-08-2016.xlsx
o.k. foods contract worksheet - april 2019.xlsx
george dickel 10-27-02.doc
dsc01701.jpg
chemical pump splash guard.jpg
george dickel 02.04.05.doc
chiller 7 - 3 - 2016.jpg

FP 46615307.1

dupont tl usage vs target - september 2020.xls
tate and lyle report february 29 2020 2-25-20.xlsx
george dickel - quote for metal filter on 3dtfb sample conditioning system - 06.03.2014.pdf
nalco service report for southeastern container cleveland tn 10.14.2015.pdf
georgia pacific_boiler room_boiler room_general_20110324014520.xls
coi report - tennessee tanning co - customer report.pdf
periodiccheckinconversationguide stone 10.07.2015.pdf
pmw southeastern container -cleveland, tn -nw54 5-1-07 3d trasar.xls
georgia pacific cleveland boiler inspection report boiler#2 2009.doc
personal safety plan cammi kirk 2016.pdf
george dickel analytical equipment quote 02.12.2013.pdf
george dickel 05.17.12.docx
dsc00321.jpg
dsc00498.jpg
snap0038.jpg
gaylord opryland service plan 2017.pdf
dsc01092.jpg
gaylord - boiler inspection review email - 10.27.2017.msg
dsc01653 (wince).jpg
george dickel 08.17.09.docx
diageo north america inc_tullahoma, tn_boiler system_general_20140327121731.xls
conductivity quote.doc
chiller 2 2016.jpg
george dickel 09.17.09.docx
dsc00323.jpg
jack stone - 2015-16 self assessment.pdf
ppdannualreviewform - robert mcclure 2016.pdf
dsc00184.jpg
deford credit card reinstatement 072415.doc
tate and lyle report august 25 2020.xlsx
dsc00179.jpg
avendra-ecolab-nalco property level scope of service - gaylord opryland resort 2019 utility water
treatment .pdf
avendra-ecolab-nalco property level scope of service - gaylord opryland resort 2019 utility water
treatment .docx
dsc01646 (wince).jpg
dsc00504.jpg
george dickel 11.09.06.doc
snap0026.jpg
dsc01400.jpg
snap0031.jpg
snap0009.jpg
chiller 4 - 2 - 2016.jpg
annual performance plan pre-work - kathleen mullinax 2015.docx
george dickel 01.10.05.doc
george dickel 05.17.11.docx

292

george dickel 05.29.2014.docx
dsc00505.jpg
personalsafetyplan - robert mcclure 2016.pdf
diageo north america inc_tullahoma, tn_boiler system_general_20130530114723.xls
dupont tl cooling water systems report july 28 2020.xlsx
dsc01698.jpg
george dickel 04.20.07.doc
george dickel 12.10.09.docx
george dickel 01-19-04.doc
george dickel 10.19.06.doc
snap0019.jpg
george dickel energy water saving calculations for boiler 2014.xls
snap0025.jpg
f-963-us energy & water savings calculations v9.0.xls
pts-n-17-0316 55f.pdf
diageo north america inc_tullahoma, tn_boiler system_general_20130926024149.xls
george dickel 03.07.05.doc
george dickel contract worksheet - boiler chemicals and 3dtfb lease for 2018.xlsx
tate lyle monthly report - february 2020_20200228.pdf
annual performance plan pre-work - jack stone 2015.docx
george dickel 02.20.2014.docx
dsc01085.jpg
dupont tate and lyle - sales and volume report.xlsx
ppdannualreviewform - kathleen mullinax 2016.pdf
gaylord opryland resort - january executive meeting 01.26.2017.pptx
ppdannualreviewform - jerry deford - 2015.pdf
chiller 1 - 2 - 2016.jpg
george dickel 08.01.06.doc
dsc01395.jpg
prioryearobjectivesform - jerry deford.pdf
snap0002.jpg
3d trasar for boiler quote - ver2.doc
tate lyle monthly report - august 2020_20200901.pdf
snap0040.jpg
george dickel 04.23.2010.docx
dsc01688.jpg
pepsi - 0069173482_n.pdf
george dickel 04.04.05.doc
george dickel 09.27.11.docx
dsc01647 (wince).jpg
george dickel 01.28.10.docx
dsc00182.jpg
draft permit-2020.pdf
dsc00492.jpg
jerry deford - 2015-16 self assessment.doc
chiller 3 - 2 - 2016.jpg

293

diageo north america inc_tullahoma, tn_boiler system_general_20130326125650.xls
personalsafetyplan - barry phillips - 03-07-2016.pdf
george dickel 04.28.08.doc
dsc01091.jpg
snap0013.jpg
xl-4l(3-4h) ro-nalco.pdf
dsc01396.jpg
coi report - tennessee tanning co - nalco internal report.docx
george dickel service plan 2006.xls
chiller 6 - 4 -2016.jpg
pepsi - 0068297004_n.pdf
barry phillips - 2015-16 self assessment - 03.11.2016.doc
snap0014.jpg
commissary boiler.jpg
george dickel 07.27.05 boiler inspection.doc
dsc02139.jpg
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new
ctrl_general_20140225032045.xls
ok foods -waste water program proposal form - revised (2) - without pumps.xlsx
dsc02149.jpg
tate and lyle loudon monthly cost analysis - usage vs target - september 2020 .xls
george dickel product letter ver-2.pdf
sales promotion guide - wps light sales - jack stone.docm
chiller 6 - 2 - 2016.jpg
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new
ctrl_general_20140325120532.xls
george dickel 11.20.2014.docx
george dickel 9-26-02.doc
george dickel - boiler conductivity probe order confirmation 01.2015.pdf
george dickel 06.03.05.doc
boiler and ro data 1.xls
dsc01406.jpg
dsc01695.jpg
dsc02153.jpg
pmw southeastern container -cleveland, tn -nw54 5-1-08 3d trasar.xls
adem letter of 4-24-20.pdf
georgia pacific_boiler room_boiler room_general_20101102090407.xls
xl_ro_brochure_v1.0.pdf
ppdannualreviewform - jack stone 2016.pdf
nalco montly summary - gaylord opryland -december 2016.docx
stevison ham october 2019 invoice.pdf
2015-16 self assessment - robert mcclure.doc
ppdannualreviewform - cammi kirk 2016.pdf
personalsafetyplan - jack stone - 2015.pdf
3d trasar for boiler quote.doc
potential 2016 territory wl12105 - ver2.xlsx

294

george dickel 04.19.12.docx
george dickel - boiler conductivity probe quote 04.2015.pdf
diageo north america inc_tullahoma, tn_boiler system_general_20121002011547.xls
dupont tl cooling water systems report august 25 2020.xlsx
dsc01693.jpg
george dickel 06.05.08.doc
george dickel 07.29.2010.docx
dsc01405.jpg
georgia pacific cleveland boiler inspection report boiler#1 2009.doc
dickel service plan 2004.xls
diageo north america inc_tullahoma, tn_boiler system_general_20150515110230.xls
nalco service report for southeastern container cleveland tn 09.11.2015-in-5cg82658k7.pdf
proposal for george dickel ro program 121417ec (002) - december 2017.docx
diageo north america inc_tullahoma, tn_boiler system_general_20120814045736.xls
george dickel - nalco 22310 and 1720 order confirmation 12.2014.pdf
tennessee tanning co - tullahoma - 00144155.zip
george dickel 11.01.11.docx
personalsafetyplan - kathleen mullinax - 2015.pdf
george dickel 01-15-03.doc
chiller 3 - 2016.jpg
ppdannualreviewform - tammy sherrill 2015.pdf
george dickel 03.29.12.docx
snap0028.jpg
dsc01397.jpg
tommy rymer - 2015-16 self assessment.doc
snap0006.jpg
dsc01703.jpg
geogia pacific_150127003_cleveland, tn 37364_trasar assembly and startup - 3dt for
boilers_4232010_seq.xls
dsc00183.jpg
annual performance plan pre-work - patrick 2015.docx
ppdannualreviewform - tommy rymer 2016.pdf
race overview presentation rev 042210bm.ppt
snap0036.jpg
jack stone - 2015-16 self assessment.doc
snap0020.jpg
nalco 3d trasar boiler.pdf
george dickel 08.20.2014.docx
gaylord opryland resort - january executive meeting 01.26.2017.pdf
george dickel 10.08.04.doc
dsc01088.jpg
george dickel 10.19.07.doc
tennessee tanning co - tullahoma - 00144540.zip
george dickel 09.30.08.doc
diageo north america inc_tullahoma, tn_boiler system_general_20121002011317.xls
tate lyle monthly report - september 2020_20201006.pdf

