UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ECOLAB INC., and NALCO COMPANY, LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY RIDLEY and CHEMTREAT, INC., <br><br> Defendants. | No. 1:22-cv-00050-TRM-SKL <br><br> Hon. Travis McDonough <br><br> Magistrate Judge Susan K. Lee |

## PLAINTIFFS' NOTICE REGARDING THEIR RESPONSE TO DEFENDANT ANTHONY RIDLEY'S COUNTERCLAIM

Plaintiffs Ecolab Inc. ("Ecolab") and Nalco Company, LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water ("Nalco") (collectively "Plaintiffs"), by and through counsel, hereby file this Notice to advise the Court that Plaintiffs filed a response (D.E. 262; 264, at pp. 14-16) to Defendant Anthony Ridley's Counterclaim (D.E. 247, at pp. 95-99, ¶¶1-27) seeking dismissal for failure to state a claim and because the Counterclaim for Attorneys' Fees is premature as part of their Motion for Partial Summary Judgment filed on May 25, 2023.

Submitted this the 30th day of May 2023.

Respectfully submitted,

ECOLAB INC. NALCO COMPANY, LLC
d/b/a Nalco Water, an Ecolab Company
and/or Nalco Water,

By: /s/ J. Gregory Grisham
J. Gregory Grisham (TN BPR#013810)
FISHER & PHILLIPS LLP
1715 Aaron Brenner Drive, Suite 312
Memphis, Tennessee 38120
Telephone: 901.526.0431
Fax: 901.526.8183
ggrisham@fisherphillips.com

David J. Walton (*pro hac vice*)
Edward G. Winsman (*pro hac vice*)
Kathleen Laubenstein (*pro hac vice*)
FISHER & PHILLIPS LLP
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: 610.230.6015/2412
Fax: 610.230.2151
dwalton@fisherphillips.com
ewinsman@fisherphillips.com
klaubenstein@fisherphillips.com

Pavneet Singh Uppal (*pro hac vice*)
FISHER & PHILLIPS LLP
3200 North Central Avenue, Suite 1550
Phoenix, AZ 85012
Telephone: 602-281-3400
Fax: 602-281-3401
puppal@fisherphillips.com

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system.

/s/ J. Gregory Grisham
J. Gregory Grisham

2
FP 47268286.2
Case 1:22-cv-00050-TRM-SKL   Document 279   Filed 05/30/23   Page 2 of 2   PageID #: 8296