UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ECOLAB INC. and NALCO COMPANY, LLC d/b/a NALCO WATER, AN ECOLAB COMPANY and/or NALCO WATER, *Plaintiffs*, v. ANTHONY RIDLEY and CHEMTREAT, INC. *Defendants*. | Case No. 1:22-cv-50 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Susan K. Lee |

**ORDER**

Before the Court is Plaintiffs Ecolab, Inc. and Nalco Company, LLC's (collectively, "Ecolab/Nalco") "emergency" motion for extension of time to respond to Defendants' motions for summary judgment, motions to exclude expert opinions, and motions for sanctions. (Doc. 280.) Ecolab/Nalco's motion is **GRANTED**. Ecolab/Nalco **SHALL** respond to Defendants' motions for summary judgment, motions to exclude expert opinions, and motions for sanctions on or before **June 22, 2023**.

    **SO ORDERED.**

                                                        */s/ Travis R. McDonough*
                                                        **TRAVIS R. MCDONOUGH**
                                                        **UNITED STATES DISTRICT JUDGE**