# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| ECOLAB INC. and NALCO COMPANY, LLC d/b/a NALCO WATER, AN ECOLAB COMPANY and/or NALCO WATER, *Plaintiffs*, v. ANTHONY RIDLEY and CHEMTREAT, INC. *Defendants*. | Case No. 1:22-cv-50<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Susan K. Lee |

## ORDER

Before the Court is Plaintiffs' motion for extension of time to file their reply brief in support of their motion to strike James Vaughn's expert report and to preclude anticipated testimony (Doc. 297.) For good cause shown, Plaintiffs' motion is **GRANTED**. Plaintiffs shall filed their reply brief on or before **July 6, 2023.**

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**