# Exhibit 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF TENNESSEE
    ---------------------------------------------------------
 3
    ECOLAB INC., and NALCO COMPANY, LLC
 4  d/b/a Nalco Water, an Ecolab Company
    and/or Nalco Water,
 5
                    Plaintiffs,
 6
       -vs-             Case No. 1:22-cv-00050-TRM-SKL
 7
    ANTHONY RIDLEY, and CHEMTREAT, INC.,
 8
                    Defendants.
 9
    ---------------------------------------------------------
10
11           Video Examination of COREY DeMARCO,
12  taken at the instance of the Defendants, under and
13  pursuant to the Federal Rules of Civil Procedure,
14  before Dawn M. Lahti, a Certified Realtime Reporter,
15  Registered Professional Reporter and Notary Public
16  in and for the State of Wisconsin, with some
17  participants appearing via Zoom videoconference, at
18  SpringHill Suites, 1011 Tony Canadeo Run, Green Bay,
19  Wisconsin, on April 24, 2023, commencing at 9:11
20  a.m. and concluding at 4:29 p.m.
21
22
23
24
25
```

```
 1   Q    Who else in Ecolab has a copy of this document?
 2        Well, I would imagine anyone who was a DM or an
 3        ABP at that time.
 4   Q    You said there were approximately 30 DMs; is
 5        that correct?
 6   A    Yes.
 7   Q    And how many ABPs?
 8   A    Four or five.
 9   Q    So roughly 35 people have a copy of this
10        document?
11   A    Potentially.
12   Q    Is this a trade secret?
13             MR. HONEYCUTT:  Object.
14             THE WITNESS:  I don't know.  It's
15        very confidential information would be in this
16        file.  It is our thought process how we're
17        going to approach the market when it comes to
18        price.
19   BY MS. LUND:
20   Q    The next file path is d:\Nalco Water files,
21        WL121 district folder, business plan, 2017,
22        WL121 DM bridge plan template final.pptx.
23             Do you see that?
24   A    Yes.
25   Q    Have you seen this document before?
```

1  A   Maybe not that particular one but one similar
2      to it.
3  Q   And when you say "similar to it," how do you
4      know?
5  A   Every district manager is challenged to during
6      their fiscal year to create a business plan for
7      their district, and that district business plan
8      contains a bridge which is a waterfall on how
9      they're going to get their district from their
10     base of business to the desired business plan.
11 Q   And you said this is something that is created
12     every year?
13 A   Yes.  We go through an exercise of creating a
14     new bridge and business plan every year.
15 Q   And then do the DMs submit the bridge plan to
16     somebody?
17 A   Yes.  They would roll it up to their regional
18     manager, and the regional manager would then
19     roll it up into a region business plan, and
20     then that would be pulled together for a
21     division business plan.
22 Q   So multiple people should have copies of any
23     business plan or bridge plan that's prepared?
24 A   For a given district, it might be the district
25     and the regional manager, so two people.

```
 1   Q    You said it was rolled up even above the
 2        regional manager, correct?
 3   A    Well, it gets rolled up, but the information in
 4        the district manager's plan is used to create
 5        the region plan.  They don't roll up -- they
 6        don't physically move the district manager plan
 7        up to the next level.
 8   Q    And this says it's a template, correct?
 9   A    Yeah, it does say template.
10   Q    So do you know whether it contains any actual
11        business information in it?
12   A    It does.  Some of the formulas and things are
13        what we came up with that we know specifically
14        about Nalco Water business, so it's very Nalco
15        specific based on what we know about our
16        business in composite.
17   Q    When you say "some of the formulas," what
18        formulas specifically are linked to Nalco
19        Water's business?
20   A    Well, there's assumptions that we use that
21        comes from Nalco, just our history and
22        knowledge of our business over many years.
23   Q    And are those assumptions that the DMs use when
24        they create the business plans?
25   A    They were built into the template, and then it
```

```
 1         is rolled up as they entered information into
 2         it.
 3   Q     So you're saying those are calculations that
 4         the Excel spreadsheet does?
 5   A     Based on knowledge and assumptions of our
 6         historical business.
 7   Q     So is it essentially like for a particular
 8         cell, Excel will take -- multiply cell one
 9         times cell two?
10   A     No, it's more complex formulas than that.  You
11         would take some of the historical information
12         that we might know about our business, and
13         different aspects of our business would be
14         built into the formulas.
15   Q     And what specifically?  Give me an example of a
16         formula that is based on Nalco/Ecolab's
17         historic information that would be contained in
18         this bridge plan template.
19   A     Well, like a percent of -- how can I explain
20         it?  We know a certain percent of our
21         business -- new business claimed each year
22         grows by a certain percent the next year, and
23         so we use historical data to build in some of
24         the logic behind that, so it's very Nalco
25         specific.
```

```
 1   Q    So if somebody used a different percentage,
 2        that wouldn't be Nalco specific?
 3   A    No, I wouldn't think so.  I don't know.
 4   Q    And do you know whether Nalco's historic
 5        experience is consistent with the historic
 6        experience of other water treatment providers?
 7   A    I don't know anything about other water
 8        treatment providers.  I've only worked here.
 9   Q    The next file is d:\Nalco Water files, WL121
10        district folder, 2020 price plan, copy of
11        WL121, 2020 price plan.xlsx.
12                  Do you see that document?
13   A    Yes.
14   Q    Have you seen that document before?
15   A    Maybe not this specific one, WL121, but one
16        very similar to it.
17   Q    And how do you know it's very similar?
18   A    Because every district receives a price plan
19        file, and that is a list of every customer by
20        product, the price at current pricing, and the
21        expected price increase and what we expect to
22        get as additional revenue as a result of
23        implementing price.
24   Q    So is this related to the price increase that
25        you testified before was rolled out in 2020?
```