# Exhibit 1

| Document | Exhibit No. and Docket No. from Motion to Seal (if in JA or JAA[2], also provide JE number and JA page number)[3] | Exhibit No. and Docket No. of underlying motion/response (if in JA or JAA, provide JE number and JA page number)[4] | Do Plaintiffs agree does not need to be sealed or redacted? | Do Plaintiffs contend document should be sealed in entirety? | Do Plaintiffs contend should be redacted instead of sealed? If yes, Provide citation to Docket No. and Page ID # (blue CM/ECF-generated page number)[5] of proposed redaction. Also provide JE number and JA page number if applicable. | Citation to specific paragraph(s) of supporting affidavit/other evidentiary support for sealing/redaction. Or put N/A if Plaintiffs no longer seek to seal or redact. | Has document been filed elsewhere in the record unsealed/unredacted? Yes or no. If yes, provide citation to docket no. |
|---|---|---|---|---|---|---|---|
| Three-page attachment to March 2, 2021 email from Ridley to ChemTreat with "business plan that [Ridley] prepared." (CHEMR-000000278) | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal); Doc. 275-1, JE-7 (JA-11 – JA-13) | JE-7 (JA-11 – JA-13) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment | NO | YES | NO | Declaration of Corey DeMarco ("DeMarco Declaration") at ¶ 10. | YES; Doc. 293-1 at Page ID # 9060-9026 (Plaintiffs' Memorandum in Support of Motion for Rule 37(e) Spoliation Sanctions) |

| | | (Docs. 255, 259, 262). | | | | | |
|---|---|---|---|---|---|---|---|
| Offer Letter from Plaintiffs to Tyler Bates | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal); Doc. 275-1 JE-21 (JA-58 – JA-60) | JE-21 (JA-58 – JA-60) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262). | NO | NO | YES; Doc. 284-2 at Page ID # 8543-8545. | DeMarco Declaration at ¶ 11. | NO |
| Plaintiff's template for a Program Administration Manual, which contains certain customer information. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-25 (JA-75 – JA-88) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-25a (JA-89) (metadata report). | NO | YES | NO | DeMarco Declaration at ¶ 12. | NO |

FP 47549614.2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Site-specific service plan developed for customer of Plaintiffs. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-26 (JA-90) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-26a (JA-91) (metadata report). | NO | NO | YES; Doc. 284-2 at Page ID # 8546. | DeMarco Declaration at ¶ 13. | NO |
| Plaintiffs' internal PowerPoint presentation used to educate personnel on best practices for dealing with closed loop systems. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-27 (JA-92 – JA-127) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-27a (JA-128) (metadata report). | NO | YES | NO | DeMarco Declaration at ¶ 14. | NO |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Personal service report prepared for customer of Plaintiffs. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-28 (JA-129 – JA-130) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-28a (JA-131) (metadata report). | NO | NO | YES; Doc. 284-2 at Page ID # 8547-8549. | DeMarco Declaration at ¶ 15. | NO |
| Summary of a proposed agreement between Plaintiffs and customer. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-29 (JA-132 – JA-138) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-29a (JA-139) (metadata report). | NO | YES | NO (a redacted copy of the metadata report, with the customer name redacted, was filed at Doc. 284-2 at Page ID # 8550. | DeMarco Declaration at ¶ 16. | NO |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Billing Agreement and Scope of Work document prepared by Plaintiffs for customer. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-30 (JA-140) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-30a (JA-141) (metadata report). | NO | NO | YES; Doc. 284-2 at Page ID # 8551-8552. | DeMarco Declaration at ¶ 17. | NO |
| Expense report. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-31 (JA-142 – JA-145) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-31a (JA-146) (metadata report). | YES | NO | YES; Doc. 284-2 at Page ID # 8553-8556. | DeMarco Declaration at ¶ 18. | NO |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quote for Plaintiffs' sales price for equipment to customer. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-32 (JA-147) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-32a (JA-148) (metadata report). | NO | NO | YES; Doc. 284-2 at Page ID 8557-8558. | DeMarco Declaration at ¶ 19. | NO |
| Plaintiffs' PowerPoint containing key information regarding sales strategy for particular product. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-33 (JA-149 – JA-156) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-33a (JA-157) (metadata report). | NO | NO | YES; Doc. 284-2 at Page ID 8559-8566. | DeMarco Declaration at ¶ 20. | NO |

