UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ECOLAB Inc., and NALCO COMPANY, LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water,<br><br>      Plaintiffs,<br><br>v.<br><br>ANTHONY RIDLEY, and CHEMTREAT, INC.,<br><br>      Defendants. | Case No. 1:22-cv-00050-TRM-SKL<br><br>Hon. Travis McDonough<br><br>Magistrate Judge Susan K. Lee |

**PLAINTIFFS' MOTION FOR ORAL ARGUMENT ON ANTHONY RIDLEY'S MOTION FOR SANCTIONS FOR SPOLIATION [DOC. 261], CHEMTREAT'S MOTION FOR SANCTIONS FOR PLAINTIFFS' SPOLIATION [DOC. 276], AND PLAINTIFFS' MOTION FOR RULE 37(E) SPOLIATION SANCTIONS [DOC. 292]**

Plaintiffs Ecolab, Inc. and Nalco Company, LLC (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully request, pursuant to Judge McDonough's Judicial Preferences § 5(C), and for the reasons set forth in the accompanying memorandum, that the Court schedule oral argument on Defendant Anthony Ridley's ("Ridley") Motion for Sanctions for Spoliations [Doc. 261], Defendant ChemTreat, Inc.'s ("ChemTreat") Motion for Sanctions for Plaintiffs' Spoliation [Doc. 276], and Plaintiffs' Motion for Rule 37(e) Spoliation Sanctions.

DATED: July 12, 2023

                                      Respectfully submitted,

                                      ECOLAB INC. NALCO COMPANY, LLC
                                      d/b/a Nalco Water, an Ecolab Company
                                      and/or Nalco Water,

                   By:    */s/ David J. Walton*
                          J. Gregory Grisham (TN BPR#013810)
                          FISHER & PHILLIPS LLP
                          1715 Aaron Brenner Drive, Suite 312

Memphis, Tennessee 38120
Telephone: 901.526.0431
Fax: 901.526.8183
ggrisham@fisherphillips.com

David J. Walton
(*pro hac vice*)
FISHER & PHILLIPS LLP
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: 610.230.6015
Fax: 610.230.2151
dwalton@fisherphillips.com

Edward G. Winsman
(*pro hac vice*)
FISHER & PHILLIPS LLP
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: 610.230.2142
Fax: 610.230.2151
ewinsman@fisherphillips.com

*COUNSEL FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system.

                            */s/ David J. Walton*
                            David J. Walton