# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

ECOLAB, INC.

v.                                         Case No.: 1:22–cv–00050–TRM–SKL

ANTHONY RIDLEY

## RECUSAL

The undersigned magistrate judge hereby RECUSES from this case pursuant to 28 U.S.C. § 455.

ENTER

                                                            s/Susan K Lee
                                                            UNITED STATES MAGISTRATE JUDGE