U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA
CIVIL MINUTES - GENERAL

CASE NO. 1:22-cv-50

STYLE: Ecolab, et al v. Ridley, et al

PRESENT: Honorable Travis R. McDonough  ☑ U.S. District Judge  ☐ U.S. Magistrate Judge

DeAndra Hinton — Courtroom Deputy
Elizabeth Coffey — Court Reporter
Interpreter(s): ☐ SWORN

FTR ☐ 1B ☐ 4

Attorney(s) for Plaintiff(s): David Walton, Pavneet Uppal, Edward Boehm

Attorney(s) for Defendant(s): Lance Pope, Juli Ann Lund, Vidya Mirmira, Erin Steelman, Kyle Eiselstein

**PROCEEDINGS:**

Motion hearing held on 8/10/2023 re: Argument of counsel & Possible appointment of a special master
First Up Atty Walton re: Argument of defts computer-ChemTreat/Ridley
Second Up Atty Pope re: Response to argument
Third Up Atty Juli Ann Lund re: Response to argument
Atty Walton re: Response to WD drive
Atty Walton-motion to compel-data read accts(rule 26) re: order from Judge Lee
Atty Lund re: response to motion and discovery request, flash drives, meta data request.
Atty Walton re: response to sanctions & crowd strike program.
Atty Lund re: response to crowd strike program
Atty Walton re: response to crowd strike program (single word searches)-evidence of activity-maybe discussion w/special master or some third party
Motion to continue trial date by plaintiffs (Atty Walton)
Atty Lund re: response to commerical exploriation by ChemTreat/Ridley
Atty Pope re: response to Ridley wiping the WD Drive
Atty Pavneet Uppal re: addressing the sanctions of Ecolab
Atty Lund: addressing claims demonsterive exhibit
Atty Pavneet Uppal re: addressing the sanctions One Drive and deleting from the drive (Ridley)
Atty Lund: addressing One Drive & WD Drive and Cloud base system and file names and cross files and serial numbers-no evidence of downloading and constantly deleting files (Ridley) and deleted documents were recovered
Atty Uppal re: addressing what the defts expert would address on the stand
Atty Lund re: tbytes data information; addressing syncing hard drive to additional laptops/computers
Atty Pope re: proof of Ridley; 16,000 files on DLP report shows no deletions
Atty Walton re: issue of Vaughn search
Atty Lund & Atty Walton & Atty Uppal re: second laptop 6/9/2021;
Atty Pope re:preserving the second laptop (Ridley)-EcoLab labtop
Atty Lund re: labtop of Ecolab labtop; LIVE.com sanctions no originals and no meta data
Atty Walton re: WD Drive defts had nothing to do w/deleting the drives; deft had to go back and recreate the docments (sanctions)
Atty Uppal re: addressing digital guarding report and should client be sanctions
Atty Lund re: WD Drive; chain of custody evidence; Atty Walton re: response WD Drive to produce
Court will put down an spoliation order on tomorrow 8/11/2023; Counsel to Brief hearing on sanctions and what special master should do.
Sept 11, 2023 Meditation
New Trial Date Set for Sept 29, 2024, 9:00 a.m.

Time: 9:59 to 12:05
Time: 1:59 to 3:22
Time: 3:27 to 3:40

Date: 8/10/2023