**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

ECOLAB Inc., and NALCO COMPANY,
LLC d/b/a Nalco Water, an Ecolab Company
and/or Nalco Water,

       *Plaintiffs*,

v.

ANTHONY RIDLEY
and CHEMTREAT, INC.,

       *Defendants*.

No. 1:22-cv-00050

District Judge Travis R. McDonough

Magistrate Judge Christopher H. Steger

---

## JOINT MEDIATION REPORT

---

Pursuant to the Court's August 11, 2023 order (Doc. 356), the parties participated in a confidential mediation of this case on September 19, 2023, with former United States District Judge William S. Duffey, Jr. serving as the mediator. No settlement was reached during the mediation. However, the parties agreed to suspend the mediation, rather than declare an impasse, to continue working toward resolution, and the parties will continue discussions with Judge Duffey as necessary and appropriate as the case proceeds. The parties do not propose any change to the Amended Scheduling Order (Doc. 362) in connection with this proposal.

Dated September 22, 2023.

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: _/s/ David J. Walton by ZHG w/ perm._
    J. Gregory Grisham, Tenn. BPR No. 013810
1715 Aaron Brenner Drive, Suite 312
Memphis, Tennessee 38120
Telephone (901) 526-0431
ggrisham@fisherphillips.com

David J. Walton, *pro hac vice*
Edward G. Winsman, *pro hac vice*
Kathleen Laubenstein, *pro hac vice*
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, Pennsylvania 19103
Telephone (610) 230-6015
dwalton@fisherphillips.com
ewinsman@fisherphillips.com
klaubenstein@fisherphillips.com

Pavneet Singh Uppal, *pro hac vice*
3200 North Central Avenue, Suite 1550
Phoenix, Arizona 85012
Telephone (602) 281-3401
puppal@fisherphillips.com

James Michael Honeycutt, *pro hac vice*
227 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone (704) 334-4565
jhoneycutt@fisherphillips.com

Edward N. Boehm, Jr., Tenn. BPR No. 025275
1230 Peachtree Street NE
Suite 3300
Atlanta, Georgia 30309
Telephone (404) 240-4286
tboehm@fisherphillips.com

***Attorneys for Plaintiffs***

**MILLER & MARTIN PLLC**

By: _/s/ Zachary H. Greene_
    Kyle W. Eiselstein, Tenn. BPR No. 020727
    Zachary H. Greene, Tenn. BPR No. 024451
    Erin E. Steelman, Tenn. BPR No. 038463
1200 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone (423) 756-6600
kyle.eiselstein@millermartin.com
zac.greene@millermartin.com
erin.steelman@millermartin.com

**WILLIAMS & CONNOLLY LLP**

Vidya Atre Mirmira, *pro hac vice*
William T. Burke, *pro hac vice*
Juli Ann Lund, *pro hac vice*
Troy C. Homesley, *pro hac vice*
680 Maine Avenue SW
Washington, DC 20024
Telephone (202) 434-5000
vmirmira@wc.com
wburke@wc.com
jlund@wc.com
thomesley@wc.com

***Attorneys for Defendant ChemTreat, Inc.***

**PATRICK, BEARD,**
**SCHULMAN & JACOWAY, PC**

By: _/s/ Lance W. Pope by ZHG w/ perm._
    Lance W. Pope, Tenn. BPR No. 025054
    Jeremy M. Cothern, Tenn. BPR No. 027116
537 Market Street, Suite 300
Chattanooga, Tennessee 37402
Telephone (423) 756-7117
lpope@pbsjlaw.com
jcothern@pbsjlaw.com

***Attorneys for Defendant Anthony Ridley***