UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ECOLAB INC. and NALCO COMPANY, LLC d/b/a NALCO WATER, AN ECOLAB COMPANY and/or NALCO WATER | ) ) ) ) ) | Case No. 1:22-cv-50 |
| | ) | Judge Travis R. McDonough |
| Plaintiffs, | ) ) | Magistrate Judge Christopher H. Steger |
| v. | ) ) | |
| ANTHONY RIDLEY and CHEMTREAT, INC. | ) ) ) | |
| Defendants. | ) | |

**ORDER**

At the parties' request, the trial of this case is **RESET** for **April 29, 2024.** The final pretrial conference will remain set for **April 8, 2024**, at **1:00 p.m.**

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**