# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| ECOLAB INC., and NALCO COMPANY, LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water,<br><br>    Plaintiffs,<br>v.<br><br>ANTHONY RIDLEY and CHEMTREAT, INC.,<br><br>    Defendants. | No. 1:22-cv-00050-TRM-CHS<br><br>District Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

## STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT CHEMTREAT, INC. PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs stipulate to DISMISSAL WITH PREJUDICE of all claims against ChemTreat, Inc. Plaintiffs and ChemTreat shall each bear their own costs and attorneys' fees.

| | |
|---|---|
| */s/ Martin S. Chester* | */s/ Vidya Arte Mirmira* |
| Randall E. Kahnke (pro hac vice) | Kyle W. Eiselstein, Tenn. BPR No. 020727 |
| Martin S. Chester (pro hac vice) | Zachary H. Greene, Tenn. BPR No. 024451 |
| FAEGRE DRINKER BIDDLE & REATH LLP | MILLER & MARTIN PLLC |
| 90 South 7th Street, Unit 2200 | 1200 Volunteer Building |
| Minneapolis, Minnesota 55402 | 832 Georgia A venue |
| randall.kahnke@faegredrinker.com | Chattanooga, Tennessee 37402 |
| martin.chester@faegredrinker.com | Telephone: (423) 756-6600 |
| | E-mail: kyle.eiselstein@millermartin.com |
| David Yoshimura (pro hac vice) | E-mail: zac.greene@millermartin.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | |
| 801 Grand Ave., Suite 3100 | Vidya Atre Mirmira (pro hac vice) |
| Des Moines, Iowa 50309 | Juli Ann Lund (pro hac vice) |
| david.yoshimura@faegredrinker.com | WILLIAMS & CONNOLLY LLP |
| | 680 Maine Ave. SW |
| Edward N. Boehm, Jr. (TN BPR#025275) | Washington, DC 20024 |
| FISHER & PHILLIPS LLP | Telephone: (202) 434-5000 |
| 1230 Peachtree Street NE Suite 3300 | Facsimile: (202) 434-5029 |
| Atlanta, Georgia 30309 | E-mail: vmirmira@wc.com |
| Telephone: 404.240.4286 | E-mail: jlund@wc.com |
| tboehm@fisherphillips.com | |
| | *Attorneys for Defendant ChemTreat, Inc.* |
| *Attorneys for Plaintiffs* | |