# ANTHONY RIDLEY'S DEPOSITION DESIGNATIONS FOR COREY DeMARCO DEPOSITION DATE – APRIL 24, 2023

| Pages/Lines | Plaintiffs' Objections |
|---|---|
| P.4 / 11-18 | |
| P.6 / 6-14 | |
| P.8 / 14-18 | |
| P.9 / 25 | |
| P.10 / 1-6, 18-25 | |
| P.60 / 20-25 | |
| P.61 / 1-25 | |
| P.62 / 1-19 | |
| P.63 / 17-25 | |
| P.64 / 1-14, 16-17, 19-22, 24 | |
| P. 66 / 16-23 | |
| P. 67 / 7-25 | |
| P. 68 / 1-3, 6-7, 9-13, 21-25 | |
| P. 69 / 1, 5-13, 17 – 19, 21-22, 24-25 | |
| P.70 / 1-25 | |
| P.71 / 7-25 | |
| P.72 / 1-25 | |
| P.73 / 1-25 | |
| P. 74 / 1-13, 25 | |
| P. 75 / 1-9, 11-12, 14-25 | |
| P.76 / 1-25 | |
| P.77 / 1-25 | |
| P.78 / 1-25 | |
| P.79 / 1-25 | |
| P.80 / 1-25 | |
| P.81 / 1-25 | |
| P.82 / 1-25 | |
| P.83 / 1-25 | |

| Pages/Lines | Plaintiffs' Objections |
|---|---|
| P.84 / 1-3, 16-20 | |
| P.85 / 17-20, 22-24 | |
| P.98 / 8-25 | |
| P.99 / 1-25 | |
| P. 100 / 1-25 | |
| P. 101 / 1-2 | |
| P.105 / 7-25 | |
| P.106 / 1-8 | |
| P.109 / 6-13 | |
| P.229 / 10-25 | |
| P.230 / 1-14, 16-18 | |
| P.231 / 4-19 | |
| P.232 / 7-25 | |
| P.233 / 1-11 | |
| P.236 / 9-25 | |
| P.237 / 1-11 | |
| P.251 / 23-25 | |
| P.252 / 1-6, 8-11 | |
| P.255 / 5-8, 12, 14-17 | |
| P.263 / 23 | |
| P.264 / 2-3, 6-7 | |

ANTHONY RIDLEY'S DEPOSITION DESIGNATIONS
FOR DAVID GARZA
DEPOSITION DATE - APRIL 26, 2023

| Pages/Lines | Plaintiffs' Objections |
|---|---|
| P. 6 / 4-9 | |
| P. 7 / 20-24 | |
| P. 8 / 1-24 | |
| P. 9 / 1-5 | |
| P. 15 / 18-24 | |
| P. 16 / 1-24 | |
| P. 17 / 1-15, 22-24 | |
| P. 18 /1-24 | |
| P. 19 /1-24 | |
| P. 20 / 1-8 | |
| P. 21 /6-20 | |
| P. 22 /1-15 | |
| P. 23 / 24 | |
| P. 24 / 1-2, 16-22 | |
| P. 26 /3-22 | |
| P. 28 /3-21 | |
| P. 29 /24 | |
| P. 30 /1-17 | |
| P. 31 /8-24 | |
| P. 32 /1-24 | |
| P. 33 /1-14, 22-24 | |
| P. 34 /1-7 | |
| P. 35 /8-15 | |
| P. 36 / 8-24 | |
| P. 37 /1-7 | |
| P. 41 /10-24 | |
| P. 42 /1-3 | |
| P. 57 /24 | |
| P. 58 /1-24 | |
| P. 59 /1-5 | |
| P. 61 /9-24 | |
| P. 62 /1-14 | |
| P. 66 /10-24 | |
| P. 67 /1-24 | |
| P. 68 /1-11 | |
| P. 71 /4-24 | |

| Pages/Lines | Plaintiffs' Objections |
|---|---|
| P. 72 /1-24 | |
| P. 73 /1-24 | |
| P. 74 /1-15 | |
| P. 77 /5-24 | |
| P. 78 /1-24 | |
| P. 79 /1-24 | |
| P. 80 /1-24 | |
| P. 81 /1-24 | |
| P. 82 /1-24 | |
| P. 83 /1-24 | |
| P. 84 /1-24 | |
| P. 85 /1-24 | |
| P. 86 /1-24 | |
| P. 87 /1-6 | |
| P. 88 /17-24 | |
| P. 89 /1-24 | |
| P. 90 /1-24 | |
| P. 91 /1-24 | |
| P. 92 /1-24 | |
| P. 93 /1-16, 24 | |
| P. 94 /1-24 | |
| P. 95 /1-24 | |
| P. 96 /1-23 | |
| P. 97 /14-24 | |
| P. 98 /1-24 | |
| P. 99 /1-24 | |
| P. 100 /1-24 | |
| P. 101 /1-24 | |
| P. 102 /1-24 | |
| P. 103 /1-24 | |
| P. 104 /1-24 | |
| P. 105 /1-20 | |
| P. 106 /22-24 | |
| P. 107 /1-24 | |
| P. 108 /1-19 | |
| P. 109 /7-24 | |
| P. 110 /1-16 | |
| P. 113 /10-24 | |
| P. 114 /1-24 | |
| P. 115 /1-24 | |
| P. 116 /1-24 | |

| Pages/Lines | Plaintiffs' Objections |
|---|---|
| P. 117 /1-24 | |
| P. 118 /1-24 | |
| P. 119 /1-24 | |
| P. 120 /1-24 | |
| P. 121 /1-24 | |
| P. 122 /1-24 | |
| P. 123 /1-24 | |
| P. 124 /1-24 | |
| P. 125 / 1-5, 14-24 | |
| P. 126 /1-23 | |
| P. 127 /9-24 | |
| P. 128 /1-24 | |
| P. 129 /1-13 | |
| P. 130 /2-24 | |
| P. 131 /1-24 | |
| P. 132 /1-24 | |
| P. 133 /1-24 | |
| P. 134 /1-24 | |
| P. 135 /1-24 | |
| P. 136 /1-24 | |
| P. 137 /1-24 | |
| P. 138 /1-24 | |
| P. 139 /1-24 | |
| P. 140 /1-24 | |
| P. 141 /1-24 | |
| P. 142 /1-24 | |
| P. 143 /1-24 | |
| P. 144 / 1-24 | |
| P. 145 /1-24 | |
| P. 146 /1-12, 24 | |
| P. 147 /1-24 | |
| P. 148 /1-24 | |
| P. 149 /1-24 | |
| P. 150 /1-24 | |
| P. 151 /1-5 | |
| P. 159 /2-24 | |
| P. 160 /1-22 | |
| P. 163 /3-24 | |
| P. 164 /1-24 | |
| P. 165 /1-24 | |
| P. 166 /1-24 | |

| Pages/Lines | Plaintiffs' Objections |
|---|---|
| P. 167 /1-24 | |
| P. 168 /1-24 | |
| P. 169 /1-7, 20-24 | |
| P. 170 /1-24 | |
| P. 171 /1-20 | |
| P. 172 /1-24 | |
| P. 173 /1-24 | |
| P. 174 /1-24 | |
| P. 175 /1-24 | |
| P. 176 /1-24 | |
| P. 177 /1-24 | |
| P. 178 /1-4 | |