# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| ECOLAB INC. and NALCO COMPANY, LLC d/b/a NALCO WATER, AN ECOLAB COMPANY and/or NALCO WATER, <br><br>*Plaintiffs*, <br><br>v. <br><br>ANTHONY RIDLEY and CHEMTREAT, INC. <br><br>*Defendants*. | Case No. 1:22-cv-50 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Christopher H. Steger |

## ORDER

On April 11, 2024, the parties notified the Court that they have agreed to settle all remaining claims in his this matter. Accordingly, the final pretrial conference set for April 15, 2024, is **CANCELLED**. Pursuant to Local Rule 68.1, the parties are hereby **ORDERED** to file a joint stipulation of dismissal **on or before April 29, 2024**. The parties are **ON NOTICE** that failure to do so will likely result in dismissal of this action. *See* Local Rule 68.1.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**