295

proposal for george dickel 7 year ro program 100118 october 2018 - from emil contreras.docx
diageo north america inc_tullahoma, tn_boiler system_general_20130228012740.xls
periodiccheckinconversationguide - deford 2015.pdf
george dickel 08.16.04.doc
pepsi - 0068413337_n.pdf
george dickel 02.24.11.docx
gaylord opryland - boiler-chiller inspections.pptx
snap0010.jpg
dsc01084.jpg
ppdannualreviewform - kathleen mullinax - 2015.pdf
personalsafetyplan - kathleen mullinax - 2016.pdf
george dickel 05.27.2010.docx
ultraro water form for boiler feedwater ro.doc
george dickel 03.13.2015.docx
snap0000.jpg
shaw plant d7 - sales and volume report.xlsx
george dickel 11.04.04.doc
george dickel 04.28.09.docx
george dickel 08.21.08.doc
ppdannualreviewform - austin gauthier 2016.pdf
dsc01093.jpg
george dickel pam 2014.docx
contingency guide for gaylord marriott boilers.docx
e4h-series fact sheet.pdf
shaw plant d5 - sales and volume report.xlsx
dsc01089.jpg
george a dickel people survey.ppt
george dickel 02.28.13.docx
snap0027.jpg
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new
ctrl_general_20140818020551.xls
dsc00502.jpg
snap0011.jpg
tate and lyle loudon monthly cost analysis - usage vs target - february 2020.xls
georgia pacific - cleveland tn 10-21-2015.pdf
george dickel 05.05.05.doc
annual performance plan pre-work - jack stone 2015.pdf
proposal and scope of work for diageo 7 year ro program october 2018 v3.docx
proposal and scope of work for diageo 7 year ro program august 2018 v2.docx
george dickel logsheet.doc
george dickel 11.16.05.doc
annual performance plan pre-work - kathleen mullinax 2015.pdf
adpass and 3dtfww costing for o.k. foods.xlsx
annual performance plan pre-work - tommy rymer - 2015.pdf
george dickel 07.23.09.docx

snap0007.jpg
annual performance plan pre-work - barry phillips 2015.pdf
tate and lyle report july 28 2020.xlsx
dsc00499.jpg
20171025_080632.jpg
ppdannualreviewform - jerry deford 2016.pdf
dsc00322.jpg
george dickel 10.25.08.doc
george dickel - nalco boiler products fda letter - april 1, 2016.docx
george dickel - nalco boiler products fda letter - may 2013.docx
george dickel 12.08.04.doc
dsc02152.jpg
dsc01704.jpg
chiller 7 - 2 - 2016.jpg
snap0004.jpg
snap0012.jpg
greneral mills scope of work 10-7.docx
pma southeastern container 2006-2007 with 3d trasar lease no chemical.xls
general mills proposal - revised.docx
george dickel 10.07.2010.docx
commissary boiler 2.jpg
george dickel 02.24.09.doc
nalco montly summary - gaylord opryland -october 2016.docx
personalsafetyplan - jack stone 2016.pdf
sales promotion guide - wps light sales - patrick sweeney 2015.d
snap0015.jpg
dsc00497.jpg
annual performance plan pre-work - barry phillips 2015.docx
diageo north america inc_tullahoma, tn_boiler system_general_20140422041038.xls
dupont tl cooling water systems report september 29 2020-1.xlsx
nalco montly summary - gaylord opryland -november 2016.docx
ok foods ww overview 2020.08.31.pptx
george dickel 12.12.05.doc
stevison ham sales and volume report 2015 - 2019.xlsx
dsc01696.jpg
snap0032.jpg
annual performance plan pre-work - jerry 2015.docx
quote for george dickel ro 101617.docx
chiller 4 - 2016.jpg
pepsi - 0068385197_n.pdf
dsc01691.jpg
ge spec 4h-43k-ecn-60 (1).pdf
synergy health - sri 09-15-2015.pdf
george dickel 02-26-03 chemical pump.doc
george dickel 07.24.2014.docx
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new

297

ctrl_general_20140516101234.xls
george dickel 07.26.11.docx
ro proposal 2.doc
george dickel 10.06.05.doc
dsc01699.jpg
george dickel - nalco boiler products fda letter - april 1, 2016.pdf
george dickel 4-18-02.doc
george dickel - nalco boiler products fda letter - may 2013.pdf
george dickel 02.09.07.doc
george dickel 05.28.09.docx
george dickel 3d trasar boiler picture with notes.docx
george dickel 06.09.09.docx
dsc01656 (wince).jpg
wl121 anthony ridley annual review - 2016.pdf
george dickel 01.16.08.doc
synergy health - sri 08-27-2015.pdf
ro water analysis for dickel.pdf
dsc00180.jpg
pepsi - 0068246456_n.pdf
dsc02148.jpg
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new
ctrl_general_20140923032607.xls
welcome letter - brent fiddler 10.03.2016.pdf
george dickel 01.27.2015.docx
george dickel - conductivity & ph meter quote 11.08.2013.pdf
nalco polymer down time.msg
3d trasar vs competitive offerings - sept 2012 final.pptx
chiller 6 - 3 - 2016.jpg
3d trasar for boiler quote - ver2.pdf
dsc01695 (wince).jpg
george dickel plant survey 2013.docx
commissary boiler 3.jpg
dsc01060 (wince).jpg
20190618_090417.jpg
dsc01403.jpg
gaylord opryland - nalco water action plan 02.2017.xlsx
dsc01699 (wince).jpg
george dickel 08.05.05.doc
george dickel 02.09.2015.docx
george dickel 06.7.04.doc
dsc01399.jpg
ppdannualreviewform - austin gauthier - objectives for 2016.pdf
george dickel 04.22.2014.docx
copy of flowrates july 15.sept 5 2019.xlsx
dsc02151.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20130425122210.xls

2015-16 self assessment - robert mcclure.pdf
anthony ridley annual performance plan pre-work - 2015.docx
ppdannualreviewform - jack stone - 2015.pdf
pepsi - 0068632755_n.pdf
dsc02146.jpg
george dickel 12.06.11.docx
ppdannualreviewform - jessie manness - 2015.pdf
chiller 1 2016.jpg
george dickel 03-18-04.doc
ro equipment proposal.doc
service promotion guide - wps light sales - barry phillips.docm
snap0042.jpg
suez ro e8 series 60hz fact sheet.pdf
coi report - tennessee tanning co - customer report.docx
tate and lyle report september 29 2020 -1.xlsx
contingency guide for gaylord marriott boilers.pdf
george dickel 02.03.06.doc
general mills daf specs.pdf
george dickel 12.13.12.docx
gaylord opryland service plan 2017.xlsx
dsc01401.jpg
george dickel 03.07.07.doc
recyc systems 2019-2020.xls
dsc01090 (wince).jpg
welcome letter - matt thrower 06.24.2016.docx
george dickel 08.03.07.doc
ok foods -waste water program proposal form - revised (2).xlsx
potential 2016 territory wl12105.xlsx
snap0016.jpg
dsc01092 (wince).jpg
snap0045.jpg
annual performance plan pre-work - robert mcclure 2015.pdf
ok foods -waste water program proposal form - revised version 2.xlsx
georgia pacific_boiler room_boiler room_general_20110223014653.xls
georgia pacific - nalco injection quills - 02.21.2016.docx
george dickel 05.11.07.doc
o.k. foods trial summary - september 2019.pdf
george dickel 01.12.07.doc
george dickel 06.16.06.doc
dsc01404.jpg
ok foods -waste water program proposal form - revised version 1.xlsx
nalco montly summary - gaylord opryland -feburary 2017.docx
mullinax mid-year performance plan 2015 9-15-2015.docx
personalsafetyplan - jerry deford - 2016.pdf
ok foods -waste water program proposal form - caf ver. 1.xlsx
nalco proposal for general mills murfreesboro utilities rev 9-19-19 .pdf

proposal and scope of work for diageo 7 year ro program october 2018 v3.pdf
patrick sweeney - personalsafetyplan2016.pdf
annual performance plan pre-work - tommy rymer - 2015.docx
diageo north america inc_tullahoma, tn_boiler system_general_20140529013139.xls
new business template for caf - o.k. foods 05.01.2019.xlsx
ultrasoft li duplex alternating 2 inch.pdf
snap0033.jpg
stevison ham november 2019 invoice.pdf
george dickel 03.28.11.docx
20171025_080514.jpg
welcome letter - brent fiddler 10.03.2016.docx
3d trasar for boiler quote - ver3.pdf
diageo north america inc_tullahoma, tn_boiler system_general_20150127043554.xls
dsc01702 (wince).jpg
diageo north america inc_tullahoma, tn_boiler system_general_20140327122106.xls
chiller 3 - 3 - 2016.jpg
george dickel - boiler psr 05-15-2015.pdf
george dickel contract worksheet - with ro 2017.xlsx
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new
ctrl_general_20131106032742.xls
georgia pacific cleveland 08.04.08 - safety notice.doc
dsc01692.jpg
annual performance plan pre-work - kathleen 2015.docx
george dickel 03.20.09.docx
sales and volume - general mills.xlsx
o.k. foods sales and volume report - march 2019 - august 2020.xlsx
dsc01694.jpg
personalsafetyplan - anthony ridley 2016.pdf
hr-28 return leave of absence - tammy sherrill.pdf
diageo north america inc_tullahoma, tn_boiler system_general_20121213105528.xls
hanceville, al - nalco water analyticals.zip
george dickel 04.07.06.doc
snap0005.jpg
anthony ridley annual performance plan pre-work - 2015.pdf
dsc00320.jpg
dsc02150.jpg
georgia pacific - quote of boiler conductivity probes & nalco 3dtfb filters & ncsm kit -
03.25.2014.pdf
ppdannualreviewform - patrick sweeney 2015.pdf
hexcel - sales and volume report.xlsx
personalsafetyplan - jerry deford - 2015.pdf
snap0017.jpg
george dickel 02-26-03.doc
george dickel 03.27.2014.docx
3d trasar boiler.pdf
george dickel 05.5.04.doc

300

nalco service report for southeastern container cleveland tn 09.11.2015.pdf
george dickel 11.20.08.doc
george dickel product letter.doc
copy of rops 7 year bb for george dickel 121417 rev2 ridley copy.xlsx
20171025_080749.jpg
pepsi - 0086840599_n.pdf
e8-108k-dlx-60.pdf
george dickel 02.07.12.docx
snap0029.jpg
chemtreat solutions brochure.pdf
dsc00507.jpg
dsc00181.jpg
george dickel plant survey 2014.pdf
george dickel 09.15.06.doc
2015-16 self assessment - anthony ridley.pdf
gmsh - abr 08.21.2018.pptx
ridley prioryearobjectivesform - dm's - april 2015.pdf
dsc02140.jpg
dsc01064 (wince).jpg
proposal for george dickel 7 year ro program 061818.docx
diageo north america inc_tullahoma, tn_boiler system_general_20130131121349.xls
george dickel energy & water saving calculations for boiler.xls
proposal for george dickel ro program 121417ec (002) - december 2017.pdf
george dickel 01.22.09.doc
personalsafetyplan - robert mcclure 2015.pdf
dow filmtec xle-440.609-00245-0606.pdf
commissary boiler 4.jpg
jerry deford - 2015-16 self assessment.pdf
snap0043.jpg
o.k. foods sales and volume report - feb 2019 to june 2020.xlsx
george dickel 04.28.11.docx
fw daf specs.msg
george dickel 07.8.04.doc
dsc01691 (wince).jpg
dsc01689 (wince).jpg
george dickel 07.07.06.doc
dsc00496.jpg
george dickel 03.03.06.doc
gaylord opryland contract worksheet march 2019.xlsx
dsc02142.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20141023114559.xls
snap0023.jpg
georgia pacific_boiler room_boiler room_general_20110414125715.xls
pmw southeastern container -cleveland, tn -nw54 5-1-06 3d trasar.xls
o.k. foods plant 2 wwt trial proposal without misc equipment 09.10.2020.docx
dsc01689.jpg