| Score card used in conjunction with training Plaintiffs' sales personnel. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-34 (JA-158) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-34a (JA-159) (metadata report). | NO | NO | YES; Doc. 284-2 at Page ID 8567. | DeMarco Declaration at ¶ 21. | NO |
|---|---|---|---|---|---|---|---|
| Technical notes associated with customer service visit. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-35 (JA-160 – JA-163) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-55a (JA-164) (metadata report). | NO | NO | YES; Doc. 284-2 at Page ID 8568-8572. | DeMarco Declaration at ¶ 22. | NO |

FP 47549614.2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PowerPoint presentation prepared for meeting with customer. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-36 (JA-165 – JA-196) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-36a (JA-197) (metadata report). | NO | NO | YES; Doc. 284-2 at Page ID 8573-8605. | DeMarco Declaration at ¶ 23. | NO |
| Template for proposal for services for use with prospective clients. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-38 (JA-200 – JA-204) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-38a (JA-205) (metadata report). | NO | NO | YES; Doc. 284-2 at Page ID 8606-8610. | DeMarco Declaration at ¶ 24. | NO |

FP 47549614.2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Template for proposed remote service plan for use with actual and prospective customers. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-39 (JA206 – JA-213) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262); JE-39a (JA-214) (metadata report). | NO | NO | YES; Doc. 284-2 at Page ID 8611-8618. | DeMarco Declaration at ¶ 25. | NO |
| Expert report of Dana M. Trexler, Plaintiffs' damages expert. | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | JE-302 (JA-795 – JA-890) in the Joint Appendix filed in connection with the parties' respective Motions for Summary Judgment (Docs. 255, 259, 262). | NO | YES | NO | DeMarco Declaration at ¶ 26. | NO |
| Expert report of Dana M. Trexler, Plaintiffs' damages expert. | Doc. 272 (ChemTreat's Consolidated | Ex. 1; Doc. 266 (ChemTreat's Motion to | NO | YES | NO | DeMarco Declaration at ¶ 26. | NO |

| | Motion to File Under Seal) | Exclude Trade Secrets Damages Opinions of Dana M. Trexler) | | | | | |
|---|---|---|---|---|---|---|---|
| Data Loss Prevention Report generated by Plaintiffs | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | Ex. 3; Doc. 266 (ChemTreat's Motion to Exclude Trade Secrets Damages Opinions of Dana M. Trexler) | NO | YES | NO | DeMarco Declaration at ¶ 29. | Yes; Doc. 293-6 at Page ID # 9127-9457 (Plaintiffs' Memorandum in Support of Motion for Rule 37(e) Spoliation Sanctions). In addition, a list of the file names from the DLP report was filed at Doc. 225-6 at Page ID # 4062-4388 (Plaintiffs' Memorandum in Support of their Motion to Compel Ridley's Compliance with Plaintiffs' Rule 34 Request to Inspect Ridley's WD Drive and Other Devices and Accounts). |
| Expert Rebuttal Report of Douglas Ellis | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | Ex. 4; Doc. 266 (ChemTreat's Motion to Exclude Trade Secrets | NO | YES | NO | DeMarco Declaration at ¶ 26. | NO |

| | | Damages Opinions of Dana M. Trexler) | | | | | |
|---|---|---|---|---|---|---|---|---|
| Exhibit to Expert Report of Dana M. Trexler (customer-specific financial information) | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | Ex. 5; Doc. 266 (ChemTreat's Motion to Exclude Trade Secrets Damages Opinions of Dana M. Trexler) | NO | YES | NO | | DeMarco Declaration at ¶ 27. | NO |
| Exhibit to Expert Report of Dana M. Trexler (customer-specific financial information) | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | Ex. 6; Doc. 266 (ChemTreat's Motion to Exclude Trade Secrets Damages Opinions of Dana M. Trexler) | NO | YES | NO | | DeMarco Declaration at ¶ 27. | NO |
| Excerpt from Deposition of Karry Mackie | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | Ex. 4; Doc. 266 (ChemTreat's Motion to Exclude Trade Secrets Damages Opinions of | YES | YES | NO | | DeMarco Declaration at ¶ 27. | NO |