FP 46615307.1

dsc01690 (wince).jpg
personalsafetyplan - tammy sherrill - 2015.pdf
george dickel 11.24.09.docx
diageo brands.pdf
welcome letter - matt thrower 06.24.2016.pdf
equipment proposal.doc
george dickel 12-22-03.doc
chiller 6 - 2016.jpg
diageo north america inctullahoma, tn.mdb
dsc02154.jpg
george dickel 01.06.06.doc
personalsafetyplan - austin gauthier.pdf
contingency guide for george a. dickel.doc
george dickel ro quote 10.31.2011.doc
dsc00494.jpg
snap0044.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20150811113149.xls
dupont tate and lyle summary february 2020_20200228.pdf
george dickel 06.20.2014.docx
o.k. foods plant 2 wwt trial contract.xlsx
ppdannualreviewform - robert mcclure - 2015.pdf
personalsafetyplan - tommy rymer - 2015.pdf
tate lyle monthly report - july 2020_20200803.pdf
dsc01704 (wince).jpg
chiller 7 2016.jpg
adpass and 3dtfww costing for o.k. foods version 2.xlsx
pts-n-17-0316 65f.pdf
george dickel 11.19.07.doc
dupont tl usage vs target - july 2020.xls
dupont tate and lyle summary august 2020_20200901.pdf
pepsi - 0068509738_n.pdf
burkert ds8620-mxcontrol-eu-en for suez ro.pdf
quote for george dickel ro 101617 - for tim releford.docx
dsc00500.jpg
snap0030.jpg
itc call report - tate & lyle 120815.pdf
george dickel - nalco boiler products fda letter - january 2015.pdf
georgia pacific - nalco injection quills - 02.21.2016.pdf
example - plastic fill in tubes.jpg
dsc00506.jpg
dsc01086 (wince).jpg
george dickel 10.23.2014.docx
george dickel 09.14.04.doc
form730 for george dickel.doc
dupont tl usage vs target - february 2020.xls
dsc02141.jpg

george dickel 09.09.05.doc
personalsafetyplan - j maness - 2015.pdf
diageo north america inc_tullahoma, tn_boiler system_general_20150313123730.xls
george dickel logsheet info and graph.xls
tate and lyle - sales and volume report.xlsx
george dickel 08.30.11.docx
george dickel contract worksheet - boiler chemicals and 3dtfb lease for 2018 from b1.xlsx
ppdannualreviewform - barry phillips 2016.pdf
fda letter for george_dickel 22311 1720.pdf
snap0039.jpg
dupont tl cooling water systems report february 29 2020 2-25-2020.xls
o.k. foods trial summary - september 2019.docx
justification - non-exempt to exempt - wl121 - barry phillips - n
re american proteins hanceville plant.msg
dsc02147.jpg
george dickel 3d trasar boiler pic 1.jpg
george dickel 3d trasar boiler pic 3.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20140220021657.xls
dsc01702.jpg
dsc00501.jpg
george dickel 02-13-04.doc
george dickel block_diagram_design_wkst.doc
georgia pacific_boiler room_boiler room_general_20110511033042.xls
george dickel 10.22.09.docx
tate and lyle loudon monthly cost analysis - usage vs target - july 2020 .xls
georgia pacific_boiler room_boiler room_general_20101118124940.xls
snap0008.jpg
georgia pacific fin mgmt svc llc_cleveland, tn_boiler system new
ctrl_general_20141106022104.xls
general mills sweeney - wastewater survey.doc
sample cooler information.pdf
barry phillips - 2015-16 self assessment - 03.11.2016.pdf
diageo north america inc_tullahoma, tn_boiler system_general_20121030031756.xls
georgia pacific - cleveland tn 09-25-2015.pdf
dsc00178.jpg
annual performance plan pre-work - patrick sweeney 2015.pdf
o.k. foods plant 2 wwt trial proposal without ph meter and misc equipment 09.10.2020.docx
george dickel contract worksheet - with ro 2017 from b1.xlsx
jack stone - mid year review - sept 2015.pdf
georgia pacific cleveland boiler inspection report boiler#1 2007doc.doc
dsc00493.jpg
enu analytical report tennessee tanning co tullahoma 01319884.docx
george dickel 01.31.13.docx
dsc01700.jpg
snap0034.jpg
george dickel - boiler psr 08-11-2015.pdf

303

george dickel 10.02.12.docx
3d trasar for boiler quote - ver3.doc
dsc01690.jpg
snap0035.jpg
ppdannualreviewform - patrick sweeney 2016.pdf
pepsi - 0068434695_n.pdf
2015-16 self assessment - anthony ridley.doc
o.k. foods plant 2 wwt trial proposal 09.10.2020.docx
nalco treatment quote -ok foods - albertville plant 1.docx
dsc01087.jpg
o.k. foods sales and volume report - september 2019.xlsx
annual performance plan pre-work - robert mcclure 2015.docx
snap0018.jpg
wbl 300 & 310 manual.pdf
george dickel 07.10.08.doc
snap0021.jpg
dsc01090.jpg
ppdannualreviewform - tommy rymer - 2015.pdf
george dickel 09.16.2010.docx
snap0037.jpg
tommy rymer - 2015-16 self assessment.pdf
chiller 3 - top tubes - 2016.jpg
george dickel - nalco boiler products fda letter - january 2015.docx
dsc01086.jpg
george dickel 02.24.2010.docx
chiller 1 - 3 - 2016.jpg
george dickel pam 2014.pdf
dupont tl usage vs target - august 2020.xls
dupont tate and lyle summary september 2020_20201006.pdf
nalco® 1720 - nexguard® 22310 - fda - george dickel distillery 2012 - .pdf
dsc01093 (wince).jpg
george dickel 09.26.07 nebreska boiler inspection.doc
george dickel 12.15.06.doc
dsc01398.jpg
proposal and scope of work for diageo 7 year ro program august 2018 v2.pdf
tennessee tanning co - tullahoma - 00144694.zip
george dickel product letter ver-2.doc
nalco water proposal for tyson ampro plants (7-17-19)r2.docx
george dickel 04-14-04.doc
chiller 2 - 2 - 2016.jpg
diageo north america inc_tullahoma, tn_boiler system_general_20140820080507.xls
prioryearobjectivesform - jack stone - 2015.pdf
snap0024.jpg
dupont tate and lyle summary july 2020_20200803.pdf
dsc00185.jpg
b-950.pdf

304

snap0003.jpg
personalsafetyplan - tommy rymer 2016.pdf
snap0022.jpg
tate and lyle loudon monthly cost analysis - usage vs target - august 2020 .xls
dsc01091 (wince).jpg
wl121 anthony ridley annual review.pdf
gmsh - abr 08.21.2018.pdf
snap0001.jpg
george dickel 3d trasar boiler pic 2.jpg
ok foods ww overview 2020.08.21.pptx
george dickel ro quote 10.31.2011.pdf
george dickel product letter.pdf
duracell - mouse creek cooling towers 07.08.08.doc
dsc00861.jpg
duracell - cell make - cooling tower 10-06-2015.pdf
wl121 anthony ridley 2014 ppd - april 2 2015.pdf
duracell - mouse creek cooling towers 05.27.08.doc
dsc00865.jpg
duracell - cell make - cooling tower 09-16-2015.pdf
sherrill - 132096 - 2015 merit notice - wps lgh.pdf
duracell - mouse creek cooling towers 08.05.08.doc
dsc00864.jpg
dsc00870.jpg
duracell - mouse creek cooling towers 04.16.08.doc
dsc00860.jpg
duracell - mouse creek cooling towers 02.06.08.doc
ridley wl121-60 personalsafetyplan - 2015.pdf
dsc00862.jpg
duracell - mouse creek front boiler inspection 10.06.08.doc
duracell - pack center - cooling water 10-06-2015.pdf
cammi kirk - mid year review - sept 2015.pdf
duracell - mouse creek cooling towers 06.09.08.doc
phillips - 119186 - 2015 merit notice - wps lgh.pdf
dsc00859.jpg
ppdannualreviewform - barry phillips 2015.pdf
dsc00869.jpg
dsc00866.jpg
duracell - pack center 08-24-2015.pdf
duracell - mouse creek cooling towers 09.15.08.doc
dsc00867.jpg
dsc00872.jpg
dsc00868.jpg
dsc00863.jpg
personalsafetyplan - barry phillips 2015.pdf
dsc00871.jpg
mcclure - 104877 - 2015 merit notice - wps lgh.pdf