| | | Dana M. Trexler) | | | | | |
|---|---|---|---|---|---|---|---|
| Expert Report of Laurence D. Lieb | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | Ex. 1, Doc. 257 (ChemTreat's Motion to Exclude Certain Opinions of Laurence D. Lieb) | YES | NO | YES; Doc. 284-1 at Page ID # 8528-8541 | DeMarco Declaration at ¶ 29. | Yes; Doc. 225-14 at Page ID # 4429-4442 (Plaintiffs' Memorandum in Support of their Motion to Compel Ridley's Compliance with Plaintiffs' Rule 34 Request to Inspect Ridley's WD Drive and Other Devices and Accounts); Doc. 293-6 at Page ID # 9099-9112 (Plaintiffs' Memorandum in Support of Motion for Rule 37(e) Spoliation Sanctions). |
| Plaintiffs' IT Procedure for Data Security Incident | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | Ex. 6, Doc. 257 (ChemTreat's Motion to Exclude Certain Opinions of Laurence D. Lieb) | YES | NO | NO | DeMarco Declaration at ¶ 28. | NO |
| Data Loss Prevention Report generated by Plaintiffs | Doc. 272 (ChemTreat's Consolidated | Ex. 7, Doc. 257 (ChemTreat's Motion to | YES | NO | NO | DeMarco Declaration at ¶ 29. | Yes; Doc. 293-6 at Page ID # 9127-9457 (Plaintiffs' Memorandum in |

FP 47549614.2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Motion to File Under Seal) | Exclude Certain Opinions of Laurence D. Lieb) | | | | | | Support of Motion for Rule 37(e) Spoliation Sanctions). In addition, a list of the file names from the DLP report was filed at Doc. 225-6 at Page ID # 4062-4388 (Plaintiffs' Memorandum in Support of their Motion to Compel Ridley's Compliance with Plaintiffs' Rule 34 Request to Inspect Ridley's WD Drive and Other Devices and Accounts). |
| Office 365 Audit Log generated by Plaintiffs | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | Ex. 9, Doc. 257 (ChemTreat's Motion to Exclude Certain Opinions of Laurence D. Lieb) | YES | NO | NO | | DeMarco Declaration at ¶ 29. | NO |
| Plaintiffs' IT Procedure for Data Security Incident | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | Exhibit 12, Doc. 268 (ChemTreat's Motion for Sanctions under Rule 37(b)(2) | YES | NO | NO | | DeMarco Declaration at ¶ 28. | NO |

FP 47549614.2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plaintiffs' IT Procedure for Data Security Incident | Doc. 272 (ChemTreat's Consolidated Motion to File Under Seal) | Exhibit 15, Doc. 276 (ChemTreat's Motion for Sanctions for Spoliation) | YES | NO | NO | DeMarco Declaration at ¶ 28. | NO |
| Excerpt of Customer Business Plan (PLAINTIFFSR-000001517-18, PLAINTIFFSR-000001527) | Doc. 289 (ChemTreat's Motion to File Under Seal) | JE-306 (JAA-991- JAA-993), Doc. 288 (ChemTreat's Response in Opposition to Motion for Summary Judgment filed as to Defendant Ridley) | YES | NO | NO | DeMarco Declaration at ¶¶ 30-31. | NO |

---

²JA = Joint Appendix, JAA = Joint Appendix Addendum, JE = Joint Exhibit

³This column should indicate where the document is attached to Doc. 275 (i.e., 275-1, 275-2, etc.) or if the document is part of Doc. 290. If Doc. 275-1 or Doc. 290, also indicate the "JE" number and JA page number.

⁴Indicate all underlying motions/responses that document is filed in support of and their docket numbers and exhibit numbers. If the document is filed in support of a summary judgement brief/response that refers to the JA or JAA, then the docket no. will be Doc. 255-2 or Doc. 288-2, followed by the JE number and JA page number.

⁵This would be either Doc. No. 284-1 or Doc 284-2, then the Page ID #.

FP 47549614.2

# Exhibit 1