FP 46615307.1

duracell - mouse creek cooling towers 10.31.08.doc
duracell - mouse creek back boiler inspection 09.15.08.doc
aafb acs f-1088 03-08-02.pdf
arnold engineering arnold afb - softener a - december 2010.pdf
cargill catalog - confidential - for internal nalco use only.xlsx
arnolds plant survey.pdf
bunge qes 2019 06 04.pptx
duracell annual business review 2007.doc
duracell - cell make - cooling tower - 7daynalco360report - 09.29.2014.xls
17-05-4 bunge decatur al proposal.pdf
steam plant 02.07.13.docx
conagra - 0069062011_n.pdf
aedc proposal for purchasing 2009-2010 (hvac systems).doc
dsc01459 (wince).jpg
p7030058.jpg
dsc01430.jpg
mod approval.pdf
ata 01.27.2015 building 1088.pdf
p7030044.jpg
bunge north america projects 2021.pptx
bunge north america projects 2021.pdf
dsc00514.jpg
ata - chemical injection for raw water treatment proposal - revision 3.docx
acs 07-11-03 buld. 1088.doc
ammonia condenser 2019 06 17-programoptimization-us-20190617t141739.pdf
dsc01534.jpg
dsc00172.jpg
dsc00202.jpg
cargill guntersville - sales and volume report.xlsx
arnold afb cooling tower operating parameters.pdf
certainteed-russellville selecticide 012820.xlsx
dsc01536.jpg
arnold air force base - cooling tower psr 07-21-2015.pdf
05-b-0013.pdf
arnold engineering arnold afb - condensate polisher 1 - december 2010.pdf
ata 04.15.2014 building 1103.docx
arnold afb effluent from softeners 9-02.pdf
duracell - cell make - cooling tower - 7daynalco360report - 02.18.2013.xlsx
duracell - pack center - cooling tower - 7daynalco360report 01.06.2013.xls
certainteed rus biocide assessment py 020420.ppt
ata 06.19.2014 building 1103.docx
dsc01433 (wince).jpg
dsc01098.jpg
representations, certifications, and acknowledgements 2007-2008.doc
mini plus porta-feed spec sheet.pdf
duracell - cell make - cooling tower - 7daynalco360report - 03.03.2014.xls

306

duracell - pack center - cooling tower - 7daynalco360report 12.16.2012.xls
duracell - cell make - cooling tower - 7daynalco360report 07.09.2012.xls
3d trasr @ tasso 12.21.06.xls
dsc01441.jpg
3d trasr @ mouse creek 10.01.07.xls
dsc01748.jpg
duracell - cell make - cooling tower - 7daynalco360report 11.26.2012.xls
3d trasr @ mouse creek 09.15.08.xls
cargill - variance report.xlsx
duracell - cell make - cooling tower - 7daynalco360report - 06.24.2013.xls
3d trasar @ tasso 09.11.2014.xls
dsc01539.jpg
dsc01453.jpg
duracell - cell make - cooling tower - 7daynalco360report - 09.30.2013.xls
duracell - cell make - cooling tower - 7daynalco360report - 01.20.2014.xls
duracell annual business review 2012.doc
duracell - ultrasand filter quote - 03.17.2016.pdf
3d trasar spec sheet.pdf
3d trasr @ mouse creek 12.14.06.xls
arnold afb 3d trasar boiler worksheet for proposal.pdf
duracell - cell make - cooling tower - 7daynalco360report - 03.11.2013.xls
cargill guntersville 3 yr usage by product.xlsx
ata - boiler #3 (failed tube) deposit sample - may 2010.pdf
duracell - pack center - cooling tower - 7daynalco360report 02.10.2013.xlsx
duracell - cell make - cooling tower - 7daynalco360report - 11.25.2013.xls
pr-157 jr. porta-feed information.pdf
3d trasar @ mousecreek 02.18.13.xls
3d trasar @ mousecreek01.15.10.xls
bunge contract worksheet - from ryan sarb.xlsx
ata pwt cooling water psr - 05.29.2014.docx
dsc02157.jpg
duracell - pack center - cooling tower - 7daynalco360report 05.13.2013.xls
dsc01783.jpg
duracell - cell make - cooling tower - 7daynalco360report - 03.31.2014.xls
acs 09-25-02 buld. 1103.doc
3d trasr @ mouse creek 08.20.09.xls
bunge decatur - 2019 chemicals allocated vs. shipped with graph.xlsx
bunge quarterly executive summary - july 2019.pptx
duracell - cell make - cooling tower - 7daynalco360report - 08.19.2013.xls
published price list for nalco's 3d trasar controllers.doc
enu - arnold engineering dev center - arnold afb - building 100 closed loop - nd024817 -
00924899.pdf
p7030038.jpg
nexguard automation selection guide rev 052002.ppt
resin analysis on softener b.doc
porta-feed transfer overview.pdf

FP 46615307.1

p7030039.jpg
ata - 3dtb proposal.pdf
industrial boiler - 3dtb proposal .pdf
published price list for nalco's 3d trasar controllers.pdf
3d trasar @ tasso 11.12.09.xls
dsc01433.jpg
duracell - cell make - cooling tower - 7daynalco360report 12.24.2012.xls
duracell - cell make - cooling tower - 7daynalco360report - 12.23.2013.xls
p7250071.jpg
dsc00173.jpg
dsc01538.jpg
duracell annual business review 2004.doc
pulsafeeder pulsatron series e spec.pdf
leaflet - supplier guide - quick rfx - en.pdf
dsc01745.jpg
boiler supply - 3dtb proposal.pdf
arnold afb rosa projection bw30-40034i.pdf
sg suppliers charter_english_french.pdf_doc891879.pdf
acs 09-25-02 buld. 1088.doc
nexguard residual.xls
conagra - 0086846530_n.pdf
3d trasar @ tasso 01.15.10.xls
3d trasr @ mouse creek 04.29.09.xls
duracell - cell make - cooling tower - 7daynalco360report 05.14.2012.xls
duracell - cell make - cooling tower - 7daynalco360report - 10.27.2014.xls
duracell - cell make - cooling tower - 7daynalco360report - 07.29.2013.xls
duracell - pack center - cooling tower - 7daynalco360report 04.29.2013.xls
3d trasar @ mousecreek 09.11.14.xls
p7030040.jpg
raw water trial proposal.ppt
dsc00823.jpg
bl_frame_views model (1).pdf
bunge decatur al psr 1-12-2021_20210112 (2).pdf
arnold afb-bio- membrane system assessment form .doc
b63 discharge 2 5,02.pdf
dsc01444.jpg
promag 50 & 53 tech bulletin.pdf
dsc00817.jpg
lay-up of boilers.zip
3d trasar @ tasso 05.09.14.xls
duracell - cell make - cooling tower - 7daynalco360report 04.16.2012.xls
3d trasar @ tasso 10.16.09.xls
gsa catalog updated for 08.01.2017.pdf
268 ms 6,04.pdf
boiler supply - 3dtb proposal.doc
duracell - cell make - cooling tower - 7daynalco360report - 07.22.2013.xls

dsc00820.jpg
ata - chemical injection for raw water treatment proposal - revision 2.docx
ata 03.13.2015 building 1088.docx
3d trasar @ tasso 03.31.10.xls
3d trasr @ mouse creek 02.06.08.xls
dsc02164.jpg
dsc00856.jpg
duracell - cell make - cooling tower - 7daynalco360report 07.02.2012.xls
ata 07.11.2014 building 1103.docx
bunge - decatur product order by month.xlsx
dsc00192.jpg
duracell - pack center - cooling tower - 7daynalco360report 04.15.2013.xls
ata pwt cooling water psr - 04.22.2014.docx
enu - arnold engineering dev centerarnold afb - pwt - cooling water system - nw126125 -
01137244.pdf
duracell - cell make - cooling tower - 7daynalco360report 05.07.2012.xls
ata 03.13.2015 building 1103.docx
ata - softener b effluent 1-28-2010 water analytical report.pdf
duracell - cell make - cooling tower - 7daynalco360report - 01.07.2013.xls
duracell - cell make - cooling tower - 7daynalco360report - 03.18.2013.xls
ata pwt cooling water psr - 07.11.2014.docx
duracell - cell make - cooling tower - 7daynalco360report - 12.16.2013.xls
conagra - 0069062013_n.pdf
duracell - pack center - cooling tower - 7daynalco360report 05.20.2013.xls
duracell annual business review 2011.pdf
dsc00175.jpg
acs 09-04-02 buld. 1103.doc
arnold engineering dev center - arnold afb - 00118785.zip
duracell - pack center - cooling tower - 7daynalco360report 10.27.2014.xls
2015 setup _u0066__u006f__u0072__u006d__u0073_ - customer - spa - contract -
portafeeds.xlsx
3d trasr @ mouse creek 03.16.09.xls
dsc01428.jpg
3d trasr @ mouse creek 05.20.09.xls
duracell - cell make - cooling tower - 7daynalco360report - 10.07.2013.xls
boiler blowdown control 101 ver 1.1 2-12-10.pdf
duracell - pack center - cooling tower - 7daynalco360report 09.29.2014.xls
dsc00816.jpg
arnold afb cooling tower operating parameters.docx
3d_trasar_3dt265_uscueg.pdf
acs 10-30-03 buld. 1088.doc
3d trasr @ mouse creek 06.21.07.xls
mychart.jpg
duracell - pack center - cooling tower - 7daynalco360report 02.17.2013.xlsx
dsc01791.jpg
acs 11-25-03 buld. 1103.doc

FP 46615307.1

duracell - cell make - cooling tower - 7daynalco360report 08.06.2012.xls
enu - arnold engineering arnold afb - da sample point - 3dt boiler - nw085641 - 00831366.pdf
gsa mod approval contract and pricing.pdf
3d trasr @ tasso 12.06.07.xls
duracell - pack center - cooling tower - 7daynalco360report 11.11.2012.xls
chattanooga coca-cola accucide psr 03.14.14.docx
bunge contract worksheet w reconcile sheet.xlsx
cargill - reconciliation worksheet - 2016.xlsx
enu - arnold engineering dev center arnold afb - nb038355 - 00846287.pdf
9901 vs 7768 wet strength comparison 022420.pdf
ata raw water clarification.doc
porta-feed transfer service q&a.pdf
duracell - cell make - cooling tower - 7daynalco360report - 09.09.2013.xls
p7250076.jpg
duracell - cell make - cooling tower - 7daynalco360report - 11.11.2013.xls
dsc01543.jpg
p7250075.jpg
duracell - cell make - cooling tower - 7daynalco360report 10.08.2012.xls
3d trasr @ tasso 12.15.08.xls
dsc01763.jpg
p7030049.jpg
acs 09-25-03 buld. 1088.doc
dsc00201.jpg
j - 6 boiler softener resin - form74 ion exchange analysis - october 2014.doc
acs 01-15-03 buld. 1103.doc
dsc00825.jpg
p7030036.jpg
acs 10-25-02 buld. 1088.doc
microsoft word - 3d trasar boiler technology north american pricing and part numbers - september 2016.pdf
bunge chemical shipments january - may 2019.xlsx
dsc01764.jpg
ata - chemical injection for raw water treatment proposal.docx
ccr 2009-10 cert.pdf
duracell - cell make - cooling tower - 7daynalco360report 08.20.2012.xls
ata 05.15.2014 building 1088.docx
duracell - cell make - cooling tower - 7daynalco360report - 07.08.2013.xls
duracell - cell make - cooling tower - 7daynalco360report 06.18.2012.xls
3d trasr @ tasso 02.10.11.xls
3d trasr @ tasso 08.19.08.xls
example water report.docx
duracell - pack center - cooling tower - 7daynalco360report 06.24.2013.xls
duracell - cell make - cooling tower - 7daynalco360report 12.17.2012.xls
3d trasar @ mousecreek 03.31.14.xls
dsc00520.jpg
duracell annual business review 2012.pdf

310

duracell ( mouse creek) - water treatment contract scope of work 2011-2012.pdf
pmw - cargill - guntersville al- wl121 -12.01.2016.xlsx
3d trasr @ mouse creek 11.26.07.xls
dsc01780.jpg
dsc01450.jpg
acs service plan steam plant.xls
bunge decatur - sale and volume jan 2013 thru september 2020.xlsx
duracell - cell make - cooling tower - 7daynalco360report - 04.22.2013.xls
ata 03.13.2015 building 1088.pdf
amendment 1 (fy11).doc
duracell - pack center - cooling tower - 7daynalco360report 01.20.2013.xls
dsc00818.jpg
dsc02163.jpg
bunge decatur - nalco water scope of work 2019.docx
cargill - ba margin report 2016.xlsx
3d trasar @ tasso 12.11.09.xls
pmw - duracell intl - (pack center and cell make scope of work)- cleveland, tn -wl121 -7-1-
15.xlsx
duracell - pack center - cooling tower - 7daynalco360report 03.10.2014.xls
p7030046.jpg
dsc00510.jpg
duracell annual business review 2008.doc
rcpc1000.doc
arnold afb - nalco action plan scorecard.pdf
arnolds plant survey.doc
dsc00205.jpg
bunge marley packaging cooling tower ez form.xlsm
dsc01436.jpg
arnold engineering arnold afb - condensate polisher 2 - december 2010.pdf
3d trasar @ tasso 03.24.14.xls
duracell - pack center - cooling tower - 7daynalco360report 11.25.2012.xls
duracell - cell make - cooling tower - 7daynalco360report - 01.27.2014.xls
dsc00519.jpg
3d trasr @ mouse creek 04.16.08.xls
2009 gsa federal supply schedule.doc
pmw - duracell intl inc - ( cell make & pack center) - cleveland tn - wl121 -7-1-14.xlsx
bunge decatur - sale and volume jan 2018 thru aug 2019.xlsx
saint gobain nalco overview meetings 012120.ppt
acs 12-06-02 buld. 1088.doc
psw100 (particle size analysis report) example.pdf
duracell - pack center - cooling tower - 7daynalco360report 03.24.2014.xls
duracell - cell make - cooling tower - 7daynalco360report 07.30.2012.xls
enu - arnold engineering dev center - arnold afb - building 700 chilled water closed loop -
nd029314 - 01151479.pdf
dsc02160.jpg
dsc01460.jpg

FP 46615307.1

arnold engineering arnold afb - softener b - december 2010.pdf
certainteed sales and volume report - 2013 to 2020.xlsx
duracell - pack center - cooling tower - 7daynalco360report 05.27.2013.xls
copy of arnold afbcontract worksheet - potable water sole source - december 2017.xlsx
conagra - 0086738258_n.pdf
acs 04-30-03 buld. 1103.doc
duracell - pack center - cooling tower - 7daynalco360report 02.25.2013.xlsx
nalco company - bunge decatur service agreement - bunge signed - january 2018.pdf
dsc00857.jpg
3dtdata12.16.10.xl.xls
duracell - pack center - cooling tower - 7daynalco360report 04.07.2014.xls
aedc building f-1088 03-05-02.pdf
3d trasar @ mousecreek03.31.10.xls
dsc01434 (wince).jpg
pmw - duracell intl - (pack center scope of work)- cleveland, tn -wp-127 -7-1-13.xlsx
duracell annual business review 2009.doc
bunge trial decatur al 2015.05.03.docx
9987-wscomparison_nalco company - bunge na 171128 - revision from 11.27.2017.docx
p7030057.jpg
pmw - duracell intl - (pack center and cell make scope of work)- cleveland, tn -wp-127 -7-1-13.xlsx
3d trasar @ tasso 07.26.13.xls
acs 07-11-03 buld. 1103.doc
duracell - cell make - cooling tower - 7daynalco360report 10.15.2012.xls
raw water analysis.pdf
duracell (cell make and pack center) - water treatment contract scope of work 2013-2014.pdf
duracell - cell make - cooling tower - 7daynalco360report - 04.08.2013.xls
product bulletin_ 2536 plus.pdf
enu - arnold engineering dev center - arnold afb - carbon filter a - ni003360 - 00834330.pdf
acs 03-27-03 buld. 1103.doc
bunge contract worksheet - ridley version.xlsx
chattanooga coca cola sales and volume report june 2015 to april 2020.xlsx
dsc00508.jpg
ata 06.19.2014 building 1088.docx
dsc00174.jpg
membrane system assessment form rev 2_09.doc
conagra - 0068230748_n.pdf
duracell - cell make - cooling tower - 7daynalco360report 07.23.2012.xls
ata - ro1 effluent 1-28-2010 water analytical report.pdf
ata 01.27.2015 building 1088.docx
bl5523bh model (1).pdf
dsc00525.jpg
portafeed agreement nalco water 2016 - bunge decatur.docx
pmw - cargill - guntersville al- wl121 -12.01.2016 with 3dt230.33.xlsx
duracell - cell make - cooling tower - 7daynalco360report - 04.15.2013.xls
3d trasar @ tasso 04.29.14.xls

FP 46615307.1

duracell - cell make - cooling tower - 7daynalco360report 09.17.2012.xls
ata raw water clarification.pdf
porta-feed senior composite.pdf
p7250072.jpg
duracell - cell make - cooling tower - 7daynalco360report - 03.25.2013.xls
dsc00515.jpg
duracell - pack center - cooling tower - 7daynalco360report 05.06.2013.xls
3d trasar @ tasso 06.24.09.xls
3d trasr @ tasso 05.27.08.xls
duracell - cell make - cooling tower - 7daynalco360report - 03.10.2014.xls
duracell - pack center - cooling tower - 7daynalco360report 05.21.2012.xls
dsc00273.jpg
3d trasar @ tasso 03.10.09.xls
b63 intake 5,02.pdf
duracell - cell make - cooling tower - 7daynalco360report - 11.18.2013.xls
p7030048.jpg
lmi pump spec - spec 475.pdf
bunge decatur transition plan.xlsx
duracell - cell make - cooling tower - 7daynalco360report 12.10.2012.xls
dsc01751.jpg
contingency guide for bunge - decatur boilers.docx
dsc00822.jpg
3d trasr @ tasso 06.21.07.xls
3d trasr @ tasso 04.18.08.xls
nalco bulk tank - spec-341.pdf
ata pwt cooling water psr - 06.19.2014.docx
bunge decatur transition_service plan september 2017 ver 2.docx
polyethylene porta-feed spec sheet.pdf
duracell - pack center - cooling tower - 7daynalco360report 06.10.2013.xls
duracell - pack center - cooling tower - 7daynalco360report 06.17.2013.xls
pmw - duracell intl - (pack center and cell make scope of work)- cleveland, tn -wl121 -7-1-
15.pdf
j-6 boiler deposit analysis.pdf
ata 09.25.2014 building 1103.docx
pr-151porta-feed transfer service information.pdf
3d trasar @ tasso 02.03.09.xls
dsc00590.jpg
duracell - pack center - cooling tower - 7daynalco360report 04.01.2012.xls
dsc01451.jpg
representations, certifications, and acknowledgements 2008-2009.doc
3d trasr @ mouse creek 07.08.08.xls
acs 08-19-03 buld. 1103.doc
product bulletin_ pc-98.pdf
p7030056.jpg
acs 05-28-03 buld. 1103.doc
dsc01094.jpg

FP 46615307.1

3d trasr @ tasso 11.01.07.xls
product bulletin_ 1700.pdf
dsc00195.jpg
p7030051.jpg
dsc00176.jpg
duracell annual business review 2011.doc
3dtdata121010.xl.xls
duracell - cell make - cooling tower - 7daynalco360report 08.27.2012.xls
duracell - pack center - cooling tower - 7daynalco360report 02.17.2014.xls
cargill - boiler treatment cost calculator - 2016.xlsx
bunge decatur - nalco water scope of work 2020.pdf
conagra - 0086770070_n.pdf
ata proposal for purchasing 2008-2009 (towerbrom 960).doc
representations, certifications, and acknowledgements 2006-2007.doc
duracell - cell make - cooling tower - 7daynalco360report 10.29.2012.xls
bunge contract calculation and notes.docx
duracell - pack center - cooling tower - 7daynalco360report 12.30.2012.xls
quote for automated towerbrom biocide feeder.pdf
dsc01445.jpg
3dtdata111010.xl.xls
dsc01777.jpg
lay-up of boilers.pdf
bunge packaging towers quote 2019 06 17.xlsx
dsc01461.jpg
duracell - cell make - cooling tower - 7daynalco360report 06.11.2012.xls
dsc00595.jpg
ata 04.15.2014 building 1088.docx
p7030053.jpg
duracell - pack center - cooling tower - 7daynalco360report 03.31.2014.xls
ata - chemical treatment program for pwt proposal.docx
dsc00194.jpg
duracell - cell make - cooling tower - 7daynalco360report - 06.17.2013.xls
dsc00197.jpg
dsc00193.jpg
3d trasr @ tasso 11.07.08.xls
dsc01434.jpg
ata - chemical treatment program for pwt proposal - ver2.pdf
mini plastic vs ss comparison.doc
3d trasar @ mousecreek08.05.10.xls
general services administration - gsa pricing 02.01.2017.pdf
ata - chemical injection for raw water treatment proposal - revision 3.pdf
3d trasar @ tasso 06.26.14.xls
dsc01790.jpg
ata 05.15.2014 building 1103.docx
duracell - cell make - cooling tower - 7daynalco360report 12.31.2012.xls
conagra - 0086706686_n.pdf

314

3d trasr @ mouse creek 12.14.07.xls
wireless gateway spec sheet.pdf
duracell - cell make - cooling tower - 7daynalco360report 12.04.2012.xls
dsc00196.jpg
dsc01766.jpg
3d trasar @ tasso 05.18.09.xls
representations, certifications, and acknowledgements 2011.doc
duracell - cell make - cooling tower - 7daynalco360report 10.22.2012.xls
nexguard test procedures- dr-890.pdf
duracell - cell make - cooling tower - 7daynalco360report - 02.11.2013.xlsx
enu - arnold engineering arnold afb - accumlators - nw006670 - 00215225.pdf
certainteed russellville white water selecticide and cycle study.msg
ata proposal for purchasing 2007-2008 (towerbrom 960).doc
3d trasar @ tasso 02.14.14.xls
duracell - pack center - cooling tower - 7daynalco360report 12.23.2012.xls
duracell - pack center - cooling tower - 7daynalco360report 12.09.2012.xls
3d trasr @ mouse creek 10.31.08.xls
acs 03-27-03 buld. 1088.doc
duracell - cell make - cooling tower - 7daynalco360report - 10.21.2013.xls
ata - 3dtb proposal.doc
duracell - pack center - cooling tower - 7daynalco360report 04.22.2013.xls
3d trasar @ tasso 04.29.09.xls
dsc01756.jpg
duracell - pack center - cooling tower - 7daynalco360report 07.08.2013.xls
arnold afb-scale- membrane system assessment form .doc
3d trasar @ mousecreek 06.30.14.xls
dsc01782.jpg
dsc01455.jpg
duracell - pack center - cooling tower - 7daynalco360report 12.03.2012.xls
bunge decatur - nalco water scope of work 2020.docx
enu - arnold engineering dev center arnold afb - nb037849 - 00833528.pdf
3d trasar @ tasso 05.27.10.xls
dsc01431.jpg
bunge decatur - nalco water scope of work 2018.docx
dsc02159.jpg
dsc01754.jpg
3d trasr @ mouse creek 07.14.09.xls
bunge quarterly executive summary - august 2018.pptx
ata - chemical injection for raw water treatment proposal.pdf
duracell - cell make - cooling tower - 7daynalco360report 11.12.2012.xls
bunge - reconciliation worksheet - 2018.xlsx
condensate polishers resin analysis december 2007 arnold engineering arnold afb.pdf
dsc01765.jpg
pmw - duracell intl inc - ( cell make & pack center) - cleveland tn - wp-127 -7-1-13 rev.2.xlsx
duracell - cell make - cooling tower - 7daynalco360report - 09.23.2013.xls
spec-453.pdf

315

conagra - 0069062012_n.pdf
stabrex_st70_uscueg.pdf
p7030034.jpg
pmw - duracell intl inc - ( cell make & pack center) - cleveland tn - wp-127 -7-1-13.xlsx
duracell - cell make - cooling tower - 7daynalco360report - 04.07.2014.xls
dsc00518.jpg
cargill - guntersville al- scope of work 01.01.2017.pdf
dsc01439.jpg
duracell ( mouse creek) - water treatment contract scope of work 2008-2009.pdf
dsc00524.jpg
arnold afb - quote for third pump and disconnect - 02.19.2014.pdf
bunge decatur - nalco water scope of work 2019.pdf
dsc01760.jpg
acs 11-25-03 buld. 1088.doc
bunge north america - decatur, al safety training certificate.pdf
duracell - pack center - cooling tower - 7daynalco360report 04.15.2012.xls
product bulletin_ 1257.pdf
dsc01535.jpg
p7030035.jpg
ata 01.27.14 building 1103.docx
duracell - cell make - cooling tower - 7daynalco360report - 01.14.2013.xls
dsc00171.jpg
ata 12.15.2014 building 1103.pdf
dsc01758.jpg
duracell - pack center - cooling tower - 7daynalco360report 03.17.2014.xls
ata 10.23.2014 building 1103.docx
duracell - cell make - cooling tower - 7daynalco360report - 12.02.2013.xls
3d trasar @ tasso 08.11.09.xls
dsc02162.jpg
3dtdata01.20.11.xl.xls
ata - chemical treatment program for pwt proposal - ver2.docx
dsc01458.jpg
ata 03.26.2014 building 1103.docx
ata 02.21.14 building 1088.docx
ata 09.25.2014 building 1088.docx
duracell - pack center - cooling tower - 7daynalco360report 07.29.2013.xls
dsc00589.jpg
duracell - cell make - cooling tower - 7daynalco360report 04.23.2012.xls
3d trasr @ tasso 11.30.06.xls
duracell - pack center - cooling tower - 7daynalco360report 02.24.2014.xls
dsc01786.jpg
dsc00203.jpg
duracell - cell make - cooling tower - 7daynalco360report - 10.14.2013.xls
ata 02.16.2015 building 1088.pdf
3d trasr @ tasso 09.21.07.xls
duracell - cell make - cooling tower - 7daynalco360report - 01.14.2014.xls

316

Case 1:22-cv-00050-TRM-SKL   Document 225-6   Filed 04/23/23   Page 322 of 334   PageID #: 4377

aedc proposal for purchasing - hvac cooling towers - october 2015.pdf
duracell - cell make - cooling tower - 7daynalco360report - 05.27.2013.xls
dsc00276.jpg
representations, certifications, and acknowledgements 2010.doc
dsc01457.jpg
dsc00170.jpg
dosage calculation worksheet.xls
duracell - pack center - cooling tower - 7daynalco360report 09.22.2014.xls
dsc01781.jpg
nalco 8185 trial logsheet.xls
duracell - cell make - cooling tower - 7daynalco360report 08.13.2012.xls
ata 07.11.2014 building 1088.docx
dsc00821.jpg
nalco recommended ro membrane cleaning procedures.pdf
duracell - pack center - cooling tower - 7daynalco360report 04.08.2012.xls
aedc proposal for purchasing 2006-2007 (hvac systems).doc
quote for 3d trasar installation.doc
dsc00850.jpg
arnold afb softener effluent 3-09.pdf
representations, certifications, and acknowledgements 2011 - ver2.pdf
plant audit notes - 10.03.2017.docx
acs 10-30-03 buld. 1103.doc
3d trasar @ tasso 09.27.13.xls
dsc01749.jpg
bunge decatur - nalco water scope of work 2019 rev. 2.pdf
bunge decatur - nalco water scope of work 2018.pdf
duracell - cell make - cooling tower - 7daynalco360report 11.19.2012.xls
3d trasar @ mousecreek 11.18.10.xls
conagra - 0086799885_n.pdf
ata 02.16.2015 building 1103.docx
polyethylene porta-feed spec sheet 2.pdf
enu - arnold engineering dev center - arnold afb - carbon filter a - nd022491 - 00838461.pdf
dsc01779.jpg
duracell ( mouse creek) - water treatment contract scope of work 2009-2010.pdf
p7030042.jpg
bunge quarterly executive summary - november 2019.pptx
acs 12-06-02 buld. 1103.doc
dsc00275.jpg
duracell - cell make - cooling tower - 7daynalco360report - 12.30.2013.xls
duracelltassotwr02.18.13.xls
dsc00168.jpg
duracell annual business review 2005.doc
bob evans - wastewater notes.msg
dsc01097.jpg
pr-158 sr. porta-feed information.pdf
nalquill spec sheet.pdf

FP 46615307.1

dsc02155.jpg

acs proposal for customer.ppt

duracell annual business review 2003.doc

3d trasr @ mouse creek 11.30.06.xls

bunge - decatur cooling tower operating parameters.pdf

dsc00516.jpg

bunge - nalco water project list.xlsx

duracell - cell make - cooling tower - 7daynalco360report - 11.04.2013.xls

dsc02158.jpg

3d trasar @ mousecreek 09.16.13.xls

nalco company - bunge decatur service agreement - clean - december 2017.pdf

3d trasar @ tasso 01.13.11.xls

conagra - 0086690855_n.pdf

ata - chemical injection for raw water treatment proposal - revision 2.pdf

duracell - cell make - cooling tower - 7daynalco360report - 12.09.2013.xls

duracell ( pack center) - water treatment contract scope of work 2012-2013.pdf

portafeed agreement nalco water 2016 - bunge decatur - signed.docx.pdf

sur-gard testing procedures - dr-890.pdf

dsc00509.jpg

nalco company - bunge decatur service agreement - clean - december 2017.docx

bunge decatur transition_service plan september 2017.docx

industrial boiler - 3dtb proposal.pdf

dsc00517.jpg

dsc00200.jpg

p7030047.jpg

stabrex_st20_uscueg.pdf

duracell - pack center - cooling tower - 7daynalco360report 07.15.2013.xls

duracell - cell make - cooling tower - 7daynalco360report - 09.22.2014.xls

2019 12 bob evans wastewater jar testing results.doc

dsc01762.jpg

17-05-01 decatur pcaf_drm_pf_ro.pdf

representations, certifications, and acknowledgements 2009.doc

arnold afb - nalco action plan scorecard.xlsx

automated towerbrom biocide feeders - spec479.pdf

3d trasr @ tasso 10.14.08.xls

dsc00274.jpg

ata 01.27.14 building 1088.docx

3d trasr @ mouse creek 08.09.07.xls

feb - dec 2019 volume report.xlsx

acs 10-25-02 buld. 1103.doc

dsc01787.jpg

p7030043.jpg

3d trasar information.pdf

porta-feed senior comparison, composite vs. stainless steel.pdf

duracell - cell make - cooling tower - 7daynalco360report 11.05.2012.xls

dsc01442.jpg

FP 46615307.1

3d trasar boiler manual ver 4.2 11-10-10.zip
p7030052.jpg
dsc01778.jpg
3d trasar @ tasso 11.27.13.xls
ata 11.07.2014 building 1088.docx
bunge decatur transition plan template.xlsx
p7250074.jpg
duracell - cell make - cooling tower - 7daynalco360report - 08.26.2013.xls
p7030054.jpg
p7250070.jpg
3d trasr @ tasso 04.24.07.xls
ata 11.07.2014 building 1103.docx
bunge resin quote - april 2019.pdf
3d trasr @ mouse creek 02.06.09.xls
duracell - cell make - cooling tower - 7daynalco360report - 02.24.2014.xls
dsc01747.jpg
aedc proposal for purchasing 2005-2006 (hvac systems).doc
contingency guide for bunge - decatur boilers.pdf
ata 08.20.2014 building 1088.docx
duracell - pack center - cooling tower - 7daynalco360report 03.11.2013.xls
3d trasr @ tasso 08.02.07.xls
ata 01.27.2015 building 1103.docx
duracell - cell make - cooling tower - 7daynalco360report - 07.15.2013.xls
dsc01542.jpg
3d trasar information 2.pdf
scope of work_doc894479.pdf
duracell - cell make - cooling tower - 7daynalco360report - 10.28.2013.xls
sur-guard test for dr890.pdf
dsc01454.jpg
drawing for chemical treatment system for small section of cooling water loop - proposal
drawing 2013.pdf
cargill - ba margin report.xlsx
dosage calculation worksheet - ver2.xls
acs 09-04-02 buld. 1088.doc
marley 2019 06 17-programoptimization-us-20190617t142921.pdf
nexguardautomationprimer.doc
conagra - 0068326246_n.pdf
duracell - cell make - cooling tower - 7daynalco360report - 01.28.2013.xls
dsc01096.jpg
duracell - pack center - cooling tower - 7daynalco360report 11.18.2012.xls
duracell - cell make - cooling tower - 7daynalco360report - 05.20.2013.xls
duracell - cell make - cooling tower - 7daynalco360report 05.21.2012.xls
acs 08-19-03 buld. 1088.doc
bunge decatur - sale and volume jan 2018 thru june 2019.xlsx
duracell - cell make - cooling tower - 7daynalco360report - 04.01.2013.xls
enu - arnold engineering dev center - arnold afb - carbon filter a - ni003360 - 00836296.pdf

319

duracell - pack center - cooling tower - 7daynalco360report 03.25.2013.xls
duracell - cell make - cooling tower - 7daynalco360report - 06.10.2013.xls
3d trasar @ tasso 08.15.14.xls
dsc00511.jpg
dosage calculation worksheet - ver3.xls
dean foods contract billing adjustment form - new condenser 2016 - update by a.ridley on 01.17.2016.xls
duracell - cell make - cooling tower - 7daynalco360report - 02.17.2014.xls
dsc01431 (wince).jpg
dsc00853.jpg
ata 03.26.2014 building 1088.docx
duracell - cell make - cooling tower - 7daynalco360report - 09.16.2013.xls
dsc01099.jpg
dsc01789.jpg
9987-wscomparison_nalco company - bunge na 171213 - red lined copy - december 2017.docx
dsc01095.jpg
ata 02.16.2015 building 1103.pdf
ata 02.21.14 building 1103.docx
p7030037.jpg
3d trasar @ mousecreek 02.25.14.xls
pmw - duracell intl inc - ( cell make) - cleveland tn - wp-127 -7-1-12.xlsx
dsc00819.jpg
pc-11.pdf
acs 01-15-03 buld. 1088.doc
duracell - pack center - cooling tower - 7daynalco360report 07.22.2013.xls
bunge wastewater sop 10-20-15.doc
arnold afb potable water analysis march 2009.pdf
dsc00177.jpg
conagra - 0086722191_n.pdf
duracell - pack center - cooling tower - 7daynalco360report 04.01.2013.xls
acs 02-26-03 buld. 1088.doc
duracell annual business review 2015.pdf
bunge - decatur cooling tower operating parameters.docx
dsc00815.jpg
dsc01440.jpg
dsc01759.jpg
duracell - cell make - cooling tower - 7daynalco360report 04.30.2012.xls
aedc 03-07-02 f-1088.doc
conagra - 0086831787_n.pdf
dsc00591.jpg
warranty 3dt bw + cw 2-22-11.pdf
arnold afb quote for third pump and 3dt disconnect switch - 02.19.2014.docx
dsc00198.jpg
enu - arnold engineering dev centerarnold afb - building 700 hot water loop - nw126126 - 01142357.pdf
arnold air force base - cooling tower psr 05-15-2015.pdf

duracell - cell make - cooling tower - 7daynalco360report - 02.10.2014.xls
ata 03.13.2015 building 1103.pdf
3d trasar @ mousecreek 11.27.13.xls
duracell - cell make - cooling tower - 7daynalco360report 05.28.2012.xls
arnolds ro effluent analytical report 09-02.pdf
dsc00855.jpg
arnold afb quote for third pump and 3dt disconnect switch - 02.19.2014.pdf
dsc00852.jpg
3d trasar @ mousecreek 10.09.13.xls
dsc00858.jpg
3d trasar @ mouse creek 12.11.09.xls
duracell - cell make - cooling tower - 7daynalco360report - 02.25.2013.xlsx
dsc01537.jpg
3d trasr @ tasso 07.08.08.xls
pr-227.pdf
acs proposal.ppt
duracell - cell make - cooling tower - 7daynalco360report 09.04.2012.xls
dsc01540.jpg
pmw - duracell intl - (pack center and cell make scope of work)- cleveland, tn -wl121 -7-1-
14.pdf
duracell - pack center - cooling tower - 7daynalco360report 03.18.2013.xls
pr-159 max porta-feed information.pdf
pmw - duracell intl - (pack center and cell make scope of work)- cleveland, tn -wl121 -7-1-
14.xlsx
duracell - cell make - cooling tower - 7daynalco360report - 08.12.2013.xls
contract renewal and reconciliation notes - november 2016.pdf
resin analysis on softener a.doc
acs 04-30-03 buld. 1088.doc
dsc00512.jpg
dsc01784.jpg
conagra - 0067942549_n.pdf
duracell - cell make - cooling tower - 7daynalco360report 09.24.2012.xls
duracell - cell make - cooling tower - 7daynalco360report - 01.21.2013.xls
dsc01443.jpg
duracell ( cell make) - water treatment contract scope of work 2012-2013.pdf
duracell - cell make - cooling tower - 7daynalco360report - 01.06.2014.xls
chattanooga coca-cola visitor and contractor safety and enviromental policy - nalco water
2017.pdf
ata 01.27.2015 building 1103.pdf
duracell - cell make - cooling tower - 7daynalco360report - 05.13.2013.xls
dsc01456.jpg
dsc00851.jpg
02-next gen 3d trasar cooling water reference guide and process (2).docx
dsc01755.jpg
ata 12.15.2014 building 1103.docx
duracell - cell make - cooling tower - 7daynalco360report - 03.17.2014.xls

FP 46615307.1

industrial boiler - 3dtb proposal template.doc

2005 gsa federal supply schedule.doc

ata - chemical injection for raw water treatment proposal - chemical program.docx

duracell - pack center - cooling tower - 7daynalco360report 04.08.2013.xls

bunge quarterly review - november 2020.pptx

duracell - cell make - cooling tower - 7daynalco360report 06.04.2012.xls

ata - chemical injection for raw water treatment proposal - chemical program.pdf

chattanooga coca cola sales and volume report january 2015 to april 2020.xlsx

duracell - pack center - cooling tower - 7daynalco360report 03.03.2014.xls

bunge contract worksheet - ridley version (caf) june 2019.xlsx

enu - arnold engineering dev centerarnold afb - building 100 hot water closed loop - nw087616 - 00845364.pdf

duracell - cell make - cooling tower - 7daynalco360report - 09.03.2013.xls

dsc01746.jpg

dsc00594.jpg

dsc01750.jpg

dsc00593.jpg

acs 02-26-03 buld. 1103.doc

duracell - pack center - cooling tower - 7daynalco360report 01.27.2013.xls

dsc01459.jpg

p7030041.jpg

arnold air force basearnold afb.mdb

raw water proposal august 2007.ppt

ata 08.20.2014 building 1103.docx

duracell - pack center - cooling tower - 7daynalco360report 04.14.2014.xls

duracell - cell make - cooling tower - 7daynalco360report 04.09.2012.xls

dsc01100.jpg

dsc00526.jpg

duracell - cell make - cooling tower - 7daynalco360report - 02.03.2014.xls

3d trasar @ mousecreek 04.11.14.xls

enu - arnold engineering dev center - arnold afb - building 700 chilled water closed loop - nd029314 - 01151479 attachment_1.pdf

dsc01533.jpg

dsc02156.jpg

dsc01541.jpg

p7030045.jpg

acs 09-25-03 buld. 1103.doc

dsc01429.jpg

3d trasr @ tasso 02.26.08.xls

3d trasar boiler manual ver 4.2 11-10-10.pdf

arnold afbcontract worksheet - potable water sole source - december 2017.xlsx

conagra - 0069193900_n.pdf

3d trasr @ mouse creek 12.15.08.xls

prominent pumps - spec 452.pdf

duracell - cell make - cooling tower - 7daynalco360report - 08.05.2013.xls

dsc01761.jpg

duracell - cell make - cooling tower - 7daynalco360report - 05.06.2013.xls
duracell - cell make - cooling tower - 7daynalco360report - 03.24.2014.xls
bunge - reconciliation worksheet - october 2018.xlsx
example water report.pdf
sur-gard test for 2010.pdf
conagra - 0086815239_n.pdf
dsc01456 (wince).jpg
dsc01788.jpg
porta-feed program, sustainable packaging system.pdf
duracell - pack center - cooling tower - 7daynalco360report 01.13.2013.xls
acs 05-28-03 buld. 1088.doc
conagra - 0086753198_n.pdf
dsc00854.jpg
ata 02.16.2015 building 1088.docx
duracell - cell make - cooling tower - 7daynalco360report 07.16.2012.xls
wl121 sales and volume report - jan 2013 to sept 2020.xlsx
dsc00588.jpg
duracell - cell make - cooling tower - 7daynalco360report 09.10.2012.xls
dsc02161.jpg
biocide offer letter vs2 022717.docx
duracell annual business review 2015.pptx
conagra - 0068317831_n.pdf
duracell - cell make - cooling tower - 7daynalco360report - 04.29.2013.xls
aedc proposal for purchasing - hvac cooling towers - october 2015.doc
stg certainteed hq call report 051319.docx
dsc01452.jpg
dsc00204.jpg
duracell - cell make - cooling tower - 7daynalco360report 04.02.2012.xls
conagra - 0086794235_n.pdf
p7250073.jpg
arnold air force base - cooling tower psr 08-11-2015.pdf
duracell - cell make - cooling tower - 7daynalco360report - 04.14.2014.xls
dsc01752.jpg
dsc00199.jpg
dsc01785.jpg
wild_turkey_temp.jpg
kappasigma150_big.jpg
kappa sigma housing corporation meeting minutes - 09.20.2016.pdf
927 foundation - bank draft authorization form.pdf
kappa sigma housing corporation agenda - 02.27.2018.docx
tim mcnamara 08.01.2012.pdf
kappa sigma alum logo 4.jpg
kappa sigma mailing listxls.xls
turkey_joe-blake.jpg
dsc00309.jpg
kappa sigma housing corporation meeting minutes - 01.24.2017.docx

FP 46615307.1

kappasigma.jpg
kappa sigma housing corporation meeting minutes - 09.26.2017.docx
kappa sigma housing corporation meeting minutes - 02.27.2018.docx
ken harpe check march 2013.pdf
kappa sigma housing corporation meeting minutes - 10.31.2017.pdf
kappa sigma housing corporation agenda - 08.23.2016.docx
kappa sigma housing corporation agenda - 10.25.2016.docx
kappa sigma housing corporation meeting minutes - 10.31.2017.docx
kappa sigma housing corporation meeting minutes - 02.27.2018.pdf
dsc00311.jpg
letter of recommendation - william hultman.pdf
kappa sigma housing corporation meeting minutes - 07.25.2017.docx
dsc00312.jpg
dsc00303.jpg
dsc00299.jpg
kappa sigma housing corporation sign-in sheet.docx
dsc00309 (large).jpg
kappa sigma letter for eddie.doc
austin o'brien 01.13.2013.pdf
kappa sigma housing corporation meeting minutes - 03.27.2018.pdf
kappa sigma housing corporation meeting minutes - 11.14.2017.pdf
kappa sigma housing corporation agenda - 09.20.2016.docx
dsc00297.jpg
kappa sigma housing corporation meeting minutes - 05.23.2017.docx
kappa sigma housing corporation meeting minutes - 09.26.2017.pdf
kappa sigma housing corporation agenda - 01.24.2017.docx
kappa sigma housing corporation meeting minutes - 07.25.2017.pdf
kappa sigma housing corporation meeting minutes - 08.23.2016.pdf
version 6 - 2nd - wild game cookout.pub
kappa sigma housing corporation meeting minutes - 11.14.2017.docx
kappa sigma housing corporation meeting minutes - 10.25.2016.docx
dsc00306 (large).jpg
kappa sigma housing corporation meeting minutes - 03.28.2017.pdf
kappa sigma housing corporation agenda - 07.25.2017.docx
dsc00301.jpg
version 6 - 2nd - wild game cookout.jpg
kappa sigma housing corporation agenda - 11.14.2017.docx
kappa sigma housing corporation meeting minutes - 01.23.2018.pdf
kappa sigma housing corporation agenda - 01.23.2018.docx
brady kelly 01.13.2013.pdf
ks wild game comp.jpg
kappa sigma housing corporation meeting minutes - 08.22.2017.pdf
kappasigmabanner.jpg
kappa sigma 927 foundation letter.docx
kappa sigma housing corporation meeting minutes - 02.21.2017.docx
re kappa sigma fraternity - inspection discrepancy recommendations.msg

FP 46615307.1

dsc00304.jpg

kappa sigma house check list.doc

dsc00334.jpg

dsc00336.jpg

dsc00298.jpg

zak mcgrath 01.13.2013.pdf

kappa sigma housing corporation meeting minutes - 05.23.2017.pdf

kappa sigma wild game cookout logo.docx

kappa sigma housing corporation meeting minutes - 03.28.2017.docx

kappa sigma alum.pdf

kappa sigma housing corporation agenda - 04.25.2017.docx

kappa sigma housing corporation meeting minutes - 09.20.2016.docx

dsc00299 (large).jpg

kappa sig low country boil (version 2).jpg

bonnarroo letter - 1.docx

kappa sigma housing corporation meeting minutes - 04.25.2017.pdf

letter of recommendation - william hultman.docx

kappa sigma 927 foundation letter.pdf

mossy-oak-breakup-camo.jpg

dsc00307.jpg

andrew basler - ach march 2013.pdf

kappa sigma housing corporation meeting minutes - 02.21.2017.pdf

tyler callaway 01.13.2013.pdf

dsc00304 (large).jpg

kappa sigma housing corporation meeting minutes - 08.23.2016.docx

debt recovery plan for 2017.docx

dsc00296 (large).jpg

lewis newman 08.07.2012.pdf

kappa sigma housing corporation meeting minutes - 10.25.2016.pdf

kappa sigma alum logo 1.jpg

kappa sigma housing corporation agenda - 01.30.2018.docx

wallstuwildturkey800.jpg

dsc00295.jpg

kappa sigma housing corporation agenda - 08.22.2017.docx

dsc00302.jpg

kappa sigma housing corporation meeting minutes - 08.22.2017.docx

dsc00307 (large).jpg

kappa sigma housing corporation agenda - 02.21.2017.docx

dsc00302 (large).jpg

joseph montesi 08.06.2012.pdf

dsc00303 (large).jpg

kappa sigma housing corporation meeting minutes - 01.23.2018.docx

steps to improve the house and goals for kappa sigma alpha.docx

dsc00335.jpg

dsc00310 (large).jpg

mossy_oak_forest_floor.jpg

FP 46615307.1

kappa sigma housing corporation agenda - 04.24.2018.docx
dsc00300 (large).jpg
kappa sigma housing corporation agenda - 05.23.2017.docx
kappa sigma door invoice.pdf
dsc00296.jpg
dsc00301 (large).jpg
kappa sigma wild game t-shirt pre-order form.docx
kappa sigma event email list.xlsx
dsc00308 (large).jpg
dsc00294 (large).jpg
wild game cookout invitation.jpg
kappa sigma alum (4).pdf
kappa sigma housing corporation meeting minutes - 01.24.2017.pdf
dsc00308.jpg
kappa sigma housing corporation meeting minutes - 03.27.2018.docx
dsc00312 (large).jpg
dsc00300.jpg
kappa sig low country boil 2013.jpg
dsc00298 (large).jpg
nick newton 01.13.2013.pdf
kappa sigma housing corporation agenda - 09.26.2017.docx
taylor craig 01.13.2013.pdf
kappa sigma alum logo 2.jpg
dsc00297 (large).jpg
debt recovery plan for 2017.pdf
dsc00294.jpg
kappa sig low country boil 2013 (version 1).pub
dsc00295 (large).jpg
philipcravendeerhead.jpg
kappa sigma housing corporation meeting minutes - 04.25.2017.docx
dsc00310.jpg
examples of fence for kappa sigma house.docx
kappa sigma 927 foundation letter.doc
kappa sigma housing corporation agenda - 03.28.2017.docx
dsc00306.jpg
kappa sigma alum logo 3.jpg
dsc00311 (large).jpg
copy of 2019_12 awards spreadsheet fbmn.xlsx
internet cooling water treatment document.pdf
international paper 2019 price list.xlsx
3dt business model change_fbmn_final.pptx
vp-gm awards history - leadership-eastburn-miciotto.xlsx
my grandmother.doc
pmw - scope of work.xlsx
in preparation for my death.doc
lauren 3 year doctor visit.pdf

ezcwo na us.xlsx

water analysis interpretation guide - long version.docx

thank you for meeting with me.docx

target account plan - tap 2.0.xlsx

pmw - ba worksheet.xlsx

ridley anthony - 133 gholdston dr - escore - 051616 with highlighted work.pdf

wna, inc. contract worksheet chemical estimations for 2013-2014 east and west water treatment contract.pdf

genera contract worksheet - ridley 06.02.2020.xlsx

copy of wl121 2021 price plan.xlsx

img_1808.jpg

img_2439.jpg

patrick - bring home the mail - 2016.jpg

headshot from 2015.jpg

img_0362.jpg

patrick and austin 2016.jpg

img_1338.jpg

cammi - decade mountaineer masters award.jpg

img_2443.jpg

img_1806.jpg

img_0796.jpg

img_0364.jpg

img_1812.jpg

img_3420.jpg

img_0119.jpg

img_1804.jpg

scan_20170826.jpg

img_0113 (002).jpg

img_1805.jpg

patrick - duck hunting 2015.jpg

img_0363.jpg

img_0360.jpg

ridley contacts.csv

FP 46615307.1

328